IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE;** <br> **CORPORAL WAYNE WARREN; and** <br> **SERGEANT CHRISTOPHER D. FORAKER,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as Superintendent of the Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as Deputy Superintendent of the Delaware State Police; **DAVID B. MITCHELL,** in his official capacity as the Secretary of the Department of Safety and Homeland Security of the State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br><br> C.A.No.04-956-GMS |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on March 4, 2005, I caused two (2) copies of **PLAINTIFFS' FIRST SET OF SELF-EXECUTING DISCLOSURES** to be served by the means indicated:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(By U.S. Mail and E-Mail)

Richard M. Donaldson, Esquire
Montgomery McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(By U.S. Mail and E-Mail)

**THE NEUBERGER FIRM, P.A.**

**/s/ Stephen J. Neuberger**
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: March 4, 2005          Attorneys for Plaintiffs

cc:    clients