## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, WAYNE WARREN; AND CHRISTOPHER FORAKER,          Plaintiffs,          v. | : : : : : : : |
| L. AARON CHAFFINCH, individually and in his official capacity as the Superintendent of the Delaware State Police; THOMAS F. MACLEISH, individually and in his official capacity as the Deputy Superintendent of the Delaware State Police; DAVID B. MITCHELL, in his official capacity as Secretary of the Department of Public Safety of the State of Delaware; and DIVISION OF STATE POLICE, DEPARTMENT OF PUBLIC SAFETY, STATE OF DELAWARE,          Defendants. | : : : : : : : : : : : |

Civil Action No. 04-0956

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that two (2) copies of Defendants' Initial Disclosures

Pursuant to Federal Rule of Civil Procedure 26(a) were served by hand delivery upon the following:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

Thomas C. Crumplar, Esq.
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

*Counsel for Plaintiffs*

Date: March 4, 2005

_____
Richard M. Donaldson (DE Bar I.D. #4367)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7880

*Counsel for Defendants*

Of Counsel:

Edward T. Ellis
Robert J. Fitzgerald
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500