IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | C.A.No.04-956-GMS |
| | : | |
| Defendants. | : | |

NOTICE OF SERVICE OF
PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 13, 2005, I caused two (2) copies of **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be mailed first class, postage prepaid to the following:

> Robert Fitzgerald, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
>
> Richard M. Donaldson, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**

   /s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE**
Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com

Dated: May 13, 2005     Attorney for Plaintiffs

FTU / Pleadings / First Doc. Request Notice of Svs.