## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

B. KURT PRICE, et al.,                    :

          Plaintiff,          :

                       :    C.A. No. 04-956

     v.                          :

L. AARON CHAFFINCH, et al.,               :

          Defendants.          :

### NOTICE OF SERVICE

This is to certify that two (2) copies of the First Set of Interrogatories Directed to

Plaintiffs were served by hand delivery this 19th day of May 2005, on:

        Thomas Stephen Neuberger, Esq.
        Stephen J. Neuberger, Esq.
        The Neuberger Firm, P.A.
        Two East Seventh Street, Suite 302
        Wilmington, DE  19801

        Thomas C. Crumplar, Esq.
        Jacobs & Crumplar, P.A.
        Two East Seventh Street, Suite 302
        Wilmington, DE  19801

        *Counsel for Plaintiffs*

Dated:  May 19, 2005

        Richard M. Donaldson (Del. Bar No. 4367)
        Montgomery, McCracken, Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801
        Telephone: (302) 504-7840
        Facsimile: (302) 504-7820
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by hand delivery this 19th day of May 2005, on:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

Thomas C. Crumplar, Esq.
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

*Counsel for Plaintiffs*

Richard M. Donaldson (DE Bar No. 4367)