# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956 |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

This is to certify that two (2) copies of the First Set of Requests for Production of

Documents to Plaintiffs were served by hand delivery this 19th day of May 2005, on:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE  19801
>
> Thomas C. Crumplar, Esq.
> Jacobs & Crumplar, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE  19801
>
> *Counsel for Plaintiffs*

Dated:  May 19, 2005

_____
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by hand delivery this 19th day of May 2005, on:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Thomas C. Crumplar, Esq.
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

*Counsel for Plaintiffs*

Richard M. Donaldson (DE Bar No. 4367)