IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | C.A.No.04-956-GMS |
| | : | |
| **Defendants.** | : | |

**NOTICE OF SERVICE OF**
**PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 31, 2005, I caused two (2) copies of **PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be mailed first class, postage prepaid to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQUIRE**
Bar No. 4440
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: May 31, 2005          Attorney for Plaintiffs

FTU / Pleadings / Second Doc. Request Notice of Svs.