IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:  Robert Fitzgerald, Esquire         Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &      Montgomery McCracken Walker &
     Rhoads, LLP                        Rhoads, LLP
     123 South Broad Street             300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109             Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| NAME | DATE AND TIME |
|---|---|
| Ret. Major David Baylor | July 18, 2005 at 9:30 a.m. |
| Col. Thomas F. MacLeish | July 19, 2005 at 9:30 a.m. |
| Major Joseph Papili | July 22, 2005 at 9:30 a.m. |
| Secretary David B. Mitchell | July 26, 2005 at 9:00 a.m. |

**THE NEUBERGER FIRM, P.A.**


/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED:  June 13, 2005

## CERTIFICATE OF SERVICE

    I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on June 13, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Robert Fitzgerald, Esquire
        Montgomery McCracken Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA 19109
        rfitzgerald@mmwr.com
        (By U.S. Mail and E-Mail)

        Richard M. Donaldson, Esquire
        Montgomery McCracken Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801
        rdonaldson@mmwr.com
        (By U.S. Mail and E-Mail)

        **/s/ Stephen J. Neuberger**
        **STEPHEN J. NEUBERGER, ESQ.**

Foraker / Pleadings / Notice of Depositions
FTU / Pleadings / Notice of Depositions