## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by first class mail this 15th day of July 2005, on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

_____
Richard M. Donaldson (DE Bar No. 4367)