IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B. KURT PRICE, et al.,          :
                                :
        Plaintiff,              :
                                :   C.A. No. 04-956
    v.                          :
                                :
L. AARON CHAFFINCH, et al.,     :
                                :
        Defendants.             :

## NOTICE OF SERVICE

This is to certify that two (2) copies of the Responses and Objections of Defendants to Plaintiffs' Second Request for Production of Documents were served by hand delivery this 15th day of July 2005, on:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
>
> *Counsel for Plaintiffs*

Dated: July 15, 2005

_____
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Defendant