IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et a.,** | : | |
| | : | C.A. No. 04-956-GMS |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.** | : | |
| | : | |
| **Defendants.** | : | |

_____

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| **Plaintiff,** | : | C. A. No. 04-1207-GMS |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.** | : | |
| | : | **E-Filed** |
| **Defendants.** | : | |

### NOTICE OF DEPOSITIONS

TO:    Robert J. Fitzgerald, Esquire
       Edward T. Ellis, Esquire
       Montgomery, McCracken, Walker & Rhoads, LLP
       123 South Bend Street
       Philadelphia, PA 19109

       Richard M. Donaldson, Esquire
       Montgomery, McCracken, Walker, & Rhoads, LLP
       300 Delaware Avenue, Suite 750
       Wilmington, DE 19801

PLEASE TAKE NOTICE THAT counsel for the Plaintiffs will take the deposition of the below named at the law offices of Martin D. Haverly, Attorney at Law and The Neuberger Firm, Two East 7th Street, Wilmington, DE 19801, at the date and time indicated.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Ret. Maj. David Baylor | July 26, 2005 | 9:30 a.m. |

                       **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                       /s/ Martin D. Haverly
                       **MARTIN DUANE HAVERLY, ESQUIRE**
                       Two East 7th Street, Suite 302
                       Wilmington, Delaware 19801
                       Del. Bar Number 3295
                       (302)654-2255

                       Attorney for Plaintiff

Dated: July 19, 2005

## **CERTIFICATE OF SERVICE**

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on July 19, 2005, I had this Pleading electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert J. Fitzgerald, Esquire
>Edward T. Ellis, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Bend Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com
>
>Richard M. Donaldson, Esquire
>Montgomery, McCracken, Walker, & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com

>/s/Martin D. Haverly
>**MARTIN D. HAVERLY, ESQUIRE**

cc:  The Neuberger Firm
     Wilcox & Fetzer
     Sgt. Christopher Foraker