### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No.04-956-GMS |
| : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** : | |
| : | |
| Defendants. : | |

### NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on July 19, 2005, I caused **PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be served by the means indicated.

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com
>(Via E-Mail and with a CD-Rom served by hand)

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com
>(Via E-Mail and with a CD-Rom served by U.S. Mail)

        **THE NEUBERGER FIRM, P.A.**

        /s/ Thomas S. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582

        Attorneys for Plaintiff

DATED:  July 20, 2005

FTU / Pleadings / Notice of Service Response. To 1st Req. For Production.