# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No.04-956-GMS |
| : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on July 19, 2005, I caused **PLAINTIFFS' ANSWER AND OBJECTIONS TO DEFENDANTS' FIRST SET INTERROGATORIES** to be served by the means indicated.

    Robert Fitzgerald, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA 19109
    rfitzgerald@mmwr.com
    (Via E-Mail)


    Richard M. Donaldson, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    rdonaldson@mmwr.com
    (Via E-Mail)

                                      **THE NEUBERGER FIRM, P.A.**

                                    /s/ Thomas S. Neuberger
                                    **THOMAS S. NEUBERGER, ESQ. (#243)**
                                    Two East Seventh Street, Suite 302
                                    Wilmington, Delaware 19801
                                    (302) 655-0582

                                    Attorneys for Plaintiff

DATED:  July 20, 2005

FTU / Pleadings / Notice of Service Ans. To 1st  Interrogs.