# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| **L. AARON CHAFFINCH, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on July 29, 2005, I sent via email PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS and had this Pleading electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert J. Fitzgerald, Esquire
>Edward T. Ellis, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Bend Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com

>Richard M. Donaldson, Esquire
>Montgomery, McCracken, Walker, & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com

THE NEUBERGER FIRM

/s/Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
2 East 7th Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com

Attorney for Plaintiffs

cc: Martin. D. Haverly, Esquire
    Stephen J. Neuberger, Esquire
    Kurt Price
    Wayne Warren
    Christopher Foraker