IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE et al.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | C.A.No.04-956-GMS |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 9, 2005, I caused **PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS** to be served on the following individuals by the means indicated:

| | |
|---|---|
| Robert J. Fitzgerald, Esquire | Richard M. Donaldson, Esquire |
| Montgomery, McCracken, Walker & Rhoads, LLP | Montgomery, McCracken, Walker, & Rhoads, LLP |
| 123 South Bend Street | 300 Delaware Avenue, Suite 750 |
| Philadelphia, PA 19109 | Wilmington, DE 19801 |
| rfitzgerald@mmwr.com | rdonaldson@mmwr.com |
| (Via E-mail) | (Via E-mail) |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: August 9, 2005            Attorney for Plaintiffs

FTU/ Pleadings /FTU - 4TH RFP - Notice of Service.final