IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.04-1207-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITIONS

TO:  Robert Fitzgerald, Esquire               Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &            Montgomery McCracken Walker &
     Rhoads, LLP                              Rhoads, LLP
     123 South Broad Street                   300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                   Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| NAME | DATE AND TIME |
|---|---|
| Ret. Col. L. Aaron Chaffinch | August 30, 2005 at 9:30 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED:  August 9, 2005

## CERTIFICATE OF SERVICE

    I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 9, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Robert Fitzgerald, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA 19109
    rfitzgerald@mmwr.com


    Richard M. Donaldson, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    rdonaldson@mmwr.com


    /s/ Stephen J. Neuberger
    **STEPHEN J. NEUBERGER, ESQ.**

Foraker / Pleadings / Notice of Depositions
FTU / Pleadings / Notice of Depositions