# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.04-1207-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:  Robert Fitzgerald, Esquire  
Montgomery McCracken Walker & Rhoads, LLP  
123 South Broad Street  
Philadelphia, PA 19109

Richard M. Donaldson, Esquire  
Montgomery McCracken Walker & Rhoads, LLP  
300 Delaware Avenue, Suite 750  
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Capt. Ralph H. Davis, III | August 29, 2005 at 10:00 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED:  August 17, 2005

## CERTIFICATE OF SERVICE

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 17, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert Fitzgerald, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> rfitzgerald@mmwr.com

> Richard M. Donaldson, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801
> rdonaldson@mmwr.com

> /s/ Stephen J. Neuberger
> **STEPHEN J. NEUBERGER, ESQ.**