IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

TO:    Edward T. Ellis, Esq.
Robert Fitzgerald, Esq.
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Richard Montgomery Donaldson, Esq.
Montgomery, McCracken, Walker & Rhoades, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral

-1-

deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of The Neuberger Firm, P.A., Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE** | **TIME** |
|---|---|---|
| Captain Ralph H. Davis, III. | September 6, 2005 | 10:00 a.m. |

    Respectfully Submitted,

    **THE NEUBERGER FIRM, P.A.**

    /s/ Stephen J. Neuberger
    **THOMAS S. NEUBERGER, ESQ. (#243)**
    **STEPHEN J. NEUBERGER, ESQ. (#4440)**
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801
    (302) 655-0582
    TSN@NeubergerLaw.com
    SJN@NeubergerLaw.com

    Attorneys for Plaintiffs

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 29, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following individuals:

>Robert Fitzgerald, Esq.
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109

>Richard Montgomery Donaldson, Esq.
>Montgomery, McCracken, Walker & Rhoades, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

cc:   Martin D. Haverly, Esq. (Via CM/ECF)
      clients
      Wilcox & Fetzer