IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

### AMENDED NOTICE OF DEPOSITIONS

TO:   Robert Fitzgerald, Esquire　　　　　Richard M. Donaldson, Esquire
　　　Montgomery McCracken Walker &　　Montgomery McCracken Walker &
　　　Rhoads, LLP　　　　　　　　　　　Rhoads, LLP
　　　123 South Broad Street　　　　　　 300 Delaware Avenue, Suite 750
　　　Philadelphia, PA 19109　　　　　　 Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| **NAME** | **DATE AND TIME** |
|---|---|
| Capt. Ralph H. Davis, III | September 6, 2005 at 1:00 p.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED:  August 31, 2005

**CERTIFICATE OF SERVICE**

  I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 31, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Robert Fitzgerald, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA 19109
    rfitzgerald@mmwr.com


    Richard M. Donaldson, Esquire
    Montgomery McCracken Walker & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    rdonaldson@mmwr.com


        /s/ Stephen J. Neuberger
        **STEPHEN J. NEUBERGER, ESQ.**