IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.04-1207-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

TO:  Robert Fitzgerald, Esquire            Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &         Montgomery McCracken Walker &
     Rhoads, LLP                            Rhoads, LLP
     123 South Broad Street                 300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                 Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Capt. Glenn Dixon | September 16, 2005 at 10:00 a.m. |

                                       **THE NEUBERGER FIRM, P.A.**

                                       /s/ Stephen J. Neuberger
                                       **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                       Two East Seventh Street, Suite 302
                                       Wilmington, Delaware 19801
                                       (302) 655-0582

                                       Attorneys for Plaintiff

DATED:  August 31, 2005

## **CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 31, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**