IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE OF A SUBPOENA

To:   Thomas S. Neuberger, Esq.
      Stephen J. Neuberger, Esq.

Defendants intend to serve a subpoena identical to the one that is attached to this Notice.

Date: August 31, 2005

MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP

_____
Richard M. Donaldson (DE Bar I.D. #4367)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

Edward T. Ellis
Robert J. Fitzgerald
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

*Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service of a Subpoena were served by hand delivery this 31st day of August 2005 on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

Dated: August 31, 2005

_____
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
*Attorneys for Defendants*