AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Ohio |

B. Kurt Price, et al.

V.

L. Aaron Chaffinch, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04-956-GMS (D. Del.)

TO: Mayfran International
6650 Beta Drive
Mayfield Village, OH 44143-2321

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE | DATE AND TIME |
| --- | --- |
| Montgomery, McCracken, Walker & Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109 | September 21, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] (Attorney for the Defendants) | August 31, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Robert J. Fitzgerald, Esq.          123 South Broad Street
215-772-7395                           Philadelphia, PA 19109

[1] If action is pending in district other than district of issuance, state district under case number.

| PROOF OF SERVICE |  |
|---|---|
| DATE | PLACE |
| SERVED | |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**ATTACHMENT A**
**TO SUBPOENA IN A CIVIL CASE**

You are commanded to produce and permit inspection and copying of the following documents or objects:

DEFINITIONS

1. The term "document" is intended to have the broadest possible meaning and to include anything coming within the definition set forth in Rule 34 of the Federal Rules of Civil Procedure and the definition of "writings" and "recordings" set forth in Rule 1001(1) of the Federal Rules of Evidence, including any recorded, photographic, computer generated, or other graphic matter of any kind or nature, however produced or reproduced. "Document" or

"documents" shall also include all drafts, alterations, modifications, changes, and amendments of any of the foregoing.

"Document" or "documents" also includes any documents electronically stored as data on any storage device or on any magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software); any "deleted" but recoverable electronic files on said media; any electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer [RAM slack] or residual data left on the hard drive after new data has overwritten some but not all of previously stored data).

Any document, bearing on any sheet or side thereof, any marks, including without limitation, initials, stamped indicia, comments, or notations of any character which are not part of the original text, or any reproduction thereof, is to be considered a separate document.

2. "Relating to" means in any way showing, supporting, disclosing, advertising, evidencing, reflecting, dealing with, constituting, mentioning, describing or pertaining to, in whole or in part.

3. "Communication" means any oral, written, mechanical, electronic or other transmission of words, symbols, numbers or depictions to a person, entity, file, or repository of data or information, and includes but is not limited to any discussion, conversation, correspondence, letter, e-mail, voicemail, publication of any document, or any other form of providing and/or receiving information.

## PRODUCTION OF DOCUMENTS OR OBJECTS
## PURSUANT TO SUBPOENA IN A CIVIL CASE

1. Any documents relating to the sale, installation, maintenance, repair, or replacement of any system, material, or product, including, but not limited to, any conveyer, drag, and/or dredge belt at the Delaware State Police Firearms Training Unit in Smyrna, Delaware.

2. Any documents relating to any communications between any employees of Mayfran International and any employees of the State of Delaware concerning the sale, installation, maintenance, repair, or replacement of any system, material, or product, including, but not limited to, any conveyer, drag, and/or dredge belt at the Delaware State Police Firearms Training Unit in Smyrna, Delaware.