IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

This is to certify that two (2) copies of the Responses and Objections of Defendants to Plaintiffs' Third Request for Production of Documents were served by hand delivery this 31st day of August 2005 on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

Dated: August 31, 2005

/s/ *Richard M. Donaldson*
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the foregoing Notice of Service were served by hand delivery this 31st day of August 2005 on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

>_____*/s/ Richard M. Donaldson*_____
>Richard M. Donaldson (DE Bar No. 4367)