IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

This is to certify that two (2) copies of the Responses and Objections of Defendants to Plaintiffs' Fourth Request for Production of Documents were served by first class mail this 12th day of September 2005 on:

        Thomas Stephen Neuberger, Esq.
        Stephen J. Neuberger, Esq.
        The Neuberger Firm, P.A.
        Two East Seventh Street, Suite 302
        Wilmington, DE 19801

        *Counsel for Plaintiffs*

Dated: September 12, 2005

        Noel C. Burnham (DE Bar No. 3483)
        Richard M. Donaldson (DE Bar No. 4367)
        Montgomery, McCracken, Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801
        Telephone: (302) 504-7840
        Facsimile: (302) 504-7820
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by first class mail this 12th day of September 2005 on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>
>*Counsel for Plaintiffs*

_____
Noel C. Burnham (DE Bar No. 3483)