# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

### RE-NOTICE OF DEPOSITION

**TO:** Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendants L. Aaron Chaffinch, Thomas F. MacLeish, and the Division of State Police, by their attorneys, will take the deposition of B. Kurt Price on October 18, 2005, **instead of October 19, 2005**, before an officer authorized to administer oaths, at the offices of Montgomery,

McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Wilmington, DE 19801,

commencing at 10:00 a.m.

    You are invited to attend and participate.

Dated: October 10, 2005                                            */s/ Noel C. Burnham*
                                                            Noel C. Burnham (DE Bar No. 3483)
                                                            Richard M. Donaldson (DE Bar No. 4367)
                                                            Montgomery, McCracken,
                                                                 Walker & Rhoads, LLP
                                                            300 Delaware Avenue, Suite 750
                                                           Wilmington, DE 19801
                                                          Telephone: (302) 504-7840
                                                          Facsimile: (302) 504-7820

                                                          Edward T. Ellis
                                                          (Admitted Pro Hac Vice)
                                                          Robert J. Fitzgerald
                                                          (Admitted Pro Hac Vice)
                                                          Montgomery, McCracken,
                                                              Walker & Rhoads, LLP
                                                          123 South Broad Street
                                                          Philadelphia, PA 19109
                                                          (215) 772-1500

                                                          *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on this day, I caused a true and correct copy of the foregoing Notice of Deposition, to be served by Hand Delivery upon the following:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> *Attorney for Plaintiff*

Dated:  October 10, 2005                                    */s/ Noel C. Burnham*
                                                            Noel C. Burnham (DE Bar No. 3483)