IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE;** | : |
| **CORPORAL WAYNE WARREN; and** | : |
| **SERGEANT CHRISTOPHER D. FORAKER,** | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A.No.04-956-GMS |
| | : |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as the Superintendent, Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as the Deputy Superintendent, Delaware State Police; **DAVID B. MITCHELL,** in his official capacity as Secretary of the Department of Safety and Homeland Security, State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : |
| | : |
| Defendants. | : |

**STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT**

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, that:

1. Pursuant to Fed.R.Civ.P. 15(a), plaintiffs may file a First Amended Complaint, adding a claim for First Amendment Petition Clause retaliation as Count II.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| /s/ Stephen J. Neuberger | /s/ Richard M. Donaldson |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **RICHARD M. DONALDSON, ESQ. (#4367)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **NOEL C. BURNHAM, ESQ. (#3483)** |
| Two East Seventh Street, Suite 302 | 300 Delaware Avenue, Suite 750 |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| (302) 655-0582 | (302) 504-7800 |
| TSN@NeubergerLaw.com | rdonaldson@mmwr.com |
| SJN@NeubergerLaw.com | |
| | **EDWARD T. ELLIS, ESQ.** |
| Attorneys for Plaintiff | **ROBERT J. FITZGERALD, ESQ.** |
| | **MONTGOMERY, MCCRACKEN,** |
| Dated: October 14, 2005 | **WALKER & RHOADS, LLP** |
| | 123 South Broad Street |
| | Philadelphia, PA  19109 |
| | eellis@mmwr.com |
| | rfitzgerald@mmwr.com |
| | |
| | Attorneys for Defendants |
| | |
| | Dated: October 14, 2005 |

FTU \ Pleadings \ Stipulation - First Amended Complaint.final