IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| COLONEL L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

| | |
|---|---|
| SERGEANT CHRISTOPHER FORAKER, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-1207-GMS |
| v. : | |
| : | |
| COLONEL L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of the Motion of the Defendants to Bar Certain Communications of Counsel or, in the Alternative, to Disqualify Counsel, Defendants' Opening Brief in support thereof, and Plaintiffs' opposition, IT IS HEREBY ORDERED that:

(a) Defendants' Motion is GRANTED;

(b) Thomas S. Neuberger, Esq., and Stephen J. Neuberger, Esq., shall, within three (3) days of the entry of this Order, certify to the Court that they have ended their representation of Captain Ralph Davis in the above-captioned cases;

-2-

(c) Thomas S. Neuberger, Esq., and Stephen J. Neuberger, Esq., shall, within ten (10) days of the entry of this Order, disclose to and provide Defendants a complete description of all communications with Captain Ralph Davis about the subjects of the above-captioned cases;

(d) Thomas S. Neuberger, Esq., and Stephen J. Neuberger, Esq., are prohibited from communicating with Captain Ralph Davis about the subjects of the above-captioned cases without the consent of counsel for the Defendants or a Court Order;

(e) Defendants and their counsel are permitted to communicate with Captain Ralph Davis about the subjects of the above-captioned cases.

BY THE COURT,

_____
UNITED STATES DISTRICT JUDGE GREGORY M. SLEET