## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on the 14th day of October 2005, I electronically filed the foregoing *Motion To Bar Certain Communications of Counsel or In the Alternative To Disqualify Counsel, Opening Brief In Support of the Motion Of the Defendants to Bar Certain Communications of Counsel or, In the Alternative, To Disqualify Counsel, Statement of Counsel Pursuant to Local Rules 7.1.1 and Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>
> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
>
> Martin D. Haverly, Esq.
> Martin D. Haverly, Attorney At Law
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
>
> *Counsel for Plaintiffs*

                                                    /s/ Noel C. Burnham
                                            Noel C. Burnham (DE Bar No. 3483)