IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO BAR CERTAIN COMMUNICATIONS
OF COUNSEL, OR, IN THE ALTERNATIVE,
TO DISQUALIFY COUNSEL**

WHEREAS, on October 14, 2005, defendants filed a motion to bar certain communications of plaintiffs' counsel, or, in the alternative, to disqualify counsel. (D.I. 46 in Price; and D.I. 32 in Foraker).

WHEREAS, due to scheduling conflicts, including a Third Circuit oral argument, a pending trial and other matters, plaintiffs have requested additional time in which to respond to the defense motion.

-1-

WHEREAS, defendants have consented to this additional time.

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, subject to the approval of the Court, that:

1. Plaintiffs' Answering Brief in opposition to the Defendants' Motion shall be due on November 14, 2005.

2. Defendants' Reply Brief in support of their Motion shall be due on November 28, 2005.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| /s/ Stephen J. Neuberger | /s/ Richard M. Donaldson |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **RICHARD M. DONALDSON, ESQ. (#4367)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **NOEL C. BURNHAM, ESQ. (#3483)** |
| Two East Seventh Street, Suite 302 | 300 Delaware Avenue, Suite 750 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-0582 | (302) 504-7800 |
| TSN@NeubergerLaw.com | rdonaldson@mmwr.com |
| SJN@NeubergerLaw.com | |
| | **EDWARD T. ELLIS, ESQ.** |
| Attorneys for Plaintiff | **ROBERT J. FITZGERALD, ESQ.** |
| | **MONTGOMERY, MCCRACKEN,** |
| Dated: October 18, 2005 | **WALKER & RHOADS, LLP** |
| | 123 South Broad Street |
| | Philadelphia, PA 19109 |
| | eellis@mmwr.com |
| | rfitzgerald@mmwr.com |
| | |
| | Attorneys for Defendants |
| | |
| | Dated: October 18, 2005 |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
**THE HONORABLE GREGORY M. SLEET**

FTU \ Pleadings \ Disqualification Briefing Stipulation.final