# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.04-1207-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:   Robert Fitzgerald, Esquire            Richard M. Donaldson, Esquire
      Montgomery McCracken Walker &         Montgomery McCracken Walker &
      Rhoads, LLP                           Rhoads, LLP
      123 South Broad Street                300 Delaware Avenue, Suite 750
      Philadelphia, PA 19109                Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Ret. Major David Baylor | November 18, 2005 at 2:00 p.m. |

                                          **THE NEUBERGER FIRM, P.A.**

                                          /s/ Stephen J. Neuberger
                                          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                          Two East Seventh Street, Suite 302
                                          Wilmington, Delaware 19801
                                          SJN@NeubergerLaw.com
                                          (302) 655-0582

                                          Attorneys for Plaintiff

DATED: November 2, 2005

## CERTIFICATE OF SERVICE

  I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on November 2, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com


>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com


>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**