# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

**TO:** Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Martin D. Haverly, Esquire
Two East Seventh Street
Suite 302
Wilmington, DE 19801-3707

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure,

Defendants L. Aaron Chaffinch, Thomas F. MacLeish, and the Division of State Police, by their

attorneys, will take the deposition of Christopher Foraker on **December 6, 2005**, before an officer authorized to administer oaths, at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Wilmington, DE 19801, commencing at 9:30 a.m.

You are invited to attend and participate.


Dated: November 7, 2005                    /s/ Noel C. Burnham
                                                    Noel C. Burnham (DE Bar No. 3483)
                                                    Richard M. Donaldson (DE Bar No. 4367)
                                                    Montgomery, McCracken,
                                                        Walker & Rhoads, LLP
                                                    300 Delaware Avenue, Suite 750
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 504-7840
                                                    Facsimile: (302) 504-7820

                                                    Edward T. Ellis
                                                   (Admitted Pro Hac Vice)
                                                   Robert J. Fitzgerald
                                                   (Admitted Pro Hac Vice)
                                                   Montgomery, McCracken,
                                                    Walker & Rhoads, LLP
                                                   123 South Broad Street
                                                   Philadelphia, PA 19109
                                                   (215) 772-1500

                                                   *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on this day, I caused a true and correct copy of the foregoing Notice of Deposition, to be served by Hand Delivery upon the following:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esquire
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorney for Plaintiff*

Dated:  November 7, 2005                            /s/ Noel C. Burnham
                                                                    Noel C. Burnham (DE Bar No. 3483)