## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this day, I caused a true and correct copy of the foregoing Defendants' Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint, to be served by Hand Delivery upon the following:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>*Attorney for Plaintiffs*

Dated: November 9, 2005

Noel C. Burnham (DE Bar No. 3483)