IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITION

TO:  Robert Fitzgerald, Esquire              Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &           Montgomery McCracken Walker &
     Rhoads, LLP                             Rhoads, LLP
     123 South Broad Street                  300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                  Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Ret. Major David Baylor | November 18, 2005 at 1:00 p.m. |

                                    **THE NEUBERGER FIRM, P.A.**

                                    /s/ Stephen J. Neuberger
                                    **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                    Two East Seventh Street, Suite 302
                                    Wilmington, Delaware 19801
                                    (302) 655-0582

                                    Attorneys for Plaintiff

DATED: November 14, 2005

## **CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on November 14, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com


>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com



>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**