IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, WAYNE WARREN; AND CHRISTOPHER FORAKER,<br><br>Plaintiffs,<br><br>v.<br><br>L. AARON CHAFFINCH, individually and in his official capacity as the Superintendent of the Delaware State Police; THOMAS F. MACLEISH, individually and in his official capacity as the Deputy Superintendent of the Delaware State Police; DAVID B. MITCHELL, in his official capacity as Secretary of the Department of Public Safety of the State of Delaware; and DIVISION OF STATE POLICE, DEPARTMENT OF PUBLIC SAFETY, STATE OF DELAWARE,<br><br>Defendants. | Civil Action No. 04-0956 |

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this day, I caused two true and correct copies of the foregoing Proof of Service, to be served by Hand Delivery upon the following:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

*Attorney for Plaintiffs*

Dated: November 22, 2005

Noel C. Burnham (DE Bar No. 3483)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | NOVEMBER 18, 2005 | MAYFRAN INTERNATIONAL<br>6650 BETA DRIVE<br>MAYFIELD VILLAGE, OH. 44143 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| RAYMOND A. OSTANEK<br>VICE PRESIDENT ADMINISTRATION<br>MAYFRAN INTERNATIONAL | PERSONAL SERVICE |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| GARY MEECH | LICENSED PRIVATE INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   NOVEMBER 18, 2005
DATE

Gary Meech
SIGNATURE OF SERVER

MEECH SECURITY & INVESTIGATIONS
P.O. BOX 34068
PARMA, OHIO 44134

ADDRESS OF SERVER

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | NOVEMBER 18, 2005 | MAYFRAN INTERNATIONAL<br>6650 BETA DRIVE<br>MAYFIELD VILLAGE, OH. 44143 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| RAYMOND A. OSTANEK<br>VICE PRESIDENT ADMINISTRATION<br>MAYFRAN INTERNATIONAL | PERSONAL SERVICE |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| GARY MEECH | LICENSED PRIVATE INVESTIGATOR |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  NOVEMBER 18, 2005
DATE

*Gary Meech*
SIGNATURE OF SERVER

MEECH SECURITY & INVESTIGATIONS
P.O. BOX 34068
PARMA, OHIO 44134

ADDRESS OF SERVER

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | Sept. 2, 2005<br>Time 11:15 AM | Mayfran International<br>6650 Beta Drive<br>Mayfield Village Ohio  44143 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Ray Ostanek    Vice Preaisent | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Thomas Hutter | Private Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   Sept. 2, 2005

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
6195 Sherwood Drive
North Olmsted Ohio  44070