IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE et al.,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | **C.A.No.04-956-GMS** |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on November 23, 2005, I caused **PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** to be served on the following individuals by the means indicated:

Robert J. Fitzgerald, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Bend Street
Philadelphia, PA 19109
rfitzgerald@mmwr.com
(Via E-mail)

Richard M. Donaldson, Esquire
Montgomery, McCracken, Walker, & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com
(Via E-mail)

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: November 23, 2005                Attorney for Plaintiffs

FTU/ Pleadings /FTU - 1st Set of Rogs - Notice of Service.final