IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:  Robert Fitzgerald, Esquire            Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &         Montgomery McCracken Walker &
     Rhoads, LLP                           Rhoads, LLP
     123 South Broad Street                300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individual at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Ret. Major Joseph Forrester | December 22, 2005 at 10:00 a.m. |

 

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582

Attorneys for Plaintiff

DATED:   November 29, 2005

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on June 13, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com
>(By U.S. Mail and E-Mail)

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com
>(By U.S. Mail and E-Mail)

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**

Foraker / Pleadings / Notice of Depositios-Forrester
FTU / Pleadings / Notice of Deposition -Forrester