**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

**Hand Delivered**

Clerk
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
      **Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**

Dear Clerk:

    For some technical reason, my office has not been able to e-file during the last few days. Therefore, I am filing the following items in the above-captioned case by hand:

1. Entry of Appearance of Martin D. Haverly dated December 2, 2005 in the matter of Price, et al. v. Chaffinch, et al. C.A. No.: 04-956- GMS.

2. Discovery dispute agenda letter to the Honorable Gregory M. Sleet dated December 2, 2005.

    I attempted to e-file a pleading yesterday and met with difficulties. I contacted Yvette at the Clerk's office. She was very pleasant and provided some brainstorming which apparently usually produces the ability to e-file. But for some reason I still could not e-file the pleading, and I could not do so earlier today, either. More likely than not it is some problem on my end. I am taking steps to remedy this situation as quickly as possible.

Clerk
United States District Court
December 2, 2005
Page 2

If you have any questions, please do not hesitate to contact me.

Very truly yours

encls.

cc:   The Honorable Gregory M. Sleet (Hand Delivered)
      The Neuberger Firm
      Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
      Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
      Sgt. Christopher Foraker
      Cpl. Kurt Price
      Cpl. Wayne Warren

**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

**By Hand Delivered Due to Difficulty With Electronic Filing**

The Honorable Gregory M. Sleet
United State District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   **Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
      **Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**
      **Discovery Dispute Agenda Letter**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Wednesday, December 7, 2005 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to presented to the Court:

**Plaintiffs' Issue:**

- "Defendants' failure to produce e-mail documents"

**Defendants' Issues:**

- None

The Honorable Gregory M. Sleet
December 2, 2005
Page 2

          Respectfully,

          */s/ Martin D. Haverly*

          Martin D. Haverly

MDH/acs

cc: Clerk of the Court
   Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
   Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
   The Neuberger Firm
   Sgt. Christopher Foraker
   Cpl. Kurt Price
   Cpl. Wayne Warren