**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

**Hand Delivered**

Clerk
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:**   Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS
        Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS

Dear Clerk:

For some technical reason, my office has not been able to e-file during the last few days. Therefore, I am filing the following items in the above-captioned case by hand:

1. Entry of Appearance of Martin D. Haverly dated December 2, 2005 in the matter of Price, et al. v. Chaffinch, et al. C.A. No.: 04-956- GMS.

2. Discovery dispute agenda letter to the Honorable Gregory M. Sleet dated December 2, 2005.

I attempted to e-file a pleading yesterday and met with difficulties. I contacted Yvette at the Clerk's office. She was very pleasant and provided some brainstorming which apparently usually produces the ability to e-file. But for some reason I still could not e-file the pleading, and I could not do so earlier today, either. More likely than not it is some problem on my end. I am taking steps to remedy this situation as quickly as possible.

Clerk
United States District Court
December 2, 2005
Page 2

If you have any questions, please do not hesitate to contact me.

Very truly yours

Martin D. Haverly

MDH/acs

encls.

cc:   The Honorable Gregory M. Sleet (Hand Delivered)
      The Neuberger Firm
      Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
      Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
      Sgt. Christopher Foraker
      Cpl. Kurt Price
      Cpl. Wayne Warren