IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Plaintiffs in the above-captioned case.

_____
MARTIN D. HAVERLY, ESQUIRE

**MARTIN D. HAVERLY, ATTORNEY AT LAW**
2 East 7th Street, Suite 302
Wilmington, Delaware 19801
Del. Bar Number 3295
(302) 654-2255
Martin@HaverlyLaw.com

Attorney for Plaintiffs

December 2, 2005

## CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on December 2, 2005, I sent the ENTRY OF APPEARANCE, due to difficulty with electronic filing, via facsimile & first class mail, postage prepaid to the following:

>Robert J. Fitzgerald, Esquire
>Edward T. Ellis, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(215)772-7620

>Richard M. Donaldson, Esquire
>Montgomery, McCracken, Walker, & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>(302)504-7820

_____
MARTIN D. HAVERLY, ESQUIRE

cc: Clerk
    The Neuberger Firm
    Cpl. Kurt Price
    Cpl. Wayne Warren
    Sgt. Christopher Foraker