**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
and Pennsylvania　　　　　　　　　　　　　　　　　　　　　　　　　　　(302)654-2255
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302)655-9329

December 2, 2005

**By Hand Delivered Due to Difficulty With Electronic Filing**

The Honorable Gregory M. Sleet
United State District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:　**Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
　　　**Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**
　　　**Discovery Dispute Agenda Letter**

Dear Judge Sleet:

　　In anticipation of the discovery teleconference scheduled for Wednesday, December 7, 2005 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to presented to the Court:

**Plaintiffs' Issue:**

- "Defendants' failure to produce e-mail documents"

**Defendants' Issues:**

- None

The Honorable Gregory M. Sleet
December 2, 2005
Page 2

                              Respectfully,

                              Martin D. Haverly

MDH/acs

cc:   Clerk of the Court
      Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
      Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
      The Neuberger Firm
      Sgt. Christopher Foraker
      Cpl. Kurt Price
      Cpl. Wayne Warren