IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

**NOTICE OF SERVICE**

This is to certify that one original and one copy of the Responses and Objections of Defendants to Plaintiffs' Fifth Request for Production of Documents were served by first class mail the 27th day of December, 2005, on:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esq.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801-3707
>
> *Counsel for Plaintiffs*

Dated: December 28, 2005

_____
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by postage pre-paid, first class U.S. mail upon the following individuals at the address indicated:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

Dated:  December 28, 2005

_____
Noel C. Burnham (DE Bar No. 3483)