**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| B. KURT PRICE, et al., | : |
| | : |
| Plaintiff, | : |
| | :   C.A. No. 04-956-GMS |
| v. | : |
| | : |
| L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

    I, Noel C. Burnham, hereby certify that on this day, I caused two copies of the foregoing

Proof of Service, to be served by first class mail upon the following:

>Thomas S. Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Counsel for Plaintiffs*

Dated:  January 4, 2006                            /s/ Noel C. Burnham
                                                                                   Noel C. Burnham (DE Bar No. 3483)