IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

**TO:**  Thomas Stephen Neuberger, Esq.         Martin D. Haverly, Esquire
Stephen J. Neuberger, Esq.              Two East Seventh Street
The Neuberger Firm, P.A.                Suite 302
Two East Seventh Street, Suite 302      Wilmington, DE  19801-3707
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendants L. Aaron Chaffinch, Thomas F. MacLeish, and the Division of State Police, by their attorneys, will take the deposition of Gregory A. Warren on January 11, 2006, before an officer authorized to administer oaths, at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Wilmington, DE 19801, commencing at 10:00 a.m.

Dated: January 6, 2006                     /s/ Noel C. Burnham
                                           Noel C. Burnham (DE Bar No. 3483)
                                           Richard M. Donaldson (DE Bar No. 4367)
                                           Montgomery, McCracken,
                                             Walker & Rhoads, LLP
                                           300 Delaware Avenue, Suite 750
                                           Wilmington, DE 19801
                                           Telephone: (302) 504-7840
                                           Facsimile: (302) 504-7820

                                           Edward T. Ellis
                                           (Admitted Pro Hac Vice)
                                           Robert J. Fitzgerald
                                           (Admitted Pro Hac Vice)
                                           Montgomery, McCracken,
                                             Walker & Rhoads, LLP
                                           123 South Broad Street
                                           Philadelphia, PA  19109
                                           (215) 772-1500
                                           *Counsel for Defendants*

-

**CERTIFICATE OF SERVICE**

      I, Noel C. Burnham, hereby certify that on this day, I caused two true and correct copies of the foregoing Notice of Deposition, to be served by Hand Delivery upon the following:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801-3707
>
> *Attorney for Plaintiffs*

Dated:  January 6, 2005                                                      /s/ Noel C. Burnham
                                                                                      Noel C. Burnham (DE Bar No. 3483)