**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

January 16, 2006

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United State District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   **Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
**Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**
**Discovery Dispute Agenda Letter**

Dear Judge Sleet:

In anticipation of the discovery dispute teleconference scheduled for Wednesday, December 18, 2006 at 3:00 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiffs' Issue:**

- Defendants' failure to produce computer hard drives.

- Defendants' failure to produce documents relating to psychiatric exams of plaintiffs.

The Honorable Gregory M. Sleet
January 13, 2006
Page 2

- Defendants' refusal to answer and failure to provide documents relating to the foundation for certain questions Defendants' counsel posed at Captain Dixon's deposition.

**Defendants' Issues:**

- None

                Respectfully submitted,

                Martin D. Haverly

MDH/acs

cc:     Clerk of the Court
        Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
        Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
        The Neuberger Firm
        Sgt. Christopher Foraker
        Cpl. Kurt Price
        Cpl. Wayne Warren