# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

This is to certify that one original and one copy of the Supplemental Answers and Objections of Defendants to Plaintiffs' First Set of Interrogatories were served by first class mail on the 23rd day of January, 2006, on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Counsel for Plaintiffs*

Dated: January 23, 2006 ____/s/ Noel C. Burnham_____
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the foregoing Notice of Service were served by postage pre-paid, first class U.S. mail upon the following individuals at the address indicated:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

Dated:  January 23, 2006          ___/s/ Noel C. Burnham_____
                                  Noel C. Burnham (DE Bar No. 3483)