**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

This is to certify that one original and one copy of the Supplemental Responses and Objections of Defendants to Plaintiffs' Fifth Request for Production of Documents were served by first class mail the 23rd day of January, 2006, on:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esq.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801-3707
>
> *Counsel for Plaintiffs*

Dated:  January 23, 2006            _____/s/ Noel C. Burnham_____
                                      Noel C. Burnham (DE Bar No. 3483)
                                      Richard M. Donaldson (DE Bar No. 4367)
                                      Montgomery, McCracken, Walker & Rhoads, LLP
                                      300 Delaware Avenue, Suite 750
                                      Wilmington, DE 19801
                                      Telephone: (302) 504-7840
                                      Facsimile: (302) 504-7820
                                      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the foregoing Notice of Service were served by postage pre-paid, first class U.S. mail upon the following individuals at the address indicated:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

Dated:  January 23, 2006    ____/s/ Noel C. Burnham_____
                           Noel C. Burnham (DE Bar No. 3483)