IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Defendants L. Aaron Chaffinch, Thomas F. MacLeish, David B. Mitchell, and the Division of State Police, Department of Safety and Homeland Security, State of Delaware, through its undersigned counsel, move for summary judgment on all counts of the Amended Complaint of Plaintiffs B. Kurt Price, Wayne Warren, and Christopher Foraker. The grounds for this Motion are set forth in the Opening Brief in Support of Defendant's Motion for Summary Judgment, which is filed separately.

Respectfully submitted,

Dated: January 25, 2006                     /s/ Noel C. Burnham
                                                                            Noel C. Burnham (DE Bar No. 3483)
                                                                            Richard M. Donaldson (DE Bar No. 4367)
                                                                            Montgomery, McCracken, Walker & Rhoads, LLP
                                                                            300 Delaware Avenue, Suite 750
                                                                            Wilmington, DE 19801
                                                                            Telephone: (302) 504-7840
                                                                            Facsimile: (302) 504-7820

Edward T. Ellis (Admitted Pro Hac Vice)
Robert J. Fitzgerald (Admitted Pro Hac Vice)
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

*Counsel for Defendants L. Aaron Chaffinch,
Thomas F. MacLeish, David B. Mitchell, and the
Division of State Police, Department of Safety and
Homeland Security, State of Delaware*

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of Defendant's Motion for Summary Judgment were served by first class mail this 25th day of January 2006 on:

>Thomas Stephen Neuberger, Esquire
>Stephen J. Neuberger, Esquire
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

>    /s/ Noel C. Burnham
> Noel C. Burnham (DE Bar No. 3483)