**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**COMBINED APPENDIX
TO OPENING BRIEFS IN SUPPORT OF
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**VOLUME II -- CONFIDENTIAL DOCUMENTS
PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY
(DATED OCT. 4, 2005)**

**CONFIDENTIAL – FILED UNDER SEAL**

**ORIGINAL**

-2-

Date:  January 25, 2006       Noel C. Burnham (DE Bar # 3483)
                              Richard M. Donaldson (DE Bar I.D. #4367)
                              Montgomery, McCracken, Walker & Rhoads, LLP
                              300 Delaware Avenue, Suite 750
                              Wilmington, DE  19801
                              (302) 504-7840

                              *Counsel for Defendants*

## TABLE OF CONTENTS

Price v. Chaffinch, No. 04-956-GMS (D. Del.), Amended Complaint ......................... A-1 – A-29

Foraker v. Chaffinch, No. 04-1207-GMS (D. Del.), Complaint ............................... A-30 – A-56

Plaintiffs Answers and Objections to Defendants' Interrogatories ............................. A-57 – A-68

Deposition of B. Kurt Price ..................................................................................... A-69 – A-121

Deposition of Wayne H. Warren .............................................................................. A-122 – A192

Deposition of Christopher D. Foraker ..................................................................... A-193 – A-268

Deposition of L. Aaron Chaffinch ........................................................................... A-269 – A-320

Deposition of Thomas F. MacLeish ......................................................................... A-321 – A-386

Deposition of John A. Yeomans .............................................................................. A-387 – A-452

Deposition Excerpts of Nathaniel McQueen, Jr. ..................................................... A-453 – A-456

Deposition Excerpts of Gregory Allen Warren ...................................................... A-456.1 – A-456.3

Declaration of Paul Eckrich .................................................................................... A-457 – A-458

Range Meeting Notes .............................................................................................. A-459 – A-462

Leave Policies ......................................................................................................... A-465 – A-501

Emails ..................................................................................... A-463 – A-464, A-502 – A-504.6

Range Studies .......................................................................................................... A-505 – A-511.10

Auditor's Report ..................................................................................................... A-512 – A-525

News Articles/Report .............................................................................................. A-526 – A-553.4

McKee v. Hart, --- F.3d ----, NO. 04-1442, 2006 WL 27474
    (3d Cir. Jan. 6, 2006) Medical Documents of B. Kurt Price ........................... A-554 – A-560

Wyshock v. Malekzadeh, No. 91C-09-22, 1992 Del. Super. Lexis 247
    (Del. Super. Ct. June 10, 1992) ....................................................................... A-561 – A-563

Martin v. Widner University School of Law, Civ. A. No. 91C-03-255, 1992 WL 153540
    (Del. Super. Ct. June 17, 1992) ................................................................. A-564 – A-587

Q-Tone Broadcasting, Co. v. Musicradio of Maryland, Inc., No. 93C-09-021,
    1994 WL 555391 (Del. Super. Ct. Aug. 22, 1994) ....................................... A-588 – A-595

Johnson v. Heimbach, No. Civ. A. 03-2483, 2003 WL 22838476
    (E.D. Pa. Nov. 25, 2003) ............................................................................. A-596 – A-601

Taylor v. Div. of State Police, No. Civ. 03-252-SLR, 2004 WL 1368847
    (D. Del. June 14, 2004) ............................................................................... A-602 – A-609

Stiner v. University of Del., No. Civ. 02-312-SLR, 2004 WL 1949545
    (D. Del. Aug. 27, 2004) ............................................................................... A-610 – A-618

Collier v. Target Stores Corp., Civ. No. 03-1144-SLR, 2005 WL 850855
    (D. Del. Apr. 13, 2005) ............................................................................... A-619 – A-628

Mitchell v. Street, No. Civ. A. 04-3213, 2005 WL 1993774
    (E.D. Pa. Aug. 16, 2005) ............................................................................. A-629 – A-635

Medical Document of B. Kurt Price **(Under Seal)** ................................................. A-636 – A-710

Medical Documents of Wayne Warren **(Under Seal)** ............................................. A-711 – A-772

Medical Documents of Christopher D. Foraker **(Under Seal)** ................................ A-773 – A-834

Medical Documents of Joseph N. Forester **(Under Seal)** ....................................... A-835 – A-842

Medical Documents of Charles S. Klim **(Under Seal)** ............................................ A-843 – A-852

Medical Documents of Steve T. Swain **(Under Seal)** .............................................. A-853 – A-866

Medical Documents of David J. Citro **(Under Seal)** ............................................... A-867 – A-899

Employability Forms **(Under Seal)** ........................................................................ A-900 – A-906

Performance Evaluations of Richard A. Ashley **(Under Seal)** ............................... A-907 – A-955

Medical Documents of James Warwick **(Under Seal)** ........................................... A-956 – A-1006