# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | DI 83 |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | DI 63 |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF COMBINED APPENDIX
TO OPENING BRIEFS IN SUPPORT OF
<u>DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

**VOLUMES I & II -- CONFIDENTIAL DOCUMENTS
PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY
(DATED OCT. 4, 2005)**

**CONFIDENTIAL FILED UNDER SEAL**

2043619v1

## **CERTIFICATE OF SERVICE**

This is to certify that one (1) copy of the above referenced document(s) was served by hand delivery this 27th day of January 2006 on:

>Thomas Stephen Neuberger, Esquire
>Stephen J. Neuberger, Esquire
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>*Attorneys for Plaintiffs*

>           /s/ Noel C. Burnham
>Noel C. Burnham (DE Bar No. 3483)

2043619v1