Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 1 of 14

Price, et al.                                   v.                              Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS              October 17, 2005

Page 26

1  Q. Did James Warwick become a range instructor at
2  some point during this period?
3  A. After that time he did, yes.
4  Q. Do you know who he replaced?
5  A. No, I do not, or if he was just brought in. I
6  don't know if it was a replacement for Cathell when
7  Peachey retired or just how that occurred.
8  Q. When Peachey was assigned to the range, was
9  part of the time that he was assigned to the range a
10 period when he was on terminal leave?
11 A. I think he was on light duty. I don't think it
12 was terminal leave.
13 Q. Do you know whether there was a time when he
14 went on terminal leave while he was still assigned to
15 the range?
16 A. No, I do not.
17 Q. I would like you to describe for me your duties
18 during the time you were assigned to the range. I'm
19 talking about the period before you were put on light
20 duty.
21     In other words, beginning in 2001 up until
22 the point you were put on light duty, describe your
23 job.
24 A. The job first and foremost was the safety of

Page 27

1  everyone who walked through that building, to instruct
2  on firearms to newly assigned troopers, as well as
3  municipal officers, to recertify veteran officers with
4  yearly qualifications, to write lesson plans and
5  investigate different types of training, weapons
6  maintenance, to include armorers breakdowns. And I'm
7  sure I'm going to forget some of them.
8      We had to maintain the building and ensure
9  that we had the necessary supplies, targets,
10 ammunition and anything else that we needed for the
11 course of the shoot.
12 Q. What percentage of your time was spent
13 actually -- let me back up a second.
14     When you say that one of your jobs was
15 instructing troopers and municipal officers on
16 firearms, is there a piece of that that's a classroom
17 component?
18 A. Yes, there is.
19 Q. Were you one of the teachers in front of the
20 classroom?
21 A. Yes, I was.
22 Q. What is it exactly you were teaching people in
23 the classroom?
24 A. We covered weapon safety. We went over any new

Page 28

1  techniques that we picked up over the past year. What
2  we would do is instruct them prior to them
3  recertifying just on the basic weapon handling, calm
4  them down, make sure they understood what we expected
5  of them when we went onto the range.
6      So what we basically did is we would bring
7  them in. We usually did a weapons inspection and then
8  we would explain to them what they were going to
9  expect for the day's activities, the itinerary.
10 Q. Excuse me. Let me interrupt you for just a
11 minute.
12     Are you referring now to the
13 requalification class that you would run?
14 A. That's correct.
15 Q. So you would bring people in. You used the
16 phrase "calm them down."
17 A. That's correct.
18 Q. What do you mean by that?
19 A. Well, a lot of people were very upset and
20 apprehensive about requalifying.
21 Q. Troopers are?
22 A. Very much so.
23 Q. Why is that? Do you know?
24 A. I have no idea. That's not my forte.

Page 29

1  Q. So you do something called a weapons
2  inspection?
3  A. That's correct.
4  Q. What's that mean?
5  A. We're looking over the weapons to make sure
6  that they're clean and serviceable just to check so
7  that that officer has an operating weapon and it's not
8  inoperational.
9  Q. How many troopers do you have in a class?
10 A. It varied.
11 Q. What's the high number?
12 A. Twenty.
13 Q. And what would be the smallest number you would
14 have in a class?
15 A. Four, five.
16 Q. So when the troopers come in for the
17 recertification, do you inspect the weapon, each
18 trooper's weapon?
19 A. Yes, we do.
20 Q. So when you say inspect it, what does that
21 mean?
22 A. We're looking the weapon over to make sure it's
23 properly lubricated, doesn't have any rust on it and
24 it is in operating order.

A - 130

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 2 of 14

Price, et al.                                    v.                    Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS        October 17, 2005

Page 30

1  Q. Are you completely disassembling it?
2  A. They're disassembling it, a field stripping of
3  the weapon, and then we look it over.
4  Q. Does this all happen in the classroom?
5  A. Yes, it does.
6  Q. What happens next in a recertification?
7  A. Then we explain to them what they're going to
8  do and we also go over the techniques that they're
9  required to perform out on the range. So we explain
10 to them loading processes, shooting with a flashlight,
11 different options that they have, anything new that we
12 may have picked up in the field from our training from
13 going to outside sources when we attend training
14 classes.
15 Q. When you say new techniques, what are you
16 referring to? Can you give me an example?
17 A. Well, the technique of shooting with a
18 flashlight. There's several different techniques that
19 have been developed over the years and we're trying to
20 keep up to date with the best techniques. Also
21 reloading the weapon. If an officer is injured, how
22 would they reload that weapon, how would they keep in
23 the fight.
24      So we evaluate the different techniques

Page 31

1  out there and that goes on on a yearly basis and then
2  we instruct to that technique.
3  Q. Okay. What happens next as part of the
4  process?
5  A. Once we take them through the classroom time,
6  then we actually go out onto the range and we perform
7  the daily activities of shooting.
8  Q. How long does the classroom session take?
9  A. It depends. Usually it would be an hour, hour
10 and 45 minutes. It depends on what type of shooting
11 we were going to do prior to going out. If we were
12 going to just do simply qualification, it would be a
13 shorter period of time.
14      If we were going to put a different type
15 of shoot that involved where the officer would have to
16 move and we had different types of training, then the
17 classroom would be a little longer.
18 Q. Okay. How long does the actual shooting
19 session take?
20 A. That depends on how fast the group is out on
21 the range. If they're moving along good, it could be
22 two-and-a-half, three hours. If not, it could be
23 extended.
24 Q. Does the requalification -- excuse me.

Page 32

1      Does the recertification process -- do you
2  call it recertification or requalification?
3  A. You can call it either one.
4  Q. Is it a whole day's exercise?
5  A. Well, it's not a whole day unless we have
6  problems. If we have problems, then the shooters have
7  the opportunity to stay after everyone else is gone
8  and then continue to shoot. And usually there's some
9  training that goes into that prior to them trying to
10 qualify if they failed the qualification.
11 Q. When you say, "have problems," you mean people
12 who don't succeed in qualifying?
13 A. That's correct.
14 Q. Do you score them on their accuracy to the
15 target?
16 A. Yes, we do.
17 Q. And is that what determines whether they pass
18 or not?
19 A. That's correct.
20 Q. Now, is there a difference between the
21 recertification process for existing troopers and the
22 teaching of an academy class?
23 A. Yes.
24 Q. What do you do when you teach an academy class?

Page 33

1  Describe that process.
2  A. Well, we bring them in. We acclimate them to
3  the weapon. We go over the classroom portion. We
4  explain the nomenclature of the weapon and we take it
5  really slow so each individual person we're pretty
6  sure will be capable of going out onto the range and
7  starting the next process.
8      So we really start them off in the
9  classroom. We explain to them safety issues, about
10 the weapon and we also give them some information on
11 health issues and problems that they may encounter at
12 the range.
13     For example, there's a section in there
14 that we had in our booklet about lead and the dangers
15 of lead and to make sure that they washed their hands
16 when they came off the range before they did anything
17 else and not to do anything in the range because of
18 the problems with lead. So that was pretty much
19 discussed with them.
20     We talked to them about proper hearing
21 protection, make sure that was in place. Range rules,
22 they're read every day. They have to understand what
23 the rules are in the range because there's usually a
24 lot of people in the range inexperienced. We want to

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 3 of 14

| Price, et al. | v. | Chaffinch, et al. |
| --- | --- | --- |
| Wayne H. Warren, Volume 1 | C.A. # 04-956-GMS | October 17, 2005 |

Page 34

1  make sure that it's operating as safely as we can make
2  it operate.
3    Q.  When you say, "range rules," are you referring
4  to the part of the building where the actual shooting
5  takes place?
6    A.  No.  Actually, we're talking about the entire
7  building because when they enter that building the
8  weapon is supposed to be unloaded.  We don't want them
9  coming in with a loaded weapon.  So actually when they
10 park their vehicle in the parking lot, once they come
11 through the double doors there's range rules at that
12 point.
13   Q.  So they have to come in with an unloaded gun?
14   A.  That's correct.
15   Q.  And then where do they load it for the
16 shooting?
17   A.  Actually out on the range.
18   Q.  How long does it take for an academy class to
19 progress through the training that's given at the
20 firearms training unit?
21   A.  Well, it's supposed to be a 40-hour range
22 class.
23   Q.  Is that 40 hours consecutive or is it broken up
24 over the course of the academy course?

Page 35

1    A.  Well, 40 hours with the handgun and then we
2  have three days with the shotgun.  So it's broken up.
3    Q.  So for one solid week that class is at the
4  range being trained on handguns?
5    A.  That's correct.
6    Q.  And then they come back for three more
7  consecutive days of training on shotguns?
8    A.  That's correct.
9    Q.  And does the shotgun training follow
10 immediately after the end of the handgun training?
11   A.  There's usually some time in between.  It
12 depends on -- the class is broken down into different
13 groups.  Depending on the size of the class.
14   Q.  Of the 40 hours that the academy class trains,
15 what percentage of that is spent actually on the range
16 shooting?
17   A.  Again, that would depend on the class and/or
18 the group.  Each group could be spending different
19 amounts of time on the range shooting themselves.  One
20 group could get more time actually shooting in the
21 range than the next group.
22        So I couldn't give you an accurate amount
23 of time for one class.
24   Q.  Okay.  A typical academy class would be about

Page 36

1  25 or 30 recruits?
2    A.  Correct.
3    Q.  And are they broken up into subgroups?
4    A.  That's correct.
5    Q.  I understand.  So that you're saying that some
6  subgroups will proceed faster than others?
7    A.  That's correct.
8    Q.  On average, what percentage of the time is a
9  recruit actually shooting as opposed to being in a
10 classroom or doing other functions?
11   A.  Again, I wouldn't want to guess on that.  I
12 mean, it's a large percentage of the time that they're
13 out there actually shooting.
14   Q.  Like half or more?
15   A.  Yes.
16   Q.  When you do what you call a municipal class,
17 what's the purpose of the municipal class coming
18 through the State Police range?
19   A.  We train in firearms.
20   Q.  So that's training that the municipal police
21 academies don't have?
22   A.  That's correct.
23   Q.  Do you give them the same training that you
24 give to the academy recruits?

Page 37

1    A.  If it's strictly a municipal class?
2    Q.  Yes.
3    A.  Yes.
4    Q.  So it's basically --
5    A.  Well, they may not receive what we call
6  simmunitions training.
7    Q.  Can you describe what is simmunitions?
8    A.  It's a tactical exercise where it's life-like.
9  There are role players and the officers are put in
10 situations that are scripted and they actually go in
11 and do a mock exercise.
12   Q.  Where is that done?
13   A.  At the State Police firing range in Smyrna.
14 That's where it was done.
15   Q.  It was done actually in the shooting area?
16   A.  No, it wasn't.  Sometimes it was.  Sometimes it
17 was done in another room in the building.
18   Q.  And why do you call it simmunitions?  What's
19 that name mean?
20   A.  It's the round that was developed for training.
21 It's like a paint round.
22   Q.  So it actually is a round that's shot out of a
23 gun?  It's just not going to hurt anybody?
24   A.  Correct.

A - 132

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 4 of 14

Price, et al.                                           Chaffinch, et al.
Wayne H. Warren, Volume 1    C.A. # 04-956-GMS           October 17, 2005

Page 38

1  Q. Kind of like playing paint ball?
2  A. Basically.
3  Q. Are there any other types of training that you
4  do or that you did at the firing range in Smyrna that
5  we haven't talked about?
6  A. We instructed patrol procedures in the range,
7  in the firing area itself.
8  Q. What do you mean by "patrol procedures"?
9  A. We instructed the troopers how to make a
10 vehicle stop and how to approach people, how to
11 handcuff them, when to handcuff them, actually to
12 contact the public. And we did that with scripted
13 scenarios and it was a classroom portion.
14      Again, we explained to them what we were
15 going to do, how we were going to train them and then
16 we actually went out and performed it.
17 Q. Does that training involve discharging weapons?
18 A. No, it does not.
19 Q. Why is it done in the range area?
20 A. It was done in the range area so everyone could
21 see what was going on and it could be evaluated better
22 in that environment.
23      We also did it when it was, when the
24 weather was bad outside so that we had the attention

Page 39

1  of the recruits that we were trying to train rather
2  than trying to keep warm or keep dry or whatever,
3  whatever the environment was out there.
4  Q. I take it the doors are big enough to enable a
5  vehicle to be brought inside the building at that part
6  of the building?
7  A. Yes.
8  Q. And that's why you do it out there?
9  A. Yes.
10 Q. When you started at the range in August of
11 2001, were you instructed by anybody on personal
12 hygiene?
13 A. Instructed? What's your term instructed? I'm
14 just a little unclear about it.
15 Q. Somebody who was either your boss or a coworker
16 explaining to you rules of personal hygiene.
17 A. Well, they just explained that what we would do
18 is if you're on the range, as I stated before, when
19 you would come off the range you would wash your
20 hands, you would change your clothes. And it was the
21 bathroom area that had a locker room in it. We would
22 change our clothes when we arrived at the facilities,
23 put on range clothes, make sure that you washed your
24 hands every time you come off the range.

Page 40

1       If you came off the range to go to the
2  bathroom, wash your hands before you went to the
3  bathroom. That the clothing that was worn on the
4  range would be laundered at the facility and sent off
5  to the laundry.
6       Basically, that was it. Once we -- we had
7  to maintain the back of the bullet trap and monitor
8  the water tank and if there was a large amount of
9  debris that we had a little fishnet or a scoop to
10 clean the debris out so that the water would flow
11 freely.
12 Q. I'll get to the maintenance of the equipment in
13 a minute. I'm just really talking about personal
14 hygiene.
15 A. Personal hygiene was covered pretty much, the
16 best that I can remember at this time.
17 Q. At the point that you started at the range, was
18 the range using lead bullets or was it using frangible
19 ammunition?
20 A. It was using frangible ammunition at that time.
21 Q. What did you understand the frangible
22 ammunition to be?
23 A. For the longest time I understood it to be
24 ceramic ammunition, ceramic bullet heads.

Page 41

1  Q. When you say, "ceramic," what do you mean?
2  A. Ceramic.
3  Q. Like pottery?
4  A. Like a pottery.
5  Q. And who told you that it was ceramic?
6  A. I can't recall who started that.
7  Q. Do you remember when you were told that it was
8  ceramic?
9  A. Actually, I believe it was in January of I
10 believe it was 2003. When we switched over to the
11 frangible ammunition, that was what was told to us at
12 that particular point in time. And who told us, I
13 can't tell you.
14 Q. My understanding is that the State Police went
15 from lead to frangible ammunition in late 2000 or
16 early 2001.
17      Is that your recollection?
18 A. That could be. I could be off on the date of
19 that.
20 Q. Whether it was late 2000 or early 2001, it
21 would have been frangible at the point you started
22 there. Would that be correct?
23 A. That's correct.
24 Q. Now, when you started there did you have an

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 5 of 14

Price, et al.                                                    Chaffinch, et al.
Wayne H. Warren, Volume 1          C.A. # 04-956-GMS            October 17, 2005

Page 42

1  understanding as to what the frangible ammunition was
2  made of?
3  A. No. I just heard that it was ceramic and
4  that's it.
5  Q. But you don't remember who you heard it from?
6  A. No.
7  Q. Did you hear it from your boss?
8  A. Whenever we switched over is when I heard that
9  information and, yeah, I heard it from my boss before,
10 Sergeant Ashley, at one point.
11 Q. I'm really referring to the point -- Sergeant
12 Ashley wasn't your boss at the time you became a
13 firearms instructor?
14 A. No. No. I'm sorry. I didn't understand that
15 you were putting me within a time frame.
16 Q. I'm really talking about the time frame when
17 you started at the range, which would have been August
18 2001.
19     My question is I think you've already
20 testified that you understood that it was a ceramic
21 bullet you were shooting in August 2001?
22 A. That's correct.
23 Q. But you don't recall who told you it was
24 ceramic?

Page 43

1  A. No, I do not.
2  Q. Let me add one more thing. Your boss at the
3  point you started at the range would have been
4  Sergeant Foraker, right?
5  A. That's correct.
6  Q. Do you recall ever having a discussion with him
7  as to what the bullet was made of --
8  A. No.
9  Q. -- prior to when he left, in other words,
10 during his first tour as officer in charge?
11 A. No.
12 Q. Do you recall how you first learned that the
13 State Police was switching over from lead bullets to
14 frangible ammunition?
15 A. I can remember hearing rumors about a lead
16 problem at the range where there were rumors going
17 around that there was more lead than was supposed to
18 be in the range itself. They were looking to correct
19 that lead problem and they started investigating other
20 types of bullet material and that's what led us to
21 switch over to frangible ammunition.
22 Q. Okay. And you heard that at about the time
23 that the switch or shortly before the changeover
24 occurred, whenever that was?

Page 44

1  A. No. Actually, once the range opened, there was
2  a little bit of information being passed around that
3  the range was not really safe because there was a
4  large amount of lead.
5  Q. So that would go back to 1998?
6  A. That's correct.
7  Q. And who told you that there was a large amount
8  of lead?
9  A. I can't recall.
10 Q. Did you ever see any environmental studies from
11 1998 that said there was a large amount of lead?
12 A. At what time frame?
13 Q. 1998.
14 A. Did I see anything in 1998 about 1998?
15 Q. Right.
16 A. No.
17 Q. So at the point you begin work at the range in
18 August 2001 your understanding is that there is
19 ceramic or some type of ceramic material in the bullet
20 but you don't remember who told you that?
21 A. No, I do not.
22 Q. Prior to your assignment to the range in August
23 2001, had you ever gone to the part of the building
24 that houses the back of the bullet trap?

Page 45

1  A. Yes.
2  Q. And what occasioned you to be behind the bullet
3  trap prior to your being assigned there?
4  A. We were storing special operations training
5  equipment behind the bullet trap.
6  Q. What was it you stored behind the bullet trap?
7  A. Ropes, ammunition, targets, specialty items for
8  the special operations unit. We had a locker. That's
9  where our storage area was.
10 Q. Was the ammunition kept in the locker?
11 A. Some of our ammunition was. Some of the
12 special operations team ammunition was kept in that
13 locker.
14 Q. That's really what I am referring to.
15 A. That's correct.
16 Q. So what type of ammunition was kept in that
17 locker?
18 A. Well, I can recall there were .223 rounds
19 there.
20 Q. We're talking bullets?
21 A. Bullets. And I can't recall what other
22 ammunition at this point. I know that that was our
23 storage facility in that building.
24 Q. Is that the only reason you would have been

A - 134

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 6 of 14

Price, et al.                                              v.                                    Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS              October 17, 2005

Page 46
1  behind the bullet trap prior to your assignment there?
2  A.  Yes.
3  Q.  Now, once you were assigned there, did somebody
4  take you and show you the back of the bullet trap?
5  A.  Yes.
6  Q.  Who?
7  A.  Corporal Price.
8  Q.  How long after you were assigned to the
9  firearms training unit in August 2001 was it that he
10  took you back behind the bullet trap?
11  A.  I would say probably within the first week or
12  so.
13  Q.  And was it just the two of you?
14  A.  Yes.
15  Q.  Describe what conversation you had back there
16  behind the bullet trap.
17  A.  He was just explaining the operation of the
18  trap and the problems that we would encounter and how
19  we could correct it.
20  Q.  What did he tell you about the operation of the
21  trap?
22  A.  That the water had to flow through the pumps
23  that went to the sprayer head and cascaded down over
24  the trap itself on the front side where the shooting

Page 47
1  would commence.  If we had problems, we would have to
2  go back and make sure nothing was clogging up those
3  pumps and the shotgun wadding and any other foreign
4  material other than the water or the liquid that was
5  flowing in there sometimes would have to be removed.
6  Q.  Removed from where?
7  A.  From the water tank itself.
8  Q.  Did he show you how to remove the shotgun
9  wadding?
10  A.  Yes.
11  Q.  That's what you were describing a few minutes
12  ago where you removed it with a little fishnet or
13  something?
14  A.  A fishnet or a colander I believe we had at one
15  time or a little strainer.
16  Q.  A strainer.
17      How did you get down into the water?  Did
18  you have to move any piece of the bullet trap?
19  A.  No.
20  Q.  You just sort of reached in between the bullet
21  trap and the pan?
22  A.  Well, there's a water tank there.  It's empty.
23  It's empty now, but it used to be full.
24  Q.  I understand that.

Page 48
1  A.  So it was easily accessible.  You could just
2  reach in there.
3  Q.  When you say a water tank, are you referring to
4  the pan at the bottom of the system?
5  A.  That's correct.
6  Q.  At the point that you were first assigned to
7  the firearms training unit, what did the conveyor belt
8  look like?
9  A.  It was pretty much solid and it would hold the
10  projectiles intact and take them to one end of the
11  conveyor, dumping them in a 55-gallon drum.
12  Q.  When you say it was solid, what was the belt
13  made of?
14  A.  When it was disposed of we were told that it
15  was made of steel.
16  Q.  Were you able to tell before it was disposed of
17  that it was made of steel?
18  A.  I never really paid that close attention what
19  the metal was.
20  Q.  Was it slatted?  Did it have slats in it?
21  A.  Yes.
22  Q.  Did the slats when the belt was running along
23  on the level part of the equipment, did the slats
24  close up so it almost looked solid?

Page 49
1  A.  I can't recall exactly what the configuration
2  was at that time.  All I know now is it was paddles
3  when it was changed.
4  Q.  Did it look like tank tracks?
5  A.  Probably.
6  Q.  When you say, "Probably" it's just because you
7  don't remember that well?
8  A.  That's correct.
9  Q.  I take it that the way the system was supposed
10  to work is that a bullet would drop out of the bullet
11  trap onto the conveyor which would then take the
12  bullet down to the end and drop it into a can?
13  A.  That's correct.
14  Q.  Now, when Mr. Price or Corporal Price took you
15  back behind the bullet trap, what types of problems
16  did he say came up with the system?
17  A.  Well, the pumps would sometimes be clogged and
18  if there were a lot of wads, if there were a lot of
19  wadding in the tank itself, it would restrict the flow
20  of the water and sometimes you had to pick the pump up
21  in order for it to free itself and to continue pumping
22  the water.
23  Q.  Any other types of problems that he described
24  to you?

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 7 of 14

Price, et al.                                    v.                    Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS              October 17, 2005

Page 50

1  A. That's all I can recall at this time.
2  Q. During the time that you worked at the firearms
3  training unit, did you learn of any other problems
4  that could occur with the bullet trap system other
5  than what Corporal Price described to you on the first
6  day that he took you back there?
7  A. Well, we could see that the belt or I could see
8  that the belt was wearing over a period of time, the
9  original belt, and that the sintered copper was
10 clogging up the conveyor belt and causing problems
11 with that.
12 Q. Anything else?
13 A. Well, the sprayer heads would clog and I was
14 never really told how to even clean those or look at
15 them.
16       The other thing was the filters in the
17 pumps themselves would clog up and restrict the flow
18 of water and that was a big problem, especially toward
19 the end. And there was a screen in the pump where the
20 filter was located and the screen would get caked with
21 that material and we would have to clean the filters
22 off.
23       And I'm sure there's other things that I'm
24 not going to recall everything that went wrong with

Page 51

1  that bullet trap in that period of time, but those are
2  some of the things that I can recall.
3  Q. Is there a difference between the pumps getting
4  clogged, which is what Corporal Price told you, and
5  the filters getting clogged?
6  A. Yes.
7  Q. What's the difference?
8  A. Well, the pumps themselves had problems
9  circulating the sintered copper in the water, but then
10 the filter would clog where the pump was pumping the
11 water to the filter. That would clog and not allow
12 the water to proceed up to the sprayer head and then
13 the sprayer head would clog at some point.
14 Q. So the filter was between the pump and the
15 sprayer head?
16 A. That's correct.
17 Q. I understand.
18       What did Corporal Price tell you that you
19 were supposed to do when the pump was clogged?
20 A. Try to free it.
21 Q. Did he show you how to free it?
22 A. We just picked it up. We picked it up out of
23 the water. We picked it up to try to free it. If the
24 material was clogging it up around the bottom of it --

Page 52

1  I mean, it was not a long process. This process was a
2  very short process. It was just verbally explained to
3  me and that was it.
4  Q. I understand. I'm just trying to see what it
5  was that was explained.
6  A. Right.
7  Q. When you say -- let me just back up to a little
8  more description of the system.
9        Am I correct that in this tank that's at
10 the bottom of the system there's water?
11 A. That's correct.
12 Q. And above the tank is the conveyor belt?
13 A. That's correct.
14 Q. How far above the water level was the conveyor
15 belt?
16 A. This is just a guess. Probably 24 inches or
17 so.
18 Q. So the pump is somewhere between the conveyor
19 belt and the water, right?
20 A. That's correct.
21 Q. It's actually in the water, right?
22 A. It's in the water.
23 Q. And I take it that the pump would suck the
24 water out of the tank and shoot it up to the sprayers?

Page 53

1  A. Correct.
2  Q. When the pump got clogged, I take it you had to
3  move it around and that would unclog it?
4  A. Sometimes, or we would have to replace it.
5  Q. What was it getting clogged with? The shotgun
6  wadding?
7  A. No. It was getting clogged with the sintered
8  copper that was acting as a clay. It would harden.
9  When it first came into the water, it was like flour.
10 It would sit on top of the water. After a period of
11 time, it would drop down to the bottom of the tank and
12 it would be like a sand combination, coarse. And it
13 would form a circle around the pump preventing the
14 water from entering into that area so that the pump
15 could bring the water up to the sprayer head.
16 Q. So you would have to take the pump out of the
17 water and knock the copper off of it?
18 A. You did different things. There was no certain
19 way to free up the pump. It either was freed up or it
20 wasn't. It had to be replaced and then all you would
21 do is replace the pump.
22 Q. Did you ever actually replace a pump?
23 A. Yes.
24 Q. And what did that involve?

A - 136

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 8 of 14

Price, et al.                      v.                      Chaffinch, et al.
Wayne H. Warren, Volume 1    C.A. # 04-956-GMS          October 17, 2005

Page 54

1  A. Well, you had to unplug the pump, take it out
2  of the water, take the clamp off that secured the hose
3  that would pump the water up to the filter and then in
4  the filter on up into the sprayer head. So you would
5  have to remove the hose from the filter and reinstall
6  a new one.
7  Q. How long did that take?
8  A. It depends if we could get the clamp off right
9  away and if we had to mess with that.
10 Q. Was this a force clamp?
11 A. No. It was a screw clamp.
12 Q. A screw clamp.
13 A. A screw with a band.
14 Q. A band?
15 A. And it tightened up, right.
16 Q. Did the range keep a supply of spare pumps?
17 A. Yes.
18 Q. How long did it typically take, just give me an
19 average of how long it took to replace a pump?
20 A. Ten or fifteen minutes.
21 Q. What did you do with the pump, the bad pump
22 when it had to be replaced?
23 A. What did we do with the bad one?
24 Q. Yes.

Page 55

1  A. Throw it into the dumpster.
2  Q. Did you ever recondition them?
3  A. No.
4  Q. How often would you have to replace a pump?
5  A. What time frame?
6  Q. The first six months of your employment at the
7  range.
8  A. Not very often.
9  Q. How often is "not very often"? Once a month?
10 Once a week?
11 A. No. I would say they would last three or four
12 months at least.
13 Q. A pump would last three or four months?
14 A. (The witness nodded.)
15 Q. Do you know how many pumps were on the system?
16 A. No, I do not.
17 Q. Was there a pump for every shooter station?
18 A. I believe there were.
19 Q. And if that was correct, there would be 20
20 altogether?
21 A. That's correct.
22 Q. You testified I believe that the belt, you
23 could see the belt wearing over the course of time.
24 How do you know that? What is it that you observed

Page 56

1  that led you to believe that the belt was wearing?
2  A. Well, it contained a lot of the sintered copper
3  and it wasn't breaking free from the belt and the belt
4  was slowing up.
5  Q. When you say, "it wasn't breaking free," what
6  do you mean?
7  A. As I said, the sintered copper was adhering to
8  the belt, causing it to -- it wasn't as smooth as it
9  was when I first started at the range and I could just
10 tell the difference in the way it was operating and
11 the fact that it had this stuff all over it.
12 Q. But by "this stuff" you're talking about the
13 goop?
14 A. The sintered copper, yeah, whatever else was in
15 it.
16 Q. Now, did it become necessary to change the
17 pumps more frequently as your time went on at the
18 firing range?
19 A. Yes.
20 Q. And why was that? It just started going more
21 frequently?
22 A. Yes. And the type of pump was changed from the
23 pump that was originally designed in the system and
24 then we started putting on a trash pump that was not

Page 57

1  designed by that system. It was a larger pump.
2  Q. And when you say, "a trash pump," you mean a
3  pump that will be sort of indiscriminate about what it
4  sucks in?
5  A. That's what I was told.
6  Q. Who told you that?
7  A. Sergeant Ashley.
8  Q. So it was Sergeant Ashley who changed the type
9  of pump that was being used?
10 A. As far as I know.
11 Q. He's the one who told you to start putting a
12 different pump on, right?
13 A. That's correct.
14 Q. Did the trash pumps have to be changed more
15 frequently than the original pump?
16 A. I would say probably yes.
17 Q. Why do you say that? Just from your experience
18 as to how often you changed the pumps?
19 A. Yeah. It just seemed like, you know, for
20 whatever reason, you know, we just put -- I can
21 remember being in the back of the range and changing
22 one pump and then suddenly we had to change it again
23 for whatever reason, and I don't know if that was
24 because of the flow of the water in the tank that

15 (Pages 54 to 57)

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 9 of 14

Price, et al.                           v.                    Chaffinch, et al.
Wayne H. Warren, Volume 1    C.A. # 04-956-GMS                October 17, 2005

Page 58

1  certain things got there in certain areas.
2      We never documented when we changed the
3  pumps or what pumps we were changing, so it's strictly
4  from memory and observation. There's nothing
5  scientific about it.
6  Q. Okay. Now, you testified that the filters were
7  getting clogged. Did the filters get clogged -- were
8  clogged filters a problem from the point that you
9  started in the firearms training unit in August 2001
10 onward?
11 A. I remember having to clean the filters then,
12 but I don't remember cleaning them as much when I
13 started as when we ended up.
14 Q. When you say you cleaned the filter, what does
15 that involve?
16 A. Unplug the pump, take the plastic cover off and
17 then pull out the screen.
18 Q. Take the plastic cover off the filter?
19 A. That's correct. And then there was a screen in
20 that cover, in the little area where the...
21 Q. Where the water flows through?
22 A. Right. We would have to take that out and take
23 a little brush, brush that material out of there and
24 spray it off until it was clean and then reinstall it

Page 59

1  back into the system.
2  Q. Did you have spare filters?
3  A. Yes, we did.
4  Q. Now, you also testified that the sprayer heads
5  became clogged. Was that something that you noticed
6  when you first started working in August 2001 at the
7  range?
8  A. Not as bad, no.
9  Q. Well, did it happen at all?
10 A. Yes.
11 Q. What caused the sprayer heads to get clogged?
12 Do you know?
13 A. It's just my assumption that the sintered
14 copper got pumped up into the sprayer heads and
15 clogged them. That's just my....
16 Q. Why do you say it's your assumption? Did you
17 ever pull the sprayer head apart and examine it?
18 A. No.
19 Q. Did anybody at the range pull the sprayer heads
20 apart while you were there?
21 A. Not to my knowledge.
22 Q. How did you get them unclogged?
23 A. We didn't get them unclogged.
24 Q. Well, when was the first time you noticed the

Page 60

1  sprayer head clogged?
2  A. I can't recall exactly when, when I first
3  observed something like that.
4  Q. Well, you're saying that once it got clogged,
5  it never got unclogged at all from the whole time that
6  you worked there?
7  A. No, I'm not saying that.
8  Q. Well, then, somebody must have unclogged it,
9  right?
10 A. Either that or the replacement of the pump
11 allowed more water to travel up and it freed itself.
12 Q. But you don't know whether anybody unclogged
13 the sprayer heads by manually taking them apart and
14 fixing them?
15 A. No. I know that we had Savage Range come in
16 once a year to do a total maintenance of the system
17 and whether that was part of their maintenance
18 agreement, I'm not sure exactly what they did.
19 Q. You've testified that the belt was wearing and
20 you've also testified that the sintered copper was
21 clogging the belt. You didn't call it sintered copper
22 back then, right?
23 A. No, I didn't.
24 Q. Because you thought it was ceramic?

Page 61

1  A. That's correct.
2  Q. Was there wear on the belt that was apparent to
3  you that was different from the clogging caused by the
4  sintered copper?
5  A. I'm not sure what you're asking me now.
6  Q. I'm asking you if there's a difference between
7  the belt wearing which you testified about and the
8  fact that the belt was getting clogged.
9  A. I'm not sure if there was a difference. I just
10 knew that the belt looked different and I'm assuming
11 that it was wearing down.
12 Q. Was it your understanding that that belt had
13 been there since 1998?
14 A. As far as I know, it had never been changed. I
15 never heard of anybody mentioning that it had been
16 changed.
17 Q. So let me just review what we have talked about
18 over the last few minutes.
19     Beginning in August 2001 there were times
20 when you would have to unclog the pumps in the bullet
21 trap system, correct?
22 A. That's right.
23 Q. And you said I think that it seemed to become
24 more common as time went on?

A - 138

Price, et al.  v.  Chaffinch, et al.
Wayne H. Warren, Volume 1    C.A. # 04-956-GMS    October 17, 2005

Page 62

1  A. That's correct.
2  Q. Did Corporal Price unclog the pumps?
3  A. Yes, he did.
4  Q. At the time that you started it would have been
5  Corporal Cathell working with you?
6  A. That's correct.
7  Q. Did he unclog the pumps?
8  A. I can't recall.
9  Q. How about Sergeant Foraker, did you ever see
10  him unclog a pump?
11  A. I can't recall.
12  Q. Did you ever see -- what was Peachey's rank
13  when he was there? Corporal?
14  A. Corporal Peachey also.
15  Q. Did you ever see him unclog a pump?
16  A. No. I can't recall.
17  Q. Did you ever see Corporal Price replace a pump?
18  A. Yes.
19  Q. Did you ever see Sergeant Foraker replace a
20  pump?
21  A. I can't recall.
22  Q. How about Eddie Cathell?
23  A. I can't recall.
24  Q. How about Corporal Peachey?

Page 63

1  A. I can't recall.
2  Q. Did you ever yourself unclog the belt or try to
3  unclog the belt?
4  A. No.
5  Q. Did you ever see anybody else try to unclog the
6  belt?
7  A. Unclog the belt? I don't understand what the
8  question is there, no.
9  Q. Well, you testified that the sintered copper
10  was clogging the belt.
11  A. Correct.
12  Q. And my question was whether you ever tried to
13  unclog it?
14  A. No.
15  Q. Did you ever see anybody else try to unclog it?
16  A. No.
17  Q. You testified that during the time that you
18  worked there there was shotgun wadding in the tank
19  that you had to remove?
20  A. That's correct.
21  Q. And you removed it yourself, right, from time
22  to time?
23  A. That's correct.
24  Q. Did you ever see Corporal Price remove the

Page 64

1  shotgun wadding?
2  A. Yes.
3  Q. Did you ever see Sergeant Foraker remove the
4  shotgun wadding?
5  A. I can't recall.
6  Q. How about Eddie Cathell?
7  A. I can't recall.
8  Q. And Corporal Peachey?
9  A. I can't recall.
10  Q. You said that you had to clean filters from
11  time to time when you worked at the range, right?
12  A. That's correct.
13  Q. Did you ever see Corporal Price clean the
14  filters?
15  A. Yes, I did.
16  Q. Did you ever see Sergeant Foraker?
17  A. I can't recall.
18  Q. How about Corporal Cathell?
19  A. I can't recall.
20  Q. And Corporal Peachey?
21  A. I can't recall.
22  Q. Did you ever see Rich Ashley cleaning a filter?
23  A. I believe so.
24  Q. Did you ever see him unclog the pumps?

Page 65

1  A. I've seen him working on the pumps.
2  Q. Did you ever see him replace the pumps?
3  A. Yes, I did.
4  Q. Did you see him remove shotgun wadding from the
5  tank?
6  A. I can't recall.
7  Q. When you first started working at the range I
8  think you've testified that Corporal Price is the one
9  who showed you the back of the bullet trap and told
10  you all of the things that had to be done with it,
11  right?
12  A. That's correct.
13  Q. Did you ever have a discussion with Sergeant
14  Foraker about the tasks that were required at the back
15  of the bullet trap?
16  A. At what point?
17  Q. During the first stretch where he was your boss
18  at the range.
19  A. No.
20  Q. That would be I think it's roughly August 1,
21  2001 through maybe April 2002.
22  A. No.
23  Q. You never talked to him about any of those
24  tasks?

17 (Pages 62 to 65)

Case 1:04-cv-00956-GMS   Document 92-5   Filed 02/02/2006   Page 11 of 14

Price, et al.                                    v.                    Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS          October 17, 2005

Page 66

1  A. About working behind the bullet trap?
2  Q. About any of the tasks that we have just been
3  discussing for the last twenty minutes or so which
4  involves the pumps, the belt, the sprayer heads and
5  the filters.
6       Did you ever have a discussion with
7  Sergeant Foraker during the first stretch of time
8  where he was your boss?
9  A. Not that I recall.
10      MR. ELLIS: Why don't we take a break for
11 a couple of minutes?
12      MR. NEUBERGER: Sure.
13      (A brief recess was taken.)
14 BY MR. ELLIS:
15 Q. During the period between August 1, 2001 and
16 the time Sergeant Foraker left the range, which I
17 believe is April 2002, do you know why it was that you
18 and Corporal Price seemed to be the only two people
19 who worked maintenance on the back of the bullet trap?
20 A. Why?
21 Q. Yes.
22 A. Because the other person was lazy.
23 Q. Who was that?
24 A. Corporal Cathell.

Page 67

1  Q. Okay. Did you ever hear Sergeant Foraker
2  instruct Cathell to do any of the work on the
3  maintenance of the bullet trap?
4  A. No.
5  Q. Did you ever ask him to help you do anything
6  behind the bullet trap?
7  A. No.
8  Q. Did you ever hear Corporal Price ask him to
9  help with the bullet trap maintenance?
10 A. No.
11 Q. At the point that Sergeant Foraker was
12 transferred out of the firearms training unit in April
13 2002, was Cathell still assigned there?
14 A. Yes.
15 Q. During this stretch between August 2001 and
16 April 2002, how often did you perform any type of
17 maintenance on the bullet trap?
18 A. I would be afraid to even estimate during that
19 time.
20 Q. Were you back there doing something at least
21 once a week?
22 A. Oh, yes, at least inspecting it to make sure
23 that everything appeared to be working in proper
24 order, whatever order that was, because I had no

Page 68

1  formal training in it.
2  Q. I understand that. I'm just trying to get a
3  sense.
4  A. But I was back there at least once a week,
5  that's correct.
6  Q. Was it as often as every day there was shooting
7  going on?
8  A. No. I wouldn't say that, that often, no.
9  Q. Did either you or Corporal Price have to go
10 back there every day there was shooting going on?
11 A. Between that time frame?
12 Q. Yes.
13 A. I would say no.
14 Q. So it wasn't an everyday thing?
15 A. That's correct.
16 Q. Now, when Sergeant Ashley came to the range did
17 the maintenance of the bullet trap change?
18 A. For his entire stay?
19 Q. Well, let's start with when he first came to
20 the range in April 2002, did he have a meeting with
21 the staff of the range?
22 A. Not really. He just informally told us, you
23 know, he was transferred there and he's going to do
24 the best job that he could. And I can't remember a

Page 69

1  formal meeting at all.
2  Q. Did you have any discussion with him when he
3  first got there about the need for maintenance of the
4  bullet trap?
5  A. No. I can't remember any.
6  Q. Did the maintenance of the bullet trap continue
7  after April of 2002 the same as it had been before
8  2002?
9  A. Yes.
10 Q. I'm sorry. Before April 2002?
11 A. Yes.
12 Q. When did Sergeant Ashley begin to do things on
13 the bullet trap?
14 A. Actually when the trap started to fail more,
15 when we noticed the pumps going down more often and
16 having to go back and clean out the water tank, once
17 the system started to require more maintenance, then
18 he started getting involved in it.
19 Q. Did he perform any tasks on the bullet trap
20 that you and Sergeant Price did not perform?
21 A. Yes.
22 Q. What?
23 A. He adjusted the clutch and he actually, you
24 know, performed maintenance on the motorized area of

A - 140

Case 1:04-cv-00956-GMS   Document 92-5   Filed 02/02/2006   Page 12 of 14

Price, et al.                                              Chaffinch, et al.
Wayne H. Warren, Volume 1    v.    C.A. # 04-956-GMS       October 17, 2005

Page 70

1   it.
2   Q. When you say, "adjusted the clutch" --
3   A. That's what he told us.
4   Q. Okay. Do you know what the clutch for that
5   system looked like?
6   A. No.
7   Q. So you didn't actually see him adjusting the
8   clutch?
9   A. I saw him working on a piece of equipment that
10  I didn't know what it was.
11  Q. What else did he do that you and Corporal Price
12  didn't do?
13  A. He basically worked on the mechanical portion
14  of the trap itself where the sprocket area is.
15  Q. When you say, "the mechanical portion," you're
16  talking about the mechanical portion of the belt,
17  right?
18  A. Exactly. In where the motor area that runs
19  that whole system, he worked on the motor area.
20  Q. Anything else?
21  A. Not that I can recall right now.
22  Q. Now, during the time between August of 2001 and
23  April of 2002, was there a point when the range was
24  shut down completely for overhaul of the system?

Page 71

1   A. Can you -- I'm sorry. The time frame again?
2   Q. Again, August 2001 through April 2002, the time
3   when Sergeant Foraker was your boss the first time,
4   was there ever a point when the range was shut down
5   for maintenance?
6   A. I'm not sure if that was when our yearly
7   maintenance was being done by Savage or not, but that
8   would have been the only time that I can recall.
9   Q. Is it your recollection that Savage came in and
10  did maintenance on the trap every year?
11  A. They were supposed to.
12  Q. Well, is it your recollection that they
13  actually did?
14  A. I'm not sure if they performed it every year or
15  not. I don't know.
16  Q. Do you recall any year in which they came in
17  and did maintenance on the bullet trap?
18  A. I remember them being there, but I can't give
19  you the specific year.
20  Q. Do you remember how long it took, how many
21  days?
22  A. This is a guess. I'm going to say it was a
23  week because I know we were closed down for a week.
24  Q. So when Savage came in to do maintenance on the

Page 72

1   range, the range had to be shut down for a whole week?
2   A. That's correct.
3   Q. Do you know what they did?
4   A. I know they drained the water out of the water
5   tank and they were supposed to overhaul the entire
6   system. That was my understanding. I didn't see any
7   maintenance contract or anything like that. It was
8   just word of mouth of what they were doing there.
9   Q. Did you ever actually see the Savage people in
10  the building?
11  A. Yes.
12  Q. Were you able to observe what they did in the
13  building?
14  A. I observed the water tank emptied by them at
15  one point.
16  Q. Did you see them working on any other parts of
17  the equipment?
18  A. No.
19  Q. After Sergeant Ashley became the
20  noncommissioned officer in charge of the range, was
21  there any point at which the range was shut down for
22  maintenance?
23  A. I believe there was.
24  Q. When was that?

Page 73

1   A. I can't give you any date, but I recall that we
2   had to shut the system down on at least one occasion
3   and I'm not sure why we shut it down, but there should
4   be maintenance records.
5   Q. Do you remember what year it was?
6   A. No.
7   Q. Was there a point when the range had to be shut
8   down so that the belt could be changed?
9   A. Yes.
10  Q. Do you remember when that was?
11  A. I believe that was the summer of 2003 and,
12  again, I believe that's when it was.
13  Q. When you testified a couple of minutes ago that
14  there was a point when the range had to be shut down
15  for maintenance while Ashley was in charge, is that a
16  separate occasion than the one where they shut it down
17  to change the belt?
18  A. Yes.
19  Q. And do you recall what type of maintenance was
20  done the time they shut it down that was not to change
21  the belt?
22  A. No, not specifically what being done.
23  Q. During the course of the time that Ashley was
24  in charge, did you continue to do all the maintenance

Case 1:04-cv-00956-GMS    Document 92-5    Filed 02/02/2006    Page 13 of 14

Price, et al.                                        v.                                        Chaffinch, et al.
Wayne H. Warren, Volume 1            C.A. # 04-956-GMS                  October 17, 2005

Page 74

1  things on the bullet trap that you described today?
2  A. Yes.
3  Q. So you continued to unclog the pumps, right?
4  A. Yes.
5  Q. You continued to unclog the filters?
6  A. Yes.
7  Q. You continued to change the pumps when
8  necessary?
9  A. Yes.
10 Q. And you changed the filters?
11 A. Yes.
12 Q. Did you do any maintenance on the front of the
13 bullet trap?
14 A. Yes.
15 Q. What did you do on the front of the bullet
16 trap?
17 A. We oversaw the recruits or the veteran officers
18 sweep up the debris which was the brass shell casings
19 and the shotgun casings. We also would clean the
20 front of the bullet trap, which the ramp itself would
21 have to be cleaned of target blowback where the
22 bullets would go through the cardboard. The cardboard
23 would deposit, so that ramp would have to be swept
24 down so it didn't get up into the water, which it

Page 75

1  would get in the water but we were trying to prevent
2  that.
3       So when we observed -- and it was a visual
4  observation. There was no standard to go by as to
5  what we needed to do or no maintenance scheduling in
6  order to do that maintenance. It was just simply what
7  we observed and how we decided on what we had to do,
8  but we would brush that back down off the face of the
9  bullet trap and put it in a container to remove it.
10 Q. So what you're saying is that when there was a
11 lot of target blowback, you cleaned up the front of
12 the bullet trap?
13 A. That's correct. I'm sure I'm probably
14 forgetting one of the other little things that we were
15 doing around there, but we tried to maintain what we
16 could.
17 Q. Who is it that did the cleanup in the front of
18 the bullet trap other than yourself?
19 A. The shooters and people in the range, the range
20 personnel.
21 Q. So that would include, in terms of range
22 personnel that would include Price?
23 A. That's correct.
24 Q. Cathell?

Page 76

1  A. Yes.
2  Q. Peachey?
3  A. Yes.
4  Q. Sergeant Foraker?
5  A. Yes.
6  Q. And Sergeant Ashley?
7  A. Yes.
8  Q. And all of those people I just identified did
9  sweeping up of the material in the front of the bullet
10 trap?
11 A. Everybody pitched in usually. I can't -- like
12 I couldn't tell you that everybody was doing it all
13 the time. It was if you were out there, and that went
14 with whatever group was there shooting, if it fell on
15 a day that we felt that the front of the trap needed
16 to be cleaned up, then those people would have
17 participated in that part of the cleanup.
18 Q. That's not an everyday thing though?
19 A. No.
20 Q. During the course of the time that Sergeant
21 Foraker was in charge in 2001 and early 2002, did you
22 have health concerns about working in the range?
23 A. Yes.
24 Q. And what were the concerns?

Page 77

1  A. Originally when we heard, before I was
2  transferred into the range when we heard about the
3  lead issue, I had a health concern about lead exposure
4  at that point, just apprehension about being in a
5  building where lead was being circulated.
6  Q. Okay. And did you ask anybody at the State
7  Police about the safety issue?
8  A. No. Once I was told that we switched
9  ammunition and that was going to take care of the
10 problem, then I kind of, you know, put that concern in
11 the back of my mind more or less.
12 Q. Was that the only concern that you had about
13 working in the range in terms of a safety concern?
14 A. At that point in time?
15 Q. Yes.
16 A. Yes.
17 Q. And did you talk to somebody about what your
18 lead exposure, what your exposure would be to lead
19 when you started working at the range?
20      In other words, at the point that you got
21 assigned there, did you say to somebody "What am I
22 going to be exposed to" or words to that effect?
23 A. No.
24 Q. So how is it that you assured yourself, how is

A - 142

20 (Pages 74 to 77)

Case 1:04-cv-00956-GMS   Document 92-5   Filed 02/02/2006   Page 14 of 14

Price, et al.                             v.                        Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS                 October 17, 2005

Page 78

1  it that you put it to the back of your mind?
2  A. When we were told that we had switched
3  ammunition prior to my assignment, then I just felt
4  that, you know, the division had done what they were
5  supposed to do to correct the problem and that we were
6  going to be working in a safer environment.
7  Q. I guess back to my original question: At the
8  point that you started working there, did you have a
9  health concern? I'm talking about August 2001 now.
10 A. I can always say that in an indoor shooting
11 range I had a concern.
12 Q. Why is that?
13 A. Being exposed to lead in the building. Was it
14 under control? No one ever -- I never had a right-to-
15 know officer explain to me anything.
16     So I guess it was just something that I
17 was always concerned about when I originally heard
18 that we had a problem.
19 Q. What's a right-to-know officer?
20 A. An officer that we're supposed to have to
21 explain to us any dangerous chemicals or metals that
22 we're being exposed to.
23 Q. Did you ever ask your supervisor at the range
24 what materials or chemicals you were exposed to?

Page 79

1  A. During what period of time?
2  Q. At any point.
3  A. Yes.
4  Q. When was that?
5  A. Once it came down to our investigation, we
6  wanted to know what the makeup of the bullets were,
7  what they were.
8  Q. That's 2004, right?
9  A. That's correct.
10 Q. So in 2001 when you were first assigned there
11 you didn't ask anybody like Sergeant Foraker, for
12 example, what the bullets were made of?
13 A. No.
14 Q. Did you ask Sergeant Foraker whether there was
15 a danger of exposure to lead in the indoor range?
16 A. No.
17 Q. You testified a couple of minutes ago that
18 you're always concerned about lead exposure in an
19 indoor range.
20     Is that because of things you've heard
21 about indoor ranges in general?
22 A. That's correct.
23 Q. And what is it that you've heard about indoor
24 ranges in general?

Page 80

1  A. That most of them don't work.
2  Q. That most of them do not work?
3  A. Do not work. That there's lead in the air.
4  Q. So would it be accurate to say that you've
5  heard from other sources in law enforcement that,
6  generally speaking, indoor ranges have lead problems?
7  A. Yes.
8  Q. And you heard that how long ago?
9  A. That would be tough for me to say because we
10 have done thorough investigations after we found out
11 about the problem. So I couldn't tell you if I found
12 it out before that time or since we started looking
13 into this issue.
14 Q. But at least in your mind even as far back as
15 August 2001 you had a concern about lead being in an
16 indoor range?
17 A. That's correct.
18 Q. Was it your understanding in August 2001 that
19 all the ammunition being used at the Delaware State
20 Police facility was frangible or that only the handgun
21 bullets were?
22 A. I knew only the handgun bullets were frangible
23 ammunition.
24 Q. So that the shotgun rounds as I understand it

Page 81

1  had lead in them all along?
2  A. That's correct.
3  Q. Did you know that as of August of 2001?
4  A. Yes.
5  Q. When you started working at the range, did you
6  start having your blood tested for lead?
7  A. Yes, I did.
8  Q. What is the highest blood lead level that you
9  have recorded? Do you know the answer to that?
10 A. 9.
11 Q. And how many times was it tested?
12 A. I have no idea.
13 Q. During the time that you worked for Sergeant
14 Foraker the first time through, so it's August 2001
15 through April 2002, did you ever express to him a
16 concern about any safety or health issue at the range?
17 A. Not that I can recall.
18 Q. During the time you worked for Sergeant Ashley,
19 this would be roughly April 2002 through December
20 2003, did you express to Sergeant Ashley a concern
21 about health or safety issues at the range?
22 A. Yes, I did.
23 Q. How many times did you do that to your
24 recollection?