## **CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on the 1st day of February 2006, I caused one (1) copy of the foregoing document to be hand delivered to the following:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE  19801
>
> *Counsel for Plaintiffs*

                                        /s/ Noel C. Burnham
                                        Noel C. Burnham [DE Bar No. 3483]

2045414v1