IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion for Sanctions and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence and Defendants' response thereto, it is hereby ORDERED that the motion is DENIED.

Pursuant to Fed. R. Civ. P. 16(f), Plaintiffs shall be required to pay the reasonable expenses of Defendants' attorneys in responding to the motion.

BY THE COURT

_____
Gregory M. Sleet, J.

2045068v5