IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

APPENDIX
TO ANSWERING BRIEFS IN OPPOSITION TO OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II

VOLUME II -- CONFIDENTIAL DOCUMENTS
PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY
(DATED OCT. 4, 2005)

Date: February 8, 2006

Noel C. Burnham (DE Bar # 3483)
Richard M. Donaldson (DE Bar I.D. #4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7840

*Counsel for Defendants*

# TABLE OF CONTENTS

**Volume I**

Emails ...................................................................................................................................B-1 – B-4

DSP Physical Examination Program ..................................................................................B-5 – B-8

Excerpt of Deposition of Maj. Joseph Papili,
   Foraker v. Chaffinch. No. 04-1207-GMS (July 22, 2005)......................................................B-9

McKee v. Hart, --- F.3d ----, NO. 04-1442, 2006 WL 27474
   (3d Cir. Jan. 6, 2006)Medical Documents of B. Kurt Price.............................B-10 – B-18

Johnson v. Heimbach, No. Civ. A. 03-2483, 2003 WL 22838476
   (E.D. Pa. Nov. 25, 2003)..................................................................................B-19 – B-24

Anderson v. United States, Civ. A. No. 93-589-MMS, 1996 WL 490262,
   (D. Del. 1996) ..................................................................................................B-25 – B-34

Int'l Poultry Processors, Inc. v. Wampler Foods, inc., No. Civ. A. 98-4612,
   1999 WL 33456488, at *3 & n.6 (E.D. Pa. Apr. 29, 1999) ..............................B-35 – B-41

Santos v. Port Authority of New York and New Jersey, 94 Civ. 8427,
   1995 WL 431336 (S.D.N.Y. July 20, 1995) ...............................................B-41.1 – B.41.4

**Volume II -- Confidential Documents**
**Pursuant To Stipulation And Order Regarding Confidentiality (Dated Oct. 4, 2005)**

Personnel Document of Joseph Condron **(Under Seal)** ...............................................B-42 – B-43

Personnel/Medical Documents of Jahn Hitchens **(Under Seal)**..................................B-44 – B-47

Personnel/Medical Documents of Robert S. Warner **(Under Seal)** ............................B-48 – B-52

Personnel/Medical Documents of Jeffrey G. David **(Under Seal)**..............................B-53 – B-56

Personnel/Medical Documents of David Henderson **(Under Seal)** ............................B-57 – B-60

Personnel/Medical Documents of Michael J. Jordan **(Under Seal)**............................B-61 – B-67

Personnel/Medical Documents of Joseph Forester **(Under Seal)** ...............................B-68 – B-78

Personnel/Medical Documents of Steve T. Swain **(Under Seal)**................................B-79 – B-92