# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | Re: DI 96 |
| Defendants. | : | |

___

### NOTICE OF SERVICE OF

**APPENDIX
TO ANSWERING BRIEFS IN OPPOSITION TO OF
<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II</u>**

**VOLUME II -- CONFIDENTIAL DOCUMENTS
PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY
(DATED OCT. 4, 2005)**

2047590v1

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the above referenced document(s) were served by hand delivery this 8th day of February 2006 on:

>Thomas Stephen Neuberger, Esquire
>Stephen J. Neuberger, Esquire
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esquire
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

>    /s/ Noel C. Burnham
> Noel C. Burnham (DE Bar No. 3483)