**CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on the 13th day of February 2006, I caused one (1) copy of the foregoing document to be hand delivered to the following:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>
>And
>
>Martin D. Haverly, Esquire
>Two East Seventh Street
>Suite 201
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

>             /s/ Noel C. Burnham
>            Noel C. Burnham [DE Bar No. 3483]

2048895v1