IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al.,  :  <br>  : <br> Plaintiffs,  : <br>  :  C.A. No. 04-956-GMS <br> v.  : <br>  : <br> COLONEL L. AARON CHAFFINCH, et al.,  : <br>  : <br> Defendants.  : |

**APPENDIX TO REPLY BRIEF
IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date: February 17, 2006

Noel C. Burnham (DE Bar # 3483)
Richard M. Donaldson (DE Bar I.D. #4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

*Counsel for Defendants*

# TABLE OF CONTENTS

Fax Cover Sheet ............................................................................................................. C-1

E-Mails .................................................................................................................. C-2 – C-3

Notification of Suspension ............................................................................................. C-4



**STATE OF DELAWARE**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**
P.O. Box 430
Dover, Delaware 19903



# FIREARMS TRAINING UNIT

# FAX COVER SHEET

Page 1 of 9

TO: Linda

Bus.# 302-368-5100
Fax # 302-266-6369

FROM: Cpl/3 Kurt Price
Firearms Instructor
Bus.#(302)659-6020
Fax #(302)659-6019

DATE: 02/20/04

RE: Lead + Copper blood tests, as well as Physical examinations.

Thank you. Kurt

- Urgent
- For Review
- Please Comment
- Please Reply
- Please Recycle

C-1

**Yeomans John A (DSP)**

| | |
|---|---|
| From: | Davis Ralph H (DSP) |
| Sent: | Thursday, June 24, 2004 1:41 PM |
| To: | Yeomans John A (DSP) |
| Subject: | RE: FTU issues |

Thanks again

-----Original Message-----
From: Yeomans John A (DSP)
Sent: Wednesday, June 23, 2004 8:13 PM
To: Davis Ralph H (DSP)
Subject: RE: FTU issues

Ralph, thanks. I'll draft a light duty letter for the Lt. Colonel's signature. I'll check with Dr.Green because in speaking with Cpl.Price today he indicated the documentation from Dr. Williams may not have been included. I know I sent that and I believe Omega had as well. I'll reach out to Dr.Green.

I'll be in touch. RL is off this week and the Lt. Colonel will be off next week but I'll attempt to connect with one or both soon on these matters so we can move forward.

JY

-----Original Message-----
From: Davis Ralph H (DSP)
Sent: Wednesday, June 23, 2004 1:27 PM
To: Yeomans John A (DSP)
Subject: RE: FTU issues

Captain,

Yes I believe they would prefer a letter regarding their duty status. I believe the issue of documentation arose during the examination by Dr Green. My interpretation of their request is that during their conversations with Dr Green, both Corporal Warren and Corporal Price referred to documents of which Dr Green was not aware nor did he posses. I believe Cpls Warren and Price would like to review their respective files to ensure those files are complete.

Thanks for taking care of these guys. I hope everyone in your family is better soon!

Ralph

-----Original Message-----
From: Yeomans John A (DSP)
Sent: Tuesday, June 22, 2004 8:03 PM
To: Davis Ralph H (DSP)
Subject: RE: FTU issues

Ralph, I hope to be back to work on Thursday or Friday of this week. I've been working from home due to an illness in my family.

Historically, light duty notifications have been made verbally from a commanding officer. Are they seeking a letter?

I'll make arrangements to meet with them individually to address the documentation issue. Is that something they shared with Dr.Green?

JY

-----Original Message-----
From: Davis Ralph H (DSP)
Sent: Tuesday, June 22, 2004 10:01 AM
To: Yeomans John A (DSP)
Cc: Hughes Randall L (DSP); Warren Gregory A (DSP); Warren Wayne H (DSP); Foraker Christopher D (DSP); Warwick James P (DSP); Price Kurt K (DSP)
Subject: FTU issues

D2539

Captain Yeomans,

I recently spoke to the members of the FTU regarding their individual health issues and they collectively and individually had questions/concerns.

First, Cpls Warren and Price were notified by me and Major Hughes that they were currently in a restricted duty status due to the identified reduction in hearing abilities. Both notifications were made verbally. Will there be written notification made regarding their work status?

Secondly, the members of the FTU would like an opportunity to review and discuss the contents of all documents, records, and files maintained by the Division in relation to their current work status. During recent examinations by Dr. Green, Cpls Warren and Price discovered that documentation they believed relevant to a determination of their medical/fitness-for-duty status may have been omitted. Cpls Warren and Price, as well as Sergeant Foraker and Corporal Warwick would like to review the aforementioned files to ensure the completeness of those files.

Please notify each of the above troopers with a date, time, and location when a meeting to review and discuss their respective file would be available.

Thank you in advance for your assistance.

Lt. Ralph H. Davis, III
Delaware State Police
Assistant Director of Training
1453 N. duPont Hwy
Dover, DE. 19901
(302) 739-5906
email - ralph.davis@state.de.us

## NOTIFICATION OF SUSPENSION

As the result of an administrative sanction, you have elected suspension or been ordered suspended with/without pay and benefits from the Division of State Police.

You are hereby advised of the following restrictions

Beginning Date: _____

Ending Date:    _____

1. You are to turn in all departmental weapons, badges and identification.

2. You are not to operate any Delaware State Police Vehicle.

3. You are not to engage in any activities related to, or representing, the Delaware State Police.

4. If you observe a crime in progress, or foresee that a situation may occur which has the potential of placing you in a position to act as a police officer, **you are to remove yourself from the situation** and act in the same capacity as a civilian by notifying a full-duty officer or the communications center of the situation.

5. If during this suspension period you are summoned to court or any hearing related to your previous duty assignment, you are to notify your troop administration immediately.

6. If you currently have any pending investigation or matters needing immediate attention, or if you become aware of any, you are to advise your troop administration immediately.

7. While under suspension, you will not access any Telex Terminal for **ANY REASON WHATSOEVER.**

_____        _____
OFFICER SUSUSPENDED                          DATE

_____        _____
TROOP COMMANDER/SECTION CHIEF/SUPERVISIOR    DATE

**Form 317A (10/31/97)**

C-4