# EXHIBIT - A



THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

### BIOGRAPHICAL HISTORY
## Brian P. Sullivan, Ph.D.

**B**RIAN P. SULLIVAN, vice president of the Center for Forensic Economic Studies, received his doctoral degree in Microeconomic Theory and Econometrics from the University of North Carolina at Chapel Hill in 1974. He received University of North Carolina and National Defense Education Act (NDEA) fellowships. He served as a consultant to the U.S. Department of Labor's Bureau of International Labor Affairs, and as an instructor of economics at the North Carolina State University at Raleigh. He received a Ford Foundation grant for the study of economic education at the University of Indiana.

Prior to joining The Center for Forensic Economic Studies, Dr. Sullivan served in a senior management position at a regional telephone company. As a consultant on utility matters, he has directed analyses of regional teleports, state utility rate structures, and Federal antitrust activity in relation to the AT&T divestiture.

Dr. Sullivan served as an economist with the Federal Reserve Bank of Dallas, Texas, where he created statistical and econometric models forecasting fixed business investment, residential investment and regional indexes of industrial production and capacity utilization. He also served as an economist with the Federal National Mortgage Association (Fannie Mae), developing statistical models to predict yields on Fannie Mae's biweekly auctions of commitments on FHA-VA and conventional mortgages.

As Senior Economist and Manager of Industry Impact Studies at the American Petroleum Institute, Dr. Sullivan analyzed the economic impact of crude oil price deregulation, the windfall profits tax and various government regulations pertaining to bonus bidding for leases on the Federal Outer Continental Shelf (OCS). He is co-author of a study on OCS bidding regulations, published in The Journal of Economics and Business. He is also co-author of a study documenting the impact of changing fuel prices on electric utilities' use of coal, oil and gas as boiler fuels, which appeared in The Energy Journal.

Dr. Sullivan lectures in law at Temple University School of Law. He has also served on the faculties of the North Carolina State University, Northern Virginia Community College and the Virginia Polytechnic Institute. He is a consultant to the Gilberton Coal Company in its effort to create the country's first viable coal-to-gasoline plant. He has conducted numerous Bell System seminars and has lectured on economic damages before the New York State Association of Defense Lawyers, the District of Columbia Employment Law Plaintiff's Bar and other bar groups. Dr. Sullivan was chosen to testify as the economist at a mock trial held before the American Bar Association Section on Labor and Employment at the ABA 1993 Annual Meeting. Dr. Sullivan's published articles include analyses of the statistical properties of hedonic damages, which appeared in the Journal of Forensic Economics.



THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.
### Vice President

### EDUCATION

University of North Carolina - Chapel Hill. September 1970 - June  1974
Ph.D. in Economics.
Areas:  Microeconomic Theory, Econometrics.
Dissertation:  New Estimates of the Translog Production Function
in U.S. Manufacturing.

King's College - Wilkes-Barre, Pennsylvania
September 1966 - June 1970
B.A. in Economics.

### AWARDS AND HONORS

University of North Carolina Research Fellowship, 1970.

National Defense Education Act Fellowship, 1971.

University of North Carolina Teaching Fellowship, 1972-1973.

Ford Foundation grant for Economics Education, University of Indiana, 1973.

Omicron Delta Epsilon - Economics Honor Society, 1972.

### CURRENT POSITION

**Senior Economist,** the Center for Forensic Economic Studies, May 1987 to present.
Responsibilities: Preparation of analyses and testimony on such matters as  lost
earnings due to personal injury and death;  employment discrimination (economic
damages and statistical assessment of liability);  commercial litigation; health eco-
nomics; and  public-utility rate-making.

### PREVIOUS EXPERIENCE

**Executive Economist,** R.W. Beck and Associates, April1986 to May 1987.
Responsibilities:  Direct and perform statistical and econometric analyses of
telecommunications demand.  Evaluate new business opportunities in the
telecommunications industry.  Prepare and present testimony on rates, costs and
engineering of telephone systems.

# CURRICULUM VITAE
# BRIAN P. SULLIVAN, Ph.D.

## PREVIOUS EXPERIENCE

**Director - Account Management and Advertising**, Southern New England Telephone, November 1983 to March 1986. Responsibilities: Develop and implement marketing communications directed toward customers of the cellular mobile, Yellow Pages, telephone network, and premises equipment lines of business.

**Staff Manager - Business Development**, Southern New England Telephone, April 1983 to November 1983. Responsibilities: Analyze and assess business plans of start-up long distance companies regarding potential investment. Develop and present market analyses of new lines of business.

**Division Manager - Business Research**, Southern New England Telephone, August 1979 to April 1983. Responsibilities: Develop and present testimony before public utility commissions on the demand for and cost of telephone service and on telephone company productivity issues. Supervise and direct market research studies, attitude studies, sampling and separations studies and public communication studies.

**Senior Economist and Manager - Industry Impact Studies,** American Petroleum Institute, February 1977 to August 1979. Responsibilities: Analyze government regulations concerning bidding practices for offshore leases, and regulations defining maximum lawful prices for crude oil and refined petroleum products.

**Economist,** Federal National Mortgage Association, July 1976 to February 1977. Responsibilities: Applying statistical, mathematical and quantitative techniques to assess mortgage and housing markets.

**Economist,** Federal Reserve Bank of Dallas, June 1974 to June 1976. Responsibilities: Develop, maintain and update forecasts of private fixed business investment, investment in residential structures and inventory investment. Develop and maintain models to compute various regional indexes of industrial production and capacity utilization.

## CONSULTING

**Econometric Modeling** (Self-Employed) 1979. Responsibilities: Develop a model to be used to predict the unit cost of sonobuoys by major functional type. Client: U.S. Navy, Naval Air Command.

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.

### BOARD MEMBERSHIP

**Advisory Council, William G. McGowan School of Business at King's College**, Wilkes-Barre, PA, 1993.

### ACADEME

**Lecturer in Law,** Temple University School of Law (1989). Taught classes in economic damages in litigation.

**Guest Lecturer**, Temple University School of Law program in Advanced Trial Advocacy, 1992 - present.

**Adjunct Professor** - Northern Virginia Community College, 1978-1979. Taught business statistics.

**Adjunct Professor** - Virginia Polytechnic Institute, 1979. Taught graduate level econometrics course.

**Instructor** - North Carolina State University, 1973-1974. Taught principles of economics.

**Teaching Assistant** - University of North Carolina, 1972-1973. Taught business and economic statistics.

### PAPERS AND PUBLICATIONS

"New Estimates of the Translog Production Function in U.S. Manufacturing," unpublished Ph.D. dissertation, University of North Carolina, Chapel Hill, 1974.

"Unemployment Rate Gives Only Part of the Picture," Business Review, Federal Reserve Bank of Dallas, Texas, January 1975.

"Changes to Texas Index Present Different Picture," Business Review, Federal Reserve Bank of Dallas, Texas, September 1975.

"New Texas Index Assess Utilization," Business Review, Federal Reserve Bank of Dallas, Texas, September 1975.

CURRICULUM VITAE
# BRIAN P. SULLIVAN, Ph.D.

## PAPERS AND PUBLICATIONS

"New Benefit Plan Proposed as Solution to Nation's Needs," Business Review, Federal Reserve Bank of Dallas, Texas, November 1975.

"Methodology of the Texas Industrial Production Index," Technical Paper, Federal Reserve Bank of Dallas, Texas, 1975.

"Methodology of the Texas Manufacturing Capacity Utilization Index," Technical Paper, Federal Reserve Bank of Dallas Texas, 1975

"Crowding Out Estimated From Large Econometric Model," Business Review, Federal Reserve Bank of Dallas, Texas, June 1976.

"New Louisiana Index Dominated by  Mining," Business Review, Federal Reserve Bank of Dallas, Texas, July 1976.

"Estimates of a Capital Shortage?" The Seller/Servicer, Federal National Mortgage Association, February 1977.

"Analysis of FEA's Middle Distillate Monitoring Index," Briefing Paper, American Petroleum Institute (July 1977).

"The Joint Bidding Ban:  Pro and Anti-Competitive Theories of Joint Bidding in OSC Lease Sales," (1979), with Paul Kobrin, American Petroleum Institute, Technical Paper #013; also in Journal of Economics and Business, Vol. 33 (1981).

"Interfuel Substitution - Upper Bound Estimates," with Donna Siemon, The Energy Journal, Vol. 2 (1981).

"Equal Access:  Who Benefits - Who Pays?" Changing Patterns in Regulation, Markets and Technology:  The Effects on Public Utility Pricing, H. Trebing (ed.) (1984).

"A Study of Bypass in Colorado:  Policy Conclusions from Economic Theory and Empirical Research," with Alan Baughcum and Nancy Hughes, presented at Telecommunications Policy Research Conference, Airlie House, Virginia (1986).

"The Costs and Benefits of Divestiture - A Preliminary Assessment," Brooklyn College, Brooklyn, NY (May 1986).

"Expanding Service Markets," presented at New Business Opportunities for LECs, Telecommunications Conference Center, Arlington, VA (October 1986).

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.

### PAPERS AND PUBLICATIONS

"Deregulation of Local Exchange and Its Interaction With Access Charges,"
The Institute for Public Utilities, Michigan State University (July 1987).

"The Telco and the Large User: Are They Adversaries?" A panel discussion at The
Eastern Telecommunications Showcase, United States Telephone Association,
Indianapolis (February 1987). Also presented at the Western Telecommunications
Showcase, Las Vegas, Nevada (April 1987).

"Fatherhood by the Numbers," with Samuel Kursh, The Legal Intelligencer
(February 1988).

"Reducing Your Exposure: Defense of Toxic Tort Damages," with Jerome Staller, in
Practical Approaches to Reduce Environmental Cleanup Costs, Practising Law
Institute No. 317, (1988) .

"Direct Calculation More Accurate for Wrongful Death Damages," New York Law
Journal, (February 9, 1988).

"Expediting Waste Site Cleanup Through Citizen Settlements," with Michael
Italiano and Jerome Staller. Bureau of National Affairs Toxic Law Reporter (March
1989).

"Prejudgment Interest: A Logical Solution," New York Law Journal (August 30,
1989).

"Plaintiffs Get More Leverage in Race Discrimination Suits," with Jerome M.
Staller, Pennsylvania Law Journal-Reporter, (April 16, 1990).

"The Use of Expert Witnesses in New York Personal Injury Actions," with Bruce
Lederman, New York Negligence Practice Guide, Matthew Bender and Co. (August
1990).

"Just the Facts: Developing Information Sources for Economic Damages,"
New York Negligence Reporter, Vol. 2 (October 1991).

"The Periodic Payment Statutes: Suggestions on 'Corrective' Testimony," New
York Negligence Reporter, Vol. 2, No. 11 (November 1991).

"Comment on the Accuracy and Usefulness of Hedonic Loss Estimates," Journal of
Forensic Economics, Vol. V, No. 1 (Winter 1992).

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.

### PAPERS AND PUBLICATIONS

"Limiting Damages in Employment Discrimination Claims," with Jerome M. Staller, For the Defense, Vol. 35, No. 12 (December 1993).

"Current State of CPLR Articles 50-A, 50-B: Few Answers, New Questions," with Jerome M. Staller and Kenneth Mauro), New York Law Journal, January 27, 1994.

"Value of Life Estimates: Too Imprecise for Courtroom Use," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics, Vol. VII, No. 2 (Spring/Summer 1994).

"HIV and the Americans With Disabilities Act: A Cautionary Tale," with Barbara O'Connell and Jerome M. Staller, Claims Magazine, March 1996.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Note," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics 10(1), Winter 1997.

"The Duty to Mitigate: Sources of Evidence," BNA's Employment Discrimination Report, July 22, 1998.

"A Checklist of Sources for Calculating Back Pay," BNA's Employment Discrimination Report, October 21, 1998.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Reply to Dr. Gilbert," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics 12(1), Winter 1999.

# Testimony List for Brian P. Sullivan, Ph.D.

| Date | Case Name | Location | Activity |
|------|-----------|----------|----------|
| Feb 06 | Charles Hauck vs. Amchem Products | New York, NY | Trial |
| Feb 06 | Don Allen vs. A.G. Edwards & Sons | Charlotte, NC | Trial |
| Feb 06 | Shahnaz Chaudhry vs. Leonard Savino, M.D. | Suffolk County, NY | Trial |
| Jan 06 | Walter Duma vs. R.C. Dolner, Inc. | New York, NY | Trial |
| Jan 06 | Herbert Malachi vs. Amtrak | Philadelphia, PA | Trial |
| Dec 05 | Eileen Clark vs. AmerisourceBergen Corp. | Philadelphia, PA | Deposition |
| Dec 05 | Edward Pilosi vs. School District of Philadelphia | Philadelphia, PA | Trial |
| Dec 05 | Donald Pouse vs. Howard Hylton | Philadelphia, PA | Trial |
| Nov 05 | Cynthia Dale vs. Robert J. Davis, M.D. | Salisbury, MD | Trial |
| Nov 05 | Ava-Gail Jagroop | Philadelphia, PA | Deposition |
| Nov 05 | Joanne Karmel vs. City of New York Police Department | New York, NY | Trial |
| Nov 05 | Joseph Gaffney vs. BFP Madison | New York, NY | Trial |
| Nov 05 | EEOC vs. Flying J | Philadelphia, PA | Deposition |
| Oct 05 | Joyce Quinlan vs. Curtis Wright Corporation | Newark, NJ | Trial |
| Oct 05 | Getz vs. Godbout, M.D. | Northampton, PA | Trial |
| Oct 05 | Lena Grauel v. Susan K. Easley, M.D. | Philadelphia, PA | Deposition |
| Oct 05 | Saroj Vasisht vs. Leonard Treihaft, M.D. | Queens, NY | Trial |
| Oct 05 | Sabine Elias v. Dr. Weiss | Suffolk County, NY | Trial |
| Oct 05 | Esabelle Toesca-Callabretta vs. Lucas Miller | Norristown, PA | Trial |
| Oct 05 | Thomas E. Davies v. Septa | Philadelphia, PA | Trial |
| Oct 05 | Elizabeth Holmes | Philadelphia, PA | Affidavit |
| Sep 05 | EEOC vs. Dresser Rand Company | Philadelphia, PA | Deposition |
| Sep 05 | Sanya Tyler v. Howard University | Washington, DC | Deposition |
| Sep 05 | Kevin Carar v. Town of Glastonbury | Philadelphia, PA | Deposition |
| Aug 05 | Roxie Brown vs. National Security Agency | Baltimore, MD | Deposition |
| Aug 05 | Estate of Albert Fuchsen v. Elmhurst Memorial Hospital | Cook County, Illinois | Trial |
| Aug 05 | Nancy Storm v. The Sabre Group | Cincinnati, OH | Trial |
| Aug 05 | Estate of Jacqueline Whiteman | Wilmington, DE | Trial |
| Aug 05 | Arthur E. Dumble vs. USA | Scranton, PA | Trial |
| Aug 05 | Est. of Albert Fuchsen v. Elmhurst Memorial Hospital | Philadelphia, PA | Deposition |
| Aug 05 | Phillip Antionelli, Jr. v. Jacqueline Halladay, M.D. | Lowell, MA | Trial |
| Aug 05 | Joan Echelman v. Agere Systems | Philadelphia, PA | Trial |
| Jul 05 | Jeanne Campofiore v. Wyeth | New York City, NY | Deposition |
| Jul 05 | Viris Reed v. Amtrak | Philadelphia, PA | Trial |
| Jul 05 | Karen Silverthorn-Kaldy vs. Salvatore Mennella | Morristown, NJ | Trial |
| Jun 05 | Alejandro DeJesus v. USA | Philadelphia, PA | Trial |
| Jun 05 | Holland v. JFK Memorial Hospital | Philadelphia, PA | Trial |
| Jun 05 | Samuel Holland v. JFK Memorial Hospital | Philadelphia, PA | Trial |
| Jun 05 | Jurs v. LIRR | Brooklyn, NY | Trial |
| Jun 05 | John M. Jurs III v. Long Island Railroad | Brooklyn, NY | Trial |
| Jun 05 | Christian v. Beverly Enterprises | Philadelphia, PA | Affidavit |
| Jun 05 | Selby v. Beverly Enterprises | Philadelphia, PA | Affidavit |
| Jun 05 | Bonfire Litigation | PHILADELPHIA, PA | Deposition |
| Jun 05 | Bonfire Litigation | Philadelphia, PA | Deposition |
| Jun 05 | James R. Bednar vs. 84 Lumber | Philadelphia, PA | Trial |
| Jun 05 | Jessica Holling v. Daniel F. Lovrinic, M.D. | Wilkes Barre, PA | Trial |
| Jun 05 | Nancy Newlan v. State of Connecticut | Philadelphia, PA | Deposition |
| Jun 05 | Alton Ray Loveless vs. John's Ford, Inc. | Alexandria, VA | Trial |
| May 05 | Estate of William Thompson v. Vernon Atreidis, M.D. | Queens, NY | Trial |
| May 05 | Aashaya Edwards v. Brenda Casey, M.D. | Philadelphia, PA | Deposition |

# Testimony List for Brian P. Sullivan, Ph.D.

| Date | Case Name | Location | Activity |
|------|-----------|----------|----------|
| May 05 | Nelson Swisher v. Goldstein | West Chester, PA | Trial |
| May 05 | Sade Green v. New York Health & Hospital Corporation | New York, NY | Trial |
| May 05 | Schyberger v. Marin | Philadelphia, PA | Affidavit |
| May 05 | Julia McLaughlin v. Peccei, M.D. | Boston, MA | Trial |
| May 05 | Robert S. Dove v. Hartford | Alexandria, VA | Deposition |
| May 05 | Cynthia Dale v. Robert J. Davis, M.D. | Salisbury, MD | Trial |
| Apr 05 | Donna Dominguez v. H.C. Miller Company | Philadelphia, PA | Deposition |
| Apr 05 | Dawn Miller v. Prince Security Services | Rockville, MD | Trial |
| Apr 05 | Carolyn Ruth Fox v. Chadbourne & Parke, LLP | Washington, DC | Deposition |
| Apr 05 | Mary Francis v. HOVENSA | Miami, FL | Deposition |
| Apr 05 | Wesley Brown v. John's Ford | Alexandria, VA | Trial |
| Apr 05 | John E. Donoughe v. A.W. Chesterton, Inc. | Philadelphia, PA | Trial |
| Apr 05 | Ulett Lewis v. Arjo, Inc. and Souderton Menonite Home | Philadelphia, PA | Trial |
| Apr 05 | Dawn Miller v. Prince Security Services | Philadelphia, PA | Deposition |
| Mar 05 | Giuseppe Gelsomino v. Macerich Queens Limited | New York, NY | Trial |
| Mar 05 | Betty B. Wilson v. Katherine Boyce | Baltimore County, MD | Trial |
| Mar 05 | Lisa Wade v. Elliott M. Berg, M.D. | Baltimore, MD | Trial |
| Mar 05 | Mary Ann Beese v. Sovereign Bank | Reading, PA | Trial |
| Mar 05 | Charles C. Girone v. Brian Barrett | Doylestown, PA | Trial |
| Mar 05 | James Marshall v. Cintas | Philadelphia, PA | Deposition |
| Mar 05 | Lisa Viciedo v. NYC Transit Authority | Bronx, NY | Trial |
| Mar 05 | Anthony D'Amico v. Nardone | Nassau County, NY | Trial |
| Mar 05 | William Mammes v. Ford GM Chrysler | New York, NY | Deposition |
| Mar 05 | Mary Ann Beese vs. Soverign Bank | Philadelphia, PA | Trial |
| Mar 05 | Donna Pastorok vs. Danka Office Imaging | King of Prussia, PA | Deposition |
| Feb 05 | Rebekah Zakrocki v. Ford Motor Company | Philadelphia, PA | Deposition |
| Feb 05 | Wesley S. Brown v. Johns Ford, Inc. | Philadelphia, PA | Deposition |
| Feb 05 | Patrick S. Brady v. Wal-Mart, Inc., et al | New York, NY | Deposition |
| Feb 05 | Artur Ankudovich v. Valts Roofing, Inc. | Philadelphia, PA | Trial |
| Feb 05 | Adam Barnick v. Prime Care Physicians | Staten Island, NY | Trial |
| Jan 05 | Mark A. Taylor v. New York University Medical Center | New York | Trial |
| Jan 05 | Est. of Manoj Mahadevan v. Ford Motor Company | Allentown, PA | Trial |
| Jan 05 | Est. of Samuel Fanelli v. Dominic Falguera, M.D. | Atlantic City, NJ | Trial |
| Jan 05 | Ann-Marie Lonardo v. Clouttier | Bucks County, PA | Trial |
| Dec 04 | Glenn Mannheim v. Esai, Inc. | Newark, NJ | Deposition |
| Nov 04 | Maria Caitlin Doherty v. McLaughlin & Dunn | Worcester, MA | Trial |
| Nov 04 | Victoria Pesta v. Gail Warren | Wilmington, DE | Trial |
| Nov 04 | Phyllis Miles v. Fresh Donuts, Inc. | Philadelphia, PA | Trial |
| Oct 04 | Rose Mitchell v. New Haven Board of Educators | Philadelphia, PA | Deposition |
| Oct 04 | Estate of Sharmine Spearman v. Staten Island Medical | Staten Island, NY | Trial |
| Oct 04 | William V. Skelton, Jr. v. Jonathan Schreiber, M.D. | Essex County, MA | Trial |
| Oct 04 | Garnell Bailey v. Agere Systems, Inc. | Allentown, PA | Trial |
| Sep 04 | Leah M. Teasdell v. James A. Taterka, M.D. | Philadelphia, PA | Trial |
| Sep 04 | Judith Hillman v. Lockheed Martin | Haddonfield, NJ | Deposition |
| Sep 04 | James Cocozza v. Shanker, M.D. | Atlantic County, NJ | Trial |
| Sep 04 | Annette Bonetti vs. John A. Galeno, M.D. | White Plains, NY | Trial |
| Sep 04 | Estate of Scott Conway v. Thomas Marantz, M.D. | Springfield, MA | Trial |
| Sep 04 | Veronica Murphy v. WaWa | Philadelphia, PA | Trial |
| Sep 04 | Joseph Rapine, III v. Gilbane Construction | Philadelphia, PA | Trial |
| Aug 04 | Joseph Hagarty v. Sunoco, Inc. | Philadelphia, PA | Trial |

# Testimony List for Brian P. Sullivan, Ph.D.

| Date | Case Name | Location | Activity |
|------|-----------|----------|----------|
| Aug 04 | Estate of Patrick McDermott v. Clara Burke Nursing Ho | Philadelphia, PA | Trial |
| Aug 04 | Est. Joseph James v. Tenet Health System | Philadelphia, PA | Trial |
| Aug 04 | Sharon Kennedy v. Northeast Hospital | Philadelphia, Pa | Trial |
| Aug 04 | Dalton Stilts v.General Motors | Philadelphia, PA | Deposition |
| Jul 04 | Michael Glaser v. LIRR | Queens, NY | Trial |
| Jul 04 | Estate of Anthony Singh v. Fisher Price | Marlton, NJ | Deposition |
| Jul 04 | Estate of Freddie Polhill | Newark, NJ | Trial |
| Jul 04 | DeSoto v. Freedman | New York, NY | Trial |
| Jun 04 | Owens v. QVC | Philadelphia, PA | Trial |
| May 04 | Leslie Ayres v. St. Mary Hospital | Bucks County, PA | Trial |
| May 04 | Erma Ceroli v. Comcast | Philadelphia, PA | Trial |
| May 04 | Estate of Victor Saracini | Philadelphia, PA | Trial |
| May 04 | Kristen B. Nestler v. Chartwells Dining Services | Albany, NY | Trial |
| May 04 | Stelatto v. Knight Trading | New York, NY | Trial |
| Apr 04 | Estate of Jayceryll M. deChavez | New York, NY | Trial |
| Apr 04 | DeLucia v. Wantagh OB/GYN | Riverhead, NY | Trial |
| Apr 04 | Peter Bronner v. Glaxo SmithKline | Philadelphia, PA | Trial |
| Apr 04 | Estate of Jian | New York, NY | Trial |
| Apr 04 | Robert Stellato v. Knight Securities | New York, New York | Trial |
| Apr 04 | Carroll Lee Johnson v. Maritrans, et al | Philadelphia, PA | Trial |
| Apr 04 | N. Douglas Fluke v. Heidrick & Struggles, Inc. | Philadelphia, PA | Deposition |
| Apr 04 | Estate of Della Pietra | New York, NY | Trial |
| Mar 04 | Estate of Liu | New York, NY | Trial |
| Mar 04 | James Cocozza v. Shanker, M.D. | Atlantic County, NJ | Trial |
| Feb 04 | Robert Georgescu v. Philadelphia Sign Company | Burlington County, NJ | Trial |
| Feb 04 | Peter Bronner v. Glaxo Smithkline | Philadelphia, PA | Deposition |
| Feb 04 | Spirit Partners v. Paulson Investment Company | Portland, Oregon | Trial |
| Feb 04 | Robert Perz v. G&I II Radnor Crossing | Media, PA | Trial |
| Feb 04 | Ralph Lytle v. Starcraft RV, Inc. | Lackawanna County, PA | Trial |
| Feb 04 | Lawrence Hruniuk v. Lance Schreckengost and W.C. Mc | Luzerne County, PA | Trial |
| Feb 04 | Richard K. Simon, et al v. A.W. Chesterton, et al | Philadelphia, PA | Trial |
| Jan 04 | Est. Rosemarie Luke v. Warren Medical Associates | Warren County, NJ | Trial |
| Jan 04 | Danielle Reden v. Wagner and Huntington Hospital | Suffolk County, NY | Trial |
| Jan 04 | Jorge Valdivia v. Lippo | Philadelphia, PA | Trial |
| Jan 04 | Kyle Morin v. E. Schafer | Cambridge, MA | Trial |
| Jan 04 | Renee Buchholz v. Midwestern Intermediate Unit IV | Pittsburgh, PA | Trial |
| Dec 03 | Julianna Doherty v. Goslin | Philadelphia, PA | Trial |
| Dec 03 | Estate of McNeal | New York, NY | Trial |
| Dec 03 | Thomas J. Ralph v. Norfolk Southern Corporation | Philadelphia, PA | Affidavit |
| Nov 03 | Anthony Postiglione v. Credit Suisse First Boston | Philadelphia, PA | Trial |
| Nov 03 | Michael Joseph Ferki v. Charles Morrison | Philadelphia, PA | Trial |
| Nov 03 | Shawn Brooks v. Infinity Broadcasting Corporation | Philadelphia, PA | Trial |
| Nov 03 | Vincent Cuniglio v. Joseph Mullane, M.D. | Trenton, NJ | Trial |
| Oct 03 | Ellen Pieper v. American Home Products | Haddonfield, NJ | Deposition |
| Oct 03 | Est. of Bridgette Evans v. Warner Coleman & Goggin | West Chester, PA | Trial |
| Oct 03 | Sandra Eckhaus v. Mt. Kisco Medical Group | White Plains, NY | Trial |
| Oct 03 | Est. of Freddie Polhill v. Bernard Wurzel, M.D. | Philadelphia, PA | Deposition |
| Oct 03 | Suzanne S. Oliver v. BFI | Chester County, PA | Trial |
| Oct 03 | Joseph Mattson v. 32 AA Associates | New York | Trial |
| Oct 03 | Estate of Luke Snyder f. Phoenixville Hospital of U. of P. | Philadelphia, PA | Trial |

# Testimony List for Brian P. Sullivan, Ph.D.

| Date | Case Name | Location | Activity |
|------|-----------|----------|----------|
| Oct 03 | Michelle Udowenko v. TGI Friday's, Inc., et al | Philadelphia, PA | Trial |
| Oct 03 | Robert Gorchik v. Conrail | Philadelphia, PA | Trial |
| Sep 03 | Estate of Maltby | New York, NY | Trial |
| Sep 03 | Patricia Marcoux v. Farm Services | White Plains, NY | Trial |
| Sep 03 | Donald Bayne v. Norfolk Dredging Company | Philadelphia, PA | Trial |
| Sep 03 | Thomas Ralph v. Norfolk Southern Corporation | Philadelphia, PA | Trial |
| Aug 03 | Terri Sydnor v. PA Department of Transportation | Media, PA | Trial |
| Aug 03 | Patricia Marcoux v. Farm Services and Supplies | Philadelphia, PA | Deposition |
| Aug 03 | Howard Binder v. A.P. Green Industries | Philadelphia, PA | Trial |
| Aug 03 | Anthony Abate v. Benfatto Construction Company | New Jersey | Deposition |
| Jul 03 | Nancy Signora v. Liberty Travel, Inc., et al | Delaware County, PA | Trial |
| Jul 03 | Gene Klentzin v. LIRR | Brooklyn, NY | Trial |
| Jul 03 | Shakeria Segovia v. Our Lady of Mercy Medical Center | Bronx, NY | Affidavit |
| Jul 03 | Est. Gianni Rivera v. Swami Nathan, M.D. | Montgomery Co., MD | Trial |
| Jun 03 | Adeline Rabutino v. Wells Fargo Guard Service | Philadelphia, PA | Trial |
| Jun 03 | Jayne Blessing v. Robert Malerba, et al | Saratoga, NY | Deposition |
| Jun 03 | Robin McTague vs. CIBC World Markets Corp. | Boca Raton, FL | Trial |
| Jun 03 | Perez v. Mullick | Kings County, New York | Affidavit |
| May 03 | Est. of Michael Tobin v. University of Pennsylvania | Philadelphia, PA | Trial |
| May 03 | Est. of Gregory Hummer, Jr. v. Seigrist, et al. | Philadelphia, PA | Trial |
| May 03 | Benjamin McComber v. Lehrer McGovern, Inc. | New York, NY | Trial |
| Apr 03 | Victoria Gallegos v. Elite Model Man. Corp., et al. | New York, NY | Trial |
| Apr 03 | Sidney Spitzer | Philadelphia, PA | Trial |
| Apr 03 | Michael Moore v. Maximus, Inc. | Wilmington, DE | Trial |
| Mar 03 | Mullet v. Merrill Lynch | Philadelphia, PA | Trial |
| Mar 03 | Joel Adelson v. St. Barnabas Medical Ctr. | Newark, NJ | Deposition |
| Mar 03 | Debra Flaherty v. Academy Bus | Monmouth County, NJ | Trial |
| Feb 03 | David Vargo v. Swift Transportation Corp. | Scranton, PA | Trial |
| Jan 03 | Heidi Smith v. Emil Abdalla, D.O., et al. | Philadelphia, PA | Trial |
| Jan 03 | Angela Scher v. Bayer | New York, New York | Deposition |
| Jan 03 | Est. of Rasheeda Roberts v. NY Med. Ctr. of Queens | Queens, New York | Trial |
| Jan 03 | Zeton Altamira v. Starwood Hotels & Resorts | Philadelphia, PA | Trial |
| Jan 03 | Edward Quinn v. Haverford School Association, et al. | Media, PA | Trial |
| Jan 03 | Estate of James Pierce v. Garlock, Inc. | Philadelphia, PA | Trial |
| Jan 03 | Estate of Karen Pedone v. Methpath/CCL, et al. | Mineola, New York | Trial |
| Jan 03 | Carl Bjorklund v. Phila. Housing Authority | Philadelphia, PA | Trial |
| Nov 02 | Estate of Habte Kidanu | Philadelphia, PA | Trial |
| Nov 02 | Colleen Marshall v. Lau, et al. | Mineola, NY | Trial |
| Nov 02 | Est. of Boh Traore v. Atlantic Mutual | Forest Hills, NY | Trial |
| Nov 02 | Easton Telecom Serv. v. CoreComm, et al. | Akron, Ohio | Deposition |
| Nov 02 | Easton Telecom Serv. v. CoreComm, et al. | Akron, Ohio | Trial |
| Nov 02 | Est. Antonio Iannitto v. Klapec Trucking Co., Inc. | Pittsburgh, PA | Trial |
| Oct 02 | Estate of Robert Kelly v. University Hospital | Brooklyn, NY | Trial |
| Oct 02 | Mullett v. Merrill Lynch | Philadelphia, PA | Deposition |
| Oct 02 | Timothy Merkel v. Emhart Corp. | Scranton, PA | Trial |
| Oct 02 | Artie Snyder v. American Honda | Doylestown, PA | Trial |
| Oct 02 | Therese Rinaldi v. Lower Providence Township | Montgomery Co., PA | Trial |
| Oct 02 | DeSimone v. 169 Avenue A Equities | New York, NY | Trial |
| Oct 02 | Susan Field | Philadelphia, PA | Trial |
| Oct 02 | William Hawthorne v. Dr. Parikh, et al. | Atlantic City, New Jersey | Trial |

# Testimony List for Brian P. Sullivan, Ph.D.

| Date | Case Name | Location | Activity |
|------|-----------|----------|----------|
| Oct 02 | John Scharf | Suffolk Co., New York | Trial |
| Oct 02 | Frances Renaghan v. Stephen Lowe, M.D. | Philadelphia, PA | Trial |
| Sep 02 | Kathleen Tucker v. Paul Marcotte, M.D. | Philadelphia, PA | Trial |
| Jul 02 | Estate of Postlethwaite v. United Health Services | Binghampton, NY | Trial |
| Jun 02 | Employees v. Phila. School District | Philadelphia, PA | Deposition |
| Jun 02 | 10 Plaintiffs v. Merrill Lynch | Livingston, NJ | Deposition |
| Jun 02 | Denny v. Primedica Argus Research Laboratories, Inc. | Philadelphia, PA | Trial |
| May 02 | Brian Rosenthal v. State Farm | Philadelphia, PA | Trial |
| May 02 | USA v. Union Corp. | Philadelphia, PA | Deposition |
| May 02 | Aaron Curtle v. Chudi Chime, M.D., et al. | Brooklyn, NY | Trial |
| May 02 | Thy Tran v. Avis Rent A Car | Schenectroy County, New | Trial |
| Apr 02 | James Bitting v. Hygrade Food Products, et al. | Philadelphia, PA | Trial |
| Apr 02 | Estate of Valerie Cooper Dandridge | Philadelphia, PA | Trial |
| Apr 02 | John Holmes Irons v. C & J Clarks Retail, Inc. | Philadelphia, PA | Deposition |
| Apr 02 | Cortes v. NYC Health & Hospitals, Corp. | Bronx, New York | Trial |
| Apr 02 | Filippo Randazzo v. Amtrak | Philadelphia, PA | Trial |
| Apr 02 | Arlene Hook v. Amtrak | Philadelphia, PA | Trial |
| Mar 02 | Patrick Steimel | Nassau County, NY | Trial |
| Mar 02 | Est. Maria Shimp v. Temple University | Philadelphia, PA | Trial |
| Mar 02 | Ed Smith v. R&R Marketing | Newark, NJ | Trial |
| Mar 02 | Dennis Thompson v. Prudential Securities, Inc. | Troy, Michaigan | Trial |
| Mar 02 | Fennell v. New Hanover Regional Med. Ctr. | Philadelphia, PA | Deposition |
| Feb 02 | Lois Lewis v. QVC, Inc. | Philadelphia, PA | Trial |
| Feb 02 | Brogan v. LaSalle University | Philadelphia, PA | Trial |

# EXHIBIT - B

THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

December 29, 2005


Edward Ellis, Esquire
Montgomery, McCraken, Walker, & Rhoads
123 South Broad Street
Philadelphia, PA 19109


Re: **Christopher Foraker v. Delaware State Police**
Our File# 0805


Dear Mr. Ellis:

At your request, we have provided our assessment of the economic loss sustained by Christopher
Foraker as a result of his potentially being separated from his position as a Sergeant with the
Delaware State Police (hereafter: the DSP). We reserve the right to amend this report, as
necessary, upon receipt of additional information. A list of documents relied upon is attached to
this report.

## Background

Christopher Foraker was born on December 4, 1962. As of the date of this report he is
approximately 43.1 years of age. According to the First Amended Complaint Mr. Foraker is a 19
year veteran of the Delaware State Police Department (paragraph 5). He is a member of the
Delaware State Troopers' Association. It is alleged in the Amended Complaint that the
Defendants intend to force the plaintiff out of the DSP (paragraph 65). It is our understanding
that as of the date of this report Mr. Foraker remains employed as a Sergeant with the DSP. Mr.
Foraker is married and has a daughter, Emily (DOB: 11/1/96). He resides in Lewes, Delaware.
He is a high school graduate.

This report has been prepared for the use of counsel in the instant matter. Any other transmission, copy, or
utilization of this report or material contained herein is prohibited without the written consent of the Center for
Forensic Economic Studies.

**Earnings History**

As yet we have not been provided any of the plaintiff's earnings documentation (i.e. <u>1040 U.S. Individual Tax Returns, W-2 Wage and Tax Statements</u>, pay stubs, etc.), we reserve the right to amend this report, as necessary, upon receipt of such documentation.

According to the October 28, 2005 report of Thomas C. Borzilleri, Ph.D., plaintiff's damages consultant, as of January 1, 2006 Sergeant Foraker's annual earnings figure with the DSP will be $81,626.

**The October 28, 2005 Report of Dr. Borzilleri**

As stated previously, Dr. Borzilleri is the plaintiff's damages consultant. The Borzilleri report presents two estimates of economic loss. His first estimate is based on the following assumptions:

- Absent the incidents the plaintiff would have voluntarily retired from his position as a Sergeant with the DSP on September 15, 2005 and immediately secured employment in the firearms industry,
- The plaintiff would have had started in the firearms industry with a base salary of $55,000 per year and received a bonus equal to 10% of his base salary,
- His earnings would have increased from $55,000 per year to $70,000 per year by January 1, 2012 and he would have still received a bonus equal to 10% of base salary,
- Fringe benefits Absent the Incidents are estimated at a rate equal to 26.53% of earnings,
- Given the incidents the plaintiff will be unable to secure employment in the firearms industry,
- He will secure alternate employment at a job paying $32,250 per year and providing minimal benefits,
- Fringe benefits given the incidents are estimated at a rate equal to 15.0% of earnings,
- Absent and given the incidents the plaintiff will work to his ages 63 and 67, respectively,
- Taxes absent and given the incidents are deducted from the plaintiff's earnings at rates ranging from 11.97% to 16.50%,
- In order to discount future values Dr. Borzilleri uses the current market price to purchase an annuity,
- Dr. Borzilleri grosses up his loss figures to account for the negative tax effect on the plaintiff.

Dr. Borzilleri's second estimate of loss is based on the following assumptions:

- Absent the incidents the plaintiff would have remained employed as a Sergeant with the DSP until his age 55,
- His base of earnings absent the incidents with the DSP is equal to $81,626,
- Lost DSP Pension benefits have been valued as indicated by the DSP's Summary Plan Description of the plan,
- Absent the incidents after age 55 the plaintiff would have had started in the firearms industry with a base salary of $55,000 per year and received a bonus equal to 10% of his base salary,

- His earnings would have increased from $55,000 per year to $70,000 per year by January 1, 2026 and he would have still received a bonus equal to 10% of base salary,
- Fringe Benefits absent the incidents after age 55 are estimated at a rate equal to 26.53% of earnings,
- Given the incidents the plaintiff will be unable to secure employment in the firearms industry,
- Given the Incidents he will be separated from his employment from the DSP by January 1, 2006,
- Given the incidents the plaintiff will secure alternate employment at a job paying $32,250 per year by January 1, 2006,
- Fringe Benefits Given the Incidents are estimated at a rate equal to 15.0% of earnings,
- Absent and Given the Incidents the plaintiff will work to his ages 63 and 67, respectively,
- Taxes Absent and Given the Incidents are deducted from the plaintiff's earnings at rates ranging from 11.97% to 16.50%,
- In order to discount future values Dr. Borzilleri uses the current market price to purchase an annuity,
- Dr. Borzilleri grosses up his loss figures to account for the negative tax affect on the plaintiff.

We note that Dr. Borzilleri's estimate of the plaintiff's residual earning capacity given the incidents is based on the opinion of Jose Castro, Jr., MRC, LRC, LPC, CRC, RCC, ABDA, plaintiff's vocational consultant. According to Mr. Castro's October 28, 2005 report, if Mr. Foraker is separated from the DSP and unable to secure employment in the firearms industry, then he would still be able to secure alternate employment in positions including security guard, dispatcher, private detective/investigator, firearms expert/forensic science technicians, sales - manufacturers representative, and surveillance system monitor. Mr. Castro indicates that these positions have annual earnings ranging from $22,470 to $33,486 per year. We note that the $33,486 annual earnings figure is for the sales - manufacturers representative position with 1 year of experience.

**Earnings Data from Dartnell's 30th Sales Force Compensation Survey**

According to the above mentioned survey an entry level manufacturing sales representative would have earnings that range from $36,200 to $46,700 per year (1998 dollars). After adjusting 1998 earnings figures to 2006 dollars using the annual rate of increase in the average hourly earnings for workers in the private, non-farm sector of the economy (Economic Report of the President, February 2005), annual earnings range from $45,564 to $58,780 (2006 dollars). We note that a senior manufacturing sales representative (defined by Dartnell's as a representative having 3 years of experience or more) would have earnings that range from $74,262 to $97,925 per year (2006 dollars).

## Analysis

We note that our estimates of loss assume that the plaintiff prevails on the issue of liability. We make no opinions regarding this issue.

We have not reviewed any documentation which indicates that the plaintiff will be separated from his employment with the DSP. Accordingly, our first estimate of the economic loss incurred by the plaintiff as a result of the alleged discrimination is zero ($0).[1]

We have provided two alternate estimates of economic loss. In the first alternate estimate we have assumed, as indicated by Dr. Borzilleri, that absent the incidents the plaintiff would have voluntarily retired his position with the DSP by September 15, 2005 and secured alternate employment within the firearms industry. We have further assumed in this estimate that the plaintiff would have had annual earnings of $55,000 in this position and receive a 10% bonus, or receive total compensation equal to $60,000. As indicated in the Borzilleri report we have assumed that the plaintiff's total compensation will incrementally increase from this level to $77,000 ($70,000 base salary and a 10% bonus) by January 1, 2012.

In our first alternate estimate we have assumed that given the incidents the plaintiff will secure employment as a manufacturing sales representative, as indicated by Mr. Castro, with first year earnings equal to $33,486. We have further assumed that the plaintiff's total compensation will increase incrementally and become commensurate with his projected earnings absent the incidents within 5 years, or by January 1, 2011. In this estimate there is no economic loss after that date.

In our second alternate estimate we have assumed that absent the incidents the plaintiff would have voluntarily retired his position with the DSP at his age 55, or by January 1, 2018. We have further assumed in this estimate that the plaintiff would then secure employment within the firearms industry. We have assumed that he would have had annual earnings of $55,000 in this position and receive a 10% bonus, or receive total compensation equal to $60,000.[2] As indicated in the Borzilleri report we have assumed that the plaintiff's total compensation will incrementally increase from this level to $77,000 ($70,000 base salary and a 10% bonus) by January 1, 2026.

To estimate past earnings growth, we have been guided by the annual changes in the average hourly earnings for workers in the private, non-farm sector of the economy (Economic Report of the President, February 2005).

Earnings growth after 2006 was estimated to be 3.12% per year. This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1984 to 2004 (Economic Report of the President, February 2005).

---

[1] We reserve the right to amend this report, as necessary, upon receipt of additional information regarding the plaintiff's employment with the DSP.
[2] Given the incidents, alternate earnings as a manufacturers representative begin with first year earnings equal to $33,486 and a complete catch-up within five years.

4

Future earnings are discounted to their present value in recognition that the plaintiff will receive the award in the present year and be able to invest this principal amount received. The average yield on high grade municipal bonds as of October 8, 2005, 4.60%, was used to estimate the return on the principal investment (Economic Indicators, October 2005).

**Tables**

Table 1 shows lost total compensation assuming absent the incidents the plaintiff would have secured alternate employment in the Firearms Industry by September 15, 2005 and a total compensation catch-up by January 1, 2011.

Table 2 shows lost total compensation assuming absent the incidents the plaintiff would have secured alternate employment in the Firearms Industry by January 1, 2018 and a total compensation catch-up by January 1, 2023.

**Summary**

As discussed above, the alleged economic loss to the plaintiff ranges from $0 to $82,241. We note that we hold the above opinion within a reasonable degree of economic certainty. If you have any questions or comments, please do not hesitate to contact us.

Sincerely,

The Center for Forensic Economic Studies

Jerome M. Staller, Ph.D.

Brian P. Sullivan, Ph.D.

Pia Di Girolamo, Ph.D.
Enclosure
JMS/BPS/PDG/fjm

6

In preparing our report we have relied upon the following documents:

- Amended Complaint,
- Plaintiff's Answers to Defendants Interrogatories,
- The October 28, 2005 report of Thomas Borzilleri, Ph.D.,
- The October 28, 2005 report of Jose Castro, Jr., MRC, LRC, CRC, RCC, ABDA,
- The October 28, 2005 report of Bud Fini,
- Employer work records from Delaware State Police,
- The Summary Plan Description of the Delaware State Police Employees' Retirement System,

In addition to above, in preparing our report we have relied on the numerous professional and government publications cited therein.

7

## Summary Tables

## Christopher Foraker

**Economic Loss Assuming Employment Absent the Incident in the
Firearms Industry by 9/15/05 and a Total Compensation Catch-up by 1/1/11**

| | |
|---|---:|
| Earnings Absent the Incident | $341,359 |
| less: | |
| Earnings Given the Incident | 259,118 |
| Total Economic Loss | $82,241 |

**Economic Loss Assuming Employment Absent the Incident in the
Firearms Industry by 1/1/18 and a Total Compensation Catch-up by 1/1/23**

| | |
|---|---:|
| Earnings Absent the Incident | $270,327 |
| less: | |
| Earnings Given the Incident | 207,616 |
| Total Economic Loss | $62,711 |

8

Christopher Foraker                                    Table 1

Economic Loss Assuming that Absent the Incident the Plaintiff would have Secured
Employment in the Firearms Industry and an Earnings Catchup by January 1, 2011

| Year | Age | Earnings Absent | Earnings Given |
|------|-----|-----------------|----------------|
| 2005 | 43 | 17,545 | 9,711 |
| 2006 | 44 | 60,500 | 34,206 |
| 2007 | 45 | 62,952 | 42,842 |
| 2008 | 46 | 65,071 | 50,652 |
| 2009 | 47 | 66,882 | 57,692 |
| 2010 | 48 | 68,408 | 64,015 |
| **Earnings Absent the Separation** | | | 341,359 |
| **Earnings Given the Separation** | | | 259,118 |
| **Total Earnings Loss** | | | 82,241 |

Christopher Foraker                                      Table 2

Economic Loss Assuming that Absent the Incident the Plaintiff would have Secured
Employment in the Firearms Industry by January 1, 2018 and a Catchup by January 1, 2023

| Year | Age | Earnings Absent | Earnings Given |
|------|-----|----------|----------|
| 2018 | 55 | 50,991 | 28,829 |
| 2019 | 56 | 52,774 | 35,825 |
| 2020 | 57 | 54,302 | 42,149 |
| 2021 | 58 | 55,594 | 47,848 |
| 2022 | 59 | 56,667 | 52,964 |
| **Earnings Absent the Separation** | | | 270,327 |
| **Earnings Given the Separation** | | | 207,616 |
| **Total Earnings Loss** | | | 62,711 |