**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on February 28, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Robert Fitzgerald, Esquire
        Montgomery McCracken Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA 19109

        Richard M. Donaldson, Esquire
        Montgomery McCracken Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801

        /s/ Stephen J. Neuberger
        **STEPHEN J. NEUBERGER, ESQ.**