**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION PURSUANT TO**
**_DAUBERT_ v. _MERRELL DOW PHARMACEUTICALS, INC._**

Defendants, L. Aaron Chaffinch, Thomas F. MacLeish, David B. Mitchell, and the Division of

State Police, Department of Safety and Homeland Security, State of Delaware, pursuant to _Daubert v._

_Merrell Dow Pharmaceuticals, Inc._, hereby move to exclude the proposed expert testimony of Ernest

"Bud" Fini in its entirety.

The grounds for the motion are set forth in the accompanying brief, which is incorporated herein

by reference.

| | |
|---|---|
| | _____/s/ Noel C. Burnham_____ |
| Date:    March 15, 2006 | Noel C. Burnham (DE Bar # 3483) |
| | Richard M. Donaldson (DE Bar I.D. #4367) |
| | Montgomery, McCracken, Walker & Rhoads, LLP |
| | 300 Delaware Avenue, Suite 750 |
| | Wilmington, DE  19801 |
| | (302) 504-7840 |

_Counsel for Defendants L. Aaron Chaffinch, Thomas F._
_MacLeish, David B. Mitchell, and the Division of State_
_Police, Department of Safety and Homeland Security,_
_State of Delaware_

2056892v1