**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Motion Pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, and the review of papers filed by the parties in connection therewith, it is ORDERED that Defendant's Motion is GRANTED.

It is FURTHER ORDERED that the proposed testimony of Ernest "Bud" Fini is excluded in its entirety.

**BY THE COURT**

_____, J.

2056892v1