**CERTIFICATE OF SERVICE**

I, , hereby certify that on this, I caused to be served two (2) true and correct copies of Defendants' Motion Pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.* (accompanying Brief, and proposed Order) by first class mail this 15th day of March 2006 on:

>Thomas Stephen Neuberger, Esquire
>Stephen J. Neuberger, Esquire
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esquire
>Two East Seventh Street, Suite 201
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

                /s/ Noel C. Burnham
         Noel C. Burnham (DE Bar No. 3483)