IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., | : |
| Plaintiffs, | : |
| v. | :     C.A. No. 04-956-GMS |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| Defendants. | : |

**STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE (D.I. 105)**

WHEREAS, on February 24, 2006, plaintiffs filed a motion to strike. (D.I. 105).

WHEREAS, on Friday, March 10, 2006, defendants filed and served their Answering Brief in opposition to plaintiffs' motion. (D.I. 110).

WHEREAS, defendants inadvertently uploaded the wrong document to the CM/ECF electronic filing system. As a result, plaintiff did not receive a copy of defendants' Answering Brief until Monday March 13, 2006.

WHEREAS, Local Rule 7.1.2(a)(3), explicitly gives plaintiffs five (5) business days to file their Reply Brief in support of their original motion.

WHEREAS, Rule 6(e) of the Federal Rules of Civil Procedure adds three (3) days to the prescribed period for the plaintiffs' Reply Brief.

WHEREAS, the docket wrongly indicates that plaintiffs' Reply Brief is due March 17, 2006, rather than March 20, 2006.

WHEREAS, the parties agree that plaintiffs' Reply Brief should be due on March 20,

2006.

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, subject to the approval of the Court, that Plaintiffs' Reply Brief in support of their motion to strike is due on March 20, 2006.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| /s/ Stephen J. Neuberger<br>**THOMAS S. NEUBERGER, ESQ. (#243)**<br>**STEPHEN J. NEUBERGER, ESQ. (#4440)**<br>Two East Seventh Street, Suite 302<br>Wilmington, DE  19801<br>(302) 655-0582<br>TSN@NeubergerLaw.com<br>SJN@NeubergerLaw.com<br><br>Attorneys for Plaintiff<br><br>Dated: March 15, 2006 | /s/Noel C. Burnham<br>**RICHARD M. DONALDSON, ESQ. (#4367)**<br>**NOEL C. BURNHAM, ESQ. (#3483)**<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE 19801<br>(302) 504-7800<br>rdonaldson@mmwr.com<br><br>**EDWARD T. ELLIS, ESQ.**<br>**ROBERT J. FITZGERALD, ESQ.**<br>**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**<br>123 South Broad Street<br>Philadelphia, PA  19109<br>eellis@mmwr.com<br>rfitzgerald@mmwr.com<br><br>Attorneys for Defendants<br><br>Dated: March 15, 2006 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
**THE HONORABLE GREGORY M. SLEET**