IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING A SHORT EXTENSION OF TIME TO SUBMIT THE PROPOSED PRETRIAL ORDER**

WHEREAS, per the Court's Rule 16 Scheduling Order, the proposed pretrial order is due to the Court on Tuesday March 21, 2006.

WHEREAS, the parties are working diligently and trying to reach agreement on as many parts of the pretrial order as possible.

WHEREAS, a short extension of the deadline to submit the pretrial order to the Court until Friday March 24, 2006, would allow the parties to further narrow areas of disagreement and lessen the burden on the Court.

WHEREAS, the parties agree that the deadline should be extended until March 24, 2006.

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, subject to the approval of the Court, that:

1. The Rule 16 Scheduling Order is hereby amended and the proposed pretrial order is due to the Court on or before March 24, 2006.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| /s/ Stephen J. Neuberger | /s/ Noel C. Burnham |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **RICHARD M. DONALDSON, ESQ. (#4367)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **NOEL C. BURNHAM, ESQ. (#3483)** |
| Two East Seventh Street, Suite 302 | 300 Delaware Avenue, Suite 750 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-0582 | (302) 504-7800 |
| TSN@NeubergerLaw.com | rdonaldson@mmwr.com |
| SJN@NeubergerLaw.com | |
| | **EDWARD T. ELLIS, ESQ.** |
| Attorneys for Plaintiff | **ROBERT J. FITZGERALD, ESQ.** |
| | **MONTGOMERY, MCCRACKEN,** |
| Dated: March 16, 2006 | **WALKER & RHOADS, LLP** |
| | 123 South Broad Street |
| | Philadelphia, PA 19109 |
| | eellis@mmwr.com |
| | rfitzgerald@mmwr.com |
| | |
| | Attorneys for Defendants |
| | |
| | Dated: March 16, 2006 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
**THE HONORABLE GREGORY M. SLEET**