**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, this _____ day of _____

_____, 2006, upon consideration of Defendants' Motion in Limine to Limit Testimony of David L.

Baylor, and the review of papers filed by the parties in connection therewith, it is ORDERED that

Defendant's Motion is GRANTED.

It is FURTHER ORDERED that the proposed testimony of Major David L. Baylor is excluded insofar as it relates to either the medical condition or duty status of the following Delaware State Police troopers: Randy Armistead; Susan Brady; David Citro; Joseph Condron; Anthony D'Allesandro; Jeff David; Joseph Forrester; Mark Givens; David Henderson; Jahn Hitchens; Everett Jackson; Michael Jordan; Laura Mayhew King; Charles Klim; Michael Linz; Jerome Lovelace; William Merritt; James Mosley; Randy Mosley; Sean Nowery; Bruce Peachey; Christine Price; Thomas Robbins; James Romanelli; Bo Sarley; Robert Schliefer; Paul Sczbulek; Steve Swain; Rick Van Blunt; and Scott Warner.

IT IS FURTHER ORDERED that the proposed testimony of David L. Baylor is excluded insofar as it is offered to establish that the Delaware State Police has a practice or custom of placing injured troopers on two years of light duty regardless of the nature and extent of their particular injuries.

**BY THE COURT**

_____, J.