**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of Defendants' Motion in Limine to Limit Testimony of David L. Baylor were served by first class mail this 17th day of March 2006 on:

> Thomas Stephen Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 201
> Wilmington, DE  19801-3707
>
> Attorneys for Plaintiffs

        /s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)