MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

March 17, 2006

**VIA ECF FILING**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

Re:  **Plaintiffs' Citation of Supplemental Authority
Price v. Chaffinch, No. 04-956-GMS
Foraker v. Chaffinch, No. 04-1207-GMS**

Dear Judge Sleet:

By letter dated March 16, 2006, Plaintiffs brought to the attention of this Court the Third Circuit's recent opinion in O'Connor v. City of Newark, --- F.3d ---, No. 05-2237, 2006 WL 590357 (3d Cir. Mar. 13, 2006).

O'Connor is wholly inapposite to the pending cases. It holds that, when considering application of statues of limitation, the "bright-line distinction" between "continuing violations" and "discrete acts," recognized by the Supreme Court in National Railroad Passenger Corp. v. Morgan, 536 U.S. 101 (2002), applies equally to retaliation claims under § 1983 as to those under Title VII. 2006 WL 590357, at *2, *3. This Court, of course, has never been asked to determine whether the claims of Plaintiffs Price, Warren, and Foraker are subject to any statute of limitations.

Plaintiffs seem to rely on O'Connor only because it mentions in *dicta* the standard for First Amendment retaliation set forth in Suppan v. Dadonna, 203 F.3d 228 (3d Cir. 2000). The parties do not dispute this "deter a person of ordinary firmness" standard. Rather, the material issue of fact in the instant cases is whether Defendants' actions are "de minimis violations" for

Montgomery, McCracken, Walker & Rhoads, llp

The Honorable Gregory M. Sleet.
March 17, 2006
Page 2

which there is no constitutional liability.  This issue was not before the court in O'Connor, and the court did not even attempt to address it.

As always, we are at the Court's disposal if any further briefing on this issue would be helpful.

Respectfully yours,

*/s/ Richard M. Donaldson*

Richard M. Donaldson

RMD/rjf

Cc: Thomas Stephen Neuberger, Esq. (via ECF Service)
Stephen J. Neuberger, Esq. (via ECF Service)
Martin D, Haverly, Esq. (via ECF Service)