IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| Plaintiff, | : | |
| v. | : | C.A.No.04-1207-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF FILING OF PAPER DOCUMENTS

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 24, 2006, I caused to be filed the **FINAL PRETRIAL ORDER** with the Clerk of the Court by hand.

A hard copy of this document will be served by hand upon:

>   Richard M. Donaldson, Esquire
>   Montgomery, McCracken, Walker, & Rhoads, LLP
>   300 Delaware Avenue, Suite 750
>   Wilmington, DE 19801
>   rdonaldson@mmwr.com

**THE NEUBERGER FIRM, P.A.**


<u>/s/ Stephen J. Neuberger</u>
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com