MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

April 3, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

  Re:  **Price v. Chaffinch, No. 04-956-GMS**
     **Foraker v. Chaffinch, No. 04-1207-GMS**
     **Revisions to Binders of Defendants' Contested Exhibits**

Dear Judge Sleet:

  As part of their obligation to file the parties' proposed Final Pretrial Orders in the above referenced cases, Plaintiffs filed with this Court two sets of binders containing copies of Plaintiffs' and Defendants' contested exhibits. There are two problems with the binders of Defendants' contested exhibits that Plaintiffs' counsel have asked us to correct:

  First, the documents under tabs 34, 35, 36, and 37 are the wrong documents; *i.e.*, they are not the ones that Defendants have marked as "D34," "D35," "D36," and "D37." Accordingly, we enclose complete and accurate copies of defense exhibits D34 through D37.

  Second, Defendants' Exhibits D65 – D73 have been filed under the incorrect number tabs. For example, the exhibit that Defendants have marked as "D65" is under tab 66; "D66" is under tab 67; "D67" is under tab 68, and so on.

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

The Honorable Gregory M. Sleet
April 3, 2006
Page 2

      Consistent with instructions given to Plaintiffs' counsel by Chambers (as relayed to us by Plaintiffs' counsel), we are available to make the necessary changes to the binder of Defendants' exhibits if it would be helpful to the Court. We thank the Court for this accommodation and its ongoing patience; we hope in the future to resolve matters such as this among counsel prior to filing.

Respectfully yours,

Richard M. Donaldson

cc:    Thomas S. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
       Stephen J. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
       Martin D. Haverly, Esq. (w/encls. via CM/ECF filing and U.S. mail)