EXHIBIT 34



*There is no house like the house of belonging.*
—David Whyte

**Monthly Focus:**
**Relationships—**
*Who are the people*
*that matter most to you?*

# 2
## Monday
## February 2004

### Daily Notes

33rd Day   333 Left   Week 6

| | 41 |

Legislation — Unallocated MOU   Due 1st 2 weeks of January
Solar Case with 2 of Them

Tape Policy of Tapes   Security   maintained @ Troops.

Secretary fund — Any News release that would be controversial in
nature —

Tomorrow — Security —

Seatbelt
T-1 (163)

Sgt. Petrizini Funeral —
HR — EWS
Inservice Training
Promotion Process
Academy Graduation
Discipline — Keep on Board
Cadets —

Range Issue — Capt Warren - Major Eckrich - Me

Capt Warren contacted Facility Management   Doyle Tiller   Air Quality Control
Expert - Facility Mgmt
Stated people need to be exposed to some Hazardous materials in that Building
Also stated he was up there 2 weeks ago + it is not at a
Hazardous stage it is at the irritant stage.

Tiller stated Cabinet Secretary should work out an MOU + financial
agreement.

Will be shooting shotguns the remainder of this week.

Blood rest results will be returned by Thursday —
Environmental

Po Ventura
#1200 to come to facility + look at facility for air quality only —

Machon Company will address the bullet trap system

Report by Clarke/Nixon engineering group

Mark DiVore — Engineer with Facility Management —

© FranklinCovey. All Rights Reserved. · franklincovey.com · Original-Monarch

EXHIBIT 35

2.10.04

arrived 1405

Range Issues

Mack Devore, Doyle Tiller
LT. Col., Forcher, Bryson, m6, Warren.

- Costs associated w/ cleaning the Range

  Contractual # ?

  MACK-UP ?
  issue

✓ Swiski file for previous tests.

  Fac. Mgt. will collect information +
  forward to Li. Col.

Devore - we will get revised csrs for
  Lower Ceiling

✱ Responsibility for clean-up ?-

  Zambonie + cleaning floor - DSP

ext mting - week of 23rd ?
  Grey will coordinate

*From father to son, so it goes on.*
—Ashanti Proverb

# 10
## Tuesday
## February 2004

### Daily Notes

41st Day   325 Left   Week 7

- Doyle Tiller — Mark DeVou

- Savage — recommended change —

Admin feels Air handling system was working efficiently at one time.

Fort Meade Cos — Met to discuss maintenance responsibility.

Standards —

State Police will be responsible for maintenance

Test Results of Air Quality focused on Lead + heavy metals

Hazardous Material disposal — Cost Estimate —

Chesapeake — reSolana air handling system.

- Clark Nixon also conducted a test —
Recommended = ceiling installation $30 - $40,000 dollar
Rather than install ceiling went to frangible ammunition.

1925 NIOSH standard — 75 cubic ft per minute.

Range is considered a large gunnery facility.
Filter disposal.

Offer revised

Cleanup twice    Hazmat clean — Level 2X
Frangible cleanup — Our responsibility = DSP Responsible —
Zandini Has Mto disposal DSP )

EXHIBIT 36

(1)

TEST DATE 02-11-04

02-25-04                    (Range)

FTU STAFF
Capt. W.
Sharpe
me
(2 people
NAI)

— Neilson Assoc. Incorporated
—    Environmental Solutions Group

(?) Reason why it won't stay in balance.

Ventilation system different late
later than it was in am.

(Ventilation)  On paper it was right, but mechanically
its not right.

of 1st
things I
wld do

(Put in drop ceiling).

Computer Control System not right.

Copper + Lead over on South wall —(shutter pos. #2)

Bullet recovery. to fix - his guess.

≅ ┌ 25,000· 50,000· for Haz. waste clean-up.
   └ 75,000 for redesign + make trap right.

②  Curri

300,000 rounds handgun per yd.

"He would shut us down"

Since we've done the re balancing — you need
to find the source of the problem.

Look at design parameters & see what's happening.

if you change P.V. System — water, etc.
(debris) you could shoot shotgun.
etc.

Trap — monthly clean-up & disposal
of hazardous materials —

Nelson can √ the ventilation system to
see what's going on.
He will also come back to do tests
to make tests that weren't done
due to LCS problems
Will also test rest of building.

Recommendation

HAZ. material clean-up of Range
everything. Addt'l costs to
what has been quoted (25.50).

- Need to do something w/ ventilation
before we do anything.

my
note ( Bottom line - Several hundred thousand $
          for all. at least.                        )

Rotate FTU people regularly - not
necessarily permanently but

①

2-25-04    [ Academy ]    1330 hrs.

## Range Issues

CAREY's Ventilation    —    Action Target
Bill Provencher         John Curtis

Project would take 3 Mpos. to Construct.
This means once Construction starts.

Yearly    $ 1000·1200 —    Monitoring & commissioning    (ventilation)

20 k/per year    ✓ & clean , etc.    (TRAP)

Devore - system seems to have trouble during
Cold days & windy days.

we are not unique to have problems.

Blood levels ?

positive pressure Ventilation System
needs to be used when cleaning.

Respitory System
(?)

(Devore)    if we go w/ Provencher , things will
improve. upon what we have now.

Devore — wants to talk to his
people before we proceed.

{ Randy Jackson - Navy
  Provencher has numbers.
  Devore will get 'em

Contact as a reference.

Warren

EXHIBIT 37

Lt. Col
Skip
J.4

Range

3/1/04

Planning — ✓ to see how other Ranges
are maintained, cleaning, rotation,
etc.

H.R. — tests - 6 mos.
Lead, Copper, Zinc.