# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | DI 129 |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | DI 108 |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF REVISIONS TO DEFENDANTS' CONTESTED EXHIBITS - EXHIBITS D34 – D37**

This is to certify that one (1) copy of **REVISIONS TO BINDERS OF DEFENDANTS' CONTESTED EXHIBITS [EXHIBITS D34-D37]** was served by U.S. Mail this 3rd day of April 2006 on:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE  19801
> And
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 201
> Wilmington, DE 19801
> *Counsel for Plaintiffs*

                            /s/ Noel C. Burnham
                    Noel C. Burnham (DE Bar No. 3483)

2063220v1