IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., : <br> : <br> Plaintiffs, : <br> : C.A. No. 04-956-GMS <br> v. : <br> : <br> COLONEL L. AARON CHAFFINCH, et al., : <br> : <br> Defendants. : | |

___

| | |
|---|---|
| SERGEANT CHRISTOPHER FORAKER, : <br> : <br> Plaintiff, : <br> : C.A. No. 04-1207-GMS <br> v. : <br> : <br> COLONEL L. AARON CHAFFINCH, et al., : <br> : <br> Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Strike Defendants' Untimely Motions in Limine for Failure to Comply with the Rule 16 Scheduling Order and Defendants' response thereto, it is ORDERED that Plaintiffs' Motion is DENIED.

**BY THE COURT**

_____
J.