**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2006, I electronically filed Defendants' Answering Brief of Defendants in Opposition to Plaintiffs' Motion to Strike Defendants' Untimely Motions in Limine for Failure to Comply with the Rule 16 Scheduling Order with the Clerk of Court using CM/ECF which will send notification of such filing to the individuals listed below and that I caused to be served a true and correct copy of the attached by first class mail this 4th day of April 2006 on:

> Thomas Stephen Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 201
> Wilmington, DE  19801-3707
>
> *Attorneys for Plaintiffs*

Date: April 4, 2006

　　　　　　　　　　/s/ Noel C. Burnham
Noel C. Burnham (DE Bar I.D. #3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7890
nburnham@mmwr.com