MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

April 19, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **Price v. Chaffinch, No. 04-956-GMS (as Lead Case now consolidated with Foraker v. Chaffinch, No. 04-1207-GMS)**

Dear Judge Sleet:

      During the Pre-Trial Conference in this consolidated proceeding yesterday, counsel advised the Court that efforts were underway to secure the services of a Delaware-based computer forensics examiner to render assistance in this matter, and that an update promptly would be provided to the Court.  This is to report that:

      (1)  The computer forensics examiner was contacted yesterday, and has confirmed his availability to work on this case;

      (2)  The identity of the computer forensics examiner is **Stephen M. Bunting**, CCFT, EnCE.  Captain Bunting is the Captain of the University of Delaware Police.

      Counsel for plaintiffs (who were provided with Captain Bunting's professional bio) have confirmed their approval and have directed that I proceed to identify Captain Bunting to the Court.

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

The Honorable Gregory M. Sleet
April 19, 2006
Page 2

        I am, of course, at the Court's disposal if any further information would be helpful.

        Respectfully yours,

        */s/ Richard M. Donaldson*

        Richard M. Donaldson (DE No. 4367)

cc:    Thomas S. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
        Stephen J. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
        Martin D. Haverly, Esq. (w/encls. via CM/ECF filing and U.S. mail)