# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No.04-956-GMS |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF FILING OF PAPER DOCUMENTS

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 20, 2006, as discussed in the April 20th letter to the Court from Thomas S. Neuberger that is being contemporaneously filed, I caused to be filed **THE SEALED MEDICAL RECORDS OF RETIRED MAJOR JOSEPH FORESTER** with the Clerk of the Court by hand.

A hard copy of this document will be served by U.S. Mail upon:

Richard M. Donaldson, Esquire
Montgomery, McCracken, Walker, & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com