IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORPORAL B. KURT PRICE, et al.,          )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )     C.A. No. 04-956 (GMS)
                                         )
COLONEL L. AARON CHAFFINCH, et al.       )
                                         )
                Defendants.              )
_____)
                                         )
SERGEANT CHRISTOPHER D.                  )
FORAKER,                                 )
                                         )
                Plaintiff,               )
                                         )     C.A. No. 04-1207(GMS)
        v.                               )
                                         )
COLONEL L. AARON CHAFFINCH, et al.       )
                                         )
                Defendants.              )

## **ORDER**

WHEREAS, on April 12, 2006, the court issued an Order (D.I. 134) directing the defendants to engage and finance an independent expert consultant to determine whether Colonel L. Aaron Chaffinch's ("Chaffinch") computer hard drive can be recovered;

WHEREAS, the Order also directed the parties to submit to the court the names and qualifications of at least two independent expert consultants;

WHEREAS, on April 18, 2006, the court held a pretrial conference in the above-captioned matters, during which the parties discussed possible expert consultants;

WHEREAS, at the pretrial conference, the court directed the parties to reach an agreement on an expert consultant; and

WHEREAS, on April 19, 2006, counsel for the defendants filed a letter (D.I. 139) stating that both parties are amenable to the appointment of Stephen M. Bunting, CCFT, EnCE, Captain of the University of Delaware Police ("Captain Bunting"), as the expert consultant;

IT IS HEREBY ORDERED that:

1.     Stephen M. Bunting, CCFT, EnCE shall be appointed to examine Chaffinch's computer hard drive.

2.     Captain Bunting shall report his findings directly and exclusively to the court for *in camera* review.  Captain Bunting may report his findings by mail, fax, or email to the following: The Honorable Gregory M. Sleet, 844 N. King St., Lockbox 19, Wilmington, DE 19801; fax: (302)573-6472; or email: april_walker@ded.uscourts.gov.

Dated: April 20, 2006                                    /s/ Gregory M. Sleet
                                                        UNITED STATES DISTRICT JUDGE

2