IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:    Robert Fitzgerald, Esquire              Richard M. Donaldson, Esquire
        Montgomery McCracken Walker &       Montgomery McCracken Walker &
        Rhoads, LLP                                Rhoads, LLP
        123 South Broad Street                 300 Delaware Avenue, Suite 750
        Philadelphia, PA 19109                 Wilmington, DE 19801

       PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the following address:

                Omega Medical Center
                15 Omega Drive
                Building K
                Newark, DE  19713.

| **NAME** | **DATE AND TIME** |
|---|---|
| Ms. Deirdre O'Connell | April 28, 2006 at 10:30 a.m. |

                           **THE NEUBERGER FIRM, P.A.**

                           /s/ Stephen J. Neuberger
                           **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                           Two East Seventh Street, Suite 302
                           Wilmington, Delaware 19801
                           (302) 655-0582
                           SJN@NeubergerLaw.com

                           Attorneys for Plaintiff

DATED: April 21, 2006

**CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 21, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

      Robert Fitzgerald, Esquire
      Montgomery McCracken Walker & Rhoads, LLP
      123 South Broad Street
      Philadelphia, PA 19109
      rfitzgerald@mmwr.com

      Richard M. Donaldson, Esquire
      Montgomery McCracken Walker & Rhoads, LLP
      300 Delaware Avenue, Suite 750
      Wilmington, DE 19801
      rdonaldson@mmwr.com

      /s/ Stephen J. Neuberger
      **STEPHEN J. NEUBERGER, ESQ.**