MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

ATTORNEYS AT LAW

RICHARD MONTGOMERY
DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW
JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

April 25, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> Re:    **Price v. Chaffinch, No. 04-956-GMS (as Lead Case now consolidated with
> Foraker v. Chaffinch, No. 04-1207-GMS)**

Dear Judge Sleet:

By letter dated April 19, 2006, counsel identified for the Court Stephen M. Bunting, Captain of the University of Delaware Police, as a Delaware-based computer forensics examiner who plaintiffs and defendants had agreed would be suitable to render assistance in this matter. Accordingly, the Court entered its Order (D.I. 142) dated April 20, 2006 appointing Captain Bunting as the expert consultant.

Regrettably, counsel since have learned of a complication under applicable state laws and licensing requirements that will compromise Captain Bunting's ability to render assistance in this case. To avoid the risk of further delay or requiring the Court to delve into this matter during trial, counsel for plaintiffs and for defendants promptly have contacted and retained, subject to Court approval, an alternative expert (located in New Jersey) from among the list of possibilities previously provided to the Court: **Warren G. Kruse II, CISSP, CFCE, Managing Director, High Tech Investigations, Aon Consulting.**

Mr. Kruse has confirmed his availability to work on this case on an expedited basis and has cleared any possible conflicts of interest.

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER

Montgomery, McCracken, Walker & Rhoads, llp

The Honorable Gregory M. Sleet
April 25, 2006
Page 2

A proposed amended Order appointing Mr. Kruse is being submitted (in hard copy and in Word and WordPerfect format) jointly by the plaintiffs and the defendants for the Court's consideration.

We are, of course, at the Court's disposal if any further information would be helpful. Opposing counsel has read and approved of this letter and the enclosed proposed order.

Respectfully yours,

*/s/ Richard M. Donaldson*

Richard M. Donaldson (DE No. 4367)

cc:     Thomas S. Neuberger, Esq. (w/encl. via CM/ECF filing and U.S. mail)
        Stephen J. Neuberger, Esq. (w/encl. via CM/ECF filing and U.S. mail)
        Martin D. Haverly, Esq. (w/encl. via CM/ECF filing and U.S. mail)