# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

WHEREAS, on April 12, 2006, the court issued an Order (D.I. 134) directing the defendants to engage and finance an independent expert consultant to determine whether Colonel L. Aaron Chaffinch's ("Chaffinch") computer hard drive can be recovered;

WHEREAS, the Order also directed the parties to submit to the court the names and qualifications of at least two independent expert consultants;

WHEREAS, on April 18, 2006, the court held a pretrial conference in the above-captioned matters, during which the parties discussed possible expert consultants;

WHEREAS, at the pretrial conference, the court directed the parties to reach an agreement on an expert consultant;

WHEREAS, on April 20, 2006, the court, on the recommendation and agreement of all parties, ordered the appointment of Stephen M. Bunting, CCFT, EnCE, Captain of the University of Delaware Police, as the expert consultant; and

WHEREAS, on April 25, 2006, counsel advised the Court that Capt. Bunting could not serve as the expert consultant in this case due to applicable state laws and licensing requirements, but that both parties are amenable to the appointment of Warren G. Kruse II, CISSP, CFCE, Managing Director, High Tech Investigations, Aon Consulting, as the expert consultant;

IT IS HEREBY ORDERED that:

1. Warren G. Kruse II, CISSP, CFCE shall be appointed to examine Chaffinch's computer hard drive.

2. Mr. Kruse shall report his findings directly and exclusively to the court for *in camera* review. Mr. Kruse may report his findings by mail, fax, or email to the following: The Honorable Gregory M. Sleet, 844 N. King St., Lockbox 19, Wilmington, DE 19801; fax: (302) 573-6472; or email: april_walker@ded.uscourts.gov.

3. The Court's April 20, 2006 Order (D.I. 142) appointing Stephen M. Bunting, CCFT, EnCE, Captain of the University of Delaware Police, as the expert consultant is hereby superceded.

Dated: _____, 2006                               _____
                                                                             UNITED STATES DISTRICT JUDGE