IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE; <br> CORPORAL WAYNE WARREN, and <br> SERGEANT CHRISTOPHER D. <br> FORAKER, <br><br> Plaintiffs, <br><br> v. <br><br> COLONEL L. AARON CHAFFINCH, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : C.A.No. 04-956-GMS <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFFS' PROPOSED SPECIAL VERDICT**

DO YOU UNANIMOUSLY FIND THE FOLLOWING BY A PREPONDERANCE OF THE EVIDENCE?

**A. The Claim Under the First Amendment.**

1. Do you find that any plaintiff was the victim of adverse action that was sufficient to cause reasonably hardy persons to refrain from exercising their rights under the First Amendment?

| | Christopher Foraker | Kurt Price | Wayne Warren |
|---|---|---|---|
| Yes | | | |
| No | | | |

[If you answered "Yes" to question 1 for any plaintiff, go on to question 2. If you answered "No" for any individual plaintiff, then you are not to answer questions 2 through 6 for that individual plaintiff. If you answered "No," for all three plaintiffs, go to question 7.]

2. Do you find that any plaintiff has proven that his protected activity under the First Amendment was a substantial or motivating factor in adverse action taken against him?

|  | Christopher Foraker | Kurt Price | Wayne Warren |
|---|---|---|---|
| Yes |  |  |  |
| No |  |  |  |

[If you answered "Yes" to question 2 for any plaintiff, go on to question 3. If you answered "No" for any individual plaintiff then you are not to answer questions 3 through 6 for that individual plaintiff. If you answered "No" for all three, go to question 7.]

3. Were the actions taken against any plaintiff, or the words spoken about him, the proximate cause of any damage to him?

|  | Christopher Foraker | Kurt Price | Wayne Warren |
|---|---|---|---|
| Yes |  |  |  |
| No |  |  |  |

[If you answered "Yes," to question 3 for any plaintiff, go on to question 4 and just answer the question for the plaintiff or plaintiffs for whom you answered "Yes." If you answered "No" for any individual plaintiff, then you are not to answer questions 4 through 6 for that individual plaintiff. If you answered "No" for all three, then go to question 7.]

4. What economic damages, if any, do you find that any plaintiff suffered.

**Christopher Foraker**

$ _____ up to the present time

$ _____ into the future, reduced to present value.

**Kurt Price**

$ _____ up to the present time

$ _____ into the future, reduced to present value.

**Wayne Warren**

$ _____ up to the present time

$ _____ into the future, reduced to present value.

[Go to question 5 and just answer the question for the plaintiff or plaintiffs for whom you answered "Yes" in question 3.]

5. What non-economic damages, if any, do you find that any plaintiff suffered?

**Christopher Foraker**

$ _____ for injury to reputation

$ _____ for emotional distress and humiliation

**Kurt Price**

$ _____ for injury to reputation

$ _____ for emotional distress and humiliation

**Wayne Warren**

$ _____ for injury to reputation

$ _____ for emotional distress and humiliation

[Go to question 6.]

6. Do you find that any of the defendants acted recklessly, intentionally or maliciously with regard to any plaintiff?

|  | Christopher Foraker | Kurt Price | Wayne Warren |
|---|---|---|---|
| Yes |  |  |  |
| No |  |  |  |

If you answered "Yes" and you wish to exercise your discretion to award punitive damages for that plaintiff, enter below the amount of punitive damages which you believe is appropriate to punish and deter defendants.

**Christopher Foraker**

Defendant Chaffinch $ _____

Defendant MacLeish $ _____

**Kurt Price**

Defendant Chaffinch $ _____

Defendant MacLeish $ _____

**Wayne Warren**

Defendant Chaffinch $ _____

Defendant MacLeish $ _____

[Go to question 7 for Sgt. Foraker. The Court advises you not to concern yourself with duplicating the award, if any, which you previously entered for Sgt. Foraker. The Court will see that a double recovery does not occur. But the Court must know what amount of damages, if any, you separately award under State law.]

**B. Defamation**

    7.    Do you find that Sgt. Foraker has proven that either defendant made an untrue statement which tends to injure his reputation in the ordinary sense of the word?

Yes _____

No _____

[Go to question 8.]

**C. Invasion of Privacy**

    8.    Do you find that Sgt. Foraker has proven that (a) either defendant placed him before the public in a false light in a way which would be highly offensive to a reasonable person, and (b) the defendant knew that the matter was false or recklessly disregarded whether it was false?

Yes _____

No _____

[If you answered "Yes" to either of questions 7 and 8, go to question 9. If you answered "No" to both questions 7 and question 8, then your deliberations have ended.]

9. Were the words spoken about Sgt. Foraker and/or the way he was portrayed in a false light the proximate cause of any damage to him?

Yes _____

No _____

[If you answered "Yes," to question 9, go on to question 10. If you answered "No," then your deliberations have ended.]

10. What non-economic damages, if any, do you find that Sgt. Foraker suffered?

$ _____ for injury to reputation

$ _____ for emotional distress and humiliation

[Go to question 11]

11. What economic damages, if any, do you find that Sgt. Foraker suffered.

$ _____ up to the present time

$ _____ into the future, reduced to present value.

[Go to question 12]

12. Do you find that any of the defendants acted recklessly, intentionally or maliciously towards Sgt. Foraker?

Yes _____

No _____

If you answered "Yes" and you wish to exercise your discretion to award punitive damages, enter below what you believe to be the amount of punitive damages which you believe is appropriate

to punish and deter defendants.

        Defendant Chaffinch $ _____

        Defendant MacLeish $ _____

[**Your deliberations now have ended**.]

## THE FOREGOING IS THE VERDICT OF THE JURY
## EACH JUROR MUST SIGN BELOW

_____       _____
       Foreperson                                                       Juror

_____       _____
         Juror                                                             Juror

_____       _____
         Juror                                                             Juror

_____       _____
         Juror                                                             Juror

Dated: _____2006

FTU \Pre-Trial\FTU Proposed Special Verdict draft4