# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582  
FAX: (302) 655-9329

April 26, 2006                                            **Via CM/ECF Filing**

The Honorable Gregory M. Sleet  
United States District Court  
District of Delaware  
844 King Street  
Wilmington, DE 19801

RE:   **Price, et al. v. Chaffinch, et al.,** C.A. No. 04-956-GMS  
      **Plaintiffs' Proposed Special Verdict Sheet**

Dear Judge Sleet:

Contemporaneous with the filing of this letter, plaintiffs have filed their proposed special verdict sheet as discussed at the pretrial conference.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiffs

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)  
      Martin D. Haverly, Esq. (via CM/ECF)  
      Richard M. Donaldson (via CM/ECF)

FTU \ Letters \ Sleet.09