IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., : <br> : <br> Plaintiffs, : <br> : C.A. No. 04-956-GMS <br> v. : <br> : <br> COLONEL L. AARON CHAFFINCH, et al., : <br> : <br> Defendants. : | |

## ORDER

AND NOW, this _____ day of May, 2006, upon consideration of Defendants' Memorandum of Law Concerning Offsets to Damages and plaintiffs' response thereto, it is ORDERED that any lost wages for which defendants ultimately are found liable at trial should be offset by plaintiffs' Workers' Compensation payments and the disability portion of plaintiffs' pensions.

BY THE COURT

_____
Sleet, J.