**CERTIFICATE OF SERVICE**

This is to certify that two (2) hard copies of Defendants' Memorandum of Law Concerning Offsets to Damages which was filed and served electronically on May 1, 2006, were served by hand delivery this First day of May 2006 on:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

Martin D. Haverly, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707

*Attorneys for Plaintiffs*

_____
Noel C. Burnham (DE Bar I.D. #3483)