# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
## ATTORNEYS AT LAW

NOEL C. BURNHAM
ADMITTED IN NEW YORK, PENNSYLVANIA & DELAWARE

DIRECT DIAL
302-504-7890

nburnham@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

May 1, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    Re:    **Price et al. v. Chaffinch, et al. No. 04-956-GMS**

Dear Judge Sleet:

    Enclosed are two courtesy copies of the Defendants' Memorandum of Law Concerning Offsets to Damages and Order which were filed today.

    Very truly yours,

    */s/ Noel C. Burnham*

    Noel C. Burnham

NCB/saa
Enclosures

cc:    Thomas S. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
    Stephen J. Neuberger, Esq. (w/encls. via CM/ECF filing and U.S. mail)
    Martin D. Haverly, Esq. (w/encls. via CM/ECF filing and U.S. mail)