IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE;** <br> **CORPORAL WAYNE WARREN; and** <br> **SERGEANT CHRISTOPHER D. FORAKER,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as Superintendent of the Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as Deputy Superintendent of the Delaware State Police; **DAVID B. MITCHELL,** in his official capacity as the Secretary of the Department of Safety and Homeland Security of the State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : C.A.No.04-956-GMS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 1, 2006, I caused **PLAINTIFFS' SUBPOENA DUCES TECUM DIRECTED TO MS. DEIRDRE O'CONNELL, CEO OF OMEGA MEDICAL CENTER** to be served via E-mail on the following individuals:

Robert Fitzgerald, Esquire
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
rfitzgerald@mmwr.com

Richard M. Donaldson, Esquire
Montgomery McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com

**THE NEUBERGER FIRM, P.A.**

<u>/s/ Stephen J. Neuberger</u>
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: May 1, 2006                Attorney for Plaintiffs

FTU/ Pleadings /Notice of Service - Omega and O'Connell Subpoena Duces Tecum