# Burnham, Noel

| | |
|---|---|
| **From:** | Harvey, Carmon M. |
| **Sent:** | Monday, May 01, 2006 7:02 AM |
| **To:** | Burnham, Noel |
| **Cc:** | Fitzgerald, Robert |
| **Subject:** | Fw: Price, preliminary jury instructions |

```
----- Original Message -----
From: Fitzgerald, Robert
To: Donaldson, Richard
Cc: Harvey, Carmon M.
Sent: Sun Apr 30 21:13:03 2006
Subject: FW: Price, preliminary jury instructions
```

Please file this e-mail as requested by Thomas Neuberger.

___

From: Thomas S. Neuberger, Esquire [mailto:TSN@NeubergerLaw.com]
Sent: Fri 4/28/2006 9:56 AM
To: Ellis, Edward
Cc: Fitzgerald, Robert; Cheryl A. Sasadeusz, Esq.; Stephen J. Neuberger (work)
Subject: Price, preliminary jury instructions

Ed,

After I agreed to everything in your version of the disputed areas of the preliminary jury instructions and we had a final version, you added more material. I will not agree to the argumentative matter you added to the contentions. Nor will I agree to the material you added before the burden of proof. As you know, that was not negotiatedand it also deals with collateral source issues which are being separately briefed before the court. It is inappropriate at this time in the case.

So please send the disputed draft over to the court by Monday with the two areas highlighted.

Please also include this email which states my position.

Thank you.

Tom

*******************************************
Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email: TSN@NeubergerLaw.com