# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE           PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE          FAX: (302) 655-9329

May 2, 2006                                **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Price, et al. v. Chaffinch, et al.,** C.A. No. 04-956-GMS
      **Comments on Proposed Voir Dire**

Dear Judge Sleet:

This letter is written in response to Ms. April Walker's communication of last Thursday, requesting comment on the proposed voir dire questions.

Last Wednesday, plaintiffs submitted a letter to the Court (D.I. 145) addressing this issue. Plaintiffs' letter and the Court's communication may have crossed in transit.

Relatedly, plaintiffs intend to call retired Capt. Gregory A. Warren as a witness. As occurred at his deposition, it is probable that defendants intend to impeach this witness with the fact that he had previously filed a lawsuit against Governor Minner in 2003. (See Warren Depo. at 23-26,192-95). Plaintiffs respectfully submit that this also weighs in favor of a voir dire question addressing the Governor.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiffs

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      Martin D. Haverly, Esq. (via CM/ECF)
      Richard M. Donaldson (via CM/ECF)

FTU \ Letters \ Sleet.10