MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

May 2, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re: **Price v. Chaffinch, No. 04-956-GMS (as Lead Case now consolidated with Foraker v. Chaffinch, No. 04-1207-GMS)**

Dear Judge Sleet:

    We have reviewed the Court's proposed *voir dire* questions transmitted to counsel by Ms. Walker on April 27th. We also have reviewed Mr. Neuberger's letter of April 26 (proposing questions regarding the prospective jurors' political dispositions toward Senator Adams and Governor Minner), which we had assumed the Court had reviewed before it issued its proposed *voir dire* questions. Last, we reviewed Mr. Neuberger's letter of earlier today, which again directs the Court's attention to the April 26th letter.

    This is to advise the Court that the defendants do not have an objection to the *voir dire* as transmitted by Ms. Walker on April 27th. Consistent with the Court's preference (which was made known to counsel at the pre-trial conference), the Court's proposed *voir dire* is brief and leaves unasked certain questions that each side would like to put in play. As such, it is even-handed.

    If the Court decides to expand the *voir dire* beyond the straight-forward approach reflected in the draft circulated by the Court on April 27th to cover the topics suggested by Mr. Neuberger in his April 26 letter, then the defendants respectfully would request that the Court

Montgomery, McCracken, Walker & Rhoads, llp

The Honorable Gregory M. Sleet
May 2, 2006
Page 2

reconsider its decision on questions exploring employer-employee bias in the area of employment termination.

  In any event, the defendants believe that under *no* circumstances should a prospective juror be required to divulge who he or she voted for – which, at base, is what the plaintiffs' proposed supplemental *voir dire* questions seek to do.

Respectfully yours,

*/s/ Richard M. Donaldson*

Richard M. Donaldson (DE No. 4367)

cc: Thomas S. Neuberger, Esq. (w/encl. via CM/ECF filing and U.S. mail)
   Stephen J. Neuberger, Esq. (w/encl. via CM/ECF filing and U.S. mail)
   Martin D. Haverly, Esq. (w/encl. via CM/ECF filing and U.S. mail)