# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE

PHONE: (302) 655-0582  
FAX: (302) 655-9329

May 3, 2006                                                                                      **Via CM/ECF Filing**

The Honorable Gregory M. Sleet  
United States District Court  
District of Delaware  
844 King Street  
Wilmington, DE 19801

RE: **Price, et al. v. Chaffinch, et al.,** C.A. No. 04-956-GMS  
**Updated Curriculum Vitae of Ernest "Bud" Fini**

Dear Judge Sleet:

As requested by the Court at the pretrial conference, attached please find an updated curriculum vitae for Ernest "Bud" Fini, plaintiffs' firearms industry hiring expert.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiffs

attachment

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)  
      Martin D. Haverly, Esq. (via CM/ECF)  
      Richard M. Donaldson (via CM/ECF)

FTU \ Letters \ Sleet.11

# Tab

# A

3232 Griggs Dr.  
Boothwyn, PA 19061  

Home: 610 558-4870  
Bus: 610 558-4870  
Fax: 610 558-4870  
Cell: 302 379-0225  
E-Mail: budfini@msn.com

# Ernest "Bud" Fini

---

**Objective**       To obtain a position utilizing my marketing, sales, financial and administrative experience in the consumer products/outdoor recreational industry.

**Experience**      **2004-Present    Intermark Sporting Goods Marketing    Boothwyn, PA**

**Rizzini USA**                                                    **West Chester, PA**

Vice President & General Manager. Responsible for profit and loss and all operational activities of the USA branch of Rizzini Italy.

**2002- 2004      Intermark Sporting Goods Marketing    Wilmington, DE**

**Heckler & Koch, Inc.**                                           **Sterling, VA**
Consultant to H & K. Provide complete marketing communications directions for commercial business. Developed media plan and schedule. Purchased media and developed new ads for insertion. Directed and wrote new 28 page full-line catalog for commercial and law enforcement products, 70M circulation.

**2001- 2002     Intermark Sporting Goods Marketing        Azusa, CA**

**National Sales Manager—Perazzi, USA, Inc.**
Consultant to Perazzi USA. Manage and direct all sales and marketing efforts for Perazzi, USA. Annual sales' volume is $8-9MM. Relocated to Azusa, California.
- Reduced the number of distributors by 40% to add value to partnering with the Perazzi line
- Rewrote old sales' programs to require 4X greater up-front commitment to maintain distributorship status.
- Pricing and programs resulted in 15% increase in profitability for 2001 while increasing volume.

**1999-2001       Savage Arms Co.                          Westfield, MA**

**Vice President of Sales & Marketing**
Direct report to President/CEO with seat on the Board of Directors. Acquired a 1% ownership in the holding corporation. Created and developed the business plan encompassing the years 2000-2003. Day-to-day responsibility for managing the outside sales representatives' force, new product development, pricing and profitability of product line and marketing communications. Direct sales responsibility for Wal-Mart and K-Mart.
- Introduced two new rimfire products to Wal-Mart, resulting in an annual incremental increase of 25M units.
- Coordinated the introduction of Savage's first entry in the Black Powder market, achieving first year sales in excess of 4M units.

- Created individualized products for select customers (Jerry's Sports Center, Ellett Bros. Hicks) to reduce direct distributor competition; distributor business increased 26% over the previous year.
- Streamlined the product line by eliminating 47 slow-moving SKU's, while increasing total sales over 5%.

**1998 – 1999        O. F. Mossberg & Sons Inc.                West Haven, CT**
**Vice President Sales & Marketing**

Consultant to O. F Mossberg & Sons with direct report to CEO. Served as V. P. of Marketing with responsibility for the Marketing Plan development and implementation. Directed research in new product development. Direct reports included press relations and communications managers.

- Implemented major sku reduction to product line. Over 50 items removed from current product listing.

- Created 1998 Mossberg Sales' Programs which exceeded the corporate volume objectives by more than 20%. Reduced redundant or slow moving SKU's by 31% (83 line items).

- Separated law enforcement and commercial businesses in terms of communications. Product separate catalogs and targeted each segment with its own advertising.

- Increased presence in vertical publications and TV.

**1996 – 1998 SIGARMS                                     Exeter, NH**
**Vice President Marketing**

Consultant and employee during tenure. Direct report to the CEO with responsibility for development of the marketing sales and product plans. Direct reports included product managers for Hammerli, SIG Sauer rifles, marketing communications manager and support staff.

- Planned, developed sourcing, and managed the sales' introduction for the new SIGARMS hunting shotgun product lines.
- Developed the specifications for the introduction of the SHR 970 wood & synthetic.
- Developed the initial Blaser rifle offering and integration into the product mix.

**1996    Intermark Sporting Goods Marketing        West Chester, PA**
**President**

Created Intermark Marketing & Communications to provide affordable marketing and marketing communications' assistance, including product management, media placement, ad concept and development and public relations to firearms and related industry clients, allowing them to select specific services and avoid costly agency overhead costs. Total Billings were $1.5MM in 1998. Major accounts included O.F. Mossberg & Sons, Inc. (serving as VP, Marketing), SIGARMS (serving as VP, Marketing); Beretta (Market Study for black powder rifle product introduction); Fort Knox Safe Company (Business Consultant); Tetra Gun Products (Ad Creation).

- Third year gross revenue exceeded $1.5MM

### 1976-1996    Remington Arms Company    Wilmington, DE
**Director – Marketing Communications 1991-1996**

Specific duties were to coordinate and direct the efforts of Advertising Manager, Merchandising Manager, Publicity/Public Relations Managers, Manager of Conservation Resources, Manager of Consumer Services and Database Manager, with primary responsibility to create and implement the Strategic Communications Plan for all businesses – Firearms, Ammunition, Apparel, Accessories and Stren Fishlines. Responsible for the creation and implementation of a $21MM budget. Efforts contributed to 1994 being the best sales year to date for the 180-year-old company.

- Developed the Remington Sportsman magazine concept as a direct market vehicle, with a circulation of 310M (200M newsstand).
- Developed and implemented the Remington Co-op Plan. Annual budget of $3.2MM.
- Developed Marketing Communications Group from three employees in 1991 to 13 in 1995, including managers in Advertising, Publicity and Public Relations, Merchandising, Conservation and a new 1-800 Consumer Service Group of six people.
- Developed the function of and direction for Database Marketing with annual sales of $3MM in promotions and $1MM in direct marketing in 1995.

**Marketing Manager – Firearms 1984-1991**

Accountable for planning and worldwide performance (profitability) of firearms. Prepare and maintain a comprehensive worldwide business plan in support of the corporate strategic plan. Coordinate and direct the efforts of the Senior Product Programs Manager –Firearms, Product Manager-Firearms, Product Specialists and key functions in support of existing product and development of new products. Directed business value in 1989 was $200MM.

- Developed Mag-10 concept for Ithaca buy-out and product line introduction.
- Developed 90-T single barrel trap gun concept and managed product line introduction.
- Revised warranty repair procedures for entire product line. First year savings were in excess of $1MM.
- Introduced pricing and strategy for Model 870-Express. Three year sales in excess of 300M units with total revenues of approximately $52MM.
- Revised Custom Shop mission and pricing structure. Volume increased by 4X; revenues up from $500M to $2MM.
- Increased total firearms' business volume by 200M units and $50MM in 4 years.

**Regional Sales Manager – Midwest Region    1981-1984**

Managed overall sales function of 41 key accounts in an eight-state Midwestern Region. Trained and coordinated the efforts of four field sales' representatives in territory development through the addition/deletion of accounts, pricing strategies negotiation and implementing sales promotions. Regional sales volume was $21MM in 1982, $26MM in 1983.

- Improved clay target sales from 6MM to 15MM in two years. Target ammunition sales

increased from 900M rounds to 1.7MM rounds in same period. Increased overall gun club business 200% in two years.
- Designed and implemented extra barrel promotion with Coast-To-Coast stores, increasing volume from 1500 to 6500 units in one year.
- Successfully negotiated rimfire ammunition pricing with core accounts to raise regional volume to 141MM rounds from 93MM rounds.

- Successfully negotiated with and signed Shopko Stores and Duckwall-Alco stores as new accounts. Total yearly volume of these accounts $3.5MM.
- Reduced territory selling expenses by 7%, while increasing sales' volume in excess of 20%.

**Assistant Manager – National Accounts   1979-1981**

Managed all sales aspects (including sales promotion, pricing and product mix) over five national accounts – K-Mart, J.C. Penney, Ace & Cotter (True Value) Hardware Stores and Maurice Sporting Goods. Provided sales training and aid to key personnel within their organizations. Provided Remington management with a line item forecast of major item usage by year.
- Aggregate starting volume in 1979 was $36MM; ending volume in 1981 was $43MM.
- Negotiated a 15,000-rifle closeout sale with K-Mart by devising regional packaging to appeal to their needs.
- Sold K-Mart "Dove and Quail" loads for the first time, a net shotshell sales increase of 35MM rounds and introduced premium rimfire for first year sales volume of 25MM rounds.

**Sales Representative – New England & Michigan Territories   1976-1979**

Responsible for all Remington activity within the respective territories, encompassing account management (sales, pricing, promotion and training), law enforcement, education and gun club liaison, as well as dealer and consumer promotions. Dollar volume for Michigan territory was $4MM; New England territory was $10MM.

**Education**       1982-1983        Rockhurst University        Kansas City, MO
- 30 credits toward MBA in Marketing

1971-1975        Sacred Heart University        Bridgeport, CT
- Bachelor of Science Degree in Business Administration
  Major in Marketing; Minor in Advertising

**Interests**       Shooting sports, Hunting, Racquetball and Physical fitness.

**Military Service**   Four years United States Air Force – Honorable Discharge; attained rank of Staff Sergeant.

**Intermark**
3232 Griggs Drive
Boothwyn, PA 19061

I have not testified as an expert.

Bud Fini