IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B. KURT PRICE, et al.,            :
                                  :
         Plaintiff,               :
                                  :  C.A. No. 04-956-GMS
    v.                            :
                                  :
L. AARON CHAFFINCH, et al.,       :
                                  :
         Defendants.              :

### NOTICE OF DEPOSITION

TO:   Thomas Stephen Neuberger, Esq.
      Stephen J. Neuberger, Esq.
      The Neuberger Firm, P.A.
      Two East Seventh Street, Suite 302
      Wilmington, DE  19801

      Martin D. Haverly, Esquire
      Two East Seventh Street
      Suite 302
      Wilmington, DE  19801-3707

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendants L. Aaron Chaffinch, Thomas F. MacLeish, and the Division of State Police, by their attorneys, will take the videotaped trial deposition of Richard Ashley on May 11, 2006, before an officer authorized to administer oaths, at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Wilmington, DE  19801, commencing at 3:00 p.m.

Dated: May 5, 2006

_____
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820

Edward T. Ellis
(Admitted Pro Hac Vice)
Robert J. Fitzgerald
(Admitted Pro Hac Vice)
Montgomery, McCracken,
    Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

*Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this day, I caused a true and correct copy of the foregoing Notice of Deposition, to be served by Hand Delivery upon the following:

> Thomas Stephen Neuberger, Esq.
> Stephen J. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE 19801
>
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 302
> Wilmington, DE 19801-3707

*Attorney for Plaintiffs*

Dated: May 5, 2006

Noel C. Burnham (DE Bar No. 3483)