## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## UNSWORN DECLARATION OF STEPHEN M. BUNTING,
## UNDER 28 U.S.C. § 1746

I, Stephen M. Bunting, CCFT, EnCE, hereby depose and state as follows:

1.      I make this declaration on my own personal knowledge and I will testify hereto if called as a witness.

2.      I am a Captain in the University of Delaware Police.  I am an experienced computer forensics examiner.  My qualifications as a computer forensics examiner are attached at Tab A.  I have personal knowledge of the facts contained in this declaration and, if called as a witness, I am competent to testify as to those facts.

3.      By way of introduction, I was originally appointed by the Court to examine the computer formerly used by retired Colonel Chaffinch of the Delaware State Police.  (See Tab B - Order dated 4/20/06).

4.      As Delaware's PI licensing act has recently been interpreted to require licensing of individuals conducting computer forensics work for hire, the task was subsequently sent to an out-of-state examiner to avoid conflicts with the current interpretation of this law.  The work was completed by Warren Kruse of AON Consulting in Eatontown, New Jersey and he submitted a

preliminary report to the court with copies to both the plaintiffs and defendants. It is my understanding that this report, as submitted, was confusing and provided no summary or conclusions. Plaintiff's counsel has sent me a copy of the reports and asked me, in essence, what it all means and would I be willing to clarify the report for the benefit of the Court.

5.    That being said, I am submitting this as a favor to the Court with the only purpose being that of clarifying the content of the Kruse report.  My only caveat is that it is being submitted with the understanding that I have not seen the entire contents of the hard drive and am therefore basing my conclusions only on the content of the report submitted to the court.

6.    The report begins with samples of data found in the unused disk area [ 1) & 2)], unallocated clusters [ 3)], and volume slack [ 4)]. The reports notes in index three [ 3)] that there are "random characters found in the Unallocated clusters up to and including last physical sector of machine"; "Random characters may be evidence of a final pass of a DOD wipe of the hard drive': and "relivant [sic] to the size of the unallocated space on the disk, there is a small amount of data in the Unallocated clusters".

7.    The unallocated clusters is an area of the hard drive that is currently not being used to store file data. On a drive that has been subjected to considerable use, as an older Windows 98 computer would have experienced, this area would be loaded with data from files that have been created and subsequently deleted. That this area contains very little "data" relative to its size and is instead filled with randomly generated data strongly suggests that it was subject to wiping, which means that data present was intentionally overwritten to remove it.

8.    The Volume slack is an area between the last cluster of the partition and the end of the partition. Generally, the operating system doesn't write user data to this area and finding randomly generated data in this area is significant and suggests wiping.  The unused disk area is

area found near the end of the drive that is not partitioned and is therefore not normally written

to by the user. Randomly generated data found here is significant and suggests wiping.

     9.     On page sixty six (66) there is a diagram representing the directory structure of

the volume. There are entries that appear to be user names of DSP division personnel, most of

whom appear to be from Troop 4. These entries appear to be security certificates (CLR Security

Config) for users who have logged on to this system. There are entries for:

> • douglas.reed
> • sean.moriarity
> • Darhl.Snyder
> • Darren.Short
> • LESLIE.GROW
> • danny.wright
> • william.groton
> • bernard.miller
> • jonathan.welch
> • ed.justiniano
> • john.caskey
> • josh.austin

     10.     There is no entry for Aaron.Chaffinch or anything resembling that user name.

Such would again suggest that the data for user Chaffinch was deleted.

     11.     The most significant finding in the report is found on page 57, which is the listing

of the number of search hits found for each of the key words. For the keyword "Chaffinch", there

were 12 search hits found. Beginning on page 47, four of those search hits are shown within the

context of their associated data. None of those four search hits would suggest they were placed

there by user "Chaffinch", but rather subsequent users of the machine.

     12.     When a computer is used extensively by a particular user for a significant period

of time (months / years), their name is stored tens of thousands of times on the hard drive. For

example, on Friday May 19, 2006, on a drive of nearly the same size, I did a search for the first

and last name of a user, both of which were unique names. In the unallocated clusters alone, the names of the user appeared over 40,000 times. The near absence of the user name "Chaffinch" (appearing only 12 times) stands as strong evidence that the drive in question was wiped after user Chaffinch last used this computer.

    ___.    -------------------------------------------------

    ___.    -------------------------------------------------

    ___.    If the Court has any questions, I can be available via phone or in chambers if you wish to discuss this matter further.

_____
**STEPHEN M. BUNTING**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May ___21st___, 2006.

# Tab A



### *ABOUT OUR STAFF*

---

**Brief Abstract of Staff Member Knowledge, Skills, and Abilities Relating to Computer Forensics**

**Return to Main Forensics Help Page**

**Stephen M. Bunting, CCFT, EnCE**
**Captain - University of Delaware Police**
Email

Captain Bunting is an experienced computer forensics examiner, having conducted examinations of computer systems for the University of Delaware Police as well as federal, state, and local law enforcement and prosecutorial agencies. He is also a trained and experienced forensic video analyst using the Ocean Systems dTective® and Avid software systems. He is a frequent lecturer and instructor on computer forensics, cyber-crime, and incident response.

Captain Bunting has testified as a computer forensics expert. He was the recipient of the 2002 Guidance Software Certified Examiner Award of Excellence for receiving the highest test score on his certification examinations. He is an EnCase Certified Examiner (Guidance Software) and a Certified Computer Forensics Technician (HTCN).

Captain Bunting has been a sworn police officer in the State of Delaware for over thirty years. He created and developed the University of Delaware Police Department's Computer Forensic Lab. He has taught computer forensics for Guidance Software, makers of EnCase, and taught as a Lead Instructor at all course levels, including the Expert Series with particular emphasis on "Internet and Email Examinations" course. He has been a presenter at several seminars and workshops, the author of numerous "white papers", a coauthor of *EnCase Computer Forensics - The Official EnCE: EnCase Certified Examiner Study Guide* published by Sybex (Wiley), and maintains a website for cyber-crime and computer forensics issues.

**Certifications:**
- Certified Computer Forensic Technician, High Tech Crime Network, original certification 9/27/2001
- EnCase Certified Examiner, Guidance Software, original certification 4/4/2002, re-certification 4/4/2004
- State of Delaware Council on Police Training Certified Police Officer (1975)

**Memberships and Affiliations:**
- The Law Enforcement & Emergency Services Video Association, member since October 2004
- Infragard – secure member of the Wilmington, Delaware Chapter since June 2004.
- High Technology Crime Investigation Association - member since August 2002.
- High Tech Crime Network - member from September 2001 to date.
- National White Collar Crime Center - designated agency contact person for agency membership in the organization - January 2001 to date.

**Formal Education and Degrees:**
- University of Delaware - Computer Applications Certificate – Concentration in Network Environments - August 2004
- Wilmington College - Bachelor of Science Applied Professions / Business Management - May 1986

- Delaware Technical and Community College - 52 credit hours in the Criminal Justice Program
- University of Delaware - Associate in Art - May 1973

**Publications and White Papers:**

- *Encase Computer Forensics--The Official EnCE: Encase Certified Examiner Study Guide* - Wiley - January 2006
- *EnCase Internet and Email Examinations* - Guidance Software Publication (Version 4 Series - 2004) - contributing author
- Creating Paperless EnCase Computer Forensic Reports on CD - August 2003
- Disabling the Yahoo Login Script for Viewing in Forensic Reports - May 2003
- Examination of Photoshop Text Layer Metadata in Support of Forged Document Examinations - January 2003
- "Meeting the Training Needs Imposed by Internet Crime", The Informant, publication by the National White Collar Crime Center, March 2001 Issue.
- "Meeting the Training Needs Imposed by Internet Crime", IADLEST Newsletter, January 2001 Issue.

**Classes and presentations Captain Bunting has conducted:**

- Identity Theft and Cyber Safety - DuPont Experimental Station Staff - March 14, 2006 - Wilmington, DE.
- Computer Forensics for Prosecutors - Delaware Attorney General Staff - September 22, 2005 - Lewes, DE.
- First Response Issues for Crimes Involving Computers - Hosted by the U.S. Attorney's Office - September 16, 2005 - Dover, DE.
- Examination of Photoshop Layer Data - Fairfax, VA - RCFG GMU 2005 - August 15 & 18, 2005 - Guest Lecturer
- Cyber-sabotage, Espionage, & Other Security Threats, February 23, 2005, Lorman Education Services, Newark, DE
- Computer Forensics in the Courtroom, January 7, 2005, Widener University School of Law, Wilmington, DE
- Computer Forensics for Prosecutors - Delaware Attorney General Staff - September 30 - October 1, 2004 - Dewey Beach, DE.
- Forensic Examination of Peer-to-Peer Client Software Artifacts -NJSP High Tech Crime Unit. September 22, 2004, Trenton, NJ.
- Introductory Computer Forensics Guidance Software - Sterling, VA Jun 29 - Jul 2, 2004 (32 hrs) Lead Instructor
- Internet / Email Examinations Guidance Software - Sterling, VA Jun 22 - 25, 2004 (32 hrs) Lead Instructor
- Email Examinations Lab at CEIC 2004 Myrtle Beach, SC Jun 6 - 9, 2004 (7.5 hrs - five presentations) Lead Instructor
- Photoshop Layer Metadata Examinations CEIC 2004 Myrtle Beach, SC Jun 8, 2004 (1.5 hrs)  Guest Lecturer
- Introductory Computer Forensics Guidance Software - Sterling, VA Apr 27 - 30, 2004 (32 hrs) Lead Instructor
- Internet / Email Examinations Guidance Software - Sterling, VA Mar 30 - Apr 2, 2004 (32 hrs) Instructor
- Internet / Email Examinations Guidance Software - Sterling, VA Feb 3-6, 2004 (32 hrs) Instructor
- Introductory Computer Forensics Guidance Software - Sterling, VA Jan 6-9, 2004 (32 hrs) Lead Instructor
- Internet / Email Examinations Guidance Software - Sterling, VA Nov 18-21, 2003 (32 hrs) Instructor
- Introductory Computer Forensics Guidance Software - Sterling, VA Oct 21-24, 2003 (32 hrs) Instructor
- Intermediate Analysis & Reporting Guidance Software - Sterling, VA Sept 9-12, 2003 (32 hrs) Instructor
- Introductory Computer Forensics Guidance Software - Sterling, VA Aug 12-15, 2003 (32 hrs) Instructor
- Introductory Computer Forensics Guidance Software - Sterling, VA July 8-11, 2003 (32 hrs) Instructor
- Intermediate Analysis & Reporting Guidance Software - Sterling, VA June 17-20, 2003 (32 hrs) Instructor
- Internet / Email Guidance Software - Sterling, VA May 6-9, 2003 (32 hrs) Instructor
- Intermediate Analysis & Reporting Guidance Software - Sterling, VA Mar 4-7, 2003 (32 hrs) Instructor
- Introductory Computer Forensics Guidance Software - Sterling, VA Feb 25-28, 2003 (32 hrs) Instructor
- Internet Safety for Children - Winter / Spring 2003 semester offering through the University of Delaware Continuing Education Division
- CyberStalking and Related Crimes Involving Computers: October 7, 2002 in Newark, DE.
- Computer Crime Issues for Prosecutors: - Presented to the Wicomico County States Attorney's Office (4/20/01) and to the Attorney General's Office for the State of Delaware Sex Crimes Unit (10/4/02).
- Computer Forensics: - during the spring semester 2002, supervised and directed an independent course of study in computer forensics for a University of Delaware senior majoring in computer science. Program was under the auspices of Professor Chien-Chung Shen. Student is now employed with Price, Waterhouse, Cooper in the computer forensics division.
- The Internet as an Investigative Tool:  Presented at the University of Delaware (5 presentations: 12/5/00, 1/8/01, 8/6/01, 8/13/01, & 8/26-27/02 ), at the Eastern Shore Criminal Justice Academy (3 presentations: 2/16/01, 3/8/01, and 3/20/01), and at Mount St. Mary's College (6/26/02).
- Computer Crimes: 1st Responder Issues - course developed and presented to the University of Delaware Police as a 2 hour block during in-service training. Presented May 31, 2001, June 7, 2001, May 30, 2002, and June 5, 2002.

**Training Captain Bunting has received includes:**

| | |
|---|---|
| Advanced Windows Intrusion Investigator's Course  (40 hrs) | SYTEX - February 27 – March 3, 2006,  FBI Academy, Quantico,  VA |
| Adobe Photoshop for Forensic Video Analysts ( 16 hrs) | Resolution Video - December 14-15, 2005 - Reston, VA |
| Regional Computer Forensics Group Seminar (40 hrs) | RCFG / HTCIA - August 15-19, 2005 - GMU - Fairfax, VA. |
| Cell Seizure (16 hrs) | Paraben - May 18 - 19, 2005 - Newark, DE |
| PDS Seizure (16 hrs) | Paraben - May 16 - 17, 2005 - Newark, DE |
| Enterprise Security & Vulnerability (36 hrs) | USSS / SEARCH - April 18-22, 2005 in Cherry Hill, NJ |

| | |
|---|---|
| Access Data FTK Advanced Internet Training Course (24 hrs) | Access Data - March 15 – 17, 2005 in Dover, DE. |
| Ocean Systems: dTective (Advanced Video Forensic Analysis ) (16 hrs) | Ocean Systems - Feb. 24 – 25, 2005 in Burtonsville, MD. |
| Advanced UNIX Intrusion Investigator's Course  (40 hrs) | SYTEX - December 6 – 10, 2004,  Ellicott City, MD. |
| EnCase EnScript Programming (32 hrs) | Guidance Software -  November 16 – 19, 2004, Sterling, VA. |
| Networks and Networking for Agents / System Security and Exploitation (80 hrs) | SYTEX - October 18 – 29, 2004, Ellicott City, MD. |
| Law Enforcement Video Association Annual Training Conference 2004  (16 hrs) | LEVA - October 6 – 7, 2004 Washington, D.C. |
| NIJ Law Enforcement Technology Institute 2004  (40 hrs) | NIJ - July 11 – 16, 2004, Washington, D.C. |
| Computer and Enterprise Investigations Conference / TechnoSecurity Conference 2004 (28 hrs) | Guidance Software - June 6 – 9, 2004 in Myrtle Beach, SC. |
| Ocean Systems: dTective (Advanced Video Forensic Analysis ) (16 hrs) | Ocean Systems - May 6 – 7, 2004 in Burtonsville, MD. |
| Ocean Systems: Introduction to Forensic Video Examinations (24 hrs) | Ocean Systems - May 3 – 5, 2004 in Burtonsville, MD. |
| Access Data FTK Intermediate Training Course (24 hrs) | Access Data - April 5 – 7, 2004 in Dover, DE. |
| EnCase Expert Series: Internet & Email Examinations (32 hrs) | Guidance Software - February 4 - 7, 2003 in Sterling, VA. |
| EnCase Advanced Computer Forensics  (32 hrs) | Guidance Software - January 21- 24, 2002 in Sterling, VA. |
| Introduction to Programming Concepts (Visual Basic 6) (50 hrs) | University of Delaware Course - Wilm, DE – Fall 2002 |
| Computer and Enterprise Investigations Conference 2002 (16 hrs) | Guidance Software - September 16-17, 2002 Chantilly, VA. |
| Regional Computer Forensics Group Seminar (40 hrs) | RCFG / HTCIA - August 12-16, 2002 - GMU - Fairfax, VA. |
| ILook Computer Forensics Software  (24 hrs) | ACES / FBI / IRS / NCFS - July 23-25, 2002 Orlando, FL. |
| Firewalls and Virtual Private Networks  (16 hrs) | CSI / NIPC / FBI - May 22-23, 2002  MSP - Columbia, MD. |
| Internet Investigations and Child Exploitation Overview (8 hrs) | SEARCH - April 6, 2002, CCU - Conway, SC. |
| Techno-Security 2002 Conference  (28 hrs) | The Training Company  April 7-10, 2002 - Myrtle Beach, SC |
| Enterprise Networks  (50 hrs) | University of Delaware - Wilm, DE - Spring 2002 |
| EnCase Advanced Computer Forensics (32 hrs) | Guidance Software - February 19-22, 2002 - Leesburg, VA. |
| LAN (Local Area Networks)  (50 hrs) | University of Delaware - Newark, DE - Fall 2001 |
| EnCase Intermediate Computer Forensics (32 hrs) | Guidance Software - August 7-10, 2001 - Leesburg, VA . |
| Techno-Security 2001 Conference (28 hrs) | The Training Company April 22-25, 2001 - Myrtle Beach, SC |
| WAN (Wide Area Networks)  (50 hrs) | University of Delaware - Newark, DE - Spring  2001 |
| Advanced Data Recovery and Analysis Course (40 hrs) | NW3C  October 23-27, 2000 - Fairmont, WV. |
| The Internet as in Investigative Tool (8 hrs) | NW3C / IFCC  October 12, 2000 - Fairmont, WV. |
| Basic Data Recovery and Analysis Course (40 hrs) | NW3C  July 24-28, 2000 in Myrtle Beach, SC. |

This web site was created to provide assistance to computer forensics examiners engaging in cyber-crime investigations.  This field is rapidly evolving and changing as technology marches forward.  It is, therefore, intended to be a growing and evolving resource.  As you conduct your examinations and investigations, if you encounter information, links, or have suggestions that would help others, please let me know so I can add it to this site.  My email address is sbunting@udel.edu .  Thank you.

This site created and maintained by:

Captain Stephen M. Bunting, CCFT, EnCE

University of Delaware Police

Phone 302-645-4334

Email: sbunting@udel.edu

# Tab B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-956 (GMS) |
| | ) | |
| COLONEL L. AARON CHAFFINCH, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| SERGEANT CHRISTOPHER D. FORAKER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1207(GMS) |
| v. | ) | |
| | ) | |
| COLONEL L. AARON CHAFFINCH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on April 12, 2006, the court issued an Order (D.I. 134) directing the defendants

to engage and finance an independent expert consultant to determine whether Colonel L. Aaron

Chaffinch's ("Chaffinch") computer hard drive can be recovered;

WHEREAS, the Order also directed the parties to submit to the court the names and

qualifications of at least two independent expert consultants;

WHEREAS, on April 18, 2006, the court held a pretrial conference in the above-captioned

matters, during which the parties discussed possible expert consultants;

WHEREAS, at the pretrial conference, the court directed the parties to reach an agreement

on an expert consultant; and

WHEREAS, on April 19, 2006, counsel for the defendants filed a letter (D.I. 139) stating that both parties are amenable to the appointment of Stephen M. Bunting, CCFT, EnCE, Captain of the University of Delaware Police ("Captain Bunting"), as the expert consultant;

IT IS HEREBY ORDERED that:

1.    Stephen M. Bunting, CCFT, EnCE shall be appointed to examine Chaffinch's computer hard drive.

2.    Captain Bunting shall report his findings directly and exclusively to the court for *in camera* review.  Captain Bunting may report his findings by mail, fax, or email to the following: The Honorable Gregory M. Sleet, 844 N. King St., Lockbox 19, Wilmington, DE 19801; fax: (302)573-6472; or email: april_walker@ded.uscourts.gov.

Dated: April 20, 2006                              /s/ Gregory M. Sleet
                                                   UNITED STATES DISTRICT JUDGE

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on

May 23, 2006, I electronically filed this **Declaration** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:


Robert Fitzgerald, Esquire
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Richard M. Donaldson, Esquire
Montgomery McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801


/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**