# EXHIBIT A

— Kurt Price —

Post-It™ brand fax transmittal memo 7671  # of pages ▸ 14
To: Stephen Neuberger   From: Kurt Price
Co.                    Co.
Dept.                  Phone #
Fax #                  Fax #

V.   Contributi

    A.  Membe                                                                              erest will
        be  r                                                                              e his/her
        retir

    B.  State -- Appropriates amounts necessary to pay current pensions. Plan is not financed on a actuarial reserve basis.

## PENSION PLAN II
### FOR TROOPERS HIRED AFTER JULY 1, 1980

I.  Vesting -- After 10 years of service (collect at age 62)

II. Normal Retirement Benefits

    A.  Eligibility -- After 20 years of service; or when age plus service equals 75; or at age 62 after ten years of service.

    B.  Benefit -- The amount of the monthly ordinary service pension payable to a retired member shall be the sum of 2.5% of final average salary (FAS) multiplied by years of service up to 20 years inclusive, plus 3.5% of final average salary multiplied by years of service above 20 years. (67 ½% of FAS after 25 years.) FAS is equal to 1/36 of member's compensation during any period of 36 consecutive months or any 36 months comprised of three periods of 12 consecutive months during which his/her salary was highest.

        Example: A trooper has 25 years of service and during his/her highest three twelve-month periods his/her salary was $18,000, $20,000, and $22,000. This is a total of $60,000. Divide by 36 to get a FAS of $1,666.66. His/her pension formula would multiply .025 times $1,666.66 times 20 plus .035 times $1,666.66 times 5. This would be $41.67 times 20 (years) and $58.33 times 5 (years). His/her pension calculation would be $833.40 (20 years) plus $291.65 (5 years) for a total monthly pension of $1,125.05.

III. Disability

    A.  Definition

        1.  Total -- A medically determinable physical or mental impairment which renders the officer totally <u>unable to work in any occupation for which</u>

15

he/she is reasonably suited by training and experience, and which can be expected to result in death or last for a period of not less than twelve months.

2. Partial -- A medically determinable physical or mental impairment which renders the officer unable to function as a police officer and which can be expected to last for a period of not less than twelve months.

3. Duty-Connected -- Disability resulting from an individual and specific act the type of which would normally occur only while employed as an police officer.

B. Eligibility

1. Duty-Connected -- Automatic.

2. Non-Duty-Connected -- Five years of service.

C. Determination -- By Board of Pension Trustees after review and recommendation of its medical committee.

D. Benefits

1. Total Disability

   a. Duty connected -- 75% of salary plus 10% for each dependent (children, parents) to 100% maximum.

   b. Non-Duty-Connected -- 50% of salary plus 5% for dependents to 70% maximum.

2. Partial Disability

   a. Duty-Connected -- Accrued benefit, but not less than 50% of salary.

   b. Non-Duty-Connected -- 30% of salary.

   In addition, medical costs for duty-connected disability is paid by Pension Fund.

3. Limitation -- Disability benefit plus workers' compensation benefit and/or salary from post-disability employment not to exceed current base pay of rank held at time of disability. This limitation ceases to apply when member attains normal retirement age.

E.  **Termination** -- If member who is initially determined to be totally disabled recovers, yet is still partially disabled, his/her benefit is reduced accordingly. If a disabled member totally recovers, the disability benefit is discontinued unless the member has attained normal retirement age or, in the case of duty-disability, in whole or in part and returns to service in any capacity has his/her service credit restored and receives credit for the period of his/her disability.

IV.  Survivor's Benefits

    A.  Pre-Retirement Death (Duty-Connected)

        1.  **Eligibility** -- No service requirement.

        2.  **Benefit** -- 50% of salary to surviving spouse, then to dependent child or children, then to dependent parent(s).

    B.  Pre-Retirement Death (Non-Duty-Connected)

        1.  **Eligibility** -- Same as duty-connected.

        2.  **Benefit** -- Same as duty-connected.

    C.  **Pre-retirement Deaths** -- If there is no surviving spouse, dependent child/children, or dependent parent(s), employee's contributions with interest will be paid to the designated beneficiary or the employee's estate.

    D.  **Post-Retirement Death** -- Cause of death irrelevant. Benefit -- 50% of pension payment to surviving spouse, then to dependent child or children.

    If no surviving spouse or dependent children, excess of employee's contributions with interest over total pension payments paid to member's estate.

    **State Police Retirement Death Benefit - $7,000**

    Section 8331 & 8395, Title 11, Delaware Code provides State Police retirees with a $7,000 death benefit at no cost to the retiree.

V.  CONTRIBUTIONS

    A.  **Members** -- 7% of pay. Contributions plus interest will be refunded, if employee terminates before his/her retirement date.

17

B.  State -- Contributes are actuarially funded.

Dependent means: (1) an adopted, natural, or stepchild who is unmarried and has not attained age 18 or has not attained age 22 if a full-time student, or is disabled and such disability began prior to age 18; or (2) dependent parent.

## FIDELITY INVESTMENTS

The State of Delaware Deferred Compensation Plan is open to all regular full-time and part-time employees. The plan offers more than 200 investment options for you to choose from. Fidelity Investments will be there every step of the way, with ongoing investment education, to help you pursue a secure financial future.

To enroll and request your plan information kit contact Fidelity Investments at 800 430-2363 or through their web site at www.publicsave.com.

The State of Delaware has a dollar-for-dollar employer match up to a maximum of $10 per pay cycle to contributions by participants in the Deferred Compensation Program. This means that you can receive a free, pre-taxed contribution to your account of up to $260 per year based on a 26 pay cycle year.

Employees must be enrolled in the State of Delaware Deferred Compensation Program for six consecutive months to be eligible for the match.

## UNEMPLOYMENT INSURANCE

This plan provides benefits for certain employees who are involuntarily unemployed. These benefits are prescribed by Federal Statute and administered by the State of Delaware, Department of Labor, Division of Unemployment Insurance. These benefits are made available by the Supplemental Unemployment Assistance Act of 1974 which was designed for Federal and State employees who do not qualify for the State Unemployment Insurance.

I.  Eligibility -- In order to receive benefits, you must be out of work due to no fault of your own. Generally, you must have worked at least 18 weeks in the year.

II. Benefits -- Benefits are based on wages paid for the insured work in a base period. The weekly benefit amount may range from a minimum of $20 to a maximum of $330 per week. Your weekly benefit amount will be 1/26 of your wages in the