-8-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., | : |
| Plaintiffs, | : |
| v. | : C.A.No.04-956-GMS |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| Defendants. | : |

ORDER

This _____ day of _____, 2006, having considered the parties submissions regarding the collateral source rule and pension loss and its applicability to this case, it hereby Ordered that -

Pension benefits received by plaintiffs prior to when they reach the age of 55 will not be offset against plaintiffs' economic losses.

_____
THE HONORABLE GREGORY M. SLEET