# CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on May 25, 2006, I electronically filed and hand delivered as identified hereunder this **BENCH MEMORANDUM REGARDING PENSION BENEFITS AND THE COLLATERAL SOURCE RULE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ed Ellis, Esquire   (Via Hand Delivery)
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>
>Richard M. Donaldson, Esquire   (Via CM/ECF)
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>
>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY, ESQ.**