IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION IN LIMINE TO BAR DEFENDANTS FROM ATTACKING THE CREDIBILITY OF CAPTAIN DIXON GIVEN THE LACK OF ANY EVIDENTIARY BASIS TO DO SO.**

After the presentation of eleven (11) days of testimony and other evidence, the record in this case is now closed and the parties are prepared to give their closing arguments.

Defendants have failed to introduce any record evidence that could legitimately be used to attack the credibility of fact witness Captain Glenn Dixon. The only evidence that has been introduced is that Captain Dixon has been subpoenaed to testify in another case presently pending before this Court and which is scheduled to go to trial next week. Neither the nature of that case nor any facts about its existence have been introduced into evidence in our present trial. Nor have defendants introduced any evidence linking the plaintiff in that case to the plaintiffs in the present case. Defendants have failed to make any kind of a prima facie showing of bias against Captain Dixon regarding the issues in this case. There is no evidence that could be used to attempt to attack Captain Dixon's credibility in this present action.

Accordingly, plaintiffs respectfully Move that defendants be barred from attacking the credibility of Captain Dixon in closing arguments.

                                      Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: May 30, 2006                Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | C.A.No.04-956-GMS |
| : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiffs' Motion in Limine to Bar Defendants from Attacking the Credibility of Captain Dixon Given the Lack of Any Evidentiary Basis to Do So, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and that Defendants are hereby barred from attacking the credibility of Captain Dixon in closing arguments.

BY THE COURT:

_____
U.S.D.J.

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on May 30, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(By Hand)
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>(Via CM/ECF)
>
>  /s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

Foraker / Pretrial / Motion in Limine - Capt. Dixon.02 - final.