IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, WAYNE WARREN, AND CHRISTOPHER D. FORAKER,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>L. AARON CHAFFINCH,  )<br>THOMAS F. MACLEISH,  )<br>DAVID B. MITCHELL, AND DIVISION  )<br>OF STATE POLICE,  )<br>  )<br>Defendants.  ) | C.A. No. 04-956 (GMS)<br>C.A. No. 04-1207 (GMS) |

## ORDER

WHEREAS the court directs the parties' attention to the Supreme Court of the United States' opinion in *Garcetti v. Ceballos*, No. 04-473 (May 30, 2006); and

WHEREAS the court further directs the parties to consider the impact, if any, of *Garcetti* on the outcome of the present case.

IT IS HEREBY ORDERED THAT:

The parties' be PREPARED to discuss the impact of *Garcetti* on the outcome of the present case in the event that the court decides to entertain discussions on the issue.


Dated: May 31, 2006                                    /s/ Gregory M. Sleet
                                                               UNITED STATES DISTRICT JUDGE