IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-956 (GMS) |
| | ) | C.A. No. 04-1207 (GMS) |
| COLONEL L. AARON CHAFFINCH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

### Kurt Price v. Chaffinch, et al.

1.  Do you find that the defendant took adverse action against Plaintiff Price that was sufficient to cause a reasonably hardy person to refrain from exercising his rights under the First Amendment?

    (a)   Aaron Chaffinch      Yes ✓     No ____

    (b)   Thomas MacLeish    Yes ✓     No ____

*If you answered "Yes" to Question 1(a), proceed to Question 2(a).*

*If you answered "Yes" to Question 1(b), proceed to Question 2(b).*

*If you answered "No" to both Questions 1(a) and 1(b), sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

2. Do you find that Plaintiff Price has proven that his protected activity under the First Amendment (speaking out about the conditions at the DSP indoor firing range) was a substantial or motivating factor in the adverse action taken against him by the defendant?

   (a) Aaron Chaffinch    Yes ✓    No ____

   (b) Thomas MacLeish    Yes ✓    No ____

   *If you answered "Yes" to Question 2(a), proceed to Question 3(a).*

   *If you answered "Yes" to Question 2(b), proceed to Question 3(b).*

   *If you answered "No" to both Questions 2(a) and 2(b), sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

3. Do you find that the defendant has proven by a preponderance of the evidence that he would have taken the same action against Plaintiff Price, even in the absence of Plaintiff Price's exercise of his right to free speech?

   (a) Aaron Chaffinch    Yes ____    No ✓

   (b) Thomas MacLeish    Yes ____    No ✓

   *If you answered "Yes" to both Questions 3(a) and 3(b), sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

   *If you answered "No" to either Question 3(a) or 3(b), proceed to Question 4.*

*Damages*

4. Was the adverse action taken against Plaintiff Price by the defendant the proximate cause of any damage to him?

   (a) Aaron Chaffinch   Yes ✓   No ___

   (b) Thomas MacLeish   Yes ✓   No ___

   *If you answered "Yes" to either Question 4(a) or 4(b), proceed to Question 5.*

   *If you answered "No" to both Questions 4(a) and 4(b), sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

5. What damages, if any, do you find that Plaintiff Price suffered as a result of the adverse action taken against him?

   (a) Front Pay $ 860,195

   (b) Emotional Distress, Injury to Reputation, and Humiliation $ 2,200

   *Proceed to Question 6.*

6. Do you find that Defendant Chaffinch acted recklessly, maliciously, or intentionally with regard to Plaintiff Price?

   Yes ✓   No ___

   *If you answered "Yes" to Question 6, proceed to Question 7.*

   *If you answered "No" to Question 6, proceed to Question 8.*

7. If you answered "Yes" to Question 6 and you wish to exercise your discretion to award punitive damages to Plaintiff Price, enter below the amount of punitive damages which you believe is appropriate to punish and deter Defendant Chaffinch.

   Amount of Punitive Damages: $ 181,103

   *Proceed to Question 8.*

8. Do you find that Defendant MacLeish acted recklessly, maliciously, or intentionally with regard to Plaintiff Price?

Yes ✓   No ____

*If you answered "Yes" to Question 8, proceed to Question 9.*

*If you answered "No" to Question 8, sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

9. If you answered "Yes" to Question 8 and you wish to exercise your discretion to award punitive damages to Plaintiff Price, enter below the amount of punitive damages which you believe is appropriate to punish and deter Defendant MacLeish.

Amount of Punitive Damages: $ 27,615

*Sign this verdict form and proceed to the verdict form for Plaintiff Warren.*

**THE FOREGOING IS THE VERDICT OF THE JURY**

**EACH JUROR MUST SIGN BELOW**