IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, WAYNE WARREN, AND CHRISTOPHER D. FORAKER,<br><br>Plaintiffs,<br><br>v.<br><br>L. AARON CHAFFINCH, THOMAS F. MACLEISH, DAVID B. MITCHELL, AND DIVISION OF STATE POLICE,<br><br>Defendants. | C.A. No. 04-956 (GMS)<br>C.A. No. 04-1207 (GMS) |

## ORDER

WHEREAS after further review of the court's upcoming calendar and docket, the need exists to revise the tentative scope and due dates of the parties' post-trial briefing discussed at the teleconference of June 1, 2006;

WHEREAS the court will direct the defendants to submit an opening brief on June 19, 2006, the plaintiffs to submit an answering brief on July 7, 2006, and the defendants to submit a reply brief on July 14, 2006;

WHEREAS the court further directs the parties to address **all issues** in this single round of briefing;

WHEREAS the court also directs the parties to address the question of whether plaintiff Foraker's Petition Clause claim arising from his successful 2002 lawsuit is immune under *San Filippo v. Bongiovanni,* from the "public concern" requirement in light of the fact that his 2002 lawsuit was a petition to the *Federal* Government and the retaliation was carried out by officers of the *State* Government, 30 F.3d 424, 442 (3d Cir. 1994) (noting that "it would seem to undermine the Constitution's vital purposes to hold that one who in good faith files an arguably meritorious 'petition' invoking th[e] mechanism [for redress of those grievances for which government is allegedly accountable] may be disciplined for such invocation *by the very government* that in compliance with the petition clause has given the particular mechanism its constitutional imprimatur") (emphasis added); and

WHEREAS after the trial transcript is completed and released, the parties will each be permitted to file a short memorandum supplementing their previously-submitted briefs and highlighting any material differences between the evidence contained in the summary judgment record and the evidence adduced at trial.

IT IS HEREBY ORDERED THAT:

The parties COMPLY with the briefing schedule in the manner described above.

Dated: June 5, 2006

UNITED STATES DISTRICT JUDGE