IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-956 (GMS) |
| | ) | |
| COLONEL L. AARON CHAFFINCH, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **[CONSOLIDATED]** |
| | ) | |
| SERGEANT CHRISTOPHER D. FORAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1207(GMS) |
| v. | ) | |
| | ) | |
| COLONEL L. AARON CHAFFINCH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on May 31, 2006. The verdict was accompanied by three jury verdict forms, copies of which are attached hereto.

THEREFORE,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs, CORPORAL B. KURT PRICE, CORPORAL WAYNE WARREN AND SERGEANT CHRISTOPHER FORAKER, and against defendants, COLONEL L. AARON CHAFFINCH AND COLONEL THOMAS MACLEISH, finding IN FAVOR OF the plaintiff, **CORPORAL B. KURT PRICE**, against the defendants, COLONEL L. AARON CHAFFINCH AND COLONEL THOMAS MACLEISH in the amount of EIGHT HUNDRED SIXTY-TWO THOUSAND THREE HUNDRED NINETY-FIVE DOLLARS ($862,395.00) for damages suffered, AND against defendant, COLONEL L. AARON CHAFFINCH, in the amount of

ONE HUNDRED EIGHTY-ONE THOUSAND ONE HUNDRED THREE DOLLARS ($181,103.00) for punitive damages, and against the defendant, COLONEL THOMAS MACLEISH, in the amount of SEVENTY-SEVEN THOUSAND SIX HUNDRED FIFTEEN DOLLARS ($77,615.00) for punitive damages; finding IN FAVOR OF the plaintiff, **CORPORAL WAYNE WARREN**, against the defendants, COLONEL L. AARON CHAFFINCH AND COLONEL THOMAS MACLEISH, in the amount of FIVE HUNDRED FORTY-THREE THOUSAND TWO HUNDRED SEVENTY-SIX DOLLARS ($543,276.00) for damages suffered, AND against defendant, COLONEL L. AARON CHAFFINCH, in the amount of ONE HUNDRED THIRTEEN THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS ($113,625.00) for punitive damages, and against the defendant, COLONEL THOMAS MACLEISH, in the amount of FORTY-EIGHT THOUSAND SIX HUNDRED NINETY-SEVEN DOLLARS ($48,697.00) for punitive damages; finding IN FAVOR OF the plaintiff, **SERGEANT CHRISTOPHER FORAKER**, against the defendants, COLONEL AARON L. CHAFFINCH and COLONEL THOMAS MACLEISH, in the amount of SEVENTY-FOUR THOUSAND SIX HUNDRED SEVENTY-SIX DOLLARS ($74,676.00) for damages suffered, AND against defendant, COLONEL L. AARON CHAFFINCH, in the amount of FIFTEEN THOUSAND SIX HUNDRED EIGHTY-TWO DOLLARS ($15,682.00) for punitive damages, and against the defendant, COLONEL THOMAS MACLEISH, in the amount of SIX THOUSAND SEVEN HUNDRED TWENTY DOLLARS ($6,720.00) for punitive damages.

Dated: June 15, 2006    /s/ Gregory M. Sleet
                        UNITED STATES DISTRICT JUDGE