IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, INTEREST AND COSTS OF THE NEUBERGER FIRM PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54**

1. Pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54, plaintiffs Move that the Court make an award of attorneys fees, interest and costs for the successful completion of trial and the entry of judgment in this case.[1]

2. Briefing in support of this motion will proceed in accord with the briefing schedule set by the Court in its Order dated June 5, 2006. (D.I. 185).

        Respectfully Submitted,

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, DE 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: June 19, 2006        Attorneys for Plaintiffs

---

[1] Because plaintiffs are represented by two separate law firms, each firm is filing its own motion and supporting documentation.

-2-

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on June 19, 2006, I electronically filed this **PLEADING** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(Via CM/ECF)
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>(Via CM/ECF)

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

FTU/ Pleadings /FTU - Motion for Fees and Costs.FINAL