## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE; | : | |
| CORPORAL WAYNE WARREN; and | : | |
| SERGEANT CHRISTOPHER D. FORAKER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, | : | |
| individually and in his official capacity as | : | |
| Superintendent of the Delaware State Police; | : | |
| LIEUTENANT COLONEL THOMAS F. | : | |
| MACLEISH, individually and in his official | : | |
| capacity as Deputy Superintendent of the | : | |
| Delaware State Police; DAVID B. MITCHELL, | : | |
| in his official capacity as the Secretary of the | : | |
| Department of Safety and Homeland Security of | : | |
| the State of Delaware; and DIVISION OF | : | |
| STATE POLICE, DEPARTMENT OF SAFETY | : | |
| AND HOMELAND SECURITY, STATE OF | : | |
| DELAWARE, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' OPENING MEMORANDUM IN SUPPORT OF THEIR MOTION FOR ATTORNEYS FEES, INTEREST AND COSTS OF THE NEUBERGER FIRM PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54**

For the reasons set forth in this Memorandum, and the declaration of Thomas S.

Neuberger, Esq. and exhibits attached hereto, and the declaration of William Ewing, Esq.,

pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54, plaintiffs seek an award of attorneys fees,

interest and costs for the successful completion of this case.

1.  Applicable federal law in this Circuit on attorneys fees is found in <u>Maldonado v.</u>

Houstoun, 256 F.3d 181, 184 (3d Cir. 2001); Lanni v. New Jersey, 259 F.3d 146 (3d Cir. 2001);

Bell v. United Princeton Properties, Inc., 884 F.2d 713 (3d Cir. 1989); Rode v. Dellaciprete, 892

F.2d 1177 (3d Cir. 1990); and Hughes v. Repko, 578 F.2d 483 (3d Cir. 1978).

    2.  The lodestar amount in this case found below is reasonable. It is supported by the

Declaration of Thomas S. Neuberger, Esquire (Exhibit 1, hereinafter "T. Neuberger Decl."), and

that of William Ewing, Esq. (Exhibit 2, hereinafter "Ewing Decl."). The Declarations sustain the

hourly rates requested for attorney Stephen J. Neuberger. All other hourly rates are not in

dispute. The hourly rates are reasonable and customary market rates, as is indicated in the

Declaration. The current hourly rates of $410 per hour for Thomas S. Neuberger, $250 per hour

for Stephen J. Neuberger, $150 per hour for Cheryl A. Sasadeucz, and $85 per hour for staff

support are reasonable.

    3.  Plaintiffs are entitled to recover their reasonable attorneys fees, post judgment interest

and costs because they are  the prevailing parties pursuant to 42 U.S.C. § 1988.  That statute does

not provide for the payment of expert witness fees in this § 1983 case, so no such expenses are

sought.

    4.  As is set forth in the Declaration of trial counsel, all services for which compensation

is requested were reasonable and necessary to the claims on which plaintiffs prevailed.  There are

no claims on which plaintiffs did not prevail.  All duplicative, extraneous or unnecessary time

also has been eliminated, and billing judgment has been exercised by eliminating approximately

209 hours of time.

    5.  Plaintiffs additionally are entitled to the attorneys' fees incurred in preparing and

presenting the pending Motion and in presenting their own other Motions or defending post trial

Motions of the defendants. A supplemental record on those issues will be submitted to the court at the appropriate time.

### A. The Result At Trial and the Difficult Course of the Litigation

6. The primary purposes of these consolidated lawsuits are found in the Wherefore Clause of each Complaint. (D.I. 1). Plaintiffs sought a declarations that their Constitutional rights had been violated; compensatory damages for the violation of their rights to free speech and petition, for Sgt. Foraker also that his state law right to be free of defamation had been denied, past lost wages, future lost wages or front pay, emotional distress, injury to reputation, humiliation, punitive damages, attorneys' fees and costs. One hundred percent success was achieved for these goals.

7. After a 12 day trial and about six hours of deliberations the seven person jury found that defendant Chaffinch and his successor defendant MacLeish acted "recklessly, maliciously, or intentionally" in retaliating against plaintiffs for exercising their protected First Amendment rights. The jury also found that Chaffinch defamed Foraker in stating to the media that Foraker was to blame for problems at the firing range, where problems stemming from poor design and construction surfaced almost immediately upon its opening in 1998. The jury awarded compensatory damages of $862,395 to Price, $543,276 to Warren and $74,676 to Foraker. Each of those amounts includes $2,200 for emotional distress, injury to reputation and humiliation. Chaffinch was ordered to pay punitive damages of $15,682 to Foraker, $113,625 to Warren and $181,103 to Price. MacLeish was ordered to pay punitive damages of $6,720 to Foraker, $48,697 to Warren and $77,615 to Price.

8. The docket reflects an overall jury award of $1,923,789 including punitive damages:

$1,121,113 to Price (D.I. 182); $705,598 to Warren (D.I. 183); and $97,078 to Foraker (D.I. 184). In retrospect is appears that the jury awarded Foraker one year's salary to compensate him until he recovers from his injuries and resumes his career as a full duty officer who expects to retire at age 55. Price and Warren have been or shortly will be dismissed from the force far short of their expected retirement age of 55, and the jury awarded them their full expected wage, benefit and pension losses for their prematurely terminated careers.

9. The road to this jury verdict was long and complicated. Due to the sheer number of cases this firm has successfully prosecuted against the Delaware State Police[1] it appears that the strategy for these two cases was to simply bankrupt counsel due to the sheer number of hours they would have to invest in prosecuting the case. In this way counsel would decide as a matter business judgment to stop taking cases for aggrieved Troopers. The time necessary to prosecute the case appears to have doubled from prior ones.

10. Discovery also was complicated. First Stephen Neuberger had to master a mass of scientific and technical data developed by our clients to defend against the accusations being made against them that they destroyed a multi million dollar state facility. This included boxes of materials found in the archives of that facility. Martin Haverly and Stephen Neuberger also had to master a complicated set of medical records for each plaintiff which resulted in dozens of medical records exhibits which were used at trial. Approximately 16 witness and party

---

[1]   See Foraker v. Chaffinch, C.A. No.02-302-JJF (D.Del.); Dillman v. Chaffinch, et al., C.A. No. 02-509-KAJ (D.Del.); Bullen and Giles v. Chaffinch, et al., C.A. No. 02-1315-JJF (D.Del.); Warren v. Minner, Chaffinch, et al., C.A. No.03-908-SLR (D.Del.); Davis v. Chaffinch, et al., C.A. No. 04-106-JJF (D.Del.); Price, Warren, and Foraker v. Chaffinch, et al., C.A. No.04-0956-GMS (D.Del.); Foraker v. Chaffinch, et al., C.A. No.04-1207-GMS (D.Del.); Conley v. Chaffinch et al., C.A. No. 04-1394-GMS (D.Del.); Moss v. Chaffinch, et al., C.A. No. 05-708-GMS (D.Del.).

depositions were taken.  More than 24,000 pages of documents were exchanged. The defense

refused to make personnel files generally available to determine disparate treatment issues.  So

extensive fact  investigation had to be made to locate a universe of over two dozen comparators.

Then after protracted negotiations those files were reluctantly produced, and then each page had

to reviewed by counsel.

11.  The legal issues, such as qualified immunity, First Amendment protected activity and

adverse action, were also extensive and complex.  Between January and March, at least 10 legal

briefs were filed in these two cases on the following topics: summary judgment, consolidation,

and sanctions for spoliation of evidence.

12.  The pretrial documents also were extensive and various motions in limine had to be

addressed.  Over 155 trial exhibits were prepared and presented.  Then a hotly contested 12 day

jury trial occurred.

## B.  Plaintiffs Are Entitled To An Award Of Attorneys' Fees

13.  Plaintiffs meet all the requirements for the recovery of attorney fees under 42 U.S.C.

§ 1988:

-        Each one is the prevailing party in his case;

-        The attorney fees incurred were "reasonably expended" on the case; and

-        The attorneys' rates are market rates.

## 1.  Each Plaintiff Is A Prevailing Party

14.  The general rule in the computation of fees is that the initial estimate of a reasonable

attorney's fee is properly calculated by multiplying the number of hours reasonably expended on

the litigation times a reasonable hourly rate based on the prevailing market rates in the relevant

community.  City of Burlington v. Dague, 505 U.S. 557, 559-560 (1992); Blum v. Stenson, 465

U.S. 886, 888 (1984); Hensley v. Eckerhart, 461 U.S. 424, 433 (1983).  This is "the lodestar

figure" which normally represents the reasonable fee contemplated by section 1988.  See Hensley,

supra.

15.  A condition precedent to determining the lodestar is a determination under section

1988 whether a plaintiff was a prevailing party, which is self evident, in light of the jury verdict

in this case and an almost  two million dollar damages award.  The primary purposes of this

lawsuit are found in the Wherefore Clause of the Complaints.  (D.I. 1).  All goals have been

achieved.

16.  Here the Supreme Court has adopted what it has termed a "generous formulation,"

and it has held that parties may be considered "prevailing parties" for attorneys' fees purposes if

they succeed on **any significant issue in litigation** that advances all or some of the benefits they

seek to achieve.  Hensley, 461 U.S. at 433.  This includes "some relief on [the] merits of the

claim[,]" Hewitt v. Helms, 482 U.S. 755, 760 (1987), which "*affects the behavior of the

defendant toward the plaintiff[,]*" Rhodes v. Stewart, 488 U. S. 1, 4 (1988)(emphasis in original),

and which "changes the legal relationship between [the parties]." Texas State Teachers Ass'n v.

Garland Indep. Sch. Dist., 489 U.S. 782, 792 (1989).  All that has been accomplished herein.

17.  In the present case, there can be no doubt that each plaintiff has met the standard for

a prevailing party.  They prevailed on all their claims and they have affected the behavior of the

individual defendants.  Parties are deemed to be prevailing parties for attorneys' fees purposes

when they "succeed on any significant issue in litigation which achieves some of the benefit the

parties sought in bringing suit." Hensley, 461 U.S. at 433 (citations omitted).  Here plaintiffs are

receiving all of the benefits they sought in the Wherefore clause of their Complaints. (D.I. 1). The "actual relief" obtained in this lawsuit thus was "substantial" and "material[ly] alter[ed] the legal relationship [between] the parties" by financially "modifying the defendant's behavior in a way that directly benefit[ed] the plaintiff" and the community. Farrar v. Hobby, 506 U.S. 103, 111-112 (1992).

### 2.  The Lodestar - The Attorney Fees Incurred Were "Reasonably Expended

18.  A plaintiff's attorneys' fees may be charged to the defendant if the hours were "reasonably expended on the litigation." Hensley, 461 U.S. at 433. The calculation of attorney's fees begins with the computation of a "lodestar" representing the product of the reasonable number of hours spent on the case times a reasonable hourly rate. Id.; see also Lindy Bros. Builders, Inc. of Phila. v. Amer. Radiator & Standard Sanitary Corp., 487 F.2d 161, 167-68 (3d Cir. 1973). The Supreme Court and the Third Circuit have repeatedly recognized a strong presumption that the lodestar constitutes a reasonable fee in a civil rights action. City of Burlington v. Dague, 505 U.S. at 560-64; Pa. v. Del. Valley Citizens' Council for Clean Air, 478 U.S. 546, 565 (1986); Blum v. Stenson, 465 U.S. 886, 896 (1984); Student Pub. Interest Research Group of N.J., Inc. v. AT&T Bell Lab, 842 F.2d 1436, 1453 (3d Cir. 1988); General Instrument Corp. of Del. v. Nu-Tek Electronics & Mfg., Inc., 197 F.3d 83, 91 (3d Cir. 1999). Adjustments should be made in the lodestar only in "rare, exceptional cases." D'Emanuele v. Montgomery Ward & Co. Inc. 904 F.2d 1379, 1383 (9th Cir. 1990), overruled on other grounds by Burlington v. Dague, 505 U.S. 557 (1992); Watkins v. Fordice, 7 F.3d 453, 457 (5th Cir. 1993) (the lodestar is presumptively reasonable and "should be modified only in exceptional cases.").

19.  A day-by-day list of all services rendered in the case is included in the Declaration.

As described, all attorney time was adequately documented on contemporaneous time records and entered into a computer data base from which those records were carefully compiled. Moreover, all hours sought to be reimbursed were reasonably expended in every respect.

20.   Counsel also are well-qualified, diligent attorneys.  The  hours worked by each attorney reflect a sensible division of labor.  (T. Neuberger Decl. ¶ 24).  They spent a reasonable and appropriate amount of time on the case considering it involved the loss of several millions of dollars, as is reflected in the result they obtained and the time spent on various facets of the case which is set out in the Declaration.  The lodestar is set out below for the various phases of the case.

21.  First there is  the value of the lodestar and time in this case for the Neuberger Firm at the trial level.

### Total Lodestar Time at Trial Level

Telephone conferences, written correspondence[2]

Total Hours:   154.3

Office conferences with three clients, counsel or others[3]

Total Hours:   289.8

Legal research[4]

Total Hours:   151.0

---

[2]  Time codes 790, 800, 810, 820, 830, 420, 430, 170, 210, 420, 430.

[3]  Codes 100, 110, 120.

[4]  410.

Preparation of Legal Memoranda for file[5]

Total Hours:   88.4

Complaint, written discovery and other pleadings
        preparation or review, including extensive
        document production, very lengthy written
        interrogatory answers, motions[6]

Total Hours:   278.3

Deposition Preparation[7]

Total Hours:   92.8

Taking or defending depositions[8]

Total Hours:   74.4

Document review and examination ,
        and document management[9]

Total Hours:   11.8

Fact investigation and analysis[10]

Total Hours:   43.6

Expert witness consultation and analysis,
        review of reports from four experts and development
        of a million dollar loss projection with

---

[5]  450, 250.

[6]  160, 700, 360, 620, 630, 690, 220, 241, 242, 245, 500, 550, 710.

[7]  240.

[8]  230.

[9]  260, 261, 610, 21.

[10]  400, 280, 281, 480, 840.

supporting record[11]

Total Hours:  9.3

File memos, organization or review[12]

Total Hours:  11.5

Summary Judgment briefing, defend defense
     motion and present other briefing on
     summary judgment, consolidation and
     spoliation sanctions. [13]

Total Hours:  406.8

Settlement efforts[14]

Total Hours:  2.0

Pretrial conference and document preparation,
     the actual pretrial conference and
     follow-up, other earlier court appearances[15].

Total Hours:  203.9

Trial preparation for a 12 day jury trial: testimony of
     witnesses in plaintiffs' case in chief, cross
     examination, opening
     statement, final argument and rebuttal,
     review and study juror pool, prepare and review

---

[11]  271.

[12]  310, 320, 330, 60.

[13]  90, 25, 785.

[14]  720.

[15]  640, 70, 50, 370, 350.

trial exhibits and defense exhibits[16].

Total Hours:   400.7

Trial, 12 days, two attorneys for three plaintiffs[17]

Total Hours:   187.2

Paralegal production of trial exhibit books,
set up and break down of the trial table each
day, control electronic media during trial.

Total Hours:   142.7

Post Trial Submissions[18]

Total Hours:   1.0

_____

Total All Hours: 2549.5[19]

Total Value of 2340.5 hours after billing discretion

TSN    800.7 hours[20] @ $410/hour

$  328,287.00

SJN    978.6 hours[21] @ $250/hour

$  244,650.00

_____

[16]  860.

[17]  850.

[18]  855.

[19]  These are the total hours before the exercise of billing discretion which subtracts 209 hours leaving a balance of 2340.5 hours.  Eight percent of total hours were removed in the exercise of billing discretion.

[20]  This is the balance after 13 hours were eliminated.

[21]  This is the balance after 100 hours were eliminated.

| CAS | 319.3 hours[22] @ $150/hour | |
|---|---|---|
| | | $   47,895.00 |
| JR | 141 hours[23] @ $85/hour | |
| | | $   11,985.00 |
| JU law clerk 125.4 hours @ $85/hour[24] | | |
| | | $   10,659.00 |
| | | _____ |
| Total value of time after exercise of all  billing judgment | | $ 643,476.00 |
| | | _____ |
| TOTAL VALUE OF TRIAL LODESTAR | | $ 643,476.00 |

22.   From the above it can be seen that a grand total of 2340.5 hours were devoted to the trial in this case.  In the exercise of billing judgment 209 hours were first subtracted from a higher total of 2549.5  leaving a residue of 2340.5 hours for which compensation is being sought at normal hourly billing rates.  Accordingly, an attorneys' fee award of $ 643,476.00  is reasonable and appropriate in this case for the work of The Neuberger Firm through June 5, 2006.[25]

_____

[22]  This is the balance after 60 hours were eliminated.

[23]  This is the balance after 27 hours were eliminated.

[24]  The law clerk exhaustively researched the area of adverse action which was a dominant defense at trial, the collateral source issues which were a trial defense and analyzed the extensive medical records and medical issues in the case.

[25]  An independent basis for limited attorneys fees and costs also is found in several of the Court's pretrial rulings.  First, in an Order dated April 12, 2006, the Court awarded plaintiffs "reasonable attorneys' fees and expenses" related to the prosecution of their motion for sanctions for spoliation of evidence.  (D.I. 134 at 3).  Second, during the April 18, 2006 pretrial conference,

23.  The hours spent by counsel were incurred reasonably in a hard fought, difficult case in which the obstructive defense tactics throughout inevitably drove up the hours necessary to prevail and counsel should recover a fully compensatory fee for all their activities.  Indeed, the Supreme Court has recognized that the degree of the prevailing parties' overall success affects the "reasonableness" of a fee award.  <u>Hensley</u>, 461 U.S. at 430.  The "most critical factor is the degree of success obtained."  <u>Id.</u> at 436. In determining the "reasonableness" of a fee in civil rights cases, the courts have focused on the "results obtained" and whether the prevailing party "achieve[d] a level of success that makes the hours reasonably expended a satisfactory basis for making a fee award[.]" <u>Id.</u> at 434.  That certainly was the case herein with the jury's total damages verdict.  "Where a plaintiff has obtained excellent results, his attorney should recover a fully compensatory fee."  <u>Id.</u> at 435.

### 3.  Counsels' Billing Rates Are Market Rates

24.  The other principal component of the lodestar approach to determining attorney's fees is the attorney's hourly rate.

25.  Here the Third Circuit has held that the current market rate for purposes of an attorney fee award is the rate at the time of the fee petition, not the rate at the time the services were performed.  <u>Lanni v. New Jersey</u>, 259 F.3d 146, 149 (3d Cir. 2001).  Here Thomas S. Neuberger's rate is $410  per hour.  Stephen J. Neuberger's rate is $250 per hour.  Their associate Cheryl A. Sasadeusz's rate is $150 per hour and their paralegal and law clerk rate is $85 per

---

the Court awarded plaintiffs the costs related to having to file their motion to strike (D.I. 124) the untimely motions in limine filed by defendants (<u>see</u> D.I. 113, 117), as well as the costs related to plaintiffs' response to the motions at the pretrial.  (Pretrial Transcript at p. 37).  The time related to these events has been compiled and is attached at Tab F of the T. Neuberger Declaration.

hour. (T. Neuberger Decl. ¶¶ 28-29). None of these hourly rates are unreasonable and the extensive record demonstrates that they are market rates.

26. All rates have been agreed to by the parties except that of Stephen Neuberger.

27. The calculation of reasonable fees under section 1988 is determined by the "prevailing market rates in the relevant community." Blum v. Stenson, 465 U.S. 886, 895 (1984). The prevailing market rates for attorneys for the successful party are broadly defined as "those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience and reputation." Id. at 895 and n.11.

28. Both Thomas S. Neuberger and William Ewing, Esq. have attested to the reasonableness of Stephen Neuberger's hourly rate. As discussed below, the State of Delaware has previously agreed to it as well.

29. After graduation from the University of Delaware with a B.A. degree in history, Mr. Stephen Neuberger worked for the firm for approximately eight months, before enrolling in Temple University Beasley School of Law. Then he served as the firm law clerk during his three years in law school where he successfully graduated in May of 2003 with a Juris Doctor degree. There he distinguished himself in trial advocacy. While serving as the firm law clerk, Mr. Neuberger specialized in briefing the areas of free speech, and other legal issues in employment and civil rights litigation. He successfully completed the Delaware Bar examination in 2003 and he was admitted to the Delaware Bar on December 15, 2003. Since that time, he has become the Firm expert in the area of public employee free speech retaliation case law. (T. Neuberger Decl. ¶ 20).

30. He was admitted to the following bars on the dates indicated: the Delaware Supreme

Court, 2003; the U.S. District Court for the District of Delaware, 2004; the Third Circuit, 2004;

the Fourth Circuit, 2004, and the D.C. Circuit, 2004.  He is a member of the Delaware State Bar

Association and the National Employment Lawyers Association.  (T. Neuberger Decl. ¶ 21).

    31.  As a result of his focused time as a law clerk, the senior Mr. Neuberger considers him

to have the experience of an attorney with six years of litigation experience. His work product,

work ethic, intellect and ability are of the highest rank and quality.  (T. Neuberger Decl. ¶ 22).

Since admission to the Bar some of his more significant constitutional or civil rights reported

judicial decisions include:

> Springer v. Henry, 435 F.3d 268 (3d Cir. 2006) (First Amendment free speech retaliation case - affirming plaintiff's jury verdict on behalf of an independent contractor physician).

> Reyes v. Freebery, 141 Fed.Appx. 49 (3d Cir. 2005) (per curiam) (remanding to the district court to explain its restrictions on the public's right of access to judicial records and counsel's First Amendment right to be free of prior restraints).

> Hugger v. The Rutherford Institute, 94 Fed.Appx. 162 (4th Cir. 2004) (successful First Amendment defense of civil rights organization sued for defamation by public officials).

> Adkins v. Rumsfeld, 389 F.Supp.2d 579 (D.Del. 2005) (upholding the First Amendment free speech retaliation claims brought by an Air Force sergeant who was disciplined for speaking out about a tainted anthrax vaccine administered by the Air Force that was poisoning military personnel).

> Dobrich v. Walls, 380 F.Supp.2d 366 (D.Del. 2005) (school board members immune from individual liability for praying before board meetings).

> Conley v. Chaffinch, 2005 WL 2678954 (D.Del. March 4, 2005) (First Amendment free speech opinion - denying defense motion to impose a gag order on the plaintiff and her attorneys to prevent them from criticizing misconduct by high government officials).

> Bullen v. Chaffinch, 336 F.Supp.2d 357 (D.Del. 2004) (ordering the "instatement" of two state troopers who were illegally denied promotion because of their race).

> Bullen v. Chaffinch, 336 F.Supp.2d 342 (D.Del. 2004) (upholding Fourteenth Amendment race discrimination in promotions jury verdict on behalf of two state troopers).

Springer v. Henry, 2004 WL 2127172 (D.Del. Sept. 16, 2004) (upholding First
Amendment free speech retaliation jury verdict on behalf of an independent contractor
physician).

Maloney v. Gordon, 2004 WL 1043202 (D.Del. May 4, 2004) (in a First Amendment
public corruption action, rejecting defense effort to impose umbrella protective order that
would seal off judicial records from public access).

32.   The senior Mr. Neuberger is familiar with the hourly rates charged in many areas,
especially Philadelphia and Wilmington.  He is acquainted with hourly rates charged by other law
firms in Wilmington and in Philadelphia.  In his opinion the $250 per hour rate for Stephen
Neuberger and that of $85.00 per hour for the firm paralegal and law clerk, are not in excess of
the usual and customary rates for Philadelphia or Wilmington attorneys or paralegals who enjoy
comparable reputations, skill and experience.  (T. Neuberger Decl. ¶ 30).[26]

33.   Additionally, he has  personal knowledge that the major Wilmington, Delaware firm
of Young, Conaway, Stargatt & Taylor bills at least $250 per hour for just two year associates in
its Labor department, not even considering that such a two year associate may not even have the
equivalent of six years of litigation experience.  In the less complex area of bankruptcy law that
Firm's two year associates bill at an even higher hourly rate.  Stephen Neuberger has consistently
demonstrated that his ability, skill, experience and reputation is greater than his peers at major
law firms.  For example, he has already successfully completed two appeals in the Fourth and
Third Circuits after oral argument, garnered one major free speech decision at the district court
level, second-chaired four significant verdicts following federal court jury trials, completed
successful post trial briefing and defended the verdicts in the cases that did not subsequently

---

[26]  Cf. Potence v. Hazleton Area School Dist., 357 F.3d 366, 375 (3d Cir. 2004)
(upholding an award of $85 per hour for paralegal work).

settle, and successfully completed intensive sanctions briefing against opponents in major law firms.  (T. Neuberger Decl. ¶ 31).

34.  Attorney William Ewing has also testified that Stephen's rate is reasonable and within the range of rates prevailing in the community for attorneys of his background, skill, reputation and experience.  (Ewing Decl. ¶ 11).

35.  Recently in March 2006, as part of the settlement following the State's unsuccessful appeal in the <u>Springer</u> case, the State of Delaware agreed and consented to Stephen Neuberger's hourly rate of $250 following the Third Circuit's decision in <u>Springer v. Henry</u>, 435 F.3d 268 (3d Cir. 2006).  (T. Neuberger Decl. ¶ 32).

36.  Defendants in the present case have agreed and consented to the hourly rate of $220 for Stephen Neuberger.  (Exhibit 3 - 6/6/06 e-mail from E. Ellis to T. Neuberger).  Accordingly, the dispute between the parties is narrowly focused on the difference between Stephen Neuberger's regular hourly rate of $250 and the $220 figure agreed to by the defense.

37.  The market rate is usually the attorney's normal billing rate for clients who pay on an hourly non-contingent basis.  See <u>Hensley</u>, 461 U.S. at 431 n.4; <u>Black Grievance Comm. v. Phila. Elec. Co.</u>, 802 F.2d 648, 652 (3d Cir. 1986), <u>vacated</u>, 483 U.S. 1015 (1987), <u>remanded</u>, 825 F.2d 768, <u>opinion on remand</u>, 690 F.Supp. 1393 (E.D. Pa. 1988).  In <u>Hensley</u>, the Supreme Court noted that -

> It is intended that the amount of fees awarded...be governed by the same standards which prevail in other types of equally complex Federal litigation, such as antitrust cases[,] and not be reduced because the rights involved may be non pecuniary in nature . . . In computing the fee, <u>counsel for a prevailing party should be paid, as is traditional with attorneys compensated by a fee-paying client</u>...."

461 U.S. at 431, n.4 (citations omitted)(emphasis added).  The <u>Hensley</u> Court went on to clearly

state that attorneys representing successful civil rights litigants should receive the same

compensation as those attorneys would receive for handling other matters.

> As nearly as possible, market standards should prevail, for that is
> the best way of ensuring that competent counsel will be available
> to all persons with bona fide civil rights claims.  This means that
> judges awarding fees must make certain that attorneys are <u>paid the
> full value that their efforts would receive on the open market in
> non-civil rights cases</u>, both by awarding them market-rate fees, and
> by awarding fees only for time *reasonably* expended.

<u>Id</u>. at 447 (emphasis added, internal citation omitted); <u>see also</u> <u>Missouri v. Jenkins</u>, 491 U.S. 274,

286 (1989) ("attorney's fee awarded under § 1988 is to yield the same level of compensation that

would be available from the market"); <u>Black Grievance Comm.</u>, 802 F.2d at 652 ("The historic

billing rates set forth in [plaintiff's attorneys'] uncontested affidavits establish marketplace

rate."), <u>vacated on other grounds</u>, 483 U.S. 1015 (1987); <u>Cunningham v. City of McKeesport</u>,

753 F.2d 262, 268 (3d Cir. 1985) ("Since [plaintiff's attorney's] affidavit is uncontradicted, there

is no material issue of fact.") , <u>vacated on other grounds</u>, 478 U.S. 1015 (1987) ("we have

consistently held that the lodestar calculation must be based on historical time charges for

individual attorneys.")  <u>Student Pub. Interest Research Group v. AT&T Bell Labs.</u>, 842 F.2d

1436, 1445 (3d Cir.1988)(the Court has "consistently relied on billing rates in determining

market rates" and has only diverged from applying actual billing rates where "billing rates alone

fail to tell the full story"); <u>Lawrence v. City of Phila.</u>, 700 F.Supp. 832, 836 (E.D. Pa. 1988)

("[a]bsent extraordinary circumstances...an attorney's market rate charged to private clients is

generally accepted as his reasonable rate for fee awards."); <u>cf.</u> <u>Keenan v. City of Phila.</u>, 983 F.2d

459, 475 (3d Cir. 1992) (lower court erred in holding that law firm's method of billing based

upon a uniform hourly rate could not be reflective of market rate).

38.  The Neuberger Firm has only one billing rate for its employees which is charged to all hourly clients.  It is $250 per hour for Stephen Neuberger's services.  (T. Neuberger Decl. ¶¶ 28-29).

## C.  Plaintiffs Are Entitled To Reimbursement For Fees And Costs Incurred In The Preparation Of This Fee Motion, For Post Trial Proceedings, And For Out of Pocket Costs

39.  Time spent by attorneys in preparing and presenting a petition for counsel fees is recoverable. Planned Parenthood of Central New Jersey v. Attorney General of State of New Jersey, 297 F.3d 253, 268 (3d Cir. 2002); Bagby v. Beal, 606 F.2d 411, 415-16 (3d Cir. 1979). Time spent defending the verdict also will be compensable as simply part of the overall prosecution of the case.  After any briefing on the present issues, counsel will submit supplemental declarations in this regard to complete the record.

40.  Section 1988 also has been construed to authorize the recovery of a broad range of litigation expenses beyond statutory costs proper to a Bill of Costs.  These are expenses that are normally charged separately to fee-paying clients and that are not part of the office overhead incorporated into the attorney's billing rates.[27]  These expenses have been properly itemized in the Declaration and total $38,729.01 for trial exhibits[28], deposition transcripts[29],  photocopying,

---

[27] See Abrams v. Lightolier Inc., 50 F.3d 1204, 1225 (3d Cir. 1995); Henry v. Webermeier, 738 F.2d 188, 192 (7th Cir. 1984);  Palmigiano v. Garrahy, 707 F.2d 636, 637 (1st Cir. 1983); Dowdell v. City of Apopka, 698 F.2d 1181, 1188-92 (11th Cir. 1983); Jones v. Diamond, 636 F.2d 1364, 1382 (5th Cir. 1981)(en banc); Northcross v. Board of Ed., 611 F.2d 626, 639 (6th Cir. 1979); Davis v. City and County of San Francisco, 976 F.2d 1536, 1556 (9th Cir. 1992), vacated in part on denial of rehearing, 984 F.2d 345 (9th Cir. 1993).

[28] Spell v. McDaniel, 616 F.Supp. 1069, 1112-15 (E.D.N.C. 1985).

[29] Vaughns v. Board of Ed., 598 F.Supp. 1262, 1289-90 (D. Md. 1984), aff'd, 770 F.2d 1244 (4th Cir. 1985).

and other reasonable and necessary items for the case.  The items are set out below.

**Foraker v. Chaffinch, C.A.No. 04-1207-GMS - Expenses**

Court Costs and Filing Fees
          8/26/04      CK.#6777                              150.00

Depositions of trial witnesses (Baylor, Davis, Chaffinch)
      Wilcox and Fetzer
          9/19/05      Ck.#7078                        1867.78

Postage, Delivery or Service of Documents, Subpoenas, etc.
      D & M Professional Services
          9/30/04      Ck.#6813                         150.00

Printing, Copying and Exhibit and Document Creation
      Aztec Copies  3/14/05      CK.#6968                 28.00
      Dr. Jill Mackey - Copy of Foraker Medical Records
          5/11/05      CK.#6999                25.00
      In-House Copying
          Invoice of 2/13/06                729.12

Postage                                            26.22

Court and Hearing Transcripts
      Kevin J. Maurer for 12/7/05 Conference before Judge Sleet
          1/3/06      Ck.#7186                49.50

Unpaid postage                                11.01

Unpaid copying done in house by the Firm          $2,464.92

                                  TOTALS:     $5,501.55

**Price v. Chaffinch, C.A.No. 04-956-GMS - Expenses**

Clerk, U.S. District Court, filing fee             $150.00

Conference Call Fees
      AT&T      1/23/06      Ck.#7207          60.73

Depositions of trial witnesses

Wilcox and Fetzer (Baylor, MacLeish, Papili)
        8/30/05      Ck.#7064             2192.55

Wilcox and Fetzer (Yeomans, W. Warren)
        12/8/05      Ck.#7152             1562.98

Wilcox and Fetzer (W. Warren Vol. II)
        12/8/05      Ck.#7153             500.50

Wilcox and Fetzer (Baylor - Vol. II, Foraker)
        12/27/05     Ck.#7169             688.85

Wilcox and Fetzer (Forester)
        1/16/06      Ck.#7187             630.10

Wilcox and Fetzer (McQueen, Dillman)
        2/3/06       Ck.#7221             1120.90

Wilcox and Fetzer (Dixon)
        2/13/06      Ck.#7223             441.42


Printing, Copying and Exhibit and Document Creation

Aztec Copies  9/21/04      Ck.#6805             333.38

Aztec Copies  11/4/04      Ck.#6869             288.00

Gary T. Quiroga, M.D. - Copies of Price Medical Records
        5/11/05      Ck.#11488            25.00

Charles Stanislav, M.D. - Copies of Warren Medical Records
        5/11/05      Ck.#11489            25.00

Parcels      12/8/05      Ck.#7154             126.00

Parcels      2/13/06      Ck.#7224            345.00


In house copying and postage paid on 4/26/06 and 5/2/06        10,000.00


Postage, Delivery or Service of Documents, Subpoenas, etc.

D & M Professional Services
        9/13/04      Ck.#6797             180.00

UPS        9/13/05      Ck.#7076             15.33

UPS        12/8/05      Ck.#7151             30.66

D & M. Professional Services
        1/3/06       Ck.#7185             45.00

D & M. Professional Services
        1/24/06          Ck.#7208           180.00


Witness Fees

Ret. Major Joseph N. Forrester
        12/27/05     Ck.#7167             94.30


Unpaid postage                         121.59


Unpaid copying                       6,260.52

| | |
|---|---|
| Unpaid invoice from AQUIPT for courtroom electronic projection equipment for 12 days, set up and return | 4,232.00 |
| Unpaid invoice from Parcels for production of jury trial exhibit books with over 150 exhibits in each | 3,577.65 |
| TOTALS: | $33,227.46 |

41.  In <u>Harris v. Marhoefer,</u> 24 F.3d 16, 19-20 (9th Cir. 1994), the court held that a party can recover, as part of a section 1988 fee award, and without the use of a bill of costs, out of pocket expenses for service of the summons and complaint, copying, trial subpoenas and an expert witness deposition.

### D.  Plaintiffs Are Entitled To Pre-Judgment Interest  On Liquidated and Unliquidated Compensatory Damages

42.  Neither § 1983 nor its companion statute, 42 U.S.C. § 1988, makes reference to prejudgment interest.  Where a federal statute is silent as to the availability of prejudgment interest, the trial judge has the power and the discretion to award prejudgment interest to a plaintiff who prevails under that statute.  <u>Savarese v. Agriss</u>, 883 F.2d 1194, 1207 (3d Cir. 1989)(§ 1983 case)(In federal question cases, awards of prejudgment interest are generally committed to the discretion of the district court); <u>Rao v. New York City Health and Hospitals Corp.</u>, 882 F.Supp. 321, 325 (S.D.N.Y. 1995).

43.  The Third Circuit in <u>Savarese</u>, <u>supra</u>, relying upon its prior decision in <u>Poleto v. Consolidated Rail Corp.</u>, 826 F.2d 1270 (3d Cir. 1987), declared that the issue of whether prejudgment interest is awardable in an action arising under a federal statute (such as § 1983) is governed by federal law.  <u>Savarese</u>, 883 F.2d at 1207.  <u>See also</u> <u>Golden State Transit Corp. v.</u>

City of Los Angeles, 773 F.Supp. 204, 209 (C.D. Cal. 1991)(citing Savarese for the proposition

that "courts in other circuits have held that federal law applies to the issue of prejudgment

interest").

44.  In applying federal law, most of the courts that have addressed this issue have

concluded that prejudgment interest should be awarded to the prevailing plaintiff in a § 1983 case

to effectuate the salutary purposes of § 1983.  For example, in Golden State, supra, the court

ruled that a successful § 1983 plaintiff should recover prejudgment interest because "[t]he

purpose of a § 1983 damages award is to compensate the plaintiff for injuries caused by the

deprivation of constitutional rights" and "[p]rejudgment interest is an element of compensation,

not a penalty". 773 F.Supp. at 208-09 (citing Carey v. Piphus, 435 U.S. 247, 254 (1978)).

Similarly, in DeLaCruz v. Pruitt, 590 F.Supp. 1296, 1309 (N.D. Ind. 1984), the court, in

awarding prejudgment interest to the successful plaintiff in a § 1983 case, noted that

"prejudgment interest serves to further the congressional purposes underlying § 1983," i.e.,

awarding full compensation to a plaintiff whose constitutional rights have been infringed.  The

court in Rao echoed this rationale when it stated:

> Awarding prejudgment interest on a § 1983 claim is justified...The
> purpose of the remedial scheme provided by 42 U.S.C. § 1983 is to
> fully compensate individuals for harm suffered as a result of a
> constitutional violation.  Prejudgment-interest is usually a
> necessary component of any award intended to make a plaintiff
> whole, because it compensates a plaintiff for delay in the receipt of
> relief.  Consequently, prejudgment interest is generally appropriate
> in § 1983 actions.

882 F.Supp. at 326.  See also, Miner v. City of Glens Falls, 999 F.2d 655, 662 (2d Cir.

1993)(court affirmed district court award of prejudgment interest in § 1983 action where award

was intended "to fully compensate plaintiff for actual damages incurred").[30]

45.   In reaching the same conclusion but applying somewhat different although equally compelling logic, the Third Circuit in Savarese ruled that the district courts, in their discretion, are free to award prejudgment interest under federal law to successful plaintiffs in § 1983 cases (as an element of damages), to discourage dilatory tactics by defendants who refuse to settle.  883 F.2d at 1207-08 & n.23.  This rationale is particularly applicable to our present case since many abuses were created by the defendants.  Accordingly, under the Third Circuit's reasoning in Savarese, plaintiffs are entitled to an award of prejudgment interest on the judgments they obtained under § 1983.  See also Poleto, 826 F.2d at 1276 n.10; Savarese, 883 F.2d at 1207 n.23 (depriving injured plaintiff of right to interest created by injury encourages defendant to put off day of judgment as long as possible).

46.   This Court has previously awarded prejudgment interest in the § 1983 First Amendment retaliation context.  See Springer v. Henry, 2004 WL 2127172, *16 (D.Del. Sept. 16, 2004).  Other courts that have considered the issue have ruled that, under federal law, prejudgment interest should routinely be awarded to successful § 1983 plaintiffs.  See, e.g., Gorelangton v. City of Reno, 638 F.Supp. 1426, 1433 (D. Nev. 1986) (prejudgment interest

---

[30] Applying similar logic, the Supreme Court and Third Circuit in other federal question cases have affirmed awards of prejudgment interest in order to fully compensate the injured party.  See, e.g., Jacobs v. United States, 290 U.S. 13, 17 (1933)(prejudgment interest awarded under Fifth Amendment for wrongful "taking"); General Motors Corp. v. Devex Corp., 461 U.S. 648, 655-56 (1983)(award of prejudgment interest in patent case proper); Loeffler v. Frank, 486 U.S. 549, 558 (1988)(In Title VII case, "prejudgment interest, of course, is an element of complete compensation") (internal quotation marks omitted); Green v. USX Corp., 843 F.2d 1511, 1530 & n.16 (3d Cir. 1988)(action arising under Title VII and 42 U.S.C. § 1981 - "the purpose of [prejudgment interest] is to ensure that the injured party will be made whole[.]"); Brock v. Richardson, 812 F.2d 121, 127 (3d Cir. 1987) (in an FLSA case, noting the "presumption in favor of pre-judgment interest" and finding that the "usual equities [are] in favor of such interest").

awarded on § 1983 claim for false arrest and wrongful death); <u>Hall v. Ochs</u>, 817 F.2d 920, 926-

27 (1st Cir. 1987) (prejudgment interest awarded to successful § 1983 plaintiffs whose action

alleged assault and battery, false arrest and false imprisonment); <u>Orshan v. Macchiarola</u>, 629

F.Supp. 1014, 1016-18 (E.D.N.Y. 1986) (prejudgment interest awarded to prevailing § 1983

plaintiff in claim for mental anguish and emotional distress).  Thus, the great weight of the

authority supports an award of prejudgment interest to plaintiff in this proceeding.

47.  Here, the jury awarded plaintiff compensatory damages that were "liquidated" for

past and future wages and benefits once the $2,200 emotional distress, reputation and humiliation

amounts are removed.  Thus the liquidated damages for each plaintiff on which prejudgment

interest should be awarded is: Price $860,195; Warren $541,076, and Foraker $72,476.

48.  Indeed, most of the courts that have confronted the issue of a mixed verdict with

liquidated and unliquidated elements have ruled that prejudgment interest in a § 1983 case is

awardable on <u>the entire judgment</u>, regardless of whether it includes (or consists entirely of)

"unliquidated" damages for pain and suffering, mental anguish and the like.  <u>See, e.g.</u> <u>Golden

State</u>, 773 F.Supp. at 212 ("[F]ederal law does not require the denial of prejudgment interest just

because Golden State's claim was not "liquidated"); <u>Gorelangton</u>, 638 F.Supp. at 1433

(prejudgment interest awarded on unliquidated § 1983 claims for false arrest and wrongful

death); <u>Hall</u>, 817 F.2d at 926-28 (prejudgment interest awarded on "unliquidated" damage claims

for battery, false arrest, false imprisonment and emotional distress); <u>Orshan</u>, 629 F.Supp. at

1016-17 (prejudgment interest awarded on damages awarded for emotional distress and mental

anguish in § 1983 case); <u>Rao</u>, 882 F.Supp. at 325-26 (prejudgment interest awarded in § 1983

action on general verdict that included lost wages and emotional distress).

49.  These decisions are based on sound logic because when it comes to awarding

prejudgment interest, any attempted distinction between "liquidated" and "unliquidated" claims is artificial and arbitrary. For this reason, the Supreme Court has abandoned this distinction, at least in the context of patent infringement cases. See General Motors Corp. v. Devex Corp., 461 U.S. 648, 651-55 (1983). As one court has noted aptly: "Federal courts clearly have the latitude to award prejudgment interest in cases arising under the patent, copyright, antitrust laws and tax laws, where claims are also not liquidated. There is no reason to distinguish those cases from cases under § 1983." Golden State, 773 F.Supp. at 212. As the Supreme Court declared in Devex, in language that applies with equal force to cases arising under § 1983:

> The standard governing the award of prejudgment interest under [the patent laws] should be consistent with Congress' overriding purpose of affording patent owners complete compensation. In light of that purpose, we conclude that prejudgment interest should ordinarily be awarded.

461 U.S. at 655. Accord Orshan, 629 F.Supp. at 1017.

50. It is necessary for the Court to determine the rate of interest that should be applied to the judgment in order to fix the proper amount of prejudgment interest due plaintiffs. Here plaintiffs suggest it is the rate under 28 U.S.C. § 1961, which is the rate used by the Court in its earlier decision in Springer v. Henry, 2004 WL 2127172, *16 (D.Del. Sept. 16, 2004). This is the rate equal to the weekly average one year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve system.[31]

51. Accordingly, under federal law, plaintiffs are entitled to an award of prejudgment interest from the date of June 25, 2004, through the entry of the judgment on the jury verdict, compounded semi-annually.

---

[31] See www.federalreserve.gov. at http://federalreserve.gov/releases/h15/data/wf/tcm1y.txt.

## CONCLUSION

52.  This case did not just serve the private interest of plaintiffs which were fully

vindicated.  As a "private attorney general" plaintiffs also vindicated policies "Congress

considered of the highest priority."  <u>Newman v. Piggie Park Enterprises, Inc.</u>, 390 U.S. 400, 402

(1968).  This should result in a fully compensatory fee award.

53.  For the reasons stated, it is respectfully requested that up to May 31, 2006, the Court:

(a) make an award of attorneys fees and law clerk and paralegal services to The Neuberger Firm

in the amount of $ 643,476.00, (b) make an award of expenses and costs for this case in the

amount of $38,729.01, ( c)   award post-judgment interest on those amounts from the date of the

jury verdict on May 31, 2006 and (d) award prejudgment interest on the liquidated and

unliquidated damages award between June 25, 2004, through May 31, 2006 compounded semi-

annually.

54.  The fees and costs award should run against the State Defendant, as well as the

individual defendants in their official and individual capacities.  Other compensatory damages

entered in this case only run against the individual defendant individually because of Eleventh

Amendment considerations.

<div style="margin-left: 40%;">

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

</div>

Dated: June 19, 2006            Attorneys for Plaintiffs

# Unreported Opinions



Slip Copy                                                                              Page 1
2004 WL 2127172 (D.Del.)
(Cite as: 2004 WL 2127172 (D.Del.))

**H** Only the Westlaw citation is currently available.

United States District Court,
D. Delaware.

David T. SPRINGER, M.D., Plaintiff,
v.
Renata J. HENRY, individually and, in her official
capacity as Director of the
Division of Alcoholism, Drug Abuse and Mental
Health of the Department of
Health and Social Services of the State of Delaware
and Gregg C. Sylvester,
M.D., in his official capacity as Secretary of the
Department of Health and
Social Services of the State of Delaware, Defendants.

**No. C.A. 00-885 GMS.**

Sept. 16, 2004.

Thomas S. Neuberger and Stephen J. Neuberger of The
Neuberger Firm, P.A., Wilmington, Delaware for the
plaintiff.

Phebe S. Young and Marc P. Niedzielski of the
Department of Justice, Civil Division, Wilmington,
Delaware for the defendant.

*MEMORANDUM OPINION*

SLEET, J.

I. INTRODUCTION

**\*1** Presently before the court are the parties motions
for post-trial relief. Following a four-day jury trial, in
which the jury concluded that the defendant, Renata
Henry ("Henry"), the director of Delaware's Division of
Alcoholism, Drug Abuse and Mental Health, retaliated
against the plaintiff, Dr. David T. Springer
("Springer"), for expressions of protected speech, in
violation of the First Amendment to the United States
Constitution. The plaintiff was awarded damages
accordingly. The defendant now challenge the verdict
and moves for a new trial. The plaintiff seeks
reinstatement and attorneys' fees, interest, and costs.
For the reasons stated below, the court will grant in part
the defendants' motion challenging the damages award.
The verdict will otherwise stand. The judgment for a
new trial will be denied. Likewise, the plaintiff's motion
for reinstatement will be denied. The court will grant
the plaintiff's motion for fees, interest, and costs based
on the adjusted award.

II. BACKGROUND

A. Procedural History

The plaintiff Springer filed a complaint on October 6,
2000, seeking compensatory and punitive damages, as
well as injunctive relief for "retaliatory violations of the
free speech and petition clauses of the First Amendment
of the U.S. Constitution." (D.I.1). Springer named
Renata Henry, individually and in her official capacity
as Director of the Division of Alcoholism, Drug Abuse
and Mental Health ("DADAMH") of the Delaware
Department of Health and Social Services ("DDHSS"),
Dr. Gregg Sylvester, in his official capacity as Secretary
of the DDHSS, and the DDHSS as defendants. (D.I.1).
In his complaint, Springer requested, among other
relief, compensatory damages, punitive damages,
attorneys' fees and costs, and reinstatement. (D.I.1). On
June 19, 2001, the parties stipulated to dismiss the
DDHSS and "all claims for monetary damages against
the two individual defendants in their official capacities,
if any such claims were implicit in the Complaint."
[FN1] (D.I.24).

FN1. Effectively, this dismissed Dr. Sylvester
from the action. Since he is no longer
Secretary, he has no authority to reinstate Dr.

Slip Copy                                                                                               Page 2
2004 WL 2127172 (D.Del.)
(Cite as: 2004 WL 2127172 (D.Del.))

Springer to his former position. As such, the remaining injunctive claim for reinstatement against Sylvester is moot. Thus, in spite of the parties use of both the singular and plural tenses when referring to the defendant(s), it seems clear that only one defendant remains in this action--Renata J. Henry.

The defendant Henry moved for summary judgment on November 9, 2001, arguing that Springer's speech was not protected; that, in the alternative, it was disruptive; that his termination was inevitable given his failure to submit a bid; that, regardless, Springer has not suffered any damages; and, finally, that Henry was entitled to qualified immunity. [FN2] (D.I.47). Springer cross-moved for partial summary judgment on November 19, 2001, arguing that his speech was protected under the First Amendment, and that Henry was not entitled to qualified immunity. On March 11, 2002, the court denied Henry's motion for summary judgment and granted Springer's cross-motion for partial summary judgment. (D.I.47). The court concluded that Springer's speech was protected and that Henry was not entitled to qualified immunity. (D.I.47). Specifically, the court identified the memorandum dated November 23, 1999, and a report filed with the Governing Body on March 21, 2000, as protected speech. (D.I.47, pp. 3- 4). The issues that remained to be decided by a jury at trial were whether Henry terminated Springer because of his exercise of protected speech, and, whether as a result of his termination, Springer suffered any damages. On March 18, 2002, Henry and Sylvester appealed the Order. However, their appeal was dismissed on November 29, 2002.

FN2. Dr. Sylvester was part of the Motion for Summary Judgment, however, given the above stipulated dismissal, his involvement is irrelevant to the recitation of facts.

*2 The case proceeded to trial on March 29, 2004, and took place over the course of four days. The jury returned a verdict in favor of Springer. He was awarded $998,895 in damages, but was not reinstated to his

position at the DPC. (D.I.98). The parties submitted post-trial motions, which the court presently considers.

B. Factual Background

1. Springer's Contract

Springer began working for the DPC as a part-time independent contractor physician in 1991. [FN3] (B0339). [FN4] He worked under annual contracts that were automatically renewed for nine years until June of 2000. (B0343). From 1991 to 2000, Springer's contracts specified that the contract term was for one year and could be terminated without cause upon fifteen days notice. The contract terms did not guarantee renewal. Nevertheless, until 2000, Springer's contract was renewed each year.

FN3. In 1991, DPC was known as Delaware State Hospital. Nevertheless, Delaware State Hospital and DPC are the same entity.

FN4. B followed by a number refer to the pages in the plaintiff's four volume post-trial motions appendix.

In 1991 Springer's billing rate was eighty dollars per hour. At some point it raised to ninety and at the time of his termination, his rate was ninety-three dollars per hour. (B0371). His contracts stated that he would work 30 hours per week for 50 weeks, for a total of 1500 hours per year. (B0341). At ninety three dollars per hour, Springer's annual pay from the DPC was $139,500. (B0340). When he began, his duties included being the Assistant Residency Training Director. In 1993 he was promoted to the position of Residency Training Director. (B0348). In addition, Springer served as a member of the Credentials Committee [FN5] from 1993 to 2000. (B0386). He was also the Chairman of the Medical Staff Executive Committee ("Executive Committee") from 1999 to 2000. (B0387).

FN5. The Credentials Committee is a

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                    Page 3
2004 WL 2127172 (D.Del.)
(Cite as: 2004 WL 2127172 (D.Del.))

committee composed of physicians who conduct peer review of physician performance and the qualifications of physicians who apply for jobs or contracts. (B0386).

2. Events Leading up to Springer's Termination

In 1996, the Delaware General Assembly amended the Delaware Procurement Act, 29 Del. C. ch. 69, to provide that all contracts for professional services exceeding $50,000 per year must be subject to public bidding. (B0830). The provision went unenforced at the DPC until early 2000, when Dr. Sylvester, Secretary of the DDHSS, instructed his division directors to comply with the Act and require public bidding on professional service contracts.

DADAMH, a subdivision of DDHSS, oversaw the administration of the Delaware Psychiatric Center (hereinafter the "DPC" or "hospital"). The defendant Renata Henry was hired as the Director of DADAMH in 1999. [FN6] (B0740). Her boss, Dr. Sylvester, began his term as the Secretary of DDHSS in October of 1997 and served in that capacity until January of 2001. [FN7] (B0222-0225).

> FN6. Although she served as director of DADAMH, Ms. Henry is not a physician.

> FN7. He started as Acting Cabinet Secretary of the DDHSS in October 1997, and was sworn in as the official Secretary in January 1998, under Governor Carper. (B0222-225)

On October 21, 1999, the DPC psychiatric residents drafted a memo to then Governor Carper, Dr. Sylvester, Dr. Springer, and other hospital staff, articulating their concerns regarding the egregious conditions of the DPC. (B1154-1157; PX1 [FN8]). They also sent the memo to the News Journal and the Department of Public Safety. (B1157). In the memo, the residents cited problems such as under-staffing, overcrowding, low morale, poor security, inadequate treatment, and overall

unsafe conditions for the staff as well as the patients. *Id.* The residents expressed a concern that the residency program was suffering as a result. *Id.* The memo received media attention and was the subject of a series of editorials. (B1158).

> FN8. PX = Plaintiff Exhibit

**\*3** On November 23, 1999, a number of the DPC Medical Staff Executive Committee officers echoed the residents' attempt to expose the conditions. They drafted a memo entitled "Critical Issues in the Care of the Mentally Ill in Delaware." (B1158; PX7). Springer was the President of the Committee at the time the letter was drafted. The memo was addressed to the Governor, the DPC Governing Board, and Henry. (B1158). The memo generally reiterated many of the same concerns expressed by the residents, in particular, the decline of the residency program. The executive Committee invited the DPC Governing Body to schedule a series of emergency meetings with it to discuss hiring teaching psychiatrists to save the residency program. (B1158-59). In a prior ruling, the court already determined that this memo constituted speech protected under the First Amendment. (D .I. 47).

On December 2, 1999, a number of Executive Committee Officers, including Springer, drafted another memo addressed "To Whom It May Concern." (B1160). The memo expressed the Executive Committee's frustration with the lack of initiative on the administration's part to remedy the issues previously raised. (B1160). The signatories proposed a list of actions that "may begin us on the road to protecting and preserving patient care and safety." (B1160). On December 16, 1999, Springer individually addressed the DPC Governing Body Members in a memo entitled "Proposed Agenda for December 22, 1999 Governing Body Meeting." (B1162). In this memo, on behalf of the medical staff, Springer outlined a proposed plan of action. (B1162-63).

At some point following the initial memo by the residents, the Delaware News Journal ran several highly critical articles about the DPC. In December 1999, the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Slip Copy
2004 WL 2127172 (D.Del.)
(Cite as: 2004 WL 2127172 (D.Del.))

federal Healthcare Financing Administration (FHA) threatened to withdraw 6.5 to 7 million dollars in federal funding to the DPC. (B0234-37; B0297). Given the growing notoriety of the conditions at the hospital and the threat from the FHA to withdraw funding, Henry felt pressured to effect immediate improvements. (B0747-48; B0268). In response to the pressure, she requested temporary credentialing for a particular physician applicant. At trial, she testified that the DPC needed the physician applicant in order to meet the federal requirements concerning the ratio of psychiatrists to patients. (B0747). At first, Springer objected to credentialing the physician applicant. Henry was frustrated with Springer because she felt he was obstructing the credentialing process. (B0274; B0301).

On January 7, 2000, Springer was approached by Mr. Giarow Shimono ("Shimono"), the hospital director at the time, about credentialing the physician applicant on an emergency basis. (B0431). Springer told Shimono about his concerns regarding the physician applicant. Springer testified that Shimono wanted to put the physician applicant on duty anyway. Springer had no authority himself to issue emergency credentials. (B0432-33). Springer informed Shimono that he had documents to support his concerns about the physician applicant. (B0434; B0438). He kept the documents at his home office. (B0435). The documents, drafted in 1997, included an email to "Dr. Smoyer or the credentials committee," a memo addressed to the credentials committee, and "one was just a memo to [Springer's] own file." (B0435). Henry asked Springer to produce the documents. (B0435). In response, Springer wrote a letter to Henry dated January 7, 2000, advising her to consult with an attorney about whether Springer was permitted to disseminate the "peer review material." (B0436-37). As it turned out, the Attorney General's office concluded that Henry was allowed to view the materials. (B0438). Springer accordingly produced them. (B0438).

*4 On January 26, 2000, Springer drafted a report in preparation for a meeting with the Governing Body scheduled for January 29, 2000. (B1164-74). He did not, however, present the report until March 21, 2000. (B1152; B1164-74). In the report, Springer alleged that the tension between the administrators and the medical

staff was causing physicians to practice below their "minimal ethical standards." He threatened to notify regulatory agencies of the conditions in order for them "to intervene and demand improvements." (B1164). As well, he accused the administration of granting temporary privileges to a psychiatrist in violation of medical staff bylaws. (B1165). He said the administration's action was prompted by an unannounced site visit from Medicare. (B1165). The court determined by way of summary judgment that this memo constituted speech protected under the First Amendment. (D.I.47).

The Credentialing Committee met twice with regard to this particular applicant, on April 27 and May 2, 2000. *Id.* At the first meeting on April 27, three members of the Credentialing Committee voted to grant partial privileges to the physician applicant, two members, including Springer, voted not to grant privileges. (B0408-10). On May 2, 2000, the Executive Committee met to consider the recommendation of the Credentialing Committee. (B0405-06). The Executive Committee elected to grant the physician applicant partial privileges. (B0413). Springer testified that Henry refused to sign the physician applicant's credentialing unless he was given full unrestricted privileges. (B0413).

On May 12, 2000, Henry sent Springer a letter informing him that his contract with DADAMH would not be renewed. (B1175). The letter indicated that DADAMH would be publishing requests for proposals and invited Springer to respond. (B1175). Springer testified that he did not receive the letter until May 15, 2000. (B0424). The deadline to submit a proposal was May 17, 2000. (B1176). The request for proposals had been public since April 10, 2000, and the deadline to ask questions about the bid was April 19, 2000, by 4:30 p.m. (B0429; B0774). Springer was only on notice of the request as of his receipt of Henry's letter on May 15. (B0424). Springer asked Melody Lasana, DADAMH's Contract Manager, for an extension of the deadline. (B1176). His request was denied. (B1176).

3. Post-Termination

Springer asserts that the non-renewal of his contract

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

was based on his comments to the Governor. Henry testified that the reason Springer was not automatically renewed was because "not only were we under the gun at the hospital, but we also had just had a series of rulings in reference to how the department was doing contracts and indicating that we were out of compliance as we continued to renew, renew, renew, renew year after year after year without putting things out to bid. And this was department-wide as well as in the division that I stepped in to run." BO816. She stated that she was unable to ask all of the independent contractor physicians to rebid in a single year. She testified that she chose Springer because to her knowledge there were no other physicians that had been there as long as he had without ever having been asked to rebid. (B0817).

*5 Springer alleges that he suffered losses as a result of his termination and has been unable to find employment comparable to the work he did as Residency Training Director. Accordingly, he filed the present action against the defendant on October 6, 2000. (D.I.1).

At the conclusion of the trial, the jury returned the following verdict. When asked if Springer proved by a preponderance of the evidence whether his protected activity was a substantial or motivating factor in the decision not to renew his contract, the jury answered, "Yes." (B1585). In particular, the jury found that plaintiff's exhibits two through five were the instances of protected activity that motivated the decision not to renew his contract. (B1586). Exhibits two and five were Springer's memorandum dated November 23, 1999, and the report he prepared in preparation for the meeting with the Governing Body on March 21, 2000. Exhibits one, three, and four were, respectively, a memo from the DPC resident physicians dated October 21, 1999, a memo drafted by the Executive Committee, of which Springer was a signatory, dated December 2, 1999, and a memo from Springer to the Governing Body dated December 16, 1999.

When asked if Henry proved by a preponderance of the evidence that "regardless of [Springer's] exercise of his First Amendment rights, that she would not or could not have renewed his contract in July 2000," the jury answered, "No." *Id.* When asked if Springer suffered

any actual injury from not being offered a new contract, the jury answered, "Yes." (B1587). The jury found Springer suffered damages in the amount of $285,464 up to present, and $588,431 into the future. *Id.* The jury also found that Springer suffered $100,000 in non-economic damages. *Id.* Finally, when asked if the defendant acted recklessly, intentionally or maliciously with regard to Springer, the jury answered, "Yes." (B1589; D.I. 92). Accordingly, the jury awarded Springer $25,000 in punitive damages. The court entered the Judgment on April 5, 2004, "for damages plaintiff suffered which were proximately caused by not being offered a new contract ... in the amount of [$285,464]; [$588,431] for future damages; and finding in favor of plaintiff for non-economic damages in the amount of [$100,000]; and on the additional verdict form awarding plaintiff punitive damages in the amount of [$25,000]." The parties filed post-trial motions which the court now considers.

III. STANDARD OF REVIEW

A. Renewed Motion for Judgment as a Matter of Law

Pursuant to Federal Rule of Civil Procedure 50, a court may render judgment as a matter of law (JMOL) after the moving party is fully heard on an issue at trial, if "there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue." *Walter v. Holiday Inns, Inc.,* 985 F.2d 1232, 1238 (3d Cir.1993) (citation omitted). If the court denies a motion for JMOL during trial, the motion may be renewed within ten days of entry of judgment in the case. Fed. R. Civ. P. 50(b). To prevail on a renewed motion for JMOL following a jury trial, a party " 'must show that the jury's findings, presumed or express, are not supported by substantial evidence or, if they were, that the legal conclusion(s) implied [by] the jury's verdict cannot in law be supported by those findings." ' *Pannu v. Iolab Corp.,* 155 F.3d 1344, 1348 (Fed.Cir.1998) (quoting *Perkin-Elmer Corp. v. Computervision Corp.,* 732 F.2d 888, 893 (Fed.Cir.1984)). " 'Substantial' evidence is such relevant evidence from the record taken as a whole as might be accepted by a reasonable mind as adequate to support the finding under review." *Perkin-Elmer Corp.,* 732 F.2d, at 893. In assessing the sufficiency of the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

evidence, the court must draw all reasonable inferences from the evidence in the light most favorable to the non-moving party. *Id.; Richardson-Vicks Inc. v. UpJohn Co., 122 F.3d 1476, 1479 (Fed.Cir.1997).* The appropriate inquiry is whether a reasonable jury, given the facts before it, could have arrived at the conclusion it did. *Dawn Equip. Co. v. Kentucky Farms, Inc., 140 F.3d 1009, 1014 (Fed.Cir.1998).* The court may not determine the credibility of the witnesses nor "substitute its choice for that of the jury between conflicting elements of the evidence." *Perkin-Elmer Corp., 732 F.2d at 893.*

### B. Motion for a New Trial

**\*6** The court may grant a new trial pursuant to Federal Rule of Civil Procedure 59 "for any of the reasons for which new trials have heretofore been granted in actions of law in the courts of the United States." Fed. R. Civ. P. 59(a). A court should grant a new trial in a jury case, however, only if "the verdict was against the weight of the evidence ... [and] a miscarriage of justice would result if the verdict were to stand." *Williamson v. Consolidated Rail Corp., 926 F.2d 1344, 1352 (3d Cir.1991).* In making this determination, the trial judge should consider the overall setting of the trial, the character of the evidence, and the complexity or simplicity of the legal principles which the jury had to apply to the facts. *Lind v. Schenley Industries, Inc., 278 F.2d 79, 89 (3d Cir.),* cert. denied, 364 U.S. 835 (1960).

### IV. DISCUSSION

### A. HENRY'S MOTIONS

The defendant argues that she is entitled to judgment as a matter of law under Rule 50 on the issue of qualified immunity, on damages, and on the plaintiff's substantive claim of retaliation. In the alternative, the defendant argues that she should be granted a new trial under Rule 59 because she was denied a fair trial. She bases this claim on the following alleged errors: (1) that the court failed to make essential rulings of law on the protected nature of Dr. Springer's communications and on the existence of qualified immunity, and to charge the jury in accordance therewith; (2) that the court excluded

critical evidence; and (3) that the plaintiff's counsel's made racially inflammatory comments during his rebuttal.

1. Henry's Motion for Judgment as a Matter of Law

a. Whether Henry is entitled to qualified immunity

As noted in the plaintiff's opposition brief, the court already ruled that Henry was not entitled to qualified immunity as a matter of law. (D.I. 47, Memorandum and Order ("the court finds that Ms. Henry is not entitled to qualified immunity")). As such, the court construes defendant's motion as an untimely motion for reconsideration of its previous summary judgment ruling.

As a general rule, motions for reconsideration should be granted only "sparingly." *Karr v. Castle, 768 F.Supp. 1087, 1090 (D.Del.1991).* In this district, these types of motions are granted only if it appears that the court has patently misunderstood a party, has made a decision outside the adversarial issues presented by the parties, or has made an error not of reasoning, but of apprehension. *See, e.g., Shering Corp. v. Amgen, Inc., 25 F.Supp.2d 293, 295 (D.Del.1998); Brambles USA, Inc. v. Blocker, 735 F.Supp. 1239, 1240 (D.Del.1990)* (citing *Above the Belt, Inc. v. Mel Bonhannan Roofing, Inc., 99 F.R.D. 99 (E.D.Va.1983)); see also Karr, 768 F.Supp. at 1090* (citing same). Moreover, even if the court has committed one of these errors, there is no need to grant a motion for reconsideration if it would not alter the court's initial decision. *See Pirelli Cable Corp. v. Ciena Corp., 988 F.Supp. 424, 455 (D.Del.1998).* Finally, motions for reconsideration "should not be used to rehash arguments already briefed." *TI Group Automotive Systems, (North America), Inc. v. VDO North America L.L.C., 2002 U.S. Dist. LEXIS 1018, 2002 WL 87472 (D.Del.2002)* (citation omitted); *see also Quaker Alloy Casting v. Gulfco Industries, Inc., 123 F.R.D. 282, 288 (N.D.Ill.1988)* ("This Court's opinions are not intended as mere first drafts, subject to revision and reconsideration at a litigant's pleasure."). The defendant is merely rehashing exhausted arguments. No additional evidence was introduced at trial to change the court's understanding of the issue. Henry is not entitled to

qualified immunity for the reasons stated in the court's Memorandum and Order dated March 11, 2002. [FN9]

FN9. The court stated:
Henry is not entitled to qualified immunity. Although state officials may be sued in federal court, their liability may be limited by the doctrine of qualified immunity, which permits officials to avoid liability for actions performed in the course of their official duties. The Supreme Court recently affirmed the two part test for qualified immunity. First, the court must determine whether the facts alleged, taken in the light most favorable to the plaintiff, are sufficient to show that the defendant violated a constitutional right. *See Saucier v. Katz, 121 S.Ct. 2151, 2155-56 (2001).* Second, if a constitutional violation can be demonstrated on the facts alleged, the court must next consider whether the right was clearly established at the time of the alleged violation. *See id. at 2156.* In *Saucier,* the court further clarified that the right must be established in a "particularized" sense, meaning that "the contours of the right must be sufficiently clear that a reasonable official would understand that what he is doing violates that right." *See id.* Additionally, the court noted that although the court must decide whether the facts alleged--not proved--by the plaintiff amount to a constitutional violation, even where there may be a material issue of fact, if the law did not put the officer on notice that his conduct was unlawful, summary judgment may be permissible. *See id.* at 2156-57.
The parties here contest only whether Springer's rights were clearly established at the time he was terminated. A right is clearly established where "it would be clear to a reasonable officer that his conduct was unlawful in the situation he confronted ." *See id.* at 2156. More specifically, a right is clearly established where case law speaks "with obvious clarity to the specific conduct in question." *United States v. Lanier, 520 U.S.*

*259, 271 (1997).*
Relevant Supreme Court precedent establishes that "independent government contractors cannot be terminated for exercising their First Amendment rights." *Board of Comm. Wabaunsee v. Umbehr, 518 U.S. 668, 686 (1996). See also O'Hare Truck Service, Inc. v. City of Northlake, 518 U.S. 712, 721 (1996)* (noting same). Thus, the Supreme Court has recognized on at least two occasions that an independent contractor--such as Dr. Springer--has a constitutional right to free speech. Therefore, it cannot be more clear that this right was clearly established.
The defendant assert that this court should be persuaded by *Hauge v. Brandywine School District,* 131 F.Supp.2d 573 (D.Del 2001). In that case, the court held that the right to be free from retaliation was not clearly established because due to the "fact-intensive nature of the *Pickering* balancing test," the officials were not on notice that their conduct violated the First Amendment. *Id.* at 584. The court will not follow *Hauge* for two reasons. First, the court is persuaded by the plaintiff's contention that *Hauge,* although it may have been correctly decided on the record before that court, is unique. Although the *Hauge* court granted qualified immunity based on the fact-intensive balancing required by the *Pickering* test, neither the plaintiff nor the defendant have presented any authority to permit this court to conclude that the *Pickering* balancing test must always lead to a denial of qualified immunity. If the court were to accept the defendant' position, qualified immunity could never be denied in First Amendment retaliation cases. This is an extreme result, one the *Hauge* court probably did not intend and one that this court will not sanction.
Second, this case is factually distinguishable from *Hauge.* Hauge involved a school district administrator who brought allegations of fraud against the school district. *See id.* at 577-578. This case involves a physician who spoke on the various problems confronting hospital

administration. Under facts very similar to those in this case, courts have found that the right to speak was clearly established. *See Schneiner,* 152 F.Supp.2d at 493 ("There is no doubt that the plaintiff [physician's] rights under both the First Amendment and the Fourteenth Amendment [to comment on health care at the hospital] were clearly established at the time the plaintiff was disciplined."). Thus, considering the facts before this court, this court also finds that Springer's right was clearly established at the time he spoke.

Finally, the defendant contend that the plaintiff's right was not clearly established because under the new bidding process, his contract was not certain to be renewed. As Springer notes, however, independent contractors are entitled to First Amendment protection where there is a *pre-existing* contractual relationship. *See Umbehr,* 518 U.S. at 685 (noting that holding establishing right to First Amendment speech was limited to independent contractors with "preexisting commercial relationship" with government). Springer had been under contract with the DPC since 1991. Thus, it is clear that he had a pre-existing commercial relationship. The court therefore rejects the defendant' argument on this issue.

For these reasons, the court finds that Ms. Henry is not entitled to qualified immunity. D.I. 47, pp. 11-13.

**\*7** Therefore, the court concludes that there is no reason to disturb the verdict on the basis that Henry was entitled to qualified immunity.

b. Whether Springer suffered any damages

Henry argues that Springer is not entitled to any damages, be they economic damages for past economic loss to date of trial and/or projected future losses, general damages for harm to reputation, and/or punitive damages.

I. Economic damages

The jury awarded Springer economic damages to compensate Springer for past and future economic losses. Defendant argues that Springer is not entitled to economic damages for two reasons. First, she asserts that it was incorrect to assume that Springer's contract would have been renewed until his projected retirement date. Second, Henry argues that Dr. Andrisani's testimony alone was insufficient to support the award. (D.I.126, pp. 19-20). She contends that the "sole evidence in support of plaintiff's claim for economic damages was the opinion testimony of John Andrisani, Ph.D." (D.I.126, p. 19).

Whether Springer's contract would have been renewed but for his memos was a question of fact properly before the jury. The court cannot conclude that the evidence was insufficient to support a finding that the DPC would have continued its practice of automatically renewing Springer's contract had he not drafted and disseminated the controversial memos.

Likewise, the court cannot conclude that Dr. Andrisani's testimony was insufficient to support the jury's award of economic damages. The only evidence the defendant presented to contradict Dr. Andrisani's testimony was their own expert, Dr. Link. The issue came down to a battle of experts. It is within the province of the jury to determine which expert is more credible. *See Lansdale v. Philadelphia Electric Co.,* 692 F.2d 307, 313 (3d Cir.1982) ("The battle of the experts was waged in the trial court before the jury. The jury resolved the factual dispute. What Lansdale lost, fairly and squarely, at the hands of a jury cannot be retrieved by converting a factual controversy into an issue of law. *Id."* ). Upon review of the experts' testimony, the court concludes there was sufficient evidence to believe Dr. Andrisani's calculation of loss. [FN10]

FN10. Henry raises no challenge to the qualifications of Springer's expert or the methodology that he employed in calculating the plaintiff's damages. Moreover, the court could discern no colorable issue in this regard.

Slip Copy                                                                                      Page 9
2004 WL 2127172 (D.Del.)
**(Cite as: 2004 WL 2127172 (D.Del.))**

ii. General damages

The jury awarded Springer non-economic damages in the amount of $100,000 for harm to his reputation. Henry contends that there is no evidence in the record to support a finding of harm to Springer's reputation.

The court agrees with the defendant that a reasonable jury could not have concluded based on the evidence in the record that Springer has suffered any loss to his reputation. Springer cites to the fact that Henry discussed her frustrations regarding Springer's conduct with Dr. Sylvester, a preeminent physician in the community, as the cause of the damage to his reputation. However, at trial, Dr. Sylvester testified that he had no reason to doubt that Springer is "committed to quality healthcare for patients" and that he is a "skilled clinician." (B0237). Even drawing all reasonable inferences from the evidence in a light most favorable to the plaintiff, a reasonable jury could not have arrived at the conclusion that Springer's reputation suffered.

iii. Punitive damages

**\*8** The jury awarded Springer $25,000 in punitive damages. Henry contends that the record is insufficient to support a punitive award. Although the court may not have reached the same decision had this been a bench trial, it is not in a position to "substitute its choice for that of the jury between conflicting elements of the evidence." _Perkin-Elmer Corp., 732 F.2d at 893._ Therefore, the punitive award will stand.

Punitive damages are appropriate when "the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others." _Smith v. Wade, 461 U.S. 30, 56 (1983)._ The record contains evidence to support a finding that Henry acted with, if not evil intent, then reckless indifference to Springer's federally protected rights. The trial record contains evidence that Henry was upset about Springer's memos. She felt that they preached "blatant mistruths." (B0746). Despite the pressure she was under to enforce the bidding process, Springer was the only independent contractor psychiatrist asked to submit a proposal that

year. The timing of the non-renewal of his contract could be viewed as suspect given that it occurred in relatively close proximity to the drafting of his controversial memoranda. As well, Henry notified Springer only five days, at best, before the proposal deadline despite the fact that the position had been advertised for over a month. Springer testified he received her letter only two days before the proposal deadline. As such, the court will not upset the punitive award. A reasonable jury could have concluded that Henry was motivated by evil intent or reckless indifference.

In conclusion, the court reduces the damages award by $100,000. There is insufficient evidence in the record for a reasonable jury to conclude that Springer's reputation has been damaged. The remaining damages, economic and punitive, are preserved.

c. Whether, as a matter of law, the evidence is sufficient to support a finding of retaliation

In order to establish that his contract was not renewed in retaliation for exercising his First Amendment rights, Springer first had to demonstrate that his speech was protected. _See Green v. Philadelphia Housing Authority,_ 105 F.3d 882, 885 (3d Cir.1997). Next, he had to establish that his protected speech was a substantial or motivating factor behind the alleged retaliation. _See id._ Finally, if Springer established these two elements, the burden would then shift to the defendant to demonstrate that the same action would have been taken if the speech had not occurred. _Id.; see also Carter v. Del. State Univ.,_ 2002 U.S. Dist. LEXIS 4721, at \*5 (D.Del. Mar. 21, 2002).

Here, the court decided as a matter of law that Springer's memorandum dated November 23, 1999, and the report he prepared in preparation for the meeting with the Governing Body on March 21, 2000, constituted protected speech. (D.I.47). The jury determined that those materials, as well as the memo from the Executive Committee dated December 2, 1999, and the memo from Springer to the Governing Body outlining a proposed agenda for a future meeting dated December 16, 1999, constituted instances of protected activity that were a substantial or motivating

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

factor in the decision to not renew Springer's contract. (B1585; D.I. 90). The jury also found that Henry failed to prove that regardless of Springer's protected speech, she would not or could not have renewed Springer's contract.

**\*9** Henry argues that "[p]laintiff's entire case regarding the substantive claim of First Amendment retaliation is based on the temporal relationship between his protected writings ... and Renata Henry's May 12, 2000 courtesy letter." (D.I.126, p. 22). She contends that the temporal relationship is not close enough according to the Supreme Court. *Id.* (citing *Clark County Sch. Dist. V. Breeden,* 532 U.S. 268 (2001)).

The court rejects this argument because, viewing the record as a whole, there was evidence other than the proximity in time of Springer's speech and Henry's non-renewal letter to suggest that the protected writings were the substantial and/or motivating factor in Henry's decision not to renew Springer's contract. The record indicates that Henry felt that Springer's conduct was insubordinate and disruptive. She felt he was obstructive to the credentialing process. This evidence viewed in conjunction with the temporal element, is substantial enough for a reasonable jury to conclude that Springer's protected speech was a motivating factor in Henry's decision not to renew his contract. As well, a reasonable jury could have concluded that Henry failed to prove that she would not or could not have renewed Springer's contract regardless of his exercise of protected speech.

2. Henry's Motion for a New Trial or, in the Alternative, Motion to Amend the Judgment or Other Relief

As stated above, a new trial may be granted where "the verdict is contrary to the great weight of the evidence." *Roebuck v. Drexel Univ.,* 852 F.2d 715, 735 (3d Cir.1988). For the reasons that follow, the court concludes that Henry is not entitled to a new trial.

a. Whether the court failed to make required findings on the protected nature of Springer's communications and on the existence of qualified immunity, and thus failed to properly charge the jury on these issues; and,

whether the court erred in refusing to permit Henry to testify about her belief as to the falsity of Springer's statements and in excluding other critical evidence

(I) The protected nature of Springer's communications

With regard to plaintiff's exhibits two and five, at the pre-trial stage of the case, the court determined as a matter of law that these memoranda constituted protected speech. The court will not revisit this issue. As discussed above in relation to the Henry's motion for renewed judgment as a matter of law on whether she is entitled to qualified immunity, no additional evidence was presented at trial that would alter the court's prior ruling. In addition to those two exhibits, the defendant objects to the characterization of plaintiff's exhibits numbers one, three, and four as protected speech as reflected in the jury verdict form. Henry also argues that the court's failure to instruct the jury on which portions of the documents were protected is cause for a new trial.

Exhibits one, three, and four were, respectively, a memo from the DPC resident physicians dated October 21, 1999, a memo drafted by the Executive Committee, of which Springer was a signatory, dated December 2, 1999, and a memo from Springer to the Governing Body dated December 16, 1999. Even if the court were to determine that these exhibits did not constitute protected speech, the error is harmless.

**\*10** The Third Circuit has outlined a two-part test to determine whether a public employee's speech is protected. First, the speech must pertain to a matter of public concern. *See Azzaro v. County of Allegheny,* 110 F.3d 968, 976 (3d Cir.1997). Second, the court must balance the government's interest in effective administration against the employee's free speech rights. *See id.* This is commonly referred to as the *Pickering* balancing test. *See Pickering v. Board of Ed. of Tp. High School,* 391 U.S. 563, 568 (1968) ("The problem in any case is to arrive at a balance between the interests of the teacher, as a citizen, in commenting upon matters of public concern and the interest of the State, as an employer, in promoting the efficiency of the public services it performs through its employees.").

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Whether speech addresses a matter of public concern is an issue for the court to decide. *See Waters v. Churchill,* 511 U.S. 661, 668 (1994). To ascertain whether speech addresses a matter of public concern, the court must consider whether the speech can be "fairly considered as relating to any matter of political, social, or other concern to the community." *Pro v. Donatucci,* 81 F.3d 1283, 1288 (3d Cir.1996) (citations omitted). In making this determination, the court can consider the "content, form, and context of a given statement." *Connick v. Myers,* 461 U.S. 138, 147-48 (1983).

It is a fair statement that the jury verdict form suggested to the jury that all of plaintiff's exhibits one through five were instances of protected activity under the First Amendment. *See* Jury Verdict Form, ¶ 1 (asking "Do you find that plaintiff has proven by a preponderance of the evidence that his protected activity under the First Amendment *reflected in Plaintiff's Exhibits 1, 2, 3, 4, and 5* was a substantial or motivating factor in the decision to not renew or offer [plaintiff] a new contract?" (emphasis added). The jury concluded that the memo drafted by the residents dated October 21, 1999, was not an instance of protected activity that was a substantial or motivating factor in the decision to not renew Springer's contract, therefore, its appearance in the jury verdict form is immaterial to the present motion. (B1586, D.I.90). To the contrary, the jury concluded that exhibits two through five were protected speech that was a substantial and motivating factor.

Exhibits two and five are discussed above. Exhibits three and four involve the following. On December 2, 1999, a number of Executive Committee Officers, including Springer, drafted a memo addressed "To Whom It May Concern." (B1160). The memo expressed the Executive Committee's frustration with the lack of initiative on the administration's part to remedy the issues previously raised. (B1160). The signatories proposed a list of actions that "may begin us on the road to protecting and preserving patient care and safety." (B1160). On December 16, 1999, Springer individually addressed the DPC Governing Body Members in a memo entitled "Proposed Agenda for December 22, 1999 Governing Body Meeting."

(B1162). In this memo, on behalf of the medical staff, Springer outlined a proposed plan of action. (B1162-63).

**\*11** The content of Springer's speech in plaintiff's exhibits three and four clearly addressed a matter of public concern. Speech may be characterized as a matter of political or social concern if the speech reveals "actual or potential wrongdoing." *See Holder v. City of Allentown,* 987 F.2d 188, 195 (3d Cir.1993). Health care issues are matters of public concern when addressed by medical professionals. *See Schneiner v. New York City Health and Hospitals,* 157 F.Supp.2d 487, 495-96 (S.D.N.Y.2001) (finding speech protected where physician wrote to Mayor Giuliani's office regarding problems at municipal hospital); *Kattar v. Three Rivers Area Hospital Auth.,* 52 F.Supp.2d 789, 799 (W.D.Mich.1999) ("In several cases, courts have held that statements by health care providers regarding patient care involved matters of public concern.") (collecting cases).

Springer was a health care provider who commented on the state of health care at the DPC facility. All of his statements concerned perceived deficiencies at the facility. Moreover, many of problems Springer, along with other members of the Executive Board, addressed involved danger to the lives of patients or the surrounding community (i.e. suicides and escapes). Thus, he raised concerns of a grave nature that would be relevant to the medical community, the community surrounding the DPC facility, the families of DPC patients, and the Delaware taxpayers who financed the operation. The court therefore concludes that the content of plaintiff's exhibits three and four addressed issues that would be of concern to many groups of Delaware residents.

Henry has asserted in prior communications with the court that Springer's comments were disruptive to the DPC's operation and that Springer intended them to be disruptive. Indeed, plaintiff's exhibits three and four contain proposed solutions to the existing problems at the DPC. Therefore, the court is hard-pressed to believe that Springer intended to aggravate the conditions at the hospital. It is apparent that he was motivated by a desire to improve conditions at the DPC and was frustrated

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

that, in his view, he was encountering resistance. Upon review of the record, there is no evidence that would permit the court to reasonably conclude that Springer's comments had any disruptive effect.

Consistent with the court's prior rulings, exhibits three and four were appropriately presented to the jury as instances of protected activity. Therefore, the court will not grant the defendant a new trial on this ground.

(ii) Qualified immunity

Again, in their motion for a new trial, Henry challenges the courts determination that she was not entitled to qualified immunity. Henry contends that given her allegations that Springer's memos contained falsehoods, the court should reconsider whether she reasonably failed to recognize the protected nature of Springer's speech. Alternatively, Henry argues, the court should have permitted her to testify about her belief that the memos contained untruths and instructed the jury on this point.

**\*12** In fact, the court did permit Henry to testify that she felt that some of Springer's statements were lies. However, the court did not permit the defense to present evidence as to the substance of the particular statements. Such testimony was irrelevant to the issues on trial. Regardless, although Henry testified that she felt that parts of the memos were not true, she also stated that "there are some parts ... I was not upset about because it was clear that they were known." B0745. As such, the jury was free to conclude that the memos were at least in part accurate, undisputed accounts of the conditions at the DPC. Furthermore, given Henry's testimony, even if the court were to reconsider its prior ruling on qualified immunity with the defendant's present arguments in mind, the outcome would not change. Certainly, Henry should have understood that by taking the actions which have been previously discussed, in light of Springer's memos, she was violating his clearly established right to free speech.

Henry also argues that certain rulings by the court impeded her ability to present evidence on whether Springer's speech obstructed DPC policy

implementation and whether she could have reasonably believed under the circumstances that Springer was not exercising a clearly established right. Again, these issues were briefed and decided at the pre-trial stage of the proceedings. They will not be revisited at this time.

Henry also seeks to overturn the court's exclusion of proposed defense exhibits four, three, and six. Whereas, exhibit four was a compilation of sixteen letters terminating employment relationships with people unrelated to Springer or this case, the court concluded they were irrelevant. Whereas, proposed exhibits three and six were deemed to be settlement proposals, demand letters, and/or products of compromise negotiations, the court excluded them pursuant to [Federal Rule of Evidence 408](#). (D.I.81).

The court has already addressed these arguments and affirms its evidentiary rulings related to these issues. Accordingly, Henry's motion for a new trial on the basis of her challenge to the court's evidentiary rulings as discussed above is denied.

b. Whether Springer's counsel's remarks during closing argument were racially inflammatory and require a new trial

Preliminarily, it should be noted that Henry is an African-American female and Springer is a white male. This fact would have been evident to all those who viewed the parties during the trial proceedings, including the jury. It should also be noted that race was never raised as an issue in this case by either party.

During closing arguments, plaintiff's counsel made a number of remarks that defendant' allege were racially inflammatory. For example, plaintiff's counsel repeatedly analogized the defendant' defense to an octopus emitting "black ink." Furthermore, plaintiff's counsel referred to his client as a forty-five year old white male. In his brief, plaintiff's counsel submits that the "black ink" analogy is a common theme. He cites to several cases in which it has been used.

**\*13** The court agrees with the defendant that plaintiff's counsel's choice of analogies and language was notable given the respective races of the parties. However, the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

court cannot conclude that counsel's remarks affected the jury's impartiality and, thereby, provoked a verdict in Springer's favor. The court is satisfied that the octopus and black ink analogy is common enough and did not likely confuse the issues for the jury. The court also concludes that counsel's remark that his client is a forty-five-year-old white male was innocuous when considered in the context in which it was uttered. Counsel was discussing the experts' testimony regarding the probability that Springer would maintain sixty-hour work weeks in the future. (B0980). Counsel may have been making a statistical reference, *i.e.,* the statistical probability that a forty-five year old white male would continue to work a sixty-hour week until the age of retirement. Although, given the context of the remark and the manner of its delivery, it is not unreasonable for the defendant to question whether counsel was attempting to appeal to some perceived or hoped for bigotry on the jury, and although the court agrees that counsel's choice of language was unfortunate, in light of the overall setting of the trial and the character of the evidence the court cannot conclude that the verdict was against the weight of the evidence. It would not be a miscarriage of justice to let the verdict stand. *Williamson,* 926 F.2d at 1352.

### B. SPRINGER'S MOTIONS

1. Springer's Motion for Reinstatement to the Position of Residency Training Director at the Delaware Psychiatric Center

Springer moves for an injunction ordering his reinstatement to the position of Residency Training Director at the DPC. Reinstatement is not a feasible remedy in a case in which the desired position is no longer available at the time of judgment. *Max v. Sinclair Int'l,* 766 F.2d 788, 796 (3d Cir.1985), *cert. denied,* 474 U.S. 1057 (1986). For the following reasons, the court denies Springer's motion.

Springer was hired by the DPC as an independent contractor physician. None of his contracts delegated to him the position of Residency Training Director. While employed at the DPC, one of his duties involved serving as the Residency Training Director. Although Springer served in that capacity from 1993 up until his

termination, the record is completely devoid of evidence that he would have continued in that capacity had his contract been renewed. In fact, the evidence infers the opposite conclusion. The evidence calls into doubt the continuing vitality of the residency training program altogether. The evidence also indicates that since the former Medical Director left, the residency program has been completely revamped. (B0760-763). Thus, it is quite probable that Springer's participation in the program would have been entirely redefined if he were even to have remained involved. Plaintiff's counsel acknowledged as much in a sidebar conference. When questioned by the court as to why he was proceeding with what appeared to be an irrelevant line of questioning, he responded:

**\*14** MR. T. NEUBERGER: I am seeking reinstatement. I know I am going to have this problem. I thought [the present Residency Training Director] was Dr. Rosenbaum. He is an innocent third party. I am trying to build up a record as far as who is in the position. And we would have to address it posttrial briefing, whether or not you would bump him. Now I have been totally surprised and told there is somebody else in the position as well as they have had a reorganization. I am floundering around a little bit, in all honesty, trying to figure out how that affects the injunctive issues in my case.... Just for the sake of the record, I think what has happened here is that it's too late in the day for me to be challenging the bona fides of a reorganization. And I will just probably leave the record as is in my case, and may just in the end fail on reinstatement and it's just an issue of what money damages are. We will just have to see. (B0763-764).

In essence, Springer is asking the court to draft a provision into his hypothetical future contracts that never before existed. As such, the court denies Springer's motion for reinstatement.

2. Springer's Motion for Attorneys' Fees, Interest, and Costs

Springer asks for attorneys fees in the amount of $224,972.50 plus $27,748 for time expended on post-trial motions. He asks for costs and expenses in the amount of $6,988.59. He also seeks an award of

Slip Copy                                                                    Page 14
2004 WL 2127172 (D.Del.)
(Cite as: 2004 WL 2127172 (D.Del.))

attorneys' fees for the services of a contract attorney in the amount of $25,000. Finally, he seeks an award of post-judgment interest on those amounts from the date of the jury verdict on April 1, 2004, and an award of pre-judgment interest on the liquidated and unliquidated damages award between July 1, 2000 and April 1, 2004.

a. Attorneys' fees

Springer moves for attorneys' fees, interest, and costs pursuant to 42 U.S.C § 1988 and Rule 54. (D.I.103). Section 1988 permits the court, in its discretion, to award reasonable attorneys fees. Although the statute gives a district court discretion to award attorneys' fees, the Third Circuit has stated that a court *should* award attorneys fees to a prevailing party absent special circumstances. *Truesdell v. Philadelphia Hous. Auth.,* 290 F.3d 159, 163 (3d Cir.2002). Henry challenges the request for attorneys' fees on two grounds. First, she argues that Springer was not a prevailing party. Second, Henry contends that the amount sought is excessive.

Springer may recover fees under this section if (1) he is the "prevailing party," and (2) the attorneys' fees are reasonable. *Farrar v. Hobby,* 506 U.S. 103 (1992). A party is a prevailing party if he or she succeeds "on any significant issue in litigation which achieves some of the benefit [the party] sought in bringing the suit." *Hensley v. Eckerhart,* 461 U.S. 424, 433 (1983). Reasonable fees are measured by the "lodestar" calculation which multiplies the number of hours reasonably expended on the litigation by a reasonable hourly rate. *Hensley,* 461 U.S. at 433. A court may adjust the lodestar figure when appropriate under the circumstances. *Blum v. Stenson,* 465 U.S. 886, 897 (1984).

(I) Springer is the prevailing party

**\*15** Specifically, the Henry argues that Springer is not a prevailing party because the Court of Appeals declined to affirm this court's March 11, 2002, decision that she was not entitled to qualified immunity. Henry mis-characterizes the procedural event. Rather, the Third Circuit dismissed the *defendant's* interlocutory appeal. Henry also argues that to the extent the court grants the defendant relief pursuant to her post-trial

motions, Springer would not be the prevailing party. The court has granted partial relief to the defendant by determining that as a matter of law Springer is not entitled to non-economic damages for his alleged reputation injuries. However, Springer still succeeded on significant issues in his case and has achieved much of the benefit he sought in bringing the suit. *Hensley,* 461 U.S. at 433. Therefore, he is the prevailing party.

(ii) The requested attorneys' fees are reasonable

Springer must also establish that the attorneys fees are reasonable. Here, his counsel submits that under the lodestar calculation he should be awarded attorneys' fees in the amount of $224,972.50. In addition, he seeks $27,748 for time spent on post-trial motions. The defendant generally objects to the requested amount on the grounds that the fees sought are excessive. She also raises a general objection to "a third party payment of attorneys fees in the amount of $100,000" but fails to expand upon that objection. Finally, Henry questions the plaintiff's calculation of the fees of the contract attorney, John M. LaRosa.

Although Springer bears the burden of proving that the requested fees are reasonable, the defendant must "present specific evidence challenging the reasonableness of the requested rates or the time expended." *Central Delaware Branch of NAACP v. Dover,* 123 F.R.D. 85, 88 (D.Del.1988) (citing *Blum,* 461 U.S. at 892). "[They] cannot rely upon conclusory denials of the applicant's prima facie proofs." *Id.*

Henry declined to object to the lodestar calculation other than to state that it is excessive. She contends that it was unreasonable for Springer's counsel to charge rates comparable to those of the Philadelphia market given that the case was not litigated in Philadelphia and that his counsel is not admitted to practice in Pennsylvania. However, Springer's counsel has submitted his own declarations as well as the declarations of other attorneys attesting to the reasonableness of the rates.

The court concludes that the plaintiff has satisfied the prima facie burden of proving the requested attorneys fees are reasonable. The defendant has declined to

Slip Copy                                                                                                    Page 15
2004 WL 2127172 (D.Del.)
**(Cite as: 2004 WL 2127172 (D.Del.))**

present any evidence that would contradict such a determination. With regard to the alleged miscalculation of the attorneys fees related to the work done by attorney John M. LaRosa, the court recognizes that there is an inconsistency between the invoices and the figure stated in the plaintiff's opening brief in support of his motion for attorneys' fees. (D.I. 113, p. 14; D.I. 113, Exhibit F). The plaintiff explains that the figure proposed in the opening brief represents Mr. LaRosa's current rate. Springer argues that under *Lanni v. New Jersey,* 259 F.3d 146, 149 (3d Cir.2001), the reasonable fee is the rate at the time of the petition rather that the rate at the time the services were performed. The defendant declined to address this issue in light of *Lanni,* nor has she presented any opposing case law. The plaintiff's motion for attorneys fees will be granted as requested.

**\*16** It should also be noted that the court accepts plaintiff's counsel's supplemental fee request. It was filed on June 16, 2004. (D.I.125). Henry has not submitted any objection to the request. The court infers that Henry's silence on the matter indicates her acquiescence with the figure.

b. Costs

Springer asks for costs and expenses in the amount of $6,988.59. Springer provided a detailed account of costs. Again, the defendant raises merely a conclusory objection. She states, "plaintiff is seeking expenses not recoverable under statutory costs." Henry failed to state her objections with any specificity. Nor did she did present any evidence to contradict the requested amount. The court will grant the plaintiff's motion for costs.

c. Prejudgment Interest

Springer seeks prejudgment interest on liquidated and unliquidated compensatory damages. It is within the court's discretion to award prejudgment interest. *Savarese v. Agriss,* 883 F.2d 1194, 1207 (3d Cir.1989).

Henry argues that Springer is not entitled to prejudgment interest because his "damages are unliquidated and could not be calculated prior to the jury's decision." As the plaintiff points out, only the non-economic damages in the amount of $100,000 are unliquidated. In view of the court's decision to grant in part the defendant's motion for renewed JMOL, the plaintiff will not be awarded non-economic damages. Therefore, the defendant's argument regarding the unliquidated nature of the damages is moot.

Henry further argues that "[i]t would be unjust to assign prejudgment interest ... where plaintiff's expert witness Paul Andrisani's testimony to the jury included interest into the numbers presented." (D.I.121, p. 8). As the plaintiff points out in his reply brief, Dr. Andrisani did, in fact, provide a damages calculation that *excluded* interest and those figures were argued to the jury. (B0676-677; B0914).Thus, the court will grant the plaintiff's motion for prejudgment interest.

The plaintiff asks for a prejudgment interest rate "equal to the weekly average one year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve system." *See* 28 U.S.C. § 1961; (D.I.113, p. 26). Springer claims he is entitled to an award of prejudgment interest from the date of the expiration of his contract on July 1, 2000, through the entry of judgment on April 1, 2004, compounded semi-annually. Henry has raised no objection to the measure of prejudgment interest. Therefore, the court will grant the plaintiff's request. Prejudgment interest shall be calculated accordingly.

V. CONCLUSION

For the reasons stated above, Henry's motion for judgment as a matter of law shall be granted in part. The court concludes as a matter of law that Springer is not entitled to $100,000 in non-economic damages. The remaining damages award shall stand. All other defense post-trial motions will be denied. Likewise, Springer's motion for reinstatement will be denied. The court will grant Springer's motion for attorneys fees, interest and costs.

*ORDER*

**\*17** For the reasons stated in the corresponding Opinion, IT IS HEREBY ORDERED that:

Slip Copy                                                                                    Page 16
2004 WL 2127172 (D.Del.)
**(Cite as: 2004 WL 2127172 (D.Del.))**

1. Henry's motion for judgment as a matter of law and/or judgment notwithstanding the verdict is GRANTED IN PART, Springer is not entitled to $100,000 in non-economic damages.

2. Henry's motion for a new trial is DENIED.

3. Springer's motion for reinstatement (D.I.102) is DENIED.

4. Springer's motion for attorneys' fees, interest and costs is GRANTED:

a. Attorneys' fees will be awarded in the amount of $224,972.50. Supplemental attorneys fees will also be awarded in the amount of $27,804.

b. Attorneys fees will be awarded for the services of contract attorney John LaRosa in the amount of $25,000.

c. Costs will be awarded in the amount of $6,988.59.

d. Prejudgment interest shall be awarded on the liquidated damages at the rate equal to the weekly average one year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve system between July 1, 2000, through April 1, 2004, compounded semi-annually.

e. Springer shall not be awarded prejudgment interest on the unliquidated damages, to wit, the $100,000 non-economic damages.

f. Post-judgment interest shall be awarded on all amounts with the exception of the $100,000 non-economic damages.

2004 WL 2127172 (D.Del.)

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CORPORAL B. KURT PRICE;                          :
CORPORAL WAYNE WARREN; and                       :
SERGEANT CHRISTOPHER D. FORAKER,                 :
                                                 :
         Plaintiffs,                             :
                                                 :
    v.                                           :          C.A.No.04-956-GMS
                                                 :
COLONEL L. AARON CHAFFINCH,                       :
individually and in his official capacity as      :
Superintendent of the Delaware State Police;     :
LIEUTENANT COLONEL THOMAS F.                     :
MACLEISH, individually and in his official        :
capacity as Deputy Superintendent of the         :
Delaware State Police; DAVID B. MITCHELL,        :
in his official capacity as the Secretary of the :
Department of Safety and Homeland Security of    :
the State of Delaware; and DIVISION OF           :
STATE POLICE, DEPARTMENT OF SAFETY               :
AND HOMELAND SECURITY, STATE OF                  :
DELAWARE,                                        :
                                                 :
         Defendants.                             :


## UNSWORN DECLARATION OF THOMAS S. NEUBERGER, ESQUIRE, UNDER 28 U.S.C. § 1746, IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS FEES, INTEREST AND COSTS OF THE NEUBERGER FIRM PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54

I, Thomas S. Neuberger, Esquire, hereby depose and state as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a

witness, I am competent to testify as to those facts.

2. I am an attorney admitted to practice in the State of Delaware. I currently practice

with one partner and one associate through my own law firm, The Neuberger Firm, P.A. I was

plaintiffs' lead counsel in this action through trial.

## I. THE JURY VERDICT, THE GOALS OF THESE ACTIONS, AND THE DIFFICULT COURSE OF THE LITIGATION

3. The primary purposes of these consolidated lawsuits are found in the Wherefore

Clause of each Complaint. (D.I. 1). Plaintiffs sought a declarations that their Constitutional

rights had been violated; compensatory damages for the violation of their rights to free speech

and petition, for Sgt. Foraker also that his state law right to be free of defamation had been

denied, past lost wages, future lost wages or front pay, injury to reputation; punitive damages;

attorneys' fees and costs. One hundred percent success was achieved for these goals.

4. After a 12 day trial and about six hours of deliberations the seven person jury found

that defendant Chaffinch and his successor defendant MacLeish acted "recklessly, maliciously, or

intentionally" in retaliating against plaintiffs for exercising their protected First Amendment

rights. The jury also found that Chaffinch defamed Foraker in stating to the media that Foraker

was to blame for problems at the firing range, where problems stemming from poor design and

construction surfaced almost immediately upon its opening in 1998. The jury awarded

compensatory damages of $862,395 to Price, $543,276 to Warren and $74,676 to Foraker. Each

of those amounts includes $2,200 for emotional distress, injury to reputation and humiliation.

Chaffinch was ordered to pay punitive damages of $15,682 to Foraker, $113,625 to Warren and

$181,103 to Price. MacLeish was ordered to pay punitive damages of $6,720 to Foraker,

$48,697 to Warren and $77,615 to Price.

5. The docket reflects an overall jury award of $1,923,789 including punitive damages:

-2-

$1,121,113 to Price (D.I. 182); $705,598 to Warren (D.I. 183); and $97,078 to Foraker (D.I. 184). In retrospect is appears that the jury awarded Foraker one year's salary to compensate him until he recovers from his injuries and resumes his career as a full duty officer who expects to retire at age 55. Price and Warren have been or shortly will be dismissed from the force far short of their expected retirement age of 55, and the jury awarded them their full expected wage, benefit and pension losses for their prematurely terminated careers.

6. The road to this jury verdict was long and complicated. Due to the sheer number of cases this firm has successfully prosecuted against the Delaware State Police[1] it appears that the strategy for these two cases was to simply bankrupt counsel due to the sheer number of hours they would have to invest in prosecuting the case. In this way counsel would decide as a matter business judgment to stop taking cases for aggrieved Troopers. The time necessary to prosecute the case appears to have doubled from prior ones.

7. Discovery also was complicated. First Stephen Neuberger had to master a mass of scientific and technical data developed by our clients to defend against the accusations being made against them that they destroyed a multi million dollar state facility. This included boxes of materials found in the archives of that facility. Martin Haverly and Stephen Neuberger also had to master a complicated set of medical records for each plaintiff which resulted in dozens of medical records exhibits which were used at trial. Approximately 16 witness and party

---

[1] See Foraker v. Chaffinch, C.A. No.02-302-JJF (D.Del.); Dillman v. Chaffinch, et al., C.A. No. 02-509-KAJ (D.Del.); Bullen and Giles v. Chaffinch, et al., C.A. No. 02-1315-JJF (D.Del.); Warren v. Minner, Chaffinch, et al., C.A. No.03-908-SLR (D.Del.); Davis v. Chaffinch, et al., C.A. No. 04-106-JJF (D.Del.); Price, Warren, and Foraker v. Chaffinch, et al., C.A. No.04-0956-GMS (D.Del.); Foraker v. Chaffinch, et al., C.A. No.04-1207-GMS (D.Del.); Conley v. Chaffinch et al., C.A. No. 04-1394-GMS (D.Del.); Moss v. Chaffinch, et al., C.A. No. 05-708-GMS (D.Del.).

depositions were taken. More than 24,000 pages of documents were exchanged. The defense

refused to make personnel files generally available to determine disparate treatment issues. So

investigation had to be made to locate a universe of over two dozen comparators. Then after

protracted negotiations those files were reluctantly produced, and then each page had to reviewed

by counsel.

8. The legal issues, such as qualified immunity, First Amendment protected activity and

adverse action, were also extensive and complex. Between January and March, at least 10 legal

briefs were filed in these two cases on the following topics: summary judgment, consolidation,

and sanctions for spoliation of evidence.

9. The pretrial documents also were extensive and various motions in limine had to be

addressed. Over 155 trial exhibits were prepared and presented. Then a hotly contested 12 day

jury trial occurred.

## II. MY BACKGROUND

10. I have been practicing law in Delaware and nationally for 32 years this fall. I

received my J.D. degree in 1974 from Georgetown University Law Center. I was an editor of the

*Georgetown Law Journal* and an associate editor of the *American Criminal Law Review*. I have

a Master's Degree in Political Science with honors which was granted in 1973 by the University

of Delaware. I also was awarded a graduate school teaching assistantship and a National Science

Foundation traineeship. I received my B.A. degree magna cum laude in Political Science in 1969

from St. Joseph's University in Philadelphia, Pennsylvania.

11. From June 1972 through April 1974 I served as a law clerk to the Honorable John H.

Pratt, Judge of the United States District Court for the District of Columbia. I was admitted to

the following bars on the dates indicated:  the Delaware Supreme Court, 1974; the U.S. District

Court for the District of Delaware, 1974; the U.S. Supreme Court, 1978; the Fifth Circuit, 1978;

the Third Circuit, 1979; the Ninth Circuit, 1980; the Seventh Circuit, 1985; the Sixth and D.C.

Circuits, 1992, and the Fourth Circuit, 1993.  I am a member of the Delaware State Bar

Association and the National Employment Lawyers Association.

12.  In January 2005 I was appointed by Chief Judge Anthony J. Scirica of the Third

Circuit  to a three year term on the 15 person Lawyers Advisory Committee of the Judicial

Council of the Third Judicial Circuit, where I currently serve.   The committee comments on

proposed rules of the Circuit and certain Judicial Council matters and serves as a liaison between

the Court and the legal community.

13.  Judge Murray M. Schwartz of the District of Delaware  described my legal

representation in his federal court as being "of a consistently high quality."  Hanshaw v.

Delaware Technical and Community College, C.A. No. 74-196 (D. Del. Nov. 5, 1980), Slip op.,

page 12.  Judge Caleb Wright of that court described my legal representation in his court as being

"consistently high," demonstrating "unusual skill . . . speed and efficiency."  Tyler v. Board of

Education, C.A. No. 80-279 (D. Del. Aug. 7, 1981), Slip op., page 9.  Then Vice-Chancellor

(now Justice) Jack B. Jacobs of the Delaware Court of Chancery described me as highly

qualified, experienced and able.  Mother AUFCMP Church v. The Conference, No. 12055 (Del.

Ch., April 22, 1992), Slip op. at 12.   Judge Sleet of the District of Delaware has described me as

"experienced and sophisticated."  Conley v. Chaffinch, -- F.Supp.2d --, 2006 WL 1329951, *4

(D.Del. May 17, 2006).

14.  I also was selected by my peers in the Delaware Bar as one of its top 70 attorneys as

reported in the <u>Delaware Today</u> magazine in October 1996; as one of its 100 top attorneys as reported in November 1999; as one of the top 175 attorneys as reported in October 2001, and as one of its 75 power attorneys in November 2004. For the August or September 2006 issue of that magazine I am being profiled as the leading civil rights attorney in Delaware. I am also listed as one of Delaware's leading business lawyers in the area of employment and labor law in the 2003-2004 edition of <u>Chambers USA America's Leading Business Lawyers</u> (2003), at 95, which reports that opponents "concede him to be an 'able and persuasive adversary' with a string of notable victories to his name."[2]

15. I served as an executive committee member of the Center for Law and Religious Freedom of the Christian Legal Society from 1977 to 1981. I also served as a national vice president of the Christian Legal Society from 1978 to 1981. The Christian Legal Society is a non-profit corporation, with a nationwide membership, which was founded in 1961 as a professional association of Christian judges, attorneys, law professors and law students. From 1982 to 1987 I served as a board member and general counsel for The Rutherford Institute, an international, nonprofit civil liberties organization committed to defending constitutional and human rights. I also am currently a board member of TRI. Presently, I also serve as a Board member of the Philadelphia, Pennsylvania chapter of the National Employment Lawyers Association (NELA), which has a nationwide membership.

16. Since the mid-1970's I have lectured on topics such as federal practice and procedure, the First Amendment to the United States Constitution, the Civil Rights Acts, or recent case developments, and have lectured at many national continuing legal education conferences. For

---

[2] <u>See</u> www.ChambersandPartners.com.

example, every summer I lecture to legal interns on litigation and civil rights law at the

Rutherford Institute and on  September 12, 1998 I lectured at the Third Circuit Conference of

NELA, on "Summary Judgment in the Third Circuit After `Hicks,' `Sheridan' and `Keller.'"

17. I have authored or co-authored the following publications:

"The First Amendment Implications of State Regulation of Candidate Political Speech," 14 <u>Saint Louis University Public Law Review</u> 571 (1995).

"Tax Exempt Religious Schools Under Attack:  Conflicting Goals of Religious Freedom and Racial Integration," 48 <u>Fordham Law Review</u> 229 (1979).

"Separation of Church and State:  Historical Roots and Modern Interpretations," <u>Delaware Lawyer</u> (Spring 1986).

"An Analysis of the Evidentiary Standard Under the Employment Discrimination Statutes," found in <u>Equal Employment Practice Guide</u> (Federal Bar Association, 1978).

"Sex as a Bona Fide Occupational Qualification Under Title VII," 29 <u>Labor Law Journal</u> 425 (July 1978).

"Evidence and Intent in a Fourteenth Amendment Employment Discrimination Case," 29 <u>Labor Law Journal</u> 72 (February 1978).

18. Some of my more significant constitutional or statutory reported judicial decisions

include the following.  I have not listed numerous employment discrimination cases which were

settled or many successful six figure damages awards after jury verdicts.

<u>Springer v. Henry</u>, 435 F.3d 268 (3d Cir. 2006) (First Amendment free speech retaliation case - affirming plaintiff's jury verdict on behalf of an independent contractor physician).

<u>Sheridan v. E.I. DuPont de Nemours & Co.</u>, 100 F.3d 1061 (3d Cir. 1996) (en banc) (plaintiff's jury verdict and the "pretext only" paradigm for proof of intentional discrimination established).

<u>Chadwick v. Janecka</u>, 312 F.3d 597 (3d Cir. 2002) (federal habeas corpus for civil contemnor).

Rappa v. State of Delaware, 18 F.3d. 1043 (3d Cir. 1994)(First Amendment free speech case in which an entire chapter of the Delaware Code was invalidated for infringing political speech).

Presbytery of New Jersey v. Florio, 40 F.3d 1454 (3d Cir. 1994)(free speech of religious institutions and ripeness).

Acierno v. Cloutier, 40 F.3d 597 (3d Cir. 1994)(in banc)(qualified immunity and substantive due process).

Acierno v. New Castle County, 40 F.3d 645 (3d Cir. 1994)(preliminary injunctions and irreparable harm).

Scott v. University of Delaware, 68 F.R.D. 606 (D. Del. 1975); 455 F.Supp. 1102 (D. Del. 1978), aff'd, vacated, rem'd 601 F.2d 76 (3d Cir. 1979) cert. denied 444 U.S. 931 (1979) (class action for race discrimination in faculty hiring).

Hugger v. The Rutherford Institute, 63 Fed.Appx. 683 (4th Cir. 2003) (defense of defamation action against a civil rights organization).

May v. Evansville-Vanderburgh School Corp., 787 F.2d 1105 (7th Cir. 1986)(viewpoint discrimination against religious speech).

Suh v. Immigration and Naturalization Service, 592 F.2d 230 (5th Cir. 1979) (deportation of a foreign investor stopped because of illegal government actions).

DiSabatino v. Salicete, 671 A.2d 1344 (Del. Supr. 1995)(in banc)(Family Court procedures in contempt proceedings declared unconstitutional and revised).

Dobrich v. Walls, 380 F.Supp.2d 366 (D.Del. 2005) (school board members immune from individual liability for praying before board meetings).

Bullen v. Chaffinch, 336 F.Supp.2d 357 (D.Del. 2004) (ordering the "instatement" of two state troopers who were illegally denied promotion because of their race).

Bullen v. Chaffinch, 336 F.Supp.2d 342 (D.Del. 2004) (upholding Fourteenth Amendment race discrimination in promotions jury verdict on behalf of two state troopers).

Springer v. Henry, 2004 WL 2127172 (D.Del. Sept. 16, 2004) (upholding First Amendment free speech retaliation jury verdict on behalf of an independent contractor physician).

Springer v. Henry, 2002 WL 389136 (D.Del. March 11, 2002) (denying defense motion to throw out a First Amendment free speech retaliation lawsuit brought by a physician).

Lt. Col. Martha McSally v. Donald Rumsfeld, C.A. No. 01-2481 (D.D.C.  Dec. 3, 2001) (action against the Secretary of Defense to enjoin the requirement that female members of the armed services wear the burqua when stationed in Saudi Arabia).

Liberty University v. The National Collegiate Athletic Association, C.A. No. 95-0046-L (W.D.Va. Sept. 1, 1995)(successful federal action rescinding ban by the NCAA of prayer on the field during football games).

O'Brien v. D.C. Armory Board, C.A. No. 94-1402-SSH (D.D.C. June 27, 1994)(TRO enjoining the World Cup 1994 from interfering with the display of political signs at World Cup soccer finals in a public stadium).

Aubrey v. Cincinnati Reds,  841 F.Supp. 229 (S.D. Ohio 1993) (successful overbreadth attack on prohibition of religious signs at major league baseball games).

Aubrey v. City of Cincinnati, 815 F. Supp. 1100 (S.D. Ohio 1992), dismissed as moot No. 93-4194 (6th Cir. 1995) (permanent injunction against sign regulations which violated freedom of speech).

Walter v. Board of Chosen Freeholders, C.A.No. 91-4370 (D.N.J. August 12, 1992)(Federal injunctive and compensatory relief for violation of the right to distribute religious literature in a public forum).

Thate v. D.C. Armory Board, 804 F. Supp. 373 (D.D.C. 1992) and Stewart v. D.C. Armory Board, 789 F. Supp. 402 (D.D.C. 1992) (TRO, preliminary and permanent injunction permitting the display of religious signs at R.F.K. football stadium).

Mother African Union v. The Conference of African Union, 1992 WL 83518 (Del.Ch., April 22, 1992)(TRO, preliminary, and permanent injunction in a church property dispute).

Tyler v. Board of Education of the New Castle County Vocational-Technical School District, 519 F. Supp. 834 (D. Del. 1981) (plaintiff's jury verdict because of gender discrimination and a violation of due process).

Wood v. Pursey, C.A. No. 81-C-1282 (E.D. Wis. December 29, 1981) (federal consent judgment limiting the right of the State to license a religious nursing home for the retarded and to inspect it in areas beyond health and safety).

Walker v. First Orthodox Presbyterian Church of San Francisco, 22 F.E.P. Cases 762 (Cal. Super. 1980) (city ordinance requiring a church to employ gays declared unconstitutional as a violation of the free exercise clause).

Lewis v. Delaware State College, 445 F.Supp. 239 (D. Del. 1978) (right of a public employee to refuse to have an abortion upheld over a threat to dismiss her unless she had one).

Stallings v. Container Corp., 75 F.R.D. 511 (D.Del. 1977) (successful race discrimination suit against a private employer).

Keegan v. University of Delaware, 349 A.2d 14 (Del. 1975) cert. denied 424 U.S. 934 (1976) (Amicus curiae, upholding the right of university students to pray on school property over an Establishment Clause challenge).

Hanshaw v. Delaware Technical and Community College, 405 F.Supp. 292 (D. Del. 1975) (a class action for race and gender discrimination in hiring and wages which was settled when policies were changed and a $75,000 fund created).

19. I have a successful practice in constitutional law, employment discrimination, and other civil litigation. Prior to entering solo practice in 1981 and later expanding my firm, I was an associate and then a partner in a medium sized Wilmington, Delaware, law firm.

20. I also have used the services for this case of my partner Stephen J. Neuberger, Esquire, who tried the case with me and has responsibility for post trial briefing. After graduation from the University of Delaware with a B.A. degree in history, Mr. Stephen Neuberger worked for the firm for approximately eight months, before enrolling in Temple University Beasley School of Law. Then he served as the firm law clerk during his three years in law school where he successfully graduated in May of 2003 with a Juris Doctor degree. There he distinguished himself in trial advocacy. While serving as the firm law clerk, Mr. Neuberger specialized in briefing the areas of free speech, and other legal issues in employment and civil rights litigation. He successfully completed the Delaware Bar examination in 2003 and he was

admitted to the Delaware Bar on December 15, 2003. Since that time, he has become the Firm

expert in the area of public employee free speech retaliation case law.

21. He was admitted to the following bars on the dates indicated: the Delaware Supreme

Court, 2003; the U.S. District Court for the District of Delaware, 2004; the Third Circuit, 2004;

the Fourth Circuit, 2004, and the D.C. Circuit, 2004. He is a member of the Delaware State Bar

Association and the National Employment Lawyers Association.

22. As a result of his focused time as a law clerk, I consider him to have the experience

of an attorney with six years of litigation experience. His work product, work ethic, intellect and

ability are of the highest rank and quality. Since admission to the Bar some of his more

significant constitutional or civil rights reported judicial decisions include:

> Springer v. Henry, 435 F.3d 268 (3d Cir. 2006) (First Amendment free speech retaliation
> case - affirming plaintiff's jury verdict on behalf of an independent contract physician).
>
> Reyes v. Freebery, 141 Fed.Appx. 49 (3d Cir. 2005) (per curiam) (remanding to the
> district court to explain its restrictions on the public's right of access to judicial records
> and counsel's First Amendment right to be free of prior restraints).
>
> Hugger v. The Rutherford Institute, 94 Fed.Appx. 162 (4th Cir. 2004) (successful First
> Amendment defense of civil rights organization sued for defamation by public officials).
>
> Adkins v. Rumsfeld, 389 F.Supp.2d 579 (D.Del. 2005) (upholding the First Amendment
> free speech retaliation claims brought by an Air Force sergeant who was disciplined for
> speaking out about a tainted anthrax vaccine administered by the Air Force that was
> poisoning military personnel).
>
> Dobrich v. Walls, 380 F.Supp.2d 366 (D.Del. 2005) (school board members immune
> from individual liability for praying before board meetings).
>
> Conley v. Chaffinch, 2005 WL 2678954 (D.Del. March 4, 2005) (First Amendment free
> speech opinion - denying defense motion to impose a gag order on the plaintiff and her
> attorneys to prevent them from criticizing misconduct by high government officials).
>
> Bullen v. Chaffinch, 336 F.Supp.2d 357 (D.Del. 2004) (ordering the "instatement" of two

state troopers who were illegally denied promotion because of their race).

Bullen v. Chaffinch, 336 F.Supp.2d 342 (D.Del. 2004) (upholding Fourteenth Amendment race discrimination in promotions jury verdict on behalf of two state troopers).

Springer v. Henry, 2004 WL 2127172 (D.Del. Sept. 16, 2004) (upholding First Amendment free speech retaliation jury verdict on behalf of an independent contractor physician).

Maloney v. Gordon, 2004 WL 1043202 (D.Del. May 4, 2004) (in a First Amendment public corruption action, rejecting defense effort to impose umbrella protective order that would seal off judicial records from public access).

23.  I have also used the services of my recent associate attorney Cheryl A. Sasadeusz.

She was admitted to the Pennsylvania Bar on November 11, 2005 and the New Jersey Bar on

December 5, 2005.  She graduated from Villanova University School of Law in May 2005.  My

paralegal throughout these cases has been Joseph Robert.  Two law clerks assisted at various

times, Mr. Jason Ulrich and Mr. Sebastian Jano.

### III. ATTORNEYS' FEES THROUGH TRIAL

24.  As lead counsel, I ensured that an appropriate amount of time was being expended on

the case.  To the best of my ability, I have endeavored to limit the time expended on discovery,

briefing and trial, consistent with my professional obligation to my clients and the huge financial

losses they were suffering, and to achieve the maximum level of efficiency in light of the level of

experience of any professional working on the case.  I believe I achieved these goals, and the

services for which I request compensation as set forth herein were reasonable and necessary to

the prosecution of this action.  To avoid unnecessary duplication of effort Stephen Neuberger

("Stephen"), Martin Haverly, Esq. and I divided tasks as follows.  Stephen was responsible

ultimately for the legal research and first amendment law; briefing relating to all issues.  He

alone was completely familiar with the extensive record of scientific and technical information which was included in trial and discovery in this case, including the many boxes of materials found in the archives of the Firearms Training Unit building. He mastered and organized all photographic evidence discovered and used at trial. He handled discovery of the prime defendants, summary judgment; deposition preparation for each of the three plaintiffs, and trial preparation for each plaintiff and each of their family members. Martin Haverly handled discovery dispute issues, and all damages discovery and experts. He prepared and presented each of the many experts who testified in this case as well as prepared drafts of trial testimony of the many adverse witnesses in our case in chief. I oversaw all strategy, complaint preparation, the course of discovery, our final work product in all briefing, planned the trial and presented our trial witnesses who were not plaintiffs or experts, took the lead in cross examination, and prepared and presented opening statement and final argument.

25. My office's normal practice of keeping time for billing purposes consists of recording electronically time, the date, a timekeeping code and a brief description of the services rendered on timekeeping software which is a part of the Quickbooks Pro 2002 software package. That information then can be collated and retrieved. In support of this fee application I am attaching the following documents, summaries and charts which are tabbed alphabetically.

A. My transaction code list.

B. A chronological listing describing all time spent on these two cases at the trial court level from their inception. The Price case is first and time runs from March 1, 2004 through June 5, 2006. Then the record is for the Foraker case from April 6, 2004 through June 5, 2006.[3] Records include the date, task, the attorney or staffer performing the task,

---

[3] Before the two cases were consolidated time was kept separately for the Foraker case, and then the Price, Warren and Foraker case. If there was time applicable to both cases, one-half

-13-

the time expended on the task, and my timekeeping transaction code. Whenever a name does not appear besides a transaction code, Thomas S. Neuberger is the timekeeper.

C. A summary by transaction code for the total of all time for me, my partner "Stephen Neuberger," my associate Cheryl A. Sasadeusz, and my paralegal and staffer Joseph Robert, and law clerks Ulrich and Jano. The Price case appears first then, Foraker.

D. A chronological list describing all tasks performed in this case at the trial level by date and description, before the exercise of any billing judgment. Price is first, then Foraker.

E. Totals of all time for each worker on the case, before the exercise of any billing judgment. Price is first, then Foraker.

F. Total of all fees and costs related to the issues of (1) spoliation of evidence and (2) defendants' untimely motions in limine, regarding both of which, the Court already taxed fees and costs against the defense in several pretrial rulings.

26. The time set forth in this declaration is taken from my office records. I believe that this time accurately depicts the time and services for this case for which I and my firm are seeking payment. As will be indicated below, in the exercise of billing judgment I am eliminating 209 hours from these totals: 100 of 1078 hours for Stephen J. Neuberger, 60 of 379 hours for my associate Ms. Sasadeusz, 13 of 800 hours for Thomas S. Neuberger, 27 of 168 hours for my paralegal, and all of law clerk Jano's time of 9.4 hours.

27. Set out below is the value of the lodestar and time in this case for my law firm at the trial level.

## Total Lodestar Time at Trial Level

Telephone conferences, written correspondence[4]

---

was entered in one case and the other one-half in the second case. After consolidation, all time was simply entered in the Price case under the heading "FTU."

[4] Time codes 790, 800, 810, 820, 830, 420, 430, 170, 210, 420, 430.

|  | Total Hours: | 154.3 |

Office conferences with three clients, counsel or others[5]

|  | Total Hours: | 289.8 |

Legal research[6]

|  | Total Hours: | 151.0 |

Preparation of Legal Memoranda for file[7]

|  | Total Hours: | 88.4 |

Complaint, written discovery and other pleadings
preparation or review, including extensive
document production, very lengthy written
interrogatory answers, motions[8]

|  | Total Hours: | 278.3 |

Deposition Preparation[9]

|  | Total Hours: | 92.8 |

Taking or defending depositions[10]

|  | Total Hours: | 74.4 |

Document review and examination ,

---

[5] Codes 100, 110, 120.

[6] 410.

[7] 450, 250.

[8] 160, 700, 360, 620, 630, 690, 220, 241, 242, 245, 500, 550, 710.

[9] 240.

[10] 230.

and document management[11]

                                                  Total Hours:  11.8

Fact investigation and analysis[12]

                                                  Total Hours:  43.6

Expert witness consultation and analysis,
       review of reports from four experts and development
       of a million dollar loss projection with
       supporting record[13]

                                                  Total Hours:  9.3

File memos, organization or review[14]

                                                  Total Hours:  11.5

Summary Judgment briefing, defend defense
       motion and present other briefing on
       summary judgment, consolidation
       and spoliation sanctions. [15]

                                                Total Hours:  406.8

Settlement efforts[16]

                                                  Total Hours:  2.0

---

[11]  260, 261, 610, 21.

[12]  400, 280, 281, 480, 840.

[13]  271.

[14]  310, 320, 330, 60.

[15]  90, 25, 785.

[16]  720.

Pretrial conference and document preparation,
the actual pretrial conference and
follow-up, other earlier court appearances[17].

                                               Total Hours:  203.9

Trial preparation for a 12 day jury trial: testimony of
witnesses in plaintiffs' case in chief, cross
examination., opening
statement, final argument and rebuttal,
review and study juror pool, prepare and review
trial exhibits and defense exhibits[18].

                                               Total Hours:  400.7

Trial, 12 days, two attorneys for three plaintiffs[19]

                                               Total Hours:  187.2

Paralegal production of trial exhibit books,
set up and break down of the trial table each
day, control electronic media during trial.

                                               Total Hours:  142.7

Post Trial Submissions[20]

                                               Total Hours:  1.0

                                               Total All Hours: 2549.5[21]

---

[17]  640, 70, 50, 370, 350.

[18]  860.

[19]  850.

[20]  855.

[21]  These are the total hours before the exercise of billing discretion which subtracts 209 hours leaving a balance of 2340.5 hours.  Eight percent of total hours were removed in the

Total Value of 2340.5 hours after billing discretion

| | | |
|---|---|---|
| TSN | 800.7 hours[22] @ $410/hour | $328,287.00 |
| SJN | 978.6 hours[23] @ $250/hour | $ 244,650.00 |
| CAS | 319.3 hours[24] @ $150/hour | $ 47,895.00 |
| JR | 141 hours[25] @ $85/hour | $ 11,985.00 |
| JU law clerk 125.4 hours @ $85/hour[26] | | $ 10,659.00 |

| | |
|---|---|
| | _____ |
| Total value of time after exercise of all billing judgment | $ 643,476.00 |
| | _____ |

TOTAL VALUE OF TRIAL LODESTAR          $ 643,476.00

    28. During all of 2006 my normal hourly billing rate has been $410 per hour.   The

defendants do not contest my billing rate in this proceeding.  Nor do they contest the rate of $290

_____

exercise of billing discretion.

    [22]  This is the balance after 13 hours were eliminated.

    [23] This is the balance after 100 hours were eliminated.

    [24] This is the balance after 60 hours were eliminated.

    [25] This is the balance after 27 hours were eliminated.

    [26] The law clerk exhaustively researched the area of adverse action which was a dominant
defense at trial, the collateral source issues which were a trial defense and analyzed the extensive
medical records and medical issues in the case.

per hour for Martin D. Haverly, Esq., or $150 per hour for my associate. They do contest the rate of $250 per hour for my partner, Stephen J. Neuberger. I am uncertain whether they contest the rate of $85 per hour for my paralegal or law clerk.

29. These are the normal hourly rates I regularly bill to clients who pay on an hourly, non-contingent basis. My firm has no other hourly rates and it always has had just one hourly rate structure for the firm.

30. I have litigated cases throughout the United States. I am familiar with the hourly rates charged in many areas, especially Philadelphia and Wilmington. I am acquainted with hourly rates charged by other law firms in Wilmington and in Philadelphia. In my opinion the $250 per hour rate Stephen Neuberger and that of $85.00 per hour for my paralegal or law clerk, are not in excess of the usual and customary rates for Philadelphia or Wilmington attorneys or paralegals or law clerks who enjoy comparable reputations, skill and experience.

31. With reference to Stephen Neuberger's hourly rate, I have personal knowledge that the major Wilmington, Delaware firm of Young, Conaway, Stargatt & Taylor bills at least $250 per hour for just two year associates in its Labor department, not even considering that such a two year associate may not even have the equivalent of six years of litigation experience. In the less complex area of bankruptcy law that Firm's two year associates bill at an even higher hourly rate. Stephen Neuberger has consistently demonstrated that his ability, skill, experience and reputation is greater than his peers at major law firms. For example, he has already successfully completed two appeals in the Fourth and Third Circuits after oral argument, garnered one major free speech decision at the district court level, second-chaired four significant verdicts following federal court jury trials, completed successful post trial briefing and defended the verdicts in the

cases that did not subsequently settle, and successfully completed intensive sanctions briefing against opponents in major law firms.

32. Recently in March 2006, as part of the settlement following the State's unsuccessful appeal in the Springer case, the State of Delaware agreed and consented to Stephen Neuberger's hourly rate of $250 following the Third Circuit's decision in Springer v. Henry, 435 F.3d 268 (3d Cir. 2006).

33. Defendants in the present case have agreed and consented to the hourly rate of $220 for Stephen Neuberger. Accordingly, the dispute between the parties is narrowly focused on the difference between Stephen Neuberger's regular hourly rate of $250 and the $220 figure agreed to by the defense.

34. As indicated above, I have reviewed the time records for this case and I have, when appropriate, eliminated through the exercise of billing judgment any time which was deemed to be excessive or which involved work that was not strictly related to the pursuit of this case.

35. Finally, my time which is devoted to this present fee application or post trial motions will be set forth separately in another declaration which I will file after briefing or oral argument on such motions.

## IV. COSTS

36. Through the trial, my clients have incurred out of pocket expenses of $38,729.01 in connection with the prosecution of the case which either are or are not covered by the bill of costs. These other costs are summarized below. These expenses are reflected in the books and records of this firm and are based on expense vouchers, check records and other similar documentary backup, all of which are maintained in the ordinary course of his practice. All the

expenses referenced were reasonably and necessarily incurred in prosecuting the case.

**Foraker v. Chaffinch, C.A.No. 04-1207 - GMS - Expenses**

Court Costs and Filing Fees
     8/26/04  CK.#6777         150.00

Depositions of trial witnesses (Baylor, Davis, Chaffinch)
  Wilcox and Fetzer
     9/19/05  Ck.#7078        1867.78

Postage, Delivery or Service of Documents, Subpoenas, etc.
  D & M Professional Services
     9/30/04  Ck.#6813        150.00

Printing, Copying and Exhibit and Document Creation
  Aztec Copies 3/14/05  CK.#6968      28.00
  Dr. Jill Mackey - Copy of Foraker Medical Records
     5/11/05  CK.#6999        25.00
  In-House Copying
     Invoice of 2/13/06         729.12

Postage                  26.22

Court and Hearing Transcripts
  Kevin J. Maurer for 12/7/05 Conference before Judge Sleet
     1/3/06  Ck.#7186        49.50

Unpaid postage             11.01

Unpaid copying done in house by the Firm    $2,464.92

         TOTALS:   $5,501.55

**Price v. Chaffinch, C.A.No. 04-956-GMS - Expenses**

Clerk, U.S. District Court, filing fee      $150.00

Conference Call Fees
       AT&T      1/23/06      Ck.#7207                    60.73

Depositions of trial witnesses
       Wilcox and Fetzer (Baylor, MacLeish, Papili)
               8/30/05      Ck.#7064              2192.55
       Wilcox and Fetzer (Yeomans, W. Warren)
               12/8/05      Ck.7152              1562.98
       Wilcox and Fetzer (W. Warren Vol. II)
               12/8/05      Ck.7153              500.50
       Wilcox and Fetzer (Baylor - Vol. II, Foraker)
               12/27/05    Ck.#7169              688.85
       Wilcox and Fetzer (Forester)
               1/16/06      Ck.#7187              630.10
       Wilcox and Fetzer (McQueen, Dillman)
               2/3/06       Ck.#7221             1120.90
       Wilcox and Fetzer (Dixon)
               2/13/06      Ck.#7223              441.42

Printing, Copying and Exhibit and Document Creation
       Aztec Copies  9/21/04      Ck.#6805              333.38
       Aztec Copies  11/4/04      Ck.#6869              288.00
       Gary T. Quiroga, M.D. - Copies of Price Medical Records
               5/11/05      Ck.#11488            25.00
       Charles Stanislav, M.D. - Copies of Warren Medical Records
               5/11/05      Ck.#11489            25.00
       Parcels     12/8/05      Ck.#7154             126.00
       Parcels     2/13/06      Ck.#7224            345.00

In house copying and postage paid on 4/26/06 and 5/2/06      10,000.00

Postage, Delivery or Service of Documents, Subpoenas, etc.
       D & M Professional Services
               9/13/04      Ck.#6797              180.00
       UPS       9/13/05      Ck.#7076               15.33
       UPS       12/8/05      Ck.#7151               30.66
       D & M. Professional Services
               1/3/06       Ck.#7185               45.00
       D & M. Professional Services
               1/24/06      Ck.#7208             180.00

Witness Fees

| | |
|---|---|
| Ret. Major Joseph N. Forrester 12/27/05     Ck.#7167 | 94.30 |
| Unpaid postage | 121.59 |
| Unpaid copying | 6,260.52 |
| Unpaid invoice from AQUIPT for courtroom electronic projection equipment for 12 days, set up and return | 4,232.00 |
| Unpaid invoice from Parcels for production of jury trial exhibit books with over 150 exhibits in each | 3,577.65 |
| TOTALS: | $33,227.46 |

## V. FEES AND COSTS ALREADY AWARDED TO PLAINTIFFS BY THE COURT

37. An independent basis for limited attorneys fees and costs also is found in several of the Court's pretrial rulings. First, in an Order dated April 12, 2006, the Court awarded plaintiffs "reasonable attorneys' fees and expenses" related to the prosecution of their motion for sanctions for spoliation of evidence. (D.I. 134 at 3). Second, during the April 18, 2006 pretrial conference, the Court awarded plaintiffs the costs related to having to file their motion to strike (D.I. 124) the untimely motions in limine filed by defendants (see D.I. 113, 117), as well as the costs related to plaintiffs' response to the motions at the pretrial. (Pretrial Transcript at p. 37). The time related to these events has been compiled and is attached at Tab F.

## VI. CONCLUSION

38. From the above it can be seen that a grand total of 2340.5 hours were devoted to the trial in this case. In the exercise of billing judgment 209 hours were first subtracted from a higher total of 2549.5 leaving a residue of 2340.5 hours for which compensation is being sought

at normal hourly billing rates.

      39.  Accordingly, I believe that an attorneys' fee award of $ 643,476.00 is reasonable and appropriate in this case for my offices' work through June 5, 2006.   An award of $38,729.01 for costs also should  be made, as well as prejudgment and post judgment interest .

**THOMAS S. NEUBERGER**

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 19 , 2006.

FTU/Fees Post Trial/ Neuberger Fee Declaration..FINAL

# Tab A

## *TRANSACTION CODES LISTING*

4/16/99

Costs Nos. 900-985

10 Agency
20 Agreement
21 Analyze
25 Appendix
26 Appellate Motions & Submissions
27 Appellate Briefs
28 Appellate Argument Preparation
29 Appellate Argument Presentation
30 Arbitration
40 Argument To Agency
50 Argument To Court
60 Argument Preparation
70 Attend
80 Billing
90 Brief Preparation
91 Budgeting
95 Client(s)
100 Consultation With
110 Conference With
120 Conference In-office, Client
130 Conference In-office, Non-client
140 Court Appearance
150 Court Order
160 Complaint Preparation
170 Correspondence
180 Conference Outside-Office/Non-Client
190 Conference Outside-Office/Client
191 Conference With Court
200 Compute
210 Dictation
211 Dispositive Motion
220 Draft Discovery
225 Drafting, Revision & Finalization of
230 Deposition
240 Deposition Preparation
241 Discovery Written
242 Discovery Document Production
243 Discovery Expert
244 Discovery Motions
245 Discovery - Other
249 Document(s)
250 Document Drafting
260 Document Examination
261 Document Management
270 Draft
271 Experts/Consultant
280 Factual Investigation
281 Factual Analysis
290 Finalize
300 Firm Committees
310 File Memorandum
320 File Organization
330 File Review
340 Hearing
350 Hearing Preparation
360 Interrogatories Preparation
370 Jury Instructions Preparation
380 Letter
390 Locate Defendant
395 Locate Witness

400 Legal and Factual Analysis
410 Legal Research
420 Letter From
430 Letter To
440
449 Manage Data
450 Memorandum
460 Monitor Arbitration Cases
470 Meeting
480 Medical Record Review
490 Monitor
500 Motion Preparation
510 Negotiations
520 Notice Preparation
530 Office Administration
540 Opinion Letter
550 Order Preparation
560 Other
570 Papers Served or Filed
580 Plan Administration
581 Plan Strategy
590 Photo's
600 Preparation of Motion
601 Preliminary Injunction
610 Proof-Read Document
620 Pleadings Preparation
630 Pleadings Review
640 Pre-trial
650 Records Check
660 Release
670 Research Memorandum
680 Request For Admissions Preparation
690 Request For Production Preparation
699 Research
700 Review
710 Revise
720 Settlement
730 Summary Judgment
740 Seminar
750 Stipulation
760 Stipulation Preparation
770 Subpoena Preparation
780 Subpoena Served
785 Table of Cases
790 Telephone - Client
800 Telephone Conference
810 Telephone From
820 Telephone/Non-client
830 Telephone To
840 Travel
850 Trial
851 Trial Fact Witnesses
852 Trial Expert Witnesses
853 Trial Motions and Submissions
854 Trial Preparation and Support
855 Post-Trial Motions and Submissions
860 Trial Preparation
870 Will Preparation
880 Will Signing

900 Word Processing-Expense
901 Court Fees-Expense
903 Depo. Transcript-Expense
905 Copying - Expense
906 Outside Copying-Expense
907 Parking/Travel - Expense
908 Online Research-Expense
909 Postage - Expense
910 Delivery Services/Messenger
911 Long Distance Tele-Expense
912 Meals - Expense
913 Witness Fees - Expense
914 Experts - Expense
915 Medical Rec/Rpts - Expense
916 Trial Exhibits - Expense
917 Trial Transcript - Expense
918 Costs (Advance)
919 Costs (Expense)
920 Litigation Support Vendor
921 Police Report - Expense
922 Private Investigators-Expense
923 Search-Motor Vehicle-Expense
924 Arbitrators/Mediators-Expense
925 Process Server - Expense
926 Subpoena Fees
927 Fax Transmission-Expense
928 Payment - Thank You
929 Local Counsel - Expense
930 Other Professionals
931 Other

# Tab B

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| **Firearms Training Unit 5200-04** | | | |
| 3/1/2004 | Investigation publication of national news article on client. | 280 | 0.3 |
| 4/6/2004 | initial consult with 4 Troopers.  TSN, SJN, Tom Crumplar | 100 | 2.3 |
| 4/6/2004 | initial consult with 4 Troopers.  TSN, SJN, Tom Crumplar | 100  Stephen Neuberger | 2.3 |
| 4/6/2004 | e-mail to Shae at J&C | 430  Stephen Neuberger | 0.3 |
| 4/7/2004 | telephone call from Wayne Warren | 810  Stephen Neuberger | 0.3 |
| 4/7/2004 | letter to clients and pulling materials | 430  Stephen Neuberger | 0.7 |
| 4/7/2004 | telephone call from Kurt Price | 810  Stephen Neuberger | 0.3 |
| 4/8/2004 | telephone with Wayne Warren | 830  Stephen Neuberger | 0.1 |
| 4/9/2004 | telephone with TSN | 800  Stephen Neuberger | 0.1 |
| 4/11/2004 | meeting with SJN | 110 | 0.1 |
| 4/11/2004 | meeting with TSN | 110  Stephen Neuberger | 0.1 |
| 4/13/2004 | telephone call from Chris | 810  Stephen Neuberger | 0.1 |
| 4/13/2004 | telephone call to Fiscella | 830  Stephen Neuberger | 0.1 |
| 4/14/2004 | conference with RJ, TC & SJN re: feasibility of FTU case | 110 | 1.6 |
| 4/14/2004 | conference with RJ, TC & TSN re: feasibility of FTU case | 110  Stephen Neuberger | 1.6 |
| 4/14/2004 | telephone to Chris Foraker | 830  Stephen Neuberger | 0.4 |
| 4/14/2004 | telephone to Chris Foraker | 830 | 0.4 |
| 4/14/2004 | telephone to Vince Fiscella re: meeting | 830 | 0.3 |
| 4/14/2004 | telephone to Vince Fiscella re: meeting | 830  Stephen Neuberger | 0.3 |
| 4/14/2004 | meeting with TSN re: meeting with J&C and what to do | 110  Stephen Neuberger | 0.3 |
| 4/14/2004 | meeting with SJN re: meeting with J&C and what to do | 110 | 0.3 |
| 4/14/2004 | e-mail to J&C re: summary of meeting and other issues | 430  Stephen Neuberger | 0.3 |
| 4/14/2004 | lunchtime meeting with TSN | 110  Stephen Neuberger | 0.1 |
| 4/14/2004 | lunchtime meeting with SJN | 110 | 0.1 |
| 4/15/2004 | meeting with Chris & Wayne and organizing documents | 120  Stephen Neuberger | 2 |
| 4/15/2004 | organize binders - t of c | 320  Stephen Neuberger | 0.6 |
| 4/15/2004 | review memo and attachment from TSN | 700  Stephen Neuberger | 0.1 |
| 4/15/2004 | telephone call from Kurt Price. | 810  Stephen Neuberger | 0.1 |
| 4/16/2004 | meeting with Kurt and Jim and Shae from J&C | 120  Stephen Neuberger | 1.5 |
| 4/16/2004 | pulling together faxed docs and circulating to J&C | 550  Stephen Neuberger | 0.3 |
| 4/20/2004 | telephone with Wayne Warren | 810  Stephen Neuberger | 0.4 |
| 4/21/2004 | e-mail from and to Shae | 430  Stephen Neuberger | 0.1 |
| 4/22/2004 | Telephone from TE. | 800 | 0.2 |
| 4/22/2004 | Review fee agreements. | 700 | 0.2 |
| 4/22/2004 | review K's | 700  Stephen Neuberger | 0.2 |
| 4/23/2004 | pull and review media coverage | 700  Stephen Neuberger | 0.1 |
| 4/25/2004 | review documents | 700  Stephen Neuberger | 3 |
| 4/26/2004 | organize file and prepare documents | 320  Stephen Neuberger | 0.6 |
| 4/26/2004 | return call to Chris Foraker re: union funding | 830  Stephen Neuberger | 0.2 |
| 4/26/2004 | e-mail to Chris re: funding | 430  Stephen Neuberger | 0.2 |
| 4/26/2004 | e-mail to Shae | 430  Stephen Neuberger | 0.1 |
| 4/27/2004 | telephone call to Chris Foraker | 830  Stephen Neuberger | 0.1 |
| 4/27/2004 | review 1999 Clark-Nexson report | 700  Stephen Neuberger | 0.3 |
| 4/27/2004 | respond to media inquiries | 830  Stephen Neuberger | 0.2 |
| 4/27/2004 | call from Chris re: legal aid committee and file memo | 310  Stephen Neuberger | 0.1 |
| 4/27/2004 | respond to media inquiries and review docs | 810  Stephen Neuberger | 0.4 |
| 4/28/2004 | Telephone with CF about paying for costs in the case, and failure of union support. | 790 | 0.4 |
| 4/28/2004 | e-mail from and to Shae | 430  Stephen Neuberger | 0.1 |
| 4/28/2004 | telephone call from Kurt Price | 810  Stephen Neuberger | 0.1 |
| 4/28/2004 | e-mail to Chris | 430  Stephen Neuberger | 0.1 |
| 4/29/2004 | meeting with TSN | 110  Stephen Neuberger | 0.1 |
| 4/29/2004 | telehphone from Wayne Warren | 810  Stephen Neuberger | 0.1 |
| 4/29/2004 | review fax from Wayne and draft response | 700  Stephen Neuberger | 0.4 |
| 5/3/2004 | telephone call from Wayne Warren | 810  Stephen Neuberger | 0.1 |
| 5/4/2004 | Meet with CF about meeting with the auditors and documents he delivered.l | 120 | 0.4 |
| 5/7/2004 | Telephone from Auditor's Office about 5 interviews. | 800 | 0.3 |
| 5/7/2004 | Telephone with CF about appearance subpoena from Auditor. | 790 | 0.2 |
| 5/7/2004 | meeting with SJN re auditor | 110 | 0.1 |
| 5/7/2004 | meeting with TSN re auditor | 110  Stephen Neuberger | 0.1 |
| 5/8/2004 | Telephone with CF about appearance on Wednesday. | 790 | 0.2 |
| 5/10/2004 | Telephone from MA of NJ. | 800 | 0.3 |
| 5/10/2004 | Telephone from TE of DSN. | 800 | 0.3 |
| 5/11/2004 | review Price and Warcick statements | 700 | 0.4 |
| 5/11/2004 | review auditor statements; prepare small documents package; prepare table of contents; set up co... | 700  Stephen Neuberger | 2 |
| 5/11/2004 | telephons calls from Wayne Warren | 810  Stephen Neuberger | 0.4 |
| 5/11/2004 | review Wayne's draft | 700  Stephen Neuberger | 0.4 |
| 5/11/2004 | telephone with TSN | 830  Stephen Neuberger | 0.1 |
| 5/11/2004 | telephone from SJN | 810 | 0.1 |
| 5/12/2004 | Defend 5 clients at interviews by three state auditors. | 70 | 4.2 |
| 5/12/2004 | Prepare for interviews with the state auditors. | 350 | 0.4 |
| 5/12/2004 | Meet with clients to debrief them after the auditor interviews. | 120 | 1.5 |
| 5/12/2004 | Interview by TE of DSN re auditor questioning. | 110 | 1 |
| 5/12/2004 | Interview with TE re auditor investigation. | 110 | 1 |
| 5/13/2004 | telephone with Kurt Price re: fitness for duty examination which is coming down | 830  Stephen Neuberger | 0.3 |
| 5/13/2004 | e-mail to Shae re Kurt Price and the Fitness for Duty eval] | 430  Stephen Neuberger | 0.2 |
| 5/13/2004 | review FTU docs from yesterday | 700  Stephen Neuberger | 0.3 |
| 5/14/2004 | telephone call from Kurt Price | 810  Stephen Neuberger | 0.1 |
| 5/14/2004 | Factual analysis and review statements in the press that may help. | 280 | 1 |
| 5/14/2004 | Interview by MA about auditor meeting the other day. | 110 | 0.8 |
| 5/17/2004 | telephone calls to the FTU troopers | 830  Stephen Neuberger | 0.5 |
| 5/17/2004 | call from Wayne Warren | 810  Stephen Neuberger | 0.1 |
| 5/17/2004 | call from Jim | 810  Stephen Neuberger | 0.1 |
| 5/17/2004 | review documents that JAED released | 700  Stephen Neuberger | 0.2 |
| 5/20/2004 | Telephone with TE re attack in media by legislators on clients. | 800 | 0.3 |
| 5/25/2004 | Email from SJN on status. | 420 | 0.1 |
| 5/26/2004 | Telephone from TE on the Carper connection. | 800 | 0.2 |
| 5/26/2004 | review medical docs from Kurt and Wayne | 700  Stephen Neuberger | 0.1 |
| 5/26/2004 | telephone call from Kurt re: medical tests and fax | 810  Stephen Neuberger | 0.2 |
| 6/3/2004 | telephone from Wayne Warren | 810  Stephen Neuberger | 0.1 |
| 6/9/2004 | meeting with Kurt | 110  Stephen Neuberger | 0.7 |
| 6/15/2004 | Call from Auditor office. | 800 | 0.1 |
| 6/15/2004 | review medical records | 700  Stephen Neuberger | 0.2 |
| 6/15/2004 | review latest binder of docs | 700  Stephen Neuberger | 0.1 |
| 6/17/2004 | telephone with Kurt Price and file memo | 830  Stephen Neuberger | 0.2 |
| 6/18/2004 | telephone call from Wayne Warren | 810  Stephen Neuberger | 0.4 |
| 6/21/2004 | returning telephone call to Kurt Price | 830  Stephen Neuberger | 0.1 |
| 6/22/2004 | Meet with SJN to discuss meeting with Watson. | 110 | 0.2 |
| 6/22/2004 | Meet with SJN and TCC about strategy. | 110 | 0.2 |
| 6/22/2004 | Telephone with Curt Price about light duty status and his options. | 790 | 0.2 |
| 6/22/2004 | meeting with SJN re fitness for duty, toxicologist, retaliation | 110 | 0.2 |
| 6/22/2004 | meeting with SJN re fitness for duty, toxicologist, retaliation | 110  Stephen Neuberger | 0.2 |
| 6/22/2004 | telephone with Wayne Warren | 810 | 0.2 |
| 6/22/2004 | telephone with Kurt Price, trying to track down Wayne | 810  Stephen Neuberger | 0.3 |
| 6/22/2004 | telephone with Kurt Price, trying to track down Wayne | 810 | 0.3 |
| 6/22/2004 | meeting with TSN & TC | 110  Stephen Neuberger | 0.4 |
| 6/22/2004 | meeting with SJN | 110 | 0.1 |
| 6/24/2004 | Email from SJN on CP status. | 420 | 0.1 |
| 6/24/2004 | Review email on lead contamination. | 420 | 0.2 |
| 6/24/2004 | Telephone interview with TE. | 800 | 0.5 |
| 6/24/2004 | Meet with two clients, Warren and Price. | 120 | 0.3 |
| 6/24/2004 | meeting with TSN, Kurt & Wayne | 110  Stephen Neuberger | 0.3 |
| 6/24/2004 | telephone conference | 800  Stephen Neuberger | 0.3 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 6/24/2004 | meeting with TSN | 110 Stephen Neuberger | 0.5 |
| 6/24/2004 | meeting with SJN | 110 | 0.5 |
| 6/24/2004 | telephone conference | 800 Stephen Neuberger | 0.2 |
| 6/25/2004 | Leave message for Ed Watson at Auditors office. | 800 | 0.1 |
| 6/28/2004 | Investigate facts, statements in the press by McLeish. | 280 | 0.3 |
| 6/28/2004 | telephone call to Kurt & Wayne | 830 Stephen Neuberger | 0.2 |
| 6/28/2004 | meetings with TSN | 110 Stephen Neuberger | 0.3 |
| 6/28/2004 | meetings with SJN | 110 | 0.3 |
| 7/1/2004 | Fact investigation, review story on Wagner report, speak with TE on the facts, draft a comment, ... | 280 | 1.5 |
| 7/2/2004 | Telephone with client. | 800 | 0.2 |
| 7/2/2004 | Meet with TCC about the case. | 110 | 0.4 |
| 7/2/2004 | call from Kurt | 810 Stephen Neuberger | 0.2 |
| 7/2/2004 | meeting with TSN | 110 Stephen Neuberger | 0.5 |
| 7/2/2004 | Meeting with SJN | 110 | 0.5 |
| 7/6/2004 | V-mail messages from Kurt & Chris | 810 Stephen Neuberger | 0.1 |
| 7/6/2004 | Return call to Kurt | 830 Stephen Neuberger | 0.1 |
| 7/6/2004 | review disability pension docs from Kurt Price | 700 Stephen Neuberger | 0.2 |
| 7/6/2004 | Find and review STate News article | 700 Stephen Neuberger | 0.1 |
| 7/7/2004 | Telephone call to Vince Fiscella | 830 Stephen Neuberger | 0.1 |
| 7/7/2004 | E-mail from Chris. | 410 Stephen Neuberger | 0.1 |
| 7/8/2004 | DSN article | 700 Stephen Neuberger | 0.1 |
| 7/8/2004 | Telephone call from Vince Fiscella | 810 Stephen Neuberger | 0.3 |
| 7/8/2004 | Dictate memo re: conversation with Fiscella | 210 Stephen Neuberger | 0.2 |
| 7/8/2004 | review Supervisor Injury reports for Wayne and Kurt | 700 Stephen Neuberger | 0.3 |
| 7/8/2004 | telephone call to Kurt Price | 830 Stephen Neuberger | 0.1 |
| 7/8/2004 | review fax from Kurt | 700 Stephen Neuberger | 0.1 |
| 7/8/2004 | Meeting with TSN re: happenings in the case | 110 Stephen Neuberger | 0.1 |
| 7/8/2004 | Meeting with SJN re happenings in the case | 110 | 0.1 |
| 7/9/2004 | E-mail to Shae | 430 Stephen Neuberger | 0.1 |
| 7/9/2004 | Telephone call from Eldred | 810 Stephen Neuberger | 0.2 |
| 7/9/2004 | Telephone call from Eldred | 810 | 0.1 |
| 7/9/2004 | Listen to V-mail message; e-mail to TSN | 430 Stephen Neuberger | 0.1 |
| 7/9/2004 | Meeting with TSN re: retaliation issues at the FTU and whether 1st Amendment has been violated | 110 Stephen Neuberger | 0.9 |
| 7/9/2004 | Meeting with SJN re: retaliation issues at the FTU and whether 1st Amendment has been violated | 110 | 0.9 |
| 7/9/2004 | E-mail to Crumplar re: free speech retaliation | 430 Stephen Neuberger | 0.6 |
| 7/11/2004 | Telephone from Curt Price about unequal treatment issue. | 10 | 0.2 |
| 7/11/2004 | Telephone with client. | 790 | 0.1 |
| 7/12/2004 | Fact investigation | 280 Stephen Neuberger | 0.1 |
| 7/12/2004 | Review e-mail re 1st amend. retal. theories | 700 Stephen Neuberger | 0.1 |
| 7/12/2004 | Meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 7/12/2004 | Meeting with SJN | 110 | 0.1 |
| 7/12/2004 | Review faxed reports | 410 Stephen Neuberger | 0.1 |
| 7/12/2004 | Review email to TCC. | 430 | 0.1 |
| 7/13/2004 | Return call to Kurt | 830 Stephen Neuberger | 0.1 |
| 7/14/2004 | Meeting with Kurt and Wayne | 110 Stephen Neuberger | 0.3 |
| 7/16/2004 | Meet with Foraker. | 790 | 0.3 |
| 7/20/2004 | Edit and proofread memo | 640 Stephen Neuberger | 0.3 |
| 7/21/2004 | Meet with RJ and TSN about further proceedings in the case. | 110 | 1.7 |
| 7/21/2004 | Telephone report to CF about further proceedings in the case. | 790 | 0.2 |
| 7/21/2004 | File memo. | 310 | 0.1 |
| 7/21/2004 | meeting with TSN | 110 Stephen Neuberger | 0.5 |
| 7/21/2004 | Call from Chris | 810 Stephen Neuberger | 0.1 |
| 7/23/2004 | Meetings about further proceedings. | 110 | 0.2 |
| 7/23/2004 | Meetings with SJN re: representation; filing; conflicts; damages; and a host of other issues | 110 | 1.1 |
| 7/23/2004 | Meetings with SJN re: representation; filing; conflicts; damages; and a host of other issues | 110 Stephen Neuberger | 1.1 |
| 7/23/2004 | File memo | 310 Stephen Neuberger | 0.3 |
| 7/25/2004 | Second draft of our strategy memo. | 310 | 1.0 |
| 7/27/2004 | Telephone calls from Kurt and Chris | 810 Stephen Neuberger | 0.4 |
| 7/28/2004 | Follow up meeting with the three auditors. | 110 | 2.7 |
| 7/28/2004 | Review file and prepare for meeting today. | 330 | 0.6 |
| 7/28/2004 | Meet with clients to discuss the facts and options for their suits. | 120 | 2.7 |
| 7/28/2004 | Meeting with TSN about Auditor Meetings and FTU representation | 110 Stephen Neuberger | 1.3 |
| 7/28/2004 | Meeting with TSN about Auditor Meetings and FTU representation | 110 | 1.3 |
| 7/28/2004 | Morning meetings with FTU clients | 110 Stephen Neuberger | 1.1 |
| 7/28/2004 | Afternoon meetings with clients | 110 Stephen Neuberger | 2.7 |
| 7/28/2004 | Dictate memo | 210 Stephen Neuberger | 0.3 |
| 7/29/2004 | Meet with JR about developing facts. | 110 | 0.3 |
| 7/29/2004 | Telephone with CF about timing of suit. | 790 | 0.1 |
| 7/29/2004 | Telephone from Curt Price on further charges against the men. | 800 | 0.2 |
| 7/29/2004 | Meeting with TSN re: representation and how to present Chris' case | 110 Stephen Neuberger | 0.5 |
| 7/29/2004 | Meeting with SJN re: representation and how to present Chris' case | 110 | 0.5 |
| 7/30/2004 | Meet with SJN about further charges against the men. | 110 | 0.2 |
| 7/30/2004 | Telephone with TE about charges against the men. | 800 | 0.1 |
| 7/30/2004 | Telephone call from Kurt Price: retaliation against the men | 810 Stephen Neuberger | 0.3 |
| 7/30/2004 | Review packets of docs from clients | 700 Stephen Neuberger | 0.3 |
| 7/30/2004 | Review fax from Chris | 700 Stephen Neuberger | 0.1 |
| 7/30/2004 | Follow-up telephone calls to Kurt Price regarding retaliation against the men | 830 Stephen Neuberger | 0.2 |
| 7/30/2004 | Call to Chris | 830 Stephen Neuberger | 0.1 |
| 7/30/2004 | Demand E-mail to Lt. Col. | 430 Stephen Neuberger | 0.2 |
| 7/30/2004 | Meeting with TSN | 110 Stephen Neuberger | 0.2 |
| 7/30/2004 | Review docs | 700 Stephen Neuberger | 0.4 |
| 7/30/2004 | Review retaliation timeline | 700 Stephen Neuberger | 0.4 |
| 7/30/2004 | Telephone call to Vince Fiscella re: retaliation against Troopers | 830 Stephen Neuberger | 0.1 |
| 7/30/2004 | Telephone call and follow up e-mail to Shae at J&C | 830 Stephen Neuberger | 0.1 |
| 7/30/2004 | Call to Chris | 830 Stephen Neuberger | 0.1 |
| 7/30/2004 | Meeting with TSN re: filing suit | 110 Stephen Neuberger | 1 |
| 7/30/2004 | Meeting with SJN re: filing suit | 110 | 1 |
| 7/30/2004 | Letter to clients | 430 Stephen Neuberger | 0.3 |
| 7/30/2004 | Another e-mail to Shae | 430 Stephen Neuberger | 0.1 |
| 7/30/2004 | Call from Wayne - giving go-ahead on suit | 810 Stephen Neuberger | 0.2 |
| 8/2/2004 | Call from Kurt re: Lt. Col's threats re: what he will do to FTU Troopers | 810 Stephen Neuberger | 0.2 |
| 8/3/2004 | E-mail to and from Kurt Price | 430 Stephen Neuberger | 0.1 |
| 8/3/2004 | Returning Kurt's call re Status | 830 Stephen Neuberger | 0.1 |
| 8/3/2004 | Begin drafting complaint | 160 Stephen Neuberger | 1.7 |
| 8/3/2004 | Call from Kurt about retaliation being planned against FTU Troopers | 810 Stephen Neuberger | 0.2 |
| 8/4/2004 | Drafting FTU complaint | 160 Stephen Neuberger | 5.4 |
| 8/4/2004 | Drafting fee agreement | 250 Stephen Neuberger | 0.6 |
| 8/5/2004 | Revise draft fee agreement | 250 Stephen Neuberger | 0.3 |
| 8/5/2004 | Drafting Complaint - draft.02 | 160 Stephen Neuberger | 1.2 |
| 8/5/2004 | Revise and proofread memo | 710 Stephen Neuberger | 0.2 |
| 8/5/2004 | Meeting with Tom Crumplar | 110 Stephen Neuberger | 0.8 |
| 8/5/2004 | Dictate memo re: meeting with Crumplar | 210 Stephen Neuberger | 0.1 |
| 8/5/2004 | Telephone conferences with TSN | 800 Stephen Neuberger | 0.4 |
| 8/5/2004 | Telephone conferences with SJN | 800 | 0.4 |
| 8/5/2004 | Call to Chris | 830 Stephen Neuberger | 0.1 |
| 8/5/2004 | Telephone conversation with Chris about filing, scheduling, representation and conflicts | 830 Stephen Neuberger | 0.6 |
| 8/5/2004 | Telephone call with Kurt | 830 Stephen Neuberger | 0.3 |
| 8/5/2004 | Telephone with Wayne | 830 Stephen Neuberger | 0.3 |
| 8/6/2004 | Call from Kurt's wife Lynn about the case | 810 Stephen Neuberger | 0.1 |
| 8/6/2004 | Type several file memos | 310 Stephen Neuberger | 0.4 |
| 8/6/2004 | Look for old letter and e-mail to Chris | 700 Stephen Neuberger | 0.2 |
| 8/7/2004 | 2nd draft of fee agreement | 250 Stephen Neuberger | 1.5 |
| 8/8/2004 | Revise fee agreement - continue work on potential conflicts section | 250 Stephen Neuberger | 0.3 |

**The Neuberger Firm**

**Sales by Customer Detail**

10:49 AM

06/10/06

Accrual Basis

March 1, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 8/9/2004 | Drafting complaint | 160 Stephen Neuberger | 0.4 |
| 8/9/2004 | File organization | 320 Stephen Neuberger | 0.1 |
| 8/9/2004 | Meeting with SJN about representation and filing | 110 | 0.1 |
| 8/9/2004 | Meeting with TSN about representation and filing | 110 Stephen Neuberger | 0.1 |
| 8/9/2004 | Telephone call from Wayne | 830 Stephen Neuberger | 0.2 |
| 8/9/2004 | Review file memos.\ | 700 | 0.2 |
| 8/10/2004 | Review email from KP. | 420 | 0.1 |
| 8/10/2004 | Review draft of complaint. | 160 | 0.6 |
| 8/10/2004 | Meeting with SJN re fee agreement | 160 | 0.1 |
| 8/10/2004 | Meeting with TSN re fee agreement | 110 Stephen Neuberger | 0.1 |
| 8/10/2004 | Finalize fee agreement, draft cover letter to clients | 250 Stephen Neuberger | 0.5 |
| 8/10/2004 | 3 separate telephone calls to the clients | 830 Stephen Neuberger | 0.4 |
| 8/10/2004 | Review draft of complaint | 700 Stephen Neuberger | 0.2 |
| 8/10/2004 | Review draft.03 of FTU complaint | 160 Stephen Neuberger | 0.2 |
| 8/10/2004 | Third draft of complaint. | 160 | 2 |
| 8/11/2004 | Meet with SJN to discuss draft of complaint and timing of filing suit. | 110 | 0.3 |
| 8/11/2004 | Meet with Kurt and Wayne to discuss draft complaint and trial and discovery and their damages. | 120 | 1.5 |
| 8/11/2004 | Working up draft.04 of the complaint | 160 Stephen Neuberger | 0.9 |
| 8/11/2004 | Meeting with TSN re: draft 04 of complaint and filing | 160 Stephen Neuberger | 0.3 |
| 8/11/2004 | Scheduling memo | 310 Stephen Neuberger | 0.1 |
| 8/11/2004 | Meeting with TSN re: drafting complaint; causation issues, liability issues, punitive issues, et... | 160 Stephen Neuberger | 1.3 |
| 8/11/2004 | Meeting with SJN re: drafting complaint; causation issues, liability issues, punitive issues, et... | 160 | 1.3 |
| 8/11/2004 | Revise current draft of complaint | 160 Stephen Neuberger | 0.5 |
| 8/11/2004 | Revise complaint. | 160 | 2.2 |
| 8/12/2004 | Fact investigation, interview a witness. | 280 | 0.4 |
| 8/12/2004 | Revise and working on current draft of complaint | 250 Stephen Neuberger | 0.2 |
| 8/13/2004 | Edit new draft of complaint. | 160 | 1 |
| 8/13/2004 | Review fact document. | 280 | 0.1 |
| 8/14/2004 | Drafting complaint - draft.07 | 160 Stephen Neuberger | 1.5 |
| 8/15/2004 | Fact investigation | 280 Stephen Neuberger | 0.1 |
| 8/15/2004 | Revise complaint. | 160 | 0.4 |
| 8/15/2004 | Draft press release. | 250 | 0.1 |
| 8/16/2004 | Discuss draft and filing with SJN. | 110 | 0.1 |
| 8/16/2004 | Review docs for filing | 700 Stephen Neuberger | 0.4 |
| 8/17/2004 | Meet with SJN about the filing. | 110 | 0.1 |
| 8/17/2004 | Calculating damages figures | 250 Stephen Neuberger | 0.2 |
| 8/17/2004 | Call to and from Kurt | 830 Stephen Neuberger | 0.1 |
| 8/17/2004 | Meeting with TSN re: filing on Thursday | 110 Stephen Neuberger | 0.1 |
| 8/17/2004 | Finalize complaint. | 160 | 1.5 |
| 8/18/2004 | Finalize press release. | 250 | 0.4 |
| 8/18/2004 | Sign complaint. | 160 | 0.1 |
| 8/18/2004 | Prepare for press conference. | 560 | 0.3 |
| 8/18/2004 | Review doc in prep for filing tomorrow | 700 Stephen Neuberger | 2.5 |
| 8/18/2004 | Find and review documents for filing | 700 Stephen Neuberger | 0.7 |
| 8/18/2004 | Fact analysis, prepare time line. | 281 | 0.7 |
| 8/19/2004 | Meet with clients, attend press conference, prepare for press conference. | 560 | 2.2 |
| 8/19/2004 | Press conference | 550 Stephen Neuberger | 2.7 |
| 8/19/2004 | Respond to media requests | 550 Stephen Neuberger | 0.2 |
| 8/20/2004 | Fact investigation, review and study two news stories on the case today. | 280 | 0.4 |
| 8/20/2004 | Calls to clients | 830 Stephen Neuberger | 0.2 |
| 8/20/2004 | Meeting with SJN re: discovery plan and mapping out strategy | 110 Stephen Neuberger | 0.5 |
| 8/20/2004 | Meeting with SJN re: discovery plan and mapping out strategy | 110 | 0.5 |
| 8/20/2004 | Telephone with Chris | 830 Stephen Neuberger | 0.1 |
| 8/20/2004 | Respond to press inquiries | 830 Stephen Neuberger | 0.3 |
| 8/20/2004 | File organization | 320 Stephen Neuberger | 0.1 |
| 8/20/2004 | File memo re: discovery and certain depositions to take | 310 Stephen Neuberger | 0.3 |
| 8/21/2004 | Telephone with Kurt and Chris | 830 Stephen Neuberger | 0.3 |
| 8/21/2004 | Telephone with Chris about the facts. | 790 | 0.3 |
| 8/21/2004 | Telephone with Kurt about the facts and damages. | 790 | 0.9 |
| 8/24/2004 | Review two news stories on Sec. Mitchell and another news story. | 280 | 0.3 |
| 8/24/2004 | Meeting with TSN re: settlement and how to play it out | 280 Stephen Neuberger | 0.5 |
| 8/24/2004 | Meeting with SJN re: settlement and how to play it out | 110 | 0.5 |
| 8/25/2004 | Letter to clients re: info needed for economist | 430 Stephen Neuberger | 0.4 |
| 8/25/2004 | File memo re: what we need to ask Dr. B to calculate | 310 Stephen Neuberger | 0.2 |
| 8/25/2004 | Review, edit, work up draft.08 | 160 Stephen Neuberger | 0.7 |
| 8/25/2004 | Review memo on Mitchell's forced meeting with clients. | 280 | 0.2 |
| 8/26/2004 | File memo on discovery. | 310 | 0.1 |
| 8/26/2004 | Meet with SJN about strategy and case assignment. | 110 | 0.2 |
| 8/26/2004 | Meet with TSN re case strategy and case assignment. | 110 Stephen Neuberger | 0.2 |
| 8/26/2004 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 8/26/2004 | Revise complaint; filing preparations | 160 Stephen Neuberger | 2.1 |
| 8/30/2004 | Meet with Grew Warren about the facts. | 110 | 0.2 |
| 8/30/2004 | Telephone with John Watson. | 800 | 0.1 |
| 8/30/2004 | Pull together key FTU docs for TSN | 261 Stephen Neuberger | 0.7 |
| 8/31/2004 | Discuss settlement with SJN. | 110 | 0.2 |
| 8/31/2004 | Calls from and to Kurt | 830 Stephen Neuberger | 0.2 |
| 9/1/2004 | Attend and prepare for WILM Joh Watson radio interview about the facts relating to the history o... | 560 | 3 |
| 9/1/2004 | Meeting with Steve - discussing discovery plan | 110 | 0.1 |
| 9/1/2004 | Meeting with TSN re discovery plan | 110 Stephen Neuberger | 0.1 |
| 9/1/2004 | Meeting with TSN re: settlement issues | 110 Stephen Neuberger | 0.4 |
| 9/1/2004 | Meeting with SJN re: settlement issues | 110 | 0.1 |
| 9/1/2004 | Telephone with Kurt | 810 Stephen Neuberger | 0.1 |
| 9/1/2004 | Telephone with Wayne | 810 Stephen Neuberger | 0.1 |
| 9/1/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.2 |
| 9/9/2004 | Call from Kurt re status | 810 Stephen Neuberger | 0.2 |
| 9/13/2004 | E-mail to J&C | 430 Stephen Neuberger | 0.1 |
| 9/14/2004 | Call from Kurt and Wayne re: continuing retaliation against them by DSP | 810 Stephen Neuberger | 0.2 |
| 9/14/2004 | File memo re: continued retaliation against Wayne and Kurt | 310 Stephen Neuberger | 0.1 |
| 9/14/2004 | Meeting with TSN re: latest retaliation against clients by DSP | 110 Stephen Neuberger | 0.3 |
| 9/14/2004 | Meeting with Steve re: latest retaliation against clients by DSP | 110 | 0.3 |
| 9/14/2004 | Call to Kurt re continuing retaliation & write up notes | 810 Stephen Neuberger | 0.2 |
| 9/15/2004 | Review two emails to clients from SJN. | 420 | 0.1 |
| 9/15/2004 | E-mail from Wayne re: audible testing at FTU | 420 Stephen Neuberger | 0.1 |
| 9/15/2004 | Call from Chris re: continued retaliation against the men | 810 Stephen Neuberger | 0.1 |
| 9/15/2004 | Respond to media inquiries | 830 Stephen Neuberger | 0.2 |
| 9/15/2004 | Meeting with SJN re: continuing retaliation against clients and auditor's report | 110 | 0.4 |
| 9/15/2004 | Meeting with TSN re: continuing retaliation against clients and auditor's report | 110 Stephen Neuberger | 0.4 |
| 9/15/2004 | Review FTU documentation and e-mail clients | 430 Stephen Neuberger | 0.3 |
| 9/15/2004 | Telephone with Vince Fiscella re: Auditor's report and State's attempt to hide it from the public | 830 Stephen Neuberger | 0.2 |
| 9/15/2004 | Telephone with Wayne re: more retaliation | 810 Stephen Neuberger | 0.2 |
| 9/16/2004 | E-mail to clients | 430 Stephen Neuberger | 0.1 |
| 9/16/2004 | Prepare comments to mitigating damages caused by Auditor's report | 250 Stephen Neuberger | 0.2 |
| 9/17/2004 | Review three letters ordering clients to UPA exams. | 280 | 0.2 |
| 9/17/2004 | Draft response to auditor's report | 250 Stephen Neuberger | 0.1 |
| 9/17/2004 | Return Kurt's call | 410 Stephen Neuberger | 0.1 |
| 9/20/2004 | Meeting with TSN re: Auditor's rpt | 110 Stephen Neuberger | 0.1 |
| 9/20/2004 | Meeting with SJN re: Auditor's rpt | 110 | 0.1 |
| 9/22/2004 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 9/22/2004 | Telephone calls to Chris, Kurt and Wayne | 830 Stephen Neuberger | 0.5 |
| 9/23/2004 | Email from SJN and reply on DSTA meeting on the 30th. | 420 | 0.1 |
| 9/23/2004 | Call from Chris | 810 Stephen Neuberger | 0.2 |
| 9/27/2004 | Call from Wayne and followup | 810 Stephen Neuberger | 0.2 |
| 9/28/2004 | Meet with VF about union support in settling the case, facts of the case, the meeting with the A... | 110 | 1 |

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 9/28/2004 | Review and think about Chris' draft statement to DSTA for support | 700 Stephen Neuberger | 0.2 |
| 9/29/2004 | Review fax from Chris | 700 Stephen Neuberger | 0.1 |
| 9/29/2004 | Meeting with TSN re: union support | 110 Stephen Neuberger | 0.2 |
| 9/29/2004 | Meeting with SJN re: union support | 110 | 0.2 |
| 9/29/2004 | Review second fax from Chris | 700 Stephen Neuberger | 0.1 |
| 9/29/2004 | E-mail to Chris | 430 Stephen Neuberger | 0.1 |
| 10/1/2004 | Review Fitness for duty letters | 700 Stephen Neuberger | 0.2 |
| 10/1/2004 | Meeting with TSN re: economic injury data | 110 Stephen Neuberger | 0.1 |
| 10/1/2004 | Meeting with SJN re: economic injury data | 110 | 0.1 |
| 10/5/2004 | Review email. | 420 | 0.1 |
| 10/6/2004 | Call from Kurt re: FFD exam at UPenn and writing memo about conversation | 810 Stephen Neuberger | 0.3 |
| 10/7/2004 | Review Email from SJN about result of IME on two clients yesterday. | 420 | 0.1 |
| 10/7/2004 | Review email from CF on AT issue. | 420 | 0.1 |
| 10/8/2004 | Calls to and from clients | 830 Stephen Neuberger | 0.6 |
| 10/8/2004 | File review | 700 Stephen Neuberger | 0.1 |
| 10/13/2004 | Multiple telephone calls to Chris, Kurt, Wayne and others re: the Auditor's report that was rele... | 830 Stephen Neuberger | .2 |
| 10/15/2004 | Review emails on the Auditor Report. | 700 | 0.2 |
| 10/19/2004 | Telephone with CF. | 790 | 0.2 |
| 10/20/2004 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 10/21/2004 | Review the Auditor's report on the FTU. | 700 | 0.6 |
| 10/21/2004 | Email to CF on the report. | 430 | 0.1 |
| 10/25/2004 | Meetings with Kurt & Wayne | 110 Stephen Neuberger | 0.4 |
| 10/25/2004 | Memo to TSN re: meeting with the clients | 310 Stephen Neuberger | 0.1 |
| 10/25/2004 | Telephone call with Chris re: his medical eval last week | 830 Stephen Neuberger | 0.2 |
| 11/3/2004 | Email with questions from clients and respond. | 420 | 0.2 |
| 11/3/2004 | Telephone with Kurt; calls to Wayne and Chris | 830 Stephen Neuberger | 0.5 |
| 11/4/2004 | Review GW criticism of errors in the FTU report by the auditor and reply. | 280 | 0.2 |
| 11/4/2004 | Email from CF. | 420 | 0.1 |
| 11/4/2004 | Review CF comments on the Auditor's report. | 280 | 0.5 |
| 11/4/2004 | Telephone with Wayne | 810 Stephen Neuberger | 0.4 |
| 11/4/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.2 |
| 11/9/2004 | Telephone with Kurt | 810 Stephen Neuberger | 0.1 |
| 11/15/2004 | Review Answer | 700 Stephen Neuberger | 0.3 |
| 11/16/2004 | Calls to Chris, Wayne and Kurt | 830 Stephen Neuberger | 0.4 |
| 11/17/2004 | Telephone with Kurt and trying to track down article | 810 Stephen Neuberger | 0.2 |
| 11/17/2004 | Meeting with Wayne Warren | 110 Stephen Neuberger | 0.3 |
| 11/17/2004 | Respond to media inquiries | 810 Stephen Neuberger | 0.1 |
| 11/17/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.3 |
| 11/24/2004 | Telephone with Kurt re: witness lists | 810 Stephen Neuberger | 0.1 |
| 11/25/2004 | Meeting with SJN re: damages and settlement projections | 110 | 0.4 |
| 11/25/2004 | Meeting with TSN re: damages and settlement projections | 110 Stephen Neuberger | 0.4 |
| 11/30/2004 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 12/2/2004 | Telephone with Kurt re: status, damages and settlement issues | 830 Stephen Neuberger | 0.3 |
| 12/2/2004 | Telephone with Wayne | 830 Stephen Neuberger | 0.1 |
| 12/3/2004 | Meet with RF, and TSN for rule 26 meeting in the case. | 110 | 1.2 |
| 12/3/2004 | Meet with TSN and RF for rule 26 meeting. | 110 Stephen Neuberger | 1.2 |
| 12/5/2004 | Telephone with KP about status of the case. | 790 | 0.2 |
| 12/5/2004 | Telephone with WW about status of the case. | 790 | 0.2 |
| 12/6/2004 | Telephone call from Wayne | 810 Stephen Neuberger | 0.3 |
| 12/7/2004 | Call from Chris | 810 Stephen Neuberger | 0.1 |
| 12/7/2004 | Meeting with TSN re: electronic discovery | 110 Stephen Neuberger | 0.2 |
| 12/7/2004 | Meeting with SJN re: electronic discovery | 110 | 0.2 |
| 12/7/2004 | Review e-mail and faxes re: contamination and make calls to the clients | 700 Stephen Neuberger | 0.3 |
| 12/7/2004 | Call from Wayne | 810 Stephen Neuberger | 0.1 |
| 12/9/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.1 |
| 12/21/2004 | Working on Rule 26s | 241 Stephen Neuberger | 1 |
| 12/22/2004 | Working on Rule 26's | 241 Stephen Neuberger | 0.8 |
| 12/27/2004 | Prepare for Rule 16(b) conference with the court. | 350 | 1.1 |
| 12/27/2004 | Attend Rule 16(b) conference with the court. | 70 | 0.7 |
| 12/27/2004 | File memo about rule 16(b) conference with the court. | 310 | 0.3 |
| 1/5/2005 | Telephone with Chris re: lead contamination issues | 830 Stephen Neuberger | 0.1 |
| 1/7/2005 | Meeting with TSN re: rule 16 and discovery issues | 110 Stephen Neuberger | 0.2 |
| 1/7/2005 | Meeting with SJN re: rule 16 and discovery issues | 110 | 0.2 |
| 1/10/2005 | Meeting with TSN re: legal research needs | 110 Stephen Neuberger | 0.2 |
| 1/10/2005 | Meeting with SJN re: legal research needs | 110 | 0.2 |
| 1/10/2005 | Call from Wayne | 810 Stephen Neuberger | 0.2 |
| 1/11/2005 | Telephone with Kurt re: stress issues | 810 Stephen Neuberger | 0.2 |
| 1/11/2005 | File memo re: Kurt's health | 310 Stephen Neuberger | 0.1 |
| 1/11/2005 | Meeting with TSN re: Kurt's status and discovery outlook | 110 Stephen Neuberger | 0.3 |
| 1/11/2005 | Meeting with SJN re: Kurt's status and discovery outlook | 110 | 0.3 |
| 1/11/2005 | Call from Chris | 810 Stephen Neuberger | 0.2 |
| 1/11/2005 | Review e-mails from Wayne and Chris and e-mail J&C | 700 Stephen Neuberger | 0.4 |
| 1/20/2005 | Telephone with Kurt re: his health condition | 830 Stephen Neuberger | 0.2 |
| 1/20/2005 | E-mail to Fitzgerald | 430 Stephen Neuberger | 0.1 |
| 1/21/2005 | Call to Judge Sleet's case management officer re: missing scheduling order letter | 830 Stephen Neuberger | 0.1 |
| 1/24/2005 | Meeting with TSN re: Rule 16 submissions and discovery | 110 Stephen Neuberger | 0.4 |
| 1/24/2005 | Meeting with SJN re: Rule 16 submissions and discovery | 110 | 0.4 |
| 1/24/2005 | Drafting up drafts of the two Rule 16 submissions for tomorrow | 250 Stephen Neuberger | 3.1 |
| 1/24/2005 | Telephone with Robert Fitzgerald re: Rule 16 submissions | 810 Stephen Neuberger | 0.2 |
| 1/24/2005 | E-mail to clients re: light duty status | 430 Stephen Neuberger | 0.1 |
| 1/25/2005 | Working on Rule 16 submissions with RF | 250 Stephen Neuberger | 1.5 |
| 1/25/2005 | Call from Kurt re: his health | 810 Stephen Neuberger | 0.2 |
| 1/26/2005 | Call from Kurt Price re: UPenn report | 810 Stephen Neuberger | 0.1 |
| 1/26/2005 | E-mail to RF re: medical reports for Kurt and Wayne | 430 Stephen Neuberger | 0.3 |
| 1/26/2005 | Telephone with client. | 790 | 0.1 |
| 1/27/2005 | Telephone from Vince F about credit report issue. | 800 | 0.1 |
| 1/27/2005 | Telephone with SJN about medical report. | 800 | 0.1 |
| 1/27/2005 | Telephone calls to each client re: UPenn medical testing | 830 Stephen Neuberger | 0.7 |
| 1/27/2005 | Telephone with TSN re: UPenn testing results | 830 Stephen Neuberger | 0.1 |
| 1/28/2005 | Meeting with TSN re: UPenn test results, discovery and upcoming Rule 16 | 110 Stephen Neuberger | 0.4 |
| 1/28/2005 | Meeting with SJN re: UPenn test results, discovery and upcoming Rule 16 | 110 | 0.4 |
| 1/30/2005 | Review Kurt's medical report from UPenn | 700 Stephen Neuberger | 0.8 |
| 2/1/2005 | Attend Rule 16 conference in Chambers | 70 Stephen Neuberger | 0.8 |
| 2/1/2005 | Attend Rule 16 conference in Chambers | 70 | 0.8 |
| 2/1/2005 | Meeting with SJN re: Rule 16 conf | 110 | 0.1 |
| 2/1/2005 | Meeting with TSN re: Rule 16 conf | 110 Stephen Neuberger | 0.1 |
| 2/1/2005 | Review docs and prepare for Rule 16 conference | 700 Stephen Neuberger | 0.8 |
| 2/1/2005 | Revising and editing Rule 16 papers | 250 Stephen Neuberger | 0.7 |
| 2/1/2005 | Calls to Chris, Kurt and Wayne re: Rule 16 conference and scheduled trial date | 830 Stephen Neuberger | 0.3 |
| 2/2/2005 | Revise Rule 16 and review prior docs | 700 Stephen Neuberger | 0.4 |
| 2/2/2005 | Review light duty rules and regulations | 700 Stephen Neuberger | 0.2 |
| 2/2/2005 | Telephone with Kurt re: light duty rules and regulations | 830 Stephen Neuberger | 0.3 |
| 2/2/2005 | Dictate memo on the light duty rules | 210 Stephen Neuberger | 0.4 |
| 2/3/2005 | Cover letter to Judge Sleet re: the Final Rule 16 | 710 Stephen Neuberger | 0.1 |
| 2/7/2005 | Revise and edit several long memos | 710 Stephen Neuberger | 0.3 |
| 2/13/2005 | Email and discovery. | 430 | 0.3 |
| 2/13/2005 | Call from Kurt re: economic issues | 810 Stephen Neuberger | 0.1 |
| 2/24/2005 | Calendar events and review scheduling order. | 320 | 0.6 |
| 3/2/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 3/2/2005 | Telephone with Wayne re: continuing retaliation | 830 Stephen Neuberger | 0.3 |
| 3/3/2005 | Meet with SJN about discovery plan. | 110 | 0.3 |
| 3/3/2005 | Meet with TSN re discovery plan. | 110 Stephen Neuberger | 0.3 |
| 3/3/2005 | Telephone with Wayne Warren about events yesterday. | 790 | 0.2 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 3/3/2005 | Telephone with Curt Price about events yesterday. | 790 | 0.3 |
| 3/3/2005 | Call from Wayne and Kurt re: FFD exams and revised results | 810 Stephen Neuberger | 0.5 |
| 3/3/2005 | Meeting with TSN re: latest FFD exam results and retaliation against Kurt and Wayne | 110 Stephen Neuberger | 0.3 |
| 3/3/2005 | Meeting with SJN re: latest FFD exam results and retaliation against Kurt and Wayne | 110 | 0.3 |
| 3/3/2005 | Drafting and editing down Rule 26 disclosures | 241 Stephen Neuberger | 3.7 |
| 3/4/2005 | Review notice of service of various items from the court. | 630 | 0.1 |
| 3/4/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 3/4/2005 | Editing Rule 26 disclosures and filing | 241 Stephen Neuberger | 0.2 |
| 3/4/2005 | Revise document and e-mail to Kurt | 250 Stephen Neuberger | 1 |
| 3/4/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 3/7/2005 | Call from Kurt and Wayne re: continuing retaliation against them | 810 Stephen Neuberger | 0.2 |
| 3/7/2005 | Organize and review medical information in the file | 320 Stephen Neuberger | 0.7 |
| 3/7/2005 | Call from Lynn Price | 810 Stephen Neuberger | 0.1 |
| 3/7/2005 | Telephone with Chris re: status and how the men are doing | 810 Stephen Neuberger | 0.3 |
| 3/8/2005 | Discuss call from client Kurt Price with SJN. | 110 | 0.2 |
| 3/8/2005 | Review D's Rule 26 disclosures | 700 Stephen Neuberger | 0.1 |
| 3/8/2005 | Call from Wayne re: continuing course of retaliation against him by MacLeish and DSP | 810 Stephen Neuberger | 0.2 |
| 3/8/2005 | Telephone with Kurt re: case and how it plays out | 810 Stephen Neuberger | 0.2 |
| 3/15/2005 | Meet with Kurt and Wayne and SJN to discuss proof in their case and damages. | 120 | 2 |
| 3/15/2005 | Meet with Kurt and Wayne and TSN to discuss proof in their case and damages. | 120 Stephen Neuberger | 2 |
| 3/15/2005 | Review medical and damages documents prior to meeting with clients today. | 280 | 0.8 |
| 3/15/2005 | Meeting with TSN re: FTU case and our meeting with the clients | 110 Stephen Neuberger | 0.5 |
| 3/15/2005 | Meeting with SJN re: FTU case and our meeting with the clients | 110 | 0.5 |
| 3/15/2005 | Dictate memo | 210 Stephen Neuberger | 0.2 |
| 3/15/2005 | Find and review collateral source rule memo | 700 Stephen Neuberger | 0.2 |
| 3/16/2005 | Telephone from Wayne re: continued retaliation against them | 810 Stephen Neuberger | 0.8 |
| 3/18/2005 | Call from Wayne re: NIOSH investigation of FTU | 810 Stephen Neuberger | 0.1 |
| 3/21/2005 | Meet with JR about damages and expert reports. | 110 | 0.3 |
| 3/21/2005 | Letter to witness Greg Warren re trial testimony and trial date.. | 430 | 0.2 |
| 3/22/2005 | Email cocounsel. | 430 | 0.1 |
| 3/22/2005 | Review medical report, email to client. | 430 | 0.2 |
| 3/22/2005 | Telephone with Wayne and Kurt re: Wayne being put back on light duty and Yeomans' continuing har... | 830 Stephen Neuberger | 0.5 |
| 3/23/2005 | Review emails on Curt's health. | 420 | 0.2 |
| 3/23/2005 | Call from Kurt re: his deteriorating health from harassment in the workplace | 810 Stephen Neuberger | 0.2 |
| 3/23/2005 | E-mail to TSN re: Kurt's deteriorating health and harassment in the workplace | 110 Stephen Neuberger | 0.4 |
| 3/23/2005 | Meeting with SJN re: Kurt's health problems | 110 | 0.4 |
| 3/23/2005 | Call to Kurt re: his deteriorating health | 830 Stephen Neuberger | 0.1 |
| 3/23/2005 | Call to Chris | 830 Stephen Neuberger | 0.1 |
| 3/23/2005 | Review e-mail from Wayne | 700 Stephen Neuberger | 0.2 |
| 3/23/2005 | Review and edit fact memo | 700 Stephen Neuberger | 0.3 |
| 3/24/2005 | Call from Kurt re: his doctor ordering him out of work b/c of his deteriorating health | 810 Stephen Neuberger | 0.2 |
| 3/24/2005 | Call from Kurt and review doctor's disability note | 810 Stephen Neuberger | 0.1 |
| 3/27/2005 | Analyze damages issues in light of todays news stories on clients families. | 280 | 1 |
| 3/27/2005 | Meet with SJN about proof of damages in the case. | 110 | 0.5 |
| 3/27/2005 | Telephone with Chris | 810 Stephen Neuberger | 0.3 |
| 4/4/2005 | Email from GW re trial date. | 420 | 0.1 |
| 4/4/2005 | Email from client. | 420 | 0.1 |
| 4/5/2005 | E-mails from TSN | 420 Stephen Neuberger | 0.1 |
| 4/5/2005 | Email to RF about discovery. | 430 | 0.1 |
| 4/5/2005 | Legal research on collateral source rule and our damages. | 410 | 0.3 |
| 4/6/2005 | Return call to Kurt | 830 Stephen Neuberger | 0.2 |
| 4/6/2005 | Email from SJN on liability. | 420 | 0.1 |
| 4/7/2005 | Meeting with TSN re: offsets and collateral source rule | 110 Stephen Neuberger | 0.1 |
| 4/7/2005 | Meeting with SJN re: offsets and collateral source rule | 110 | 0.1 |
| 4/7/2005 | Letter to Dr. Tavani. | 430 | 0.3 |
| 4/13/2005 | Meet with clients Kurt and Wayne about damages and liability issues and strategy for trial of th... | 120 | 1 |
| 4/13/2005 | Letter to clients. | 430 | 0.3 |
| 4/15/2005 | Telephone from Wayne Warren. | 790 | 0.1 |
| 4/18/2005 | Email to DSTA pres. about financial support for the case. | 430 | 0.7 |
| 4/18/2005 | Email from W Warren. | 420 | 0.1 |
| 4/18/2005 | Review FMLA data from client, email to client on his damages. | 280 | 0.7 |
| 4/18/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 4/18/2005 | Meeting with Steve about discovery | 110 | 0.1 |
| 4/19/2005 | E-mail from TSN | 430 Stephen Neuberger | 0.1 |
| 4/19/2005 | E-mails from TSN re: meetings with clients and co-counsel | 430 Stephen Neuberger | 0.1 |
| 4/20/2005 | Telephone with Kurt | 810 Stephen Neuberger | 0.2 |
| 4/21/2005 | Telephone from Suzanne Foraker, and reply. | 800 | 0.2 |
| 4/25/2005 | Email from Wayne re: NIOSH | 420 Stephen Neuberger | 0.1 |
| 4/25/2005 | E-mail from Wayne re: NIOSH | 420 Stephen Neuberger | 0.1 |
| 4/26/2005 | Review letter and memos from TSN | 700 Stephen Neuberger | 0.2 |
| 4/26/2005 | Review letter and memos from TSN | 700 Stephen Neuberger | 0.2 |
| 4/27/2005 | Letter to Jim Warwick | 430 Stephen Neuberger | 0.2 |
| 4/27/2005 | Letter to Jim Warwick | 430 Stephen Neuberger | 0.1 |
| 4/28/2005 | Email from RF on discovery disputes. | 420 | 0.2 |
| 5/1/2005 | Email on discovery issues. | 430 | 0.4 |
| 5/4/2005 | Meeting with MDH re: discovery issue in FTU and Foraker cases | 110 Stephen Neuberger | 0.3 |
| 5/4/2005 | Review discovery dispute documents | 700 Stephen Neuberger | 0.3 |
| 5/5/2005 | Telephone calls to Kurt and Wayne re: health, stress and retaliation | 830 Stephen Neuberger | 0.5 |
| 5/5/2005 | Prepare and draft response on D's stonewalling on personnel files issue | 245 Stephen Neuberger | 0.7 |
| 5/6/2005 | Working on discovery issue - D's refusal to give access to personnel files | 245 Stephen Neuberger | 0.2 |
| 5/9/2005 | Fact investigation. | 280 | 0.2 |
| 5/9/2005 | Meeting with TSN re: settlement | 110 Stephen Neuberger | 0.1 |
| 5/9/2005 | Meeting with SJN re: settlement | 110 | 0.1 |
| 5/10/2005 | File review. | 330 | 0.5 |
| 5/10/2005 | Discovery meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 5/10/2005 | Discovery meeting with Steve | 110 | 0.1 |
| 5/10/2005 | Discovery e-mail to Fitzgerald | 430 Stephen Neuberger | 0.2 |
| 5/10/2005 | Call from Wayne | 810 Stephen Neuberger | 0.1 |
| 5/12/2005 | Review termination letter for Kurt Price | 280 | 0.2 |
| 5/12/2005 | Telephone with Curt Price about termination letter. | 790 | 0.2 |
| 5/12/2005 | Prepare first document request. | 690 | 1.5 |
| 5/12/2005 | Telephone with Kurt re: continued Retaliation | 810 Stephen Neuberger | 0.1 |
| 5/13/2005 | Telephone with VF. | 800 | 0.2 |
| 5/13/2005 | Email to clients. | 430 | 0.2 |
| 5/13/2005 | Telephone with Kurt Price. | 790 | 0.2 |
| 5/13/2005 | Revise document request. | 690 | 0.2 |
| 5/13/2005 | Telephone call from VF. | 800 | 0.1 |
| 5/13/2005 | Email to Kurt and Wayne. | 430 | 0.1 |
| 5/13/2005 | Email to Fitzgerald with document requests. | 430 | 0.2 |
| 5/13/2005 | Telephone with Wayne re: continued retaliation | 810 Stephen Neuberger | 0.1 |
| 5/18/2005 | Email to clients. | 430 | 0.2 |
| 5/18/2005 | Telephone call from Kurt | 810 Stephen Neuberger | 0.1 |
| 5/20/2005 | Terlephone with VF about the need for written documentation of deladllines being lifted. | 800 | 0.2 |
| 5/20/2005 | Email from client Wayne Warren on facts. | 420 | 0.1 |
| 5/20/2005 | Email from KP on the facts. | 420 | 0.1 |
| 5/20/2005 | Review D.I. 20. | 630 | 0.1 |
| 5/20/2005 | Telephone from VF about the June 10th deadline. | 800 | 0.1 |
| 5/20/2005 | Email to clients on the June 10th deadline. | 430 | 0.1 |
| 5/20/2005 | Trip to Liepsic and Sambos to meet with clients and investigate the injury to reputation which o... | 280 | 3 |
| 5/20/2005 | Trip to Liepsic and Sambos to meet with clients to discuss their damages, and proof of injury of... | 280 | 3 |
| 5/20/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 5/23/2005 | Meeting with TSN re: pension issues | 110 Stephen Neuberger | 0.4 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 5/23/2005 | Meeting with SJN re: pension issues | 110 | 0.4 |
| 5/25/2005 | Email to clients. | 430 | 0.1 |
| 5/25/2005 | Emails on pension application. | 430 | 0.3 |
| 5/25/2005 | Email on disability issue. | 420 | 0.1 |
| 5/26/2005 | Meet with clerk Jason Ulrich about collateral source rule project and damages. | 110 | 0.5 |
| 5/26/2005 | Meet with law clerk SJ about pension application process. | 110 | 0.6 |
| 5/26/2005 | Email to clients. | 430 | 0.3 |
| 5/26/2005 | Email from client. | 430 | 0.1 |
| 5/26/2005 | Review e-mails re: continuing retaliation | 700 Stephen Neuberger | 0.2 |
| 5/26/2005 | Conference with TSN about disability pension application | 110 CAS | 0.6 |
| 5/26/2005 | Briefly examined file | 260 CAS | 0.2 |
| 5/27/2005 | Email from client. | 420 | 0.1 |
| 5/27/2005 | Try to contact TCC to discuss damages. | 800 | 0.2 |
| 5/27/2005 | Meeting with TSN re: pension and other issues | 110 Stephen Neuberger | 0.3 |
| 5/27/2005 | Meeting with SJN re: pension and other issues | 110 | 0.3 |
| 5/27/2005 | Review industrial hygiene report | 700 Stephen Neuberger | 0.2 |
| 5/27/2005 | Review docs re: light duty and separation | 700 Stephen Neuberger | 0.2 |
| 5/27/2005 | Looked over Cole case to document myself with applicable paperwork | 260 CAS | 0.8 |
| 5/27/2005 | Reviewed workers' compensation statutes.. | 410 CAS | 1.6 |
| 5/27/2005 | Skimmed over press release and complaint | 260 CAS | 0.6 |
| 5/27/2005 | Research into Collateal Source Rule for SJN | 410 Ulrich, Jason A. | 3.7 |
| 5/27/2005 | Research into Collateal Source Rule for SJN | 410 Ulrich, Jason A. | 0.6 |
| 5/27/2005 | Research into Collateal Source Rule for SJN | 410 Ulrich, Jason A. | 2.1 |
| 5/27/2005 | Research into Collateal Source Rule for SJN | 410 Ulrich, Jason A. | 1.2 |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN | 250 Ulrich, Jason A. | 0.8 |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN | 250 Ulrich, Jason A. | 1.5 |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN | 250 Ulrich, Jason A. | 0.5 |
| 5/30/2005 | Drafting Memo on Collateral Source Rule for SJN | 250 Ulrich, Jason A. | 0.9 |
| 5/31/2005 | Call from Kurt re: mitigation of damages | 810 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with SJN re: discovery | 110 | 0.1 |
| 5/31/2005 | E-mail from Robert Fitzgerald re: depo | 420 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with SJN re: discovery | 110 | 0.1 |
| 5/31/2005 | Review docs and prepare requests for production of documents | 250 Stephen Neuberger | 1.5 |
| 5/31/2005 | Meet with MH to discuss discovery | 110 | 0.2 |
| 5/31/2005 | Gathered applicable Title 29 statutes dealing with qualifications, payments and adjustments for ... | 410 CAS | 0.4 |
| 5/31/2005 | Searched Office of Pensions website for relevant application information - sparked contact with ... | 410 CAS | 0.5 |
| 5/31/2005 | Began examining applicable statutes and regulations | 260 CAS | 1.8 |
| 5/31/2005 | Conference with Shae about Warren and Price files | 110 CAS | 0.2 |
| 5/31/2005 | Began going over Warren file from J&C | 260 CAS | 0.8 |
| 5/31/2005 | Evaluated Warren's medical examinations/opinions/charts...briefly summarized each Physician's op... | 260 CAS | 1.5 |
| 5/31/2005 | Drafting Memo on Collateral Source Rule | 250 Ulrich, Jason A. | 1.5 |
| 5/31/2005 | Drafting Memo on Collateral Source Rule | 250 Ulrich, Jason A. | 1.3 |
| 5/31/2005 | Working on disability pension letter issue and extension | 430 Stephen Neuberger | 1.2 |
| 6/1/2005 | Meet with SJN to review defendants written discovery requests. | 110 | 0.2 |
| 6/1/2005 | Meeting with MDH re: discovery issues and depositions | 110 Stephen Neuberger | 0.2 |
| 6/1/2005 | Working on written discovery | 241 Stephen Neuberger | 0.4 |
| 6/2/2005 | Meet with law clerk about his research. | 110 | 0.2 |
| 6/2/2005 | Calls from Kurt | 810 Stephen Neuberger | 0.2 |
| 6/2/2005 | E-mail to clients | 430 Stephen Neuberger | 0.1 |
| 6/2/2005 | E-mail to Kurt | 430 Stephen Neuberger | 0.1 |
| 6/2/2005 | E-mail to Wayne | 430 Stephen Neuberger | 0.1 |
| 6/2/2005 | Telephone calls to Kurt | 830  Stephen Neuberger | 0.2 |
| 6/2/2005 | Draft response | 250 Stephen Neuberger | 0.1 |
| 6/3/2005 | E-mail to Fitzgerald | 430 Stephen Neuberger | 0.1 |
| 6/3/2005 | Meeting with TSN re: depositions and written discovery | 110 Stephen Neuberger | 0.3 |
| 6/3/2005 | Meeting with SJN re: depositions and written discovery | 110 | 0.3 |
| 6/5/2005 | Telephone with Kurt Price on status of the case. | 790 | 0.3 |
| 6/5/2005 | Telephone with Wayne Warren re status of the case. | 790 | 0.1 |
| 6/6/2005 | Drafting Collateral Source Memo for TSN | 410 Ulrich, Jason A. | 1 |
| 6/6/2005 | E-mail from Fitzgerald | 420 Stephen Neuberger | 0.1 |
| 6/7/2005 | Meet with SJN about discovery. | 110 | 0.2 |
| 6/7/2005 | Email from law clerk on collateral source research, speak to clerk, distribute. | 420 | 0.2 |
| 6/7/2005 | Review documents from Capt. Yeomans on pensions. | 420 | 0.3 |
| 6/7/2005 | Meeting with TSN re: depositions and discovery | 110 Stephen Neuberger | 0.1 |
| 6/7/2005 | Meeting with SJN re: depositions and discovery | 110 | 0.1 |
| 6/7/2005 | Review discovery e-mails | 700 Stephen Neuberger | 0.1 |
| 6/9/2005 | Telephone calls with Chris, Wayne and Kurt re: depositions and discovery | 830  Stephen Neuberger | 0.8 |
| 6/13/2005 | Review Wayne's medical records | 700 Stephen Neuberger | 0.3 |
| 6/13/2005 | Prepare notices of depositions | 240 Stephen Neuberger | 1.1 |
| 6/16/2005 | Written document production | 242 Stephen Neuberger | 3.9 |
| 6/18/2005 | Working on document production | 242 Stephen Neuberger | 4.8 |
| 6/18/2005 | Working on document production | 242 Stephen Neuberger | 3.3 |
| 6/20/2005 | Telephone with Kurt and Chris re: Jennifer Davis' public comments placing FTU blame on faulty co... | 810 Stephen Neuberger | 0.4 |
| 6/20/2005 | Working on written discovery | 241 Stephen Neuberger | 2 |
| 6/21/2005 | Review emails. | 700 | 0.2 |
| 6/21/2005 | Meet with SJN about course of discovery and documents. | 110 | 0.1 |
| 6/21/2005 | Meet with TSN about document production, evidence for trial and discovery. | 110 Stephen Neuberger | 0.6 |
| 6/21/2005 | Review latest Third Circuit first amendment and causation opinion | 410 Stephen Neuberger | 1 |
| 6/21/2005 | E-mail to clients re: causation and comparator homework | 430 Stephen Neuberger | 0.2 |
| 6/21/2005 | Review and organize materials for depos | 700 Stephen Neuberger | 0.3 |
| 6/21/2005 | Pull data together and letter to clients | 430 Stephen Neuberger | 0.2 |
| 6/21/2005 | Review collateral source rule memo | 700 Stephen Neuberger | 0.8 |
| 6/21/2005 | Review key documents from docs turned over to Auditor | 700 Stephen Neuberger | 0.3 |
| 6/22/2005 | Telephone with VF about facts, discuss with SJN. | 800 Stephen Neuberger | 0.2 |
| 6/22/2005 | Meet with SJN to prepare answers to interrogatories. | 241 | 1.1 |
| 6/22/2005 | Meet with TSN to prepare answers to interrogatories. | 241 Stephen Neuberger | 1.1 |
| 6/22/2005 | Fact investigation. | 280 | 0.3 |
| 6/22/2005 | Call from Kurt | 830  Stephen Neuberger | 0.1 |
| 6/22/2005 | Find and pull latest FTU news stories | 830  Stephen Neuberger | 0.1 |
| 6/22/2005 | Meeting with law clerk re: adverse action issues to research | 110 Stephen Neuberger | 0.1 |
| 6/22/2005 | Working with TSN on written discovery | 241 Stephen Neuberger | 0.6 |
| 6/22/2005 | Working with SJN on written discovery | 241 | 0.6 |
| 6/22/2005 | Working on written discovery | 241 Stephen Neuberger | 0.6 |
| 6/26/2005 | Email to CB. | 430 | 0.3 |
| 6/27/2005 | Review email from LP on damages and our response. | 280 | 0.1 |
| 6/27/2005 | Interview potential witness on liability. | 280 | 0.3 |
| 6/27/2005 | Telephone with Kurt and then Wayne | 830  Stephen Neuberger | 0.4 |
| 6/27/2005 | Review causation e-mails from Chris and Kurt | 700 Stephen Neuberger | 0.1 |
| 6/27/2005 | E-mail from Fitzgerald | 420 Stephen Neuberger | 0.1 |
| 6/28/2005 | Meet with JU re his collateral source research. | 110 | 0.2 |
| 6/28/2005 | Meet with JU about mitigation of damages and our disability pension application. | 110 Stephen Neuberger | 0.8 |
| 6/28/2005 | E-mail to Fitzgerald re: depos | 430 Stephen Neuberger | 0.1 |
| 6/28/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 6/28/2005 | E-mail from and to Fitzgerald re: defendants' refusal to turn over personnel files and other dis... | 430 Stephen Neuberger | 0.5 |
| 6/28/2005 | Working on written discovery | 241 Stephen Neuberger | 0.6 |
| 6/28/2005 | Discussion of Collateral Source Memo | 250 Stephen Neuberger | 0.1 |
| 6/28/2005 | Discussion of assignments transferd dealing with FTU, first, dealing with Pension Applications, ... | 110 Ulrich, Jason A. | 0.8 |
| 6/28/2005 | Initial research into disability pension applications, looking at Sebastian's work and also find... | 410 Ulrich, Jason A. | 2.4 |
| 6/29/2005 | Meet with SJN and draft email to Dr. Borz. for the case. | 271 | 1 |
| 6/29/2005 | Meet with SJN about Dr. Borz report and email to him on this report. | 271 Stephen Neuberger | 1 |
| 6/29/2005 | Review emails on discovery dispute. | 420 | 0.2 |

Page 6

**The Neuberger Firm**

10:49 AM

**Sales by Customer Detail**

06/10/06

Accrual Basis

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 6/29/2005 | Telephone to Kurt | 830 Stephen Neuberger | 0.1 |
| 6/29/2005 | Meeting re: vocational experts | 110 Stephen Neuberger | 0.4 |
| 6/29/2005 | Meeting re: vocational experts | 110 | 0.4 |
| 6/29/2005 | E-mail from Fitzgerald | 420 Stephen Neuberger | 0.1 |
| 6/29/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 6/29/2005 | Telephone with Kurt re: discovery and damages | 830 Stephen Neuberger | 0.1 |
| 6/29/2005 | Research into disability pension for Delaware State Police and coming across some of the statute... | 110 Stephen Neuberger | 1.4 |
| 6/29/2005 | Research into disability pension applications and related case law for Price and Warren. | 410 Ulrich, Jason A. | 1 |
| 6/29/2005 | Researching how and what are the best way to file a disability pension application for Warren an... | 410 Ulrich, Jason A. | 3.7 |
| 6/29/2005 | Research into pension plans offered by the state police for diability.  Continued looking throug... | 410 Ulrich, Jason A. | 0.8 |
| 6/30/2005 | Telephone from Kurt | 810 Stephen Neuberger | 0.2 |
| 6/30/2005 | Meeting with TSN re: damages and retaliation issues | 110 Stephen Neuberger | 0.4 |
| 6/30/2005 | Meeting with SJN re: damages and retaliation issues | 110 | 0.4 |
| 6/30/2005 | Call from Kurt re: setting up appointment | 810 Stephen Neuberger | 0.1 |
| 6/30/2005 | Research and some note taking regarding case law in the area of disability pension under the new... | 410 Ulrich, Jason A. | 3.2 |
| 6/30/2005 | Research and drafting a rule statement concerning the disability pension applications of Price a... | 410 Ulrich, Jason A. | 3.4 |
| 6/30/2005 | Research and Drafting concerning the disability pensions for Warren and Price. | 250 Ulrich, Jason A. | 1.6 |
| 7/1/2005 | Telephone to Kurt | 830 Stephen Neuberger | 0.1 |
| 7/1/2005 | Telephone with Kurt | 830 Stephen Neuberger | 0.6 |
| 7/1/2005 | E-mail to Price | 430 Stephen Neuberger | 0.1 |
| 7/1/2005 | File memo re: MacLeish depo | 310 Stephen Neuberger | 0.1 |
| 7/1/2005 | Meeting with law clerk | 110 Stephen Neuberger | 0.3 |
| 7/1/2005 | Telephone with Wayne re: discovery issues | 830 Stephen Neuberger | 0.4 |
| 7/1/2005 | Review comparator info | 700 Stephen Neuberger | 0.2 |
| 7/1/2005 | Drafting memo concerning disability pension benefits for Warren and Price under Title 11, Chapte... | 250 Ulrich, Jason A. | 4.6 |
| 7/1/2005 | Research and Writing of memo concerning disability pension applications for Kurt and Wayne. | 250 Ulrich, Jason A. | 3.1 |
| 7/3/2005 | Working on written discovery | 241 Stephen Neuberger | 1 |
| 7/5/2005 | Meet with SJN about coverage of July depositions. | 110 | 0.3 |
| 7/5/2005 | Meeting with TSN re: written discovery | 110 Stephen Neuberger | 0.6 |
| 7/5/2005 | Meeting with SJN re: written discovery | 110 | 0.6 |
| 7/5/2005 | Drafting of memo concerning the pension applications of Price and Warren and preparing the memo ... | 250 Ulrich, Jason A. | 1.9 |
| 7/6/2005 | Telephone with Wayne re: ROGs | 830 Stephen Neuberger | 0.1 |
| 7/6/2005 | Researching through Price and Warren's medical records, and their employment history.  Trying to... | 410 Ulrich, Jason A. | 3.7 |
| 7/6/2005 | Research into medical files of Warren and Price in order to better understand their claims for d... | 410 Ulrich, Jason A. | 0.4 |
| 7/7/2005 | Call from Kurt re: interrogatories | 810 Stephen Neuberger | 0.1 |
| 7/7/2005 | Meeting with Kurt & Wayne re: discovery and related issues | 241 Stephen Neuberger | 2.4 |
| 7/7/2005 | Drafting memo concerning legal status of pension board cases and what is required in them to get... | 250 Ulrich, Jason A. | 1.6 |
| 7/7/2005 | Drafting a list of question for the telephone conference next Tuesday the 12th of July, concerni... | 250 Ulrich, Jason A. | 1.7 |
| 7/11/2005 | Receive two law clerk memos. | 410 | 0.2 |
| 7/11/2005 | Meet with SJN about discovery responses due next week. | 110 | 0.2 |
| 7/11/2005 | Meet with TSN about discovery responses due next week. | 110 Stephen Neuberger | 0.2 |
| 7/11/2005 | Working on written discovery | 241 Stephen Neuberger | 6 |
| 7/11/2005 | Legal research on damages issues, pension offsets. | 410 | 1.3 |
| 7/11/2005 | Meeting with SJN about trial strategy and damages issues. | 110 | 0.2 |
| 7/11/2005 | Meeting with TSN about damages issues and trial strategy. | 110 Stephen Neuberger | 0.2 |
| 7/11/2005 | Reviewing notes in preparation for telephone conference and adding a few questions to the list r... | 410 Ulrich, Jason A. | 0.6 |
| 7/11/2005 | Reviewing notes and memos on the FTU pension applications for Price and Warren preparing for the... | 410 Ulrich, Jason A. | 0.3 |
| 7/12/2005 | Telephone conference with Larry Talley about mitigation of damages and strategy issues. | 110 | 0.7 |
| 7/12/2005 | Meet with SJN about trial strategy issues and damages and mitigation. | 110 | 0.5 |
| 7/12/2005 | Meet with JU lawclerk about the medical record and damages and mitigation of damages issues. | 110 | 0.8 |
| 7/12/2005 | Email to clients. | 430 | 0.2 |
| 7/12/2005 | Memos from law clerk. | 410 | 0.2 |
| 7/12/2005 | Meeting with TSN re: discovery, damages and other issues | 110 Stephen Neuberger | 0.5 |
| 7/12/2005 | Meeting with SJN re: discovery, damages and other issues | 110 | 0.5 |
| 7/12/2005 | Working on written discovery | 241 Stephen Neuberger | 6.7 |
| 7/12/2005 | Preparing for Telephone confrence with Larry Talley concerning the pension applications of Kurt ... | 410 Ulrich, Jason A. | 0.6 |
| 7/12/2005 | Meeting with TSN concerning the Pension Applications of Wayne Warren and Kurt Price and given ne... | 110 Ulrich, Jason A. | 0.2 |
| 7/12/2005 | Telephone Confrence with Larry Talley concerning Kurt Price and Wayne Warren Pension application... | 110 Ulrich, Jason A. | 0.8 |
| 7/12/2005 | Meeting with TSN and SJN concerning the telephone conference with Larry Talley and what would be... | 110 Ulrich, Jason A. | 0.3 |
| 7/12/2005 | Drafting Memo concerning the Larry Talley Telephone conference and the details which were given ... | 250 Ulrich, Jason A. | 1.2 |
| 7/12/2005 | Re working questions related to the Larry Talley phone conversation and adding answers to them. ... | 250 Ulrich, Jason A. | 2.7 |
| 7/12/2005 | Redrafting memo concerning the pension applications for Wayne Warren and Kurt Price.  Added the ... | 250 Ulrich, Jason A. | 1.4 |
| 7/13/2005 | Meeting with TSN re discovery | 110 Stephen Neuberger | 0.5 |
| 7/13/2005 | Meeting with SJN re discovery | 110 | 0.5 |
| 7/13/2005 | Working on written discovery | 241 Stephen Neuberger | 6.9 |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... | 410 Ulrich, Jason A. | 1.9 |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... | 410 Ulrich, Jason A. | 3.1 |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... | 410 Ulrich, Jason A. | 3 |
| 7/14/2005 | Meet with SJN about final argument. | 110 | 0.2 |
| 7/14/2005 | Email from WWarren. | 420 | 0.2 |
| 7/14/2005 | Try to reach WW. | 790 | 0.1 |
| 7/14/2005 | Working on written discovery | 241 Stephen Neuberger | 4.7 |
| 7/14/2005 | Typing a memo concerning the medical history of Kurt Price, including all prior illnesses, their... | 250 Ulrich, Jason A. | 2.9 |
| 7/14/2005 | Finishing the Kurt Price part of the memo on medicial records then moving to research the Wayne ... | 410 Ulrich, Jason A. | 4.2 |
| 7/14/2005 | Research into the medical history of Wayne Warren and also the diagnosis, prognosis and causatio... | 410 Ulrich, Jason A. | 0.6 |
| 7/15/2005 | Prepare for Capt. Baylor deposition. | 240 | 0.2 |
| 7/15/2005 | Meet with client about trial of the case and damages. | 120 | 1.5 |
| 7/15/2005 | Meeting with TSN | 110 Stephen Neuberger | 0.5 |
| 7/15/2005 | Meeting with SJN | 110 | 0.5 |
| 7/15/2005 | Working on written discovery | 241 Stephen Neuberger | 9.8 |
| 7/15/2005 | Research and some writing on the medical history of Wayne Warren and his medical history | 410 Ulrich, Jason A. | 3.4 |
| 7/15/2005 | Research and Writing of a memo dealing with the causes, diagnoses, prognosis and other things d... | 250 Ulrich, Jason A. | 3.1 |
| 7/15/2005 | Drafting memo on the medical and work history of Wayne Warren. | 250 Ulrich, Jason A. | 0.4 |
| 7/16/2005 | Depo prep | 240 Stephen Neuberger | 1.4 |
| 7/16/2005 | Working on document production | 241 Stephen Neuberger | 6.2 |
| 7/17/2005 | Call from Kurt re: rog's | 810 Stephen Neuberger | 0.3 |
| 7/17/2005 | Working on document production | 241 Stephen Neuberger | 4.9 |
| 7/17/2005 | Depo prep for MacLeish | 240 Stephen Neuberger | 1.4 |
| 7/17/2005 | Prepare for Dave Baylor deposition. | 240 | 3 |
| 7/18/2005 | Telephone with client about discovery. | 790 | 0.3 |
| 7/18/2005 | Take the Deposition of Major Dave Baylor morning. | 230 | 2.7 |
| 7/18/2005 | Meet with SJN to discuss the deposition of Dave Baylor and the Col. tomorrow. | 110 | 0.2 |
| 7/18/2005 | Take the deposition of Major Baylor in the afternoon. | 230 | 2 |
| 7/18/2005 | Meet with clients about today's partial deposition of Baylor and our results. | 120 | 0.7 |
| 7/18/2005 | Meet with SJN to prepare for MacLeish deposition. | 240 | 0.4 |
| 7/18/2005 | Prepare for MacLeish deposition tomorrow, meet with SJN. | 240 | 2.2 |
| 7/18/2005 | Depo prep - MacLeish | 240 Stephen Neuberger | 6.9 |
| 7/19/2005 | Meet with SJN to review his outline of Col. MacLeish's deposition today. | 240 | 0.5 |
| 7/19/2005 | Review, approve and edit and transmit our interrogatory answers and document request response. | 360 | 2.3 |
| 7/19/2005 | Meet with Kurt Price about MacLeish deposition today. | 120 | 1.0 |
| 7/19/2005 | Meet with Kurt Price about his financial damages and injuries. | 120 | 0.5 |
| 7/19/2005 | Meet with SJN about the MacLeish deposition today. | 110 | 0.4 |
| 7/19/2005 | Depo of MacLeish | 230 Stephen Neuberger | 2.8 |
| 7/19/2005 | Depo prep for MacLeish | 240 Stephen Neuberger | 1.1 |
| 7/19/2005 | Meet with clients, then meet with TSN re: depositions | 110 Stephen Neuberger | 0.5 |
| 7/19/2005 | Drafting last parts of medical history memo for Wayne Warren and Kurt Price giving their diagnos... | 250 Ulrich, Jason A. | 2.4 |
| 7/20/2005 | Meet with SJN about the MacLeish deposition yesterday. | 110 | 0.2 |
| 7/20/2005 | Telephone with kurt re: depositions | 830 Stephen Neuberger | 0.4 |
| 7/20/2005 | Telephone with Wayne re: depos | 830 Stephen Neuberger | 0.3 |
| 7/20/2005 | Depo prep | 240 Stephen Neuberger | 1.1 |
| 7/20/2005 | Pleadings review | 630 Stephen Neuberger | 0.5 |
| 7/21/2005 | Prepare for Papili deposition, speak with VF about his truthfulness. | 240 | 0.3 |
| 7/21/2005 | Email on damages. | 430 | 0.2 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 7/21/2005 | Prepare for Major Papili deposition. | 240 | 0.6 |
| 7/21/2005 | Prepare for Papili deposition. | 240 | 0.5 |
| 7/21/2005 | E-mails to & from TSN | 430 Stephen Neuberger | 0.1 |
| 7/21/2005 | Discovery doc review | 700 Stephen Neuberger | 0.2 |
| 7/21/2005 | Meeting with TSN re: depositions and discovery | 110 Stephen Neuberger | 0.3 |
| 7/21/2005 | Telephone call to Kurt | 830 Stephen Neuberger | 0.2 |
| 7/21/2005 | Depo prep - talk with TSN re: exhibits for Papili depo | 240 Stephen Neuberger | 0.1 |
| 7/21/2005 | Depo prep for Papili | 240 Stephen Neuberger | 0.2 |
| 7/21/2005 | Written discovery - working on RFP's | 241 Stephen Neuberger | 1.4 |
| 7/22/2005 | Morning deposition of Major Papili. | 230 | 3 |
| 7/22/2005 | Deposition preparation for afternoon of Papili. | 240 | 0.3 |
| 7/22/2005 | Meet with SJN about who to further depose in the case. | 110 | 0.8 |
| 7/22/2005 | Meet with TSN about who to further depose in the case. | 110 Stephen Neuberger | 0.8 |
| 7/22/2005 | Conclude deposition of Major Papili. | 230 | 0.5 |
| 7/22/2005 | Meet with SJN on Kurt Prices IME today. | 110 | 0.3 |
| 7/22/2005 | Telephone with Kurt | 830 Stephen Neuberger | 0.2 |
| 7/22/2005 | Meeting with TSN, MDH, Chris | 110 Stephen Neuberger | 0.1 |
| 7/22/2005 | Working on discovery issues and fact investitation | 245 Stephen Neuberger | 1.2 |
| 7/22/2005 | Review and pull together docs for Dr. Tavani | 700 Stephen Neuberger | 0.4 |
| 7/25/2005 | Meet with SJN about damages. | 110 | 0.1 |
| 7/25/2005 | Prepare for Baylor deposition tomorrow, meet with SJN. | 240 | 0.5 |
| 7/25/2005 | Meet with TSN to prepare for Baylor deposition tomorrow. | 240 Stephen Neuberger | 0.5 |
| 7/25/2005 | Review comments from Dr. Tavani on exam of Kurt Price. | 480 | 0.2 |
| 7/25/2005 | Prepare bias questions for Major Papili | 860 | 0.1 |
| 7/25/2005 | Review SJN memo on remaining witnesses to depose. | 280 | 0.1 |
| 7/25/2005 | Prepare for Baylor deposition. | 240 | 0.7 |
| 7/25/2005 | Review document responses. | 280 | 0.2 |
| 7/25/2005 | Meeting with TSN re: vocational expert | 110 Stephen Neuberger | 0.1 |
| 7/25/2005 | Meeting with TSN re: vocational expert | 110 Stephen Neuberger | 0.1 |
| 7/25/2005 | E-mail to MDH re: vocational experts | 430 Stephen Neuberger | 0.1 |
| 7/25/2005 | Letter to Dr. Tavani enclosing documents to aid in her review | 430 Stephen Neuberger | 0.5 |
| 7/25/2005 | Telephone call from Chris re: witnesses & fact investigation | 810 Stephen Neuberger | 0.3 |
| 7/26/2005 | Prepare for Baylor deposition. | 240 | 0.7 |
| 7/26/2005 | Deposition of Baylor day 2. | 230 | 2 |
| 7/26/2005 | Finish deposition of major Baylor. | 230 | 2 |
| 7/26/2005 | Meet with clients and counsel after Baylor deposition. | 120 | 0.6 |
| 7/26/2005 | Meeting with TSN re: depos and discovery | 110 Stephen Neuberger | 0.2 |
| 7/26/2005 | Meeting with SJN re: depos and discovery | 110 | 0.2 |
| 7/26/2005 | Review defendants' rog answers | 700 Stephen Neuberger | 0.3 |
| 7/26/2005 | Meetings with TSN, MDH, Chris and/or Kurt re: deposition of Dave Baylor | 110 Stephen Neuberger | 0.3 |
| 7/26/2005 | Meetings with TSN, MDH, Chris and/or Kurt re: depositions and discovery | 110 Stephen Neuberger | 0.6 |
| 7/27/2005 | Telephone with TCC about damages and the workers comp proceedings. | 800 | 0.3 |
| 7/27/2005 | File memo on damages. | 310 | 0.1 |
| 7/27/2005 | Meet with MH about trial issues. | 110 | 0.1 |
| 7/27/2005 | Meeting with TSN re: depositions and discovery | 110 Stephen Neuberger | 0.4 |
| 7/27/2005 | Meeting with SJN re: depositions and discovery | 110 | 0.4 |
| 7/28/2005 | Meeting with TSN re: written discovery | 110 Stephen Neuberger | 0.3 |
| 7/28/2005 | Meeting with SJN re: written discovery | 110 | 0.3 |
| 7/28/2005 | Fact investigation | 280 Stephen Neuberger | 0.1 |
| 7/29/2005 | Revise and file 3rd RFP | 241 Stephen Neuberger | 0.4 |
| 7/29/2005 | Review docs, status and draft letter to MacLeish | 430 Stephen Neuberger | 1 |
| 7/29/2005 | Discuss discovery issues with SJN. | 110 | 0.2 |
| 7/29/2005 | Review stonewalling email from RF. | 420 | 0.1 |
| 7/29/2005 | Review lett to MacLeish on termination date. | 250 | 0.1 |
| 7/29/2005 | Review memo to SJN. | 710 | 0.1 |
| 8/1/2005 | Depo prep - for Capt. Davis | 240 Stephen Neuberger | 0.4 |
| 8/2/2005 | Telephone calls with TC re: damages | 830 Stephen Neuberger | 0.4 |
| 8/3/2005 | E-mails re: setting up Capt. Davis' depo | 430 Stephen Neuberger | 0.1 |
| 8/3/2005 | Meeting with Kurt and Wayne re: documents produced from defendants | 110 Stephen Neuberger | 0.5 |
| 8/3/2005 | Review adverse action memo | 700 Stephen Neuberger | 0.2 |
| 8/3/2005 | Meeting with Kurt and Wayne re: discovery | 110 Stephen Neuberger | 0.5 |
| 8/3/2005 | Telephone with Chris re: discovery issues | 830 Stephen Neuberger | 0.2 |
| 8/3/2005 | Telephone with Kurt re: discovery issues | 830 Stephen Neuberger | 0.1 |
| 8/3/2005 | Meeting with Kurt and Wayne re: discovery issues and documents | 110 Stephen Neuberger | 0.3 |
| 8/3/2005 | Telephone with TSN re: discovery issues | 830 Stephen Neuberger | 0.1 |
| 8/3/2005 | Telephone call from SJN re: discovery issues | 810 | 0.1 |
| 8/4/2005 | Trying to set up a date for deposition of Capt. Davis | 430 Stephen Neuberger | 0.1 |
| 8/8/2005 | Call and e-mail to Ed Ellis - responding to Ed's call | 430 Stephen Neuberger | 0.1 |
| 8/8/2005 | Meeting with TSN re: discovery and depos | 110 Stephen Neuberger | 0.2 |
| 8/8/2005 | Meeting with SJN re: discovery and depos | 110 | 0.2 |
| 8/8/2005 | Call from Wayne re: separation date from DSP | 810 Stephen Neuberger | 0.2 |
| 8/8/2005 | E-mail to defense counsel re: depos of Chaffinch and Yeomans | 430 Stephen Neuberger | 0.1 |
| 8/8/2005 | Letter to Dr. Tavani | 430 Stephen Neuberger | 0.4 |
| 8/9/2005 | Telephone with Ed Ellis re retirement date, discuss with SJN. | 800 | 0.4 |
| 8/9/2005 | Telephone with TSN and Ed Ellis about disability date and discuss with TSN. | 800 Stephen Neuberger | 0.4 |
| 8/9/2005 | E-mail from and to Kurt | 430 Stephen Neuberger | 0.1 |
| 8/9/2005 | Written discovery - 4th set of RFP's | 241 Stephen Neuberger | 0.8 |
| 8/9/2005 | Meeting with TSN re: DSP efforts to get rid of Kurt and Wayne | 110 Stephen Neuberger | 0.4 |
| 8/9/2005 | Meeting with SJN re: DSP efforts to get rid of Kurt and Wayne | 110 | 0.4 |
| 8/9/2005 | Messages from and call and e-mail to Ellis | 830 Stephen Neuberger | 0.4 |
| 8/9/2005 | Calls to Wayne and Kurt | 830 Stephen Neuberger | 0.4 |
| 8/9/2005 | File memos re: call from Ellis suspending the retire order and conversations with clients about ... | 310 Stephen Neuberger | 0.4 |
| 8/9/2005 | Telephone with Kurt and Wayne | 830 Stephen Neuberger | 0.4 |
| 8/9/2005 | E-mails to Crumplar | 430 Stephen Neuberger | 0.1 |
| 8/9/2005 | Prep notice of depo for Chaffinch | 240 Stephen Neuberger | 0.2 |
| 8/9/2005 | File organization - pulling stuff together for discovery | 320 Stephen Neuberger | 0.5 |
| 8/10/2005 | Fact investigation. | 280 | 0.2 |
| 8/10/2005 | File memo. | 310 | 0.2 |
| 8/10/2005 | Meeting with TSN re: possible depos | 110 Stephen Neuberger | 0.2 |
| 8/10/2005 | Meeting with SJN re: possible depos | 110 | 0.2 |
| 8/10/2005 | Meeting with TSN re: experts | 110 Stephen Neuberger | 0.1 |
| 8/10/2005 | Meeting with SJN re: experts | 110 | 0.1 |
| 8/11/2005 | .Phone meetings with SJN and clients. | 800 | 0.5 |
| 8/11/2005 | Calls from TSN re: Mitchell and DSP's public comments about range repairs | 810 Stephen Neuberger | 0.2 |
| 8/11/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 8/11/2005 | Review latest FTU assessment by State Government | 700 Stephen Neuberger | 0.1 |
| 8/11/2005 | Email and reply. | 420 | 0.1 |
| 8/12/2005 | Emails from clients. | 420 | 0.1 |
| 8/12/2005 | Revise memo. | 710 | 0.1 |
| 8/12/2005 | Meeting with TSN re: documents and discovery | 110 Stephen Neuberger | 0.1 |
| 8/12/2005 | Meeting with SJN re: documents and discovery | 110 | 0.1 |
| 8/12/2005 | Talk with MDH re: status of case, discovery and depos | 110 Stephen Neuberger | 0.2 |
| 8/12/2005 | E-mail to Al Mascetti re: FTU report | 430 Stephen Neuberger | 1.2 |
| 8/12/2005 | Investigate facts, email from and to clients. | 280 | 0.3 |
| 8/13/2005 | Investigate facts proving light duty policy. | 280 | 0.6 |
| 8/14/2005 | Investigate new State report on conditions at the FTU. | 280 | 1 |
| 8/14/2005 | Email to clients. | 430 | 0.3 |
| 8/15/2005 | Meet with SJN and JR about strategy. | 110 | 0.3 |
| 8/15/2005 | Meet with TSN and JR about strategy. | 110 Stephen Neuberger | 0.3 |
| 8/15/2005 | Email to clients. | 430 | 0.2 |
| 8/15/2005 | Email to clients. | 430 | 0.3 |
| 8/15/2005 | Email to EE on depositions. | 430 | 0.3 |
| 8/15/2005 | First and second draft of a press release. | 250 | 1.1 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 8/15/2005 | Telephone with AM about the new report. | 800 | 0.1 |
| 8/15/2005 | Meeting with TSN re: discovery and case strategy | 110 Stephen Neuberger | 0.5 |
| 8/15/2005 | Meeting with SJN re: discovery and case strategy | 110 | 0.5 |
| 8/15/2005 | Call from Kurt | 810 Stephen Neuberger | 0.2 |
| 8/16/2005 | Investigate new facts on condition of the range. | 280 | 0.5 |
| 8/16/2005 | Prepare a press release. | 250 | 0.5 |
| 8/16/2005 | Fact investigation, speak with VF. | 280 | 0.5 |
| 8/16/2005 | E-mail from Chris re: FTU facility | 430 Stephen Neuberger | 0.1 |
| 8/17/2005 | Finalize press release on the range fix up report and prepare oral remarks. | 250 | 1.2 |
| 8/17/2005 | Prepare for press conference. | 560 | 0.5 |
| 8/17/2005 | Meeting with TSN re: depositions, discovery, and causation issues | 110 Stephen Neuberger | 1 |
| 8/17/2005 | Meeting with SJN re: depositions, discovery, and causation issues | 110 | 1 |
| 8/17/2005 | Review numerous documents for deposition and trial use | 700 Stephen Neuberger | 3.8 |
| 8/18/2005 | Meet with CF and KP about the case. | 120 | 1 |
| 8/18/2005 | Attend press conference. | 560 | 1 |
| 8/18/2005 | Meeting with clients re: FTU issues; damages; etc... | 120 Stephen Neuberger | 1 |
| 8/18/2005 | Press conference | 550 Stephen Neuberger | 0.5 |
| 8/18/2005 | Telephone calls to Chris, then Kurt, then Wayne | 430 Stephen Neuberger | 0.2 |
| 8/19/2005 | Travel to and attend talk show with WDEL on conditions at the range and anticipated repairs. | 560 | 1.8 |
| 8/19/2005 | Telephone interview with the Dover Post. | 800 | 0.3 |
| 8/20/2005 | E-mail from and to Fitzgerald re: depositions | 430 Stephen Neuberger | 0.1 |
| 8/20/2005 | Telephone messages from and calls to clients | 830 Stephen Neuberger | 0.1 |
| 8/20/2005 | Working on discovery issues, reviewind discovery documents and pulling docs and other materials ... | 245 Stephen Neuberger | 0.3 |
| 8/22/2005 | Telephone from Al Mascetti. | 800 | 0.1 |
| 8/22/2005 | Review TCC letter on work comp issues as it affects damages issues in our case. | 280 | 0.2 |
| 8/22/2005 | Fact investigaiton, statements of MacLeish at his deposition. | 280 | 0.2 |
| 8/23/2005 | Meet with JR about trial. | 110 | 0.1 |
| 8/23/2005 | Meet with SJN, MH about experts. | 110 | 0.3 |
| 8/23/2005 | E-mails to and from Chris | 430 Stephen Neuberger | 0.1 |
| 8/23/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.3 |
| 8/23/2005 | Meeting with SJN re: discovery | 110 | 0.3 |
| 8/23/2005 | Meeting with TSN and MDH re: expert damages | 110 Stephen Neuberger | 0.3 |
| 8/24/2005 | Prepare for Chaffinch depo by reviewing MacLeish's depo | 240 Stephen Neuberger | 1.1 |
| 8/25/2005 | Meeting with TSN re: depositions | 110 Stephen Neuberger | 0.4 |
| 8/25/2005 | Meeting with SJN re: depositions | 110 | 0.4 |
| 8/25/2005 | Depo prep for Chaffinch | 240 Stephen Neuberger | 0.5 |
| 8/25/2005 | Review emails. | 700 | 0.4 |
| 8/26/2005 | E-mails from and to Fitzgerald re: depositions and e-mails to TSN & MDH | 430 Stephen Neuberger | 0.4 |
| 8/26/2005 | Meeting with TSN re: discovery and depositions | 110 Stephen Neuberger | 0.2 |
| 8/26/2005 | Meeting with SJN re: discovery and depositions | 110 | 0.2 |
| 8/27/2005 | Review latest docs produced by Defendants | 260 Stephen Neuberger | 0.3 |
| 8/28/2005 | Depo prep for Chaffinch | 240 Stephen Neuberger | 0.9 |
| 8/29/2005 | Depo prep for Chaffinch - meeting with TSN | 240 Stephen Neuberger | 0.3 |
| 8/29/2005 | Depo prep for Chaffinch - meeting with SJN | 240 | 0.3 |
| 8/29/2005 | Depo prep for Chaffinch's depo tomorrow | 240 | 4.1 |
| 8/29/2005 | E-mails to clients and to attorneys | 430 Stephen Neuberger | 0.3 |
| 8/29/2005 | Call from Wayne re: Chaffinch depo | 810 Stephen Neuberger | 0.2 |
| 8/29/2005 | Call from Kurt re: Chaffinch depo | 810 Stephen Neuberger | 0.1 |
| 8/30/2005 | Discuss today's deposition Twice of Chaffinch with counsel. | 280 | 0.5 |
| 8/30/2005 | Investigate facts for use at Chaffinch deposition today. | 240 | 0.2 |
| 8/30/2005 | Meet with counsel about the chaffinch deposition today. | 110 | 0.5 |
| 8/30/2005 | Deposition of Chaffinch | 230 Stephen Neuberger | 2.7 |
| 8/30/2005 | Meetings before and after Chaffinch depo with Wayne | 110 Stephen Neuberger | 0.9 |
| 8/30/2005 | Call from Kurt re: Chaffinch depo and discovery issues | 810 Stephen Neuberger | 0.4 |
| 8/30/2005 | Telephone with TSN re: Chaffinch deposition and what remains for discovery | 830 Stephen Neuberger | 0.2 |
| 8/30/2005 | Telephone with SJN re: Chaffinch deposition and what remains for discovery | 810 | 0.2 |
| 8/31/2005 | Meet with MH about proof of damages and expert reports. | 271 | 0.7 |
| 8/31/2005 | Legal research on new Scranton v. Hill case and its effect on our case. | 410 | 0.5 |
| 8/31/2005 | Telephone with Martin re: info for Castro vocational report | 810 Stephen Neuberger | 0.1 |
| 8/31/2005 | Meeting with TSN re: discovery that remains to be taken | 110 Stephen Neuberger | 0.4 |
| 8/31/2005 | Meeting with SJN re: discovery that remains to be taken | 110 | 0.4 |
| 8/31/2005 | Review and organize depo file in light of yesterday's depositions | 320 Stephen Neuberger | 0.3 |
| 8/31/2005 | E-mails to clients, TSN, MDH and defense counsel re: various depos and other scheduling matters | 430 Stephen Neuberger | 0.3 |
| 8/31/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 9/1/2005 | Legal research - light duty as adverse employment action | 410 Stephen Neuberger | 0.7 |
| 9/1/2005 | Telephone with Tom Crumplar re: damages case | 830 Stephen Neuberger | 0.1 |
| 9/1/2005 | Call from Kurt re: Bruce Peachy | 810 Stephen Neuberger | 0.1 |
| 9/1/2005 | Pull together and review economic damages information | 700 Stephen Neuberger | 1.5 |
| 9/1/2005 | Pleading review | 630 Stephen Neuberger | 0.1 |
| 9/1/2005 | Call to Kurt re: Mayfram International | 830 Stephen Neuberger | 0.1 |
| 9/1/2005 | E-mails to Robert and checking on depo dates | 430 Stephen Neuberger | 0.1 |
| 9/2/2005 | Call to clients re: expert damages documents | 830 Stephen Neuberger | 0.1 |
| 9/2/2005 | Meeting with MDH re: expert evidence | 430 | 0.3 |
| 9/2/2005 | E-mail to clients re: expert discovery and evidence | 430 Stephen Neuberger | 0.1 |
| 9/2/2005 | Review docs that we need to pull together for the experts | 700 Stephen Neuberger | 0.1 |
| 9/2/2005 | Telephone with Wayne re: depositions and pulling together tax returns | 810 Stephen Neuberger | 0.4 |
| 9/2/2005 | Call from Kurt re: damages, experts and when the DSP is giving them notice | 810 Stephen Neuberger | 0.1 |
| 9/5/2005 | Depo prep - for Capt. Davis | 240 Stephen Neuberger | 0.8 |
| 9/6/2005 | Depo prep - for depo of Capt. Davis | 240 Stephen Neuberger | 1.1 |
| 9/6/2005 | Pulling together expert economic discovery info | 245 Stephen Neuberger | 0.3 |
| 9/6/2005 | E-mail from Ellis | 430 Stephen Neuberger | 0.2 |
| 9/6/2005 | Deposition of Capt. Ralph Davis | 230 Stephen Neuberger | 1 |
| 9/6/2005 | Meeting with Kurt, Wayne and Chris after depo | 120 Stephen Neuberger | 0.8 |
| 9/6/2005 | Dictate memo about Capt. Davis deposition | 210 Stephen Neuberger | 0.3 |
| 9/6/2005 | Dictate memo re: meeting with clients re: Capt. Davis' depo | 210 Stephen Neuberger | 0.2 |
| 9/6/2005 | Legal research | 410 Stephen Neuberger | 0.2 |
| 9/6/2005 | Legal research on new causation proof case Fasold v. Justice | 410 | 0.6 |
| 9/7/2005 | Review emails on depo: scheduling and confidentiality order. | 420 | 0.1 |
| 9/7/2005 | Review emails on the R. Davis deposition issue. | 700 | 0.2 |
| 9/7/2005 | Review emails on scheduling. | 420 | 0.1 |
| 9/7/2005 | Meeting with TSN re: depo of Capt. Davis and further discovery to be taken | 110 Stephen Neuberger | 0.6 |
| 9/7/2005 | Meeting with SJN re: depo of Capt. Davis and further discovery to be taken | 110 | 0.6 |
| 9/7/2005 | Meeting with TSN re: depositions remaining and scheduling dates for plaintiffs to give their depos | 110 Stephen Neuberger | 0.5 |
| 9/7/2005 | Meeting with SJN re: depositions remaining and scheduling dates for plaintiffs to give their depos | 110 | 0.5 |
| 9/7/2005 | Various e-mails to the men about status, depositions and discovery | 430 Stephen Neuberger | 0.2 |
| 9/7/2005 | E-mail to Fitzgerald | 430 Stephen Neuberger | 0.1 |
| 9/8/2005 | Telephone meeting with EE and SJN about ruel 4.2 issues. | 800 | 0.3 |
| 9/8/2005 | Meet with SJN about Rule 4.2 issues. | 110 | 0.1 |
| 9/8/2005 | Meeting with TSN re: depos and discovery | 110 Stephen Neuberger | 0.1 |
| 9/8/2005 | Meeting with SJN re: depos and discovery | 110 | 0.1 |
| 9/8/2005 | E-mail to Kurt and Wayne re: setting up their depos | 430 Stephen Neuberger | 0.1 |
| 9/9/2005 | Review emails. | 700 | 0.1 |
| 9/9/2005 | Email from client, CF on conveyor belt. | 420 | 0.1 |
| 9/9/2005 | Calls and e-mails to Kurt, Wayne and Chris re: confirming depo dates and discovery issues | 830 Stephen Neuberger | 0.2 |
| 9/9/2005 | Call from Wayne re: his deposition | 810 Stephen Neuberger | 0.1 |
| 9/9/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 9/9/2005 | Meeting with SJN re: discovery | 110 | 0.1 |
| 9/9/2005 | E-mail to clients | 430 Stephen Neuberger | 0.1 |
| 9/10/2005 | Meet with KP and discuss his case. | 120 | 0.6 |
| 9/10/2005 | Meet with client and discuss his case. | 120 | 0.3 |
| 9/10/2005 | Fact investigation, meet with GW about being our first witness at trial. | 280 | 0.7 |
| 9/11/2005 | E-mails from Wayne | 430 Stephen Neuberger | 0.1 |
| 9/12/2005 | Investigate facts relating to defense subpoena of bullet trap records. | 280 | 0.1 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 9/12/2005 | Review Dr. Tavani report for Wayne Warren. | 271 | 0.5 |
| 9/12/2005 | Review MacLeish depo for comparator info | 700 Stephen Neuberger | 0.3 |
| 9/13/2005 | Meet with JR about Wayne Warren's medical condition. | 110 | 0.1 |
| 9/14/2005 | Email to RF and reply on the tour tomorrow. | 420 | 0.1 |
| 9/14/2005 | Various e-mails re: FTU inspection and tour | 430 Stephen Neuberger | 0.1 |
| 9/14/2005 | Review and pull together pay scale info for expert | 700 Stephen Neuberger | 0.3 |
| 9/14/2005 | Pleading review | 630 Stephen Neuberger | 0.1 |
| 9/15/2005 | Review FTU inspection photos | 110 | 0.1 |
| 9/15/2005 | Depo prep - Capt. Dixon | 240 Stephen Neuberger | 0.3 |
| 9/15/2005 | Travel to and from the FTU to inspect it. | 840 | 2 |
| 9/15/2005 | Travel to and from FTU to inspect it. | 840 Stephen Neuberger | 2 |
| 9/15/2005 | Inspect the FTU and take pictures of the site for use at trial.  Meet with the clients about the... | 280 | 3.5 |
| 9/15/2005 | Inspect the FTU with clients.  Meet with them about the site and their health issues. | 280 Stephen Neuberger | 3.5 |
| 9/15/2005 | Review 99 pictures taken today. | 280 | 0.6 |
| 9/16/2005 | Letter to EE about amending the complaint and expert deadlines. | 430 | 0.4 |
| 9/16/2005 | Review Dr. Tavani report on Kurt Price. | 271 | 0.6 |
| 9/16/2005 | Emails to Kurt and then to Wayne. | 430 | 0.2 |
| 9/16/2005 | Email to trial witness GW. | 430 | 0.1 |
| 9/16/2005 | Review assorted Defense responses to discovery requests | 700 Stephen Neuberger | 0.4 |
| 9/19/2005 | Email to clients on IME dates. | 430 | 0.1 |
| 9/19/2005 | Analyze issues arising from IME request. | 271 | 0.2 |
| 9/19/2005 | Telephone with Dr. Tavani re IME issues. | 271 | 0.2 |
| 9/19/2005 | Email to MH on IMEs | 430 | 0.2 |
| 9/19/2005 | Email to Kurt and Wayne. | 430 | 0.2 |
| 9/19/2005 | Email to cocounsel. | 430 | 0.2 |
| 9/20/2005 | Email to cocounsel on Dixon deposition. | 430 | 0.2 |
| 9/20/2005 | Email to cocounsel. | 430 | 0.1 |
| 9/20/2005 | Download, calendar and distribute two deposition notices. | 630 | 0.2 |
| 9/21/2005 | Email on IME scheduling, email to cocounsel and clients. | 430 | 0.2 |
| 9/21/2005 | Letter delivering three medical reports, distribute reports. | 430 | 0.3 |
| 9/23/2005 | Meet with JR about Dr. B's report. | 110 | 0.2 |
| 9/23/2005 | Email to EE. | 430 | 0.1 |
| 9/23/2005 | Letter to Wayne's family physician. | 430 | 0.3 |
| 9/26/2005 | Discuss the case with SJN. | 110 | 0.4 |
| 9/26/2005 | Discuss the case with TSN. | 110 | 0.4 |
| 9/26/2005 | Review e-mails from the last week re: depositions, discovery and experts | 430 Stephen Neuberger | 0.3 |
| 9/26/2005 | Review Capt. Davis' depo | 700 Stephen Neuberger | 0.5 |
| 9/27/2005 | Meeting with SJN and JR about light duty status for the clients in light of the Tavani report. | 110 | 0.5 |
| 9/27/2005 | Meeting with SJN and JR about light duty status for the clients in light of the Tavani report. | 110 Stephen Neuberger | 0.5 |
| 9/27/2005 | Meeting with TSN and SJN about the Tavani report and light duty status for the clients. | 110 Joseph Robert | 0.5 |
| 9/27/2005 | Discuss case with MH. | 110 | 0.2 |
| 9/27/2005 | Email from client KP. | 430 | 0.1 |
| 9/27/2005 | Meeting with TSN re: amending complaint; comparator issues; discovery issues | 110 Stephen Neuberger | 0.4 |
| 9/27/2005 | Meeting with SJN re: amending complaint; comparator issues; discovery issues | 110 | 0.4 |
| 9/27/2005 | Meeting with TSN re: protective order | 110 Stephen Neuberger | 0.2 |
| 9/27/2005 | Meeting with SJN re: protective order | 110 | 0.2 |
| 9/27/2005 | Reviewing and revising the draft protective order from defendants | 700 Stephen Neuberger | 0.9 |
| 9/27/2005 | Depo prep - for Yeomans | 240 Stephen Neuberger | 0.2 |
| 9/28/2005 | Meet with Kurt and Wayne about their medical conditions. | 120 | 1 |
| 9/28/2005 | Meeting with Dr. Kozma's office. | 800 | 0.1 |
| 9/28/2005 | Working on draft protective order from Fitzgerald | 250 Stephen Neuberger | 0.4 |
| 9/28/2005 | Depo prep - Meeting with TSN re: Yeomans depo | 240 Stephen Neuberger | 0.4 |
| 9/28/2005 | Depo prep - Meeting with SJN re: Yeomans depo | 240 | 0.4 |
| 9/28/2005 | E-mail from and to RF re: changes to one of the p.o. paragraphs | 240 | 0.2 |
| 9/29/2005 | Deposition Preparation discuss Yeomans outline with SJN | 240 | 0.3 |
| 9/29/2005 | Deposition Preparation discuss Yeomans outline with TSN | 240 Stephen Neuberger | 0.3 |
| 9/30/2005 | Meeting with TSN re: Yeomans depo | 110 Stephen Neuberger | 0.3 |
| 9/30/2005 | Meeting with SJN re: Yeomans depo | 110 | 0.3 |
| 9/30/2005 | Telephone meeting with treating psychologist, Dr. Kozma. | 271 | 0.2 |
| 9/30/2005 | Email to clients. | 430 | 0.1 |
| 9/30/2005 | Email to JR on document production. | 430 | 0.1 |
| 9/30/2005 | Examine document production issues. | 261 | 0.1 |
| 9/30/2005 | Prepare for deposition of John Yeomans. | 240 | 3 |
| 9/30/2005 | Reviewing documentary discovery | 260 Stephen Neuberger | 2.5 |
| 10/2/2005 | Meeting with SJN re: Yeomans depo tomorrow | 110 | 0.2 |
| 10/2/2005 | Meeting with TSN re: Yeomans depo tomorrow | 110 Stephen Neuberger | 0.2 |
| 10/2/2005 | Prepare for Yeomans deposition, study Baylor 7, the DSP written disability policy. | 240 | 1.6 |
| 10/3/2005 | Depositon of Capt.  John Yeomans. | 230 | 6 |
| 10/3/2005 | Meetings with clients and or SJN about progress of the Yeomans deposition and its results. | 120 | 1.8 |
| 10/3/2005 | Prepare for the Yeomans deposition. | 240 | 0.1 |
| 10/3/2005 | Meet with SJN about how the deposition went today. | 110 | 0.4 |
| 10/3/2005 | Meeting with clients | 110 Stephen Neuberger | 0.4 |
| 10/3/2005 | Numerous meetings with TSN and/or clients re: deposition of John Yeomans | 110 Stephen Neuberger | 2.7 |
| 10/3/2005 | Call from Kurt re: fact investigation | 810 Stephen Neuberger | 0.1 |
| 10/4/2005 | Meet with Union president about support for the case. | 110 | 0.2 |
| 10/4/2005 | Meet with MH about the Yeomans deposition. | 110 | 0.1 |
| 10/4/2005 | Meet with SJN about light duty term. | 110 | 0.1 |
| 10/4/2005 | Telephone with the USM office. | 800 | 0.1 |
| 10/4/2005 | Email on mediation to defense counsel. | 430 | 0.2 |
| 10/4/2005 | Follow up letters after the Yeomans deposition to review 6 personnel files and to justify review... | 245 | 0.2 |
| 10/4/2005 | Review medical disability statement. | 700 | 0.2 |
| 10/4/2005 | Call from Kurt re: injuries | 810 Stephen Neuberger | 0.1 |
| 10/4/2005 | Meeting with TSN re: Yeomans depo | 110 Stephen Neuberger | 0.2 |
| 10/4/2005 | Meeting with SJN re: Yeomans depo | 110 | 0.2 |
| 10/4/2005 | E-mails from TSN re: discovery issues | 430 Stephen Neuberger | 0.2 |
| 10/5/2005 | Review medical records | 260 Stephen Neuberger | 0.8 |
| 10/6/2005 | Telephone from VF about support for the case. | 800 | 0.2 |
| 10/6/2005 | Email from RF and reply on document production. | 420 | 0.1 |
| 10/6/2005 | Prepare temporary total disability application for Kurt and Wayne. | 250 | 0.8 |
| 10/6/2005 | Meeting with TSN re: the men's psychiatric injuries | 110 Stephen Neuberger | 0.4 |
| 10/6/2005 | Meeting with SJN re: the men's psychiatric injuries | 110 | 0.4 |
| 10/7/2005 | Meeting with MH about economist reports. | 110 | 0.1 |
| 10/7/2005 | Email from RF on consent to amend the complaint. | 420 | 0.1 |
| 10/7/2005 | Review deposition of Capt. Davis and discuss issues with SJN in preparation of two clients depos... | 280 | 0.7 |
| 10/7/2005 | Email to EE on privilege issues in the Davis deposition. | 430 | 0.5 |
| 10/7/2005 | Call from Kurt about his injuries | 810 Stephen Neuberger | 0.2 |
| 10/7/2005 | Telephone call to Kurt re: rescheduling his depo | 830 Stephen Neuberger | 0.1 |
| 10/7/2005 | Review and edit depo memos | 700 Stephen Neuberger | 0.3 |
| 10/7/2005 | E-mails to clients and then to co-counsel re upcoming depositions | 430 Stephen Neuberger | 0.2 |
| 10/7/2005 | Meeting with TSN re: what the deposition discovery has revealed | 110 Stephen Neuberger | 0.4 |
| 10/7/2005 | Meeting with SJN re: what the deposition discovery has revealed | 110 | 0.4 |
| 10/7/2005 | Meet with TSN re: privilege issues | 110 | 0.2 |
| 10/7/2005 | Depo prep for Wayne & Kurt | 240 Stephen Neuberger | 0.1 |
| 10/8/2005 | Legal research - light duty as adverse action | 410 Stephen Neuberger | 1.3 |
| 10/9/2005 | Legal research - free speech retaliation; causal issues; and selective enforcement | 410 Stephen Neuberger | 2.1 |
| 10/10/2005 | Letter to DSP on total disability. | 430 | 0.2 |
| 10/10/2005 | Call from KP. | 790 | 0.1 |
| 10/10/2005 | Meeting with TSN re: conflicts | 110 Stephen Neuberger | 0.5 |
| 10/10/2005 | Meeting with SJN re: conflicts | 110 | 0.5 |
| 10/10/2005 | Meeting with TSN re: protected activity and disruption paradigm | 110 Stephen Neuberger | 0.5 |
| 10/10/2005 | Meeting with SJN re: protected activity and disruption paradigm | 110 | 0.5 |
| 10/10/2005 | Letters and e-mails to Ellis and Yeomans | 430 Stephen Neuberger | 1 |
| 10/10/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |

**The Neuberger Firm**

10:49 AM

06/10/06

**Sales by Customer Detail**

Accrual Basis

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 10/10/2005 | Drafting amended complaint | 160 Stephen Neuberger | 1.4 |
| 10/10/2005 | Telephone call from Wayne re: status, injuries and discovery | 810 Stephen Neuberger | 0.6 |
| 10/11/2005 | Email to RF on document production. | 690 | 0.2 |
| 10/11/2005 | Meeting with TSN re: injuries | 110 Stephen Neuberger | 0.3 |
| 10/11/2005 | Meeting with SJN re: injuries | 110 | 0.3 |
| 10/11/2005 | Depo prep for Wayne & Kurt's depos | 240 Stephen Neuberger | 0.3 |
| 10/12/2005 | Depo prep | 240 Stephen Neuberger | 0.8 |
| 10/13/2005 | Depo prep - prepare for meeting with Wayne and Kurt | 240 Stephen Neuberger | 0.8 |
| 10/13/2005 | Depo prep - meeting with Wayne and Kurt re: their depos next week | 240 Stephen Neuberger | 6.2 |
| 10/14/2005 | Meet with SJN about the attorney conflicts issues raised by EE. | 240 | 0.3 |
| 10/14/2005 | Pull down, review and ponder the motion to disqualify filed by the defense. | 630 | 0.7 |
| 10/14/2005 | Email to EE on briefing. | 430 | 0.3 |
| 10/14/2005 | File Amended Complaint and Stipulation | 160 Stephen Neuberger | 0.2 |
| 10/14/2005 | E-mails to Robert | 430 Stephen Neuberger | 0.1 |
| 10/14/2005 | Review D's Disqualification OB | 90 Stephen Neuberger | 2.1 |
| 10/14/2005 | Meeting with TSN re: discovery issues | 110 Stephen Neuberger | 0.2 |
| 10/14/2005 | Meeting with SJN re: discovery issues | 110 | 0.2 |
| 10/14/2005 | Return Kurt's calls | 830 Stephen Neuberger | 0.1 |
| 10/17/2005 | Prepare Wayne Warren for his deposition. | 240 | 1.7 |
| 10/17/2005 | Deposition of Wayne Warren. | 230 | 6.2 |
| 10/17/2005 | Prepare Kurt Price for his deposition. | 240 | 0.6 |
| 10/17/2005 | Meeting with TSN re: scheduling | 110 Stephen Neuberger | 0.3 |
| 10/17/2005 | Meeting with SJN re: scheduling | 110 | 0.2 |
| 10/17/2005 | Review and edit file memos | 700 Stephen Neuberger | 0.1 |
| 10/17/2005 | Drafting briefing stipulation | 250 Stephen Neuberger | 0.1 |
| 10/17/2005 | Meeting with SJN re: briefing | 110 | 0.3 |
| 10/17/2005 | Meeting with TSN re: briefing | 110 Stephen Neuberger | 0.3 |
| 10/18/2005 | Prepare for Kurt Price deposition. | 240 | 1.5 |
| 10/18/2005 | Deposition of Kurt Price. | 230 | 6.3 |
| 10/18/2005 | Meet with clients to debrief after Warren and Price depositions. | 110 | 0.5 |
| 10/18/2005 | Prepare research project for law clerk re: MRPC 4.2, comment 7 | 250 Stephen Neuberger | 0.4 |
| 10/19/2005 | Meet with MH about how the two depositions went. | 110 | 0.4 |
| 10/19/2005 | Meet with JR about trial issues. | 110 | 0.3 |
| 10/19/2005 | File memo on the depositions yesterday. | 310 | 0.6 |
| 10/19/2005 | Meeting with law clerk re: disqualification research project | 110 Stephen Neuberger | 0.3 |
| 10/19/2005 | Meeting with TSN re: depos of Kurt & Wayne earlier this week | 110 Stephen Neuberger | 1 |
| 10/19/2005 | Meeting with SJN re: depos of Kurt & Wayne earlier this week | 110 | 1 |
| 10/19/2005 | Calls from Kurt & Wayne re: impact of psychological injuries | 810 Stephen Neuberger | 0.3 |
| 10/20/2005 | Review comparator email and respond. | 260 | 0.3 |
| 10/20/2005 | Meeting with TSN re: deposition issues | 110 Stephen Neuberger | 0.1 |
| 10/20/2005 | Meeting with SJN re: deposition issues | 110 | 0.1 |
| 10/21/2005 | Review docs per RF's letter re: privileged documents | 700 Stephen Neuberger | 0.1 |
| 10/21/2005 | E-mail to RF re: his letter about privileged documents | 430 Stephen Neuberger | 0.1 |
| 10/24/2005 | Revise memo on Wayne and Kurt's depositions. | 710 | 0.2 |
| 10/24/2005 | Meeting with law clerk Cheryl re: research project | 110 | 0.1 |
| 10/24/2005 | Call from Ms. McCool of Judge Sleet's chambers re: the stipulation that was filed in Foraker and... | 810 Stephen Neuberger | 0.1 |
| 10/24/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for... | 410 CAS | 5.6 |
| 10/25/2005 | Meeting with TSN re: letter to Yeomans re: medical info | 110 Stephen Neuberger | 0.2 |
| 10/25/2005 | Meeting with SJN re: letter to Yeomans re: medical info | 110 | 0.2 |
| 10/25/2005 | Various drafts of letter to Yeomans re: Kurt & Wayne's injuries and medical documentation reques... | 430 Stephen Neuberger | 2.1 |
| 10/25/2005 | E-mail from Wayne re: MacLeish letter | 430 Stephen Neuberger | 0.1 |
| 10/25/2005 | E-mail from Chris re: the comparators | 430 Stephen Neuberger | 0.1 |
| 10/25/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... | 250 CAS | 2.9 |
| 10/25/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for... | 410 CAS | 3.7 |
| 10/27/2005 | E-mail from and to Lynn | 430 Stephen Neuberger | 0.1 |
| 10/27/2005 | Meeting with Cheryl re: research project | 110 Stephen Neuberger | 0.1 |
| 10/27/2005 | Review email from Capt. Yeomans. | 700 | 0.1 |
| 10/27/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... | 250 CAS | 5.6 |
| 10/27/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for ... | 410 CAS | 3.2 |
| 10/28/2005 | Beginning to work on our disqualification AB | 90 Stephen Neuberger | 1.4 |
| 10/28/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... | 250 CAS | 6.2 |
| 10/29/2005 | Working on disqualification AB | 90 Stephen Neuberger | 1.6 |
| 10/30/2005 | Working on disqualification AB | 90 Stephen Neuberger | 2.8 |
| 10/31/2005 | Email to clients. | 430 | 0.1 |
| 10/31/2005 | Disqualificatoin AB | 90 Stephen Neuberger | 0.8 |
| 11/1/2005 | Meeting with TSN about discovery | 110 Stephen Neuberger | 0.1 |
| 11/1/2005 | Meeting with SJN about discovery | 110 | 0.1 |
| 11/1/2005 | Disqualification AB | 90 Stephen Neuberger | 1.1 |
| 11/2/2005 | Email from WW and reply. | 420 | 0.1 |
| 11/2/2005 | Legal research - issue of comparators and similarly situated | 410 Stephen Neuberger | 0.4 |
| 11/2/2005 | Meeting with TSN re: disqualification briefing | 110 Stephen Neuberger | 0.3 |
| 11/2/2005 | Meeting with SJN re: disqualification briefing | 110 | 0.3 |
| 11/2/2005 | Disqualification AB | 90 Stephen Neuberger | 3.5 |
| 11/3/2005 | Speak with SJN about Baylor deposition. | 110 | 0.1 |
| 11/3/2005 | Review and analyze disqualification brief, work on our answering brief, speak to SJN.. | 90 | 1.5 |
| 11/3/2005 | Working on disqualification AB | 90 Stephen Neuberger | 5.1 |
| 11/3/2005 | Telephone call to Dave Baylor to confirm his deposition time and date | 830 Stephen Neuberger | 0.1 |
| 11/3/2005 | Call from TSN re: briefing | 810 Stephen Neuberger | 0.1 |
| 11/4/2005 | Review and edit statement of facts and first legal argument in disqualificaiton briefing. | 90 | 0.9 |
| 11/4/2005 | Meeting with SJN regarding research assignment on Rule 4.2 and dealing with Defendant's Brief an... | 110 CAS | 0.2 |
| 11/4/2005 | Meeting with CAS re: disqualification research needs | 110 Stephen Neuberger | 0.2 |
| 11/4/2005 | Meeting with TSN re: disqualification AB | 110 Stephen Neuberger | 0.2 |
| 11/4/2005 | Meeting with SJN re: disqualification AB | 110 | 0.2 |
| 11/4/2005 | Disqualification AB | 90 Stephen Neuberger | 0.5 |
| 11/5/2005 | Disqualification AB | 90 Stephen Neuberger | 0.7 |
| 11/6/2005 | Disqualification AB | 90 Stephen Neuberger | 1.7 |
| 11/7/2005 | Meeting with SJN regarding further research on case law regarding whether a government employee ... | 110 CAS | 0.1 |
| 11/7/2005 | Legal research regarding whether an employee has a right to counsel when being questioned by his... | 410 CAS | 3.4 |
| 11/7/2005 | Meeting with Cheryl re: research assignment - right of an employee to counsel when being questio... | 110 Stephen Neuberger | 0.2 |
| 11/7/2005 | E-mails to and from Robert | 430 Stephen Neuberger | 0.1 |
| 11/7/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 11/7/2005 | E-mail to clients re: scheduled depos and attendance | 430 Stephen Neuberger | 0.1 |
| 11/7/2005 | Call from Wayne re: declaration; statuts; and representation | 810 Stephen Neuberger | 0.1 |
| 11/7/2005 | Drafting memorandum regarding Defendants cases in their opening brief and the employee's right t... | 250 CAS | 3.8 |
| 11/8/2005 | Meeting with Cheryl re: disqualification briefing | 110 Stephen Neuberger | 0.4 |
| 11/8/2005 | Meeting with TSN re: disqualification briefing | 110 CAS | 0.4 |
| 11/8/2005 | Working on disqualification AB | 90 Stephen Neuberger | 4.6 |
| 11/9/2005 | Finished drafting and revising memorandum for SJN regarding Rule 4.2 case law and employee's rig... | 250 CAS | 0.5 |
| 11/9/2005 | Case law research for SJN on RPC 1.13 and comment 10. | 410 CAS | 2.5 |
| 11/9/2005 | Working on disqualification AB | 90 Stephen Neuberger | 4.9 |
| 11/10/2005 | Discuss rule 4.2 briefing with SJN. | 90 | 0.5 |
| 11/10/2005 | Discuss documentary email discovery issues with SJN | 110 | 0.2 |
| 11/10/2005 | Citation check and Table of Authorities for SJN on Answering Brief. | 410 CAS | 1.9 |
| 11/10/2005 | Working on disqualification AB | 90 Stephen Neuberger | 0.4 |
| 11/10/2005 | Meeting with TSN re: document discovery and disqualification AB | 110 Stephen Neuberger | 0.7 |
| 11/11/2005 | Email to RF. | 430 | 0.1 |
| 11/11/2005 | Revise current draft of disqualification brief. | 90 | 2.4 |
| 11/11/2005 | Insert and find Appendix pages for Answering Brief. | 250 CAS | 2.85 |
| 11/11/2005 | Meeting with TSN re: disqualification AB | 110 Stephen Neuberger | 0.5 |
| 11/11/2005 | Meeting with SJN re: disqualification AB | 110 | 0.5 |
| 11/11/2005 | Disqualification AB | 90 Stephen Neuberger | 4.1 |
| 11/12/2005 | Revise disqualification brief. | 90 | 2 |
| 11/12/2005 | Disqualification AB | 90 Stephen Neuberger | 2.8 |

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 11/13/2005 | Review and approve SJN declaration for the briefing. | | 90 | 0.3 |
| 11/13/2005 | Disqualification AB | 90 Stephen Neuberger | 4.9 |
| 11/14/2005 | Meet with Kurt Price about his review and his emotional condition. | 120 | 0.5 |
| 11/14/2005 | Travel to and from Dover to review over 20 personnel files in person with Fbt. Fitzgerald. | 840 | 2 |
| 11/14/2005 | Review over 20 personnel files at headquarters with RF. | 242 | 3.6 |
| 11/14/2005 | Email to RF on document production. | 430 | 0.2 |
| 11/14/2005 | Meet with JR about today's discovery. | 110 | 0.2 |
| 11/14/2005 | Review emails on filing our brief and appendix. | 700 | 0.2 |
| 11/14/2005 | Call from Dave Baylor - requesting that we push back the start time of his depo 1 hour | 810 Stephen Neuberger | 0.1 |
| 11/14/2005 | Draft and file amended notice of depo for Baylor | 250 Stephen Neuberger | 0.1 |
| 11/14/2005 | E-mail to Fitzgerald | 430 | 0.1 |
| 11/14/2005 | Call from TSN re: personnel file examination at DSP HQ | 810 Stephen Neuberger | 0.1 |
| 11/14/2005 | Finalizing disqualification AB | 90 Stephen Neuberger | 2.2 |
| 11/15/2005 | Meet with MH to discuss discovery closing down. | 110 | 0.3 |
| 11/16/2005 | Review our Rule 4.2 brief as filed. | 90 | 0.7 |
| 11/18/2005 | Meet with WW and Foarker and TSN re discovery. | 120 Stephen Neuberger | 0.8 |
| 11/18/2005 | Meeting with TSN re: depositions and discovery | 110 Stephen Neuberger | 0.2 |
| 11/18/2005 | Meeting with SJN re: depositions and discovery | 110 | 0.2 |
| 11/21/2005 | Email to MH on discovery. | 430 | 0.1 |
| 11/21/2005 | Legal research - unclean hands | 410 Stephen Neuberger | 0.2 |
| 11/21/2005 | File organization | 320 Stephen Neuberger | 0.1 |
| 11/22/2005 | Meet with Wayne and Chris re: documents | 110 Stephen Neuberger | 0.5 |
| 11/23/2005 | Study two economic reports for the two clients, discuss with the clients. | 271 | 0.8 |
| 11/23/2005 | Review remaining discovery to be taken and received | 700 Stephen Neuberger | 1.3 |
| 11/23/2005 | Drafting and preparing RFP's and 'Rogs | 250 Stephen Neuberger | 0.5 |
| 11/23/2005 | Review discovery letters and docs from RF | 700 Stephen Neuberger | 0.5 |
| 11/28/2005 | Meet with JR about trial. | 110 | 0.2 |
| 11/28/2005 | Discuss briefing with SJN. | 800 | 0.1 |
| 11/28/2005 | Email to RF on documents. | 430 | 0.1 |
| 11/28/2005 | Email to MH on discovery dispute. | 430 | 0.3 |
| 11/28/2005 | Review D's disqualification RB | 90 Stephen Neuberger | 0.5 |
| 11/28/2005 | Pleading review | 630 Stephen Neuberger | 0.1 |
| 11/29/2005 | Meet with MH about the disqualification briefing. | 110 | 0.2 |
| 11/29/2005 | Review defense reply brief on the disqualification issue, speak with SJN about it. | 90 | 0.7 |
| 11/29/2005 | Telephone with TSN re: summary judgment briefing | 810 Stephen Neuberger | 0.2 |
| 11/29/2005 | Call from Wayne re: injuries | 810 Stephen Neuberger | 0.1 |
| 11/30/2005 | Pleading review | 630 Stephen Neuberger | 0.2 |
| 11/30/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 11/30/2005 | Meeting with TSN re: summary judgment briefing | 110 Stephen Neuberger | 0.2 |
| 11/30/2005 | Meeting with SJN re: summary judgment briefing | 110 | 0.2 |
| 11/30/2005 | Meeting with TSN re: discovery and depositions | 110 Stephen Neuberger | 0.5 |
| 11/30/2005 | Meeting with SJN re: discovery and depositions | 110 | 0.5 |
| 11/30/2005 | Meeting with MDH re: discovery issues | 110 Stephen Neuberger | 0.5 |
| 11/30/2005 | Depo prep - Chris Foraker | 240 Stephen Neuberger | 1.1 |
| 12/1/2005 | Discuss trial with SJN. | 110 | 0.2 |
| 12/1/2005 | Depo prep with Chris | 240 Stephen Neuberger | 3 |
| 12/2/2005 | Depo prep meeting with Chris | 240 Stephen | 1 |
| 12/5/2005 | Telephone call to Kurt re: injuries | 830 Stephen Neuberger | 0.1 |
| 12/5/2005 | Review and edit memo on medical records review. | 10 | 0.2 |
| 12/5/2005 | Meeting with TSN re: depos | 110 Stephen Neuberger | 0.1 |
| 12/6/2005 | Meet with MH about compelling access to their hard drives. | 110 | 0.2 |
| 12/6/2005 | Meetings with MH to discuss the discovery hearing with the court tomorrow on email responses. | 110 | 0.5 |
| 12/6/2005 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 12/6/2005 | E-mail to JR re: setting up telephone connection to depo in Ohio | 430 Stephen Neuberger | 0.1 |
| 12/6/2005 | Telephone call from Wayne re: electronic discovery issues and rebuttal to defense position | 810 Stephen Neuberger | 0.4 |
| 12/6/2005 | E-mails to co-counsel re: discovery issues | 430 Stephen Neuberger | 0.2 |
| 12/7/2005 | Meetings with MDH and then JR re: electronic discovery issues | 110 Stephen Neuberger | 0.5 |
| 12/7/2005 | Draft briefing stipulation, pursuant to J. Sleet's requirements | 250 Stephen Neuberger | 0.5 |
| 12/7/2005 | Call to Wayne | 830 Stephen Neuberger | 0.2 |
| 12/8/2005 | Spoliation of evidence legal research. | 410 | 0.1 |
| 12/8/2005 | Letter from KP. | 420 | 0.1 |
| 12/8/2005 | Email from WW. | 420 | 0.1 |
| 12/8/2005 | Meeting with clients re: review of personnel files | 110 Stephen Neuberger | 0.5 |
| 12/8/2005 | File memo | 310 Stephen Neuberger | 0.1 |
| 12/9/2005 | Meeting with TSN re: documentary discovery and retaliation issues | 110 Stephen Neuberger | 0.3 |
| 12/9/2005 | Meeting with SJN re: documentary discovery and retaliation issues | 110 | 0.3 |
| 12/9/2005 | E-mail to clients re: spoliation of evidence issue | 430 Stephen Neuberger | 0.2 |
| 12/9/2005 | Telephone call to Wayne re: spoliation of evidence issues | 830 Stephen Neuberger | 0.5 |
| 12/12/2005 | Meeting with TSN re: summary judgment and disparate treatment evidence | 110 Stephen Neuberger | 0.3 |
| 12/12/2005 | Meeting with SJN re: summary judgment and disparate treatment evidence | 110 | 0.3 |
| 12/13/2005 | Lunch with cients about their case. | 10 | 1 |
| 12/15/2005 | Reset  sj briefing deadlines, review court order. | 320 | 0.1 |
| 12/20/2005 | Email from RF and respond. | 420 | 0.1 |
| 12/21/2005 | Email and calendar about Greg Warren deposition. | 430 | 0.3 |
| 12/21/2005 | Prepare for Forrester deposition | 240 | 1.1 |
| 12/22/2005 | Deposition of Major Forester. | 230 | 3 |
| 12/22/2005 | Meeting with TSN re: depo of Major Joe Forrester | 110 Stephen Neuberger | 0.5 |
| 12/22/2005 | Meeting with SJN re: depo of Joe Forrester | 110 | 0.5 |
| 12/22/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 12/22/2005 | Meeting with TSN & clients | 110 Stephen Neuberger | 0.5 |
| 12/22/2005 | Call from Wayne re: continuing retaliation against him by DSP | 810 Stephen Neuberger | 0.1 |
| 12/23/2005 | Strategy meeting with SJN and CAS on sj briefing, the deposition of Greg Warren and John Dillman. | 110 | 1 |
| 12/23/2005 | Meeting with TSN and CAS on trial strategy and the depositions of John Dillman and Greg Warren. | 110 Stephen Neuberger | 1 |
| 12/23/2005 | Review MH email on computer hard drives. | 700 | 0.1 |
| 12/23/2005 | Fact investigation about J. Dillman. | 280 | 0.6 |
| 12/23/2005 | E-mail to Capt. Yeomans re: latest Dr. DeBernardo appointment | 430 Stephen Neuberger | 0.1 |
| 12/28/2005 | Meet with Kurt and Wayne reviewing documents. | 120 | 0.2 |
| 12/28/2005 | Email from RF and reply on Dillman depo. | 420 | 0.1 |
| 12/28/2005 | Review email to JY. | 420 | 0.1 |
| 12/28/2005 | Email from witness Greg Warren on scheduling, email to RF on the same, calendar it all. | 420 | 0.1 |
| 12/28/2005 | Review emails today. | 700 | 0.2 |
| 12/29/2005 | Pleadings review | 630 Stephen Neuberger | 0.2 |
| 1/4/2006 | Call to Kurt re: SJ briefing and ffd exams | 830 Stephen Neuberger | 0.5 |
| 1/5/2006 | Try to reach JD. | 800 | 0.1 |
| 1/5/2006 | Investigate deposition of John Dillman. | 280 | 0.5 |
| 1/5/2006 | Work on outline for the brief. | 90 | 0.5 |
| 1/5/2006 | Drafting SJOB | 90 Stephen Neuberger | 1.7 |
| 1/6/2006 | Speak with SJN about briefing. | 800 | 0.1 |
| 1/6/2006 | Fact interview with Kurt Price. | 790 | 0.4 |
| 1/6/2006 | Prepare to interview John Dillman. | 280 | 0.1 |
| 1/6/2006 | Drafting SJOB | 90 Stephen Neuberger | 1 |
| 1/8/2006 | Fact investigation on comparators. | 280 | 0.2 |
| 1/8/2006 | Create comparator analysis for use in the briefing. | 90 | 2.8 |
| 1/9/2006 | Speak with CF about comparator analysis. | 790 | 0.1 |
| 1/9/2006 | Meet with John Dillman about areas the defense may wish to cover at his upcoming deposition. | 240 | 2.2 |
| 1/9/2006 | Prepare for Dillman deposition. | 240 | 0.2 |
| 1/9/2006 | Analyze comparator data for use in briefing, create tables. | 90 | 2 |
| 1/9/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1.8 |
| 1/9/2006 | Finish analysis of comparators for use in the briefing, review Baylor, Papili and Yeomans deposi... | 90 | 2.2 |
| 1/10/2006 | Complete analysis of comparators for the briefing, review day 2 of the Baylor deposition. | 90 | 1.5 |
| 1/10/2006 | Meet with MH about discovery conference with the court and trial preparation. | 110 | 0.5 |
| 1/10/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1.9 |
| 1/11/2006 | Deposition of Capt. Greg Warren. | 230 | 6 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 1/11/2006 | Meet with clients during and after the Greg Warren deposition on trial strategy. | 120 | 1.4 |
| 1/11/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1.1 |
| 1/12/2006 | Telephone with TE. | 800 | 0.1 |
| 1/12/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 0.9 |
| 1/13/2006 | Meeting with client about strategy. | 120 | 0.8 |
| 1/14/2006 | Working on SJOB | 90 Stephen Neuberger | 5.1 |
| 1/17/2006 | Telephone calls to the clients re: summary judgment briefing spoliation issues | 830  Stephen Neuberger | 0.5 |
| 1/17/2006 | Email to EE on briefing schedule. | 430 | 0.2 |
| 1/17/2006 | Review our stipulation for the court. | 630 | 0.1 |
| 1/18/2006 | Deposition of John Dillman. | 230 | 5.7 |
| 1/18/2006 | Working on SJOB | 90 Stephen Neuberger | 0.2 |
| 1/19/2006 | Meet with MH about the discovery hearing with the court yesterday. | 110 | 0.3 |
| 1/19/2006 | Review letter on Major Forester medical records and email to MH. | 245 | 0.2 |
| 1/19/2006 | WOrking on SJOB | 90 Stephen Neuberger | 4.2 |
| 1/20/2006 | Meeting with SJN about the content of the Greg Warren deposition last week. | 110 | 0.5 |
| 1/20/2006 | Legal research - recent First Amendment retaliation cases | 410 Stephen Neuberger | 0.3 |
| 1/20/2006 | Working on SJOB | 90 Stephen Neuberger | 7.8 |
| 1/21/2006 | Drafting SJOB | 90 Stephen Neuberger | 12.1 |
| 1/21/2006 | Drafting SJOB | 90 Stephen Neuberger | 1 |
| 1/22/2006 | Working on SJOB | 90 Stephen Neuberger | 7.2 |
| 1/22/2006 | Second draft of the facts in our sj brief. | 90 | 1.1 |
| 1/23/2006 | Meet with JR about production of the appendix and seal appendix for the sj briefing, meet with S... | 110 | 0.8 |
| 1/23/2006 | Meeting with TSN re: SJ briefing | 110 Stephen Neuberger | 0.5 |
| 1/23/2006 | Meeting with SJN re: SJ briefing | 110 | 0.5 |
| 1/23/2006 | Drafting SJOB | 90 Stephen Neuberger | 9.5 |
| 1/23/2006 | Drafting spoliation sanctions OB | 90 Stephen Neuberger | 1.2 |
| 1/23/2006 | Next draft of our entire sj brief. | 90 | 1.9 |
| 1/23/2006 | Enter Appendix citations into OBSJ. | 90 CAS | 1.8 |
| 1/23/2006 | Enter in Appendix cites into OBSJ. | 90 CAS | 1 |
| 1/23/2006 | Various meetings with SJN regarding Appendix to OBSJ and Sanctions brief. | 110 CAS | 0.3 |
| 1/24/2006 | Meet with SJN about completing our briefing. | 110 | 0.4 |
| 1/24/2006 | Working on SJOB | 90 Stephen Neuberger | 8.7 |
| 1/24/2006 | Review and make last changes in the sj brief. | 90 | 2 |
| 1/24/2006 | Review and edit destruction of evidence brief. | 90 | 0.5 |
| 1/24/2006 | Gather documents for OBSJ Appendix. | 25 CAS | 0.9 |
| 1/24/2006 | Compose Sanctions OB Appendix table of contents. | 25 CAS | 0.4 |
| 1/24/2006 | Enter in Appendix cites to OBSJ. | 90 CAS | 4.5 |
| 1/25/2006 | Finalizing SJOB | 90 Stephen Neuberger | 6.4 |
| 1/25/2006 | Working on consolidation motion | 90 Stephen Neuberger | 0.8 |
| 1/25/2006 | Pleadings review | 630 Stephen Neuberger | 0.2 |
| 1/25/2006 | Prepare draft of Rule 42(a) motion to consolidate the two cases. | 90 | 1 |
| 1/25/2006 | Telephone with Kurt and Wayne about the filing of the briefs today. | 790 | 0.3 |
| 1/25/2006 | Finish Appendix for OBSJ, Sanctions brief and Sealed Appendix. | 25 CAS | 2.9 |
| 1/25/2006 | Bluebook Sanctions Brief. | 90 CAS | 1.2 |
| 1/25/2006 | Research 3d Circuit case law for Motion to Consolidate. | 410 CAS | 0.9 |
| 1/26/2006 | Meet with JR about distribution of filings from yesterday and more copies for the court. | 110 | 0.3 |
| 1/26/2006 | Review notice of filings yesterday. | 630 | 0.2 |
| 1/26/2006 | Read defendant's Summary Judgment Opening Brief. | 700 CAS | 0.4 |
| 1/27/2006 | Review discovery documents, fitness for duty reports and medical records | 700 Stephen Neuberger | 0.8 |
| 1/27/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 1/29/2006 | Meet with SJN about trial preparation and trial of the case. | 110 | 0.4 |
| 1/29/2006 | Meet with TSN about trial and trial preparation of the case. | 110 Stephen Neuberger | 0.4 |
| 1/30/2006 | Telephone with Kurt Price. | 790 | 0.1 |
| 1/30/2006 | Review and analyze defense sj brief. | 90 | 1.2 |
| 1/31/2006 | First draft of our opening statement for trial. | 860 | 2 |
| 1/31/2006 | Email to WW on destruction of evidence issue. | 430 | 0.2 |
| 2/1/2006 | Legal research - recent causation opinion | 410 Stephen Neuberger | 0.1 |
| 2/1/2006 | Meeting with TSN re: SJ & destruction of evidence issues | 110 Stephen Neuberger | 0.8 |
| 2/1/2006 | Meeting with SJN re: SJ & destruction of evidence issues | 110 | 0.8 |
| 2/1/2006 | Meet with SJN about how to respond to defense sj brief. | 110 | 0.4 |
| 2/1/2006 | E-mail to clients re: summary judgment briefing and analysis | 430 Stephen Neuberger | 0.1 |
| 2/1/2006 | Call from Wayne re: D's destruction of computer hard drives and sanctions issue | 810 Stephen Neuberger | 0.3 |
| 2/1/2006 | Working on SJAB | 90 Stephen Neuberger | 2.6 |
| 2/2/2006 | Review declarations and other additions to D's appendix | 700 Stephen Neuberger | 0.2 |
| 2/2/2006 | Call from Kurt re: SJ briefing and help on record cites | 810 Stephen Neuberger | 0.1 |
| 2/3/2006 | Pleadings review | 630 Stephen Neuberger | 0.2 |
| 2/5/2006 | Working on SJAB | 90 Stephen Neuberger | 2.1 |
| 2/6/2006 | Meeting with TSN re: SJAB | 110 Stephen Neuberger | 0.3 |
| 2/6/2006 | Meeting with SJN re: SJAB | 110 | 0.3 |
| 2/6/2006 | Working on SJAB | 90 Stephen Neuberger | 8.1 |
| 2/7/2006 | Meet with SJN about status of our answering brief. | 110 | 0.5 |
| 2/7/2006 | Email to clients. | 430 | 0.1 |
| 2/7/2006 | Meeting with SJN regarding answering brief. | 110 CAS | 0.4 |
| 2/7/2006 | Bluebooking, entering appendix citations, and gathering unreported cases for summary judgment an... | 90 CAS | 4.7 |
| 2/7/2006 | Working on SJAB | 90 Stephen Neuberger | 10.1 |
| 2/8/2006 | Edit and make draft 3 of our answering brief, address comparator issues. | 90 | 0.8 |
| 2/8/2006 | Telephone with Kurt Price about our brief being filed today. | 790 | 0.2 |
| 2/8/2006 | Telephone with Wayne Warren about our court filings today and trial,. | 790 | 0.4 |
| 2/8/2006 | Email KP and WW. | 430 | 0.1 |
| 2/8/2006 | Email witness GW. | 430 | 0.1 |
| 2/8/2006 | Enter Appendix cites and check TOA for SJAB. | 90 CAS | 2.9 |
| 2/8/2006 | Working on and finalizing SJAB | 90 Stephen Neuberger | 3.2 |
| 2/8/2006 | Next draft of our answering brief in opposition to defense motion for sj. | 90 | 1.7 |
| 2/10/2006 | Meet with SJN about remaining briefing. | 110 | 0.5 |
| 2/10/2006 | Organize brief file. | 320 | 0.1 |
| 2/10/2006 | Meeting with TSN re: SJ and related briefing | 110 Stephen Neuberger | 0.5 |
| 2/10/2006 | Meeting with SJN re: SJ and related briefing | 110 | 0.5 |
| 2/10/2006 | Meeting with TSN re: discovery and evidentiary issues | 110 Stephen Neuberger | 0.5 |
| 2/10/2006 | Meeting with SJN re: discovery and evidentiary issues | 110 | 0.5 |
| 2/10/2006 | Legal research - recent Third Circuit qualified immunity and motives/intent opinion | 410 Stephen Neuberger | 0.3 |
| 2/10/2006 | Review recent defense document production | 700 Stephen Neuberger | 0.5 |
| 2/10/2006 | Reviewing SJABs | 90 Stephen Neuberger | 0.8 |
| 2/13/2006 | Email from Kurt Price. | 420 | 0.1 |
| 2/13/2006 | Call from Kurt re: SJ briefing | 810 Stephen Neuberger | 0.1 |
| 2/13/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 2/13/2006 | E-mail from Robert re: extension of time - review and respond | 430 Stephen Neuberger | 0.1 |
| 2/14/2006 | Review fitness for duty medical records for Kurt Price and economic damages report from defense ... | 280 | 0.7 |
| 2/15/2006 | Letter to Tom Borzilerri regarding the defense economic report. | 271 | 0.4 |
| 2/15/2006 | Letter to J. Castro about his trial dates and the defense report. | 271 | 0.4 |
| 2/15/2006 | Review fitness for duty report for Wayne Warren and economist report for the defense. | 280 | 0.4 |
| 2/15/2006 | Organize trial notebook. | 320 | 0.2 |
| 2/15/2006 | Pretrial - meeting with TSN re: pretrial order and related issues | 640 Stephen Neuberger | 0.3 |
| 2/15/2006 | Pretrial - meeting with SJN re: pretrial order and related issues | 640 | 0.3 |
| 2/15/2006 | Drafting consolidation RB | 90 Stephen Neuberger | 1.9 |
| 2/15/2006 | Drafting sanctions RB | 90 Stephen Neuberger | 1.5 |
| 2/15/2006 | Drafting sanctions RB | 90 Stephen Neuberger | 1.7 |
| 2/15/2006 | Review approve and discuss our reply brief on the sanctions destruction of evidence issue. | 90 | 0.4 |
| 2/16/2006 | Meet with CAS about pretrial templates. | 110 | 0.1 |
| 2/16/2006 | Meet with SJN about remaing briefing. | 110 | 0.1 |
| 2/16/2006 | Draft 2 of opening statement. | 860 | 2 |
| 2/16/2006 | First of draft of special verdict. | 370 | 0.5 |
| 2/16/2006 | Drafting SJRB | 90 Stephen Neuberger | 8.9 |
| 2/16/2006 | Review Motion for Sanctions Opening Brief, Answering Brief and Reply Brief. | 700 CAS | 0.6 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**
**Sales by Customer Detail**
**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 2/16/2006 | Prepare for drafting Pre-Trial documents. | 640 CAS | 0.9 |
| 2/16/2006 | Meet with CAS about pretrial templates. | 110 | 0.1 |
| 2/16/2006 | Meet with CAS about pretrial templates. | 110 | 0.1 |
| 2/16/2006 | Meet with CAS about pretrial templates. | 110 | 0.1 |
| 2/16/2006 | Meet with CAS about pretrial templates. | 110 | 0.1 |
| 2/17/2006 | Work on witness and exhibit secitons of the pretrial order draft, and review with CAS sections f... | 640 | 0.8 |
| 2/17/2006 | Edit letters to our experts. | 271 | 0.2 |
| 2/17/2006 | Finalize and file SJRB. | 90 Stephen Neuberger | 1.9 |
| 2/17/2006 | Add record cites to SJRB. | 90 CAS | 0.8 |
| 2/17/2006 | Draft Pre-Trial documents. | 640 CAS | 5.4 |
| 2/17/2006 | Meeting with TSN regarding Pre-trial documents. | 110 CAS | 0.6 |
| 2/18/2006 | Analyze expected expenses for trial and post trial briefing, trial prepatation. | 860 | 0.5 |
| 2/19/2006 | Telephone with Wayne Warren about trial issues. | 790 | 0.4 |
| 2/20/2006 | Speak with MH about pretrial draft. | 800 | 0.1 |
| 2/20/2006 | Meet with JR about trial preparations. | 110 | 0.2 |
| 2/20/2006 | Download DI 104 from the clerk. | 630 | 0.2 |
| 2/20/2006 | Quick review of DI 104 and it appendix. | 630 | 0.2 |
| 2/20/2006 | Email to EE on a request to file a sureply brief. | 430 | 0.1 |
| 2/20/2006 | Prepare first draft of jury prayers and preliminary jury prayers. | 370 | 0.9 |
| 2/20/2006 | Prepare trial brief. | 640 | 1.5 |
| 2/20/2006 | Draft pre-trial documents. | 640 CAS | 3.9 |
| 2/21/2006 | Email from K Price. | 420 | 0.1 |
| 2/21/2006 | Email from Wayne Warren. | 420 | 0.1 |
| 2/21/2006 | Speak with CAS about our draft documents, gather documents to review. | 110 | 0.2 |
| 2/21/2006 | Draft Pre-Trial documents. | 640 CAS | 5.2 |
| 2/21/2006 | Second draft of the pretrial order. | 640 | 1.5 |
| 2/22/2006 | Try to reach EE by phone, email to him. | 430 | 0.2 |
| 2/22/2006 | Email from EE and reply on the Sur-reply issue. | 420 | 0.1 |
| 2/22/2006 | Meet with CAS about preparing a motion to strike the last reply brief. | 110 | 0.4 |
| 2/22/2006 | Review corrections to pretrial papers drafts. | 640 | 0.5 |
| 2/22/2006 | Review reply brief and appendix in support of defendants' motion for summary judgment. | 90 | 0.7 |
| 2/22/2006 | Email to cocounsel. | 430 | 0.1 |
| 2/22/2006 | Draft Pre-trial documents. | 640 CAS | 3.3 |
| 2/22/2006 | Meeting with TSN regarding pre-trial. | 110 CAS | 0.5 |
| 2/22/2006 | Prepare to write Motion to Strike D's SJRB. | 90 CAS | 2.6 |
| 2/23/2006 | Meet with MH, and some with CAS about pretrial issues and motions in limine. | 110 | 0.5 |
| 2/23/2006 | Meet with MH, and some with CAS, about pretrial issues and motions in limine. | 110 | 0.1 |
| 2/23/2006 | Send pre-trial documents to client and incorporate responses. | 430 CAS | 0.3 |
| 2/23/2006 | Draft pre-trial documents. | 640 CAS | 0.2 |
| 2/23/2006 | Meeting with TSN and MDH. | 110 CAS | 0.7 |
| 2/23/2006 | Meeting with TSN regarding Kurt. | 110 CAS | 0.1 |
| 2/23/2006 | Phone call from Kurt. | 170 CAS | 0.2 |
| 2/23/2006 | Draft Motion to Strike D's SJRB. | 90 CAS | 5.8 |
| 2/24/2006 | Second draft of in limine motion re Capt. Dixon. | 500 | 1 |
| 2/24/2006 | Revise our motion to strike. | 90 | 0.3 |
| 2/24/2006 | Meet with JLR as backup help for trial. | 110 | 0.1 |
| 2/24/2006 | Research for the motion in limine on Dixon. | 410 | 0.1 |
| 2/24/2006 | Download DI 105 and distribute. | 630 | 0.1 |
| 2/24/2006 | Email to cocounsel. | 430 | 0.1 |
| 2/24/2006 | Finalize Motion to Strike D's SJRB. | 90 CAS | 3.4 |
| 2/24/2006 | Research for Motion in Limine. | 640 CAS | 0.8 |
| 2/24/2006 | Organize briefs. | 560 CAS | 0.3 |
| 2/25/2006 | copying | Copies | 1 |
| 2/25/2006 | postage | Postage | 1 |
| 2/27/2006 | Pleading review | 630 Stephen Neuberger | 0.1 |
| 2/27/2006 | Meeting with TSN re: trial prep, damages and how clients are doing | 110 Stephen Neuberger | 0.5 |
| 2/27/2006 | Meeting with TSN re: trial prep, damages and how clients are doing | 110 | 0.5 |
| 2/27/2006 | Pretrial prep - working on motions in limine | 640 Stephen Neuberger | 1.1 |
| 2/27/2006 | Meet with SJN about preparing trial testimony. | 110 | 0.1 |
| 2/27/2006 | Meet with SJN about preparing motions in limine. | 110 | 0.1 |
| 2/28/2006 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 2/28/2006 | Reviewing, revising and filing motions in limine | 640 Stephen Neuberger | 1.3 |
| 2/28/2006 | Meetings with CAS re: letter to Yeomans re: Kurt not receiving 2 years light duty | 110 Stephen Neuberger | 0.3 |
| 2/28/2006 | Meeting with SJN regarding pre-trial documents. | 110 CAS | 0.2 |
| 2/28/2006 | Send pre-trial docs to defense counsel. | 640 CAS | 0.3 |
| 2/28/2006 | Check pre-trait documents to supplement or amend. | 640 CAS | 0.4 |
| 2/28/2006 | Letter to Yeomans on behalf of Kurt Price. | 430 CAS | 2.1 |
| 2/28/2006 | Revise Motion in limine | 500 CAS | 0.8 |
| 2/28/2006 | Prepare to draft letter to Yeomans - talk to client, meet with SJN, read Yeoman's deposition | 250 CAS | 0.8 |
| 2/28/2006 | Revise Dixon motion in limine. | 500 | 0.2 |
| 3/1/2006 | Revise letter to Yeomans re: 2 years of light duty for Kurt | 430 Stephen Neuberger | 0.6 |
| 3/1/2006 | Call from Chris re: hearing comparators and ongoing fact investigation | 810 Stephen Neuberger | 0.2 |
| 3/1/2006 | E–mail to co-counsel re: new hearing comparator | 430 Stephen Neuberger | 0.1 |
| 3/1/2006 | Letter to Yeomans on behalf of Kurt Price. | 430 CAS | 0.7 |
| 3/2/2006 | Email on hearing loss. | 420 | 0.1 |
| 3/2/2006 | Review D's SJRB | 90 Stephen Neuberger | 0.3 |
| 3/3/2006 | Meeting with SJN regarding supplemental documents for pretrial. | 640 CAS | 0.1 |
| 3/3/2006 | Supplemental authority letter to Court | 430 Stephen Neuberger | 0.4 |
| 3/3/2006 | E-mail to Ed & Robert | 430 Stephen Neuberger | 0.1 |
| 3/3/2006 | Pretrial - review exhibits for use at trial | 640 Stephen Neuberger | 0.1 |
| 3/7/2006 | Trial prep - working on drafting testimony | 860 Stephen Neuberger | 2.5 |
| 3/8/2006 | Trial prep - working on drafting testimony | 860 Stephen Neuberger | 3.6 |
| 3/9/2006 | Trial prep - testimony | 860 Stephen Neuberger | 1.9 |
| 3/9/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 3/10/2006 | Call from Kurt | 810 Stephen Neuberger | 0.1 |
| 3/12/2006 | Check for timing of pretrial order. | 640 CAS | 0.2 |
| 3/12/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 3/12/2006 | Pleadings review | 430 Stephen Neuberger | 0.1 |
| 3/13/2006 | Meet with SJN about pretrial preparation. | 110 | 0.2 |
| 3/13/2006 | Meet with CAS about pretrial preparation. | 110 | 0.1 |
| 3/13/2006 | E-mails to Robert | 430 Stephen Neuberger | 0.1 |
| 3/13/2006 | Meeting with TSN re: pretrial order and related paperwork | 640 Stephen Neuberger | 0.2 |
| 3/13/2006 | Meeting with SJN re: pretrial order and related paperwork | 640 | 0.2 |
| 3/14/2006 | Prepare RB to Motion to Strike | 500 CAS | 1.3 |
| 3/14/2006 | Legal research - review recent Third Circuit cases re: First Amendment retaliation and adverse a... | 410 Stephen Neuberger | 0.2 |
| 3/14/2006 | Meeting with TSN re: adverse action | 110 Stephen Neuberger | 0.2 |
| 3/14/2006 | Meeting with SJN re: adverse action | 110 | 0.1 |
| 3/15/2006 | Draft reply to support motion to quash. | 500 CAS | 0.8 |
| 3/15/2006 | Prepare for reply to support motion to limit cross of Dixon. | 500 CAS | 3.2 |
| 3/15/2006 | Revise and review pretrial docs. | 640 CAS | 0.7 |
| 3/15/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 3/15/2006 | E-mail to CAS re: motions in limine | 640 Stephen Neuberger | 0.1 |
| 3/15/2006 | E-mail to Robert re: amending certificate of service | 430 Stephen Neuberger | 0.1 |
| 3/15/2006 | Review D's motion in limine re: Bud Fini and figure out how to respond | 90 Stephen Neuberger | 0.3 |
| 3/15/2006 | Working on pretrial papers | 640 Stephen Neuberger | 0.1 |
| 3/15/2006 | Review and file briefing stipulation | 700 Stephen Neuberger | 0.1 |
| 3/16/2006 | Pretrial documents | 640 CAS | 0.8 |
| 3/16/2006 | Reply to Motion to Strike | 500 CAS | 0.6 |
| 3/16/2006 | Review defense pretrial submission. | 640 | 0.3 |
| 3/16/2006 | Review defense motions in limine and responses to our own. | 90 | 0.5 |
| 3/16/2006 | Working on pretrial order | 640 Stephen Neuberger | 0.4 |
| 3/16/2006 | Supplemental authority letter to Judge Sleet | 430 Stephen Neuberger | 0.1 |
| 3/16/2006 | Revising motion to strike RB | 90 Stephen Neuberger | 0.7 |

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 3/16/2006 | Working on motions in limine | 640  Stephen Neuberger | 0.5 |
| 3/16/2006 | Telephone calls to Kurt and Wayne re: status and trial | 830  Stephen Neuberger | 0.5 |
| 3/16/2006 | Prepare reply to motion in limine to limit cross of Dixon | 500 CAS | 0.5 |
| 3/17/2006 | Pretrial prep - meeting with TSN reviewing pretrial order drafts and editing | 640  Stephen Neuberger | 1.1 |
| 3/17/2006 | Pretrial prep - meeting with SJN reviewing pretrial order drafts and editing | 640  Stephen Neuberger | 1.1 |
| 3/17/2006 | Pretrial prep - working on pretrial order - evidence and exhibits | 640  Stephen Neuberger | 4.7 |
| 3/17/2006 | Review pretrial docs. | 640 CAS | 1.23333 |
| 3/17/2006 | Review pretrial docs. - evidentiary objections. | 640 CAS | 4.4 |
| 3/17/2006 | Draft Reply to Motion to Limit Cross of Dixon | 500 CAS | 1 |
| 3/19/2006 | Pretrial prep - working on pretrial | 640  Stephen Neuberger | 3.6 |
| 3/20/2006 | Pretrial prep - meeting with CAS re: to do | 640  Stephen Neuberger | 0.5 |
| 3/20/2006 | Pretrial prep - meeting with SJN re: to do | 640  Stephen Neuberger | 0.1 |
| 3/20/2006 | Finalize motion to strike RB | 90 Stephen Neuberger | 0.2 |
| 3/20/2006 | Pretrial prep - meeting with Chris re: defense exhibits and other pretrial submissions | 640  Stephen Neuberger | 2 |
| 3/20/2006 | Pleadings review | 630  Stephen Neuberger | 0.1 |
| 3/20/2006 | Pretrial prep - working on pretrial order | 640  Stephen Neuberger | 1.8 |
| 3/20/2006 | Finalize reply in support of motion to strike D's SJRB. | 500 CAS | 0.7 |
| 3/20/2006 | Pretrial documents. | 640 CAS | 3.3 |
| 3/20/2006 | Meeting with SJN regarding pretrial documents. | 110 CAS | 0.1 |
| 3/20/2006 | Legal research on FRE 404. | 410 CAS | 0.8 |
| 3/20/2006 | Reply in Support of Motion in Limine to Limit cross of Dixon | 500 CAS | 1.9 |
| 3/20/2006 | Telephone with SJN about pretrial docment preparation. | 800 | 0.2 |
| 3/20/2006 | E-mail to clients. | 430 | 0.3 |
| 3/20/2006 | Review our motion to strike reply. | 90 | 0.2 |
| 3/20/2006 | Pre-Trial Order Document Production | 620 Joseph Robert | 5.5 |
| 3/21/2006 | Revise, finalize and final RB in support of Dixon Motion in Limine | 90 Stephen Neuberger | 1 |
| 3/21/2006 | E-mail to RF re: pretrial order issues | 430  Stephen Neuberger | 0.2 |
| 3/21/2006 | Pretrial prep - meeting with TSN re: status of pretrial prep | 640  Stephen Neuberger | 0.5 |
| 3/21/2006 | Pretrial prep - meeting with SJN re: status of pretrial prep | 640  Stephen Neuberger | 0.5 |
| 3/21/2006 | Pretrial prep - meeting with CAS re: pretrial papers and things to do | 640  Stephen Neuberger | 0.2 |
| 3/21/2006 | Pretrial prep - meeting with SJN re: pretrial papers and things to do | 640 CAS | 0.2 |
| 3/21/2006 | Pretrial prep - working on pretrial order | 640  Stephen Neuberger | 0.9 |
| 3/21/2006 | legal research on FRE 404. | 410 CAS | 1.9 |
| 3/21/2006 | Pretrial documents. | 640 CAS | 3.3 |
| 3/21/2006 | Revise pretrial drafts. | 640 CAS | 1 |
| 3/21/2006 | Continue Pre-Trial Order Document Production | 620 Joseph Robert | 5.5 |
| 3/22/2006 | Meet with SJN to review each defense exhibit and determine our position on them and complete sch... | 640 | 2 |
| 3/22/2006 | Meet with SJN and CAS to review and approve final pretrial papers. | 110 | 0.7 |
| 3/22/2006 | Meet with CAS and TSN to review and approve final pretrial papers. | 110 Stephen Neuberger | 0.7 |
| 3/22/2006 | Pretrial prep - Meeting with TSN re: pretrial issues | 640  Stephen Neuberger | 0.5 |
| 3/22/2006 | Pretrial prep - Meeting with SJN re: pretrial issues | 640 | 0.5 |
| 3/22/2006 | Revising pretrial order | 640 | 3.4 |
| 3/22/2006 | Pretrial prep - calls to clients re: special damages | 640  Stephen Neuberger | 0.1 |
| 3/22/2006 | Pretrial documents. | 640 CAS | 1.5 |
| 3/22/2006 | Meeting with TSN/SJN regarding pretrial. | 110 CAS | 0.3 |
| 3/22/2006 | Email from RF and respond on pretrial section a. | 420 | 0.1 |
| 3/22/2006 | Email from SJN and reply on a new defense exhibit | 420 | 0.1 |
| 3/22/2006 | Continue Pre-Trial Order Document Production | 620 Joseph Robert | 3.5 |
| 3/23/2006 | Pretrial prep - working on pretrial order | 640  Stephen Neuberger | 1.1 |
| 3/23/2006 | Meeting with TSN re: status of pretrial | 110 Stephen Neuberger | 0.1 |
| 3/23/2006 | Meeting with SJN re: status of pretrial | 110 | 0.1 |
| 3/23/2006 | Pretrial prep - meeting with TSN & CAS re: status of pretrial order | 640  Stephen Neuberger | 0.3 |
| 3/23/2006 | Pretrial prep - meeting with SJN & CAS re: status of pretrial order | 640 | 0.3 |
| 3/23/2006 | Pretrial prep - meeting with TSN & SJN re: status of pretrial order | 640 CAS | 0.3 |
| 3/23/2006 | Pretrial docs. | 640 CAS | 3.1 |
| 3/24/2006 | Attend to filing pretrial papers. | 640 | 0.5 |
| 3/24/2006 | Prepare a settlement offer. | 720 | 0.5 |
| 3/24/2006 | Email to clients regarding pretrial documents. | 430 CAS | 0.1 |
| 3/24/2006 | Pretrial documents. | 640 CAS | 0.2 |
| 3/24/2006 | Finish Pre-Trial Order and Contested Exhibits of both Defendant and Plaintiff | 620 Joseph Robert | 4.1 |
| 3/27/2006 | Pretrial prep - meeting with CAS re: status of pretrial order docs | 640  Stephen Neuberger | 0.2 |
| 3/27/2006 | Pretrial prep - meeting with SJN re: status of pretrial order docs | 640 CAS | 0.2 |
| 3/27/2006 | Pretrial docs. | 640 CAS | 0.8 |
| 3/28/2006 | Draft demand letter to RF. | 720 | 0.5 |
| 3/28/2006 | Email to RF. | 430 | 0.1 |
| 3/28/2006 | Pretrial notes - determine what is left to do. | 640 CAS | 0.1 |
| 3/28/2006 | Pretrial docs. | 640 CAS | 0.2 |
| 3/29/2006 | Pretrial documents. | 640 CAS | 1.9 |
| 3/29/2006 | Draft letter to Fitzgerald re pretrial docs for SJN's signature. | 430 CAS | 0.4 |
| 3/30/2006 | Review emails on the pretrial documents. | 700 | 0.3 |
| 3/30/2006 | Pretrial documents. | 640 CAS | 3.2 |
| 4/4/2006 | Phone call from Wayne regarding special damages data. | 790 CAS | 0.1 |
| 4/4/2006 | Gather special damages data from Foraker and Price - make copies. | 110 CAS | 0.6 |
| 4/6/2006 | Pretrial docs. | 640 CAS | 0.4 |
| 4/6/2006 | Email to Kurt and Wayne. | 430 | 0.1 |
| 4/6/2006 | Email to mH. | 430 | 0.1 |
| 4/6/2006 | Review and approve resignation letter of KP to DSP. | 700 | 0.2 |
| 4/6/2006 | Discuss trial with SJN. | 860 | 0.3 |
| 4/7/2006 | Meet with MH about trial testimony preparation. | 860 | 0.3 |
| 4/7/2006 | Review letters on workers comp actions by the defense. | 700 | 0.1 |
| 4/7/2006 | Email from KP and respond. | 420 | 0.1 |
| 4/8/2006 | Email from KP and reply. | 420 | 0.1 |
| 4/9/2006 | Speak with SJN about trial issues. | 860 | 0.3 |
| 4/9/2006 | Email to Kurt and Wayne. | 430 | 0.3 |
| 4/10/2006 | Draft documents for SJN regarding special damages. | 250 CAS | 1 |
| 4/10/2006 | Email from WW and rply. | 420 | 0.2 |
| 4/13/2006 | Meet with WAyne Warren. | 120 | 0.1 |
| 4/13/2006 | Email on expert report updates. | 271 | 0.2 |
| 4/13/2006 | Prepare for pretrial next week. | 640 | 0.4 |
| 4/14/2006 | Prepare for pretrial next week. | 640 | 1.5 |
| 4/15/2006 | Emails regarding pretrial conference - things to prepare. | 640 CAS | 0.2 |
| 4/16/2006 | Emails regarding pretrial conference - things to prepare. | 640 CAS | 0.1 |
| 4/17/2006 | Meet with SJN to prepare for pretrial tomorrow. | 640 | 1.3 |
| 4/17/2006 | Meet with TSN to prepare for pretrial tomorrow. | 640  Stephen Neuberger | 1.3 |
| 4/17/2006 | Various pretrial projects in preparation for Pretrial conference. | 640 CAS | 2.9 |
| 4/18/2006 | Pretrial conference in court. | 640 CAS | 2.5 |
| 4/18/2006 | Meeting with TSN/SJN/MDH regarding pretrial issues. | 640 CAS | 0.5 |
| 4/18/2006 | Review motions for pretrial conference. | 640 CAS | 0.5 |
| 4/19/2006 | Meet with JR about trial preparation issues. | 860 | 0.2 |
| 4/19/2006 | Meet with TSN about trial preparation issues. | 110 Joseph Robert | 0.2 |
| 4/19/2006 | Trial preparation, prepare witness sequence, prepare documents for use in preparing testimony fo... | 860 | 4.3 |
| 4/19/2006 | Prepare blowups for trial testimony | 860 CAS | 4.8 |
| 4/19/2006 | Draft letter for Forester's medical records. | 430 CAS | 0.6 |
| 4/19/2006 | Email to EE on the Thompson file. | 430 | 0.1 |
| 4/20/2006 | Meet with CAS to create master list of pl exhibits for trial. | 860 | 1.8 |
| 4/20/2006 | Meet with CAS to create master list of pl ex for trial. | 860 CAS | 1.8 |
| 4/20/2006 | Review trial preparation emails. | 420 | 0.3 |
| 4/20/2006 | Trial preparation, gather exhibits to use in framing trial questions. | 860 CAS | 1.7 |
| 4/20/2006 | Prepare demonstrative docs. | 860 CAS | 0.9 |
| 4/20/2006 | Phone call from judge's court reporter re transcript corrections. | 170 CAS | 0.1 |
| 4/20/2006 | Plaintiffs' exhibit preparation. | 860 CAS | 4 |
| 4/21/2006 | Proof read and finalize final plaintiffs' exhibit list for transmittal to the defense. | 860 CAS | 0.3 |
| 4/21/2006 | Trial preparation, cross of Chaffinch. | 860 | 0.2 |

10:49 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**March 1, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|---|---|---|---|
| 4/21/2006 | Trial preparation, Baylor testimony, email EE on pl ex. list. | 860 | 0.5 |
| 4/21/2006 | Revise premiminaryprayers. | 370 | 1 |
| 4/21/2006 | Email to TB. | 10 | 0.1 |
| 4/21/2006 | Trial preparation on exhibits. | 860 | 0.3 |
| 4/21/2006 | Revise jury prayers and special verdict. | 370 | 2 |
| 4/21/2006 | meet with TSN regarding plaintiffs' exhibit list. | 110 CAS | 0.1 |
| 4/21/2006 | Revise plaintiffs' exhibits list | 640 CAS | 0.4 |
| 4/21/2006 | call from Chris re Troop 6 evals. | 170 CAS | 0.1 |
| 4/21/2006 | Letter to ENT's attorney re Forester's medical records. | 430 CAS | 0.1 |
| 4/21/2006 | Draft letter to defense counsel re redacted verdict form. | 430 CAS | 0.2 |
| 4/21/2006 | Compile combined Plaintiffs' Exhibit book. | 640 CAS | 3.2 |
| 4/22/2006 | Prepare trial testimony for Major Baylor | 860 | 3.4 |
| 4/23/2006 | Prepare testimony of Dave Baylor. | 860 | 2.6 |
| 4/21/2006 | Complete Baylor trial testimony. | 860 | 1.8 |
| 4/24/2006 | Letter to Ed Ellis re Foraker 1 verdict form. | 430 CAS | 0.2 |
| 4/24/2006 | Pretrial docs - plaintiffs' exhibits | 640 CAS | 2.3 |
| 4/24/2006 | review special verdict form. | 640 CAS | 0.1 |
| 4/24/2006 | Prepare demonstrative docs. | 860 CAS | 3.5 |
| 4/24/2006 | Gather documents for trial testimony. | 860 CAS | 0.2 |
| 4/25/2006 | Email from WW. | 420 | 0.1 |
| 4/25/2006 | Email from KP. | 420 | 0.1 |
| 4/25/2006 | Email on Greg Warren trial testimony, trial prepration. | 860 | 0.1 |
| 4/25/2006 | Incorporate changes into draft special verdict. | 370 | 0.5 |
| 4/25/2006 | Review Wayne Warren's trial testimony. | 860 CAS | 0.6 |
| 4/25/2006 | Prepare demonstrative docs. | 860 CAS | 0.4 |
| 4/25/2006 | Copy and add documents from Chris re Troop 6 | 640 CAS | 0.3 |
| 4/26/2006 | Work on trial testimony of various witnesses. | 860 CAS | 0.4 |
| 4/26/2006 | Finish special verdict for all parties. | 370 | 0.4 |
| 4/26/2006 | Prepare trial testimony of John Dillman. | 860 | 1.4 |
| 4/26/2006 | review defendants' comments to Plaintiffs' exhibits. | 640 CAS | 0.2 |
| 4/26/2006 | Read trial transcript to determine what court said regarding admissibility of certain documents. | 640 CAS | 0.7 |
| 4/26/2006 | email to MDH re updated CV for Bud Fini. | 430 CAS | 0.1 |
| 4/26/2006 | Trial preparation, revice demonstrative exhibit drafts. | 860 | 0.6 |
| 4/27/2006 | Review emails on prayers and other documents. | 420 | 0.1 |
| 4/27/2006 | Email froim LPrice. | 420 | 0.1 |
| 4/27/2006 | Meet with SJN about deposition tomorrow. | 110 | 0.2 |
| 4/27/2006 | pretrial docs. | 640 CAS | 0.1 |
| 4/27/2006 | Revise demonstratives. | 860 CAS | 1.3 |
| 4/28/2006 | Trial preparation, update px list with CAS, jury prayers and medical reports. | 860 | 0.7 |
| 4/28/2006 | Trial preparation, meet with TSN to update px list, go over jury prayers, and damages issues. | 860 CAS | 0.9 |
| 4/28/2006 | Trial preparation, organize files. | 860 | 0.2 |
| 4/28/2006 | Trial preparation, meet with MDH about his witnesses testimony. | 860 | 0.5 |
| 4/28/2006 | Meet with SJN to prepare for trial, discuss deposition of Omega personnel and her cross. | 860 | 0.6 |
| 4/28/2006 | Meet with TSN to report on Omega deposition today and discuss cross and trial issues. | 860 Stephen Neuberger | 0.6 |
| 4/28/2006 | Prepare trial testimony of Greg Warren. | 860 | 2.8 |
| 4/28/2006 | Revise demonstrative exhibits. | 860 CAS | 0.11667 |
| 4/28/2006 | Review jury prayers | 640 CAS | 0.4 |
| 4/28/2006 | Review DeBernardo's new report. | 640 CAS | 0.5 |
| 4/28/2006 | Revise Demonstrative exhibits and plaintiffs exhibits. | 640 CAS | 4.8 |
| 5/1/2006 | Prepare trial testimony of Major Forrester. | 860 | 1 |
| 5/1/2006 | Prepare trial testimony of MacLeish. | 860 | 4.4 |
| 5/1/2006 | Plaintiffs' exhibits and demonstrative exhibits. | 640 CAS | 3 |
| 5/1/2006 | Meet with SJN re plaintiffs' exhibits. | 110 CAS | 0.1 |
| 5/1/2006 | Respond to trailing pretrial issues. | 640 CAS | 0.3 |
| 5/1/2006 | Prepare letter to court re Voir Dire questions. | 430 CAS | 0.3 |
| 5/1/2006 | Email to TSN/SJN re trailing pretrial issues. | 430 CAS | 1.5 |
| 5/1/2006 | Review eamils on trial issues. | 420 | 0.2 |
| 5/2/2006 | Meet with SJN about opening statement. | 110 | 0.1 |
| 5/2/2006 | Meet with JR about trial exhibit issues. | 860 | 0.3 |
| 5/2/2006 | Meet with CAS about trial issues. | 860 | 0.1 |
| 5/2/2006 | Review emails. | 700 | 0.3 |
| 5/2/2006 | Next draft of the opening statement. | 860 | 2.2 |
| 5/2/2006 | Trial preparation, subpoenas for witnesses, demonstrative exhibits to use in opening and final a... | 860 | 0.5 |
| 5/2/2006 | Meet with TSN about trial subpoenas. | 110 Joseph Robert | 0.3 |
| 5/2/2006 | First draft of ifinal argument. | 860 | 1.5 |
| 5/2/2006 | Prepare the first draft of the combined opening statement. | 860 | 2.5 |
| 5/2/2006 | Telephone with Major Baylor about the upcoming trial. | 860 | 0.4 |
| 5/2/2006 | Pretrial documents and exhibits. | 640 CAS | 0.7 |
| 5/2/2006 | Revise letter to Judge Sleet. | 430 CAS | 0.1 |
| 5/2/2006 | email to SJN/MDH re Fini's updated CV. | 430 CAS | 0.3 |
| 5/2/2006 | Revise exhibit list. | 640 CAS | 0.1 |
| 5/2/2006 | Review opening statement from TSN. | 860 CAS | 0.4 |
| 5/2/2006 | Letter to Judge Sleet re updated resume for Ernest Fini. | 430 CAS | 0.2 |
| 5/2/2006 | Exhibit preparation for Trial Notebooks | 560 Joseph Robert | 6 |
| 5/3/2006 | Meet with CAS about demonstrative exhibits and trial issues. | 860 | 0.2 |
| 5/3/2006 | Prepare trial testimony of Aaron Chaffinch. | 860 | 0.8 |
| 5/3/2006 | Prepare Chaffinch trial testimony. | 860 | 3.5 |
| 5/3/2006 | Letter to Judge Sleet re Bud Fini's updated resume. | 430 CAS | 0.2 |
| 5/3/2006 | Gather exhibits for trial testimony. | 860 CAS | 0.3 |
| 5/3/2006 | Meet with TSN re demonstrative exhibits. | 110 CAS | 0.1 |
| 5/3/2006 | Revise demonstrative documents and send to defendants. | 860 CAS | 2.2 |
| 5/3/2006 | Gather exhibits for use at trial. | 860 CAS | 1 |
| 5/4/2006 | Finish Chaffinch testimony | 860 | 0.2 |
| 5/4/2006 | Revise opening statement. | 860 | 2.3 |
| 5/4/2006 | Meet with CAS to review each pl trial exhibit for copying and to reduce of exhibit list. | 10 | 2 |
| 5/4/2006 | work on plaintiffs exhibits binder. | 640 CAS | 1.3 |
| 5/4/2006 | email to defense counsel re punitive damages evidence. | 430 CAS | 0.2 |
| 5/4/2006 | Review and approve collateral source legal memo for trial. | 90 | 0.3 |
| 5/4/2006 | Trial Exhibit book preparation | 560 Joseph Robert | 5.5 |
| 5/5/2006 | Meet with JR about demonstrative exhibits and drafts of trial testimony. | 860 | 0.4 |
| 5/5/2006 | Second draft MacLeish trial testimony. | 860 | 2.3 |
| 5/5/2006 | Prepare Forrester trial testimony. | 860 | 0.8 |
| 5/5/2006 | Next draft of Greg Warren trial testimony. | 860 | 1.5 |
| 5/5/2006 | Review collateral source memo from SJN. | 860 CAS | 0.2 |
| 5/5/2006 | Revise trial exhibit TOC | 860 CAS | 4.5 |
| 5/5/2006 | Review trial testimony of MacLeish | 860 CAS | 0.1 |
| 5/5/2006 | Review and make chart of Thompson's hearing problems. | 860 CAS | 0.18333 |
| 5/5/2006 | Pull exhibit docs for SJN to send to defendants. | 860 CAS | 0.5 |
| 5/5/2006 | Trial prep - revise testimony | 860 Stephen Neuberger | 0.5 |
| 5/5/2006 | Trial prep - telephone with Wayne re: D's late produced photos of FTU | 860 Stephen Neuberger | 1.4 |
| 5/5/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/6/2006 | Prepare testimony of Major Baylor. | 860 | 3.8 |
| 5/6/2006 | Trial prep - finalizing Wayne and Kurt's testimony | 860 Stephen Neuberger | 3.2 |
| 5/7/2006 | Finish trial testimony of Dave Baylor. | 860 | 1 |
| 5/7/2006 | Travel to and from meeting with SJN to discuss trial presentaton, and witnesses to use. | 860 | 1.3 |
| 5/7/2006 | Trial prep - working on testimony | 860 Stephen Neuberger | 6.6 |
| 5/8/2006 | Email to TSN regarding Thompson's medical records. | 430 CAS | 0.1 |
| 5/8/2006 | Trial prep - working on testimony | 860 Stephen Neuberger | 6.6 |
| 5/8/2006 | Email to witness G. Warren about facts. | 860 | 0.2 |
| 5/8/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/9/2006 | Trial prep - testimony | 860 Stephen Neuberger | 2.3 |
| 5/9/2006 | Trial prep - meeting with TSN | 860 Stephen Neuberger | 0.4 |
| 5/9/2006 | Trial prep - meeting with SJN | 860 | 0.4 |

**The Neuberger Firm**

**Sales by Customer Detail**

March 1, 2004 through June 5, 2006

10:49 AM

06/10/06

Accrual Basis

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 5/9/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/10/2006 | Email SJN exhibit lists | 430 CAS | 0.1 |
| 5/10/2006 | Email to TSN regarding follow up pretrial issue (demonstrative exhibits) | 430 CAS | 0.1 |
| 5/10/2006 | Review Plaintiffs' exhibit binders for presentation to jury. | 860 CAS | 0.5 |
| 5/10/2006 | Trial prep - working on testimony | 860 Stephen Neuberger | 2.8 |
| 5/10/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 5/10/2006 | Interview BC on Lt. Thompson. | 280 | 0.1 |
| 5/10/2006 | Email to clients. | 430 | 0.1 |
| 5/10/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/11/2006 | Prepare trial testiomony. | 860 | 2.3 |
| 5/11/2006 | Prepare trial testimony of Dillman, meet with MH on witnesses. | 860 | 1.7 |
| 5/11/2006 | Prepare trial testimony. | 860 | 0.7 |
| 5/11/2006 | Trial preparation - exhibits | 860 CAS | 1.5 |
| 5/11/2006 | Meet with TSN regarding witness testimony dates | 110 CAS | 0.2 |
| 5/11/2006 | Email to defense counsel regarding scheduling of DSP Witnesses. | 430 CAS | 0.1 |
| 5/11/2006 | Plaintiffs' exhibits TOC | 860 CAS | 0.2 |
| 5/11/2006 | Trial preparation - demonstratives. | 860 CAS | 0.2 |
| 5/11/2006 | Prepare deposition box for trial. | 860 CAS | 0.8 |
| 5/11/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 5/11/2006 | Trial - Attend trial depos of Parton and Ashley | 850 Stephen Neuberger | 2.7 |
| 5/11/2006 | Trial - Attend trial depos of Parton and Ashley | 850 CAS | 2.7 |
| 5/11/2006 | Trial prep - meetings with clients; then with Ms. Warren | 860 Stephen Neuberger | 4.1 |
| 5/11/2006 | Trial prep - working on testimony | 860 Stephen Neuberger | 3.8 |
| 5/11/2006 | Trial preparation on destroyed evidence. | 860 | 0.5 |
| 5/11/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/12/2006 | Trial preparation, meet with clients also. | 860 | 0.9 |
| 5/12/2006 | Trial preparation.  Opening statement.  Review court rulings today. | 860 | 1.8 |
| 5/12/2006 | Assit in trial preparation. | 860 CAS | 5.1 |
| 5/12/2006 | Meeting with TSN re research project on witnesses. | 110 CAS | 1.9 |
| 5/12/2006 | Email to defendants - demonstrative exhibits. | 430 CAS | 0.1 |
| 5/12/2006 | Legal research on FRE 615 - witnesses in court. | 410 CAS | 1.9 |
| 5/12/2006 | Trial prep - meeting with TSN | 860 Stephen Neuberger | 1 |
| 5/12/2006 | Trial prep - meeting with SJN | 860 | 1 |
| 5/12/2006 | Trial prep - meetings with clients | 860 Stephen Neuberger | 7.7 |
| 5/12/2006 | Trial prep - working on exhibits and jury list | 860 Stephen Neuberger | 1.8 |
| 5/12/2006 | Preparation of Trial Testimony | 560 Joseph Robert | 7 |
| 5/13/2006 | Meeting with TSN/SJN and clients for trial preparation. | 110 CAS | 1.5 |
| 5/13/2006 | Legal research on witness sequestration. | 410 CAS | 1.5 |
| 5/13/2006 | Revise opening statement. | 860 | 1.5 |
| 5/13/2006 | Trial preparation, jury selection and testimony. | 860 | 3 |
| 5/13/2006 | Prepare trial testimony of Greg Warren. | 860 | 0.8 |
| 5/13/2006 | Trial prep - meeting with Kurt and Wayne; exhibit prep; jury selection prep | 860 Stephen Neuberger | 14.5 |
| 5/13/2006 | Trial preparation, study summary judgment decision. | 860 | 0.7 |
| 5/13/2006 | Trial preparation, jury selection. | 860 | 0.2 |
| 5/13/2006 | Preparation of Electronic Trial Exhibits for use at trial | 560 Joseph Robert | 6 |
| 5/14/2006 | Prepare for opening statement. | 860 | 1.5 |
| 5/14/2006 | Prepare trial testimony of John Dillman! | 860 | 1 |
| 5/14/2006 | Prepare new draft of final argument. | 860 | 1.5 |
| 5/14/2006 | Trial prep - meeting with Chris; prepare for 1st day of trial | 860 Stephen Neuberger | 11.9 |
| 5/14/2006 | Trial preparation, destruction of evidence issue, Seifert testimony | 860 | 4 |
| 5/14/2006 | Preparation of Electronic Trial Exhibits for use at trial | 560 Joseph Robert | 4.5 |
| 5/15/2006 | Trial preparation. | 860 Stephen Neuberger | 1.3 |
| 5/15/2006 | Trial preparation day 1. | 860 | 1 |
| 5/15/2006 | Trial morning of day 1. | 850 | 4.5 |
| 5/15/2006 | Trial morning of day 1. | 850 | 4.5 |
| 5/15/2006 | Trial preparation for afternoon of day 1. | 860 | 0.7 |
| 5/15/2006 | Trial preparation afternoon of day 1. | 860 Stephen Neuberger | 0.7 |
| 5/15/2006 | Trial afternoon of day 1. | 850 | 2.7 |
| 5/15/2006 | Trial afternoon of day 1. | 850 Stephen Neuberger | 2.7 |
| 5/15/2006 | Trial preparation for day 2. | 860 | 1 |
| 5/15/2006 | Trial preparation for day 2. | 860 Stephen Neuberger | 0.5 |
| 5/15/2006 | Attend first day of trial. | 850 CAS | 7 |
| 5/15/2006 | Meet with clients, TSN/SJN; gather and revise documents; review defendants' exhibits. | 860 CAS | 2.7 |
| 5/15/2006 | Legal research on settlement agreement as violation of practice or policy. | 410 CAS | 1.9 |
| 5/15/2006 | Trial prep - working on testimony and exhibits | 860 Stephen Neuberger | 4.8 |
| 5/15/2006 | Review emails. | 430 | 0.1 |
| 5/16/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/16/2006 | trial preparation day 2. | 860 | 1.3 |
| 5/16/2006 | Trial preparation day two. | 860 | 1 |
| 5/16/2006 | Trial morning day 2. | 850 | 3.7 |
| 5/16/2006 | Trial day two morning. | 850 Stephen Neuberger | 3.7 |
| 5/16/2006 | Trial preparation day 2 afternoon. | 860 | 1.3 |
| 5/16/2006 | Trial preparation day 2 afternoon. | 860 Stephen Neuberger | 1.3 |
| 5/16/2006 | Trial afternoon day 2. | 850 | 2.5 |
| 5/16/2006 | Trial day 2 afternoon. | 850 Stephen Neuberger | 2.5 |
| 5/16/2006 | Trial preparation for day 3. | 860 Stephen Neuberger | 1 |
| 5/16/2006 | Trial preparation for day 3. | 860 | 1 |
| 5/16/2006 | Legal research on punitive damages issue. | 410 CAS | 1 |
| 5/16/2006 | Attend trial. | 850 CAS | 2.7 |
| 5/16/2006 | Meet with SJN/TSN re trial strategy. | 110 CAS | 0.4 |
| 5/16/2006 | Gather documents and testimony for destruction of evidence testimony. | 860 CAS | 0.3 |
| 5/16/2006 | Trial testimony prep - Glenn Dixon | 860 CAS | 1.6 |
| 5/16/2006 | Trial prep - revising testimony and prep for next day | 860 Stephen Neuberger | 3.6 |
| 5/16/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/17/2006 | Trial preparation day 3 of trial. | 860 | 1 |
| 5/17/2006 | Trial preparation day 3 of trial. | 860 Stephen Neuberger | 1 |
| 5/17/2006 | Trial day 3 morning. | 850 | 4 |
| 5/17/2006 | Day 3 of trial, morning. | 850 Stephen Neuberger | 4 |
| 5/17/2006 | Prepare for afternoon of trial on day 3. | 860 | 1 |
| 5/17/2006 | Prepare for afternoon of day 3 of trial. | 860 Stephen Neuberger | 1 |
| 5/17/2006 | Day 3 of trial, afternoon. | 850 | 2.8 |
| 5/17/2006 | Day 3 of trial, afternoon | 850 Stephen Neuberger | 2.8 |
| 5/17/2006 | Prepare for day 4 of trial. | 860 | 1 |
| 5/17/2006 | Prepare for day 4 of trial. | 860 Stephen Neuberger | 1 |
| 5/17/2006 | Attend trial. | 850 CAS | 3.7 |
| 5/17/2006 | Prepare trial testimony for Dixon. | 860 CAS | 3.2 |
| 5/17/2006 | Discussion with TSN/SJN/clients re trial progress. | 110 CAS | 0.6 |
| 5/17/2006 | Meet with SJN/TSN/clients regarding trial strategy. | 110 CAS | 0.7 |
| 5/17/2006 | Phone call to lawyer for Forester's medical records. | 860 CAS | 0.1 |
| 5/17/2006 | Gather Bullen/Giles opinion for SJN/TSN for use in court. | 860 CAS | 0.4 |
| 5/17/2006 | Legal research on deposition testimony of John Dillman. | 410 CAS | 2.3 |
| 5/17/2006 | Trial prep - meeting with TSN re: cross examinations | 860 Stephen Neuberger | 2.8 |
| 5/17/2006 | Trial prep - meeting with SJN re: cross examinations | 860 | 0.3 |
| 5/17/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/18/2006 | Trial preparation day 4. | 860 Stephen Neuberger | 1 |
| 5/18/2006 | Trial preparation day 4. | 860 | 1 |
| 5/18/2006 | Trial day 4 morning. | 850 | 2.5 |
| 5/18/2006 | Trial day 4 morning. | 850 Stephen Neuberger | 4 |
| 5/18/2006 | Trial preparation day 4 afternoon. | 860 Stephen Neuberger | 1 |
| 5/18/2006 | Trial preparation day 4 afternoon. | 860 | 1 |
| 5/18/2006 | Trial day 4 afternoon. | 850 | 2.5 |
| 5/18/2006 | Trial day 4 afternoon. | 850 Stephen Neuberger | 2.5 |
| 5/18/2006 | Trial preparation for day 5. | 860 | 1 |

**The Neuberger Firm**

**Sales by Customer Detail**

10:49 AM

06/10/06

Accrual Basis

March 1, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|---|---|---|---|
| 5/18/2006 | Preparaiton for trial for day 5. | 860 Stephen Neuberger | 1 |
| 5/18/2006 | Prepare bench memo on deposition testimony. | 860 CAS | 0.6 |
| 5/18/2006 | Attend trial. | 850 CAS | 2.3 |
| 5/18/2006 | Major Forester's medical records - locate previous correspondence and correspond with ENT's lawyer | 860 CAS | 0.5 |
| 5/18/2006 | Preparation of Dixon/Conley testimony. | 860 CAS | 4.2 |
| 5/18/2006 | Meeting with SJN/TSN/clients re trial and things which need to be done. | 110 CAS | 0.6 |
| 5/18/2006 | Trial prep - working on testimony for tomorrow | 860 Stephen Neuberger | 4.3 |
| 5/18/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/19/2006 | Trial preparation day 5. | 860 | 3 |
| 5/19/2006 | Trial preparation day 5. | 860 Stephen Neuberger | 1 |
| 5/19/2006 | Trial day 5 morning. | 850 | 4 |
| 5/19/2006 | Trial day 5, morning. | 850 Stephen Neuberger | 4 |
| 5/19/2006 | Trial preparation day 5, afternoon. | 860 | 1 |
| 5/19/2006 | Trial preparation day 5, afternoon. | 860 Stephen Neuberger | 1 |
| 5/19/2006 | Trial day 5, afternoon. | 850 | 2.5 |
| 5/19/2006 | Trial day 5, afternoon. | 850 Stephen Neuberger | 2.5 |
| 5/19/2006 | Preparation for day 6, meet with clients, meet with MH.. | 860 | 1.5 |
| 5/19/2006 | Preparation for day 6, meet with clients. | 860 Stephen Neuberger | 1 |
| 5/19/2006 | Attend trial. | 850 CAS | 0.7 |
| 5/19/2006 | Gather documents for trial - depositions, demonstratives; deliver documents to court. | 860 CAS | 2.3 |
| 5/19/2006 | Meet with SJN/TSN/clients regarding trial. | 110 CAS | 0.3 |
| 5/19/2006 | Meet with TSN/SJN/clients regarding trial strategy for next week. | 110 CAS | 0.6 |
| 5/19/2006 | Call from Shanley & Assoc. regarding Forester's medical records. | 170 CAS | 0.5 |
| 5/19/2006 | Trial prep - Working on testimony and meeting with clients | 860 Stephen Neuberger | 1.3 |
| 5/19/2006 | Trial prep - preparing more testimony | 860 Stephen Neuberger | 1.1 |
| 5/19/2006 | Telephone meeting with SJN about next weeks trial steps. | 860 | 0.3 |
| 5/19/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/20/2006 | Trial preparation, final argument. | 860 | 4.5 |
| 5/20/2006 | Trial prep - working on testimony and exhibits for trial | 860 Stephen Neuberger | 7.6 |
| 5/20/2006 | Review Foraker testimony and edit it. | 860 | 0.5 |
| 5/20/2006 | Trial preparation on Bunting report. | 860 | 0.3 |
| 5/21/2006 | Trial preparation, Siefert and McQueen. | 860 | 1.1 |
| 5/21/2006 | Trial preparation, final argument. | 860 | 0.6 |
| 5/21/2006 | Trial preparation on destruction of evidence. | 860 | 0.3 |
| 5/21/2006 | Trial prep - working on testimony and exhibits; collateral source rule front pay research | 860 Stephen Neuberger | 9.8 |
| 5/21/2006 | Trial preparation for tomorrow. | 860 | 0.4 |
| 5/21/2006 | Trial preparation, the defendants. | 860 | 0.2 |
| 5/22/2006 | Trial preparation day 6. | 860 Stephen Neuberger | 1.1 |
| 5/22/2006 | Trial preparation day 6. | 860 | 1.5 |
| 5/22/2006 | Trial morning day 6. | 850 | 4 |
| 5/22/2006 | Trial morning day 6. | 850 Stephen Neuberger | 4 |
| 5/22/2006 | Trial preparation for afternoon day 6. | 860 | 1 |
| 5/22/2006 | Trial preparation afternoon day 6. | 860 Stephen Neuberger | 1 |
| 5/22/2006 | Trial afternoon day 6. | 850 | 2.8 |
| 5/22/2006 | Trial afternoon day 6. | 850 Stephen Neuberger | 2.8 |
| 5/22/2006 | Trial preparation day 7. | 860 Stephen Neuberger | 0.7 |
| 5/22/2006 | Trial preparation day 7. | 860 | 0.5 |
| 5/22/2006 | Collateral source jury instruction. | 860 CAS | 0.5 |
| 5/22/2006 | Attend trial. | 850 CAS | 3 |
| 5/22/2006 | Meet with TSN/SJN/clients regarding trial strategy, jury instructions, and destruction of eviden... | 110 CAS | 0.2 |
| 5/22/2006 | Prepare trial testimony for day 7. | 860 | 1.7 |
| 5/22/2006 | Trial prep - working on testimony; meetings with clients; reviewing exhibits | 860 Stephen Neuberger | 4.5 |
| 5/22/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/23/2006 | Prepare for trial day 7. | 860 Stephen Neuberger | 1.2 |
| 5/23/2006 | Prepare for trial day 7. | 860 | 2.5 |
| 5/23/2006 | Trial morning day 7. | 850 | 3.7 |
| 5/23/2006 | Trial morning day 7. | 850 Stephen Neuberger | 3.7 |
| 5/23/2006 | Prepare for afternoon of trial day 7. | 860 | 1.2 |
| 5/23/2006 | Trial day 7 afternoon. | 850 | 2.8 |
| 5/23/2006 | Trial day 7 afternoon. | 850 Stephen Neuberger | 2.8 |
| 5/23/2006 | Prepare for day 8 of trial. | 860 | 0.8 |
| 5/23/2006 | Prepare for day 8 of trial. | 860 Stephen Neuberger | 0.8 |
| 5/23/2006 | Prepare for afternoon of trial day 7. | 860 Stephen Neuberger | 1.2 |
| 5/23/2006 | Attend trial. | 850 CAS | 3 |
| 5/23/2006 | Meet with TSN/SJN/clients about trial strategy. | 110 CAS | 0.2 |
| 5/23/2006 | Prepare for final argument. | 860 | 0.3 |
| 5/23/2006 | Trial prep - preparing cross examination testimony for the defense witnesses | 860 Stephen Neuberger | 7.5 |
| 5/24/2006 | Prepare for trial day 8. | 860 | 3 |
| 5/24/2006 | Prepare for trial day 8. | 860 Stephen Neuberger | 3 |
| 5/24/2006 | Trial day 8 morning. | 850 | 4 |
| 5/24/2006 | Trial day 8 morning. | 850 Stephen Neuberger | 4 |
| 5/24/2006 | Prepare for afternoon of trial day 8. | 860 | 1 |
| 5/24/2006 | Prepare for trial day 8 for the afternoon. | 860 Stephen Neuberger | 1 |
| 5/24/2006 | Trial day 8 afternoon. | 850 | 2.8 |
| 5/24/2006 | Trial day 8 afternoon. | 850 Stephen Neuberger | 2.8 |
| 5/24/2006 | Prepare for trial day 9. | 860 | 0.6 |
| 5/24/2006 | Prepare for trial day 9. | 860 Stephen Neuberger | 0.7 |
| 5/24/2006 | Gather documents for trial - MacLeish and Yeomans letters, summary judgment briefs. | 860 CAS | 2 |
| 5/24/2006 | Attend trial. | 850 CAS | 2.5 |
| 5/24/2006 | Meet with TSN/SJN/clients re trial progress. | 110 CAS | 0.7 |
| 5/24/2006 | Trial prep - working on cross examinations | 860 Stephen Neuberger | 3.1 |
| 5/24/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/25/2006 | Trial preparation. | 860 | 2.5 |
| 5/25/2006 | Trial day 9, morning. | 850 | 4 |
| 5/25/2006 | Prepare for day 9 trial in the afternoon. | 860 | 1 |
| 5/25/2006 | Trial day 9 afternoon. | 850 | 2.7 |
| 5/25/2006 | Prepare for day 10 of trial. | 860 | 1 |
| 5/25/2006 | Prepare for trial day 9. | 860 Stephen Neuberger | 1.5 |
| 5/25/2006 | Trial day 9 in the morning. | 850 Stephen Neuberger | 4 |
| 5/25/2006 | Prepare for trial in the afternoon day 9 | 860 Stephen Neuberger | 1 |
| 5/25/2006 | Trial day 9 in the afternoon. | 850 Stephen Neuberger | 2.7 |
| 5/25/2006 | Attend meeting with court on destruction of evidence issue and meet with TSN to prepare for day ... | 860 | 2 |
| 5/25/2006 | Revise special verdict form. | 860 CAS | 0.5 |
| 5/25/2006 | Attend trial. | 850 CAS | 2 |
| 5/25/2006 | Find and print settlement documents for TSN; copy special verdict form; pension issue for MDH. | 860 CAS | 0.6 |
| 5/25/2006 | Meet with TSN/SJN/clients regarding settlement issues | 110 CAS | 1 |
| 5/25/2006 | Meet with Nathan regarding legal research on injury to reputation. | 110 CAS | 0.4 |
| 5/25/2006 | Final argument preparation. | 860 | 0.6 |
| 5/25/2006 | Trial prep - working on cross and exhibits | 860 Stephen Neuberger | 3.2 |
| 5/25/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/26/2006 | Prepare for day 10 of trial. | 860 | 1 |
| 5/26/2006 | Prepare for day 10 of trial. | 860 Stephen Neuberger | 0.9 |
| 5/26/2006 | Day 10 of trial morning. | 850 | 4.2 |
| 5/26/2006 | Day 10 of trial morning. | 850 Stephen Neuberger | 4.2 |
| 5/26/2006 | Prepare for prayer conference day 10 of trial. | 860 | 1 |
| 5/26/2006 | Prepare for prayer conference day 10 of trial. | 860 Stephen Neuberger | 1 |
| 5/26/2006 | Prayer conference day 10 of trial afternoon. | 860 | 0.8 |
| 5/26/2006 | Prayer conference day 10 of trial. | 860 Stephen Neuberger | 0.8 |
| 5/26/2006 | Prepare for final argument. | 860 | 0.6 |
| 5/26/2006 | legal research on injury to reputation. | 410 CAS | 3 |
| 5/26/2006 | Meet with TSN/SJN/clients regarding trial. | 110 CAS | 0.4 |
| 5/26/2006 | Trial prep - meetings with clients; TSN; pull materials together | 860 Stephen Neuberger | 1.5 |
| 5/26/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 4.75 |

**The Neuberger Firm**
**Sales by Customer Detail**
March 1, 2004 through June 5, 2006

10:49 AM
06/10/06
Accrual Basis

| Date | Memo | Item | Qty |
|---|---|---|---|
| 5/27/2006 | Trial prep - working on closing and rebuttal materials | 860 Stephen Neuberger | 1 |
| 5/27/2006 | Prepare for final day of trial. | 860 | 0.2 |
| 5/28/2006 | Prepare firnal argument. | 860 | 4 |
| 5/28/2006 | Trial prep - working on closing and rebuttal material; jury instructions | 860 Stephen Neuberger | 7.7 |
| 5/28/2006 | Legal research | 410 Stephen Neuberger | 0.1 |
| 5/28/2006 | Fiknal argument preparation. | 10 | 1 |
| 5/28/2006 | Review emails. | 860 | 0.2 |
| 5/28/2006 | Trial preparations, exhibit defense proposes. | 860 | 0.1 |
| 5/29/2006 | Prepare for final argument. | 860 | 2.4 |
| 5/29/2006 | Prepare for final argument. | 860 | 1.5 |
| 5/29/2006 | Pleadings review | 630 Stephen Neuberger | 0.4 |
| 5/29/2006 | Trial prep | 860 Stephen Neuberger | 7.8 |
| 5/30/2006 | Attend trial. | 850 CAS | 5.6 |
| 5/30/2006 | Trial preparation morning and afternoon day 11. | 860 | 3.5 |
| 5/30/2006 | Trial preparation morning and afternoon day 11. | 860 Stephen Neuberger | 3.5 |
| 5/30/2006 | Trial day 11 and final argument. | 850 | 8.5 |
| 5/30/2006 | Trial and final argument day 11. | 850 Stephen Neuberger | 8.5 |
| 5/30/2006 | Meet with clients about final argument today. | 120 | 0.5 |
| 5/30/2006 | Telephone with SJN about final argument today. | 800 | 0.3 |
| 5/30/2006 | Trial prep - meetings with clients; meeting with TSN | 860 Stephen Neuberger | 1.3 |
| 5/30/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 5/31/2006 | Attend court for jury verdict. | 850 CAS | 1 |
| 5/31/2006 | File organization after trial. | 320 | 0.4 |
| 5/31/2006 | Appear for argument on the Garcetti case, take the jury verdict, meet with the court on the Garc... | 850 | 1.3 |
| 5/31/2006 | Meet with clients after the jury verdict. | 850 | 1 |
| 5/31/2006 | Trial prep - meeting with clients; meetings with CAS then TSN; file the Rule 50 and MinL's | 860 Stephen Neuberger | 1.1 |
| 5/31/2006 | Trial prep - meeting with TSN re: Garcetti v. Ceballos issue | 860 Stephen Neuberger | 1 |
| 5/31/2006 | Trial prep - meeting with SJN re: Garcetti v. Ceballos issue | 860 | 1 |
| 5/31/2006 | Trial prep - working on Garcetti v. Ceballos issues; meetings with clients; attending court for ... | 860 Stephen Neuberger | 9.2 |
| 5/31/2006 | Retrieval of Jury Books and clean out of Plaintiffs' area of courtroom post trial | 560 Joseph Robert | 1.5 |
| 6/1/2006 | Meeting with TSN re: post-trial issues; briefing and motions | 110 Stephen Neuberger | 1 |
| 6/1/2006 | Meeting with SJN re: post-trial issues; briefing and motions | 110 | 1 |
| 6/1/2006 | Working on Garcetti issues | 410 Stephen Neuberger | 2 |
| 6/1/2006 | Attend teleconference with Court - re: post-trial briefing | 70 Stephen Neuberger | 0.3 |
| 6/1/2006 | Attend teleconference with Court - re: post-trial briefing | 70 | 0.3 |
| 6/1/2006 | Review and prepare for teleconference re: 3.6 and 1st Amend issue | 700 Stephen Neuberger | 1.4 |
| 6/2/2006 | Discuss with JR records for post trial briefing. | 855 | 0.3 |
| 6/2/2006 | Telephone with cilent CF on briefing.. | 790 | 0.2 |
| 6/2/2006 | Meet with law clerk on civil contempt research. | 855 | 0.2 |
| 6/5/2006 | Email on post trial fee application and hourly rates, review court scheduling order. | 855 Stephen Neuberger | 0.2 |
| 6/5/2006 | Memo to cocounsel about post trial briefing. | 10 | 0.4 |
| 6/5/2006 | Gather templates for fee motions. | 855 | 0.3 |

**Total Firearms Training Unit 5200-04**

**TOTAL**

10:46 AM

06/10/06

Accrual Basis

**The Neuberger Firm**

**Sales by Customer Detail**

**April 6, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| **Foraker, Sgt. Christopher D. 5078.2-04** | | | |
| 4/6/2004 | meetings and strategizing with TSN re: Col. Chaffinch's attack on client | 110 Stephen Neuberger | 2.5 |
| 4/6/2004 | meetings, strategizing with SJN and telephone calls re: Col. Chaffinch's attack on client | 110 | 2.5 |
| 4/7/2004 | Fact investigation, study news story retaliating against my client, meet with JR about a new pro... | 280 | 1 |
| 4/7/2004 | Telephone with attorney Mike Tupman to put him on notice about a new claim against Col. Charffinch. | 800 | 0.2 |
| 4/7/2004 | meeting with SJN re filing suit | 110 | 1 |
| 4/7/2004 | meeting with TSN re filing suit | 110 Stephen Neuberger | 1 |
| 4/7/2004 | e-mail to Trooper clients to track circulation | 430 Stephen Neuberger | 0.1 |
| 4/7/2004 | telephone with Fiscella re support for the Foraker case | 810 Stephen Neuberger | 0.5 |
| 4/7/2004 | telephone with Fiscella re support for the Foraker case | 810 | 0.5 |
| 4/7/2004 | telephone call from Chris | 810 Stephen Neuberger | 0.1 |
| 4/8/2004 | Meet with SJN about strategy and the facts. | 110 | 0.3 |
| 4/8/2004 | Telephone with TE about the facts. | 800 | 0.1 |
| 4/9/2004 | telephone call from client | 810 Stephen Neuberger | 0.3 |
| 4/9/2004 | meeting with TSN | 110 Stephen Neuberger | 0.3 |
| 4/10/2004 | Telephone with client about the facts and strategy on his new claim. | 790 | 0.3 |
| 4/11/2004 | meeting with SJN re: Foraker retail suit and timing | 110 | 0.1 |
| 4/11/2004 | meeting with TSN re: Foraker retail suit and timing | 110 Stephen Neuberger | 0.1 |
| 4/13/2004 | Review news article on legislative responses. | 280 | 0.1 |
| 4/14/2004 | Prepare letter to co-counsel on design issues. | 430 | 0.2 |
| 4/20/2004 | telephone call from Chris Foraker | 810 Stephen Neuberger | 0.1 |
| 4/20/2004 | telephone call from Chris Foraker | 810 Stephen Neuberger | 0.1 |
| 4/20/2004 | telephone call with TSN about today's media happenings | 800 Stephen Neuberger | 0.1 |
| 4/21/2004 | meeting with TSN and JR about Chaffinch's going to the news media and how to respond and try to ... | 110 Stephen Neuberger | 0.4 |
| 4/21/2004 | meeting with SJN and JR about Chaffinch's going to the news media and how to respond and try to ... | 110 | 0.4 |
| 4/21/2004 | review lastest news articles for defamation publication and circulation issues | 700 Stephen Neuberger | 0.2 |
| 4/21/2004 | meetings with SJN and/or Chris re: media attacks and how to salvage his reputation and respond | 110 | 2.3 |
| 4/21/2004 | meetings with TSN and/or Chris re: media attacks and how to salvage his reputation and respond | 110 Stephen Neuberger | 2.4 |
| 4/21/2004 | file and organize new docs, put in binders, review, etc... | 320 Stephen Neuberger | 0.4 |
| 4/21/2004 | editing and revising client's rog responses | 245 Stephen Neuberger | 3.7 |
| 4/22/2004 | Telephone from M. Dice at WBOC. | 800 | 0.2 |
| 4/22/2004 | Telephone from clietn. | 790 | 0.1 |
| 4/22/2004 | Interview with MH about the case. | 110 | 0.3 |
| 4/22/2004 | e-mail to client re: FTU issues | 430 | 0.1 |
| 5/4/2004 | telephone call from client re: publication and circulation of defamatory falsehoods | 810 Stephen Neuberger | 0.2 |
| 5/7/2004 | meeting with TSN re: auditor's request and impact | 110 Stephen Neuberger | 0.3 |
| 5/7/2004 | meeting with Steve about auditor and impact this will have | 110 Stephen Neuberger | 0.3 |
| 5/11/2004 | telephone call from client | 810 Stephen Neuberger | 0.1 |
| 5/11/2004 | review client's statement | 700 Stephen Neuberger | 0.1 |
| 5/11/2004 | review and edit client's statement | 700 | 0.1 |
| 5/11/2004 | review statement; meet with TSN | 700 Stephen Neuberger | 0.2 |
| 5/13/2004 | return call to Chris | 830 Stephen Neuberger | 0.1 |
| 5/17/2004 | e-mail from client | 410 Stephen Neuberger | 0.1 |
| 5/17/2004 | fact investigation - review client's e-mail attachment | 280 Stephen Neuberger | 0.1 |
| 5/17/2004 | review client's other e-mail | 700 Stephen Neuberger | 0.1 |
| 5/18/2004 | telephone call from client | 810 Stephen Neuberger | 0.3 |
| 5/19/2004 | e-mail memo to file | 430 Stephen Neuberger | 0.1 |
| 5/19/2004 | meeting with Suzanne re documents | 110 Stephen Neuberger | 0.1 |
| 5/20/2004 | filing client in on latest happenings. | 810 Stephen Neuberger | 0.1 |
| 5/24/2004 | telephone call from client | 810 Stephen Neuberger | 0.1 |
| 6/3/2004 | e-mail memo re: publication and circulation of defamation in nat'l police magazine | 430 Stephen Neuberger | 0.1 |
| 6/7/2004 | File memo on new defamatory statements. | 310 | 0.2 |
| 6/7/2004 | File memo on new defamatory statements. | 310 | 0.2 |
| 6/10/2004 | meeting with SJN re how to proceed, filing, other issues | 110 | 0.2 |
| 6/10/2004 | meeting with TSN | 110 Stephen Neuberger | 0.2 |
| 6/12/2004 | legal research - survival | 410 Stephen Neuberger | 0.7 |
| 6/15/2004 | fact investigation | 280 Stephen Neuberger | 0.2 |
| 6/21/2004 | telephone call from Chris and memo to TSN | 410 Stephen Neuberger | 0.1 |
| 6/22/2004 | meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 6/23/2004 | Telephone conference with client. | 790 | 0.4 |
| 6/23/2004 | telephone call with Chris & meeting with TSN issues | 800 Stephen Neuberger | 0.4 |
| 6/29/2004 | call to client | 830 Stephen Neuberger | 0.1 |
| 7/1/2004 | Meet with MH to discuss legal theories and facts for framing the new case. | 110 | 0.5 |
| 7/2/2004 | return call from Chris | 830 Stephen Neuberger | 0.1 |
| 7/5/2004 | Review Willie Smith papers re: interview request with Chris | 700 Stephen Neuberger | 0.1 |
| 7/5/2004 | legal research - prior restraint on employee speech - speaking publically | 410 Stephen Neuberger | 1.3 |
| 7/5/2004 | Telephone call to Chris | 830 Stephen Neuberger | 0.1 |
| 7/6/2004 | Meeting with TSN re: media gag order rule | 110 | 0.2 |
| 7/6/2004 | Meeting with SJN re: media gag order rule | 110 Stephen Neuberger | 0.2 |
| 7/6/2004 | Meeting with MDH re: drafting the complaint, adverse action, legal theories and other issues | 110 Stephen Neuberger | 1 |
| 7/6/2004 | Legal research - worker's comp preemption of state law theories | 410 Stephen Neuberger | 0.1 |
| 7/7/2004 | Telephone call from client re: discovery issues | 810 Stephen Neuberger | 0.1 |
| 7/7/2004 | E-mails re: conversation with Chris | 430 Stephen Neuberger | 0.1 |
| 7/8/2004 | Meeting with MDH | 110 Stephen Neuberger | 0.1 |
| 7/8/2004 | Meeting with TSN re: happenings in the case | 110 Stephen Neuberger | 0.1 |
| 7/8/2004 | Meeting with SJN re happenings in the case | 110 | 0.1 |
| 7/17/2004 | Meeting with MDH about facts and legal theories | 110 Stephen Neuberger | 0.4 |
| 7/19/2004 | Meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 7/19/2004 | Meeting with SJN | 110 | 0.1 |
| 7/20/2004 | Call to Chris | 810 Stephen Neuberger | 0.1 |
| 7/21/2004 | Telephone with client. | 790 | 0.2 |
| 7/21/2004 | Telephone with client about this case. | 790 | 0.4 |
| 7/21/2004 | Meet with MH re draft complaint. | 110 | 0.4 |
| 7/26/2004 | Discuss case with MH. | 110 | 0.2 |
| 7/26/2004 | Review email order to client from Yeomans. | 280 | 0.1 |
| 8/3/2004 | Meeting with MDH re: media articles and drafting complaint | 160 Stephen Neuberger | 0.1 |
| 8/4/2004 | File organization | 320 Stephen Neuberger | 0.1 |
| 8/5/2004 | Read accreditation e-mail | 420 Stephen Neuberger | 0.1 |
| 8/9/2004 | Review CALEA website and materials | 700 Stephen Neuberger | 0.1 |
| 8/10/2004 | Meeting with TSN re: CALEA | 110 Stephen Neuberger | 0.1 |
| 8/10/2004 | Meeting with SJN re: CALEA | 110 | 0.1 |
| 8/14/2004 | Review and edit MDH draft of complaint | 160 Stephen Neuberger | 0.3 |
| 8/14/2004 | Revise and draft complaint | 160 Stephen Neuberger | 2.3 |
| 8/15/2004 | Drafting complaint - draft.05 | 160 | 2 |
| 8/16/2004 | Discuss draft complaint and filing suit with SJN. | 110 | 0.2 |
| 8/16/2004 | Review draft 4 of the complaint. | 160 | 0.6 |
| 8/16/2004 | Create draft 6 of the complaint. | 160 | 2 |
| 8/16/2004 | Meet with MH about draft complaint. | 110 | 0.7 |
| 8/16/2004 | Drafting complaint - meeting with TSN | 160 Stephen Neuberger | 0.5 |
| 8/16/2004 | Drafting complaint - meeting with SJN | 160 | 0.5 |
| 8/16/2004 | Meeting with SJN re drafting complaint | 160 | 0.7 |
| 8/16/2004 | Meeting with TSN re drafting complaint | 160 Stephen Neuberger | 0.7 |
| 8/16/2004 | Review and edit latest complaint draft | 160 Stephen Neuberger | 0.5 |
| 8/16/2004 | Edit and revise complaint further | 160 Stephen Neuberger | 0.3 |
| 8/19/2004 | Revise draft complaint. | 160 | 0.8 |
| 8/21/2004 | Edit and revise draft.07 of complaint | 160 Stephen Neuberger | 1.4 |
| 8/21/2004 | Review and pull together for TSN sources of defamatory statements about Chris | 700 Stephen Neuberger | 0.2 |
| 8/21/2004 | Fact investigation | 280 Stephen Neuberger | 0.1 |
| 8/24/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.1 |
| 8/25/2004 | Telephone call from Chris re: drafting complaint | 810 Stephen Neuberger | 0.1 |
| 8/25/2004 | Call from Suzanne - trying to get a working copy of Complaint to Chris via e-mail | 810 Stephen Neuberger | 0.1 |
| 8/26/2004 | Review emails on his performance review. | 280 | 0.1 |
| 8/26/2004 | Finalize complaint for filing. | 160 | 0.5 |

**The Neuberger Firm**
**Sales by Customer Detail**
April 6, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 8/26/2004 | Redraft and finalize press release. | 250 | 0.7 |
| 8/26/2004 | Prepare, review, edit - civil cover sheet, summons, attachment to civil cover sheet re: assignme... | 160 Stephen Neuberger | 1.6 |
| 8/27/2004 | Meeting with SJN | 110 | 0.1 |
| 8/27/2004 | Meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 8/27/2004 | Telephone from the AP. | 800 | 0.1 |
| 8/27/2004 | Finalize remarks for Monday. | 250 | 0.5 |
| 8/29/2004 | Call from Chris re: draft of complaint | 160 Stephen Neuberger | 0.1 |
| 8/29/2004 | Review complaint in prep for filing | 160 Stephen Neuberger | 0.3 |
| 8/29/2004 | Review fact documents. | 700 | 0.5 |
| 8/30/2004 | Meeting with client. | 120 | 0.5 |
| 8/30/2004 | Attend press conference to announce filing of case and answer questions. | 70 | 0.6 |
| 8/30/2004 | Meeting with client. | 120 | 1 |
| 8/30/2004 | Press conference | 70 Stephen Neuberger | 0.5 |
| 8/30/2004 | Meeting with clients | 120 Stephen Neuberger | 1.5 |
| 8/30/2004 | Strategy and discovery meeting with TSN | 110 Stephen Neuberger | 0.5 |
| 8/30/2004 | Respond to media inquiries | 550 Stephen Neuberger | 0.2 |
| 8/31/2004 | Review two news stories today for comments on the merits from the defense.. | 700 | 0.3 |
| 8/31/2004 | Discuss settlement with SJN. | 110 | 0.1 |
| 8/31/2004 | Find and review news stories | 700 Stephen Neuberger | 0.2 |
| 8/31/2004 | Pull and review stories | 430 Stephen Neuberger | 0.3 |
| 8/31/2004 | E-mail to Troopers | 430 Stephen Neuberger | 0.1 |
| 9/1/2004 | Meeting with Steve re discovery plan | 110 | 0.3 |
| 9/1/2004 | Meeting with TSN about discovery plan and scheduling | 110 Stephen Neuberger | 0.3 |
| 9/8/2004 | Call from Chris | 810 Stephen Neuberger | 0.1 |
| 9/8/2004 | Call from Suzanne | 810 Stephen Neuberger | 0.1 |
| 9/9/2004 | Calls to Chris & Suzanne re: assignment of Judge | 830 Stephen Neuberger | 0.2 |
| 10/4/2004 | Meet with MH about damages. | 110 | 0.3 |
| 10/4/2004 | Meeting with TSN re: mitigation of damages and injuries Chris is suffering | 110 Stephen Neuberger | 0.2 |
| 10/4/2004 | Meeting with SJN re: mitigation of damages and injuries Chris is suffering | 110 Stephen Neuberger | 0.7 |
| 10/5/2004 | Meeting with MDH re: Chris and mitigation of damages | 110 Stephen Neuberger | 0.1 |
| 11/3/2004 | Fact investigation, Conley witness. | 280 | 0.1 |
| 11/4/2004 | Email from client. | 420 | 0.1 |
| 11/4/2004 | Meet with SJN about the case. | 110 | 0.2 |
| 11/4/2004 | Meet with TSN about the case. | 110 Stephen Neuberger | 0.2 |
| 11/4/2004 | Meeting with MDH re: discovery | 110 Stephen Neuberger | 0.1 |
| 11/8/2004 | Telephone with Chris | 810 Stephen Neuberger | 0.1 |
| 11/8/2004 | Review Chris's evaluation | 700 Stephen Neuberger | 0.4 |
| 11/8/2004 | Meeting with MDH re: discovery and fact investigation | 110 Stephen Neuberger | 0.1 |
| 11/8/2004 | Meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 11/15/2004 | Review Answer | 700 Stephen Neuberger | 0.2 |
| 11/18/2004 | Proofread and edit memo and letter to Chris re: Minner's defamation | 610 Stephen Neuberger | 0.1 |
| 11/19/2004 | Review Chris' evaluation | 700 Stephen Neuberger | 0.1 |
| 11/25/2004 | Meeting with TSN re: damages, discovery and settlement | 110 Stephen Neuberger | 0.5 |
| 11/25/2004 | Meeting with SJN re: damages, discovery and settlement | 110 | 0.5 |
| 11/30/2004 | Meeting with TSN re: Fitness for duty report | 110 Stephen Neuberger | 0.1 |
| 11/30/2004 | Meeting with SJN re: Fitness for duty report | 110 | 0.1 |
| 12/1/2004 | Review IME results. | 280 | 0.2 |
| 12/2/2004 | Review hearing loss IME. | 280 | 0.3 |
| 12/2/2004 | Meeting with TSN re: Chris' hearing results from UPenn | 110 Stephen Neuberger | 0.2 |
| 12/2/2004 | Meeting with SJN re: Chris' hearing results from UPenn | 110 | 0.2 |
| 12/3/2004 | Meet with RF and SJN for rule 26 meeting. | 110 | 1.2 |
| 12/3/2004 | Meet with TSN and RF for rule 26 meeting. | 110 Stephen Neuberger | 1.2 |
| 12/3/2004 | Status telephone call to Chris: meeting with defense counsel | 830 Stephen Neuberger | 0.2 |
| 12/4/2004 | Meet with MH to discuss rule 26 conference | 110 | 0.3 |
| 12/5/2004 | Telephone with client about status of the case. | 790 | 0.2 |
| 12/19/2004 | Review performance goals for client for retaliation. | 280 | 0.2 |
| 1/10/2005 | Meeting with TSN re: legal research needs | 110 Stephen Neuberger | 0.2 |
| 1/10/2005 | Meeting with SJN re: legal research needs | 110 | 0.2 |
| 1/11/2005 | Meeting with TSN re: discovery and Rule 26's | 110 Stephen Neuberger | 0.2 |
| 1/11/2005 | Meeting with SJN re: discovery and Rule 26's | 110 | 0.2 |
| 1/13/2005 | Legal research - recent 2d Circuit case on retaliation against a public employee who successfull... | 410 Stephen Neuberger | 0.2 |
| 1/13/2005 | Call from Chris re: DSP efforts to change his duties at the range | 810 Stephen Neuberger | 0.4 |
| 1/13/2005 | Telephone with TSN re: DSP efforts to change Chris' duties at the range | 830 Stephen Neuberger | 0.1 |
| 1/24/2005 | Telephone with Chris Foraker | 830 Stephen Neuberger | 0.1 |
| 1/24/2005 | E-mail to TSN and MDH | 430 Stephen Neuberger | 0.2 |
| 1/24/2005 | Followup call to Chris | 830 Stephen Neuberger | 0.1 |
| 2/1/2005 | Email to MH on trial date. | 430 | 0.1 |
| 2/1/2005 | Attend Rule 16 conference in Chambers | 70 | 0.7 |
| 2/1/2005 | Attend Rule 16 conference in Chambers | 70 Stephen Neuberger | 0.7 |
| 2/1/2005 | Meeting with TSN re: Rule 16 conference | 110 Stephen Neuberger | 0.2 |
| 2/1/2005 | Meeting with Steve re: Rule 16 conference | 110 | 0.2 |
| 2/13/2005 | Email on discovery. | 430 | 0.2 |
| 2/17/2005 | Telephone from Chris re: continuing retaliation in DSP | 810 Stephen Neuberger | 0.2 |
| 2/24/2005 | Calendar all events and review scheduling order. | 320 | 0.6 |
| 3/3/2005 | Telephone from client | 790 | 0.1 |
| 3/3/2005 | Drafting Rule 26 disclosures | 241 Stephen Neuberger | 1.1 |
| 3/4/2005 | Review service of various notices from the court. | 630 | 0.1 |
| 3/4/2005 | Telephone with Al Mascetti. | 800 | 0.1 |
| 3/4/2005 | Meeting with TSN re: Rule 26 disclosures; depositions and discovery | 110 Stephen Neuberger | 0.4 |
| 3/4/2005 | Meeting with SJN re: Rule 26 disclosures; depositions and discovery | 110 | 0.4 |
| 3/4/2005 | Drafting, revising and filing Rule 26 disclosures | 241 Stephen Neuberger | 2.2 |
| 3/7/2005 | File organization - sift through and organize the Foraker.1, .2, .3 files | 320 Stephen Neuberger | 0.2 |
| 3/18/2005 | Email to cocounsel. | 430 | 0.3 |
| 3/22/2005 | Email cocounsel. | 430 | 0.1 |
| 3/31/2005 | Call from Chris re: factual investigation evidence | 810 Stephen Neuberger | 0.1 |
| 3/31/2005 | File memo | 310 Stephen Neuberger | 0.1 |
| 4/1/2005 | Call from Chris | 810 Stephen Neuberger | 0.1 |
| 4/4/2005 | Email from GW re trial date. | 420 | 0.1 |
| 4/4/2005 | Telephone with MH about discovery. | 800 | 0.3 |
| 4/5/2005 | Email to RF about discovery. | 430 | 0.4 |
| 4/6/2005 | Email from SJN on liability. | 420 | 0.1 |
| 4/7/2005 | Meet with MH re medical exam. | 110 | 0.1 |
| 4/7/2005 | Email on medical exam. | 430 | 0.1 |
| 4/8/2005 | Meet with MH to map out all discovery for the case and the use of three experts. | 110 | 2.8 |
| 4/8/2005 | Discuss discovery with SJN.' | 110 | 0.2 |
| 4/13/2005 | Email from client. | 420 | 0.1 |
| 4/13/2005 | Meet with client about trial of his case, damages and liability issues. | 120 | 1 |
| 4/19/2005 | E-mail from TSN | 430 Stephen Neuberger | 0.1 |
| 4/28/2005 | Review email on deposition scheduling. | 700 | 0.1 |
| 4/28/2005 | Email to MH on motion to compel discovery. | 430 | 0.2 |
| 5/1/2005 | Email on discovery issues. | 430 | 0.4 |
| 5/4/2005 | Meeting with MDH re: discovery issue in FTU and Foraker cases | 110 Stephen Neuberger | 0.2 |
| 5/4/2005 | Review discovery dispute documents | 700 Stephen Neuberger | 0.2 |
| 5/4/2005 | Telephone with Chris | 810 Stephen Neuberger | 0.2 |
| 5/5/2005 | Telephone with client. | 790 | 0.2 |
| 5/9/2005 | Meeting with TSN re: settlement | 110 Stephen Neuberger | 0.1 |
| 5/9/2005 | Meeting with SJN re: settlement | 110 | 0.1 |
| 5/10/2005 | Discovery meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 5/10/2005 | Discovery meeting with SJN | 110 | 0.1 |
| 5/19/2005 | Review medical records. | 480 | 0.2 |
| 5/20/2005 | Meet with MH, JLR about medical records., | 110 | 0.1 |
| 5/20/2005 | Review notice of service, DI 15. | 630 | 0.1 |
| 5/20/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |

**The Neuberger Firm**

**Sales by Customer Detail**

10:46 AM

06/10/06

Accrual Basis

April 6, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 5/25/2005 | Review letter to Dr. Tavani about her services. | 271 | 0.1 |
| 5/27/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 5/31/2005 | Meeting with SJN re: discovery | 110 | 0.1 |
| 5/31/2005 | Meet with MH to discuss discovery. | 110 | 0.3 |
| 6/1/2005 | Meet with TSN about taking D.B. depositon in the case, scheduling. | 110 Stephen Neuberger | 0.2 |
| 6/1/2005 | Meet with SJN to review defendants' written discovery requests. | 110 | 0.2 |
| 6/1/2005 | E-mail to Fitzgerald re: extension of time for discovery | 430 Stephen Neuberger | 0.1 |
| 6/1/2005 | Working on written discovery | 241 Stephen Neuberger | 0.2 |
| 6/1/2005 | Working on written discovery | 241 Stephen Neuberger | 0.3 |
| 6/3/2005 | Discuss with SJN the appointment of the new Lt. Col. and its effect on the case. | 110 | 0.4 |
| 6/3/2005 | Meeting with SJN re: depositions and written discovery | 110 | 0.2 |
| 6/3/2005 | Meeting with TSN re: depositions and written discovery | 110 Stephen Neuberger | 0.2 |
| 6/5/2005 | Telephone with client about status of the case. | 790 | 0.3 |
| 6/6/2005 | Meeting with MDH re: discovery and depositions | 110 Stephen Neuberger | 0.3 |
| 6/6/2005 | Telephone with Chris and Kurt re: discovery | 810 Stephen Neuberger | 0.4 |
| 6/7/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.1 |
| 6/8/2005 | E-mail to Fitzgerald re: depositions | 430 Stephen Neuberger | 0.2 |
| 6/9/2005 | Meet with MH about discovery. | 110 | 0.3 |
| 6/10/2005 | Review memo from MH. | 700 | 0.1 |
| 6/14/2005 | Legal research - injury to reputation as affecting future job prospects | 410 Stephen Neuberger | 0.2 |
| 6/15/2005 | Review and pull together info for depos | 700 Stephen Neuberger | 0.4 |
| 6/15/2005 | Discovery document production - pulling together RFP materials | 242 Stephen Neuberger | 0.3 |
| 6/16/2005 | Working on document production | 242 Stephen Neuberger | 0.6 |
| 6/16/2005 | Written document production | 242 Stephen Neuberger | 0.6 |
| 6/20/2005 | Working on written discovery | 241 Stephen Neuberger | 2.1 |
| 6/21/2005 | Review emails. | 700 | 0.1 |
| 6/22/2005 | Initial Survey of Chirs Foraker Complaint and issues dealing with his First Amendment Retaliatio... | 410 Ulrich, Jason A. | 0.6 |
| 6/22/2005 | Research into First Amendment Retaliation claims in preparation for Foraker's 2nd case | 410 Ulrich, Jason A. | 1.8 |
| 6/22/2005 | Research into Adverse Employment Action in a First Amendment Retaliation/Defamation case | 410 Ulrich, Jason A. | 0.8 |
| 6/22/2005 | Research into First Amendment Retaliation and what constiuittes adverse action in terms of defam... | 410 Ulrich, Jason A. | 0.1 |
| 6/22/2005 | Meeting with law clerk re: adverse action issues to research | 241 Stephen Neuberger | 0.1 |
| 6/22/2005 | Working with TSN on written discovery | 241 Stephen Neuberger | 0.6 |
| 6/22/2005 | Working with SJN on written discovery | 241 | 0.6 |
| 6/22/2005 | Working on written discovery | 241 Stephen Neuberger | 0.6 |
| 6/23/2005 | Research into Adverse Employment Action and how defamation fits in with that claim of First Amen... | 410 Ulrich, Jason A. | 2 |
| 6/23/2005 | Research into Foraker's injury to reputation amounted to an adverse employment action in first a... | 410 Ulrich, Jason A. | 1.6 |
| 6/26/2005 | Fact investigation. | 280 | 0.2 |
| 6/26/2005 | Review news stories for useful facts for our cases. | 280 | 0.8 |
| 6/27/2005 | Meet with MDH re: discovery | 110 Stephen Neuberger | 0.1 |
| 6/27/2005 | Telephone call from Chris | 810 Stephen Neuberger | 0.1 |
| 6/28/2005 | Working on written discovery | 241 Stephen Neuberger | 1 |
| 6/29/2005 | Email to client. | 420 | 0.1 |
| 6/29/2005 | Meeting with MDH re: discovery | 110 Stephen Neuberger | 0.5 |
| 7/1/2005 | Meeting with Chris re: written discovery and related issues | 120 Stephen Neuberger | 0.5 |
| 7/4/2005 | Working on written discovery | 241 Stephen Neuberger | 2.4 |
| 7/5/2005 | Working on written discovery | 241 Stephen Neuberger | 7.4 |
| 7/6/2005 | Email to MH approving RPD draft. | 430 | 0.1 |
| 7/6/2005 | Working with TSN on written discovery | 241 Stephen Neuberger | 0.3 |
| 7/6/2005 | Working with SJN on written discovery | 241 | 0.3 |
| 7/6/2005 | Working on written discovery | 241 Stephen Neuberger | 2.9 |
| 7/7/2005 | Working on written discovery | 241 Stephen Neuberger | 3.7 |
| 7/8/2005 | Working on written discovery | 241 Stephen Neuberger | 2.6 |
| 7/8/2005 | Telephone with Suzanne | 810 Stephen Neuberger | 0.1 |
| 7/8/2005 | Research into adverse action to familiarize myself with this type of claim and to find out what ... | 410 Ulrich, Jason A. | 1.8 |
| 7/8/2005 | Continuting research into adverse action employement law, and what levels of discrimination amou... | 410 Ulrich, Jason A. | 1.2 |
| 7/9/2005 | Working on written discovery | 241 Stephen Neuberger | 2.3 |
| 7/11/2005 | Meet with SJN about discovery responses due next week | 110 | 0.2 |
| 7/11/2005 | Meet with TSN about discovery responses due next week | 110 Stephen Neuberger | 0.2 |
| 7/11/2005 | Email to MH on discovery. | 430 | 0.2 |
| 7/11/2005 | Working on written discovery | 241 Stephen Neuberger | 0.2 |
| 7/11/2005 | Research into Adverse Action for Sgt. Foraker's case and the lowest possible threshold for adver... | 410 Ulrich, Jason A. | 4 |
| 7/11/2005 | Research into Adverse Action in the 3rd Circuit as well as starting to look in the district cour... | 410 Ulrich, Jason A. | 1.3 |
| 7/11/2005 | Researching cases concerning defamation in the adverse action context and attempting to find cas... | 410 Ulrich, Jason A. | 0.7 |
| 7/14/2005 | Legal research re: punitive damages discovery | 410 Stephen Neuberger | 0.2 |
| 7/17/2005 | Working on document production | 241 Stephen Neuberger | 0.3 |
| 7/17/2005 | Depo prep for MacLeish | 240 | 1.4 |
| 7/17/2005 | Prepare for Dave Baylor deposition. | 240 | 0.7 |
| 7/18/2005 | Depo prep - MacLeish | 240 Stephen Neuberger | 7 |
| 7/19/2005 | Review and approve interrogatory and document answers. | 360 | 0.9 |
| 7/19/2005 | Meet with client about MacLeish deposition today. | 120 | 0.5 |
| 7/19/2005 | Depo of MacLeish | 230 Stephen Neuberger | 2.9 |
| 7/19/2005 | Depo prep for MacLeish | 240 Stephen Neuberger | 2.9 |
| 7/19/2005 | Meet with clients, then meet with TSN re: depositions | 110 Stephen Neuberger | 0.6 |
| 7/19/2005 | Researching injury to reputations in the context of first amendment retaliation cases under 42 U... | 410 Ulrich, Jason A. | 1.3 |
| 7/19/2005 | Researching Adverse Action in the Section 1983 context and if some form of injurty to reputation... | 410 Ulrich, Jason A. | 2.4 |
| 7/19/2005 | Research into Adverse action and injury to reputation.  Found two big cases from outside 3rd cir... | 410 Ulrich, Jason A. | 1.7 |
| 7/20/2005 | Meet with SJN about the MacLeish deposition yesterday. | 110 | 0.4 |
| 7/20/2005 | Telephone with Chris re: depositions | 830 Stephen Neuberger | 0.2 |
| 7/20/2005 | Depo prep | 240 Stephen Neuberger | 0.2 |
| 7/20/2005 | Pleadings review | 630 Stephen Neuberger | 0.3 |
| 7/20/2005 | Researching adverse action in the first amendment context and whether an injury to reputation ca... | 410 Ulrich, Jason A. | 1.4 |
| 7/20/2005 | Research into Adverse Action and some inital memo drafting | 410 Ulrich, Jason A. | 1.4 |
| 7/21/2005 | Prepare for Major Papili deposition. | 240 | 0.5 |
| 7/21/2005 | Depo prep for Papili | 240 Stephen Neuberger | 0.2 |
| 7/21/2005 | Research and some drafting of the Adverse Action issue in the Sgt. Foraker case | 410 Ulrich, Jason A. | 3 |
| 7/21/2005 | Drafting Memo concerning Adverse Action in the Sgt. Foraker case and what amounts to an adverse... | 250 Ulrich, Jason A. | 0.6 |
| 7/22/2005 | Deposition of Major Papili. | 230 | 1 |
| 7/22/2005 | Meet with client after the Papili deposition on the results. | 120 | 0.6 |
| 7/22/2005 | Meeting with TSN, MDH, Chris | 110 Stephen Neuberger | 1 |
| 7/22/2005 | Working on discovery issues and fact investtation | 110 Stephen Neuberger | 1.2 |
| 7/22/2005 | Meeting with MDH | 110 Stephen Neuberger | 1.2 |
| 7/26/2005 | E-mail to Fitzgerald re: depositions and discovery | 430 Stephen Neuberger | 0.1 |
| 7/27/2005 | Meet with MH about trial strategy and use of experts. | 110 | 0.6 |
| 7/27/2005 | Research into the issue of adverse action for the Foraker Case, specifically, does an injury to ... | 410 Ulrich, Jason A. | 3.3 |
| 7/28/2005 | Research into adverse action claims for Foraker and whether an injury to reputation amounts to a... | 410 Ulrich, Jason A. | 2.5 |
| 7/28/2005 | Drafting Memo concerning adverse action in relation to injury to reputation and humiliation | 250 Ulrich, Jason A. | 1.4 |
| 7/28/2005 | Drafting memo on adverse action | 250 Ulrich, Jason A. | 0.2 |
| 7/28/2005 | Drafting of the Foraker Adverse Action memo relating to injury to reputation | 250 Ulrich, Jason A. | 1 |
| 7/28/2005 | Drafting and Polishing of Foraker Memo on Injury to Reputation in Adverse Action | 250 Ulrich, Jason A. | 0.3 |
| 7/29/2005 | Review emails. | 700 | 0.1 |
| 7/29/2005 | Email from law clerk. | 420 | 0.1 |
| 7/31/2005 | E-mails from Chris | 430 Stephen Neuberger | 0.1 |
| 8/1/2005 | Legal research into Isetts v. Borough of Roseland, 835 A.2d 330 (N.J. Super. 2003) - police offi... | 410 Stephen Neuberger | 0.1 |
| 8/8/2005 | Review legal research memo | 410 Stephen Neuberger | 0.1 |
| 8/9/2005 | E-mail from Chris | 430 Stephen Neuberger | 0.1 |
| 8/9/2005 | Telephone with Chris | 810 Stephen Neuberger | 0.1 |
| 8/11/2005 | Fact investigation into range repairs and culpability issues | 280 Stephen Neuberger | 0.2 |
| 8/17/2005 | Discuss with MH discovery. | 110 | 0.1 |
| 8/20/2005 | Working on discovery issues, reviewind discovery documents and pulling docs and other materials ... | 245 Stephen Neuberger | 0.7 |
| 8/22/2005 | E-mails to and from Chris | 430 Stephen Neuberger | 0.1 |
| 8/23/2005 | Meet with MH re discovery. | 110 | 0.4 |
| 8/23/2005 | Meet with MH about damages and experts. | 110 | 0.3 |

**The Neuberger Firm**

**Sales by Customer Detail**

April 6, 2004 through June 5, 2006

10:46 AM

06/10/06

Accrual Basis

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 8/23/2005 | Review two emails from client. | 700 | 0.1 |
| 8/24/2005 | Prepare for Chaffinch depo by reviewing MacLeish's depo | 240 Stephen Neuberger | 1 |
| 8/25/2005 | Depo prep for Chaffinch | 240 Stephen Neuberger | 0.5 |
| 8/25/2005 | E-mails from and to Fitzgerald re: depos and discovery | 430 Stephen Neuberger | 0.2 |
| 8/26/2005 | Call from Chris re: Chaffinch | 810 Stephen Neuberger | 0.1 |
| 8/28/2005 | Depo prep for Chaffinch | 240 Stephen Neuberger | 2.9 |
| 8/29/2005 | Depo prep for Chaffinch - meeting with TSN | 240 Stephen Neuberger | 0.3 |
| 8/29/2005 | Depo prep for Chaffinch - meeting with SJN | 240 | 0.3 |
| 8/29/2005 | Depo prep for Chaffinch's depo tomorrow | 240 Stephen Neuberger | 4.1 |
| 8/29/2005 | Prepare Notice of Depo for Capt. Davis | 240 Stephen Neuberger | 0.2 |
| 8/29/2005 | Call from Chris re: Chaffinch depo | 810 Stephen Neuberger | 0.1 |
| 8/30/2005 | Meet to discuss progress in the Chaffinch deposition. | 240 | 0.2 |
| 8/30/2005 | Depo of Chaffinch | 230 Stephen Neuberger | 2.6 |
| 8/30/2005 | Telephone with Chris re: Chaffinch's deposition and discovery | 830 Stephen Neuberger | 0.5 |
| 8/30/2005 | Telephone with TSN re: Chaffinch deposition and what remains for discovery | 830 Stephen Neuberger | 0.2 |
| 8/30/2005 | Telephone with SJN re: Chaffinch deposition and what remains for discovery | 810 | 0.2 |
| 8/31/2005 | Meet with MH about proof of damages and expert reports. | 271 | 0.2 |
| 8/31/2005 | Review new facts on animosity for use at trial. | 280 | 0.1 |
| 8/31/2005 | Legal research on new Scranton v. Hill case. | 410 | 0.4 |
| 8/31/2005 | Meeting with MDH re: experts | 110 Stephen Neuberger | 0.1 |
| 8/31/2005 | Prepare, review and file depo notices | 700 Stephen Neuberger | 0.2 |
| 8/31/2005 | Pleadings review | 630 Stephen Neuberger | 0.2 |
| 9/2/2005 | Legal research re: "personal attack" and "villification" of a person in the defamation context | 410 Stephen Neuberger | 0.7 |
| 9/5/2005 | Depo prep - for Capt. Davis | 240 Stephen Neuberger | 0.7 |
| 9/6/2005 | Depo prep - for depo of Capt. Davis | 240 Stephen Neuberger | 1 |
| 9/6/2005 | Deposition of Capt. Ralph Davis | 230 Stephen Neuberger | 1 |
| 9/7/2005 | Meeting with TSN re: depo of Capt. Davis and further discovery to be taken | 110 Stephen Neuberger | 0.5 |
| 9/7/2005 | Meeting with SJN re: depo of Capt. Davis and further discovery to be taken | 110 | 0.5 |
| 9/7/2005 | Prepare, review and file NOtice of Depo | 700 Stephen Neuberger | 0.1 |
| 9/8/2005 | Meeting with MDH re: Capt. Davis depo | 110 | 0.2 |
| 9/8/2005 | Meeting with TSN re: depos and discovery | 110 | 0.1 |
| 9/8/2005 | Meeting with SJN re: depos and discovery | 110 | 0.1 |
| 9/9/2005 | Call to Chris re: deposition dates | 830 Stephen Neuberger | 0.1 |
| 9/9/2005 | E-mail to Robert Fitzgerald re: depo dates | 430 Stephen Neuberger | 0.1 |
| 9/9/2005 | Meeting with TSN re: discovery | 110 Stephen Neuberger | 0.3 |
| 9/9/2005 | Meeting with SJN re: discovery | 110 | 0.3 |
| 9/9/2005 | Call from Chris re: discovery issues | 810 Stephen Neuberger | 0.1 |
| 9/10/2005 | Meet with client and discuss his case. | 120 | 0.6 |
| 9/11/2005 | Legal research - lowest thresholds for First Amend. adverse action | 410 Stephen Neuberger | 0.5 |
| 9/12/2005 | Review Dr. Tavani Report on Chris. | 271 | 0.1 |
| 9/13/2005 | Meet with JR about client's medical condition. | 110 | 0.1 |
| 9/14/2005 | Email from EE and reply. | 420 | 0.1 |
| 9/14/2005 | Call from Chris re: FTU tour | 810 Stephen Neuberger | 0.1 |
| 9/14/2005 | E-mails from and to Chris re: FTU investigations | 430 Stephen Neuberger | 0.4 |
| 9/14/2005 | Pleading review | 630 Stephen Neuberger | 0.1 |
| 9/15/2005 | Review FTU inspection photos | 700 Stephen Neuberger | 0.1 |
| 9/15/2005 | Depo prep - Capt. Dixon | 240 Stephen Neuberger | 0.2 |
| 9/16/2005 | Email from client. | 420 | 0.1 |
| 9/16/2005 | Email to client. | 430 | 0.1 |
| 9/19/2005 | Calendar his IME. | 320 | 0.1 |
| 9/19/2005 | Fact investigation on defense psychiatrist, email to NELA list server. | 280 | 0.2 |
| 9/19/2005 | Telephone from Jerry Fulcher. | 800 | 0.1 |
| 9/19/2005 | Telephone with Dr. Tavani re IME issues. | 271 | 0.1 |
| 9/19/2005 | Email to client. | 430 | 0.1 |
| 9/20/2005 | Email to cocounsel. | 430 | 0.1 |
| 9/20/2005 | Download and distribute and calendar two depositions notices. | 630 | 0.2 |
| 9/20/2005 | Prepare for Capt. Dixon deposition. | 240 | 0.7 |
| 9/21/2005 | Prepare for Capt. Dixon deposition. | 240 | 0.5 |
| 9/21/2005 | Two emails from client. | 420 | 0.1 |
| 9/21/2005 | Deposition of Capt. Dixon. | 230 | 2.6 |
| 9/21/2005 | Analyze effect of Dixon deposition on the case. | 21 | 1 |
| 9/21/2005 | Telephone with SJN on Dixon deposition. | 800 | 0.2 |
| 9/21/2005 | Telephone with TSN on Dixon deposition. | 800 Stephen Neuberger | 0.2 |
| 9/22/2005 | Email to cocounsel. | 430 | 0.1 |
| 9/23/2005 | Telephone conference with his wife about his emotional damages. | 800 | 0.6 |
| 9/23/2005 | Meet with JR about clients emotional damages. | 110 | 0.2 |
| 9/23/2005 | Telephone with MH about clients emotional damages. | 800 | 0.2 |
| 9/23/2005 | Telephone with MH about the economic experts report. | 800 | 0.2 |
| 9/23/2005 | Letter to client's family physician. | 430 | 0.3 |
| 9/23/2005 | Meet with JR about Dr. B's report. | 110 | 0.1 |
| 9/23/2005 | Meet with JR about Dr. B's report. | 110 | 0.1 |
| 9/23/2005 | Meet with JR about Dr. B's report. | 110 | 0.1 |
| 9/23/2005 | Meet with JR about Dr. B's report. | 110 | 0.1 |
| 9/26/2005 | Discuss the case with SJN. | 110 | 0.2 |
| 9/26/2005 | Discuss the case with TSN. | 110 Stephen Neuberger | 0.2 |
| 9/26/2005 | Discuss clients medical issues with SJN. | 110 | 0.2 |
| 9/26/2005 | Discuss the clients medical issues with TSN. | 110 Stephen Neuberger | 0.2 |
| 9/26/2005 | Review E-mails re: depos, discovery and experts | 430 Stephen Neuberger | 0.3 |
| 9/27/2005 | Meet with client about his emotional condition, the Tavani report and going off on light duty... | 120 | 1 |
| 9/27/2005 | Meeting with TSN and the client about the Tavani report and light duty status. | 120 Stephen Neuberger | 0.5 |
| 9/27/2005 | Meeting with TSN, client and SJN about the Tavani report and treatment for the client. | 110 Joseph Robert | 0.5 |
| 9/27/2005 | File memo. | 310 | 0.2 |
| 9/27/2005 | Discuss case with MH. | 110 | 0.2 |
| 9/27/2005 | Reviewing and revising the draft protective order from defendants | 250 Stephen Neuberger | 0.9 |
| 9/28/2005 | Working on draft protective order from Fitzgerald | 250 Stephen Neuberger | 0.2 |
| 9/30/2005 | Meet with JR about document production. | 110 | 0.1 |
| 10/3/2005 | Meeting with clients | 110 Stephen Neuberger | 0.2 |
| 10/4/2005 | Meet with Union president about support for the case. | 110 | 0.2 |
| 10/4/2005 | Meet with MH about damages. | 110 | 0.1 |
| 10/4/2005 | Call from Chris re: continuing harassment in the workplace | 810 Stephen Neuberger | 0.1 |
| 10/4/2005 | Telephone calls from Chris re: continuing retaliation | 810 Stephen Neuberger | 0.2 |
| 10/4/2005 | Review doc from Chris re: continuing retaliation against him | 700 Stephen Neuberger | 1.7 |
| 10/5/2005 | Review medical records | 260 Stephen Neuberger | 0.3 |
| 10/6/2005 | Meet with MH to discuss the case. | 110 | 0.2 |
| 10/7/2005 | Meeting with MH about economist report. | 110 | 0.1 |
| 10/7/2005 | Email from client. | 420 | 0.1 |
| 10/7/2005 | Review and edit depo memos | 700 Stephen Neuberger | 0.2 |
| 10/8/2005 | Legal research - recent defamation and retaliation cases | 410 | 1 |
| 10/9/2005 | Legal research - free speech & petition clause retaliation; public concern issues | 410 Stephen Neuberger | 2 |
| 10/10/2005 | Letter to DSP for total disability. | 430 | 0.2 |
| 10/10/2005 | Emails from client. | 420 | 0.1 |
| 10/10/2005 | E-mail from Chris re: medical condition | 430 Stephen Neuberger | 0.1 |
| 10/10/2005 | Telephone with Chris re: his medical condition | 830 Stephen Neuberger | 0.1 |
| 10/10/2005 | Letters and e-mails to Ellis and Yeomans | 430 Stephen Neuberger | 0.3 |
| 10/10/2005 | Call to Chris re: Depo dates | 830 Stephen Neuberger | 0.1 |
| 10/10/2005 | Review depo of Capt. Dixon | 700 Stephen Neuberger | 1.5 |
| 10/14/2005 | E-mail from and to Chris | 430 Stephen Neuberger | 0.2 |
| 10/14/2005 | Review D's Disqualification OB | 90 Stephen Neuberger | 0.3 |
| 10/17/2005 | Meeting with Chris re: discovery issues | 110 Stephen Neuberger | 0.4 |
| 10/17/2005 | Drafting briefing stipulation | 250 Stephen Neuberger | 0.4 |
| 10/17/2005 | Meeting with TSN re: briefing | 110 Stephen Neuberger | 0.4 |
| 10/17/2005 | Meeting with SJN re: briefing | 110 | 0.4 |

**The Neuberger Firm**

**Sales by Customer Detail**

10:46 AM

06/10/06

Accrual Basis

April 6, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 10/18/2005 | Prepare research project for law clerk re: MRPC 4.2, comment 7 | 250 Stephen Neuberger | 0.9 |
| 10/19/2005 | Meet with MH about his upcoming deposition. | 110 | 0.4 |
| 10/21/2005 | Call from Chris re: injuries caused by the continuing retaliation against him | 810 Stephen Neuberger | 0.2 |
| 10/21/2005 | Legal research - recent Adverse Action case law | 410 Stephen Neuberger | 0.2 |
| 10/25/2005 | Review letter and FMLA docs given to Chris by MacLeish | 700 Stephen Neuberger | 0.2 |
| 10/26/2005 | Meet with MH about damages issues and the economic report and email discovery issues. | 110 | 0.3 |
| 10/27/2005 | Review email from client. | 700 | 0.1 |
| 10/27/2005 | Review two emails from clietn. | 700 | 0.1 |
| 10/28/2005 | Beginning to work on our disqualification AB | 90 Stephen Neuberger | 1.4 |
| 10/29/2005 | Working on disqualification AB | 90 Stephen Neuberger | 1.6 |
| 10/30/2005 | Working on disqualification AB | 90 Stephen Neuberger | 2.8 |
| 10/31/2005 | Email to client. | 430 | 0.1 |
| 10/31/2005 | Disqualificatoin AB | 90 Stephen Neuberger | 0.9 |
| 11/1/2005 | Meeting with TSN about discovery | 110 Stephen Neuberger | 0.1 |
| 11/1/2005 | Meeting with SJN about discovery | 110 | 0.1 |
| 11/1/2005 | Disqualification AB | 90 Stephen Neuberger | 1.1 |
| 11/2/2005 | E-mails to Ed Ellis re: deposition scheduling | 430 Stephen Neuberger | 0.2 |
| 11/2/2005 | Telephone conversation with Chris re: how's doing and how he's holding up physically, mentally a... | 830 Stephen Neuberger | 0.5 |
| 11/2/2005 | Review and compare calendars, trying to find dates that work for depositions | 700 Stephen Neuberger | 0.1 |
| 11/2/2005 | Telephone call to Dave Baylor re: trying to set up a deposition date | 830 Stephen Neuberger | 0.1 |
| 11/2/2005 | Disqualification AB | 90 Stephen Neuberger | 3.4 |
| 11/3/2005 | Working on disqualification AB | 90 Stephen Neuberger | 5.1 |
| 11/4/2005 | Meeting with SJN regarding research assignment on Rule 4.2 and dealing with Defendant's Brief an... | 110 CAS | 0.1 |
| 11/4/2005 | Meeting with TSN re: disqualification AB | 110 Stephen Neuberger | 0.2 |
| 11/4/2005 | Meeting with SJN re: disqualification AB | 110 | 0.2 |
| 11/4/2005 | Disqualification AB | 90 Stephen Neuberger | 0.5 |
| 11/5/2005 | Disqualification AB | 90 Stephen Neuberger | 0.7 |
| 11/6/2005 | Disqualification AB | 90 Stephen Neuberger | 1.7 |
| 11/7/2005 | Meeting with SJN regarding further research on case law regarding whether a government employee ... | 110 CAS | 0.1 |
| 11/7/2005 | Legal research regarding whether an employee has a right to counsel when being questioned by his ... | 410 CAS | 3.4 |
| 11/7/2005 | Disqualification AB | 90 Stephen Neuberger | 4 |
| 11/7/2005 | Disqualification AB | 90 Stephen Neuberger | 3.9 |
| 11/8/2005 | Drafting memorandum regarding Defendants cases in their opening brief and the employee's right t... | 250 CAS | 3.8 |
| 11/8/2005 | Meeting with Cheryl re: disqualification briefing | 110 Stephen Neuberger | 0.4 |
| 11/8/2005 | Meeting with SJN re: disqualification briefing | 110 CAS | 0.4 |
| 11/8/2005 | Working on disqualification AB | 90 Stephen Neuberger | 4.6 |
| 11/9/2005 | Finished drafting and revising memorandum for SJN regarding Rule 4.2 case law and employee's rig... | 250 CAS | 0.5 |
| 11/9/2005 | Case law research for SJN on RPC 1.13 and comment 10. | 410 CAS | 1.2 |
| 11/9/2005 | Working on disqualification AB | 90 Stephen Neuberger | 4.9 |
| 11/10/2005 | Citation check and Table of Authorities for SJN on Answering Brief. | 410 CAS | 1.9 |
| 11/11/2005 | Email from CF. | 420 | 0.1 |
| 11/11/2005 | Meeting with TSN re: disqualification AB | 110 Stephen Neuberger | 0.5 |
| 11/11/2005 | Meeting with SJN re: disqualification AB | 110 | 0.1 |
| 11/11/2005 | Disqualification AB | 90 Stephen Neuberger | 4 |
| 11/12/2005 | Disqualification AB | 90 Stephen Neuberger | 2.9 |
| 11/13/2005 | Disqualification AB | 90 Stephen Neuberger | 4.9 |
| 11/14/2005 | Meet with client about how his  two IMEs went, his condition and damages. | 10 | 0.5 |
| 11/14/2005 | Draft Table of Contents and Table of Authorities for Answering Brief. | 785 CAS | 2.2 |
| 11/14/2005 | Finalizing disqualification AB | 90 Stephen Neuberger | 2.1 |
| 11/18/2005 | Meet with SJN on his deposition. | 110 | 0.1 |
| 11/18/2005 | Prepare for deposition of Major Baylor. | 240 | 0.8 |
| 11/18/2005 | Take deposition of Major Baylor. | 230 | 2 |
| 11/18/2005 | Meet with client and WW and SJN re discovery. | 110 | 0.4 |
| 11/18/2005 | Depo prep - pulling together materials for TSN's depo of Dave Baylor | 240 Stephen Neuberger | 0.5 |
| 11/18/2005 | Meeting with Chris | 110 Stephen Neuberger | 0.3 |
| 11/21/2005 | Legal research - person of ordinary firmness research | 410 Stephen Neuberger | 1 |
| 11/23/2005 | Study economic expert reprots for client (3) and discuss with the client. | 271 | 1.5 |
| 11/23/2005 | Discuss his expert reports with MH. | 271 | 0.5 |
| 11/23/2005 | Drafting and preparing RFP's and 'Rogs | 250 Stephen Neuberger | 1.6 |
| 11/28/2005 | Meet with JR about trial. | 110 | 0.2 |
| 11/28/2005 | Review D's disqualification RB | 700 Stephen Neuberger | 0.5 |
| 11/30/2005 | Meet with MH about SJ briefing. | 110 | 0.2 |
| 11/30/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 11/30/2005 | Call from and to Chris | 830 Stephen Neuberger | 0.1 |
| 11/30/2005 | Depo prep for Chris | 240 Stephen Neuberger | 1.1 |
| 12/1/2005 | Discuss briefing with SJN. | 110 | 0.1 |
| 12/1/2005 | Depo prep with Chris | 240 Stephen Neuberger | 3 |
| 12/1/2005 | Depo prep - review Mayfran documentation | 240 Stephen Neuberger | 0.4 |
| 12/2/2005 | Depo prep meeting with Chris | 240 Stephen Neuberger | 1 |
| 12/3/2005 | Call from Chris | 810 Stephen Neuberger | 0.1 |
| 12/4/2005 | Email to EE on briefing schedule. | 430 | 0.1 |
| 12/5/2005 | Calls with client, SJN, EE, emails about rescheduling the depo. of Foraker. | 830 | 0.4 |
| 12/6/2005 | Call to Chris | 830 Stephen Neuberger | 0.1 |
| 12/6/2005 | Call from Chris re: deposition and discovery issues | 810 Stephen Neuberger | 0.1 |
| 12/7/2005 | Draft briefing stipulation, pursuant to J. Sleet's requirements | 250 Stephen Neuberger | 0.4 |
| 12/13/2005 | Deposition preparation. | 240 | 0.4 |
| 12/13/2005 | Deposition of Chris Foraker. | 230 | 6 |
| 12/13/2005 | Meet with client about his upcoming trial. | 120 | 0.3 |
| 12/14/2005 | Meet with SJN and MH to report on the Foraker deposition yesterday and to discuss trial strategy. | 110 | 0.7 |
| 12/14/2005 | Meet with TSN and MH to hear TSN report on the Foraker deposition yesterday and to discuss trial... | 110 Stephen Neuberger | 0.7 |
| 12/14/2005 | Email from RF and respond. | 420 | 0.1 |
| 12/14/2005 | Email to GW about his depo. and gather documents for him to review. | 430 | 0.2 |
| 12/15/2005 | Review scheduling order and reset briefing deadlines. | 320 | 0.1 |
| 12/19/2005 | Call from Chris | 810 Stephen Neuberger | 0.2 |
| 12/20/2005 | Email to EE about Greg Warren deposition and document production. | 420 | 0.2 |
| 12/20/2005 | Email from RF and respond. | 420 | 0.1 |
| 12/21/2005 | Email from RF and respond. | 420 | 0.1 |
| 12/22/2005 | Deposition of client. | 230 | 2.7 |
| 12/22/2005 | Meet with client after his depositon. | 120 | 0.6 |
| 12/23/2005 | Meet with SJN and CAS on results of the Foraker deposition yesterday and its use in sj briefing. | 110 | 0.5 |
| 12/23/2005 | Meet with TSN and CAS on the results of the Foraker deposition yesterday and its use in sj brief... | 110 Stephen Neuberger | 0.5 |
| 12/27/2005 | Drafting SJOB | 90 Stephen Neuberger | 2.8 |
| 12/28/2005 | Meet with CAS about 4 records depositions. | 110 | 0.2 |
| 12/28/2005 | Meet with client about witnesses. | 120 | 0.2 |
| 12/28/2005 | Email to RF on McQueen depo. | 430 | 0.2 |
| 12/28/2005 | Meet with client about McQueen depo. | 120 | 0.1 |
| 12/28/2005 | Review records subpoenas. | 620 | 0.1 |
| 12/28/2005 | Review emails today. | 700 | 0.2 |
| 12/28/2005 | Meeting with TSN re: SJOB | 110 Stephen Neuberger | 0.3 |
| 12/28/2005 | Meeting with SJN re: SJOB | 110 | 0.3 |
| 12/28/2005 | Working on SJOB | 90 Stephen Neuberger | 5.4 |
| 12/29/2005 | Email to client. | 430 | 0.1 |
| 12/29/2005 | Email to RF. | 430 | 0.1 |
| 12/29/2005 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 12/29/2005 | Meeting with TSN re: SJOB and status | 110 Stephen Neuberger | 0.4 |
| 12/29/2005 | Meeting with SJN re: SJOB and status | 110 | 0.4 |
| 12/29/2005 | Drafting SJOB | 90 Stephen Neuberger | 4.9 |
| 12/30/2005 | Review late discovery responses from def. on Dixon and IME, meet with MH, SJN to compell. | 630 | 0.7 |
| 12/30/2005 | Email to VF. | 430 | 0.1 |
| 12/30/2005 | Email form client and reply. | 420 | 0.1 |
| 12/30/2005 | Call from Chris re: SJ briefing and US Navy lead citation | 810 Stephen Neuberger | 0.1 |
| 12/30/2005 | Working on SJOB | 90 Stephen Neuberger | 3.8 |
| 12/30/2005 | Working on SJOB from home | 90 Stephen Neuberger | 1.4 |

**The Neuberger Firm**

**Sales by Customer Detail**

**April 6, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 1/1/2006 | Working on SJOB | 90 Stephen Neuberger | 4.2 |
| 1/2/2006 | Drafting SJOB | 90 Stephen Neuberger | 4.9 |
| 1/3/2006 | Copy article from 1999 Chris found in files. | 280 CAS | 0.2 |
| 1/3/2006 | Legal research on the tort of Invasion of Privacy - False Light | 410 CAS | 0.8 |
| 1/3/2006 | Meeting with SJN regarding research project on tort of Invastion of Privacy - False Light. | 110 CAS | 0.2 |
| 1/3/2006 | Meeting with TSN re: SJ briefing | 110 Stephen Neuberger | 1 |
| 1/3/2006 | Meeting with SJN re: SJ briefing | 110 | 1 |
| 1/3/2006 | Drafting SJOB | 90 Stephen Neuberger | 5.2 |
| 1/3/2006 | Second draft of our summary judgment brief. | 90 | 1 |
| 1/4/2006 | Meet with SJN about his draft summary judgment brief. | 90 | 0.4 |
| 1/4/2006 | Meet with TSN about my draft summary judgment brief. | 10 | 0.4 |
| 1/4/2006 | Legal research on the tort of Invasion of Privacy - False Light | 410 CAS | 0.6 |
| 1/4/2006 | Meeting with TSN re: SJ briefing and causal evidence issues | 110 Stephen Neuberger | 0.6 |
| 1/4/2006 | Meeting with SJN re: SJ briefing and causal evidence issues | 110 | 0.6 |
| 1/4/2006 | Drafting SJOB | 90 Stephen Neuberger | 7.4 |
| 1/5/2006 | Meet with SJN on cliient's deposition. | 110 | 0.1 |
| 1/5/2006 | Email from client. | 420 | 0.1 |
| 1/5/2006 | Next draft of our summary judgment brief. | 90 | 1.1 |
| 1/5/2006 | Draft letter to and gather documents for Dillman in preparation for his deposition. | 380 CAS | 0.3 |
| 1/5/2006 | Drafting SJOB | 90 Stephen Neuberger | 0.5 |
| 1/5/2006 | Develop list of documents needed for Appendix. | 25 CAS | 0.4 |
| 1/6/2006 | Meet with GW about his depostion next week. | 110 | 2 |
| 1/6/2006 | Compile list of documents for Appendix for Summary Judgment. | 25 CAS | 0.5 |
| 1/6/2006 | Gather documents for TSN to review for prep of Dillman's deposition. | 240 CAS | 0.3 |
| 1/6/2006 | Drafting SJOB | 90 Stephen Neuberger | 1.8 |
| 1/8/2006 | Drafting SJOB | 90 Stephen Neuberger | 1.5 |
| 1/8/2006 | Telephone with client. | 790 | 0.1 |
| 1/9/2006 | Email form client and reply. | 420 | 0.1 |
| 1/9/2006 | Review recent 3d Circuit adverse action case | 410 Stephen Neuberger | 0.3 |
| 1/9/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1.7 |
| 1/10/2006 | Meet with MH about trial preparation. | 110 | 0.2 |
| 1/10/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1.9 |
| 1/11/2006 | Working on SJOB | 90 Stephen Neuberger | 1.7 |
| 1/11/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1 |
| 1/12/2006 | Prepare for Capt. McQueen deposition | 240 | 0.3 |
| 1/12/2006 | Working on spoliation sanctions OB | 90 Stephen Neuberger | 1 |
| 1/13/2006 | Deposition of Capt. McQueen. | 230 | 0.7 |
| 1/13/2006 | Compose Appendix Table of Contents and Notice of Service. | 25 CAS | 0.31667 |
| 1/13/2006 | Working on SJOB | 90 Stephen Neuberger | 0.6 |
| 1/13/2006 | Working on SJOB | 90 Stephen Neuberger | 0.5 |
| 1/17/2006 | Gather documents for SJOB Appendix. | 25 CAS | 2 |
| 1/18/2006 | Meeting with SJN regarding OBSJ appendix documents. | 110 CAS | 0.2 |
| 1/18/2006 | Review confidentiality agreement for OBSJ appendix. | 25 CAS | 0.4 |
| 1/18/2006 | Review and revise law clerk's bluebooking assignment for SJN. | 90 CAS | 0.2 |
| 1/18/2006 | Working on SJOB | 90 Stephen Neuberger | 2.8 |
| 1/19/2006 | Gather documents for OBSJ Appendix. | 25 CAS | 0.7 |
| 1/19/2006 | Review documents for Confidential material. | 25 CAS | 1 |
| 1/19/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 1/19/2006 | Working on SJOB | 90 Stephen Neuberger | 2.6 |
| 1/20/2006 | Gather documents for OBSJ Appendix. | 25 CAS | 0.2 |
| 1/20/2006 | Draft Table of Contents for OBSJ Appendix. | 25 CAS | 2.1 |
| 1/20/2006 | Enter in Appendix cites to OBSJ. | 90 CAS | 2.6 |
| 1/22/2006 | Working on SJOB | 90 Stephen Neuberger | 0.7 |
| 1/23/2006 | Cut out 1.5 pages from our final brief and edit it, organize documents for the sealed appendix. | 90 | 2.5 |
| 1/23/2006 | Drafting SJOB | 90 Stephen Neuberger | 0.5 |
| 1/23/2006 | Drafting spoliation sanctions OB | 120 Stephen Neuberger | 1.1 |
| 1/23/2006 | Enter in Appendix cites to OBSJ, compose table of contents. | 90 CAS | 2.5 |
| 1/24/2006 | Finalizing SJOB | 90 | 2 |
| 1/25/2006 | Working on consolidation motion | 90 Stephen Neuberger | 0.7 |
| 1/25/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 1/25/2006 | Prepare draft of the Rule 42(a) motion to consolidate each case. | 90 | 0.8 |
| 1/25/2006 | Telephone with client about the brief filed today. | 790 | 0.2 |
| 1/25/2006 | Email to EE on consolidation. | 430 | 0.2 |
| 1/26/2006 | Meet with JR about briefing and documents for briefing. | 110 | 0.4 |
| 1/26/2006 | Email to RF. | 430 | 0.1 |
| 1/26/2006 | Review notice of filings yesterday. | 630 | 0.2 |
| 1/26/2006 | Read defendants' Summary Judgment Opening Brief. | 700 CAS | 0.7 |
| 1/29/2006 | Meet with SJN about trial preparation and trial of the case. | 110 | 0.4 |
| 1/29/2006 | Meet with TSN about trial preparation and trial of the case. | 110 Stephen Neuberger | 0.4 |
| 1/30/2006 | First draft of liability portion of opening statement. | 860 | 1.3 |
| 1/30/2006 | Review defense summary judgment brief and discuss defamation and privacy briefing with MH. | 90 | 1.8 |
| 1/31/2006 | Reply to EE email on consolidation. | 430 | 0.2 |
| 1/31/2006 | Second draft of the opening statement. | 860 | 0.4 |
| 1/31/2006 | Review draft 1 of TSN's opening statement. | 700 CAS | 0.1 |
| 2/1/2006 | Legal research - recent causation opinion | 410 Stephen Neuberger | 0.2 |
| 2/1/2006 | Meet with SJN about how to respond to defense sj brief. | 90 | 0.4 |
| 2/1/2006 | Working on SJAB | 90 Stephen Neuberger | 2.6 |
| 2/3/2006 | Meet with MH about the briefing and preparing the pretrial order. | 110 | 0.2 |
| 2/3/2006 | Pulling together 1st Amendment reckless disregard of the truth law | 90 Stephen Neuberger | 0.1 |
| 2/3/2006 | Pleadings review | 630 Stephen Neuberger | 0.1 |
| 2/4/2006 | Working on SJAB | 90 Stephen Neuberger | 8.2 |
| 2/5/2006 | Working on SJAB | 90 Stephen Neuberger | 5.3 |
| 2/6/2006 | Citation check and prepare table of authorities for Answering Brief - Summary Judgment. | 90 CAS | 4.3 |
| 2/6/2006 | Meeting with TSN re: SJAB | 110 Stephen Neuberger | 0.3 |
| 2/6/2006 | Meeting with SJN re: SJAB | 110 | 0.3 |
| 2/6/2006 | Next draft of our answering brief in opposition to defense motion for sj. | 90 | 1.2 |
| 2/7/2006 | Email to client. | 430 | 0.1 |
| 2/7/2006 | Second drarft of the defamation and false light sections of our sj answering brief. | 90 | 5 |
| 2/7/2006 | Meeting with SJN regarding answering brief. | 110 CAS | 0.5 |
| 2/7/2006 | Bluebooking and enter appendix citations into Answering Brief. | 90 CAS | 4.2 |
| 2/7/2006 | Working on SJAB | 90 Stephen Neuberger | 1 |
| 2/8/2006 | Email client. | 430 | 0.1 |
| 2/8/2006 | Enter in citations and bluebooking corrections into SJAB; check for record cites. | 90 CAS | 2.9 |
| 2/8/2006 | Prepare TOC for SJAB Appendix. | 25 CAS | 0.4 |
| 2/8/2006 | Legal research - recent State law defamation cases | 410 Stephen Neuberger | 0.3 |
| 2/8/2006 | Working on and finalizing SJAB | 90 Stephen Neuberger | 2.9 |
| 2/9/2006 | Meet with CAS to discuss her preparing various sections of the draft pretrial order. | 640 | 1.5 |
| 2/9/2006 | Prepare special verdict for the jury. | 370 | 1.8 |
| 2/9/2006 | Prepare first draft of jury prayers. | 370 | 2.3 |
| 2/9/2006 | Draft pre-trial documents. | 640 CAS | 4.9 |
| 2/9/2006 | Meeting with TSN regarding pre-trial. | 110 CAS | 0.5 |
| 2/10/2006 | Meet with SJN about remaining briefing. | 110 | 0.2 |
| 2/10/2006 | Organize brief file. | 320 | 0.1 |
| 2/10/2006 | Prepare first draft of demonstrative exhibits for trial. | 860 | 0.8 |
| 2/10/2006 | Prepare trial brief. | 640 | 1.4 |
| 2/10/2006 | Draft pre-trail documents. | 640 CAS | 5.7 |
| 2/10/2006 | Meet with CAS re: pretrial prep | 110 Stephen Neuberger | 0.4 |
| 2/12/2006 | Draft pre-trail documents. | 640 CAS | 4.6 |
| 2/13/2006 | Finish first draft of the pretrial order. | 640 | 4.2 |
| 2/13/2006 |  | 640 CAS | 7.7 |
| 2/14/2006 |  | 640 CAS | 6.3 |
| 2/14/2006 | Call to clerk of courts regarding getting admitted pro hac vice. | 830 CAS | 0.2 |
| 2/14/2006 | Second draft of all the pretrial papers. | 640 | 2.8 |

**The Neuberger Firm**

**Sales by Customer Detail**

10:46 AM

06/10/06

Accrual Basis

April 6, 2004 through June 5, 2006

| Date | Memo | Item | Qty |
|---|---|---|---|
| 2/14/2006 | Review medical records from fitness for duty exam in November 2005 and defense economist damages... | 280 | 0.8 |
| 2/15/2006 | Meet with CAS, meet with JR about draft of the pretrial papers. | 110 | 0.5 |
| 2/15/2006 | Email on the expected attack on Glen Dixon as a witness. | 430 | 0.5 |
| 2/15/2006 | Email to EE on the use of experts. | 430 | 0.3 |
| 2/15/2006 | Letter to Dr. Tavani about new medical records and the trial date. | 271 | 0.3 |
| 2/15/2006 | Email about prior cases by the defense economist. | 271 | 0.3 |
| 2/15/2006 | Revise and finalize our reply brief on consolidation. | 90 | 0.4 |
| 2/15/2006 | Proof read current draft of all pretrial papers. | 640 | 0.8 |
| 2/15/2006 | Pretrial - meeting with TSN re: pretrial order and related issues | 640 Stephen Neuberger | 0.3 |
| 2/15/2006 | Pretrial - meeting with SJN re: pretrial order and related issues | 640 Stephen Neuberger | 0.3 |
| 2/15/2006 | Drafting consolidation RB | 90 Stephen Neuberger | 1.9 |
| 2/15/2006 | Draft Pre-Trial documents. | 640 CAS | 5 |
| 2/15/2006 | Review D's economic and psychiatric reports for Sgt. Foraker | 700 CAS | 0.4 |
| 2/16/2006 | Meet with JR about records for analysis. | 110 | 0.1 |
| 2/16/2006 | Meet with SjN about remaining briefing. | 110 | 0.1 |
| 2/16/2006 | Drafting and finalizing SJRB | 90 Stephen Neuberger | 1 |
| 2/16/2006 | | 640 CAS | 0.4 |
| 2/16/2006 | Review Motion for Sanctions Opening Brief, Answering Brief and Reply Brief. | 700 CAS | 0.5 |
| 2/17/2006 | Incorporate SJN changes into our draft. | 640 | 0.2 |
| 2/17/2006 | Working on pretrial documents - identifying witnesses and documents | 640 Stephen Neuberger | 0.6 |
| 2/17/2006 | Finalize and file SJRB | 90 Stephen Neuberger | 0.3 |
| 2/17/2006 | Revise pre-trial documents. | 640 CAS | 0.3 |
| 2/18/2006 | Trial prepartion, analyze expected expenses for trial. | 860 | 0.5 |
| 2/19/2006 | Last changes in pretrial papers drafts to send to the defense tomorrow. | 640 | 1 |
| 2/19/2006 | Email from client and reply on the draft exhibit list for trial. | 420 | 0.2 |
| 2/20/2006 | Speak with MH about pretrial draft. | 800 | 0.1 |
| 2/20/2006 | Meet with CAS about final changes to the pretrial draft. | 110 | 0.1 |
| 2/20/2006 | Letter to EE with pretrial draft. | 430 | 0.1 |
| 2/20/2006 | Meet with JR about pretrial draft. | 110 | 0.2 |
| 2/20/2006 | Meet with CAS about pretrial draft changes. | 110 | 0.1 |
| 2/20/2006 | Download and distribute DI 87 | 630 | 0.2 |
| 2/20/2006 | Draft Pre-trial Documents. | 640 CAS | 2.6 |
| 2/21/2006 | Telephone with MH about a motion in limine on economic expert of the defense. | 800 | 0.2 |
| 2/21/2006 | Download and distribute DI 88. | 630 | 0.1 |
| 2/22/2006 | Review defense reply brief in support of its motion for summary judgment. | 90 | 0.4 |
| 2/22/2006 | Email, to cocounsel. | 430 | 0.2 |
| 2/22/2006 | Begin draft of motion in limine on cross of Dixon. | 500 | 0.5 |
| 2/23/2006 | Prepare motion in limine on Capt. Dixon cross. | 500 | 1.7 |
| 2/24/2006 | Meet with JLR for backup help for trial. | 110 | 0.1 |
| 2/24/2006 | Email to RF about templates for the pretrial documents. | 430 | 0.2 |
| 2/24/2006 | Email from CAS and reply. | 420 | 0.1 |
| 2/24/2006 | Organize briefs. | 560 CAS | 0.3 |
| 2/25/2006 | copying | Copies | 1 |
| 2/25/2006 | postage | Postage | 1 |
| 2/27/2006 | Pretrial prep - working on motions in limine | 640 Stephen Neuberger | 1.1 |
| 2/27/2006 | Meet with SJN about preparing trial testimony. | 110 | 0.1 |
| 2/27/2006 | Meet with SjN about preparing motions in limine. | 110 | 0.1 |
| 2/28/2006 | Reviewing, revising and filing motions in limine | 640 Stephen Neuberger | 1.3 |
| 2/28/2006 | Send pre-trial documents to defense counsel. | 640 CAS | 0.3 |
| 2/28/2006 | Revise Staller Motion in limine. | 500 | 1 |
| 3/2/2006 | Review D's SJRB | 90 Stephen Neuberger | 0.2 |
| 3/3/2006 | Supplemental authority letter to Court | 430 Stephen Neuberger | 0.1 |
| 3/13/2006 | Meet with SJN about pretrial preparation. | 110 | 0.2 |
| 3/13/2006 | Meet with CAs about pretrial prepration. | 110 | 0.1 |
| 3/14/2006 | Legal research - review recent Third Circuit cases re: First Amendment retaliation and adverse a... | 410 Stephen Neuberger | 0.8 |
| 3/14/2006 | Meeting with TSN | 110 Stephen Neuberger | 0.1 |
| 3/14/2006 | Meeting with SJN | 110 | 0.1 |
| 3/15/2006 | Review defendants' AB in opposition to our motions in limine | 640 Stephen Neuberger | 0.5 |
| 3/15/2006 | Review D's motion in limine re: Bud Fini and figure out how to respond | 90 Stephen Neuberger | 0.2 |
| 3/15/2006 | Review D's Motion in Limine AB re: Dixon and figure out how to respond | 90 Stephen Neuberger | 0.5 |
| 3/16/2006 | Review pretrial docs. | 640 CAS | 0.1 |
| 3/16/2006 | Review and send email about defense version of the pretrial. | 640 | 0.1 |
| 3/16/2006 | Supplemental authority letter to Judge Sleet | 430 Stephen Neuberger | 0.4 |
| 3/16/2006 | Review pretrial docs. | 640 CAS | 0.4 |
| 3/20/2006 | Pretrial prep - working on pretrial order | 640 Stephen Neuberger | 5.1 |
| 3/20/2006 | Pretrial documents. | 640 CAS | 0.8 |
| 3/20/2006 | Telephone with SJN about the pretrial documents. | 800 | 0.1 |
| 3/20/2006 | Email to client. | 430 | 0.2 |
| 3/21/2006 | Revise, finalize and final RB in support of Dixon Motion in Limine | 90 Stephen Neuberger | 1 |
| 3/21/2006 | Pretrial prep - meeting with TSN re: status of pretrial prep | 640 Stephen Neuberger | 0.5 |
| 3/21/2006 | Pretrial prep - meeting with SJN re: status of pretrial prep | 640 | 0.2 |
| 3/21/2006 | Pretrial documents | 640 CAS | 0.4 |
| 3/21/2006 | Edit pretrial papers. | 640 | 0.2 |
| 3/22/2006 | Revising pretrial order | 640 Stephen Neuberger | 1 |
| 3/22/2006 | Pretrial documents. | 640 CAS | 4.5 |
| 3/22/2006 | Meet with TSN/SJN regarding pretrial. | 110 CAS | 0.3 |
| 3/22/2006 | Foraker Pre-Trial Order Document Production | 620 Joseph Robert | 3.5 |
| 3/23/2006 | Email to RF on delays in the documetns. | 430 | 0.4 |
| 3/23/2006 | Working on pretrial order | 640 Stephen Neuberger | 0.4 |
| 3/23/2006 | Pretrial prep - meeting with TSN & CAS re: status of pretrial order | 640 Stephen Neuberger | 0.3 |
| 3/23/2006 | Pretrial prep - meeting with SJN & CAS re: status of pretrial order | 640 | 0.3 |
| 3/23/2006 | Pretrial prep - meeting with TSN & SJN re: status of pretrial order | 640 CAS | 0.3 |
| 3/23/2006 | Pretrial docs. | 640 CAS | 3.4 |
| 3/23/2006 | Continue Foraker Pre-Trial Order Document Production | 620 Joseph Robert | 4 |
| 3/24/2006 | Email from RF and respond. | 420 | 0.1 |
| 3/24/2006 | Attend to filing pretrial papers. | 640 | 0.5 |
| 3/24/2006 | Prepare a settlement offer. | 720 | 0.5 |
| 3/24/2006 | Finish Pre-Trial Order and Contested Exhibit books for Plaintiff and Defendants | 620 Joseph Robert | 4.2 |
| 3/25/2006 | Email from client on settlement and reply.\ | 420 | 0.4 |
| 3/26/2006 | Telephone with MH about settlement. | 800 | 0.2 |
| 3/26/2006 | Email from client. | 420 | 0.1 |
| 3/27/2006 | Pretrial docs. | 640 CAS | 0.6 |
| 3/28/2006 | Draft demand letter to RF. | 720 | 0.5 |
| 3/28/2006 | Email to RF. | 430 | 0.2 |
| 3/29/2006 | Meet with SJN about pretrial. | 110 | 0.1 |
| 3/29/2006 | Pretrial documents. | 640 CAS | 2.1 |
| 3/29/2006 | Draft letter to Fitzgerald re pretrial docs for SJN's signature. | 430 CAS | 0.3 |
| 3/30/2006 | Pretrial documents. | 640 CAS | 3.4 |
| 4/6/2006 | Email to client. | 430 | 0.3 |
| 4/6/2006 | Email to MH. | 430 | 0.3 |
| 4/6/2006 | Discuss trial with SJN. | 860 | 0.3 |
| 4/7/2006 | Meet with MH about trial testimony preparation. | 860 | 0.4 |
| 4/7/2006 | Email from client and respond. | 420 | 0.2 |
| 4/7/2006 | Review email to RF. | 420 | 0.1 |
| 4/9/2006 | Speak with SJN about  trial issues. | 860 | 0.1 |
| 4/9/2006 | Email to client. | 430 | 0.3 |
| 4/10/2006 | Review court ruling on the sj motion of plaintiff. | 630 | 0.2 |
| 4/10/2006 | Speak with SjN about sj ruling by the court. | 800 | 0.1 |
| 4/13/2006 | Meet with client. | 120 | 0.1 |
| 4/13/2006 | Email on expert report updates. | 271 | 0.2 |
| 4/15/2006 | Review all the material in the pretrial order to prepare for the pretrial. | 640 | 0.15 |
| 4/17/2006 | Meet with SJN to preprae for pretrial tomorrow. | 640 | 1.3 |
| 4/17/2006 | Meet with TSN to prepare for pretrial tomorrow. | 640 Stephen Neuberger | 1.3 |

**10:46 AM**

**06/10/06**

**Accrual Basis**

**The Neuberger Firm**

**Sales by Customer Detail**

**April 6, 2004 through June 5, 2006**

| Date | Memo | Item | Qty |
|------|------|------|-----|
| 4/18/2006 | Attend pretrial to assist with document management. | 560 Joseph Robert | 2.5 |
| 4/18/2006 | Attend pretrial to assist with document management. | 560 Joseph Robert | 2.5 |
| 4/18/2006 | Pretrial conference in court. | 640 CAS | 2.5 |
| 4/18/2006 | Meeting with TSN/SJN/MDH regarding pretrial issues. | 640 CAS | 0.5 |

**Total Foraker, Sgt. Christopher D. 5078.2-04**

**TOTAL**

# Tab C

**The Neuberger Firm**
**Time by Job Summary**
**March 1, 2004 through June 5, 2006**

|  | Mar 1, '04 - Jun 5, 06 |
|---|---|
| **Firearms Training Unit 5200-04** | |
| **10** | 4:54 |
| **100** | 2:18 |
| **100  Stephen Neuberger** | 2:18 |
| **110** | 82:12 |
| **110 CAS** | 14:00 |
| **110 Joseph Robert** | 1:00 |
| **110 Stephen Neuberger** | 65:30 |
| **110 Ulrich, Jason A.** | 2:48 |
| **120** | 21:24 |
| **120 Stephen Neuberger** | 8:06 |
| **160** | 9:12 |
| **160 Stephen Neuberger** | 17:48 |
| **170 CAS** | 0:36 |
| **210 Stephen Neuberger** | 1:30 |
| **230** | 45:54 |
| **230 Stephen Neuberger** | 6:30 |
| **240** | 21:12 |
| **240 Stephen Neuberger** | 39:24 |
| **241** | 1:42 |
| **241 Stephen Neuberger** | 62:00 |
| **242** | 3:36 |
| **242 Stephen Neuberger** | 12:00 |
| **245** | 1:24 |
| **245 Stephen Neuberger** | 3:18 |
| **25 CAS** | 4:12 |
| **250** | 4:30 |
| **250 CAS** | 23:39 |
| **250 Stephen Neuberger** | 14:06 |
| **250 Ulrich, Jason A.** | 35:18 |
| **260** | 0:18 |
| **260 CAS** | 5:42 |
| **260 Stephen Neuberger** | 3:36 |
| **261** | 0:06 |
| **261 Stephen Neuberger** | 0:42 |
| **271** | 4:48 |
| **271Stephen Neuberger** | 1:00 |
| **280** | 27:24 |
| **280 Stephen Neuberger** | 3:48 |
| **281** | 0:42 |
| **310** | 2:06 |
| **310 Stephen Neuberger** | 1:48 |
| **320** | 1:24 |
| **320 Stephen Neuberger** | 3:00 |
| **330** | 1:06 |
| **350** | 1:30 |
| **360** | 2:18 |
| **370** | 5:12 |
| **410** | 3:18 |
| **410 CAS** | 37:06 |
| **410 Stephen Neuberger** | 9:12 |
| **410 Ulrich, Jason A.** | 48:36 |
| **420** | 7:48 |
| **420 Stephen Neuberger** | 1:06 |
| **430** | 14:30 |
| **430 CAS** | 7:48 |
| **430 Stephen Neuberger** | 23:00 |
| **480** | 0:12 |
| **500** | 1:12 |
| **500 CAS** | 10:12 |
| **550 Stephen Neuberger** | 3:48 |
| **560** | 8:36 |
| **560 CAS** | 0:18 |
| **560 Joseph Robert** | 137:45 |
| **620 Joseph Robert** | 18:36 |
| **630** | 1:54 |

**The Neuberger Firm**
# Time by Job Summary
### March 1, 2004 through June 5, 2006

|  | Mar 1, '04 - Jun 5, 06 |
|---|---|
| **630 Stephen Neuberger** | 3:00 |
| **640** | 13:06 |
| **640 CAS** | 72:32 |
| **640 Stephen Neuberger** | 27:24 |
| **690** | 2:00 |
| **70** | 5:42 |
| **70 Stephen Neuberger** | 1:06 |
| **700** | 3:54 |
| **700 CAS** | 1:00 |
| **700 Stephen Neuberger** | 31:00 |
| **710** | 0:24 |
| **710 Stephen Neubeger** | 0:30 |
| **720** | 1:00 |
| **790** | 6:54 |
| **790 CAS** | 0:06 |
| **800** | 8:18 |
| **800 Stephen Neuberger** | 1:24 |
| **810** | 1:06 |
| **810 Stephen Neuberger** | 24:48 |
| **830** | 0:42 |
| **830  Stephen Neuberger** | 23:12 |
| **840** | 4:00 |
| **840 Stephen Neuberger** | 2:00 |
| **850** | 84:18 |
| **850 CAS** | 35:12 |
| **850 Stephen Neuberger** | 67:42 |
| **855** | 0:48 |
| **855 Stephen Neuberger** | 0:12 |
| **860** | 147:36 |
| **860 CAS** | 55:54 |
| **860 Stephen Neuberger** | 192:48 |
| **90** | 31:36 |
| **90 CAS** | 28:42 |
| **90 Stephen Neuberger** | 162:12 |
| **Total Firearms Training Unit 5200-04** | 1,955:56 |
| **TOTAL** | **1,955:56** |

**The Neuberger Firm**
# Time by Job Summary
### April 6, 2004 through June 5, 2006

10:16 AM

06/10/06

| | Apr 6, '04 - Jun 5, 06 |
|---|---|
| **Foraker, Sgt. Christopher D. 5078.2-04** | |
| **10** | 0:54 |
| **110** | 49:12 |
| **110 CAS** | 2:54 |
| **110 Joseph Robert** | 0:30 |
| **110 Stephen Neuberger** | 26:42 |
| **120** | 7:18 |
| **120 Stephen Neuberger** | 3:36 |
| **160** | 5:06 |
| **160 Stephen Neuberger** | 9:42 |
| **21** | 1:00 |
| **230** | 15:30 |
| **230 Stephen Neuberger** | 6:30 |
| **240** | 4:12 |
| **240 CAS** | 0:18 |
| **240 Stephen Neuberger** | 27:42 |
| **241** | 0:54 |
| **241 Stephen Neuberger** | 31:12 |
| **242 Stephen Neuberger** | 5:30 |
| **245 Stephen Neuberger** | 5:36 |
| **25 CAS** | 8:49 |
| **250** | 1:12 |
| **250 CAS** | 4:18 |
| **250 Stephen Neuberger** | 1:54 |
| **250 Ulrich, Jason A.** | 3:30 |
| **260 Stephen Neuberger** | 0:18 |
| **271** | 3:30 |
| **280** | 4:24 |
| **280 CAS** | 0:12 |
| **280 Stephen Neuberger** | 0:42 |
| **310** | 0:24 |
| **310 Stephen Neuberger** | 0:06 |
| **320** | 0:54 |
| **320 Stephen Neuberger** | 0:42 |
| **360** | 0:54 |
| **370** | 4:06 |
| **380 CAS** | 0:18 |
| **410** | 0:24 |
| **410 CAS** | 8:06 |
| **410 Stephen Neuberger** | 9:06 |
| **410 Ulrich, Jason A.** | 35:12 |
| **420** | 3:00 |
| **420 Stephen Neuberger** | 0:06 |
| **430** | 7:48 |
| **430 CAS** | 0:18 |
| **430 Stephen Neuberger** | 3:12 |
| **480** | 0:12 |
| **500** | 2:18 |
| **550 Stephen Neuberger** | 0:12 |
| **560 CAS** | 0:18 |
| **560 Joseph Robert** | 5:00 |
| **610 Stephen Neuberger** | 0:06 |
| **620** | 0:06 |
| **620 Joseph Robert** | 11:42 |
| **630** | 1:48 |
| **630 Stephen Neuberger** | 1:06 |
| **640** | 15:39 |
| **640 CAS** | 52:30 |
| **640 Stephen Neuberger** | 12:00 |
| **70** | 1:18 |
| **70 Stephen Neuberger** | 1:12 |
| **700** | 2:00 |
| **700 CAS** | 1:42 |
| **700 Stephen Neuberger** | 7:30 |
| **720** | 1:00 |
| **785 CAS** | 2:12 |

**The Neuberger Firm**
# Time by Job Summary
**April 6, 2004 through June 5, 2006**

|  | Apr 6, '04 - Jun 5, 06 |
|---|---|
| **790** | 2:12 |
| **800** | 3:24 |
| **800 Stephen Neuberger** | 0:48 |
| **810** | 0:42 |
| **810 Stephen Neuberger** | 6:30 |
| **830  Stephen Neuberger** | 3:18 |
| **830 CAS** | 0:12 |
| **860** | 4:24 |
| **90** | 14:36 |
| **90 CAS** | 16:42 |
| **90 Stephen Neuberger** | 137:48 |
| **Total Foraker, Sgt. Christopher D. 5078.2-04** | 618:10 |
| **TOTAL** | **618:10** |

# Tab D

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| **Firearms Training Unit 5200-04** | |
| 3/1/2004 | Investigation publication of national news article on client. |
| 4/6/2004 | initial consult with 4 Troopers.  TSN, SJN, Tom Crumplar |
| 4/6/2004 | initial consult with 4 Troopers.  TSN, SJN, Tom Crumplar |
| 4/6/2004 | e-mail to Shae at J&C |
| 4/7/2004 | telephone call from Wayne Warren |
| 4/7/2004 | letter to clients and pulling materials |
| 4/7/2004 | telephone call from Kurt Price |
| 4/8/2004 | telephone with Wayne Warren |
| 4/9/2004 | telephone with TSN |
| 4/11/2004 | meeting with SJN |
| 4/11/2004 | meeting with TSN |
| 4/13/2004 | telephone call from Chris |
| 4/13/2004 | telephone call to Fiscella |
| 4/14/2004 | conference with RJ, TC & SJN re: feasibility of FTU case |
| 4/14/2004 | conference with RJ, TC & TSN re: feasibility of FTU case |
| 4/14/2004 | telephone to Chris Foraker |
| 4/14/2004 | telephone to Chris Foraker |
| 4/14/2004 | telephone to Vince Fiscella re: meeting |
| 4/14/2004 | telephone to Vince Fiscella re: meeting |
| 4/14/2004 | meeting with TSN re: meeting with J&C and what to do |
| 4/14/2004 | meeting with SJN re: meeting with J&C and what to do |
| 4/14/2004 | e-mail to J&C re: summary of meeting and other issues |
| 4/14/2004 | lunchtime meeting with TSN |
| 4/14/2004 | lunchtime meeting with SJN |
| 4/15/2004 | meeting with Chris & Wayne and organizing documents |
| 4/15/2004 | organize binders - t of c |
| 4/15/2004 | review memo and attachment from TSN |
| 4/15/2004 | telephone call from Kurt Price. |
| 4/16/2004 | meeting with Kurt and Jim and Shae from J&C |
| 4/16/2004 | pulling together faxed docs and circulating to J&C |
| 4/20/2004 | telephone with Wayne Warren |
| 4/21/2004 | e-mail from and to Shae |
| 4/22/2004 | Telephone from TE. |
| 4/22/2004 | Review fee agreements. |
| 4/22/2004 | review K's |
| 4/23/2004 | pull and review media coverage |
| 4/25/2004 | review documents |
| 4/26/2004 | organize file and prepare documents |
| 4/26/2004 | return call to Chris Foraker re: union funding |
| 4/26/2004 | e-mail to Chris re: funding |
| 4/26/2004 | e-mail to Shae |
| 4/27/2004 | telephone call to Chris Foraker |
| 4/27/2004 | review 1999 Clark-Nexson report |
| 4/27/2004 | respond to media inquiries |
| 4/27/2004 | call from Chris re: legal aid committee and file memo |
| 4/27/2004 | respond to media inquiries and review docs |
| 4/28/2004 | Telephone with CF about paying for costs in the case, and failure of union support. |
| 4/28/2004 | e-mail from and to Shae |
| 4/28/2004 | telephone call from Kurt Price |
| 4/28/2004 | e-mail to Chris |
| 4/29/2004 | meeting with TSN |
| 4/29/2004 | telehphone from Wayne Warren |
| 4/29/2004 | review fax from Wayne and draft response |
| 5/3/2004 | telephone call from Wayne Warren |
| 5/4/2004 | Meet with CF about meeting with the auditors and documents he delivered.l |
| 5/7/2004 | Telephone from Auditor's Office about 5 interviews. |
| 5/7/2004 | Telephone with CF about appearance subpoena from Auditor. |
| 5/7/2004 | meeting with SJN re auditor |
| 5/7/2004 | meeting with TSN re auditor |
| 5/8/2004 | Telephone with CF about appearance on Wednesday. |
| 5/10/2004 | Telephone from MA of NJ. |
| 5/10/2004 | Telephone from TE of DSN. |
| 5/11/2004 | review Price and Warcick statements |
| 5/11/2004 | review auditor statements; prepare small documents package; prepare table of contents; set up co... |
| 5/11/2004 | telephone calls from Wayne Warren |
| 5/11/2004 | review Wayne's draft |
| 5/11/2004 | telephone with TSN |
| 5/11/2004 | telephone from SJN |

10:29 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 5/12/2004 | Defend 5 clients at interviews by three state auditors. |
| 5/12/2004 | Prepare for interviews with the state auditors. |
| 5/12/2004 | Meet with clients to debrief them after the auditor interviews. |
| 5/12/2004 | Interview by TE of DSN re auditor questioning. |
| 5/12/2004 | Interview with TE re auditor investigation. |
| 5/13/2004 | telephone with Kurt Price re: fitness for duty examination which is coming down |
| 5/13/2004 | e-mail to Shae re Kurt Price and the Fitness for Duty eval] |
| 5/13/2004 | review FTU docs from yesterday |
| 5/14/2004 | telephone call from Kurt Price |
| 5/14/2004 | Factual analysis and review statements in the press that may help. |
| 5/14/2004 | Interview by MA about auditor meeting the other day. |
| 5/17/2004 | telephone calls to the FTU troopers |
| 5/17/2004 | call from Wayne Warren |
| 5/17/2004 | call from Jim |
| 5/17/2004 | review documents that JAED released |
| 5/20/2004 | Telephone with TE re attack in media by legislators on clients. |
| 5/25/2004 | Email from SJN on status. |
| 5/26/2004 | Telephone from TE on the Carper connection. |
| 5/26/2004 | review medical docs from Kurt and Wayne |
| 5/26/2004 | telephone call from Kurt re: medical tests and fax |
| 6/3/2004 | telephone from Wayne Warren |
| 6/9/2004 | meeting with Kurt |
| 6/15/2004 | Call from Auditor office. |
| 6/15/2004 | review medical records |
| 6/15/2004 | review latest binder of docs |
| 6/17/2004 | telephone with Kurt Price and file memo |
| 6/18/2004 | telephone call from Wayne Warren |
| 6/21/2004 | returning telephone call to Kurt Price |
| 6/22/2004 | Meet with SJN to discuss meeting with Watson. |
| 6/22/2004 | Meet with SJN and TCC about strategy. |
| 6/22/2004 | Telephone with Curt Price about light duty status and his options. |
| 6/22/2004 | meeting with SJN re fitness for duty, toxicologist, retaliation |
| 6/22/2004 | meeting with SJN re fitness for duty, toxicologist, retaliation |
| 6/22/2004 | telephone with Wayne Warren |
| 6/22/2004 | telephone with Kurt Price, trying to track down Wayne |
| 6/22/2004 | telephone with Kurt Price, trying to track down Wayne |
| 6/22/2004 | meeting with TSN & TC |
| 6/22/2004 | meeting with SJN |
| 6/24/2004 | Email from SJN on CP status. |
| 6/24/2004 | Review email on lead contamination. |
| 6/24/2004 | Telephone interview with TE. |
| 6/24/2004 | Meet with two clients, Warren and Price. |
| 6/24/2004 | meeting with TSN, Kurt & Wayne |
| 6/24/2004 | telephone conference |
| 6/24/2004 | meeting with TSN |
| 6/24/2004 | meeting with SJN |
| 6/24/2004 | telephone conference |
| 6/25/2004 | Leave message for Ed Watson at Auditors office. |
| 6/28/2004 | Investigate facts, statements in the press by McLeish. |
| 6/28/2004 | telephone call to Kurt & Wayne |
| 6/28/2004 | meetings with TSN |
| 6/28/2004 | meetings with SJN |
| 7/1/2004 | Fact investigaiton, review story on Wagner report, speak with TE on the facts, draft a comment, ... |
| 7/2/2004 | Telephone with client. |
| 7/2/2004 | Meet with TCC about the case. |
| 7/2/2004 | call from Kurt |
| 7/2/2004 | meeting with TSN |
| 7/2/2004 | Meeting with SJN |
| 7/6/2004 | V-mail messages from Kurt & Chris |
| 7/6/2004 | Return call to Kurt |
| 7/6/2004 | review disability pension docs from Kurt Price |
| 7/6/2004 | Find and review STate News article |
| 7/7/2004 | Telephone call to Vince Fiscella |
| 7/7/2004 | E-mail from Chris. |
| 7/8/2004 | DSN article |
| 7/8/2004 | Telephone call from Vince Fiscella |
| 7/8/2004 | Dictate memo re: conversation with Fiscella |
| 7/8/2004 | review Supervisor Injury reports for Wayne and Kurt |
| 7/8/2004 | telephone call to Kurt Price |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
| --- | --- |
| 7/8/2004 | review fax from Kurt |
| 7/8/2004 | Meeting with TSN re: happenings in the case |
| 7/8/2004 | Meeting with SJN re happenings in the case |
| 7/9/2004 | E-mail to Shae |
| 7/9/2004 | Telephone call from Eldred |
| 7/9/2004 | Telephone call from Eldred |
| 7/9/2004 | Listen to V-mail message; e-mail to TSN |
| 7/9/2004 | Meeting with TSN re: retaliation issues at the FTU and whether 1st Amendment has been violated |
| 7/9/2004 | Meeting with SJN re: retaliation issues at the FTU and whether 1st Amendment has been violated |
| 7/9/2004 | E-mail to Crumplar re: free speech retaliation |
| 7/11/2004 | Telephone from Curt Price about unequal treatment issue. |
| 7/11/2004 | Telephone with client. |
| 7/12/2004 | Fact investigation |
| 7/12/2004 | Review e-mail re 1st amend. retal. theories |
| 7/12/2004 | Meeting with TSN |
| 7/12/2004 | Meeting with SJN |
| 7/12/2004 | Review faxed reports |
| 7/12/2004 | Review email to TCC. |
| 7/13/2004 | Return call to Kurt |
| 7/14/2004 | Meeting with Kurt and Wayne |
| 7/16/2004 | Meet with Foraker. |
| 7/20/2004 | Edit and proofread memo |
| 7/21/2004 | Meet with RJ and TSN about further proceedings in the case. |
| 7/21/2004 | Telephone report to CF about further proceedings in the case. |
| 7/21/2004 | File memo. |
| 7/21/2004 | Meeting with TSN |
| 7/21/2004 | Call from Chris |
| 7/23/2004 | Meetings about further proceedings. |
| 7/23/2004 | Meeting with SJN re: representation; filing; conflicts; damages; and a host of other issues |
| 7/23/2004 | Meeting with SJN re: representation; filing; conflicts; damages; and a host of other issues |
| 7/23/2004 | File memo |
| 7/25/2004 | Second draft of our strategy memo. |
| 7/27/2004 | Telephone calls from Kurt and Chris |
| 7/28/2004 | Follow up meeting with the three auditors. |
| 7/28/2004 | Review file and prepare for meeting today. |
| 7/28/2004 | Meet with clients to discuss the facts and options for their suits. |
| 7/28/2004 | Meeting with TSN about Auditor Meetings and FTU representation |
| 7/28/2004 | Meeting with TSN about Auditor Meetings and FTU representation |
| 7/28/2004 | Morning meetings with FTU clients |
| 7/28/2004 | Afternoon meetings with clients |
| 7/28/2004 | Dictate memo |
| 7/29/2004 | Meet with JR about developing facts. |
| 7/29/2004 | Telephone with CF about timing of suit. |
| 7/29/2004 | Telephone from Curt Price on further charges against the men. |
| 7/29/2004 | Meeting with TSN re: representation and how to present Chris' case |
| 7/29/2004 | Meeting with SJN re: representation and how to present Chris' case |
| 7/30/2004 | Meet with SJN about further charges against the men. |
| 7/30/2004 | Telephone with TE about charges against the men. |
| 7/30/2004 | Telephone call from Kurt Price re: retaliation against the men |
| 7/30/2004 | Review packets of docs from clients |
| 7/30/2004 | Review fax from Chris |
| 7/30/2004 | Follow-up telephone calls to Kurt Price regarding retaliation against the men |
| 7/30/2004 | Call to Chris |
| 7/30/2004 | Demand E-mail to Lt. Col. |
| 7/30/2004 | Meeting with TSN |
| 7/30/2004 | Review docs |
| 7/30/2004 | Review retaliation timeline |
| 7/30/2004 | Telephone call to Vince Fiscella re: retaliation against Troopers |
| 7/30/2004 | Telephone call and follow up e-mail to Shae at J&C |
| 7/30/2004 | Call to Chris |
| 7/30/2004 | Meeting with TSN re: filing suit |
| 7/30/2004 | Meeting with SJN re: filing suit |
| 7/30/2004 | Letter to clients |
| 7/30/2004 | Another e-mail to Shae |
| 7/30/2004 | Call from Wayne - giving go-ahead on suit |
| 8/2/2004 | Call from Kurt re: Lt. Col's threats re: what he will do to FTU Troopers |
| 8/3/2004 | E-mail to and from Kurt Price |
| 8/3/2004 | Returning Kurt's call re Status |
| 8/3/2004 | Begin drafting complaint |

10:29 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|---|---|
| 8/3/2004 | Call from Kurt about retaliation being planned against FTU Troopers |
| 8/4/2004 | Drafting FTU complaint |
| 8/4/2004 | Drafting fee agreement |
| 8/5/2004 | Revise draft fee agreement |
| 8/5/2004 | Drafting Complaint - draft.02 |
| 8/5/2004 | Revise and proofread memo |
| 8/5/2004 | Meeting with Tom Crumplar |
| 8/5/2004 | Dictate memo re: meeting with Crumplar |
| 8/5/2004 | Telephone conferences with TSN |
| 8/5/2004 | Telephone conferences with SJN |
| 8/5/2004 | Call to Chris |
| 8/5/2004 | Telephone conversation with Chris about filing, scheduling, representation and conflicts |
| 8/5/2004 | Telephone call with Kurt |
| 8/5/2004 | Telephone with Wayne |
| 8/6/2004 | Call from Kurt's wife Lynn about the case |
| 8/6/2004 | Type several file memos |
| 8/6/2004 | Look for old letter and e-mail to Chris |
| 8/7/2004 | 2nd draft of fee agreement |
| 8/8/2004 | Revise fee agreement - continue work on potential conflicts section |
| 8/9/2004 | Drafting complaint |
| 8/9/2004 | File organization |
| 8/9/2004 | Meeting with SJN about representation and filing |
| 8/9/2004 | Meeting with TSN about representation and filing |
| 8/9/2004 | Telephone call from Wayne |
| 8/9/2004 | Review file memos.\ |
| 8/10/2004 | Review email from KP. |
| 8/10/2004 | Review draft of complaint. |
| 8/10/2004 | Meeting with SJN re fee agreement |
| 8/10/2004 | Meeting with TSN re fee agreement |
| 8/10/2004 | Finalize fee agreement, draft cover letter to clients |
| 8/10/2004 | 3 separate telephone calls to the clients |
| 8/10/2004 | Review draft of complaint |
| 8/10/2004 | Review draft.03 of FTU complaint |
| 8/10/2004 | Third draft of complaint. |
| 8/11/2004 | Meet with SJN to discuss draft of complaint and timing of filing suit. |
| 8/11/2004 | Meet with Kurt and Wayne to discuss draft complaint and trial and discovery and their damages. |
| 8/11/2004 | Working up draft.04 of the complaint |
| 8/11/2004 | Meeting with TSN re: draft 04 of complaint and filing |
| 8/11/2004 | Scheduling memo |
| 8/11/2004 | Meeting with TSN re: drafting complaint; causation issues, liability issues, punitive issues, et... |
| 8/11/2004 | Meeting with SJN re: drafting complaint; causation issues, liability issues, punitive issues, et... |
| 8/11/2004 | Revise current draft of complaint |
| 8/11/2004 | Revise complaint. |
| 8/12/2004 | Fact investigation, interview a witness. |
| 8/12/2004 | Revise and working on current draft of complaint |
| 8/13/2004 | Edit new draft of complaint. |
| 8/13/2004 | Review fact document. |
| 8/14/2004 | Drafting complaint - draft.07 |
| 8/15/2004 | Fact investigation |
| 8/15/2004 | Revise complaint. |
| 8/15/2004 | Draft press relaese. |
| 8/16/2004 | Discuss draft and filing with SJN. |
| 8/16/2004 | Review docs for filing |
| 8/17/2004 | Firearms Training Unit - filing fees |
| 8/17/2004 | Meet with SJN about the filing. |
| 8/17/2004 | Calculating damages figures |
| 8/17/2004 | Call to and from Kurt |
| 8/17/2004 | Meeting with TSN re: filing on Thursday |
| 8/17/2004 | Finalize complaint. |
| 8/18/2004 | Firearms Training Unit - filing fee Clerk US District Court |
| 8/18/2004 | Finalize press release. |
| 8/18/2004 | Sign complaint. |
| 8/18/2004 | Prepare for press conference. |
| 8/18/2004 | Review doc in prep for filing tomorrow |
| 8/18/2004 | Find and review documents for filing |
| 8/18/2004 | Fact analysis, prepare time line. |
| 8/19/2004 | Meet with clients, attend press conference, prepare for press conference. |
| 8/19/2004 | Press conference |
| 8/19/2004 | Respond to media requests |

10:29 AM
06/10/06

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 8/20/2004 | Fact investigation, review and study two news stories on the case today. |
| 8/20/2004 | Calls to clients |
| 8/20/2004 | Meeting with TSN re: discovery plan and mapping out strategy |
| 8/20/2004 | Meeting with SJN re: discovery plan and mapping out strategy |
| 8/20/2004 | Telephone with Chris |
| 8/20/2004 | Respond to press inquiries |
| 8/20/2004 | File organization |
| 8/20/2004 | File memo re: discovery and certain depositions to take |
| 8/21/2004 | Telephone with Kurt and Chris |
| 8/21/2004 | Telephone with Chris about the facts. |
| 8/21/2004 | Telephone with Kurt about the facts and damages. |
| 8/24/2004 | Review two news stories on Sec. Mitchell and another news story. |
| 8/24/2004 | Meeting with TSN re: setttlement and how to play it out |
| 8/24/2004 | Meeting with SJN re: setttlement and how to play it out |
| 8/25/2004 | Letter to clients re: info needed for economist |
| 8/25/2004 | File memo re: what we need to ask Dr. B to calculate |
| 8/25/2004 | Review, edit, work up draft.08 |
| 8/26/2004 | Review memo on Mitchell's forced meeting with clients. |
| 8/26/2004 | File memo on discovery. |
| 8/26/2004 | Meet with SJN about strategy and case assignment. |
| 8/26/2004 | Meet with TSN re case strategy and case assignment. |
| 8/26/2004 | Call from Kurt |
| 8/26/2004 | Revise complaint; filing preparations |
| 8/30/2004 | Meet with Grew Warren about the facts. |
| 8/30/2004 | Telephone with John Watson. |
| 8/30/2004 | Pull together key FTU docs for TSN |
| 8/31/2004 | Discuss settlement with SJN. |
| 8/31/2004 | Calls from and to Kurt |
| 9/1/2004 | Attend and prepare for WILM Joh Watson radio interview about the facts relating to the history o... |
| 9/1/2004 | Meeting with Steve - discussing discovery plan |
| 9/1/2004 | Meeting with TSN re discovery plan |
| 9/1/2004 | Meeting with TSN re: settlement issues |
| 9/1/2004 | Meeting with SJN re: settlement issues |
| 9/1/2004 | Telephone with Kurt |
| 9/1/2004 | Telephone with Wayne |
| 9/1/2004 | Telephone with Chris |
| 9/9/2004 | Call from Kurt re status |
| 9/13/2004 | E-mail to J&C |
| 9/14/2004 | Call from Kurt and Wayne re: continuing retaliation against them by DSP |
| 9/14/2004 | File memo re: continued retaliation against Wayne and Kurt |
| 9/14/2004 | Meeting with TSN re: latest retaliation against clients by DSP |
| 9/14/2004 | Meeting with Steve re: latest retaliation against clients by DSP |
| 9/14/2004 | Call to Kurt re continuing retaliation & write up notes |
| 9/15/2004 | Review two emails to clients from SJN. |
| 9/15/2004 | E-mail from Wayne re: audible testing at FTU |
| 9/15/2004 | Call from Chris re: continued retaliation against the men |
| 9/15/2004 | Respond to media inquiries |
| 9/15/2004 | Meetnig with SJN re: continuing retaliatoin against clients and auditor's report |
| 9/15/2004 | Meetnig with TSN re: continuing retaliatoin against clients and auditor's report |
| 9/15/2004 | Review FTU documentation and e-mail clients |
| 9/15/2004 | Telephone with Vince Fiscella re: Auditor's report and State's attempt to hide it from the public |
| 9/15/2004 | Telephone with Wayne re: more retaliation |
| 9/16/2004 | E-mail to clients |
| 9/16/2004 | Prepare comments to mitigating damages caused by Auditor's report |
| 9/17/2004 | Review three letters ordering clients to UPA exams. |
| 9/17/2004 | Draft response to auditor's report |
| 9/20/2004 | Return Kurt's call |
| 9/20/2004 | Meeting with TSN re: Auditor's rpt |
| 9/20/2004 | Meeting with SJN re: Auditor's rpt |
| 9/22/2004 | Call from Kurt |
| 9/22/2004 | Telephone calls to Chris, Kurt and Wayne |
| 9/23/2004 | Email from SJN and reply on DSTA meeting on the 30th. |
| 9/23/2004 | Call from Chris |
| 9/27/2004 | Call from Wayne and followup |
| 9/28/2004 | Meet with VF about union support in settling the case, facts of the case, the meeting with the A... |
| 9/28/2004 | Review and think about Chris' draft statement to DSTA for support |
| 9/29/2004 | Review fax from Chris |
| 9/29/2004 | Meeting with TSN re: union support |
| 9/29/2004 | Meeting with SJN re: union support |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

10:29 AM
06/10/06

| Date | Memo |
|------|------|
| 9/29/2004 | Review second fax from Chris |
| 9/29/2004 | E-mail to Chris |
| 10/1/2004 | Review Fitness for duty letters |
| 10/1/2004 | Meeting with TSN re: economic injury data |
| 10/1/2004 | Meeting with SJN re: economic injury data |
| 10/5/2004 | Review email. |
| 10/6/2004 | Call from Kurt re: FFD exam at UPenn and writing memo about conversation |
| 10/7/2004 | Review Email from SJN about result of IME on two clients yesterday. |
| 10/7/2004 | Review email from CF on AT issue. |
| 10/8/2004 | Calls to and from clients |
| 10/8/2004 | File review |
| 10/13/2004 | Multiple telephone calls to Chris, Kurt, Wayne and others re: the Auditor's report that was rele... |
| 10/15/2004 | Review emails on the Auditor Report. |
| 10/19/2004 | Telephone with CF. |
| 10/20/2004 | Call from Kurt |
| 10/21/2004 | Review the Auditor's report on the FTU. |
| 10/21/2004 | Email to CF on the report. |
| 10/25/2004 | Meetings with Kurt & Wayne |
| 10/25/2004 | Memo to TSN re: meeting with the clients |
| 10/25/2004 | Telephone call with Chris re: his medical eval last week |
| 11/3/2004 | Email with questions from clients and respond. |
| 11/3/2004 | Telephone with Kurt; calls to Wayne and Chris |
| 11/4/2004 | Review GW criticism of errors in the FTU report by the auditor and reply. |
| 11/4/2004 | Email from CF. |
| 11/4/2004 | Review CF comments on the Auditor's report. |
| 11/4/2004 | Telephone with Wayne |
| 11/4/2004 | Telephone with Chris |
| 11/9/2004 | Telephone with Kurt |
| 11/15/2004 | Review Answer |
| 11/16/2004 | Calls to Chris, Wayne and Kurt |
| 11/17/2004 | Telephone with Kurt and trying to track down article |
| 11/17/2004 | Meeting with Wayne Warren |
| 11/17/2004 | Respond to media inquiries |
| 11/17/2004 | Telephone with Chris |
| 11/24/2004 | Telephone with Kurt re: witness lists |
| 11/25/2004 | Meeting with SJN re: damages and settlement projections |
| 11/25/2004 | Meeting with TSN re: damages and settlement projections |
| 11/30/2004 | Call from Kurt |
| 12/2/2004 | Telephone with Kurt re: status, damages and settlement issues |
| 12/2/2004 | Telephone with Wayne |
| 12/3/2004 | Meet with RF, and TSN for rule 26 meeting in the case. |
| 12/3/2004 | Meet with TSN and RF for rule 26 meeting. |
| 12/5/2004 | Telephone with KP about status of the case. |
| 12/5/2004 | Telephone with WW about status of the case. |
| 12/6/2004 | Telephone call from Wayne |
| 12/7/2004 | Call from Chris |
| 12/7/2004 | Meeting with TSN re: electronic discovery |
| 12/7/2004 | Meeting with SJN re: electronic discovery |
| 12/7/2004 | Review e-mail and faxes re: contamination and make calls to the clients |
| 12/7/2004 | Call from Wayne |
| 12/9/2004 | Telephone with Chris |
| 12/21/2004 | Working on Rule 26s |
| 12/22/2004 | Working on Rule 26's |
| 12/27/2004 | Prepare for Rule 16(b) conference with the court. |
| 12/27/2004 | Attend Rule 16(b) conference with the court. |
| 12/27/2004 | File memo about rule 16(b) conference with the court. |
| 1/3/2005 | Firearms Training Unit - fees |
| 1/5/2005 | Telephone with Chris re: lead contamination issues |
| 1/7/2005 | Meeting with TSN re: rule 16 and discovery issues |
| 1/7/2005 | Meeting with SJN re: rule 16 and discovery issues |
| 1/10/2005 | Meeting with TSN re: legal research needs |
| 1/10/2005 | Meeting with SJN re: legal research needs |
| 1/10/2005 | Call from Wayne |
| 1/11/2005 | Telephone with Kurt re: stress issues |
| 1/11/2005 | File memo re: Kurt's health |
| 1/11/2005 | Meeting with TSN re: Kurt's status and discovery outlook |
| 1/11/2005 | Meeting with SJN re: Kurt's status and discovery outlook |
| 1/11/2005 | Call from Chris |
| 1/11/2005 | Review e-mails from Wayne and Chris and e-mail J&C |

10:29 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|---|---|
| 1/20/2005 | Telephone with Kurt re: his health condition |
| 1/20/2005 | E-mail to Fitzgerald |
| 1/21/2005 | Call to Judge Sleet's case management officer re: missing scheduling order letter |
| 1/24/2005 | Meeting with TSN re: Rule 16 submissions and discovery |
| 1/24/2005 | Meeting with SJN re: Rule 16 submissions and discovery |
| 1/24/2005 | Drafting up drafts of the two Rule 16 submissions for tomorrow |
| 1/24/2005 | Telephone with Robert Fitzgerald re: Rule 16 submissions |
| 1/24/2005 | E-mail to clients re: light duty status |
| 1/25/2005 | Working on Rule 16 submissions with RF |
| 1/25/2005 | Call from Kurt re: his health |
| 1/26/2005 | Call from Kurt Price re: UPenn report |
| 1/26/2005 | E-mail to RF re: medical reports for Kurt and Wayne |
| 1/26/2005 | Telephone with client. |
| 1/27/2005 | Telephone from Vince F about credit report issue. |
| 1/27/2005 | Telephone with SJN about medical report. |
| 1/27/2005 | Telephone calls to each client re: UPenn medical testing |
| 1/27/2005 | Telephone with TSN re: UPenn testing results |
| 1/28/2005 | Meeting with TSN re: UPenn test results, discovery and upcoming Rule 16 |
| 1/28/2005 | Meeting with SJN re: UPenn test results, discovery and upcoming Rule 16 |
| 1/30/2005 | Review Kurt's medical report from UPenn |
| 2/1/2005 | Attend Rule 16 conference in Chambers |
| 2/1/2005 | Attend Rule 16 conference in Chambers |
| 2/1/2005 | Meeting with SJN re: Rule 16 conf |
| 2/1/2005 | Meeting with TSN re: Rule 16 conf |
| 2/1/2005 | Review docs and prepare for Rule 16 conference |
| 2/1/2005 | Revising and editing Rule 16 papers |
| 2/1/2005 | Calls to Chris, Kurt and Wayne re: Rule 16 conference and scheduled trial date |
| 2/2/2005 | Revise Rule 16 and review prior docs |
| 2/2/2005 | Review light duty rules and regulations |
| 2/2/2005 | Telephone with Kurt re: light duty rules and regulations |
| 2/2/2005 | Dictate memo on the light duty rules |
| 2/3/2005 | Cover letter to Judge Sleet re: the Final Rule 16 |
| 2/7/2005 | Revise and edit several long memos |
| 2/13/2005 | Email and discovery. |
| 2/16/2005 | AT&T conference call on 12/27/2004 |
| 2/17/2005 | Call from Kurt re: economic issues |
| 2/24/2005 | Calendar events and review scheduling order. |
| 3/2/2005 | Call from Kurt |
| 3/2/2005 | Telephone with Wayne re: continuing retaliation |
| 3/3/2005 | Meet with SJN about discovery plan. |
| 3/3/2005 | Meet with TSN re discovery plan. |
| 3/3/2005 | Telephone with Wayne Warren about events yesterday. |
| 3/3/2005 | Telephone with Curt Price about events yesterday. |
| 3/3/2005 | Call from Wayne and Kurt re: FFD exams and revised results |
| 3/3/2005 | Meeting with TSN re: latest FFD exam results and retaliation against Kurt and Wayne |
| 3/3/2005 | Meeting with SJN re: latest FFD exam results and retaliation against Kurt and Wayne |
| 3/3/2005 | Drafting and editing down Rule 26 disclosures |
| 3/4/2005 | Review notice of service of various items from the court. |
| 3/4/2005 | Call from Kurt |
| 3/4/2005 | Editing Rule 26 disclosures and filing |
| 3/4/2005 | Revise document and e-mail to Kurt |
| 3/4/2005 | Call from Kurt |
| 3/7/2005 | Call from Kurt and Wayne re: continuing retaliation against them |
| 3/7/2005 | Organize and review medical information in the file |
| 3/7/2005 | Call from Lynn Price |
| 3/7/2005 | Telephone with Chris re: status and how the men are doing |
| 3/8/2005 | Discuss call from client Kurt Price with SJN. |
| 3/8/2005 | Review D's Rule 26 disclosures |
| 3/8/2005 | Call from Wayne re: continuing course of retaliation against him by MacLeish and DSP |
| 3/8/2005 | Telephone with Kurt re: case and how it plays out |
| 3/15/2005 | Meet with Kurt and Wayne and SJN to discuss proof in their case and damages. |
| 3/15/2005 | Meet with Kurt and Wayne and TSN to discuss proof in their case and damages. |
| 3/15/2005 | Review medical and damages documents prior to meeting with clients today. |
| 3/15/2005 | Meeting with TSN re: FTU case and our meeting with the clients |
| 3/15/2005 | Meeting with SJN re: FTU case and our meeting with the clients |
| 3/15/2005 | Dictate memo |
| 3/15/2005 | Find and review collateral source rule memo |
| 3/16/2005 | Telephone from Wayne: continued retaliation against them |
| 3/18/2005 | Call from Wayne re: NIOSH investigation of FTU |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 3/21/2005 | Meet with JR about damages and expert reports. |
| 3/21/2005 | Letter to witness Greg Warren re trial testimony and trial date.. |
| 3/22/2005 | Email cocounsel. |
| 3/22/2005 | Review medical report, email to client. |
| 3/22/2005 | Telephone with Wayne and Kurt re: Wayne being put back on light duty and Yeomans' continuing har... |
| 3/23/2005 | Review emails on Curt's health. |
| 3/23/2005 | Call from Kurt re: his deteriorating health from harassment in the workplace |
| 3/23/2005 | E-mail to TSN re: Kurt's deteriorating health and harassment in the workplace |
| 3/23/2005 | Meeting with TSN re: Kurt's health problems |
| 3/23/2005 | Meeting with SJN re: Kurt's health problems |
| 3/23/2005 | Call to Kurt re: his deteriorating health |
| 3/23/2005 | Call to Chris |
| 3/23/2005 | Review e-mail from Wayne |
| 3/23/2005 | Review and edit fact memo |
| 3/24/2005 | Call from Kurt re: his doctor ordering him out of work b/c of his deteriorating health |
| 3/24/2005 | Call from Kurt and review doctor's disability note |
| 3/27/2005 | Analyze damages issues in light of todays news stories on clients families. |
| 3/27/2005 | Meet with SJN about proof of damages in the case. |
| 3/27/2005 | Telephone with Chris |
| 4/4/2005 | Email from GW re trial date. |
| 4/4/2005 | Email from client. |
| 4/5/2005 | E-mails from TSN |
| 4/5/2005 | Email to RF about discovery. |
| 4/5/2005 | Legal research on collateral source rule and our damages. |
| 4/6/2005 | Return call to Kurt |
| 4/6/2005 | Email from SJN on liability. |
| 4/7/2005 | Meeting with TSN re: offsets and collateral source rule |
| 4/7/2005 | Meeting with SJN re: offsets and collateral source rule |
| 4/7/2005 | Letter to Dr. Tavani. |
| 4/13/2005 | Meet with clients Kurt and Wayne about damages and liability issues and strategy for trial of th... |
| 4/13/2005 | Letter to clients. |
| 4/15/2005 | Telephone from Wayne Warren. |
| 4/18/2005 | Email to DSTA pres. about financial support for the case. |
| 4/18/2005 | Email from W Warren. |
| 4/18/2005 | Review FMLA data from client, email to client on his damages. |
| 4/18/2005 | Meeting with TSN re: discovery |
| 4/18/2005 | Meeting with Steve about discovery |
| 4/19/2005 | E-mail from TSN |
| 4/20/2005 | E-mails from TSN re: meetings with clients and co-counsel |
| 4/20/2005 | Telephone with Kurt |
| 4/21/2005 | Telephone from Suzanne Foraker, and reply. |
| 4/25/2005 | E-mail from Wayne re: NIOSH |
| 4/25/2005 | E-mail from Wayne re: NIOSH |
| 4/26/2005 | Review letter and memos from TSN |
| 4/26/2005 | Review letter and memos from TSN |
| 4/27/2005 | Letter to Jim Warwick |
| 4/27/2005 | Letter to Jim Warwick |
| 4/28/2005 | Email from RF on discovery disputes. |
| 5/1/2005 | Email on discovery issues. |
| 5/4/2005 | Meeting with MDH re: discovery issue in FTU and Foraker cases |
| 5/4/2005 | Review discovery dispute documents |
| 5/5/2005 | Telephone calls to Kurt and Wayne re: health, stress and retaliation |
| 5/5/2005 | Prepare and draft response on D's stonewalling on personnel files issue |
| 5/6/2005 | Working on discovery issue - D's refusal to give access to personnel files |
| 5/9/2005 | Fact investigation. |
| 5/9/2005 | Meeting with TSN re: settlement |
| 5/9/2005 | Meeting with SJN re: settlement |
| 5/10/2005 | File review. |
| 5/10/2005 | Discovery meeting with TSN |
| 5/10/2005 | Discovery meeting with Steve |
| 5/10/2005 | Discovery e-mail to Fitzgerald |
| 5/10/2005 | Call from Wayne |
| 5/11/2005 | Gary T. Quiroga, M.D. - copies of medical records. |
| 5/11/2005 | Charles Stanislav, M.D. - copies of medical records. |
| 5/12/2005 | Review terrmination letter for Kurt Price |
| 5/12/2005 | Telephone with Curt Price about termination letter. |
| 5/12/2005 | Prepare first document request. |
| 5/12/2005 | Telephone with Kurt re: continued Retaliation |
| 5/13/2005 | Telephone with VF. |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|---|---|
| 5/13/2005 | Email to clients. |
| 5/13/2005 | Telephone with Kurt Price. |
| 5/13/2005 | Revise document request. |
| 5/13/2005 | Telephone call from VF. |
| 5/13/2005 | Email to Kurt and Wayne. |
| 5/13/2005 | Email to Fitzgerald with document requests. |
| 5/13/2005 | Telephone with Wayne re: continued retaliation |
| 5/18/2005 | Email to clients. |
| 5/18/2005 | Telephone call from Kurt |
| 5/20/2005 | Terlephone with VF about the need for written documentation of deladllines being lifted. |
| 5/20/2005 | Email from client Wayne Warren on facts. |
| 5/20/2005 | Email from KP on the facts. |
| 5/20/2005 | Review D.I. 20. |
| 5/20/2005 | Telephone from VF about the June 10th deadline. |
| 5/20/2005 | Email to clients on the June 10th deadline. |
| 5/20/2005 | Trip to Liepsic and Sambos to meet with clients and investigate the injury to reputation which o... |
| 5/20/2005 | Trip to Liepsic and Sambos to meet with clients to discuss their damages, and proof of injury of... |
| 5/20/2005 | Pleadings review |
| 5/23/2005 | Meeting with TSN re: pension issues |
| 5/23/2005 | Meeting with SJN re: pension issues |
| 5/25/2005 | Email to clients. |
| 5/25/2005 | Emails on pension application. |
| 5/25/2005 | Email on disability issue. |
| 5/26/2005 | Meet with clerk Jason Ulrich about collateral source rule project and damages. |
| 5/26/2005 | Meet with law clerk SJ about pension application process. |
| 5/26/2005 | Email to clients. |
| 5/26/2005 | Email from client. |
| 5/26/2005 | Review e-mails re: continuing retaliation |
| 5/26/2005 | Conference with TSN about disability pension application |
| 5/26/2005 | Briefly examined file |
| 5/27/2005 | Email from client. |
| 5/27/2005 | Try to contact TCC to discuss damages. |
| 5/27/2005 | Meeting with TSN re: pension and other issues |
| 5/27/2005 | Meeting with SJN re: pension and other issues |
| 5/27/2005 | Review industrial hygiene report |
| 5/27/2005 | Review docs re: light duty and separation |
| 5/27/2005 | Looked over Cole case to document myself with applicable paperwork |
| 5/27/2005 | Reviewed workers' compensation statutes.. |
| 5/27/2005 | Skimmed over press release and complaint |
| 5/27/2005 | Research into Colleateal Source Rule for SJN |
| 5/27/2005 | Research into Collateal Source Rule for SJN |
| 5/27/2005 | Research into Collateal Source Rule for SJN |
| 5/27/2005 | Research into Collateal Source Rule for SJN |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN |
| 5/29/2005 | Drafting and Researching Collateral Source Rule for SJN |
| 5/30/2005 | Drafting Memo on Collateral Source Rule for SJN |
| 5/31/2005 | Call from Kurt re: mitigation of damages |
| 5/31/2005 | Meeting with TSN re: discovery |
| 5/31/2005 | Meeting with SJN re: discovery |
| 5/31/2005 | E-mail from Robert Fitzgerald re: depo |
| 5/31/2005 | Meeting with TSN re: discovery |
| 5/31/2005 | Meeting with SJN re: discovery |
| 5/31/2005 | Review docs and prepare requests for production of documents |
| 5/31/2005 | Meet with MH to discuss discovery |
| 5/31/2005 | Gathered applicable Title 29 statutes dealing with qualifications, payments and adjustments for ... |
| 5/31/2005 | Searched Office of Pensions website for relevant application information - sparked contact with ... |
| 5/31/2005 | Began examining applicable statutes and regulations |
| 5/31/2005 | Conference with Shae about Warren and Price files |
| 5/31/2005 | Began going over Warren file from J&C |
| 5/31/2005 | Evaluated Warren's medical examinations/opinions/charts...briefly summarized each Physician's op... |
| 5/31/2005 | Drafting Memo on Collateral Source Rule |
| 5/31/2005 | Drafting Memo on Collateal Source Rule |
| 5/31/2005 | Working on disability pension application letter issue and extension |
| 6/1/2005 | Meet with SJN to review defendants written discovery requests. |
| 6/1/2005 | Meeting with MDH re: discovery issues and depositions |
| 6/1/2005 | Working on written discovery |
| 6/2/2005 | Meet with law clerk about his research. |
| 6/2/2005 | Calls from Kurt |

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 6/2/2005 | E-mail to clients |
| 6/2/2005 | E-mail to Kurt |
| 6/2/2005 | E-mail to Wayne |
| 6/2/2005 | Telephone calls to Kurt |
| 6/2/2005 | Draft response |
| 6/3/2005 | E-mail to Fitzgerald |
| 6/3/2005 | Meeting with TSN re: depositions and written discovery |
| 6/3/2005 | Meeting with SJN re: depositions and written discovery |
| 6/5/2005 | Telephone with Kurt Price on status of the case. |
| 6/5/2005 | Telephone with Wayne Warren re status of the case. |
| 6/6/2005 | Drafting Collateral Source Memo for TSN |
| 6/6/2005 | E-mail from Fitzgerald |
| 6/7/2005 | Meet with SJN about discovery. |
| 6/7/2005 | Email from law clerk on collateral source research, speak to clerk, distribute. |
| 6/7/2005 | Review documents from Capt. Yeomans on pensions. |
| 6/7/2005 | Meeting with TSN re: depositions and discovery |
| 6/7/2005 | Meeting with SJN re: depositions and discovery |
| 6/7/2005 | Review discovery e-mails |
| 6/9/2005 | Telephone calls with Chris, Wayne and Kurt re: depositions and discovery |
| 6/13/2005 | Review Wayne's medical records |
| 6/13/2005 | Prepare notices of depositions |
| 6/16/2005 | Written document production |
| 6/17/2005 | Working on document production |
| 6/18/2005 | Working on document production |
| 6/20/2005 | Telephone with Kurt and Chris re: Jennifer Davis' public comments placing FTU blame on faulty co... |
| 6/20/2005 | Working on written discovery |
| 6/21/2005 | Review emails. |
| 6/21/2005 | Meet with SJN about course of discovery and documents. |
| 6/21/2005 | Meet with TSN about document production, evidence for trial and discovery. |
| 6/21/2005 | Review latest Third Circuit first amendment and causation opinion |
| 6/21/2005 | E-mail to clients re: causation and comparator homework |
| 6/21/2005 | Review and organize materials for depos |
| 6/21/2005 | Pull data together and letter to clients |
| 6/21/2005 | Review collateral source rule memo |
| 6/21/2005 | Review key documents from docs turned over to Auditor |
| 6/22/2005 | Telephone with VF about facts, discuss with SJN. |
| 6/22/2005 | Meet with SJN to prepare answers to interrogatories. |
| 6/22/2005 | Meet with TSN to prepare answers to interrogatories. |
| 6/22/2005 | Fact investigation. |
| 6/22/2005 | Call from Kurt |
| 6/22/2005 | Find and pull latest FTU news stories |
| 6/22/2005 | Meeting with law clerk re: adverse action issues to research |
| 6/22/2005 | Working with TSN on written discovery |
| 6/22/2005 | Working with SJN on written discovery |
| 6/22/2005 | Working on written discovery |
| 6/26/2005 | Email to CB. |
| 6/27/2005 | Review email from LP on damages and our response. |
| 6/27/2005 | Interview potential witness on liability. |
| 6/27/2005 | Telephone with Kurt and then Wayne |
| 6/27/2005 | Review causation e-mails from Chris and Kurt |
| 6/27/2005 | E-mail from Fitzgerald |
| 6/28/2005 | Meet with JU re his collateral source research. |
| 6/28/2005 | Meet with JU about mitigation of damages and our disability pension application. |
| 6/28/2005 | E-mail to Fitzgerald re: depos |
| 6/28/2005 | Call from Kurt |
| 6/28/2005 | E-mail from and to Fitzgerald re: defendants' refusal to turn over personnel files and other dis... |
| 6/28/2005 | Working on written discovery |
| 6/28/2005 | Discussion of Collateral Source Memo |
| 6/28/2005 | Discussion of assignments transferd dealing with FTU, first, dealing with Pension Applications, ... |
| 6/28/2005 | Initial research into disability pension applications, looking at Sebastian's work and also find... |
| 6/29/2005 | Meet with SJN and draft email to Dr. Borz. for the case. |
| 6/29/2005 | Meet with SJN about Dr. Borz report and email to him on lhis report. |
| 6/29/2005 | Review emails on discovery dispute. |
| 6/29/2005 | Telephone to Kurt |
| 6/29/2005 | Meeting re: vocational experts |
| 6/29/2005 | Meeting re: vocational experts |
| 6/29/2005 | E-mail from Fitzgerald |
| 6/29/2005 | Call from Kurt |
| 6/29/2005 | Telephone with Kurt re: discovery and damages |

10:29 AM

06/10/06

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|---|---|
| 6/29/2005 | Research into disability pension for Delaware State Police and coming across some of the statute... |
| 6/29/2005 | Research into disability pension applications and related case law for Price and Warren. |
| 6/29/2005 | Researching how and what are the best way to file a disability pension application for Warren an... |
| 6/29/2005 | Research into pension plans offered by the state police for diability.  Continued looking throug... |
| 6/30/2005 | Firearms Training Unit - fees |
| 6/30/2005 | Firearms Training Unit - fees |
| 6/30/2005 | Telephone from Kurt |
| 6/30/2005 | Meeting with TSN re: damages and retaliation issues |
| 6/30/2005 | Meeting with SJN re: damages and retaliation issues |
| 6/30/2005 | Call from Kurt re: setting up appointment |
| 6/30/2005 | Research and some note taking regarding case law in the area of disability pension under the new... |
| 6/30/2005 | Research and drafting a rule statement concerning the disability pension applications of Price a... |
| 6/30/2005 | Research and Drafting concerning the disability pensions for Warren and Price. |
| 7/1/2005 | Telephone to Kurt |
| 7/1/2005 | Telephone with Kurt |
| 7/1/2005 | E-mail to Price |
| 7/1/2005 | File memo re: MacLeish depo |
| 7/1/2005 | Meeting with law clerk |
| 7/1/2005 | Telephone with Wayne re: discovery issues |
| 7/1/2005 | Review comparator info |
| 7/1/2005 | Drafting memo concerning disability pension beneftis for Warren and Price under Title 11, Chapte... |
| 7/1/2005 | Research and Writing of memo concerning disability pension applications for Kurt and Wayne. |
| 7/3/2005 | Working on written discovery |
| 7/5/2005 | Meet with SJN about coverage of July depositions. |
| 7/5/2005 | Meeting with TSN re: written discovery |
| 7/5/2005 | Meeting with SJN re: written discovery |
| 7/5/2005 | Drafting of memo concerning the pension applications of Price and Warren and preparing the memo ... |
| 7/6/2005 | Telephone with Wayne re: ROGs |
| 7/6/2005 | Researching through Price and Warren's medical records, and their employment history.  Trying to ... |
| 7/6/2005 | Research into medical files of Warren and Price in order to better understand their claims for d... |
| 7/7/2005 | Call from Kurt re: interrogatories |
| 7/7/2005 | Meeting with Kurt & Wayne re: discovery and related issues |
| 7/7/2005 | Drafting memo concerning legal status of pension board cases and what is required in them to get... |
| 7/7/2005 | Drafting a list of question for the telephone conference next Tuesday the 12th of July, concerni... |
| 7/11/2005 | Receive two law clerk memos. |
| 7/11/2005 | Meet with SJN about discovery responses due next week. |
| 7/11/2005 | Meet with TSN about discovery responses due next week. |
| 7/11/2005 | Working on written discovery |
| 7/11/2005 | Legal research on damages issues, pension offsets. |
| 7/11/2005 | Meeting with SjN about trial strategy and damages issues. |
| 7/11/2005 | Meeting with TSN about damages issues and trial strategy. |
| 7/11/2005 | Reviewing notes in preparation for telephone conference and adding a few questions to the list r... |
| 7/11/2005 | Reviewing notes and memos on the FTU pension applications for Price and Warren preparing for the... |
| 7/12/2005 | Telephone conference with Larry Talley about mitigation of damages and strategy issues. |
| 7/12/2005 | Meet with SJN about trial strategy issues and damages and mitigation. |
| 7/12/2005 | Meet with JU lawclerk about the medical record and damages and mitigation of damages issues. |
| 7/12/2005 | Email to clients. |
| 7/12/2005 | Memos from law clerk. |
| 7/12/2005 | Meeting with TSN re: discovery, damages and other issues |
| 7/12/2005 | Meeting with SJN re: discovery, damages and other issues |
| 7/12/2005 | Working on written discovery |
| 7/12/2005 | Preparing for Telephone confrence with Larry Talley concerning the pension applications of Kurt ... |
| 7/12/2005 | Meeting with TSN concerning the Pension Applications of Wayne Warren and Kurt Price and given ne... |
| 7/12/2005 | Telephone Confrence with Larry Talley concerning Kurt Price and Wayne Warren Pension application... |
| 7/12/2005 | Meeting with TSN and SJN concerning the telephone conference with Larry Talley and what would be... |
| 7/12/2005 | Drafting Memo concerning the Larry Talley Telephone conference and the details which were given ... |
| 7/12/2005 | Re working questions related to the Larry Talley phone conversation and adding answers to them. ... |
| 7/12/2005 | Redrafting memo concerning the pension applications for Wayne Warren and Kurt Price.  Added the ... |
| 7/13/2005 | Meeting with TSN re discovery |
| 7/13/2005 | Meeting with SJN re discovery |
| 7/13/2005 | Working on written discovery |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... |
| 7/13/2005 | Going through Kurt Price Medical Record and putting together a comprehensive medical history as ... |
| 7/14/2005 | Meet with SJN about final argument. |
| 7/14/2005 | Email from WWarren. |
| 7/14/2005 | Try to reach WW. |
| 7/14/2005 | Working on written discovery |
| 7/14/2005 | Typing a memo concerning the medical history of Kurt Price, including all prior illnesses, their... |

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
| --- | --- |
| 7/14/2005 | Finishing the Kurt Price part of the memo on mediicial records then moving to research the Wayne ... |
| 7/14/2005 | Research into the medical history of Wayne Warren and also the diagnosis, prognosis and causatio... |
| 7/15/2005 | Prepare for Capt. Baylor deposition. |
| 7/15/2005 | Meet with client about trial of the case and damages. |
| 7/15/2005 | Meeting with TSN |
| 7/15/2005 | Meeting with SJN |
| 7/15/2005 | Working on written discovery |
| 7/15/2005 | Research and some writing on the medical history of Wayne Warren and his medical history |
| 7/15/2005 | Research and Writing of a memo dealing with the causes, diagnsoses, prognosis and other things d... |
| 7/15/2005 | Drafting memo on the medical and work history of Wayne Warren. |
| 7/16/2005 | Depo prep |
| 7/16/2005 | Working on document production |
| 7/17/2005 | Call from Kurt re: rog's |
| 7/17/2005 | Working on document production |
| 7/17/2005 | Depo prep for MacLeish |
| 7/17/2005 | Prepare for Dave Baylor deposition. |
| 7/18/2005 | Telephone with client about discovery. |
| 7/18/2005 | Take the Deposition of Major Dave Baylor morning. |
| 7/18/2005 | Meet with SJN to discuss the deposition of Dave Baylor and the Col. tomorrow. |
| 7/18/2005 | Take the deposition of Major Baylor in the afternoon. |
| 7/18/2005 | Meet with clients about today's partial deposition of Baylor and our results. |
| 7/18/2005 | Meet with SJN to prepare for MacLeish deposition. |
| 7/18/2005 | Prepare for MacLeish deposition tomorrow, meet with SJN. |
| 7/18/2005 | Depo prep - MacLeish |
| 7/19/2005 | Meet with SJN to review his outline of Col. MacLeish's deposition today. |
| 7/19/2005 | Review, approve and edit and transmit our interrogatory answers and document request response. |
| 7/19/2005 | Meet with Kurt Price about MacLeish deposition today. |
| 7/19/2005 | Meet with Kurt Price about his financial damages and injuries. |
| 7/19/2005 | Meet with SJN about the MacLeish deposition today. |
| 7/19/2005 | Depo of MacLeish |
| 7/19/2005 | Depo prep for MacLeish |
| 7/19/2005 | Meet with clients, then meet with TSN re: depositions |
| 7/19/2005 | Drafting last parts of medical history memo for Wayne Warren and Kurt Price giving their diagnos... |
| 7/20/2005 | Meet with SJN about the MacLeish deposition yesterday. |
| 7/20/2005 | Telephone with Kurt re: depositions |
| 7/20/2005 | Telephone with Wayne re: depos |
| 7/20/2005 | Depo prep |
| 7/20/2005 | Pleadings review |
| 7/21/2005 | Prepare for Papili deposition, speak with VF about his truthfulness. |
| 7/21/2005 | Email on damages. |
| 7/21/2005 | Prepare for Major Papili deposition. |
| 7/21/2005 | Prepare for Papili deposition. |
| 7/21/2005 | E-mails to & from TSN |
| 7/21/2005 | Discovery doc review |
| 7/21/2005 | Meeting with TSN re: depositions and discovery |
| 7/21/2005 | Telephone call to Kurt |
| 7/21/2005 | Depo prep - talk with TSN re: exhibits for Papili depo |
| 7/21/2005 | Depo prep for Papili |
| 7/21/2005 | Written discovery - working on RFP's |
| 7/22/2005 | Morning deposition of Major Papili. |
| 7/22/2005 | Deposition preparation for afternoon of Papili. |
| 7/22/2005 | Meet with SJN about who to further depose in the case. |
| 7/22/2005 | Meet with TSN about who to further depose in the case. |
| 7/22/2005 | Conclude deposition of Major Papili. |
| 7/22/2005 | Meet with SJN on Kurt Prices IME today. |
| 7/22/2005 | Telephone with Kurt |
| 7/22/2005 | Meeting with TSN, MDH, Chris |
| 7/22/2005 | Working on discovery issues and fact investitation |
| 7/22/2005 | Review and pull together docs for Dr. Tavani |
| 7/25/2005 | Meet with SJN about damages. |
| 7/25/2005 | Prepare for Baylor deposition tomorrow, meet with SJN. |
| 7/25/2005 | Meet with TSN to prepare for Baylor deposition tomorrow. |
| 7/25/2005 | Review comments from Dr. Tavani on exam of Kurt Price. |
| 7/25/2005 | Prepare bias questions for Major Papili |
| 7/25/2005 | Review SJN memo on remaining witnesses to depose. |
| 7/25/2005 | Prepare for Baylor deposition. |
| 7/25/2005 | Review document responses. |
| 7/25/2005 | Meeting with TSN re: vocational expert |
| 7/25/2005 | Meeting with TSN re: vocational expert |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
| --- | --- |
| 7/25/2005 | E-mail to MDH re: vocational experts |
| 7/25/2005 | Letter to Dr. Tavani enclosing documents to aid in her review |
| 7/25/2005 | Telephone call from Chris re: witnesses & fact investigation |
| 7/26/2005 | Prepare for Baylor deposition. |
| 7/26/2005 | Deposition of Baylor day 2. |
| 7/26/2005 | Finish deposition of major Baylor. |
| 7/26/2005 | Meet with clients and counsel after Baylor depostion. |
| 7/26/2005 | Meeting with TSN re: depos and discovery |
| 7/26/2005 | Meeting with SJN re: depos and discovery |
| 7/26/2005 | Review defendants' rog answers |
| 7/26/2005 | Meetings with TSN, MDH, Chris and/or Kurt re: deposition of Dave Baylor |
| 7/26/2005 | Meetings with TSN, MDH, Chris and/or Kurt re: depositions and discovery |
| 7/27/2005 | Telephone wilth TCC about damages and the workers comp proceedings. |
| 7/27/2005 | File memo on damages. |
| 7/27/2005 | Meet with MH about trial issues. |
| 7/27/2005 | Meeting with TSN re: depositions and discovery |
| 7/27/2005 | Meeting with SJN re: depositions and discovery |
| 7/28/2005 | Meeting with TSN re: written discovery |
| 7/28/2005 | Meeting with SJN re: written discovery |
| 7/28/2005 | Fact investigation |
| 7/29/2005 | Revise and file 3rd RFP |
| 7/29/2005 | Review docs, status and draft letter to MacLeish |
| 7/29/2005 | Discuss discovery issues with SJN. |
| 7/29/2005 | Review stonewalling email from RF. |
| 7/29/2005 | Review lett to MacLeish on termination date. |
| 7/29/2005 | Revise memo to SJN. |
| 8/1/2005 | Depo prep - for Capt. Davis |
| 8/2/2005 | Telephone calls with TC re: damages |
| 8/3/2005 | E-mails re: setting up Capt. Davis' depo |
| 8/3/2005 | Meeting with Kurt and Wayne re: documents produced from defendants |
| 8/3/2005 | Review adverse action memo |
| 8/3/2005 | Meeting with Kurt and Wayne re: discovery |
| 8/3/2005 | Telephone with Chris re: discovery issues |
| 8/3/2005 | Telephone with Kurt re: discovery issues |
| 8/3/2005 | Meeting with Kurt and Wayne re: discovery issues and documents |
| 8/3/2005 | Telephone with TSN re: discovery issues |
| 8/3/2005 | Telephone call from SJN re: discovery issues |
| 8/4/2005 | Trying to set up a date for deposition of Capt. Davis |
| 8/8/2005 | Call and e-mail to Ed Ellis - responding to Ed's call |
| 8/8/2005 | Meeting with TSN re: discovery and depos |
| 8/8/2005 | Meeting with SJN re: discovery and depos |
| 8/8/2005 | Call from Wayne re: separation date from DSP |
| 8/8/2005 | E-mail to defense counsel re: depos of Chaffinch and Yeomans |
| 8/8/2005 | Letter to Dr. Tavani |
| 8/9/2005 | Telephone with Ed Ellis re retirement date, discuss with SJN. |
| 8/9/2005 | Telephone with TSN and Ed Elllis about disability date and discuss with TSN. |
| 8/9/2005 | E-mail from and to Kurt |
| 8/9/2005 | Written discovery - 4th set of RFP's |
| 8/9/2005 | Meeting with TSN re: DSP efforts to get rid of Kurt and Wayne |
| 8/9/2005 | Meeting with SJN re: DSP efforts to get rid of Kurt and Wayne |
| 8/9/2005 | Messages from and call and e-mail to Ellis |
| 8/9/2005 | Calls to Wayne and Kurt |
| 8/9/2005 | File memos re: call from Ellis suspending the retire order and conversations with clients about ... |
| 8/9/2005 | Telephone with Kurt and Wayne |
| 8/9/2005 | E-mails to Crumplar |
| 8/9/2005 | Prep notice of depo for Chaffinch |
| 8/9/2005 | File organization - pulling stuff together for discovery |
| 8/10/2005 | Fact investigation. |
| 8/10/2005 | File memo. |
| 8/10/2005 | Meeting with TSN re: possible depos |
| 8/10/2005 | Meeting with SJN re: possible depos |
| 8/10/2005 | Meeting with TSN re: experts |
| 8/10/2005 | Meeting with SJN re: experts |
| 8/11/2005 | .Phone meetings with SJN and clients. |
| 8/11/2005 | Calls from TSN re: Mitchell and DSP's public comments about range repairs |
| 8/11/2005 | Call from Kurt |
| 8/11/2005 | Review latest FTU assessment by State Government |
| 8/11/2005 | Email and reply. |
| 8/12/2005 | Emails from clients. |

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 8/12/2005 | Revise memo. |
| 8/12/2005 | Meeting with TSN re: documents and discovery |
| 8/12/2005 | Meeting with SJN re: documents and discovery |
| 8/12/2005 | Talk with MDH re: status of case, discovery and depos |
| 8/12/2005 | E-mail to Al Mascetti re: FTU report |
| 8/12/2005 | Investigate facts, email from and to clients. |
| 8/13/2005 | Investigate facts proving light duty policy. |
| 8/14/2005 | Investigate new State report on conditions at the FTU. |
| 8/14/2005 | Email to clients. |
| 8/15/2005 | Meet with SJN and JR about strategy. |
| 8/15/2005 | Meet with TSN and JR about strategy. |
| 8/15/2005 | Email to clients. |
| 8/15/2005 | Email to clients. |
| 8/15/2005 | Email to EE on depositions. |
| 8/15/2005 | First and second draft of a press release. |
| 8/15/2005 | Telephone with AM about the new report. |
| 8/15/2005 | Meeting with TSN re: discovery and case strategy |
| 8/15/2005 | Meeting with SJN re: discovery and case strategy |
| 8/15/2005 | Call from Kurt |
| 8/16/2005 | Investigate new facts on condition of the range. |
| 8/16/2005 | Prepare a press release. |
| 8/16/2005 | Fact investigation, speak with VF. |
| 8/16/2005 | E-mail from Chris re: FTU facility |
| 8/17/2005 | Finalize press release on the range fix up report and prepare oral remarks. |
| 8/17/2005 | Prepare for press conference. |
| 8/17/2005 | Meeting with TSN re: depositions, discovery, and causation issues |
| 8/17/2005 | Meeting with SJN re: depositions, discovery, and causation issues |
| 8/17/2005 | Review numerous documents for deposition and trial use |
| 8/18/2005 | Meet with CF and KP about the case. |
| 8/18/2005 | Attend press conference. |
| 8/18/2005 | Meeting with clients re: FTU issues; damages; etc... |
| 8/18/2005 | Press conference |
| 8/18/2005 | Telephone calls to Chris, then Kurt, then Wayne |
| 8/19/2005 | Travel to and attend talk show with WDEL on conditions at the range and anticipated repairs. |
| 8/19/2005 | Telephone interview with the Dover Post. |
| 8/20/2005 | E-mail from and to Fitzgerald re: depositions |
| 8/20/2005 | Telephone messages from and calls to clients |
| 8/20/2005 | Working on discovery issues, reviewind discovery documents and pulling docs and other materials ... |
| 8/22/2005 | Telephone from Al Mascetti. |
| 8/22/2005 | Review TCC letter on work comp issues as it affects damages issues in our case. |
| 8/22/2005 | Fact investigaiton, statements of MacLeish at his deposition. |
| 8/23/2005 | Meet with JR about trial. |
| 8/23/2005 | Meet with SJN, MH about experts. |
| 8/23/2005 | E-mails to and from Chris |
| 8/23/2005 | Meeting with TSN re: discovery |
| 8/23/2005 | Meeting with SJN re: discovery |
| 8/23/2005 | Meeting with TSN and MDH re: expert damages |
| 8/24/2005 | Prepare for Chaffinch depo by reviewing MacLeish's depo |
| 8/25/2005 | Meeting with TSN re: depositions |
| 8/25/2005 | Meeting with SJN re: depositions |
| 8/25/2005 | Depo prep for Chaffinch |
| 8/25/2005 | Review emails. |
| 8/26/2005 | E-mails from and to Fitzgerald re: depositions and e-mails to TSN & MDH |
| 8/26/2005 | Meeting with TSN re: discovery and depositions |
| 8/26/2005 | Meeting with SJN re: discovery and depositions |
| 8/27/2005 | Review latest docs produced by Defendants |
| 8/28/2005 | Depo prep for Chaffinch |
| 8/29/2005 | Depo prep for Chaffinch - meeting with TSN |
| 8/29/2005 | Depo prep for Chaffinch - meeting with SJN |
| 8/29/2005 | Depo prep for Chaffinch's depo tomorrow |
| 8/29/2005 | E-mails to clients and to attorneys |
| 8/29/2005 | Call from Wayne re: Chaffinch depo |
| 8/29/2005 | Call from Kurt re: Chaffinch depo |
| 8/30/2005 | Discuss today's deposition Twice of Chaffinch with counsel. |
| 8/30/2005 | Investigate facts for use at Chaffinch deposition today. |
| 8/30/2005 | Meet with counsel about the chaffinch deposition today. |
| 8/30/2005 | Deposition of Chaffinch |
| 8/30/2005 | Meetings before and after Chaffinch depo with Wayne |
| 8/30/2005 | Call from Kurt re: Chaffinch depo and discovery issues |

10:29 AM

06/10/06

**The Neuberger Firm**
## Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 8/30/2005 | Telephone with TSN re: Chaffinch deposition and what remains for discovery |
| 8/30/2005 | Telephone with SJN re: Chaffinch deposition and what remains for discovery |
| 8/31/2005 | Meet with MH about proof of damages and expert reports. |
| 8/31/2005 | Legal research on new Scranton v. Hill case and its effect on our case. |
| 8/31/2005 | Telephone with Martin re: info for Castro vocational report |
| 8/31/2005 | Meeting with TSN re: discovery that remains to be taken |
| 8/31/2005 | Meeting with SJN re: discovery that remains to be taken |
| 8/31/2005 | Review and organize depo file in light of yesterday's depositions |
| 8/31/2005 | E-mails to clients, TSN, MDH and defense counsel re: various depos and other scheduling matters |
| 8/31/2005 | Pleadings review |
| 9/1/2005 | Legal research - light duty as adverse employment action |
| 9/1/2005 | Telephone with Tom Crumplar re: damages case |
| 9/1/2005 | Call from Kurt re: Bruce Peachy |
| 9/1/2005 | Pull together and review economic damages information |
| 9/1/2005 | Pleading review |
| 9/1/2005 | Call to Kurt re: Mayfram International |
| 9/1/2005 | E-mails to Robert and checking on depo dates |
| 9/2/2005 | Call to clients re: expert damages documents |
| 9/2/2005 | Meeting with MDH re: expert evidence |
| 9/2/2005 | E-mail to clients re: expert discovery and evidence |
| 9/2/2005 | Review docs that we need to pull together for the experts |
| 9/2/2005 | Telephone with Wayne re: depositions and pulling together tax returns |
| 9/2/2005 | Call from Kurt re: damages, experts and when the DSP is giving them notice |
| 9/5/2005 | Depo prep - for Capt. Davis |
| 9/6/2005 | Depo prep - for depo of Capt. Davis |
| 9/6/2005 | Pulling together expert economic discovery info |
| 9/6/2005 | E-mail from Ellis |
| 9/6/2005 | Deposition of Capt. Ralph Davis |
| 9/6/2005 | Meeting with Kurt, Wayne and Chris after depo |
| 9/6/2005 | Dictate memo about Capt. Davis deposition |
| 9/6/2005 | Dictate memo re: meeting with clients re: Capt. Davis' depo |
| 9/6/2005 | Legal research |
| 9/6/2005 | Legal research on new causation proof case Fasold v. Justice |
| 9/7/2005 | Review emails on depo. scheduling and confidentiality order. |
| 9/7/2005 | Review emails on the R. Davis deposition issue. |
| 9/7/2005 | Review emails on scheduling. |
| 9/7/2005 | Meeting with TSN re: depo of Capt. Davis and further discovery to be taken |
| 9/7/2005 | Meeting with SJN re: depo of Capt. Davis and further discovery to be taken |
| 9/7/2005 | Meeting with TSN re: depositions remaining and scheduling dates for plaintiffs to give their depos |
| 9/7/2005 | Meeting with SJN re: depositions remaining and scheduling dates for plaintiffs to give their depos |
| 9/7/2005 | Various e-mails to the men about status, depositions and discovery |
| 9/7/2005 | E-mail to Fitzgerald |
| 9/8/2005 | Telephone meeting with EE and SJN about ruel 4.2 issues. |
| 9/8/2005 | Meet with SJN about Rule 4.2 issues. |
| 9/8/2005 | Meeting with TSN re: depos and discovery |
| 9/8/2005 | Meeting with SJN re: depos and discovery |
| 9/8/2005 | E-mail to Kurt and Wayne re: setting up their depos |
| 9/9/2005 | Review emails. |
| 9/9/2005 | Email from client, CF on conveyor belt. |
| 9/9/2005 | Calls and e-mails to Kurt, Wayne and Chris re: confirming depo dates and discovery issues |
| 9/9/2005 | Call from Wayne re: his deposition |
| 9/9/2005 | Meeting with TSN re: discovery |
| 9/9/2005 | Meeting with SJN re: discovery |
| 9/9/2005 | E-mail to clients |
| 9/10/2005 | Meet with KP and discuss his case. |
| 9/10/2005 | Meet with client and discuss his case. |
| 9/10/2005 | Fact investigation, meet with GW about being our first witness at trial. |
| 9/11/2005 | E-mails from Wayne |
| 9/12/2005 | Investigate facts relating to defense subpoena of bullet trap records. |
| 9/12/2005 | Review Dr. Tavani report for Wayne Warren. |
| 9/12/2005 | Review MacLeish depo for comparator info |
| 9/13/2005 | Meet with JR about Wayne Warren's medical condition. |
| 9/14/2005 | Email to RF and reply on the tour tomorrow. |
| 9/14/2005 | Various e-mails re: FTU inspection and tour |
| 9/14/2005 | Review and pull together pay scale info for expert |
| 9/14/2005 | Pleading review |
| 9/15/2005 | Review FTU inspection photos |
| 9/15/2005 | Depo prep - Capt. Dixon |
| 9/15/2005 | Travel to and from the FTU to inspect it. |

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 9/15/2005 | Travel to and from FTU to inspect it. |
| 9/15/2005 | Inspect the FTU and take pictures of the site for use at trial.  Meet with the clients about the... |
| 9/15/2005 | Inspect the FTU with clients.  Meet with them about the site and their health issues. |
| 9/15/2005 | Review 99 pictures taken today. |
| 9/16/2005 | Letter to EE about amending the complaint and expert deadlines. |
| 9/16/2005 | Review Dr. Tavani report on Kurt Price. |
| 9/16/2005 | Emails to Kurt and then to Wayne. |
| 9/16/2005 | Email to trial witness GW. |
| 9/16/2005 | Review assorted Defense responses to discovery requests |
| 9/19/2005 | Email to clients on IME dates. |
| 9/19/2005 | Analyze issues arising from IME request. |
| 9/19/2005 | Telephone with Dr. Tavani re IME issues. |
| 9/19/2005 | Email to MH on IMEs |
| 9/19/2005 | Email to Kurt and Wayne. |
| 9/19/2005 | Email to cocounsel. |
| 9/20/2005 | Email to cocounsel on Dixon deposition. |
| 9/20/2005 | Email to cocounsel. |
| 9/20/2005 | Download, calendar and distribute two deposition notices. |
| 9/21/2005 | Firearms Training - Kurt Price's final fee payment |
| 9/21/2005 | Email on IME scheduling, email to cocounsel and clients. |
| 9/21/2005 | Letter delivering three medical reports, distribute reports. |
| 9/22/2005 | Firearms Training - almost inal payment of fees from W. Warren |
| 9/23/2005 | Meet with JR about Dr. B's report. |
| 9/23/2005 | Email to EE. |
| 9/23/2005 | Letter to Wayne's family physician. |
| 9/26/2005 | Discuss the case with SJN. |
| 9/26/2005 | Discuss the case with TSN. |
| 9/26/2005 | Review e-mails from the last week re: depositions, discovery and experts |
| 9/26/2005 | Review Capt. Davis' depo |
| 9/27/2005 | Meeting with SJN and JR about light duty status for the clients in light of the Tavani report. |
| 9/27/2005 | Meeting with TSN and JR about light duty status for the clients in light of the Tavani report. |
| 9/27/2005 | Meeting with TSN and SJN about the Tavani report and light duty status for the clients. |
| 9/27/2005 | Discuss case with MH. |
| 9/27/2005 | Email from cliient KP. |
| 9/27/2005 | Meeting with TSN re: amending complaint; comparator issues; discovery issues |
| 9/27/2005 | Meeting with SJN re: amending complaint; comparator issues; discovery issues |
| 9/27/2005 | Meeting with TSN re: protective order |
| 9/27/2005 | Meeting with SJN re: protective order |
| 9/27/2005 | Reviewing and revising the draft protective order from defendants |
| 9/27/2005 | Depo prep - for Yeomans |
| 9/28/2005 | Meet with Kurt and Wayne about their medical conditions. |
| 9/28/2005 | Telephone with Dr. Kozma's office. |
| 9/28/2005 | Working on draft protective order from Fitzgerald |
| 9/28/2005 | Depo prep - Meeting with TSN re: Yeomans depo |
| 9/28/2005 | Depo prep - Meeting with SJN re: Yeomans depo |
| 9/28/2005 | E-mail from and to RF re: changes to one of the p.o. paragraphs |
| 9/29/2005 | Deposition Preparation discuss Yeomans outline with SJN |
| 9/29/2005 | Deposition Preparation discuss Yeomans outline with TSN |
| 9/30/2005 | Meeting with TSN re: Yeomans depo |
| 9/30/2005 | Meeting with SJN re: Yeomans depo |
| 9/30/2005 | Telephone meeting with treating psychologist, Dr. Kozma. |
| 9/30/2005 | Email to clients. |
| 9/30/2005 | Email to JR on document production. |
| 9/30/2005 | Examine document production issues. |
| 9/30/2005 | Prepare for deposition of John Yeomans. |
| 9/30/2005 | Reviewing documentary discovery |
| 10/2/2005 | Meeting with SJN re: Yeomans depo tomorrow |
| 10/2/2005 | Meeting with TSN re: Yeomans depo tomorrow |
| 10/2/2005 | Prepare for Yeomans deposition, study Baylor 7, the DSP written disability policy. |
| 10/3/2005 | Depositon of Capt.  John Yeomans. |
| 10/3/2005 | Meetings with clients and or SJN about progress of the Yeomans deposition and its results. |
| 10/3/2005 | Prepare for the Yeomans depositon. |
| 10/3/2005 | Meet with SJN about how the deposition went today. |
| 10/3/2005 | Meeting with clients |
| 10/3/2005 | Numerous meetings with TSN and/or clients re: deposition of John Yeomans |
| 10/3/2005 | Call from Kurt re: fact investigation |
| 10/4/2005 | Meet with Union president about support for the case. |
| 10/4/2005 | Meet with MH about the Yeomans deposition. |
| 10/4/2005 | Meet with SJN about light duty term. |

**The Neuberger Firm**
# Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 10/4/2005 | Telephone with the USM office. |
| 10/4/2005 | Email on mediation to defense counsel. |
| 10/4/2005 | Follow up letters after the Yeomans deposition to review 6 personnel files and to justify review... |
| 10/4/2005 | Review medical disability statement. |
| 10/4/2005 | Call from Kurt re: injuries |
| 10/4/2005 | Meeting with TSN re: Yeomans depo |
| 10/4/2005 | Meeting with SJN re: Yeomans depo |
| 10/5/2005 | E-mails from TSN re: discovery issues |
| 10/5/2005 | Review medical records |
| 10/6/2005 | Telephone from VF about support for the case. |
| 10/6/2005 | Email from RF and reply on document production. |
| 10/6/2005 | Prepare temporary total disability application for Kurt and Wayne. |
| 10/6/2005 | Meeting with TSN re: the men's psychiatric injuries |
| 10/6/2005 | Meeting with SJN re: the men's psychiatric injuries |
| 10/7/2005 | Meeting with MH about economist reports. |
| 10/7/2005 | Email from RF on consent to amend the complaint. |
| 10/7/2005 | Review deposition of Capt. Davis and discuss issues with SJN in preparation of two clients depos... |
| 10/7/2005 | Email to EE on privilege issues in the Davis deposition. |
| 10/7/2005 | Call from Kurt about his injuries |
| 10/7/2005 | Telephone call to Kurt re: rescheduling his depo |
| 10/7/2005 | Review and edit depo memos |
| 10/7/2005 | E-mails to clients and then to co-counsel re upcoming depositions |
| 10/7/2005 | Meeting with TSN re: what the deposition discovery has revealed |
| 10/7/2005 | Meeting with SJN re: what the deposition discovery has revealed |
| 10/7/2005 | Meet with TSN re: privilege issues |
| 10/7/2005 | Depo prep for Wayne & Kurt |
| 10/8/2005 | Legal research - light duty as adverse action |
| 10/9/2005 | Legal research - free speech retalation; causal issues; and selective enforcement |
| 10/10/2005 | Letter to DSP on total disability. |
| 10/10/2005 | Call from KP. |
| 10/10/2005 | Meeting with TSN re: conflicts |
| 10/10/2005 | Meeting with SJN re: conflicts |
| 10/10/2005 | Meeting with TSN re: protected activity and disruption paradigm |
| 10/10/2005 | Meeting with SJN re: protected activity and disruption paradigm |
| 10/10/2005 | Letters and e-mails to Ellis and Yeomans |
| 10/10/2005 | Pleadings review |
| 10/10/2005 | Drafting amended complaint |
| 10/10/2005 | Telephone call from Wayne re: status, injuries and discovery |
| 10/11/2005 | Email to RF on document production. |
| 10/11/2005 | Meeting with TSN re: injuries |
| 10/11/2005 | Meeting with SJN re: injuries |
| 10/11/2005 | Depo prep for Wayne & Kurt's depos |
| 10/12/2005 | Depo prep |
| 10/13/2005 | Depo prep - prepare for meeting with Wayne and Kurt |
| 10/13/2005 | Depo prep - meeting with Wayne and Kurt re: their depos next week |
| 10/14/2005 | Meet with SJN about the attorney conflicts issues raised by EE. |
| 10/14/2005 | Pull down, review and ponder the motion to disqualify filed by the defense. |
| 10/14/2005 | Email to EE on briefing. |
| 10/14/2005 | File Amended Complaint and Stipulation |
| 10/14/2005 | E-mails to Robert |
| 10/14/2005 | Review D's Disqualification OB |
| 10/14/2005 | Meeting with TSN re: discovery issues |
| 10/14/2005 | Meeting with SJN re: discovery issues |
| 10/14/2005 | Return Kurt's calls |
| 10/17/2005 | Prepare Wayne Warren for his deposition. |
| 10/17/2005 | Deposition of Wayne Warren. |
| 10/17/2005 | Prepare Kurt Price for his deposition. |
| 10/17/2005 | Meeting with TSN re: scheduling |
| 10/17/2005 | Meeting with SJN re: scheduling |
| 10/17/2005 | Review and edit file memos |
| 10/17/2005 | Drafting briefing stipulation |
| 10/17/2005 | Meeting with SJN re: briefing |
| 10/17/2005 | Meeting with TSN re: briefing |
| 10/18/2005 | Prepare for Kurt Price deposition. |
| 10/18/2005 | Deposition of Kurt Price. |
| 10/18/2005 | Meet with clients to debrief after Warren and Price depositions. |
| 10/18/2005 | Prepare research project for law clerk re: MRPC 4.2, comment 7 |
| 10/19/2005 | Meet with MH about how the two depositions went. |
| 10/19/2005 | Meet with JR about trial issues. |

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
| --- | --- |
| 10/19/2005 | File memo on the depositions yesterday. |
| 10/19/2005 | Meeting with law clerk re: disqualification research project |
| 10/19/2005 | Meeting with TSN re: depos of Kurt & Wayne earlier this week |
| 10/19/2005 | Meeting with SJN re: depos of Kurt & Wayne earlier this week |
| 10/19/2005 | Calls from Kurt & Wayne re: impact of psychological injuries |
| 10/20/2005 | Review comparator email and respond. |
| 10/20/2005 | Meeting with TSN re: deposition issues |
| 10/20/2005 | Meeting with SJN re: deposition issues |
| 10/21/2005 | Review docs per RF's letter re: privileged documents |
| 10/21/2005 | E-mail to RF re: his letter about privileged documents |
| 10/24/2005 | Revise memo on Wayne and Kurt's depositions. |
| 10/24/2005 | Meeting with law clerk Cheryl re: research project |
| 10/24/2005 | Call from Ms. McCool of Judge Sleet's chambers re: the stipulation that was filed in Foraker and... |
| 10/24/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for... |
| 10/25/2005 | Meeting with TSN re: letter to Yeomans re: medical info |
| 10/25/2005 | Meeting with SJN re: letter to Yeomans re: medical info |
| 10/25/2005 | Various drafts of letter to Yeomans re: Kurt & Wayne's injuries and medical documentation reques... |
| 10/25/2005 | E-mail from Wayne re: MacLeish letter |
| 10/25/2005 | E-mail from Chris re: the comparators |
| 10/25/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... |
| 10/25/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for... |
| 10/27/2005 | E-mail from and to Lynn |
| 10/27/2005 | Meeting with Cheryl re: research project |
| 10/27/2005 | Review email from Capt. Yeomans. |
| 10/27/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... |
| 10/27/2005 | Legal research regarding interpretation of Model Rule of Professional Conduct 4.2, comment 7 for... |
| 10/28/2005 | Beginning to work on our disqualification AB |
| 10/28/2005 | Drafting memorandum regarding interpretation of Model Rule of Professional Conduct 4.2, comment ... |
| 10/29/2005 | Working on disqualification AB |
| 10/30/2005 | Working on disqualification AB |
| 10/31/2005 | Email to clients. |
| 10/31/2005 | Disqualificatoin AB |
| 11/1/2005 | Meeting with TSN about discovery |
| 11/1/2005 | Meeting with SJN about discovery |
| 11/1/2005 | Disqualification AB |
| 11/2/2005 | Email from WW and reply. |
| 11/2/2005 | Legal research - issue of comparators and similarly situated |
| 11/2/2005 | Meeting with TSN re: disqualification briefing |
| 11/2/2005 | Meeting with SJN re: disqualification briefing |
| 11/2/2005 | Disqualification AB |
| 11/3/2005 | Speak with SJN about Baylor deposition. |
| 11/3/2005 | Rview and analyze disqualification brief, work on our answering brief, speak to SJN.. |
| 11/3/2005 | Working on disqualification AB |
| 11/3/2005 | Telephone call to Dave Baylor to confirm his deposition time and date |
| 11/3/2005 | Call from TSN re: briefing |
| 11/4/2005 | Review and edit statement of facts and first legal argument in disqualificaiton briefing. |
| 11/4/2005 | Meeting with SJN regarding research assignment on Rule 4.2 and dealing with Defendant's Brief an... |
| 11/4/2005 | Meeting with CAS re: disqualification research needs |
| 11/4/2005 | Meeting with TSN re: disqualification AB |
| 11/4/2005 | Meeting with SJN re: disqualification AB |
| 11/4/2005 | Disqualification AB |
| 11/5/2005 | Disqualification AB |
| 11/6/2005 | Disqualification AB |
| 11/7/2005 | Meeting with SJN regarding further research on case law regarding whether a government employee ... |
| 11/7/2005 | Legal research regarding whether an employee has a right to counsel when being questioned by his... |
| 11/7/2005 | Meeting with Cheryl re: research assignment - right of an employee to counsel when being questio... |
| 11/7/2005 | E-mails to and from Robert |
| 11/7/2005 | Pleadings review |
| 11/7/2005 | E-mail to clients re: scheduled depos and attendance |
| 11/7/2005 | Call from Wayne re: declaration; statuts; and representation |
| 11/8/2005 | Drafting memorandum regarding Defendants cases in their opening brief and the employee's right t... |
| 11/8/2005 | Meeting with Cheryl re: disqualification briefing |
| 11/8/2005 | Meeting with TSN re: disqualification briefing |
| 11/8/2005 | Meeting with SJN re: disqualification briefing |
| 11/8/2005 | Working on disqualification AB |
| 11/9/2005 | Finished drafting and revising memorandum for SJN regarding Rule 4.2 case law and employee's rig... |
| 11/9/2005 | Case law research for SJN on RPC 1.13 and comment 10. |
| 11/9/2005 | Working on disqualification AB |
| 11/10/2005 | Discuss rule 4.2 briefing with SJN. |
| 11/10/2005 | Discuss documentary email discovery issues with SJN |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
| --- | --- |
| 11/10/2005 | Citation check and Table of Authorities for SJN on Answering Brief. |
| 11/10/2005 | Working on disqualification AB |
| 11/10/2005 | Meeting with TSN re: document discovery and disqualification AB |
| 11/11/2005 | Email to RF. |
| 11/11/2005 | Revise current draft of disqualification brief. |
| 11/11/2005 | Insert and find Appendix pages for Answering Brief. |
| 11/11/2005 | Meeting with TSN re: disqualification AB |
| 11/11/2005 | Meeting with SJN re: disqualification AB |
| 11/11/2005 | Disqualification AB |
| 11/12/2005 | Revise disqualification brief. |
| 11/12/2005 | Disqualification AB |
| 11/13/2005 | Review and approve SJN declaration for the briefing. |
| 11/13/2005 | Disqualification AB |
| 11/14/2005 | Meet with Kurt Price about how his two IMEs went and his emotional condition. |
| 11/14/2005 | Travel to and from Dover to review over 20 personnell files in person with Fbt. Fitzgerald. |
| 11/14/2005 | Review over 20 personnell files at headquarters with RF. |
| 11/14/2005 | Email to RF on document production. |
| 11/14/2005 | Meet with JR about today's discovery. |
| 11/14/2005 | Review emails on filing our brief and appendix. |
| 11/14/2005 | Call from Dave Baylor - requesting that we push back the start time of his depo 1 hour |
| 11/14/2005 | Draft and file amended notice of depo for Baylor |
| 11/14/2005 | E-mail to Fitzgerald |
| 11/14/2005 | Call from TSN re: personnel file examination at DSP HQ |
| 11/14/2005 | Finalizing disqualification AB |
| 11/15/2005 | Meet with MH to discuss discovery closing down. |
| 11/16/2005 | Review our Rule 4.2 brief as filed. |
| 11/18/2005 | Meet with WW and Foarker and TSN re discovery. |
| 11/18/2005 | Meeting with TSN re: depositions and discovery |
| 11/18/2005 | Meeting with SJN re: depositions and discovery |
| 11/21/2005 | Email to MH on discovery. |
| 11/21/2005 | Legal research - unclean hands |
| 11/21/2005 | File organization |
| 11/22/2005 | Meet with Wayne and Chris re: documents |
| 11/23/2005 | Study two economic reports for the two clients, discuss with the clients. |
| 11/23/2005 | Review remaining discovery to be taken and received |
| 11/23/2005 | Drafting and preparing RFP's and 'Rogs |
| 11/23/2005 | Review discovery letters and docs from RF |
| 11/28/2005 | Meet with JR about trial. |
| 11/28/2005 | Discuss briefing with SJN. |
| 11/28/2005 | Email to RF on documents. |
| 11/28/2005 | Email to MH on discovery dispute. |
| 11/28/2005 | Review D's disqualification RB |
| 11/28/2005 | Pleading review |
| 11/29/2005 | Meet with MH about the disqualification briefing. |
| 11/29/2005 | Review defense reply brief on the disqualification issue, speak with SJN about it. |
| 11/29/2005 | Telephone with TSN re: summary judgment briefing |
| 11/29/2005 | Call from Wayne re: injuries |
| 11/30/2005 | Pleading review |
| 11/30/2005 | Call from Kurt |
| 11/30/2005 | Meeting with TSN re: summary judgment briefing |
| 11/30/2005 | Meeting with SJN re: summary judgment briefing |
| 11/30/2005 | Meeting with TSN re: discovery and depositions |
| 11/30/2005 | Meeting with SJN re: discovery and depositions |
| 11/30/2005 | Meeting with MDH re: discovery issues |
| 11/30/2005 | Depo prep - Chris Foraker |
| 12/1/2005 | Discuss trial with SJN. |
| 12/1/2005 | Depo prep with Chris |
| 12/2/2005 | Depo prep meeting with Chris |
| 12/2/2005 | Telephone call to Kurt re: injuries |
| 12/5/2005 | Review and edit memo on medical records review. |
| 12/5/2005 | Meeting with TSN re: depos |
| 12/6/2005 | Meet with MH about compelling access to their hard drives. |
| 12/6/2005 | Meetings with MH to discuss the discovery hearing with the court tomorrow on email responses. |
| 12/6/2005 | Call from Kurt |
| 12/6/2005 | E-mail to JR re: setting up telephone connection to depo in Ohio |
| 12/6/2005 | Telephone call from Wayne re: electronic discovery issues and rebuttal to defense position |
| 12/6/2005 | E-mails to co-counsel re: discovery issues |
| 12/7/2005 | Meetings with MDH and then JR re: electronic discovery issues |
| 12/7/2005 | Draft briefing stipulation, pursuant to J. Sleet's requirements |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 12/7/2005 | Call to Wayne |
| 12/8/2005 | Spoilation of evidence legal research. |
| 12/8/2005 | Letter from KP. |
| 12/8/2005 | Email from WW. |
| 12/8/2005 | Meeting with clients re: review of personnel files |
| 12/8/2005 | File memo |
| 12/9/2005 | Meeting with TSN re: documentary discovery and retaliation issues |
| 12/9/2005 | Meeting with SJN re: documentary discovery and retaliation issues |
| 12/9/2005 | E-mail to clients re: spoliation of evidence issue |
| 12/9/2005 | Telephone call to Wayne re: spoliation of evidence issues |
| 12/12/2005 | Meeting with TSN re: summary judgment and disparate treatment evidence |
| 12/12/2005 | Meeting with SJN re: summary judgment and disparate treatment evidence |
| 12/13/2005 | Lunch with cients about their case. |
| 12/15/2005 | Reset  sj briefing deadlines, review court order. |
| 12/20/2005 | Email from RF and respond. |
| 12/21/2005 | Email and calendar about Greg Warren depositon. |
| 12/21/2005 | Prepare for Forrester deposition |
| 12/22/2005 | Deposition of Major Forester. |
| 12/22/2005 | Meeting with TSN re: depo of Major Joe Forrester |
| 12/22/2005 | Meeting with SJN re: depo of Joe Forrester |
| 12/22/2005 | Pleadings review |
| 12/22/2005 | Meeting with TSN & clients |
| 12/22/2005 | Call from Wayne re: continuing retaliation against him by DSP |
| 12/23/2005 | Strategy meeting with SJN and CAS on sj briefing, the deposition of Greg Warren and John Dillman. |
| 12/23/2005 | Meeting with TSN and CAS on trial strategy and the depositions of John Dillman and Greg Warren. |
| 12/23/2005 | Review MH email on computer hard drives. |
| 12/23/2005 | Fact investigation about J. Dillman. |
| 12/23/2005 | E-mail to Capt. Yeomans re: latest Dr. DeBernardo appointment |
| 12/28/2005 | Meet with Kurt and Wayne reviewing documents. |
| 12/28/2005 | Email from RF and reply on Dillman depo. |
| 12/28/2005 | Review email to JY. |
| 12/28/2005 | Email from witness Greg Warren on scheduling, email to RF on the same, calendar it all. |
| 12/28/2005 | Review emails today. |
| 12/29/2005 | Pleadings review |
| 1/3/2006 | Firearms Training Unit - Warren final fee payment |
| 1/4/2006 | Call to Kurt re: SJ briefing and ffd exams |
| 1/5/2006 | Try to reach JD. |
| 1/5/2006 | Investigate deposition of John Dillman. |
| 1/5/2006 | Work on outline for the brief. |
| 1/5/2006 | Drafting SJOB |
| 1/6/2006 | Speak with SJN about briefing. |
| 1/6/2006 | Fact interview with Kurt Price. |
| 1/6/2006 | Prepare to interview John Dillman. |
| 1/6/2006 | Drafting SJOB |
| 1/8/2006 | Fact investigation on comparators. |
| 1/8/2006 | Create comparator analysis for use in the briefing. |
| 1/9/2006 | Speak with CF about comparator analysis. |
| 1/9/2006 | Meet with John Dillman about areas the defense may wish to cover at his upcoming deposition. |
| 1/9/2006 | Prepare for Dillman depositon. |
| 1/9/2006 | Analyze comparator data for use in briefing, create tables. |
| 1/9/2006 | Working on spoliation sanctions OB |
| 1/9/2006 | Finish analysis of comparators for use in the briefing, review Baylor, Papili and Yeomans deposi... |
| 1/10/2006 | Complete analysis of comparators for the briefing, review day 2 of the Baylor deposition. |
| 1/10/2006 | Meet with MH about discovery conference with the court and trial preparation. |
| 1/10/2006 | Working on spoliation sanctions OB |
| 1/11/2006 | Deposition of Capt. Greg Warren. |
| 1/11/2006 | Meet with clients during and after the Greg Warren deposition on trial strategy. |
| 1/11/2006 | Working on spoliation sanctions OB |
| 1/12/2006 | Telephone with TE. |
| 1/12/2006 | Working on spoliation sanctions OB |
| 1/13/2006 | Meeting with client about strategy. |
| 1/14/2006 | Working on SJOB |
| 1/17/2006 | Telephone calls to the clients re: summary judgment briefing spoliation issues |
| 1/17/2006 | Email to EE on briefing schedule. |
| 1/17/2006 | Review our stipulation for the court. |
| 1/18/2006 | Deposition of John Dillman. |
| 1/18/2006 | Working on SJOB |
| 1/19/2006 | Meet with MH about the discovery hearing with the court yesterday. |
| 1/19/2006 | Review letter on Major Forester medical records and email to MH. |

10:29 AM

06/10/06

## The Neuberger Firm
## Customer QuickReport
### March 1, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 1/19/2006 | WOrking on SJOB |
| 1/20/2006 | Meeting with SJN about the content of the Greg Warren deposition last week. |
| 1/20/2006 | Legal research - recent First Amendment retaliation cases |
| 1/20/2006 | Working on SJOB |
| 1/21/2006 | Drafting SJOB |
| 1/21/2006 | Drafting SJOB |
| 1/22/2006 | Working on SJOB |
| 1/22/2006 | Second draft of the facts in our sj brief. |
| 1/23/2006 | Meet with JR about production of the appendix and seal appendix for the sj briefing, meet with S... |
| 1/23/2006 | Meeting with TSN re: SJ briefing |
| 1/23/2006 | Meeting with SJN re: SJ briefing |
| 1/23/2006 | Drafting SJOB |
| 1/23/2006 | Drafting spoliation sanctions OB |
| 1/23/2006 | Next draft of our entire sj brief. |
| 1/23/2006 | Enter Appendix citations into OBSJ. |
| 1/23/2006 | Enter in Appendix cites into OBSJ. |
| 1/23/2006 | Various meetings with SJN regarding Appendix to OBSJ and Sanctions brief. |
| 1/24/2006 | Meet with SJN about completing our briefing. |
| 1/24/2006 | Working on SJOB |
| 1/24/2006 | Review and make last changes in the sj brief. |
| 1/24/2006 | Review and edit destruction of evidence brief. |
| 1/24/2006 | Gather documents for OBSJ Appendix. |
| 1/24/2006 | Compose Sanctions OB Appendix table of contents. |
| 1/24/2006 | Enter in Appendix cites to OBSJ. |
| 1/25/2006 | Finalizing SJOB |
| 1/25/2006 | Working on consolidation motion |
| 1/25/2006 | Pleadings review |
| 1/25/2006 | Prepare draft of Rule 42(a) motion to consolidate the two cases. |
| 1/25/2006 | Telephone with Kurt and Wayne about the filing of the briefs today. |
| 1/25/2006 | Finish Appendix for OBSJ, Sanctions brief and Sealed Appendix. |
| 1/25/2006 | Bluebook Sanctions Brief. |
| 1/25/2006 | Research 3d Circuit case law for Motion to Consolidate. |
| 1/26/2006 | Meet with JR about distribution of filings from yesterday and more copies for the court. |
| 1/26/2006 | Review notice of filings yesterday. |
| 1/26/2006 | Read defendant's Summary Judgment Opening Brief. |
| 1/27/2006 | Review discovery documents, fitness for duty reports and medical records |
| 1/27/2006 | Pleadings review |
| 1/29/2006 | Meet with SJN about trial preparation and trial of the case. |
| 1/29/2006 | Meet with TSN about trial and trial preparation of the case. |
| 1/30/2006 | Telephone with Kurt Price. |
| 1/31/2006 | Review and analyze defense sj brief. |
| 1/31/2006 | First draft of our opening statement for trial. |
| 1/31/2006 | Email to WW on destruction of evidence issue. |
| 2/1/2006 | Legal research - recent causation opinion |
| 2/1/2006 | Meeting with TSN re: SJ & destruction of evidence issues |
| 2/1/2006 | Meeting with SJN re: SJ & destruction of evidence issues |
| 2/1/2006 | Meet with SJN about how to respond to defense sj brief. |
| 2/1/2006 | E-mail to clients re: summary judgment briefing and analysis |
| 2/1/2006 | Call from Wayne re: D's destruction of computer hard drives and sanctions issue |
| 2/1/2006 | Working on SJAB |
| 2/2/2006 | Review declarations and other additions to D's appendix |
| 2/2/2006 | Call from Kurt re: SJ briefing and help on record cites |
| 2/3/2006 | Pleadings review |
| 2/5/2006 | Working on SJAB |
| 2/6/2006 | Meeting with TSN re: SJAB |
| 2/6/2006 | Meeting with SJN re: SJAB |
| 2/6/2006 | Working on SJAB |
| 2/7/2006 | Meet with SJN about status of our answering brief. |
| 2/7/2006 | Email to clients. |
| 2/7/2006 | Meeting with SJN regarding answering brief. |
| 2/7/2006 | Bluebooking, entering appendix citations, and gathering unreported cases for summary judgment an... |
| 2/7/2006 | Working on SJAB |
| 2/8/2006 | Edit and make draft 3 of our answering brief, address comparator issues. |
| 2/8/2006 | Telephone with Kurt Price about our brief being filed today. |
| 2/8/2006 | Telephone with Wayne Warren about our court filings today and trial,. |
| 2/8/2006 | Email KP and WW. |
| 2/8/2006 | Email witness GW. |
| 2/8/2006 | Enter Appendix cites and check TOA for SJAB. |
| 2/8/2006 | Working on and finalizing SJAB |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

10:29 AM
06/10/06

| Date | Memo |
| --- | --- |
| 2/8/2006 | Next draft of our answering brief in opposition to defense motion for sj. |
| 2/10/2006 | Meet with SJN about remaining briefing. |
| 2/10/2006 | Organize brief file. |
| 2/10/2006 | Meeting with TSN re: SJ and related briefing |
| 2/10/2006 | Meeting with SJN re: SJ and related briefing |
| 2/10/2006 | Meeting with TSN re: discovery and evidentiary issues |
| 2/10/2006 | Meeting with SJN re: discovery and evidentiary issues |
| 2/10/2006 | Legal research - recent Third Circuit qualified immunity and motives/intent opinion |
| 2/10/2006 | Review recent defense document production |
| 2/10/2006 | Reviewing SJABs |
| 2/13/2006 | Email from Kurt Price. |
| 2/13/2006 | Call from Kurt re: SJ briefing |
| 2/13/2006 | Pleadings review |
| 2/13/2006 | E-mail from Robert re: extension of time - review and respond |
| 2/14/2006 | Review fitness for duty medical records for Kurt Price and economic damages report from defense ... |
| 2/15/2006 | Letter to Tom Borzilerri regarding the defense economic report. |
| 2/15/2006 | Letter to J. Castro about his trial dates and the defense report. |
| 2/15/2006 | Review fitness for duty report for Wayne Warren and economist report for the defense. |
| 2/15/2006 | Organize trial notebook. |
| 2/15/2006 | Pretrial - meeting with TSN re: pretrial order and related issues |
| 2/15/2006 | Pretrial - meeting with SJN re: pretrial order and related issues |
| 2/15/2006 | Drafting consolidation RB |
| 2/15/2006 | Drafting sanctions RB |
| 2/15/2006 | Drafting sanctions RB |
| 2/15/2006 | Review approve and discuss our reply brief on the sanctions destruction of evidence issue. |
| 2/16/2006 | Meet with CAS about pretrial templates. |
| 2/16/2006 | Meet with SJN about remainig briefing. |
| 2/16/2006 | Draft 2 of opening statement. |
| 2/16/2006 | First of draft of special verdict. |
| 2/16/2006 | Drafting SJRB |
| 2/16/2006 | Review Motion for Sanctions Opening Brief, Answering Brief and Reply Brief. |
| 2/16/2006 | Prepare for drafting Pre-Trial documents. |
| 2/16/2006 | Meet with CAS about pretrial templates. |
| 2/16/2006 | Meet with CAS about pretrial templates. |
| 2/16/2006 | Meet with CAS about pretrial templates. |
| 2/16/2006 | Meet with CAS about pretrial templates. |
| 2/17/2006 | Work on witness and exhibit secitons of the pretrial order draft, and review with CAS sections f... |
| 2/17/2006 | Edit letters to our experts. |
| 2/17/2006 | Finalize and file SJRB |
| 2/17/2006 | Add record cites to SJRB. |
| 2/17/2006 | Draft Pre-Trial documents. |
| 2/17/2006 | Meeting with TSN regarding Pre-trial documents. |
| 2/18/2006 | Analyze expected expenses for trial and post trial briefing, trial prepatation. |
| 2/19/2006 | Telephone with Wayne Warren about trial issues. |
| 2/20/2006 | Speak with MH about pretrial draft. |
| 2/20/2006 | Meet with JR about trial preparations. |
| 2/20/2006 | Download DI 104 from the clerk. |
| 2/20/2006 | Quick review of DI 104 and it appendix. |
| 2/20/2006 | Email to EE on a request to file a surreply brief. |
| 2/20/2006 | Prepare first draft of jury prayers and preliminary jury prayers. |
| 2/20/2006 | Prepare trial brief. |
| 2/20/2006 | Draft pre-trial documents. |
| 2/21/2006 | Email from K Price. |
| 2/21/2006 | Email from Wayne Warren. |
| 2/21/2006 | Speak with CAS about our draft documents, gather documents to review. |
| 2/21/2006 | Draft Pre-Trial documents. |
| 2/21/2006 | Second draft of the pretrial order. |
| 2/22/2006 | Try to reach EE by phone, email to him. |
| 2/22/2006 | Email from EE and reply on the Sur-reply issue. |
| 2/22/2006 | Meet with CAS about preparing a motion to strike the last reply brief. |
| 2/22/2006 | Review corrections to pretrial papers drafts. |
| 2/22/2006 | Review reply brief and appendix in support of defendants' motion for summary judgment. |
| 2/22/2006 | Email to cocounsel. |
| 2/22/2006 | Draft Pre-trial documents. |
| 2/22/2006 | Meeting with TSN regarding pre-trial. |
| 2/22/2006 | Prepare to write Motion to Strike D's SJRB. |
| 2/23/2006 | Meet with MH, and some with CAS about pretrial issues and motions in limine. |
| 2/23/2006 | Meet with MH, and some with CAS, about pretrial issues and motions in limine. |
| 2/23/2006 | Send pre-trial documents to client and incorporate responses. |

10:29 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 2/23/2006 | Draft pre-trial documents. |
| 2/23/2006 | Meeting with TSN and MDH. |
| 2/23/2006 | Meeting with TSN regarding Kurt. |
| 2/23/2006 | Phone call from Kurt. |
| 2/23/2006 | Draft Motion to Strike D's SJRB. |
| 2/24/2006 | Second draft of in limine motion re Capt. Dixon. |
| 2/24/2006 | Revise our motion to strike. |
| 2/24/2006 | Meet with JLR as backup help for trial. |
| 2/24/2006 | Research for the motion in limine on Dixon. |
| 2/24/2006 | Download DI 105 and distribute. |
| 2/24/2006 | Email to cocounsel. |
| 2/24/2006 | Finalize Motion to Strike D's SJRB. |
| 2/24/2006 | Research for Motion in Limine. |
| 2/24/2006 | Organize briefs. |
| 2/25/2006 | |
| 2/25/2006 | |
| 2/27/2006 | Pleading review |
| 2/27/2006 | Meeting with TSN re: trial prep, damages and how clients are doing |
| 2/27/2006 | Meeting with TSN re: trial prep, damages and how clients are doing |
| 2/27/2006 | Pretrial prep - working on motions in limine |
| 2/27/2006 | Meet with SJN about preparing trial testimony. |
| 2/27/2006 | Meet with SJN about preparing motions in limine. |
| 2/28/2006 | Call from Kurt |
| 2/28/2006 | Reviewing, revising and filing motions in limine |
| 2/28/2006 | Meetings with CAS re: letter to Yeomans re: Kurt not receiving 2 years light duty |
| 2/28/2006 | Meeting with SJN regarding pre-trial documents. |
| 2/28/2006 | Send pre-trial docs to defense counsel. |
| 2/28/2006 | Check pre-trial documents to supplement or amend. |
| 2/28/2006 | Letter to Yeomans on behalf of Kurt Price. |
| 2/28/2006 | Revise Motion in limine |
| 2/28/2006 | Prepare to draft letter to Yeomans - talk to client, meet with SJN, read Yeoman's deposition |
| 2/28/2006 | Revise Dixon motion in limine. |
| 3/1/2006 | Revise letter to Yeomans re: 2 years of light duty for Kurt |
| 3/1/2006 | Call from Chris re: hearing comparators and ongoing fact investigation |
| 3/1/2006 | E=-mail to co-counsel re: new hearing comparator |
| 3/1/2006 | Letter to Yeomans on behalf of Kurt Price. |
| 3/2/2006 | Email on hearing loss. |
| 3/2/2006 | Review D's SJRB |
| 3/3/2006 | Meeting with SJN regarding supplemental documents for pretrial. |
| 3/3/2006 | Supplemental authority letter to Court |
| 3/3/2006 | E-mail to Ed & Robert |
| 3/3/2006 | Pretrial - review exhibits for use at trial |
| 3/7/2006 | Trial prep - working on drafting testimony |
| 3/8/2006 | Trial prep - working on drafting testimony |
| 3/9/2006 | Trial prep - testimony |
| 3/9/2006 | Pleadings review |
| 3/10/2006 | Call from Kurt |
| 3/12/2006 | Check for timing of pretrial order. |
| 3/12/2006 | Pleadings review |
| 3/12/2006 | Pleadings review |
| 3/13/2006 | Meet with SJN about pretrial preparation. |
| 3/13/2006 | Meet with CAS about pretrial preparation. |
| 3/13/2006 | E-mails to Robert |
| 3/13/2006 | Meeting with TSN re: pretrial order and related paperwork |
| 3/13/2006 | Meeting with SJN re: pretrial order and related paperwork |
| 3/14/2006 | Prepare RB to Motion to Strike |
| 3/14/2006 | Legal research - review recent Third Circuit cases re: First Amendment retaliation and adverse a... |
| 3/14/2006 | Meeting with TSN re: adverse action |
| 3/14/2006 | Meeting with SJN re: adverse action |
| 3/15/2006 | Draft reply to support motion to quash. |
| 3/15/2006 | Prepare for reply to support motion to limit cross of Dixon. |
| 3/15/2006 | Revise and review pretrial docs. |
| 3/15/2006 | Pleadings review |
| 3/15/2006 | E-mail to CAS re: motions in limine |
| 3/15/2006 | E-mail to Robert re: amending certificate of service |
| 3/15/2006 | Review D's motion in limine re: Bud Fini and figure out how to respond |
| 3/15/2006 | Working on pretrial papers |
| 3/15/2006 | Review and file briefing stipulation |
| 3/16/2006 | Pretrial documents |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 3/16/2006 | Reply to Motion to Strike |
| 3/16/2006 | Review defense pretrial submission. |
| 3/16/2006 | Review defense motions in limine and responses to our own. |
| 3/16/2006 | Working on pretrial order |
| 3/16/2006 | Supplemental authority letter to Judge Sleet |
| 3/16/2006 | Revising motion to strike RB |
| 3/16/2006 | Working on motions in limine |
| 3/16/2006 | Telephone calls to Kurt and Wayne re: status and trial |
| 3/16/2006 | Prepare reply to motion in limine to limit cross of Dixon |
| 3/17/2006 | Pretrial prep - meeting with TSN reviewing pretrial order drafts and editing |
| 3/17/2006 | Pretrial prep - meeting with SJN reviewing pretrial order drafts and editing |
| 3/17/2006 | Pretrial prep - working on pretrial order - evidence and exhibits |
| 3/17/2006 | Review pretrial docs. |
| 3/17/2006 | Review pretrial docs. - evidentiary objections. |
| 3/17/2006 | Draft Reply to Motion to Limit Cross of Dixon |
| 3/19/2006 | Pretrial prep - working on pretrial |
| 3/20/2006 | Pretrial prep - meeting with CAS re: to do |
| 3/20/2006 | Pretrial prep - meeting with SJN re: to do |
| 3/20/2006 | Finalize motion to strike RB |
| 3/20/2006 | Pretrial prep - meeting with Chris re: defense exhibits and other pretrial submissions |
| 3/20/2006 | Pleadings review |
| 3/20/2006 | Pretrial prep - working on pretrial order |
| 3/20/2006 | Finalize reply in support of motion to strike D's SJRB. |
| 3/20/2006 | Pretrial documents. |
| 3/20/2006 | Meeting with SJN regarding pretrial documents. |
| 3/20/2006 | Legal research on FRE 404. |
| 3/20/2006 | Reply in Support of Motion in Limine to Limit cross of Dixon |
| 3/20/2006 | Telephone with SJN about pretrial docment preparation. |
| 3/20/2006 | Email to clients. |
| 3/20/2006 | Review our motion to strike reply. |
| 3/20/2006 | Pre-Trial Order Document Production |
| 3/21/2006 | Revise, finalize and final RB in support of Dixon Motion in Limine |
| 3/21/2006 | E-mail to RF re: pretrial order issues |
| 3/21/2006 | Pretrial prep - meeting with TSN re: status of pretrial prep |
| 3/21/2006 | Pretrial prep - meeting with SJN re: status of pretrial prep |
| 3/21/2006 | Pretrial prep - meeting with CAS re: pretrial papers and things to do |
| 3/21/2006 | Pretrial prep - meeting with SJN re: pretrial papers and things to do |
| 3/21/2006 | Pretrial prep - working on pretrial order |
| 3/21/2006 | legal research on FRE 404. |
| 3/21/2006 | Pretrial documents. |
| 3/21/2006 | Revise pretrial drafts. |
| 3/21/2006 | Continue Pre-Trial Order Document Production |
| 3/22/2006 | Meet with SJN to review each defense exhibit and determine our position on them and complete sch... |
| 3/22/2006 | Meet with SJN and CAS to review and approve final pretrial papers. |
| 3/22/2006 | Meet with CAS and TSN to review and approve final pretrial papers. |
| 3/22/2006 | Pretrial prep - Meeting with TSN re: pretrial issues |
| 3/22/2006 | Pretrial prep - Meeting with SJN re: pretrial issues |
| 3/22/2006 | Revising pretrial order |
| 3/22/2006 | Pretrial prep - calls to clients re: special damages |
| 3/22/2006 | Pretrial documents. |
| 3/22/2006 | Meeting with TSN/SJN regarding pretrial. |
| 3/22/2006 | Email from RF and respond on pretrial section a. |
| 3/22/2006 | Email from SJN and reply on a new defense exhibit |
| 3/22/2006 | Continue Pre-Trial Order Document Production |
| 3/23/2006 | Pretrial prep - working on pretrial order |
| 3/23/2006 | Meeting with TSN re: status of pretrial |
| 3/23/2006 | Meeting with SJN re: status of pretrial |
| 3/23/2006 | Pretrial prep - meeting with TSN & CAS re: status of pretrial order |
| 3/23/2006 | Pretrial prep - meeting with SJN & CAS re: status of pretrial order |
| 3/23/2006 | Pretrial prep - meeting with TSN & SJN re: status of pretrial order |
| 3/23/2006 | Pretrial docs. |
| 3/24/2006 | Attend to filing pretrial papers. |
| 3/24/2006 | Prepare a settlement offer. |
| 3/24/2006 | Email to clients regarding pretrial documents. |
| 3/24/2006 | Pretrial documents. |
| 3/24/2006 | Finish Pre-Trial Order and Contested Exhibits of both Defendant and Plaintiff |
| 3/27/2006 | Pretrial prep - meeting with CAS re: status of pretrial order docs |
| 3/27/2006 | Pretrial prep - meeting with SJN re: status of pretrial order docs |
| 3/27/2006 | Pretrial docs. |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 3/28/2006 | Draft demand letter to RF. |
| 3/28/2006 | Email to RF. |
| 3/28/2006 | Pretrial notes - detemine what is left to do. |
| 3/28/2006 | Pretrial docs. |
| 3/29/2006 | Pretrial documents. |
| 3/29/2006 | Draft letter to Fitzgerald re pretrial docs for SJN's signature. |
| 3/30/2006 | Review emails on the pretrial documents. |
| 3/30/2006 | Pretrial documents. |
| 4/4/2006 | Phone call from Wayne regarding special damages data. |
| 4/4/2006 | Gather special damages data from Foraker and Price - make copies. |
| 4/6/2006 | Pretrial docs. |
| 4/6/2006 | Email to Kurt and Wayne. |
| 4/6/2006 | Email to mH. |
| 4/6/2006 | Review and approve resignation letter of KP to DSP. |
| 4/6/2006 | Discuss trial with SJN. |
| 4/7/2006 | Meet with MH about trial testimony preparation. |
| 4/7/2006 | Review letters on workers comp actions by the defense. |
| 4/7/2006 | Email from KP and respond. |
| 4/8/2006 | Email from KP and reply. |
| 4/9/2006 | Speak with SJN about trial issues. |
| 4/9/2006 | Email to Kurt and Wayne. |
| 4/10/2006 | Draft documents for SJN regarding special damages. |
| 4/10/2006 | Email from WW and rply. |
| 4/13/2006 | Meet with WAyne Warren. |
| 4/13/2006 | Email on expert report updates. |
| 4/13/2006 | Prepare for pretrial next week. |
| 4/14/2006 | Prepare for pretrial next week. |
| 4/15/2006 | Emails regarding pretrial conference - things to prepare. |
| 4/16/2006 | Emails regarding pretrial conference - things to prepare. |
| 4/17/2006 | Meet with SJN to prepare for pretrial tomorrow. |
| 4/17/2006 | Meet with TSN to prepare for pretrial tomorrw. |
| 4/17/2006 | Various pretrial projects in preparation for Pretrial conference. |
| 4/18/2006 | Pretrial conference in court. |
| 4/18/2006 | Meeting with TSN/SJN/MDH regarding pretrial issues. |
| 4/18/2006 | Review motions for pretrial conference. |
| 4/19/2006 | Meet with JR about trial preparation issues. |
| 4/19/2006 | Meet with TSN about trial preparation issues. |
| 4/19/2006 | Trial preparation, prepare witness sequence, prepare documents for use in preparing testimony fo... |
| 4/19/2006 | Prepare blowups for trial testimony |
| 4/19/2006 | Draft letter for Forester's medical records. |
| 4/19/2006 | Email to EE on the Thompson file. |
| 4/20/2006 | Meet with CAS to create master list of pl exhibits for trial. |
| 4/20/2006 | Meet with TSN to create master list of pl ex for trial. |
| 4/20/2006 | Review trial preparation emails. |
| 4/20/2006 | Trial preparation, gather exhibits to use in framing trial questions. |
| 4/20/2006 | Prepare demonstrative docs. |
| 4/20/2006 | Phone call from judge's court reporter re transcript corrections. |
| 4/20/2006 | Plaintiffs' exhibit preparation. |
| 4/21/2006 | Proof read and finalize final plaintiffs' exhibit list for transmittal to the defense. |
| 4/21/2006 | Trial preparation, cross of Chaffinch. |
| 4/21/2006 | Trial preparation, Baylor testimony, email EE on pl ex. list. |
| 4/21/2006 | Revise premiminaryprayers. |
| 4/21/2006 | Email to TB. |
| 4/21/2006 | Trial preparation on exhibits. |
| 4/21/2006 | Revise jury prayers and special verdict. |
| 4/21/2006 | meet with TSN regarding plaintiffs' exhibit list. |
| 4/21/2006 | Revise plaintiffs' exhibits list |
| 4/21/2006 | call from Chris re Troop 6 evals. |
| 4/21/2006 | Letter to ENT's attorney re Forester's medical records. |
| 4/21/2006 | Draft letter to defense counsel re redacted verdict form. |
| 4/21/2006 | Compile combined Plaintiffs' Exhibit book. |
| 4/22/2006 | Prepare trial testimony for Major Baylor |
| 4/23/2006 | Prepare testimony of Dave Baylor. |
| 4/24/2006 | Complete Baylor trial testimony. |
| 4/24/2006 | Letter to Ed Ellis re Foraker 1 verdict form. |
| 4/24/2006 | Pretrial docs - plaintiffs' exhibits |
| 4/24/2006 | review special verdict form. |
| 4/24/2006 | Prepare demonstrative docs. |
| 4/24/2006 | Gather documents for trial testimony. |

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 4/25/2006 | Email from WW. |
| 4/25/2006 | Email from KP. |
| 4/25/2006 | Email on Greg Warren trial testimony, trial prepration. |
| 4/25/2006 | Incorporate changes into draft special verdict. |
| 4/25/2006 | Review Wayne Warren's trial testimony. |
| 4/25/2006 | Prepare demonstrative docs. |
| 4/25/2006 | Copy and add documents from Chris re Troop 6 |
| 4/26/2006 | Firearms Training Unit - Kurt's share of copying bill |
| 4/26/2006 | Work on trial testimony of various witnesses. |
| 4/26/2006 | Finish special verdict for all parties. |
| 4/26/2006 | Prepare trial testimony of John Dillman. |
| 4/26/2006 | review defendants' comments to Plaintiffs' exhibits. |
| 4/26/2006 | Read trial transcript to determine what court said regarding admissibility of certain documents. |
| 4/26/2006 | email to MDH re updated CV for Bud Fini. |
| 4/26/2006 | Trial preparation, revice demonstrative exhibit drafts. |
| 4/27/2006 | Review emails on prayers and other documents. |
| 4/27/2006 | Email frolm LPrice. |
| 4/27/2006 | Meet with SJN about deposition tomorrow. |
| 4/27/2006 | pretrial docs. |
| 4/27/2006 | Revise demonstratives. |
| 4/28/2006 | Trial preparation, update px list with CAS, jury prayers and medical reports. |
| 4/28/2006 | Trial preparation, meet with tSN to update px list, go over jury prayers, and damages issues. |
| 4/28/2006 | Trial preparation, organize files. |
| 4/28/2006 | Trial preparation, meet with MDH about his witnesses testimony. |
| 4/28/2006 | Meet with SJN to preprare for trial, discuss deposition of Omega personnel and her cross. |
| 4/28/2006 | Meet with TSN to report on Omega deposition today and discuss cross and trial issues. |
| 4/28/2006 | Prepare trial testimony of Greg Warren. |
| 4/28/2006 | Revise demonstrative exhibits. |
| 4/28/2006 | Review jury prayers |
| 4/28/2006 | Review DeBernardo's new report. |
| 4/28/2006 | Revise Demonstrative exhibits and plaintiffs exhibits. |
| 5/1/2006 | Prepare trial testimony of Major Forrester. |
| 5/1/2006 | Prepare trial testimony of MacLeish. |
| 5/1/2006 | Plaintiffs' exhibits and demonstrative exhibits. |
| 5/1/2006 | Meet with SJN re plaintiffs' exhibits. |
| 5/1/2006 | Respond to trailing pretrial issues. |
| 5/1/2006 | Prepare letter to court re Voir Dire questions. |
| 5/1/2006 | Email to TSN/SJN re trailing pretrial issues. |
| 5/1/2006 | Review eamils on trial issues. |
| 5/2/2006 | Firearms Training - Wayne's payment for copying & postage |
| 5/2/2006 | Meet with SJN about opening statement. |
| 5/2/2006 | Meet with JR about trial exhibit issues. |
| 5/2/2006 | Meet with CAS about trial issues. |
| 5/2/2006 | Review emails. |
| 5/2/2006 | Next draft of the opening statement. |
| 5/2/2006 | Trial preparation, subpoenas for witnesses, demonstrative exhibits to use in opening and final a... |
| 5/2/2006 | Meet with TSN about trial subpoenas. |
| 5/2/2006 | First draft of lfinal argument. |
| 5/2/2006 | Prepare the first draft of the combined opening statement. |
| 5/2/2006 | Telephone with Major Baylor about the upcoming trial. |
| 5/2/2006 | Pretrial documents and exhibits. |
| 5/2/2006 | Revise letter to Judge Sleet. |
| 5/2/2006 | email to SJN/MDH re Fini's updated CV. |
| 5/2/2006 | Revise exhibit list. |
| 5/2/2006 | Review opening statement from TSN. |
| 5/2/2006 | Letter to Judge Sleet re updated resume for Ernest Fini. |
| 5/2/2006 | Exhibit preparation for Trial Notebooks |
| 5/3/2006 | Meet with CAS about demonstrative exhibits and trial issues. |
| 5/3/2006 | Prepare trial testimony of Aaron Chaffinch. |
| 5/3/2006 | Prepare Chaffinch trial testimony. |
| 5/3/2006 | Letter to Judge Sleet re Bud Fini's updated resume. |
| 5/3/2006 | Gather exhibits for trial testimony. |
| 5/3/2006 | Meet with TSN re demonstrative exhibits. |
| 5/3/2006 | Revise demonstrative documents and send to defendants. |
| 5/3/2006 | Gather exhibits for use at trial. |
| 5/4/2006 | Finish Chaffinch testimony |
| 5/4/2006 | Revise opening statement. |
| 5/4/2006 | Meet with CAS to review each pl trial exhibit for copying and to reduce of exhibit list. |
| 5/4/2006 | work on plaintiffs exhibits binder. |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 5/4/2006 | email to defense counsel re punitive damages evidence. |
| 5/4/2006 | Review and approve collateral source legal memo for trial. |
| 5/4/2006 | Trial Exhibit book preparation |
| 5/5/2006 | Meet with JR about demonstrative exhibits and drafts of trial testimony. |
| 5/5/2006 | Second draft MacLeish trial testimony. |
| 5/5/2006 | Prepare Forrester trial testimony. |
| 5/5/2006 | Next draft of Greg Warren trial testilmony. |
| 5/5/2006 | Review collateral source memo from SJN. |
| 5/5/2006 | Revise trial exhibit TOC |
| 5/5/2006 | Review trial testimony of MacLeish |
| 5/5/2006 | Review and make chart of Thompson's hearing problems. |
| 5/5/2006 | Pull exhibit docs for SJN to send to defendants. |
| 5/5/2006 | Trial prep - revise testimony |
| 5/5/2006 | Trial prep - telephone with Wayne re: D's late produced photos of FTU |
| 5/5/2006 | Preparation of Trial Testimony |
| 5/6/2006 | Prepare testimony of Major Baylor. |
| 5/6/2006 | Trial prep - finalizing Wayne and Kurt's testimony |
| 5/7/2006 | Finish trial testimony of Dave Baylor. |
| 5/7/2006 | Travel to and from meeting with SjN to discuss trial presentaton, and witnesses to use. |
| 5/7/2006 | Trial prep - working on testimony |
| 5/8/2006 | Email to TSN regarding Thompson's medical records. |
| 5/8/2006 | Trial prep - working on testimony |
| 5/8/2006 | Email to witness G. Warren about facts. |
| 5/8/2006 | Preparation of Trial Testimony |
| 5/9/2006 | Trial prep - testimony |
| 5/9/2006 | Trial prep - meeting with TSN |
| 5/9/2006 | Trial prep - meeting with SJN |
| 5/9/2006 | Preparation of Trial Testimony |
| 5/10/2006 | Email SJN exhibit lists |
| 5/10/2006 | Email to TSN regarding follow up pretrial issue (demonstrative exhibits) |
| 5/10/2006 | Review Plaintiffs' exhibit binders for presentation to jury. |
| 5/10/2006 | Trial prep - working on testimony |
| 5/10/2006 | Pleadings review |
| 5/10/2006 | Interview BC on Lt. Thompson. |
| 5/10/2006 | Email to clients. |
| 5/10/2006 | Preparation of Trial Testimony |
| 5/11/2006 | Prepare trial testiomony. |
| 5/11/2006 | Prepare trial testimony of Dillman, meet with MH on witnesses. |
| 5/11/2006 | Prepare trial testimony. |
| 5/11/2006 | Trial preparation - exhibits |
| 5/11/2006 | Meet with TSN regarding witness testimony dates |
| 5/11/2006 | Email to defense counsel regarding scheduling of DSP Witnesses. |
| 5/11/2006 | Plaintiffs' exhibits TOC |
| 5/11/2006 | Trial preparation - demonstratives. |
| 5/11/2006 | Prepare deposition box for trial. |
| 5/11/2006 | Pleadings review |
| 5/11/2006 | Trial - Attend trial depos of Parton and Ashley |
| 5/11/2006 | Trial - Attend trial depos of Parton and Ashley |
| 5/11/2006 | Trial prep - meetings with clients; then with Ms. Warren |
| 5/11/2006 | Trial prep - working on testimony |
| 5/11/2006 | Trial preparation on destroyed evidence. |
| 5/11/2006 | Preparation of Trial Testimony |
| 5/12/2006 | Trial preparation, meet with clients also. |
| 5/12/2006 | Trial preparation.  Opening statement.  Review court rulings today. |
| 5/12/2006 | Assit in trial preparation. |
| 5/12/2006 | Meeting with TSN re research project on witnesses. |
| 5/12/2006 | Email to defendants - demonstrative exhibits. |
| 5/12/2006 | Legal research on FRE 615 - witnesses in court. |
| 5/12/2006 | Trial prep - meeting with TSN |
| 5/12/2006 | Trial prep - meeting with SJN |
| 5/12/2006 | Trial prep - meetings with clients |
| 5/12/2006 | Trial prep - working on exhibits and jury list |
| 5/12/2006 | Preparation of Trial Testimony |
| 5/13/2006 | Meeting with TSN/SJN and clients for trial preparation. |
| 5/13/2006 | Legal research on witness sequestration. |
| 5/13/2006 | Revise opening statement. |
| 5/13/2006 | Trial preparation, jury selection and testimony. |
| 5/13/2006 | Prepare trial testimony of Greg Warren. |
| 5/13/2006 | Trial prep - meeting with Kurt and Wayne; exhibit prep; jury selection prep |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 5/13/2006 | Trial preparation, study summary judgment decision. |
| 5/13/2006 | Trial preparation, jury selection. |
| 5/13/2006 | Preparation of Electronic Trial Exhibits for use at trial |
| 5/14/2006 | Prepare for opening statement. |
| 5/14/2006 | Prepare trial testimony of John Dillmanl |
| 5/14/2006 | Prepare new draft of final argument. |
| 5/14/2006 | Trial prep - meeting with Chris; prepare for 1st day of trial |
| 5/14/2006 | Trial preparation, destruction of evidence issue, Seifert testimony |
| 5/14/2006 | Preparation of Electronic Trial Exhibitrs for use at trial |
| 5/15/2006 | Trial preparation. |
| 5/15/2006 | Trial preparation day 1. |
| 5/15/2006 | Trial morning of day 1. |
| 5/15/2006 | Trial morning of day 1. |
| 5/15/2006 | Trial preparation for afternoon of day 1. |
| 5/15/2006 | Trial preparation afternoon of day 1. |
| 5/15/2006 | Trial afternoon of day 1. |
| 5/15/2006 | Trial afternoon of day 1. |
| 5/15/2006 | Trial preparation for day 2. |
| 5/15/2006 | Trial preparation for day 2. |
| 5/15/2006 | Attend first day of trial. |
| 5/15/2006 | Meet with clients, TSN/SJN; gather and revise documents; review defendants' exhibits. |
| 5/15/2006 | Legal research on settlement agreement as violation of practice or policy. |
| 5/15/2006 | Trial prep - working on testimony and exhibits |
| 5/15/2006 | Review emails. |
| 5/15/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/16/2006 | trial preparation day 2. |
| 5/16/2006 | Trial perparation day two. |
| 5/16/2006 | Trial morning day 2. |
| 5/16/2006 | Trial day two morning. |
| 5/16/2006 | Trial perparation day 2 afternoon. |
| 5/16/2006 | Trial perparation day 2 afternoon. |
| 5/16/2006 | Trial afternoon day 2. |
| 5/16/2006 | Trial day 2 afternoon. |
| 5/16/2006 | Trial preparation for day 3. |
| 5/16/2006 | Trial preparation for day 3. |
| 5/16/2006 | Legal research on punitive damages issue. |
| 5/16/2006 | Attend trial. |
| 5/16/2006 | Meet with SJN/TSN re trial strategy. |
| 5/16/2006 | Gather documents and testimony for destruction of evidence testimony. |
| 5/16/2006 | Trial testimony prep - Glenn Dixon |
| 5/16/2006 | Trial prep - revising testimony and prep for next day |
| 5/16/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/17/2006 | Trial preparation day 3 of trial. |
| 5/17/2006 | Trial preparation day 3 of trial. |
| 5/17/2006 | Trial day 3 morning. |
| 5/17/2006 | Day 3 of trial, morning. |
| 5/17/2006 | Prepare for afternoon of trial on day 3. |
| 5/17/2006 | Prepare for afternoon of day 3 of trial. |
| 5/17/2006 | Day 3 of trial, afternoon. |
| 5/17/2006 | Day 3 of trial, afternoon |
| 5/17/2006 | Prepare for day 4 of trial. |
| 5/17/2006 | Prepare for day 4 of trial. |
| 5/17/2006 | Attend trial. |
| 5/17/2006 | Prepare trial testimony for Dixon. |
| 5/17/2006 | Discussion with TSN/SJN/clients re trial progress. |
| 5/17/2006 | Meet with SJN/TSN/clients regarding trial strategy. |
| 5/17/2006 | Phone call to lawyer for Forester's medical records. |
| 5/17/2006 | Gather Bullen/Giles opinion for SJN/TSN for use in court. |
| 5/17/2006 | Legal research on deposition testimony of John Dillman. |
| 5/17/2006 | Trial prep - meeting with TSN re: cross examinations |
| 5/17/2006 | Trial prep - meeting with SJN re: cross examinations |
| 5/17/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/18/2006 | Trial preparation day 4. |
| 5/18/2006 | Trial preparation day 4. |
| 5/18/2006 | Trial day 4 morning. |
| 5/18/2006 | Trial day 4 morning. |
| 5/18/2006 | Trial preparation day 4 afternoon. |
| 5/18/2006 | Trial preparation day 4 afternoon. |
| 5/18/2006 | Trial day 4 afternoon. |

10:29 AM

06/10/06

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 5/18/2006 | Trial day 4 afternoon. |
| 5/18/2006 | Trial preparation for day 5. |
| 5/18/2006 | Preparaiton for trial for day 5. |
| 5/18/2006 | Prepare bench memo on deposition testimony. |
| 5/18/2006 | Attend trial. |
| 5/18/2006 | Major Forester's medical records - locate previous correspondence and correspond with ENT's lawyer |
| 5/18/2006 | Preparation of Dixon/Conley testimony. |
| 5/18/2006 | Meeting with SJN/TSN/clients re trial and things which need to be done. |
| 5/18/2006 | Trial prep - working on testimony for tomorrow |
| 5/18/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/19/2006 | Trial preparation day 5. |
| 5/19/2006 | Trial preparation day 5. |
| 5/19/2006 | Trial day 5 morning. |
| 5/19/2006 | Trial day 5, morning. |
| 5/19/2006 | Trial preparation day 5, afternoon. |
| 5/19/2006 | Trial preparation day 5, afternoon. |
| 5/19/2006 | Trial day 5, afternoon. |
| 5/19/2006 | Trial day 5, afternoon. |
| 5/19/2006 | Preparation for day 6, meet with clients, meet with MH.. |
| 5/19/2006 | Preparation for day 6, meet with clients. |
| 5/19/2006 | Attend trial. |
| 5/19/2006 | Gather documents for trial - depositions, demonstratives; deliver documents to court. |
| 5/19/2006 | Meet with SJN/TSN/clients regarding trial. |
| 5/19/2006 | Meet with TSN/SJN/clients regarding trial strategy for next week. |
| 5/19/2006 | Call from Shanley & Assoc. regarding Forester's medical records. |
| 5/19/2006 | Trial prep - Working on testimony and meeting with clients |
| 5/19/2006 | Trial prep - preparing more testimony |
| 5/19/2006 | Telephone meeting with SJN about next weeks trial steps. |
| 5/19/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/20/2006 | Trial preparation, final argument. |
| 5/20/2006 | Trial prep - working on testimony and exhibits for trial |
| 5/20/2006 | Review Foraker testimony and edit it. |
| 5/20/2006 | Trial preparation on Bunting report. |
| 5/21/2006 | Trial preparation, Siefert and McQueen. |
| 5/21/2006 | Trial preparation, final argument. |
| 5/21/2006 | Trial preparation on destruction of evidence. |
| 5/21/2006 | Trial prep - working on testimony and exhibits; collateral source rule front pay research |
| 5/21/2006 | Trial preparation for tomorrow. |
| 5/21/2006 | Trial preparation, the defendants. |
| 5/22/2006 | Trial preparation day 6. |
| 5/22/2006 | Trial preparation day 6. |
| 5/22/2006 | Trial morning day 6. |
| 5/22/2006 | Trial morning day 6. |
| 5/22/2006 | Trial preparation for afternoon day 6. |
| 5/22/2006 | Trial preparation afternoon day 6. |
| 5/22/2006 | Trial afternoon day 6. |
| 5/22/2006 | Trial afternoon day 6. |
| 5/22/2006 | Trial preparation day 7. |
| 5/22/2006 | Trial preparation day 7. |
| 5/22/2006 | Collateral source jury instruction. |
| 5/22/2006 | Attend trial. |
| 5/22/2006 | Meet with TSN/SJN/clients regarding trial strategy, jury instructions, and destruction of eviden... |
| 5/22/2006 | Prepare trial testimony for day 7. |
| 5/22/2006 | Trial prep - working on testimony; meetings with clients; reviewing exhibits |
| 5/22/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/23/2006 | Prepare for trial day 7. |
| 5/23/2006 | Prepare for trial day 7. |
| 5/23/2006 | Trial morning day 7. |
| 5/23/2006 | Trial morning day 7. |
| 5/23/2006 | Prepare for afternoon of trial day 7. |
| 5/23/2006 | Trial day 7 afternoon. |
| 5/23/2006 | Trial day 7 afternoon. |
| 5/23/2006 | Prepare for day 8 of trial. |
| 5/23/2006 | Prepare for day 8 of trial. |
| 5/23/2006 | Prepare for afternoon of trial day 7. |
| 5/23/2006 | Attend trial. |
| 5/23/2006 | Meet with TSN/SJN/clients about trial strategy. |
| 5/23/2006 | Prepare for final argument. |
| 5/23/2006 | Trial prep - preparing cross examination testimony for the defense witnesses |

**The Neuberger Firm**
# Customer QuickReport
**March 1, 2004 through June 5, 2006**

10:29 AM
06/10/06

| Date | Memo |
| --- | --- |
| 5/24/2006 | Prepare for trial day 8. |
| 5/24/2006 | Prepare for trial day 8. |
| 5/24/2006 | Trial day 8 morning. |
| 5/24/2006 | Trial day 8 morning. |
| 5/24/2006 | Prepare for afternoon of trial day 8. |
| 5/24/2006 | Prepare for trial day 8 for the afternoon. |
| 5/24/2006 | Trial day 8 afternoon. |
| 5/24/2006 | Trial day 8 afternoon. |
| 5/24/2006 | Prepare ofr trial day 9. |
| 5/24/2006 | Prepare for trial day 9. |
| 5/24/2006 | Gather documents for trial  - MacLeish and Yeomans letters, summary judgment briefs. |
| 5/24/2006 | Attend trial. |
| 5/24/2006 | Meet with TSN/SJN/clients re trial progress. |
| 5/24/2006 | Trial prep - working on cross examinations |
| 5/24/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/25/2006 | Trial preparation. |
| 5/25/2006 | Trial day 9, morning. |
| 5/25/2006 | Prepare for day 9 trial in the afternoon. |
| 5/25/2006 | Trial day 9 afternoon. |
| 5/25/2006 | Prepare for day 10 of trial. |
| 5/25/2006 | Prepare for trial day 9. |
| 5/25/2006 | Trial day 9 in the morning. |
| 5/25/2006 | Prepare for trial in the afternoon day 9 |
| 5/25/2006 | Trial day 9 in the afternoon. |
| 5/25/2006 | Attend meeting with court on destruction of evidence issue and meet with TSN to prepare for day ... |
| 5/25/2006 | Revise special verdict form. |
| 5/25/2006 | Attend trial. |
| 5/25/2006 | Find and print settlement documents for TSN; copy special verdict form; pension issue for MDH. |
| 5/25/2006 | Meet with TSN/SJN/clients regarding settlement issues |
| 5/25/2006 | Meet with Nathan regarding legal research on injury to reputation. |
| 5/25/2006 | Final argument preparation. |
| 5/25/2006 | Trial prep - working on cross and exhibits |
| 5/25/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/26/2006 | Prepare for day 10 of trial. |
| 5/26/2006 | Prepare for day 10 of trial. |
| 5/26/2006 | Day 10 of trial morning. |
| 5/26/2006 | Day 10 of trial morning. |
| 5/26/2006 | Prepare for prayer conference day 10 of trial. |
| 5/26/2006 | Prepare for prayer conference day 10 of trial. |
| 5/26/2006 | Prayer conference day 10 of trial afternoon. |
| 5/26/2006 | Prayer conference day 10 of trial. |
| 5/26/2006 | Prepare for final argument. |
| 5/26/2006 | legal research on injury to reputation. |
| 5/26/2006 | Meet with TSN/SJN/clients regarding trial. |
| 5/26/2006 | Trial prep - meetings with clients; TSN; pull materials together |
| 5/26/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/27/2006 | Trial prep - working on closing and rebuttal materials |
| 5/27/2006 | Prepare for final day of trial. |
| 5/28/2006 | Prepare firnal argument. |
| 5/28/2006 | Trial prep - working on closing and rebuttal material; jury instructions |
| 5/28/2006 | Legal research |
| 5/28/2006 | Fiknal argument preparation. |
| 5/28/2006 | Review emails. |
| 5/28/2006 | Trial preparations, exhibit defense proposes. |
| 5/29/2006 | Dr. Borzilleri's Invoice # 14143 dated 5/21/2006 for Kurt Price. |
| 5/29/2006 | Dr. Borzilleri's Invoice # 14144 dated 5/21/2006 for Wayne Warren. |
| 5/29/2006 | Dr. Borzilleri's Invoice # 14142 dated 5/21/2006 for Chris Foraker. |
| 5/29/2006 | Dr. Borzilleri's Invoice # 14147 dated 5/23/2006 for his Amtrak tickets. |
| 5/29/2006 | Jose R. Castro - Vocational Services-Invcs. 733 & 734 for Chris, Kurt & Wayne. |
| 5/29/2006 | Parcels - Invoice #6704 dated 5/15/06 in FTU. |
| 5/29/2006 | Kevin J. Maurer - court reporter - transcript of Dave Baylor's testimony on 5/17/2006 |
| 5/29/2006 | D.M. Professional Services - Invcs. 12381 (5/5/06) & 12494 (5/10/2006) in FTU. |
| 5/29/2006 | Wilcox & Fetzer - Invoice # 20060107 dated 1/17/2006 in FTU |
| 5/29/2006 | Parcels - Invoice #6753 dated 5/20/06 & 37483 dated 5/15/2006 in FTU. |
| 5/29/2006 | Prepare for final argument. |
| 5/29/2006 | Prepare for final argument. |
| 5/29/2006 | Pleadings review |
| 5/29/2006 | Trial prep |
| 5/30/2006 | Attend trial. |

10:29 AM

06/10/06

**The Neuberger Firm**
## Customer QuickReport
**March 1, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 5/30/2006 | Trial preparation morning and afternoon day 11. |
| 5/30/2006 | Trial preparation morning and afternoon day 11. |
| 5/30/2006 | Trial day 11 and final argument. |
| 5/30/2006 | Trial and final argument day 11. |
| 5/30/2006 | Meet with clients about final argument today. |
| 5/30/2006 | Telephone with SJN about final argument today. |
| 5/30/2006 | Trial prep - meetings with clients; meeting with TSN |
| 5/30/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance |
| 5/31/2006 | Wilcox & Fetzer - Invcs. 20061831(5/15/06), 20061987(5/25/06) 20061702(5/4/06) in FTU |
| 5/31/2006 | Kevin J. Maurer - court reporter - transcript of 4/18/06 conference before Judge Sleet. |
| 5/31/2006 | Attend court for jury verdict. |
| 5/31/2006 | File organization after trial. |
| 5/31/2006 | Appear for argument on the Garcetti case, take the jury verdict, meet with the court on the Garc... |
| 5/31/2006 | Meet with clients after the jury verdict. |
| 5/31/2006 | Trial prep - meeting with clients; meetings with CAS then TSN; file the Rule 50 and MinL's |
| 5/31/2006 | Trial prep - meeting with TSN re: Garcetti v. Ceballos issue |
| 5/31/2006 | Trial prep - meeting with SJN re: Garcetti v. Ceballos issue |
| 5/31/2006 | Trial prep - working on Garcetti v. Ceballos issues; meetings with clients; attending court for ... |
| 5/31/2006 | Retrieval of Jury Books and clean out of Plaintiffs' area of courtroom post trial |
| 6/1/2006 | Meeting with TSN re: post-trial issues; briefing and motions |
| 6/1/2006 | Meeting with SJN re: post-trial issues; briefing and motions |
| 6/1/2006 | Working on Garcetti issues |
| 6/1/2006 | Attend teleconference with Court - re: post-trial briefing |
| 6/1/2006 | Attend teleconference with Court - re: post-trial briefing |
| 6/1/2006 | Review and prepare for teleconference re: 3.6 and 1st Amend issue |
| 6/2/2006 | Discuss with JR records for post trial briefing. |
| 6/2/2006 | Telephone with cilent CF on briefing.. |
| 6/2/2006 | Meet with law clerk on civil contempt research. |
| 6/5/2006 | Email on post trial fee application and hourly rates, review court scheduling order. |
| 6/5/2006 | Memo to cocounsel about post trial briefing. |
| 6/5/2006 | Gather templates for fee motions. |

**The Neuberger Firm**
# Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|------|------|

**Foraker, Sgt. Christopher D. 5078.2-04**

| Date | Memo |
|------|------|
| 4/6/2004 | meetings and strategizing with TSN re: Col. Chaffinch's attack on client |
| 4/6/2004 | meetings, strategizing with SJN and telephone calls re: Col. Chaffinch's attack on client |
| 4/7/2004 | Fact investigation, study news story retaliating against my client, meet with JR about a new pro... |
| 4/7/2004 | Telephone with attorney Mike Tupman to put him on notice about a new claim against Col. Charffinch. |
| 4/7/2004 | meeting with SJN re filing suit |
| 4/7/2004 | meeting with TSN re filing suit |
| 4/7/2004 | e-mail to Trooper clients to track circulation |
| 4/7/2004 | telephone with Fiscella re support for the Foraker case |
| 4/7/2004 | telephone with Fiscella re support for the Foraker case |
| 4/7/2004 | telephone call from Chris |
| 4/8/2004 | Meet with SJN about strategy and the facts. |
| 4/8/2004 | Telephone with TE about the facts. |
| 4/9/2004 | telephone call from client |
| 4/9/2004 | telephone with TSN |
| 4/10/2004 | Telephone with client about the facts and strategy on his new claim. |
| 4/11/2004 | meeting with SJN re: Foraker retal suit and timing |
| 4/11/2004 | meeting with TSN re: Foraker retal suit and timing |
| 4/13/2004 | Review news article on legislative responses. |
| 4/14/2004 | Prepare letter to co-counsel on design issues. |
| 4/20/2004 | telephone call from Chris Foraker |
| 4/20/2004 | telephone call from Chris Foraker |
| 4/20/2004 | telephone call with TSN about today's media happenings |
| 4/21/2004 | meeting with TSN and JR about Chaffinch's going to the news media and how to respond and try to ... |
| 4/21/2004 | meeting with SJN and JR about Chaffinch's going to the news media and how to respond and try to ... |
| 4/21/2004 | review lastest news articles for defamation publication and circulation issues |
| 4/21/2004 | meetings with SJN and/or Chris re: media attacks and how to salvage his reputation and respond |
| 4/21/2004 | meetings with TSN and/or Chris re: media attacks and how to salvage his reputation and respond |
| 4/21/2004 | file and organize new docs, put in binders, review, etc.. |
| 4/21/2004 | editing and revising client's rog responses |
| 4/22/2004 | Telephone from M. Dice at WBOC. |
| 4/22/2004 | Telephone from clietn. |
| 4/22/2004 | Interview with MH about the case. |
| 4/22/2004 | e-mail to client re: FTU issues |
| 5/4/2004 | telephone call from client re: pubilcation and circulation of defamatory falsehoods |
| 5/7/2004 | meeting with TSN re: auditor's request and impact |
| 5/7/2004 | meeting with Steve about auditor and impact this will have |
| 5/11/2004 | telephone call from client |
| 5/11/2004 | review client's statement |
| 5/11/2004 | review and edit client's statement |
| 5/11/2004 | review statement; meet with TSN |
| 5/13/2004 | return call to Chris |
| 5/17/2004 | e-mail from client |
| 5/17/2004 | fact investigation - review client's e-mail attachment |
| 5/17/2004 | review client's other e-mali |
| 5/18/2004 | telephone call from client |
| 5/19/2004 | e-mail memo to file |
| 5/19/2004 | meeting with Suzanne re documents |
| 5/20/2004 | filing client in on latest happenings. |
| 5/24/2004 | telephone call from client |
| 6/3/2004 | e-mail memo re: publication and circulation of defamation in nat'l police magazine |
| 6/7/2004 | File memo on new defamatory statements. |
| 6/7/2004 | File memo on new defamatory statements. |
| 6/10/2004 | meeting with SJN re how to proceed, filing, other issues |
| 6/10/2004 | meeting with TSN |
| 6/12/2004 | legal research - survival |
| 6/15/2004 | fact investigation |
| 6/21/2004 | telephone call from Chris and memo to TSN |
| 6/22/2004 | meeting with TSN |
| 6/23/2004 | Telephone conference with client. |
| 6/23/2004 | telephone call with Chris & meeting with TSN issues |
| 6/29/2004 | call to client |
| 7/1/2004 | Meet with MH to discuss legal theories and facts for framing the new case. |
| 7/2/2004 | Foraker - fees |
| 7/2/2004 | return call from Chris |
| 7/5/2004 | Review Willie Smith papers re: interview request with Chris |
| 7/5/2004 | legal research - prior restraint on employee speech - speaking publically |
| 7/6/2004 | Telephone call to Chris |
| 7/6/2004 | Meeting with TSN re: media gag order rule |

**The Neuberger Firm**
# Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 7/6/2004 | Meeting with SJN re: media gag order rule |
| 7/6/2004 | Meeting with MDH re: drafting the complaint, adverse action, legal theories and other issues |
| 7/6/2004 | Legal research - worker's comp preemption of state law theories |
| 7/7/2004 | Telephone call from client re: discovery issues |
| 7/7/2004 | E-mails re: conversation with Chris |
| 7/8/2004 | Meeting with MDH |
| 7/8/2004 | Meeting with TSN re: happenings in the case |
| 7/8/2004 | Meeting with SJN re happenings in the case |
| 7/17/2004 | Meeting with MDH about facts and legal theories |
| 7/19/2004 | Meeting with TSN |
| 7/19/2004 | Meeting with TSN |
| 7/20/2004 | Call to Chris |
| 7/21/2004 | Telephone with client. |
| 7/21/2004 | Telephone with client about this case. |
| 7/21/2004 | Meet with MH re draft complaint. |
| 7/26/2004 | Discuss case with MH. |
| 7/27/2004 | Review email order to client from Yeomans. |
| 7/31/2004 | Foraker-fees July |
| 8/3/2004 | Meeting with MDH re: media articles and drafting complaint |
| 8/4/2004 | File organization |
| 8/5/2004 | Read accreditation e-mail |
| 8/9/2004 | Review CALEA website and materials |
| 8/10/2004 | Meeting with TSN re: CALEA |
| 8/10/2004 | Meeting with SJN re: CALEA |
| 8/14/2004 | Review and edit MDH draft of complaint |
| 8/14/2004 | Revise and draft complaint |
| 8/15/2004 | Drafting complaint - draft.05 |
| 8/16/2004 | Discuss draft complaint and filing suit with SJN. |
| 8/16/2004 | Review draft 4 of the complaint. |
| 8/16/2004 | Create draft 6 of the complaint. |
| 8/16/2004 | Meet with MH about draft complaint. |
| 8/16/2004 | Drafting complaint - meeting with TSN |
| 8/16/2004 | Drafting complaint - meeting with SJN |
| 8/16/2004 | Meeting with SJN re drafting complaint |
| 8/16/2004 | Meeting with TSN re drafting complaint |
| 8/16/2004 | Review and edit latest complaint draft |
| 8/16/2004 | Edit and revise complaint further |
| 8/19/2004 | Revise draft complaint. |
| 8/21/2004 | Edit and revise draft.07 of complaint |
| 8/21/2004 | Review and pull together for TSN sources of defamatory statements about Chris |
| 8/21/2004 | Fact investigation |
| 8/24/2004 | Telephone with Chris |
| 8/25/2004 | Telephone call from Chris re: drafting complaint |
| 8/25/2004 | Call from Suzanne - trying to get a working copy of Complaint to Chris via e-mail |
| 8/26/2004 | Review emails on his performance review. |
| 8/26/2004 | Finalize complaint for filing. |
| 8/26/2004 | Redraft and finalize press release. |
| 8/26/2004 | Prepare, review, edit - civil cover sheet, summons, attachment to civil cover sheet re: assignme... |
| 8/27/2004 | Foraker - Aug fees to agreed limit |
| 8/27/2004 | Meeting with SJN |
| 8/27/2004 | Meeting with TSN |
| 8/27/2004 | Telephone from the AP. |
| 8/27/2004 | Finalize remarks for Monday. |
| 8/29/2004 | Call from Chris re: draft of complaint |
| 8/29/2004 | Review complaint in prep for filing |
| 8/29/2004 | Review fact documents. |
| 8/30/2004 | Meeting with client. |
| 8/30/2004 | Attend press conference to announce filing of case and answer questions. |
| 8/30/2004 | Meeting with client. |
| 8/30/2004 | Press conference |
| 8/30/2004 | Meeting with clients |
| 8/30/2004 | Strategy and discovery meeting with TSN |
| 8/30/2004 | Respond to media inquiries |
| 8/31/2004 | Review two news stories today for comments on the merits from the defense.. |
| 8/31/2004 | Discuss settlement with SJN. |
| 8/31/2004 | Find and review news stories |
| 8/31/2004 | Pull and review stories |
| 8/31/2004 | E-mail to Troopers |
| 9/1/2004 | Meeting with Steve re discovery plan |

10:26 AM

06/10/06

**The Neuberger Firm**
## Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|---|---|
| 9/1/2004 | Meeting with TSN about discovery plan and scheduling |
| 9/8/2004 | Call from Chris |
| 9/8/2004 | Call from Suzanne |
| 9/9/2004 | Calls to Chris & Suzanne re: assignment of Judge |
| 10/4/2004 | Meet with MH about damages. |
| 10/4/2004 | Meeting with TSN re: mitigation of damages and injuries Chris is suffering |
| 10/4/2004 | Meeting with SJN re: mitigation of damages and injuries Chris is suffering |
| 10/5/2004 | Meeting with MDH re: Chris and mitigation of damages |
| 11/3/2004 | Fact investigation, Conley witness. |
| 11/4/2004 | Email from client. |
| 11/4/2004 | Meet with SJN about the case. |
| 11/4/2004 | Meet with TSN about the case. |
| 11/4/2004 | Meeting with MDH re: discovery |
| 11/8/2004 | Telephone with Chris |
| 11/8/2004 | Review Chris's evaluation |
| 11/8/2004 | Meeting with MDH re: discovery and fact investigation |
| 11/8/2004 | Meeting with TSN |
| 11/15/2004 | Review Answer |
| 11/18/2004 | Proofread and edit memo and letter to Chris re: Minner's defamation |
| 11/19/2004 | Review Chris' evaluation |
| 11/25/2004 | Meeting with TSN re: damages, discovery and settlement |
| 11/25/2004 | Meeting with SJN re: damages, discovery and settlement |
| 11/30/2004 | Meeting with TSN re: Fitness for duty report |
| 11/30/2004 | Meeting with SJN re: Fitness for duty report |
| 12/1/2004 | Review IME results. |
| 12/2/2004 | Review hearing loss IME. |
| 12/2/2004 | Meeting with TSN re: Chris' hearing results from UPenn |
| 12/2/2004 | Meeting with SJN re: Chris' hearing results from UPenn |
| 12/3/2004 | Meet with RF and SJN for rule 26 meeting. |
| 12/3/2004 | Meet with TSN and RF for rule 26 meeting. |
| 12/3/2004 | Status telephone call to Chris: meeting with defense counsel |
| 12/4/2004 | Meet with MH to discuss rule 26 conference |
| 12/5/2004 | Telephone with client about status of the case. |
| 12/19/2004 | Review performance goals for client for retaliation. |
| 1/10/2005 | Meeting with TSN re: legal research needs |
| 1/10/2005 | Meeting with SJN re: legal research needs |
| 1/11/2005 | Meeting with TSN re: discovery and Rule 26's |
| 1/11/2005 | Meeting with SJN re: discovery and Rule 26's |
| 1/13/2005 | Legal research - recent 2d Circuit case on retaliation against a public employee who successfull... |
| 1/13/2005 | Call from Chris re: DSP efforts to change his duties at the range |
| 1/13/2005 | Telephone with TSN re: DSP efforts to change Chris' duties at the range |
| 1/24/2005 | Telephone with Chris Foraker |
| 1/24/2005 | E-mail to TSN and MDH |
| 1/24/2005 | Followup call to Chris |
| 2/1/2005 | Email to MH about trial date. |
| 2/1/2005 | Attend Rule 16 conference in Chambers |
| 2/1/2005 | Attend Rule 16 conference in Chambers |
| 2/1/2005 | Meeting with TSN re: Rule 16 conference |
| 2/1/2005 | Meeting with Steve re: Rule 16 conference |
| 2/13/2005 | Email on discovery. |
| 2/17/2005 | Telephone from Chris re: continuing retaliation in DSP |
| 2/24/2005 | Calendar all events and review scheduling order. |
| 3/3/2005 | Telephone from client |
| 3/3/2005 | Drafting Rule 26 disclosures |
| 3/4/2005 | Review service of various notices from the court. |
| 3/4/2005 | Telephone with Al Mascetti. |
| 3/4/2005 | Meeting with TSN re: Rule 26 disclosures; depositions and discovery |
| 3/4/2005 | Meeting with SJN re: Rule 26 disclosures; depositions and discovery |
| 3/4/2005 | Drafting, revising and filing Rule 26 disclosures |
| 3/7/2005 | File organization - sift through and organize the Foraker.1, .2, .3 files |
| 3/18/2005 | Email to cocounsel |
| 3/22/2005 | Email cocounsel. |
| 3/31/2005 | Call from Chris re: factual investigation evidence |
| 3/31/2005 | File memo |
| 4/1/2005 | Call from Chris |
| 4/4/2005 | Email from GW re trial date. |
| 4/4/2005 | Telephone with MH about discovery. |
| 4/5/2005 | Email to RF about discovery. |
| 4/6/2005 | Email from SJN on liability. |

**The Neuberger Firm**
# Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 4/7/2005 | Meet with MH re medical exam. |
| 4/7/2005 | Email on medical exam. |
| 4/8/2005 | Meet with MH to map out all discovery for the case and the use of three experts. |
| 4/8/2005 | Discuss discovery with SJN.' |
| 4/13/2005 | Email from client. |
| 4/13/2005 | Meet with client about trial of his case, damages and liability issues. |
| 4/19/2005 | E-mail from TSN |
| 4/28/2005 | Review email on deposition scheduling. |
| 4/28/2005 | Email to MH on motion to compell discovery. |
| 5/1/2005 | Email on discovery issues. |
| 5/4/2005 | Meeting with MDH re: discovery issue in FTU and Foraker cases |
| 5/4/2005 | Review discovery dispute documents |
| 5/4/2005 | Telephone with Chris |
| 5/5/2005 | Telephone with client. |
| 5/9/2005 | Meeting with TSN re: settlement |
| 5/9/2005 | Meeting with SJN re: settlement |
| 5/10/2005 | Discovery meeting with TSN |
| 5/10/2005 | Discovery meeting with SJN |
| 5/19/2005 | Review medical records. |
| 5/20/2005 | Meet with MH, JLR about medical records., |
| 5/20/2005 | Review notice of service, DI 15. |
| 5/20/2005 | Pleadings review |
| 5/25/2005 | Review letter to Dr. Tavani about her services. |
| 5/27/2005 | Pleadings review |
| 5/31/2005 | Meeting with TSN re: discovery |
| 5/31/2005 | Meeting with SJN re: discovery |
| 5/31/2005 | Meet with MH to discuss discovery. |
| 6/1/2005 | Meet with TSN about taking D.B. depositon in the case, scheduling. |
| 6/1/2005 | Meet with SJN to review defendants' written discovery requests. |
| 6/1/2005 | E-mail to Fitzgerald re: extension of time for discovery |
| 6/1/2005 | Working on written discovery |
| 6/1/2005 | Working on written discovery |
| 6/3/2005 | Discuss with SJN the appointment of the new Lt. Col. and its effect on the case. |
| 6/3/2005 | Meeting with SJN re: depositions and written discovery |
| 6/3/2005 | Meeting with TSN re: depositions and written discovery |
| 6/5/2005 | Telephone with client about status of the case. |
| 6/6/2005 | Meeting with MDH re: discovery and depositions |
| 6/6/2005 | Telephone with Chris and Kurt re: discovery |
| 6/7/2005 | Meeting with TSN re: discovery |
| 6/8/2005 | E-mail to Fitzgerald re: depositions |
| 6/9/2005 | Meet with MH about discovery. |
| 6/10/2005 | Review memo from MH. |
| 6/14/2005 | Legal research - injury to reputation as affecting future job prospects |
| 6/15/2005 | Review and pull together info for depos |
| 6/15/2005 | Discovery document production - pulling together RFP materials |
| 6/16/2005 | Working on document production |
| 6/16/2005 | Written document production |
| 6/20/2005 | Working on written discovery |
| 6/21/2005 | Review emails. |
| 6/22/2005 | Initial Survey of Chirs Foraker Complaint and issues dealing with his First Amendment Retaliatio... |
| 6/22/2005 | Research into First Amendment Retaliation claims in preparation for Foraker's 2nd case |
| 6/22/2005 | Research into Adverse Employment Action in a First Amendment Retaliation/Defamation case |
| 6/22/2005 | Research into First Amendment Retaliation and what constiuittes adverse action in terms of defam... |
| 6/22/2005 | Meeting with law clerk re: adverse action issues to research |
| 6/22/2005 | Working with TSN on written discovery |
| 6/22/2005 | Working with SJN on written discovery |
| 6/22/2005 | Working on written discovery |
| 6/23/2005 | Research into Adverse Employment Action and how defamation fits in with that claim of First Amen... |
| 6/23/2005 | Research into Foraker's injury to reputation amounted to an adverse employment action in first a... |
| 6/26/2005 | Fact investigation. |
| 6/26/2005 | Review news stories for useful facts for our cases. |
| 6/27/2005 | Meet with MDH re: discovery |
| 6/27/2005 | Telephone call from Chris |
| 6/28/2005 | Working on written discovery |
| 6/29/2005 | Email to client. |
| 6/29/2005 | Meeting with MDH re: discovery |
| 7/1/2005 | Meeting with Chris re: written discovery and related issues |
| 7/4/2005 | Working on written discovery |
| 7/5/2005 | Working on written discovery |

**The Neuberger Firm**
# Customer QuickReport
### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 7/6/2005 | Email to MH approving RPD draft. |
| 7/6/2005 | Working with TSN on written discovery |
| 7/6/2005 | Working with SJN on written discovery |
| 7/6/2005 | Working on written discovery |
| 7/7/2005 | Working on written discovery |
| 7/8/2005 | Working on written discovery |
| 7/8/2005 | Telephone with Suzanne |
| 7/8/2005 | Research into adverse action to familiarize myself with this type of claim and to find out what ... |
| 7/8/2005 | Continuing research into adverse action employement law, and what levels of discrimination amou... |
| 7/9/2005 | Working on written discovery |
| 7/11/2005 | Meet with SJN about discovery responses due next week |
| 7/11/2005 | Meet with TSN about discovery responses due next week. |
| 7/11/2005 | Email to MH on discovery. |
| 7/11/2005 | Working on written discovery |
| 7/11/2005 | Research into Adverse Action for Sgt. Foraker's case and the lowest possible threshold for adver... |
| 7/11/2005 | Research into Adverse Action in the 3rd Circuit as well as starting to look in the district cour... |
| 7/11/2005 | Researching cases concerning defamation in the adverse action context and attempting to find cas... |
| 7/14/2005 | Legal research re: punitive damages discovery |
| 7/17/2005 | Working on document production |
| 7/17/2005 | Depo prep for MacLeish |
| 7/17/2005 | Prepare for Dave Baylor deposition. |
| 7/18/2005 | Depo prep - MacLeish |
| 7/19/2005 | Review and approve interrogatory and document answers. |
| 7/19/2005 | Meet with client about MacLeish deposition today. |
| 7/19/2005 | Depo of MacLeish |
| 7/19/2005 | Depo prep for MacLeish |
| 7/19/2005 | Meet with clients, then meet with TSN re: depositions |
| 7/19/2005 | Researching injury to reputations in the context of first amendment retaliation cases under 42 U... |
| 7/19/2005 | Researching Adverse Action in the Section 1983 context and if some form of injurty to reputation... |
| 7/19/2005 | Research into Adverse action and injury to reputation.  Found two big cases from outside 3rd cir... |
| 7/20/2005 | Meet with SJN about the MacLeish deposition yesterday. |
| 7/20/2005 | Telephone with Chris re: depositions |
| 7/20/2005 | Depo prep |
| 7/20/2005 | Pleadings review |
| 7/20/2005 | Researching adverse action in the first amendment context and whether an injury to reputation ca... |
| 7/20/2005 | Research into Adverese Action and some inital memo drafting |
| 7/21/2005 | Prepare for Major Papili deposition. |
| 7/21/2005 | Depo prep for Papili |
| 7/21/2005 | Research and some drafting of the Adverse Action issue in the Sgt. Foraker case |
| 7/21/2005 | Drafting Memo concerning Adverse Action in the Sgt. Foraker case and what amounts to an adverese... |
| 7/22/2005 | Deposition of Major Papili. |
| 7/22/2005 | Meet with client after the Papili deposition on the results. |
| 7/22/2005 | Meeting with TSN, MDH, Chris |
| 7/22/2005 | Working on discovery issues and fact investitation |
| 7/22/2005 | Meeting with MDH |
| 7/26/2005 | E-mail to Fitzgerald re: depositions and discovery |
| 7/27/2005 | Meet with MH about trial strategy and use of experts. |
| 7/27/2005 | Research into the issue of adverse action for the Foraker Case, specifically, does an injury to ... |
| 7/28/2005 | Research into adverse action claims for Foraker and whether an injury to reputation amounts to a... |
| 7/28/2005 | Drafting Memo concerning adverse action in relation to injury to reputation and humiliation |
| 7/28/2005 | Drafting memo on adverse action |
| 7/28/2005 | Drafting of the Foraker Adverse Action memo relating to injury to reputation |
| 7/28/2005 | Draftng and Polishing of Foraker Memo on Injury to Reputation in Adverse Action |
| 7/29/2005 | Review emails. |
| 7/29/2005 | Email from law clerk. |
| 7/31/2005 | E-mails from Chris |
| 8/1/2005 | Legal research into Isetts v. Borough of Roseland, 835 A.2d 330 (N.J. Super. 2003) - police offi... |
| 8/8/2005 | Review legal research memo |
| 8/9/2005 | E-mail from Chris |
| 8/9/2005 | Telephone with Chris |
| 8/11/2005 | Fact investigation into range repairs and culpability issues |
| 8/17/2005 | Discuss with MH discovery. |
| 8/20/2005 | Working on discovery issues, reviewind discovery documents and pulling docs and other materials ... |
| 8/22/2005 | E-mails to and from Chris |
| 8/23/2005 | Meet with MH re discovery. |
| 8/23/2005 | Meet with MH about damages and experts. |
| 8/23/2005 | Review two emails from client. |
| 8/24/2005 | Prepare for Chaffinch depo by reviewing MacLeish's depo |
| 8/25/2005 | Depo prep for Chaffinch |

**The Neuberger Firm**
# Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 8/25/2005 | E-mails from and to Fitzgerald re: depos and discovery |
| 8/26/2005 | Call from Chris re: Chaffinch |
| 8/28/2005 | Depo prep for Chaffinch |
| 8/29/2005 | Depo prep for Chaffinch - meeting with TSN |
| 8/29/2005 | Depo prep for Chaffinch - meeting with SJN |
| 8/29/2005 | Depo prep for Chaffinch's depo tomorrow |
| 8/29/2005 | Prepare Notice of Depo for Capt. Davis |
| 8/29/2005 | Call from Chris re: Chaffinch depo |
| 8/30/2005 | Meet to discuss progress in the Chaffinch deposition. |
| 8/30/2005 | Depo of Chaffinch |
| 8/30/2005 | Telephone with Chris re: Chaffinch's deposition and discovery |
| 8/30/2005 | Telephone with TSN re: Chaffinch deposition and what remains for discovery |
| 8/30/2005 | Telephone with SJN re: Chaffinch deposition and what remains for discovery |
| 8/31/2005 | Meet with MH about proof of damages and expert reports. |
| 8/31/2005 | Review new facts on animosity for use at trial. |
| 8/31/2005 | Legal research on new Scranton v. Hill case. |
| 8/31/2005 | Meeting with MDH re: experts |
| 8/31/2005 | Prepare, review and file depo notices |
| 8/31/2005 | Pleadings review |
| 9/2/2005 | Legal research re: "personal attack" and "villification" of a person in the defamation context |
| 9/5/2005 | Depo prep - for Capt. Davis |
| 9/6/2005 | Depo prep - for depo of Capt. Davis |
| 9/6/2005 | Deposition of Capt. Ralph Davis |
| 9/7/2005 | Meeting with TSN re: depo of Capt. Davis and further discovery to be taken |
| 9/7/2005 | Meeting with SJN re: depo of Capt. Davis and further discovery to be taken |
| 9/7/2005 | Prepare, review and file NOtice of Depo |
| 9/8/2005 | Meeting with MDH re: Capt. Davis depo |
| 9/8/2005 | Meeting with TSN re: depos and discovery |
| 9/8/2005 | Meeting with SJN re: depos and discovery |
| 9/9/2005 | Call to Chris re: deposition dates |
| 9/9/2005 | E-mail to Robert Fitzgerald re: depo dates |
| 9/9/2005 | Meeting with TSN re: discovery |
| 9/9/2005 | Meeting with SJN re: discovery |
| 9/9/2005 | Call from Chris re: discovery issues |
| 9/10/2005 | Meet with client and discuss his case. |
| 9/11/2005 | Legal research - lowest thresholds for First Amend. adverse action |
| 9/12/2005 | Review Dr. Tavani Report on Chris. |
| 9/13/2005 | Meet with JR about client's medical condition. |
| 9/14/2005 | Email from EE and reply. |
| 9/14/2005 | Call from Chris re: FTU tour |
| 9/14/2005 | E-mails from and to Chris re: FTU investigations |
| 9/14/2005 | Pleading review |
| 9/15/2005 | Review FTU inspection photos |
| 9/15/2005 | Depo prep - Capt. Dixon |
| 9/16/2005 | Email from client. |
| 9/16/2005 | Email to client. |
| 9/19/2005 | Calendar his IME. |
| 9/19/2005 | Fact investigation on defense psychiatrist, email to NELA list server. |
| 9/19/2005 | Telephone from Jerry Fulcher. |
| 9/19/2005 | Telephone with Dr. Tavani re IME issues. |
| 9/19/2005 | Email to client. |
| 9/20/2005 | Email to cocounsel. |
| 9/20/2005 | Download and distribute and calendar two depositions notices. |
| 9/20/2005 | Prepare for Capt. Dixon deposition. |
| 9/21/2005 | Prepare for Capt. Dixon deposition. |
| 9/21/2005 | Two emails from client. |
| 9/21/2005 | Deposition of Capt. Dixon. |
| 9/21/2005 | Analyze effect of Dixon deposition on the case. |
| 9/21/2005 | Telephone with SJN on Dixon deposition. |
| 9/21/2005 | Telephone with TSN on Dixon deposition. |
| 9/22/2005 | Email to cocounsel. |
| 9/23/2005 | Telephone conference with his wife about his emotional damages. |
| 9/23/2005 | Meet with JR about clients emotional damages. |
| 9/23/2005 | Telephone with MH about clients emotional damages. |
| 9/23/2005 | Telephone with MH about the economic experts report. |
| 9/23/2005 | Letter to client's family physician. |
| 9/23/2005 | Meet with JR about Dr. B's report. |
| 9/23/2005 | Meet with JR about Dr. B's report. |
| 9/23/2005 | Meet with JR about Dr. B's report. |

10:26 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 9/23/2005 | Meet with JR about Dr. B's report. |
| 9/23/2005 | Meet with JR about Dr. B's report. |
| 9/26/2005 | Discuss the case with SJN. |
| 9/26/2005 | Discuss the case with TSN. |
| 9/26/2005 | Discuss clients medical issues with SJN. |
| 9/26/2005 | Discuss the clients medical issues with TSN. |
| 9/26/2005 | Review E-mails re: depos, discovery and experts |
| 9/27/2005 | Meeting with client about his emotional condition, the Tavani report and going off on light duty... |
| 9/27/2005 | Meeting with TSN and the client about the Tavani report and light duty status. |
| 9/27/2005 | Meeting with TSN, client and SJN about the Tavani report and treatment for the client. |
| 9/27/2005 | File memo. |
| 9/27/2005 | Discuss case with MH. |
| 9/27/2005 | Reviewing and revising the draft protective order from defendants |
| 9/28/2005 | Working on draft protective order from Fitzgerald |
| 9/30/2005 | Meet with JR about document production. |
| 10/3/2005 | Meeting with clients |
| 10/4/2005 | Meet with Union president about support for the case. |
| 10/4/2005 | Meet with MH about damages. |
| 10/4/2005 | Call from Chris re: continuing harassment in the workplace |
| 10/4/2005 | Telephone calls from Chris re: continuing retaliation |
| 10/4/2005 | Review doc from Chris re: continuing retaliation against him |
| 10/5/2005 | Review medical records |
| 10/6/2005 | Meet with MH to discuss the case. |
| 10/7/2005 | Meeting with MH about economist report. |
| 10/7/2005 | Email from client. |
| 10/7/2005 | Review and edit depo memos |
| 10/8/2005 | Legal research - recent defamation and retaliation cases |
| 10/9/2005 | Legal research - free speech & petition clause retaliation; public concern issues |
| 10/10/2005 | Letter to DSP for total disability. |
| 10/10/2005 | Emails from client. |
| 10/10/2005 | E-mail from Chris re: medical condition |
| 10/10/2005 | Telephone with Chris re: his medical condition |
| 10/10/2005 | Letters and e-mails to Ellis and Yeomans |
| 10/10/2005 | Call to Chris re: Depo dates |
| 10/10/2005 | Review depo of Capt. Dixon |
| 10/14/2005 | E-mail from and to Chris |
| 10/14/2005 | Review D's Disqualification OB |
| 10/17/2005 | Meeting with Chris re: discovery issues |
| 10/17/2005 | Drafting briefing stipulation |
| 10/17/2005 | Meeting with TSN re: briefing |
| 10/17/2005 | Meeting with SJN re: briefing |
| 10/18/2005 | Prepare research project for law clerk re: MRPC 4.2, comment 7 |
| 10/19/2005 | Meet with MH about his upcoming deposition. |
| 10/21/2005 | Call from Chris re: injuries caused by the continuing retaliation against him |
| 10/21/2005 | Legal research - recent Adverse Action case law |
| 10/25/2005 | Review letter and FMLA docs given to Chris by MacLeish |
| 10/26/2005 | Meet with MH about damages issues and the economic report and email discovery issues. |
| 10/27/2005 | Review email from client. |
| 10/27/2005 | Review two emails from clietn. |
| 10/28/2005 | Beginning to work on our disqualification AB |
| 10/29/2005 | Working on disqualification AB |
| 10/30/2005 | Working on disqualification AB |
| 10/31/2005 | Email to client. |
| 10/31/2005 | Disqualificatoin AB |
| 11/1/2005 | Meeting with TSN about discovery |
| 11/1/2005 | Meeting with SJN about discovery |
| 11/1/2005 | Disqualification AB |
| 11/2/2005 | E-mails to Ed Ellis re: deposition schedulling |
| 11/2/2005 | Telephone conversation with Chris re: how's doing and how he's holding up physically, mentally a... |
| 11/2/2005 | Review and compare calendars, trying to find dates that work for depositions |
| 11/2/2005 | Telephone call to Dave Baylor re: trying to set up a deposition date |
| 11/2/2005 | Disqualification AB |
| 11/3/2005 | Working on disqualification AB |
| 11/4/2005 | Meeting with SJN regarding research assignment on Rule 4.2 and dealing with Defendant's Brief an... |
| 11/4/2005 | Meeting with TSN re: disqualification AB |
| 11/4/2005 | Meeting with SJN re: disqualification AB |
| 11/4/2005 | Disqualification AB |
| 11/4/2005 | Disqualification AB |
| 11/5/2005 | Disqualification AB |
| 11/6/2005 | Disqualification AB |

### The Neuberger Firm
## Customer QuickReport
#### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 11/7/2005 | Meeting with SJN regarding further research on case law regarding whether a government employee ... |
| 11/7/2005 | Legal research regarding whether an employee has a right to counsel when being questioned by his... |
| 11/7/2005 | Disqualification AB |
| 11/7/2005 | Disqualification AB |
| 11/8/2005 | Drafting memorandum regarding Defendants cases in their opening brief and the employee's right t... |
| 11/8/2005 | Meeting with Cheryl re: disqualification briefing |
| 11/8/2005 | Meeting with SJN re: disqualification briefing |
| 11/8/2005 | Working on disqualification AB |
| 11/9/2005 | Finished drafting and revising memorandum for SJN regarding Rule 4.2 case law and employee's rig... |
| 11/9/2005 | Case law research for SJN on RPC 1.13 and comment 10. |
| 11/9/2005 | Working on disqualification AB |
| 11/10/2005 | Citation check and Table of Authorities for SJN on Answering Brief. |
| 11/11/2005 | Email from CF. |
| 11/11/2005 | Meeting with TSN re: disqualification AB |
| 11/11/2005 | Meeting with SJN re: disqualification AB |
| 11/11/2005 | |
| 11/12/2005 | Disqualification AB |
| 11/13/2005 | Disqualification AB |
| 11/14/2005 | Meet with client about how his  two IMEs went, his condition and damages. |
| 11/14/2005 | Draft Table of Contents and Table of Authorities for Answering Brief. |
| 11/14/2005 | Finalizing disqualification AB |
| 11/18/2005 | Meet with SJN on his deposition. |
| 11/18/2005 | Prepare for deposition of Major Baylor. |
| 11/18/2005 | Take deposition of Major Baylor. |
| 11/18/2005 | Meet with client and WW and SJN re discovery. |
| 11/18/2005 | Depo prep - pulling together materials for TSN's depo of Dave Baylor |
| 11/18/2005 | Meeting with Chris |
| 11/21/2005 | Legal research - person of ordinary firmness research |
| 11/23/2005 | Study economic expert reprots for client (3) and discuss with the client. |
| 11/23/2005 | Discuss his expert reports with MH. |
| 11/23/2005 | Drafting and preparing RFP's and 'Rogs |
| 11/28/2005 | Meet with JR about trial. |
| 11/28/2005 | Review D's disqualification RB |
| 11/30/2005 | Meet with MH about SJ briefing. |
| 11/30/2005 | Pleadings review |
| 11/30/2005 | Call from and to Chris |
| 11/30/2005 | Depo prep for Chris |
| 12/1/2005 | Discuss briefing with SJN. |
| 12/1/2005 | Depo prep with Chris |
| 12/1/2005 | Depo prep - review Mayfran documentation |
| 12/2/2005 | Depo prep meeting with Chris |
| 12/3/2005 | Call from Chris |
| 12/4/2005 | Email to EE on briefing schedule. |
| 12/5/2005 | Calls with client, SJN, EE, emails about rescheduling the depo. of Foraker. |
| 12/6/2005 | Call to Chris |
| 12/6/2005 | Call from Chris re: deposition and discovery issues |
| 12/7/2005 | Draft briefing stipulation, pursuant to J. Sleet's requirements |
| 12/13/2005 | Deposition preparation. |
| 12/13/2005 | Depositon of Chris Foraker. |
| 12/13/2005 | Meet with client about his upcoming trial. |
| 12/14/2005 | Meet with SJN and MH to report on the Foraker deposition yesterday and to discuss trial strategy. |
| 12/14/2005 | Meet with TSN and MH to hear TSN report on the Foraker deposition yesterday and to discuss trial... |
| 12/14/2005 | Email from RF and respond. |
| 12/14/2005 | Email to GW about his depo. and gather documents for him to review. |
| 12/15/2005 | Review scheduling order and reset briefing deadlines. |
| 12/19/2005 | Call from Chris |
| 12/20/2005 | Email to EE about Greg Warren deposition and document production. |
| 12/20/2005 | Email from RF and respond. |
| 12/21/2005 | Email from RF and respond. |
| 12/22/2005 | Deposition of client. |
| 12/22/2005 | Meet with client after his depositon. |
| 12/23/2005 | Meet with SJN and CAS on results of the Foraker deposition yesterday and its use in sj briefing. |
| 12/23/2005 | Meet with TSN and CAS on the results of the Foraker deposition yesterday and its use in sj brief... |
| 12/27/2005 | Drafting SJOB |
| 12/28/2005 | Meet with CAS about 4 records depositions. |
| 12/28/2005 | Meet with client about witnesses. |
| 12/28/2005 | Email to RF on McQueen depo. |
| 12/28/2005 | Meet with client about McQueen depo. |
| 12/28/2005 | Review records subpoenas. |

10:26 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 12/28/2005 | Review emails today. |
| 12/28/2005 | Meeting with TSN re: SJOB |
| 12/28/2005 | Meeting with SJN re: SJOB |
| 12/28/2005 | Working on SJOB |
| 12/29/2005 | Email to client. |
| 12/29/2005 | Email to RF. |
| 12/29/2005 | Pleadings review |
| 12/29/2005 | Meeting with TSN re: SJOB and status |
| 12/29/2005 | Meeting with SJN re: SJOB and status |
| 12/29/2005 | Drafting SJOB |
| 12/30/2005 | Review late discovery responses from def. on Dixon and IME, meet with MH, SJN to compell. |
| 12/30/2005 | Email to VF. |
| 12/30/2005 | Email form client and reply. |
| 12/30/2005 | Call from Chris re: SJ briefing and US Navy lead citation |
| 12/30/2005 | Working on SJOB |
| 12/30/2005 | Working on SJOB from home |
| 1/1/2006 | Working on SJOB |
| 1/2/2006 | Drafting SJOB |
| 1/3/2006 | Copy article from 1999 Chris found in files. |
| 1/3/2006 | Legal research on the tort of Invasion of Privacy - False Light |
| 1/3/2006 | Meeting with SJN regarding research project on tort of Invastion of Privacy - False Light. |
| 1/3/2006 | Meeting with TSN re: SJ briefing |
| 1/3/2006 | Meeting with SJN re: SJ briefing |
| 1/3/2006 | Drafting SJOB |
| 1/3/2006 | Second draft of our summary judgment brief. |
| 1/4/2006 | Meet with SJN about his draft summary judgment brief. |
| 1/4/2006 | Meet with TSN about my draft summary judgment brief. |
| 1/4/2006 | Legal research on the tort of Invasion of Privacy - False Light |
| 1/4/2006 | Meeting with TSN re: SJ briefing and causal evidence issues |
| 1/4/2006 | Meeting with SJN re: SJ briefing and causal evidence issues |
| 1/4/2006 | Drafting SJOB |
| 1/5/2006 | Meet with SJN on cliient's deposition. |
| 1/5/2006 | Email from client. |
| 1/5/2006 | Next draft of our summary judgment brief. |
| 1/5/2006 | Draft letter to and gather documents for Dillman in preparation for his deposition. |
| 1/5/2006 | Drafting SJOB |
| 1/5/2006 | Develop list of documents needed for Appendix. |
| 1/6/2006 | Meet with GW about his deposition next week. |
| 1/6/2006 | Compile list of documents for Appendix for Summary Judgment. |
| 1/6/2006 | Gather documents for TSN to review for prep of Dillman's deposition. |
| 1/6/2006 | Drafting SJOB |
| 1/8/2006 | Drafting SJOB |
| 1/8/2006 | Telephone with client. |
| 1/9/2006 | Email form client and reply. |
| 1/9/2006 | Review recent 3d Circuit adverse action case |
| 1/9/2006 | Working on spoliation sanctions OB |
| 1/10/2006 | Meet with MH about trial preparation. |
| 1/10/2006 | Working on spoliation sanctions OB |
| 1/11/2006 | Working on SJOB |
| 1/11/2006 | Working on spoliation sanctions OB |
| 1/12/2006 | Prepare for Capt. McQueen deposition |
| 1/12/2006 | Working on spoliation sanctions OB |
| 1/13/2006 | Deposition of Capt. McQueen. |
| 1/13/2006 | Compose Appendix Table of Contents and Notice of Service. |
| 1/13/2006 | Working on SJOB |
| 1/14/2006 | Working on SJOB |
| 1/17/2006 | Gather documents for SJOB Appendix. |
| 1/18/2006 | Meeting with SJN regarding OBSJ appendix documents. |
| 1/18/2006 | Review confidentiality agreement for OBSJ appendix. |
| 1/18/2006 | Review and revise law clerk's bluebooking assignment for SJN. |
| 1/18/2006 | Working on SJOB |
| 1/19/2006 | Gather documents for OBSJ Appendix. |
| 1/19/2006 | Review documents for Confidential material. |
| 1/19/2006 | Pleadings review |
| 1/19/2006 | Working on SJOB |
| 1/20/2006 | Gather documents for OBSJ Appendix. |
| 1/20/2006 | Draft Table of Contents for OBSJ Appendix. |
| 1/20/2006 | Enter in Appendix cites to OBSJ. |
| 1/22/2006 | Working on SJOB |

10:26 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 1/23/2006 | Cut out 1.5 pages from our final brief and edit it, organize documents for the sealed appendix. |
| 1/23/2006 | Drafting SJOB |
| 1/23/2006 | Drafting spoliation sanctions OB |
| 1/23/2006 | Enter in Appendix cites to OBSJ, compose table of contents. |
| 1/24/2006 | Finalizing SJOB |
| 1/25/2006 | Working on consolidation motion |
| 1/25/2006 | Pleadings review |
| 1/25/2006 | Prepare draft of the Rule 42(a) motion to consolidate each case. |
| 1/25/2006 | Telephone with client about the brief filed today. |
| 1/25/2006 | Email to EE on consolidation. |
| 1/26/2006 | Meet with JR about briefing and documents for briefinig. |
| 1/26/2006 | Email to RF. |
| 1/26/2006 | Review notice of filngs yesterday. |
| 1/26/2006 | Read defendants' Summary Judgment Opening Brief. |
| 1/29/2006 | Meet with SJN about trial preparation and trial of the case. |
| 1/29/2006 | Meet with TSN about trial preparation and trial of the case. |
| 1/30/2006 | First draft of liability portion of opening statement. |
| 1/30/2006 | Review defense summary judgment brief and discuss defamation and privacy briefing with MH. |
| 1/31/2006 | Reply to EE email on consolidation. |
| 1/31/2006 | Second draft of the opening statement. |
| 1/31/2006 | Review draft 1 of TSN's opening statement. |
| 2/1/2006 | Legal research - recent causation opinion |
| 2/1/2006 | Meet with SJN about how to respond to defense sj brief. |
| 2/1/2006 | Working on SJAB |
| 2/3/2006 | Meet with MH about the briefing and preparing the pretrial order. |
| 2/3/2006 | Pulling together 1st Amendment reckless disregard of the truth law |
| 2/3/2006 | Pleadings review |
| 2/4/2006 | Working on SJAB |
| 2/5/2006 | Working on SJAB |
| 2/6/2006 | Citation check and prepare table of authorities for Answering Brief - Summary Judgment. |
| 2/6/2006 | Meeting with TSN re: SJAB |
| 2/6/2006 | Meeting with SJN re: SJAB |
| 2/6/2006 | Next draft of our answering brief in opposition to defense motion for sj. |
| 2/7/2006 | Email to client. |
| 2/7/2006 | Second drarft of the defamation and false light sections of our sj answering brief. |
| 2/7/2006 | Meeting with SJN regarding answering brief. |
| 2/7/2006 | Bluebooking and enter appendix citations into Answering Brief. |
| 2/7/2006 | Working on SJAB |
| 2/8/2006 | Email client. |
| 2/8/2006 | Enter in citations and bluebooking corrections into SJAB; check for record cites. |
| 2/8/2006 | Prepare TOC for SJAB Appendix. |
| 2/8/2006 | Legal research - recent State law defamation cases |
| 2/8/2006 | Working on and finalizing SJAB |
| 2/9/2006 | Meet with CAS to discuss her preparing various sections of the draft pretrial order. |
| 2/9/2006 | Prepare special verdict for the jury. |
| 2/9/2006 | Prepare first draft of jury prayers. |
| 2/9/2006 | Draft pre-trial documents. |
| 2/9/2006 | Meeting with TSN regarding pre-trial. |
| 2/10/2006 | Meet with SJN about remaining briefing. |
| 2/10/2006 | Organize brief file. |
| 2/10/2006 | Prepare first draft  of demonstrative exhibits for trial. |
| 2/10/2006 | Prepare trial brief. |
| 2/10/2006 | Draft pre-trail documents. |
| 2/10/2006 | Meeting with CAS re: pretrial prep |
| 2/12/2006 | Draft pre-trail documents. |
| 2/13/2006 | Finish first draft of the pretrial order. |
| 2/13/2006 | |
| 2/14/2006 | |
| 2/14/2006 | Call to clerk of courts regarding getting admitted pro hac vice. |
| 2/14/2006 | Second draft of all the pretrial papers. |
| 2/14/2006 | Review medical records from fitness for duty exam in November 2005 and defense economist damages... |
| 2/15/2006 | Meet with CAS, meet with JR about draft of the pretrial papers. |
| 2/15/2006 | Email on the expected attack on Glen Dixon as a witness. |
| 2/15/2006 | Email to EE on the use of experts. |
| 2/15/2006 | Letter to Dr. Tavani about new medical records and the trial date. |
| 2/15/2006 | Email about prior cases by the defense economist. |
| 2/15/2006 | Revise and finalize our reply brief on consolidation. |
| 2/15/2006 | Proof read current draft of all pretrial papers. |
| 2/15/2006 | Pretrial - meeting with TSN re: pretrial order and related issues |

**The Neuberger Firm**
# Customer QuickReport
**April 6, 2004 through June 5, 2006**

| Date | Memo |
|------|------|
| 2/15/2006 | Pretrial - meeting with SJN re: pretrial order and related issues |
| 2/15/2006 | Drafting consolidation RB |
| 2/15/2006 | Draft Pre-Trial documents. |
| 2/15/2006 | Review D's economic and psychiatric reports for Sgt. Foraker |
| 2/16/2006 | Meet with JR about records for analysis. |
| 2/16/2006 | Meet with SjN about remaining briefing. |
| 2/16/2006 | Drafting and finalizing SJRB |
| 2/16/2006 | |
| 2/16/2006 | Review Motion for Sanctions Opening Brief, Answering Brief and Reply Brief. |
| 2/17/2006 | Incorporate SJN changes into our draft. |
| 2/17/2006 | Working on pretrial documents - identifying witnesses and documents |
| 2/17/2006 | Finalize and file SJRB |
| 2/17/2006 | Revise pre-trial documents. |
| 2/18/2006 | Trial prepration, analyze expected expenses for trial. |
| 2/19/2006 | Last changes in pretrial papers drafts to send to the defense tomorrow. |
| 2/19/2006 | Email from client and reply on the draft exhibit list for trial. |
| 2/20/2006 | Speak with MH about pretrial draft. |
| 2/20/2006 | Meet with CAS about final changes to the pretrial draft. |
| 2/20/2006 | Letter to EE with pretrial draft. |
| 2/20/2006 | Meet with JR about pretrial draft. |
| 2/20/2006 | Meet with CAS about pretrial draft changes. |
| 2/20/2006 | Download and distribute DI 87 |
| 2/20/2006 | Draft Pre-trial Documents. |
| 2/21/2006 | Telephone with MH about a motion in limine on economic expert of the defense. |
| 2/21/2006 | Download and distribute DI 88. |
| 2/22/2006 | Review defense reply brief in support of its motion for summary judgment. |
| 2/22/2006 | Email, to cocounsel. |
| 2/22/2006 | Begin draft of motion in limine on cross of Dixon. |
| 2/23/2006 | Prepare motion in limine on Capt. Dixon cross. |
| 2/24/2006 | Meet with JLR for backup help for trial. |
| 2/24/2006 | Email to RF about templates for the pretrial documents. |
| 2/24/2006 | Email from CAS and reply. |
| 2/24/2006 | Organize briefs. |
| 2/25/2006 | |
| 2/25/2006 | |
| 2/27/2006 | Pretrial prep - working on motions in limine |
| 2/27/2006 | Meet with SJN about preparing trial testimony. |
| 2/27/2006 | Meet with SJN about preparing motions in limine. |
| 2/28/2006 | Reviewing, revising and filing motions in limine |
| 2/28/2006 | Send pre-trial documents to defense counsel. |
| 2/28/2006 | Revise Staller Motion in limine. |
| 3/2/2006 | Review D's SJRB |
| 3/3/2006 | Supplemental authority letter to Court |
| 3/13/2006 | Meet with SJN about pretrial preparation. |
| 3/13/2006 | Meet with CAs about pretrial prepartion. |
| 3/14/2006 | Legal research - review recent Third Circuit cases re: First Amendment retaliation and adverse a... |
| 3/14/2006 | Meeting with TSN |
| 3/14/2006 | Meeting with SJN |
| 3/15/2006 | Review defendants' AB in opposition to our motions in limine |
| 3/15/2006 | Review D's motion in limine re: Bud Fini and figure out how to respond |
| 3/15/2006 | Review D's Motion in Limine AB re: Dixon and figure out how to respond |
| 3/16/2006 | Review pretrial docs. |
| 3/16/2006 | Review and send email about defense version of the pretrial. |
| 3/16/2006 | Supplemental authority letter to Judge Sleet |
| 3/16/2006 | Review pretrial docs. |
| 3/20/2006 | Pretrial prep - working on pretrial order |
| 3/20/2006 | Pretrial documents. |
| 3/20/2006 | Telephone with SJN about the pretrial documents. |
| 3/20/2006 | Email to client. |
| 3/21/2006 | Revise, finalize and final RB in support of Dixon Motion in Limine |
| 3/21/2006 | Pretrial prep - meeting with TSN re: status of pretrial prep |
| 3/21/2006 | Pretrial prep - meeting with SJN re: status of pretrial prep |
| 3/21/2006 | Pretrial documents |
| 3/21/2006 | Edit pretrial papers. |
| 3/22/2006 | Revising pretrial order |
| 3/22/2006 | Pretrial documents. |
| 3/22/2006 | Meeting with TSN/SJN regarding pretrial. |
| 3/22/2006 | Foraker Pre-Trial Order Document Production |
| 3/23/2006 | Email to RF on delays in the documetns. |

10:26 AM

06/10/06

**The Neuberger Firm**
# Customer QuickReport
### April 6, 2004 through June 5, 2006

| Date | Memo |
|------|------|
| 3/23/2006 | Working on pretrial order |
| 3/23/2006 | Pretrial prep - meeting with TSN & CAS re: status of pretrial order |
| 3/23/2006 | Pretrial prep - meeting with SJN & CAS re: status of pretrial order |
| 3/23/2006 | Pretrial prep - meeting with TSN & SJN re: status of pretrial order |
| 3/23/2006 | Pretrial docs. |
| 3/23/2006 | Continue Foraker Pre-Trial Order Document Production |
| 3/24/2006 | Email from RF and respond. |
| 3/24/2006 | Attend to filing pretrial papers. |
| 3/24/2006 | Prepare a settlement offer. |
| 3/24/2006 | Finish Pre-Trial Order and Contested Exhibit books for Plaintiff and Defendants |
| 3/25/2006 | Email from client on settlement and reply.\ |
| 3/26/2006 | Telephone with MH about settlement. |
| 3/26/2006 | Email from client. |
| 3/27/2006 | Pretrial docs. |
| 3/28/2006 | Draft demand letter to RF. |
| 3/28/2006 | Email to RF. |
| 3/29/2006 | Meet with SJN about pretrial. |
| 3/29/2006 | Pretrial documents. |
| 3/29/2006 | Draft letter to Fitzgerald re pretrial docs for SJN's signature. |
| 3/30/2006 | Pretrial documents. |
| 4/6/2006 | Email to client. |
| 4/6/2006 | Email to MH. |
| 4/6/2006 | Discuss trial with SJN. |
| 4/7/2006 | Meet with MH about trial testlimony preparation. |
| 4/7/2006 | Email from client and respond. |
| 4/7/2006 | Review email to RF. |
| 4/9/2006 | Speak with SJN about  trial issues. |
| 4/9/2006 | Email to client. |
| 4/10/2006 | Review court ruling on the sj motion of plaintiff. |
| 4/10/2006 | Speak with SjN about sj ruling by the court. |
| 4/13/2006 | Meet with client. |
| 4/13/2006 | Email on expert report updates. |
| 4/15/2006 | Review all the material in the pretrial order to prepare for the pretrial. |
| 4/17/2006 | Meet with SJN to preprae for pretrial tomorrow. |
| 4/17/2006 | Meet with TSN to prepare for pretrial tomorrow. |
| 4/18/2006 | Attend pretrial to assist with document management. |
| 4/18/2006 | Attend pretrial to assist with document management. |
| 4/18/2006 | Pretrial conference in court. |
| 4/18/2006 | Meeting with TSN/SJN/MDH regarding pretrial issues. |

# Tab E

9:58 AM

06/10/06

Price

# The Neuberger Firm
## Time by Name
### March 1, 2004 through June 5, 2006

|  | Mar 1, '04 - Jun 5, 06 |
|---|---|
| **Jano, Sebastian** | |
| Firearms Training Unit 5200-04 | 9:24 |
| **Total Jano, Sebastian** | 9:24 |
| **Joseph R. Neuberger.** | |
| Firearms Training Unit 5200-04 | 156:21 |
| **Total Joseph R. Neuberger.** | 156:21 |
| **Neuberger, Stephen J.** | |
| Firearms Training Unit 5200-04 | 760:18 |
| **Total Neuberger, Stephen J.** | 760:18 |
| **Neuberger, Thomas S.** | |
| Firearms Training Unit 5200-04 | 652:06 |
| **Total Neuberger, Thomas S.** | 652:06 |
| **Sasadeusz, Cheryl A.** | |
| Firearms Training Unit 5200-04 | 281:11 |
| **Total Sasadeusz, Cheryl A.** | 281:11 |
| **Thomas Stephen Neuberger** | |
| Firearms Training Unit 5200-04 | 9:54 |
| **Total Thomas Stephen Neuberger** | 9:54 |
| **Ulrich, Jason A.** | |
| Firearms Training Unit 5200-04 | 86:42 |
| **Total Ulrich, Jason A.** | 86:42 |
| **TOTAL** | **1,955:56** |

10:02 AM

06/10/06

*Foraker*

# The Neuberger Firm
## Time by Name
### April 6, 2004 through June 5, 2006

|  | Apr 6, '04 - Jun 5, 06 | |
|---|---|---|
| **941** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 0:06 | |
| **Total 941** | | 0:06 |
| **Joseph R. Neuberger.** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 11:42 | |
| **Total Joseph R. Neuberger.** | | 11:42 |
| **Neuberger, Stephen J.** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 318:18 | |
| **Total Neuberger, Stephen J.** | | 318:18 |
| **Neuberger, Thomas S.** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 150:33 | |
| **Total Neuberger, Thomas S.** | | 150:33 |
| **Sasadeusz, Cheryl A.** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 98:07 | |
| **Total Sasadeusz, Cheryl A.** | | 98:07 |
| **Thomas Stephen Neuberger** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 0:42 | |
| **Total Thomas Stephen Neuberger** | | 0:42 |
| **Ulrich, Jason A.** | | |
| Foraker, Sgt. Christopher D. 5078.2-04 | 38:42 | |
| **Total Ulrich, Jason A.** | | 38:42 |
| **TOTAL** | | 618:10 |

# Tab F

## Fees and Costs Taxed by the Court Against Defendants by Category

### 1. Spoliation of Evidence Summary

Price v. Chaffinch

| Date | Time |
|------|------|
| 12/8/05 | .1 (TSN) |
| 12/9/05 | .3 (SJN) |
| 12/9/05 | .1 (SJN) |
| 1/9/06 | 1.8 (SJN) |
| 1/10/06 | 1.9 (SJN) |
| 1/11/06 | 1.1 (SJN) |
| 1/12/06 | .9 (SJN) |
| 1/17/06 | .5 (SJN) |
| 1/23/06 | 1.2 (SJN) |
| 2/1/06 | .3 (SJN) |
| 2/1/06 | .8 (SJN) |
| 2/1/06 | .8 (TSN) |
| 2/15/06 | 1.5 (SJN) |
| 2/15/06 | 1.7 (SJN) |

SJN subtotal (Price)  =     12.1 hours
TSN subtotal (Price)  =     0.9 hours

Foraker v. Chaffinch

| Date | Time |
|------|------|
| 1/9/06 | 1.7 (SJN) |
| 1/10/06 | 1.9 (SJN) |

| 1/11/06 | 1.0 (SJN) |
| 1/12/06 | 1.0 (SJN) |
| 1/23/06 | 1.1 (SJN) |

SJN subtotal (<u>Foraker</u>)        =        6.7  hours
==========================================
SJN grand total (<u>Price</u> + <u>Foraker</u>)    =        18.8 hours
TSN grand total (<u>Price</u> + <u>Foraker</u>)    =        0.9 hours


## 2.  Untimely Defense Motions in Limine Summary

<u>Price v. Chaffinch</u>

| <u>Date</u> | <u>Time</u> |
|---|---|
| 3/28/06 | .6 (SJN) |

SJN subtotal (<u>Price</u>)   =        0.6 hours


<u>Foraker v. Chaffinch</u>

| <u>Date</u> | <u>Time</u> |
|---|---|
| 3/28/06 | .6 (SJN) |

SJN subtotal (<u>Foraker</u>)        =        0.6 hours
==========================================

SJN grand total (<u>Price</u> + <u>Foraker</u>)    =        1.2 hours

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :    **C.A.No.04-956-GMS** |
| | : |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : |
| | : |
| **Defendants.** | : |

**UNSWORN DECLARATION OF WILLIAM H. EWING, ESQUIRE, UNDER 28 U.S.C.
SECTION 1746, IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE
ATTORNEYS' FEES**

I, William H. Ewing, hereby state that the following facts are true and correct to the best of my knowledge, information and belief:

1.    I make this declaration on my own personal knowledge and I will testify hereto if called as a witness.

2.    After graduating from the University of Pennsylvania Law School, magna cum laude, in 1965, I clerked for the Honorable Warren E. Burger on the United States Court of Appeals for the District of Columbia Circuit. I was admitted to the District of Columbia Bar in 1965 and the Pennsylvania Bar in 1970 and am also a member of the Bars of the United States Supreme Court, the Courts of Appeals for the District of Columbia Circuit, the Third Circuit and the Tenth Circuit, and the District Courts for the District of Columbia, Eastern and Middle Districts of Pennsylvania, and Northern District of California.

3.    Since 1970 I have been active in the private practice of law in Philadelphia, Pennsylvania. Until June 30, 1999, I was a shareholder in the firm of Connolly Epstein Chicco

–1–

Foxman Oxholm & Ewing and its predecessors, and, since July 1, 1999, I have been a member

of Eckert Seamans Cherin & Mellott, LLC. I have had extensive experience in the preparation,

trial and management of employment cases and other civil litigation.

4.    Eckert Seamans has an office in Wilmington, Delaware, where my partner Karen

Lee Turner practices bankruptcy law. Thomas S. Neuberger was the preceptor for Karen Lee

Turner for five months, as she worked from his offices prior to her admission to the Delaware

Bar.

5.    My litigation experience includes representation of a substantial number of

plaintiffs and defendants in employment cases, as well as bankruptcy, commercial and securities

actions. I was the lead counsel for the plaintiff class in *Goodman v. Lukens Steel Company*, 580

F. Supp. 1114 (E.D. Pa. 1984), and argued that case in the Third Circuit, 777 F.2d 113 (1985),

and the United States Supreme Court, 482 U.S. 656 (1987). Among the several other cases I

have argued in the Court of Appeals for the Third Circuit are *McNaboe v. NVF Company*, 276

F.3d 578 (3d Cir. 2001), *Gwynedd Properties, Inc. v. Lower Gwynedd Twp.*, 920 F.2d 1175 (3d

Cir. 1992), and *United Retail & Wholesale Emp. v. Yahn & McDonnell, Inc.*, 787 F.2d 128 (3d

Cir. 1986), *aff'd by an equally divided court*, 481 U.S. 735 (1987).

6.    Upon invitation, I have made presentations in a number of professional education

programs, including the following:

**Plaintiff's Employment Panel of the United States District Court for the Eastern District of
Pennsylvania: Educational Program**

"Damages and Attorney's Fees", 1990, 1991 and 1992.

"Discovery in Employment Cases", 1993.

"Ethics Issues in Employment Litigation", 1994.

–2–

"Alternative Dispute Resolution in Employment Discrimination Cases", 1995.

"Settlement Strategies", 1996.

Moderator, Panel of District Judges, 1997, 1998, 1999 and 2000.

Panelist, "Attorney's Fees After Buckhannon," 2001.

Panelist, "The Latest on Buckhannon and Attorney Fees," 2002.

Panelist, "After-Acquired Evidence: Reviewing the Landscape," 2003.

**Pennsylvania Bar Institute:  Annual Employment Law Institutes**

Panelist, "ETHICS: Communicating With Employees & Former Employees", 1995.

Co-presenter, "Negotiation And Settlement Strategies In The Age  Discrimination Case", 1996. (Repeated in Hot Topics In Employment Law course, 1996.)

Panelist, "The Trial of an Age Discrimination Case," 1999.

**American Bar Association Section of Labor and Employment Law: Anniversary Celebration**

Panelist, "Advancement in the Workplace: Pay, Promotion, Pregnancy and the Glass Ceiling", 1995.

**National Employment Lawyers Association:  Regional Conference**

Co-presenter, "Fee Applications:  A Practical Discussion", 1996.

**National Employment Lawyers Association:  Trial Practice for the Plaintiff Employment Lawyer**

Co-presenter, "Exploring 'Backroom' Strategies During Trial", 1997.

**National Employment Lawyers Association Annual Convention, 2005**

Moderator, "How To Pick Apart The Defendant's Human Resources Procedures."

**Philadelphia Bar Education Center:  Helping Real Estate Clients To Do Business in Philadelphia**

>    Materials editor and participant, 1995.

**Philadelphia Bar Education Center:  Real Estate and Land Use Practice Under Disability and Fair Housing Law**

>    Co-Course Planner and presenter, "Fair Housing Law As Applied", 1996.

**City of Philadelphia Law Department:  Life in the Big City V - Selected Topics for Municipal Attorneys**

>    Presenter, "What Zoning Is All About" and "Standing", 1999.

7.    The practice of employment law is full of pitfalls for the practitioner who is not both skillful and diligent because the law is still evolving at a rapid rate. Section 1983 First Amendment cases are particularly problematic because the adversary is a governmental entity, and they involve complex issues of immunity and whether the speech addresses a matter of public concern.  This area of the law is unique in requiring the plaintiff to prove not only that his right was infringed, but also that the right is "clearly established."  Successful representation of a plaintiff in a First Amendment case requires a high degree of competence and dedication, along with a greater time commitment than would be required in less complex and more settled areas of the law.

8.    In my years of practice, I have become familiar with the market rates for attorneys who engage in civil rights and litigation in the Third Circuit, including Wilmington and Philadelphia, Pennsylvania.

9.    I am also personally familiar with the background, skill, reputation and federal court litigation experience of both Thomas and Stephen Neuberger.  Thomas Neuberger and I have served as co-counsel with one another, and jointly we tried *McNaboe v. NVF Company,*

–4–

2000 U.S. Dist. LEXIS 4418 (D. Del. 2000), *aff'd in part and rev'd in part,* 276 F.3d 578 (3d Cir. 2001). I have also had occasion to work with Stephen Neuberger and have often sought his opinion and advice on various aspects of employment law.

     10.    Thomas S. Neuberger's requested rate of $410 per hour is well within the range of rates prevailing in the community for appellate representation before a United States Court of Appeals, and other services of similar complexity and specialization by lawyers whose skill, experience and reputation are reasonably comparable to his. My own standard hourly rate for such services is presently also $410.

     11.    The hourly rate of $250.00 for Stephen J. Neuberger is also reasonable and within the range of rates prevailing in the community for attorneys of his background, skill, reputation, and experience. Although young in years, he has demonstrated formidable legal understanding and talent.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2006.

WILLIAM H. EWING

# Exhibit 3

## Thomas S. Neuberger, Esquire

**From:**     "Ellis, Edward" <EEllis@mmwr.com>
**To:**        "Thomas Neuberger" <TSN@NeubergerLaw.com>
**Sent:**      Tuesday, June 06, 2006 4:50 PM
**Subject:**  RE: Price fee application

Tom:

I agree to your rate of $410.  Without making some calls, I cannot agree to Steve's because $250 sounds high for someone three years out of school.  If you want a quick answer I will agree to $220.  Cheryl's rate is agreeable.  I will respond to Martin's when I get it.

Ed Ellis

-----Original Message-----
**From:** Thomas Neuberger [mailto:TSN@NeubergerLaw.com]
**Sent:** Monday, June 05, 2006 5:32 PM
**To:** Ellis, Edward
**Cc:** Stephen J. Neuberger (work); Cheryl A. Sasadeusz, Esq.; Joseph Robert; Martin D. Haverly, Esq.
**Subject:** Price fee application

Ed,

In light of the court's scheduling order today can we agree on the hourly rates I will use for the fee application?

Mine is $410 which the state agreed to in my Springer v. Henry case after I won in the Third Circuit this year.  So the State paid me my time for the appeal at that rate.

Steve's rate is $250 which the state also paid in Springer.

Cheryl's rate is $150 per hour which I have never had to submit.  She is a member of the Pa. and NJ bar and is out ot school a year.

Joe's paralegal rate is $85 per hour.

I will get you Martin's rate.

Thanks for your prompt reply.

Tom
**********************************************
Thomas S. Neuberger, Esq.
The Neuberger Firm
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Phone:  302.655.0582
Fax: 302.655.9329
E-Mail:  TSN@NeubergerLaw.com

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on

June 19, 2006, I electronically filed this **PLEADING** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:


Edward Ellis, Esquire
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Richard M. Donaldson, Esquire
Montgomery McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801


/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**

FTU\atty fees\Fees and Costs Memo.FINAL

-28-