IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFFS' PETITION CLAUSE COUNTS**

1. Pursuant to Fed.R.Civ.P. 56, Fed.R.Civ.P. 50, the Court's Memorandum Opinion dated May 12, 2006 (D.I. 167) and the Court's Order dated June 5, 2006 (D.I. 185), plaintiffs renew their motions for summary judgment originally dated January 26, 2006 (see 04-956 at D.I. 82; 04-1207 at D.I. 61), or in the alternative for judgment as a matter of law, on their Count II Petition Clause claims.

2. In the Court's May 12th Memorandum Opinion, the Court stated that "[d]ue to the number of disputed facts in this case, including facts regarding the nature of the plaintiffs' cooperation with the Auditor, the court believes the most prudent course of action at this stage is to deny summary judgment as to Count II and revisit the issue after trial."  (D.I. 167 at 6 n.3).

3. In the Court's June 5th Order, the Court also specifically directed the parties to brief the effect of plaintiffs' Petition Clause Counts on the claims in this case.  (See D.I. 185 at 1).

4. Briefing in support of this motion will proceed in accord with the briefing schedule set

by the Court in its June 5th Order. (D.I. 185).

          Respectfully Submitted,

          **THE NEUBERGER FIRM, P.A.**

          /s/ Stephen J. Neuberger
          **THOMAS S. NEUBERGER, ESQ. (#243)**
          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
          Two East Seventh Street, Suite 302
          Wilmington, DE 19801
          (302) 655-0582
          TSN@NeubergerLaw.com
          SJN@NeubergerLaw.com

Dated: June 19, 2006          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on June 19, 2006, I electronically filed this **PLEADING** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(Via CM/ECF)
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>(Via CM/ECF)

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

FTU/ Pleadings /Renewed Petition Clause.final