IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, INTEREST AND COSTS RELATING TO ATTORNEY'S FEES AND COSTS OF MARTIN D. HAVERLY, ATTORNEY AT LAW, PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54[1]**

1. Pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54, plaintiffs Move that the Court make an award of attorneys fees, interest and costs relating to attorney's fees and costs of Martin D. Haverly, Attorney at Law, for the successful completion of trial and the entry of judgment in this case.

2. Briefing in support of this motion will proceed in accord with the briefing schedule set by the Court in its Order dated June 5, 2006. (D.I. 185).

                            Respectfully Submitted,
                            MARTIN D. HAVERLY, ATTORNEY AT LAW
                            /s/ Martin D. Haverly
                            MARTIN D. HAVERLY, ESQ. (#3295)
                            Two East Seventh Street, Suite 201
                            Wilmington, DE 19801
                            (302) 654-2255
                            Martin@HaverlyLaw.com

Dated: June 19, 2006             Attorney for Plaintiffs

---

[1] Since the time records of Plaintiffs' counsel, Martin D. Haverly, Attorney at Law and The Neuberger Firm, P.A. were kept using different billing systems, a separate motion and memorandum is being filed by The Neuberger Firm, P.A. relating to its attorneys' fees and costs.