## CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on June 19, 2006, I electronically filed **PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, INTEREST AND COSTS RELATING TO ATTORNEY'S FEES AND COSTS OF MARTIN D. HAVERLY, ATTORNEY AT LAW, PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Edward Ellis, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> (Via CM/ECF)
>
> Richard M. Donaldson, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801
> (Via CM/ECF)

> /s/ Martin D. Haverly
> **MARTIN D. HAVERLY, ESQ.**

cc:   Thomas S. Neuberger, Esquire
      Stephen J. Neuberger, Esquire
      Christopher Foraker
      Wayne Warren
      Kurt Price