## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | (Consolidated with C.A. No. 04-1207-GMS) |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW
### OR IN THE ALTERNATIVE, TO AMEND THE JUDGMENT
### OR FOR A NEW TRIAL

Defendants L. Aaron Chaffinch, Thomas F. MacLeish, David B. Mitchell, and the Division of State Police, Department of Safety and Homeland Security, State of Delaware, through their undersigned counsel, move (1) for judgment as a matter of law as to plaintiffs' claims under the First Amendment Free Speech and Petition Clauses in C.A. No. 04-956-GMS or, in the alternative, to amend the judgment; (2) for judgment as a matter of law as to plaintiff Foraker's defamation claim against defendant Chaffinch in C.A. No. 04-1207-GMS, and (3) for a new trial as to plaintiff Foraker's First Amendment retaliation claims set forth in C.A. No. 04-1207-GMS, as well as to all other matters not decided as a matter of law. The grounds for this Motion are set forth in the Opening Brief in Support of Defendant's Motion, which is filed separately.

                                        Respectfully submitted,

Dated: June 19, 2006                     /s/ Noel C. Burnham
                                      Noel C. Burnham (DE Bar No. 3483)
                                      Richard M. Donaldson (DE Bar No. 4367)
                                      Montgomery, McCracken, Walker & Rhoads, LLP
                                      300 Delaware Avenue, Suite 750
                                      Wilmington, DE 19801
                                      Telephone: (302) 504-7840
                                      Facsimile: (302) 504-7820

                                      Edward T. Ellis (Admitted Pro Hac Vice)
                                      Robert J. Fitzgerald (Admitted Pro Hac Vice)
                                      Carmon M. Harvey (Admitted Pro Hac Vice)
                                      Montgomery, McCracken, Walker & Rhoads, LLP
                                      123 South Broad Street
                                      Philadelphia, PA  19109
                                      (215) 772-1500

                                      *Counsel for Defendants L. Aaron Chaffinch,*
                                      *Thomas F. MacLeish, David B. Mitchell, and the*
                                      *Division of State Police, Department of Safety and*
                                      *Homeland Security, State of Delaware*