IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | (Consolidated with C.A. No. 04-1207-GMS) |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, to Amend the Judgment or for a New Trial, it is ORDERED that Defendant's Motion is GRANTED.

It is FURTHER ORDERED that:

(1) Defendants' Motion for judgment as a matter of law with respect to plaintiffs' First Amendment retaliation claims set forth in C.A. No. 04-956-GMS is GRANTED;

(2) Defendants' Motion for Judgment as a Matter of Law with respect to plaintiff Foraker's defamation claim against defendant Chaffinch in C.A. No. 04-1207-GMS is GRANTED; and

(3) Defendants' Motion for a New Trial with respect to plaintiff Foraker's First Amendment retaliation claims set forth in C.A. No. 04-1207-GMS is GRANTED.

**BY THE COURT**

_____
GREGORY M. SLEET, U.S.D.J.