# TAB 2 TO EXHIBIT A

## FIREARMS TRAINING UNIT BILLING PRIOR TO EXERCISE OF BILLING DISCRETION

***Martin D. Haverly, Attorney at Law***
2 East 7th Street, Suite 302
Wilmington, DE 19801

Ph:(302)654-2255         Fax:(302)655-9329

Firearms Training Unit                                                                              Jun 15, 2006

|  | File #: | 2456 |
|---|---|---|
| Attention: | Inv #: | SAMPLE |

RE:   Price, et al. v. Chaffinch

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-05-05 | Preparation of draft e-mail to Robert Fitzerald re: personnel & discovery | 0.30 | 87.00 | MDH |
|  | Research Motion to Compel discovery | 0.40 | 116.00 | MDH |
| May-06-05 | Confer with client Foraker re: Motion to Compel | 0.10 | 29.00 | MDH |
| Jul-22-05 | Review of complaints | 0.30 | 25.50 | RVO |
|  | Attend deposition | 4.80 | 408.00 | RVO |
| Jul-18-05 | Attend deposition of Maj. Baylor | 4.50 | 1,305.00 | MDH |
|  | Confer with clients, TSN & SJN re: Maj. Baylor's deposition | 0.70 | 203.00 | MDH |
|  | Confer with TSN re: Maj. Baylor's deposition | 0.20 | 58.00 | MDH |
| Jul-19-05 | Attend deposition of defendant MacLeisch | 5.50 | 1,595.00 | MDH |
|  | E-file Maj Baylor Notice of Deposition | 0.20 | 58.00 | MDH |
| Jul-20-05 | Review of TSN's 7/19/05 e-mail re: Kurt Price & potential disability pension | 0.10 | 29.00 | MDH |
| Jul-22-05 | Attend deposition of Maj. Papili | 4.50 | 1,305.00 | MDH |
|  | Confer with TSN, SJN & Chris Foraker (while on breaks) | 0.50 | 145.00 | MDH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Confer with SJN | 0.30 | 87.00 | MDH |
| Jul-23-05 | Preparation of 3rd Request for Production (re: executive staff notes) - dictate | 0.30 | 87.00 | MDH |
| Jul-25-05 | Review of SJN's 7/25/05 e-mail re: using Jose Castro as vocational expert for Kurt Price & Wayne Warren | 0.10 | 29.00 | MDH |
| Jul-26-05 | Attend deposition of Maj. Baylor | 4.30 | 1,247.00 | MDH |
| | Confer with TSN, SJN, Price & Foraker | 0.20 | 58.00 | MDH |
| | Confer with TSN, SJN, Price & Foraker | 0.30 | 87.00 | MDH |
| Jul-27-05 | Confer with TSN re: trial & expert witness strategy | 0.60 | 174.00 | MDH |
| Jul-28-05 | Finalize plaintiffs' 3rd Request for Production for TSN to e-file | 0.10 | 29.00 | MDH |
| Jul-29-05 | Finalize Plaintiffs' 3rd Request for Production | 0.20 | 58.00 | MDH |
| Aug-17-05 | Review of draft press release | 0.30 | 87.00 | MDH |
| Aug-25-05 | Preparation of correspondence to Jose Castro - dictate | 0.10 | 29.00 | MDH |
| Aug-30-05 | Review of TSN's 8/10/05 memo: future depostion of Lt. Col Tom Marcin | 0.10 | 29.00 | MDH |
| Sep-01-05 | Confer with SJN re: damages documents for Price & Warren | 0.10 | 29.00 | MDH |
| Sep-06-05 | Confer with SJN | 0.20 | 58.00 | MDH |
| | Confer with client Wayne Warren re: damages | 0.20 | 58.00 | MDH |
| | Confer with client, Kurt Price re: damages | 0.30 | 87.00 | MDH |
| | Preparation of correspondence to Dr. Borzilleri re: plaintiffs Price & Warren - finalize | 0.40 | 116.00 | MDH |
| Sep-15-05 | Confer with clients, SJN & TSN | 1.50 | 435.00 | MDH |
| Sep-30-05 | Review of Exhibit "U" from defendants' document production p. D10476-D10566 | 0.30 | 87.00 | MDH |
| Oct-04-05 | Review of TSN's 10/4/05 e-mail re: document production of 6 FTU comparators | 0.10 | 29.00 | MDH |
| Oct-27-05 | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
| | Review of report of Jose Castro re: Cpls. Price & Warren | 0.20 | 58.00 | MDH |
| Nov-01-05 | Review of Dr. Tavani's report on Wayne Warren | 0.50 | 145.00 | MDH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review of Dr. Tavani's report on Kurt Price | 0.50 | 145.00 | MDH |
| Nov-02-05 | Telephone call with client Wayne | 0.10 | 29.00 | MDH |
| | Telephone call with client Kurt - IME preparation | 0.60 | 174.00 | MDH |
| | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
| | Telephone call with Ed Elllis, L.M. (215)772-7322; L.M. (215)917-4737; L.M. | 0.10 | 0.00 | MDH |
| | Confer with SJN | 0.20 | 58.00 | MDH |
| | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
| | Telephone call with client Wayne, L.M. | 0.10 | 0.00 | MDH |
| | Telephone call with client Wayne, L.M. | 0.10 | 0.00 | MDH |
| | Telephone call with Ed Ellis | 0.10 | 29.00 | MDH |
| | Telephone call with client Wayne re: tomorrow's IME | 0.70 | 203.00 | MDH |
| Nov-17-05 | Preparation of Plaintiffs' 5th Request for Production - dictate | 0.20 | 58.00 | MDH |
| Nov-23-05 | Confer with SJN | 0.10 | 29.00 | MDH |
| Nov-29-05 | Review of TSN's 10/19/05 memo re: deposition of plaintiffs Kurt & Wayne | 0.30 | 87.00 | MDH |
| Dec-01-05 | Finalize entry of appearance for Price & Warren | 0.10 | 29.00 | MDH |
| | File Entry of Appearance for Price & Warren | 0.10 | 29.00 | MDH |
| Feb-16-06 | Review of economic reports for plaintiffs Warren & Price by Dr. Sullivan | 1.30 | 377.00 | MDH |
| Mar-06-06 | Review of various pleadings | 0.40 | 116.00 | MDH |
| Mar-27-06 | Preparation of e-mail to TSN re: attorney's fees fro potential settlement purposes | 0.10 | 29.00 | MDH |
| Apr-11-06 | Review of 4/10/06 email from TSN to Wayne Warren with original mesage from Wayne re: PMH authorization form | 0.10 | 29.00 | MDH |
| Apr-15-06 | Review of 4/15/06 email from Wayne Warren re: economic damages | 0.10 | 29.00 | MDH |
| Apr-21-06 | Preparation of retainer agreement (no charge) | 0.40 | 0.00 | MDH |
| Apr-27-06 | Telephone call with client - Wayne | 0.20 | 58.00 | MDH |

| | | | | |
|---|---|---|---|---|
| | Telephone call with client - Kurt, L.M. | 0.10 | 29.00 | MDH |
| | Telephone call with client - Wayne | 0.10 | 29.00 | MDH |
| | Telephone call with client - Kurt | 0.10 | 29.00 | MDH |
| Apr-29-06 | Preparation of trial testimony of Capt. McQueen, Cplt. Peachy & Sgt. Swain | 2.30 | 667.00 | MDH |
| May-01-06 | Telephone call with Dr. Tavani, L.M. | 0.10 | 0.00 | MDH |
| May-04-06 | Telephone call with Lynn Price, L.M. | 0.10 | 0.00 | MDH |
| | Telephone call with Mary Lou Warrne, L.M. | 0.10 | 0.00 | MDH |
| May-05-06 | Telephone call with TSN | 0.10 | 29.00 | MDH |
| | Telephone call with Mary Lou Warren - client's wife | 0.10 | 29.00 | MDH |
| May-08-06 | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
| | Telephone call with SJN | 0.10 | 29.00 | MDH |
| May-09-06 | Preparation of trial testimony of Cpl. Peachey | 0.30 | 87.00 | MDH |
| | Preparation of trial testimony of Sgt. Swain | 0.40 | 116.00 | MDH |
| | Confer with Nicole Walker | 0.50 | 145.00 | MDH |
| | Telephone call with client Wayne | 0.20 | 58.00 | MDH |
| May-10-06 | Preparation of trial testimony of Mary Lou Warren - Wayne's wife | 0.30 | 87.00 | MDH |
| | Confer with Mary Lou Warren - witness preparation | 2.80 | 812.00 | MDH |
| | Review of updated Dr. Borzilleri's reports for clients Price & Warren | 0.20 | 58.00 | MDH |
| | Confer with Lynn Price (client Price's wife) - witness preparation | 2.30 | 667.00 | MDH |
| May-12-06 | Telephone call with client Wayne | 0.10 | 29.00 | MDH |
| | Telephone call with Cpl. Bruce Peachey, L.M. | 0.10 | 29.00 | MDH |
| | Telephone call with Mary Lou Warren, L.M. | 0.10 | 0.00 | MDH |
| | Telephone call with Mary Lou Warren - witness preparation | 0.90 | 261.00 | MDH |
| | Confer with Lynn Price - witness preparation | 1.10 | 319.00 | MDH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-13-06 | Preparation of trial testimony of Lynn Price | 0.50 | 145.00 | MDH |
| | Preparation of trial testimony of Mary Lou Warren | 0.50 | 145.00 | MDH |
| | Preparation of email to Lynn Price with revised trial testimony | 0.10 | 29.00 | MDH |
| | Preparation of email to Mary Lou Warren with revised trial testimony | 0.10 | 29.00 | MDH |
| May-14-06 | Review of email from Lynn Price | 0.10 | 29.00 | MDH |
| | Preparation of email to SJN & Lynn Price re: Lynn's email | 0.10 | 29.00 | MDH |
| | Finalize retainer agreement (including typing) (no charge) | 2.50 | 0.00 | MDH |
| May-15-06 | Confer with clients | 0.30 | 87.00 | MDH |
| | Confer with clients | 0.30 | 87.00 | MDH |
| | Totals | 56.10 | $14,179.50 | |

**Total Fees, Disbursements** $14,179.50

Previous Balance $0.00
Previous Payments $0.00

**Balance Due Now** $14,179.50