# TAB 4 TO EXHIBIT A

## FORAKER BILLING AFTER EXERCISE OF BILLING DISCRETION

### *Martin D. Haverly, Attorney at Law*
2 East 7th Street, Suite 201
Wilmington, DE 19801

Ph:(302)654-2255                    Fax:(302)654-0175

Christopher Foraker .03                                          Jun 17, 2006
155 Oak Hill School Road
Townsend, DE 19734

|                | File #:  | 2497   |
|----------------|----------|--------|
| Attention:     | Inv #:   | SAMPLE |

RE:    Retaliation/Defamation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-03-04 | Review of all media items re: FTU from 3/04 to 8/03/04 | 2.40 | 696.00 | MDH |
|  | Telephone call with SJN at home from my office | 0.20 | 58.00 | MDH |
| Aug-10-04 | Review of & semi-transcribe FOX WBOC TV video | 0.30 | 87.00 | MDH |
|  | Preparation of draft Complaint | 2.40 | 696.00 | MDH |
|  | Preparation of draft Complaint | 6.20 | 1,798.00 | MDH |
| Aug-12-04 | Preparation of draft Complaint | 1.00 | 290.00 | MDH |
| Aug-16-04 | Confer with TSN re: draft complaint, liability theories | 0.70 | 203.00 | MDH |
|  | Review of TSN's revisions of draft complaint | 0.50 | 145.00 | MDH |
| Aug-30-04 | Prepare for press conference | 0.40 | 116.00 | MDH |
|  | Confer with TSN re: press conference | 0.10 | 29.00 | MDH |
|  | Attend press conference | 0.90 | 261.00 | MDH |
|  | Confer with TSN, SJN, client and client's spouse | 0.60 | 174.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Confer with client re: emotional damages & contempt | 0.50 | 145.00 | MDH |
| Nov-08-04 | Review of 10/22/04 fax from client re: Auditor's findings | 0.10 | 29.00 | MDH |
|  | Confer with SJN re: client's evaluation | 0.10 | 29.00 | MDH |
| Nov-09-04 | Review of State Auditor's report on the FTU | 0.30 | 87.00 | MDH |
| Nov-16-04 | Review of defendants' Answer to Complaint | 0.30 | 87.00 | MDH |
|  | Confer with RD re: preparing list of admissions from Answer | 0.20 | 58.00 | MDH |
| Nov-22-04 | Review of SJN's email to opposing counsel | 0.10 | 29.00 | MDH |
| Nov-29-04 | Review of Motion & Order for Admission Pro Hac Vice | 0.10 | 29.00 | MDH |
| Dec-03-04 | Review of SJN's 12/3/04 email re: TSN & SJN's meeting with defense counsel Robert Fitzgerald | 0.10 | 29.00 | MDH |
| Dec-04-04 | Confer with tSN re: Rule 26 Conference | 0.30 | 87.00 | MDH |
| Dec-21-04 | Review of 12/14/2004 fax from client to TSN & SJN | 0.10 | 29.00 | MDH |
| Dec-29-04 | Telephone call with client re: up in client's goals & objectives for evaluation at work | 0.20 | 58.00 | MDH |
| Jan-05-05 | Review of TSN's 12/27/04 memo re: his Rule 16(b) teleconference with Judge Sleet | 0.10 | 29.00 | MDH |

| Date | Description | | | |
|---|---|---|---|---|
| Feb-01-05 | Review of 2/1/05 email from TSN re: trial date | 0.10 | 29.00 | MDH |
| Feb-03-05 | Review of 2/3/05 letter from SJN to Judge Sleet | 0.10 | 29.00 | MDH |
| Feb-19-05 | Telephone call with TSN from home to his home re: whether previous Chaffinch deposition is public record | 0.10 | 29.00 | MDH |
| Feb-20-05 | Review of Foraker .01 file to determine if previous Chaffinch deposition is public record | 0.20 | 58.00 | MDH |
| Feb-21-05 | Telephone call with TSN re: in the record in Summary Judgment Appendix for first trial | 0.10 | 29.00 | MDH |
| Mar-05-05 | Review of defendants' Initial Disclosures | 0.20 | 58.00 | MDH |
| | Review of plaintiff's Initial Disclosures | 0.10 | 29.00 | MDH |
| Mar-29-05 | Review of TSN's 3/24/05 letter to potential witness Capt. Warren | 0.10 | 29.00 | MDH |
| Apr-04-05 | Telephone call with TSN | 0.10 | 29.00 | MDH |
| Apr-05-05 | Review of TSN's 4/5/05 email re: deposing witnesses | 0.10 | 29.00 | MDH |
| | Review of TSN's 4/4/05 email re: Capt. Warren as a witness | 0.10 | 29.00 | MDH |
| Apr-07-05 | Confer with TSN re: Dr. Tavani | 0.10 | 29.00 | MDH |
| Apr-08-05 | Confer with TSN - mapping out Discovery to be done | 2.80 | 812.00 | MDH |
| Apr-11-05 | Download drafts of documents from previous case from TSN's emails | 0.30 | 87.00 | MDH |
| Apr-13-05 | Review of TSN's 4/13/05 email re: is client agreeing to consolidate cases for trial & re: David Baylor | 0.10 | 29.00 | MDH |
| | Review of 4/12/05 email from client | 0.10 | 29.00 | MDH |
| Apr-18-05 | Review of TSN's 4/18/05 letter to client & two other clients | 0.10 | 29.00 | MDH |
| Apr-27-05 | | | | |
| | Telephone call with Dr. Carol Tavani | 0.10 | 29.00 | MDH |
| Apr-28-05 | | | | |
| | Review of documents re: discovery of email & electronic data | 0.70 | 203.00 | MDH |
| | Preparation of Plaintiff's 1st Request for Production | 0.50 | 145.00 | MDH |

| | | | | |
|---|---|---|---|---|
| | Preparation of and email potential deposition dates in June | 0.20 | 58.00 | MDH |
| May-04-05 | | | | |
| | Telephone call with Jose Castro - vocational expert | 0.20 | 58.00 | MDH |
| | Email reply to Robert Fitzgerald's 5/3/05 email | 0.10 | 29.00 | MDH |
| May-18-05 | Preparation of email to Robert Fitzgerald re: deposition dates | 0.20 | 58.00 | MDH |
| May-20-05 | Confer with Joseph Robert re: medical records | 0.10 | 29.00 | MDH |
| | Confer with TSN | 0.10 | 29.00 | MDH |
| | Review of defendants' 1st Set of interrogatories & 1st Request for Production directed to plaintiffs | 0.30 | 87.00 | MDH |
| May-21-05 | Review of boxes of old file records for Dr. Tavani's report & any potential medical reports | 1.00 | 290.00 | MDH |
| | Preparation of correspondence to Dr. Tavani - dictate | 0.70 | 203.00 | MDH |
| May-23-05 | Confer with Joseph Robert re: documents for Dr. Tavani | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Dr. Tavani - finalize retainer letter with documents | 0.20 | 58.00 | MDH |
| May-26-05 | Preparation of correspondence to client - finalize | 0.10 | 29.00 | MDH |
| May-31-05 | Confer with TSN | 0.30 | 87.00 | MDH |
| Jun-01-05 | Confer with SJN re: this month's depositions | 0.10 | 29.00 | MDH |
| | Email Robert Fitzgerald re: time for Maj. Papili's deposition | 0.10 | 29.00 | MDH |
| | Telephone call with Dr. Tavani re: her meeting with client this morning | 0.30 | 87.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Confer with SJN | 0.20 | 58.00 | MDH |
| Jun-03-05 | Confer with TSN & SJN | 0.20 | 58.00 | MDH |
| Jun-04-05 | Preparation of memo for Joe to retype re: splitting up work - dictate | 0.30 | 87.00 | MDH |
|  | Preparation of Notice of Depositions - dictate | 0.30 | 87.00 | MDH |
| Jun-06-05 | Confer with SJN re: rescheduling depositions | 0.30 | 87.00 | MDH |
| Jun-09-05 | Confer with TSN | 0.20 | 58.00 | MDH |
| Jun-13-05 | Finalize Notice of Depositions for Ret. Maj David Baylor & Maj. Joseph Papili | 0.10 | 29.00 | MDH |
|  | Confer with SJN via intercom re: schedule depositions | 0.10 | 29.00 | MDH |
|  | Confer wtih SJN re: depositions scheduled | 0.20 | 58.00 | MDH |
| Jun-15-05 | Review of various 6/13/05 & 6/14/05 emails from SJN re: discovery | 0.30 | 87.00 | MDH |
| Jun-17-05 | Preparation of discovery to defendants | 1.20 | 348.00 | MDH |
| Jun-19-05 | Preparation of discovery to defendants | 2.20 | 638.00 | MDH |
| Jun-20-05 | Preparation of discovery to defendants | 2.80 | 812.00 | MDH |
|  | Confer with SJN | 0.40 | 116.00 | MDH |
|  | Confer with SJN | 0.30 | 87.00 | MDH |
| Jun-21-05 | Preparation of plaintiff's discovery to defendant | 0.40 | 116.00 | MDH |
| Jun-28-05 | Preparation of plaintiff's discovery requests to defendants | 0.80 | 232.00 | MDH |
|  | Telephone call with client re: names for plaintiff's discovery requests (Anne dialed) | 0.50 | 145.00 | MDH |
| Jun-29-05 | Telephone call with client | 0.10 | 29.00 | MDH |
|  | Preparation of plaintiff's discovery to defendants | 1.10 | 319.00 | MDH |
|  | Telephone call with TSN re: experts for expert reports | 0.10 | 29.00 | MDH |
|  | Confer with SJN | 0.50 | 145.00 | MDH |

| | | | | |
|---|---|---|---|---|
| Jul-04-05 | Preparation of Request for Production to Defendants | 0.70 | 203.00 | MDH |
| Jul-05-05 | Preparation of Plaintiff's Request for Production Directed to Defendants | 0.60 | 174.00 | MDH |
| | Confer with SJN re: discovery | 0.20 | 58.00 | MDH |
| Jul-13-05 | Review of & prepare Plaintiff's Answers to Interrogatories | 2.20 | 638.00 | MDH |
| Jul-14-05 | Confer wtih SJN re: answer to interrogatories via intercom | 0.20 | 58.00 | MDH |
| | Preparation of Plaintiff's Answers & Objections to 1st Set of Interogatories Directed to Plaintiff | 3.80 | 1,102.00 | MDH |
| Jul-15-05 | Confer with staff re: serving plaintiff's 1st request for production | 0.20 | 58.00 | MDH |
| | Efile Notice of Service of Plaintiff's 1st Rquest for Production of Documents | 0.10 | 29.00 | MDH |
| Jul-21-05 | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
| Jul-22-05 | Prepare for Maj. Papili's deposition | 0.30 | 87.00 | MDH |
| | Confer with TSN re: today's deposition of Maj. Papili | 0.20 | 58.00 | MDH |
| Jul-23-05 | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
| Jul-25-05 | Telephone call with Bud Fini | 0.20 | 58.00 | MDH |
| | Telephone call with client re: Bud Fini - need updated credentials/resume | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Bud Fini - dictate | 0.40 | 116.00 | MDH |
| | Telephone call with Jose Casto | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Jose Castro | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Bud Fini - draft some more | 0.10 | 29.00 | MDH |
| Jul-26-05 | Preparation of correspondence to Bud Fini - finalize | 0.20 | 58.00 | MDH |
| | Preparation of correspondence to Jose Castro - finalize | 0.10 | 29.00 | MDH |

|         |                                                                                          |      |        |     |
|---------|------------------------------------------------------------------------------------------|------|--------|-----|
|         | Confer with client re: Bud Fini                                                          | 0.40 | 116.00 | MDH |
| Aug-03-05 | Telephone call with Bud Fini                                                            | 0.10 | 29.00  | MDH |
|         | Telephone call with Bud Fini                                                              | 0.40 | 116.00 | MDH |
| Aug-09-05 | Telephone call with Bud Fini                                                            | 0.10 | 29.00  | MDH |
|         | Review of SJN's 8/7/95 email re: client's out-patient pacemaker operation                | 0.10 | 29.00  | MDH |
|         | Review of 8/8/05 email from client to SJN                                                | 0.10 | 29.00  | MDH |
| Aug-17-05 | Telephone call with Robert Fitzgerald requesting extension of time to respond to 1st Request for Production | 0.10 | 29.00  | MDH |
|         | Confer with TSN                                                                           | 0.10 | 29.00  | MDH |
|         | Telephone call with Robert Fitzgerald                                                     | 0.20 | 58.00  | MDH |
| Aug-19-05 | Telephone call with Bud Fini                                                            | 0.10 | 29.00  | MDH |
| Aug-22-05 | Telephone call with Bud Fini                                                            | 0.10 | 29.00  | MDH |
| Aug-23-05 | Review of & analize preliminary 8/23/05 draft report from Bud Fini                     | 0.30 | 87.00  | MDH |
|         | Review of 7/20/05 memo from SJN re: thoughts on depostion of Col. MacLeisch              | 0.20 | 58.00  | MDH |
|         | Confer with TSN                                                                           | 0.40 | 116.00 | MDH |
|         | Confer with TSN re: experts                                                               | 0.30 | 87.00  | MDH |
| Aug-24-05 | Telephone call with Jose Castro                                                         | 0.30 | 87.00  | MDH |
| Aug-25-05 | Telephone call with expert Jose Castro                                                  | 0.20 | 58.00  | MDH |
|         | Telephone call with expert Jose Castro                                                    | 0.10 | 29.00  | MDH |
|         | Telephone call with Bud Fini (Anne dialed)                                                | 0.20 | 58.00  | MDH |
| Aug-31-05 | Review of draft report of Jose Castro                                                   | 0.30 | 87.00  | MDH |
| Sep-01-05 | Review of 8/30/2005 fax from Bud Fini to Jose Castro                                    | 0.10 | 29.00  | MDH |
| Sep-06-05 | Preparation of correspondence to Dr. Borzilleri re: plaintiff - finalize                | 0.30 | 87.00  | MDH |

| | | | | |
|---|---|---|---|---|
| Sep-12-05 | Confer with TSN | 0.10 | 29.00 | MDH |
| | Telephone call with Joe Castro | 0.50 | 145.00 | MDH |
| Sep-14-05 | Telephone call with Bud Fini | 0.40 | 116.00 | MDH |
| | Telephone call with Jose Castro | 0.30 | 87.00 | MDH |
| | Confer with SJN | 0.10 | 29.00 | MDH |
| | Confer with SJN | 0.30 | 87.00 | MDH |
| | Review of Defedants' Response to Plainiff Foraker's 1st Request for Production | 0.80 | 232.00 | MDH |
| Sep-27-05 | Confer with TSN | 0.10 | 29.00 | MDH |
| Sep-30-05 | Confer with TSN re: Defendants' Response to 1st Request for Production | 0.10 | 29.00 | MDH |
| Oct-07-05 | Reply email to SJN re: potential deposition dates for client's deposition | 0.10 | 29.00 | MDH |
| Oct-26-05 | | | | |
| | Telephone call with Bud Fini re: his draft report | 1.00 | 290.00 | MDH |
| | Confer with TSN | 0.10 | 29.00 | MDH |
| Oct-27-05 | | | | |
| | Review of Bud Fini's draft report | 0.30 | 87.00 | MDH |
| | Review of Bud Fini's Resume | 0.10 | 29.00 | MDH |
| | Telephone call with Bud Fini | 0.50 | 145.00 | MDH |
| | Telephone call with Jose Castro | 0.20 | 58.00 | MDH |
| | Preparation of information for Dr. Borzilleri | 0.20 | 58.00 | MDH |
| | Review of report of Bud Fini | 0.30 | 87.00 | MDH |
| | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
| Oct-28-05 | Review of Dr. Borzilleri's report | 0.30 | 87.00 | MDH |
|  | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
| Nov-02-05 |  |  |  |  |
|  | Telephone call with client Foraker - preparation of IME (from home) | 0.80 | 232.00 | MDH |
| Nov-18-05 | Confer with TSN re: his deposition of Maj. Baylor today (via intercom) | 0.10 | 29.00 | MDH |
| Nov-29-05 | Review of & anlayze 11/29/05 email from Chris re: sick leave status | 0.20 | 58.00 | MDH |
| Jan-16-06 | Review of & prepare Plaintiff's Summary Judgment Opening Brief | 1.80 | 522.00 | MDH |
| Jan-23-06 | Confer with SJN re: briefing | 0.10 | 29.00 | MDH |
| Jan-24-06 | Telephone call with client Foraker | 0.10 | 29.00 | MDH |
| Jan-25-06 | Review of plaintiffs' opening brief | 1.00 | 290.00 | MDH |
| Jan-30-06 | Confer with TSN re: defendants' S.J. Opening Brief | 0.30 | 87.00 | MDH |
| Jan-31-05 | Review of defendants' S.J. Opening Brief | 1.40 | 406.00 | MDH |

|  | Confer with TSN | 0.10 | 29.00 | MDH |
|---|---|---|---|---|
| Feb-08-06 | Telephone call with Ron at clerk's office re: method of filing videotape due to efiling | 0.20 | 58.00 | MDH |
|  | Preparation of Notice of Multi Media Filing | 0.20 | 58.00 | MDH |
|  | Confer with staff re: Notice of Multimedia Filing (Apparently first of its kind in this Court) | 0.20 | 58.00 | MDH |
|  | Confer with TSN | 0.20 | 58.00 | MDH |
|  | Review of defendants' S. J. Answering Brief | 0.80 | 232.00 | MDH |
| Feb-17-06 | Review of Plaintiff's Reply in Support of Motion for Summary Judgment | 0.40 | 116.00 | MDH |
| Feb-22-06 | Review of defendants' S. J. Answering Brief | 0.50 | 145.00 | MDH |
| Mar-25-06 | Review of 3/24/06 email from Foraker | 0.20 | 58.00 | MDH |
|  | Preparation of email to TSN re: potential settlement | 0.10 | 29.00 | MDH |
| Mar-26-06 | Review of TSN's 3/26/06 email to client re: potential settlement | 0.10 | 29.00 | MDH |
| Apr-11-06 | Review of Judge Sleet's Order denying plaintiffs' Summary Judgment on Counts I & II | 0.10 | 29.00 | MDH |
| Apr-13-06 | Telephone call with client Foraker's wife Suzanne | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker | 0.10 | 29.00 | MDH |
| Apr-15-06 | Review of TSN's 4/15/06 email re: pretrial preparations | 0.20 | 58.00 | MDH |
| Apr-27-06 | Review of 4/26/06 email from Cheryl re: Bud Fini | 0.10 | 29.00 | MDH |
|  | Preparation of email to Cheryl re: Bud Fini | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker | 0.10 | 29.00 | MDH |

| Date | Description | Hours | Amount | By |
|------|-------------|-------|--------|-----|
| Apr-29-06 | Preparation of trial testimony of Lt. Aviola, Maj. Seifert, Lt. Col. Marcin & Maj. Swiski | 3.00 | 870.00 | MDH |
| May-02-06 | Review of fax of updated resume from Bud Fini | 0.10 | 29.00 | MDH |
| May-04-06 | Telephone call with Bud Fini - his thoughts re: Defendants' Motion to Exclude him & whether to update his original report | 0.40 | 116.00 | MDH |
| May-05-06 | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
| May-08-06 | Preparation of trial testimony of Capt. McQueen | 0.80 | 232.00 | MDH |
| | Preparation of trial testimony of Suzanne Foraker (review her trial testimony at 1st Foraker trial) | 0.50 | 145.00 | MDH |
| May-09-06 | Preparation of trial testimony of Capt. McQueen | 0.30 | 87.00 | MDH |
| | Preparation of trial testimony of Suzanne Foraker | 0.40 | 116.00 | MDH |
| | Confer with Suzanne Foraker - witness preparation | 2.00 | 580.00 | MDH |
| | Telephone call with client Foraker | 0.20 | 58.00 | MDH |
| | Telephone call with SJN re: colateral source & pension | 0.20 | 58.00 | MDH |
| | Telephone call with SJN re: client's accumulated time, etc. | 0.10 | 29.00 | MDH |
| | Telephone call with client Foraker re: client's accumulated time, etc. | 0.10 | 29.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with SJN re: client's accumulated time, etc. | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker re: client's accumulated time, etc. | 0.40 | 116.00 | MDH |
|  | Telephone call with Dr. Brozilleri | 0.10 | 29.00 | MDH |
|  | Telephone call with client Foraker | 0.10 | 29.00 | MDH |
| May-10-06 | Telephone call with Dr. Borzilleri | 0.30 | 87.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Review of updated report of Dr. Borzilleri | 0.10 | 29.00 | MDH |
| May-11-06 | Preparation of trial testimony of Bud Fini - draft | 0.90 | 261.00 | MDH |
|  | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
| May-12-06 | Telephone call with SJN re: truthful reputation testimony | 0.20 | 58.00 | MDH |
| May-13-06 | Preparation of trial testimony of Capt. McQueen | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Lt. Col. Marcin | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Maj. Swiski | 0.20 | 58.00 | MDH |
| May-14-06 |  |  |  |  |
|  | Confer with SJN | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Bud Fini | 2.20 | 638.00 | MDH |
| May-15-06 | Confer with Suzanne Foraker - witness preparation | 2.50 | 725.00 | MDH |

Totals         $25,404.00

**Total Fees, Disbursements**         **$25,404.00**

Previous Balance         $0.00
Previous Payments         $0.00

**Balance Due Now**         **$25,404.00**