# TAB 5 TO EXHIBIT A

## FIREARMS TRAINING UNIT BILLING AFTER EXERCISE OF BILLING DISCRETION

### *Martin D. Haverly, Attorney at Law*
2 East 7th Street, Suite 201
Wilmington, DE 19801

Ph:(302)654-2255    Fax:(302)654-0175

Firearms Training Unit                                                    Jun 16, 2006

Attention:                                          File #:     2456
                                                    Inv #:    SAMPLE

RE:  Price, et al. v. Chaffinch

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-05-05 | Preparation of draft e-mail to Robert Fitzerald re: personnel & discovery | 0.30 | 87.00 | MDH |
| | Research Motion to Compel discovery | 0.40 | 116.00 | MDH |
| May-06-05 | Confer with client Foraker re: Motion to Compel | 0.10 | 29.00 | MDH |
| Jul-18-05 | Attend deposition of Maj. Baylor | 4.50 | 1,305.00 | MDH |
| | Confer with clients, TSN & SJN re: Maj. Baylor's deposition | 0.70 | 203.00 | MDH |
| | Confer with TSN re: Maj. Baylor's deposition | 0.20 | 58.00 | MDH |
| Jul-19-05 | Attend deposition of defendant MacLeisch | 5.50 | 1,595.00 | MDH |
| | E-file Maj Baylor Notice of Deposition | 0.20 | 58.00 | MDH |
| Jul-22-05 | Attend deposition of Maj. Papili | 4.50 | 1,305.00 | MDH |
| | Confer with TSN, SJN & Chris Foraker (while on breaks) | 0.50 | 145.00 | MDH |

|           | Confer with SJN | 0.30 | 87.00 | MDH |
|-----------|---|---|---|---|
| Jul-23-05 | Preparation of 3rd Request for Production (re: executive staff notes) - dictate | 0.30 | 87.00 | MDH |
| Jul-25-05 | Review of SJN's 7/25/05 e-mail re: using Jose Castro as vocational expert for Kurt Price & Wayne Warren | 0.10 | 29.00 | MDH |
| Jul-26-05 | Attend deposition of Maj. Baylor | 4.30 | 1,247.00 | MDH |
|           | Confer with TSN, SJN, Price & Foraker | 0.20 | 58.00 | MDH |
|           | Confer with TSN, SJN, Price & Foraker | 0.30 | 87.00 | MDH |
| Jul-27-05 | Confer with TSN re: trial & expert witness strategy | 0.60 | 174.00 | MDH |
| Jul-28-05 | Finalize plaintiffs' 3rd Request for Production for TSN to e-file | 0.10 | 29.00 | MDH |
| Jul-29-05 | Finalize Plaintiffs' 3rd Request for Production | 0.20 | 58.00 | MDH |
| Aug-25-05 | Preparation of correspondence to Jose Castro - dictate | 0.10 | 29.00 | MDH |
| Sep-01-05 | Confer with SJN re: damages documents for Price & Warren | 0.10 | 29.00 | MDH |
| Sep-06-05 | Confer with SJN | 0.20 | 58.00 | MDH |
|           | Confer with client Wayne Warren re: damages | 0.20 | 58.00 | MDH |
|           | Confer with client, Kurt Price re: damages | 0.30 | 87.00 | MDH |
|           | Preparation of correspondence to Dr. Borzilleri re: plaintiffs Price & Warren - finalize | 0.40 | 116.00 | MDH |
| Sep-15-05 | Confer with clients, SJN & TSN | 1.50 | 435.00 | MDH |
| Sep-30-05 | Review of Exhibit "U" from defendants' document production p. D10476-D10566 | 0.30 | 87.00 | MDH |
| Oct-04-05 | Review of TSN's 10/4/05 e-mail re: document production of 6 FTU comparators | 0.10 | 29.00 | MDH |
| Oct-27-05 | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
|           | Review of report of Jose Castro re: Cpls. Price & Warren | 0.20 | 58.00 | MDH |
| Nov-01-05 | Review of Dr. Tavani's report on Wayne Warren | 0.50 | 145.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of Dr. Tavani's report on Kurt Price | 0.50 | 145.00 | MDH |
| Nov-02-05 | Telephone call with client Wayne | 0.10 | 29.00 | MDH |
|  | Telephone call with client Kurt - IME preparation | 0.60 | 174.00 | MDH |
|  | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
|  | Confer with SJN | 0.20 | 58.00 | MDH |
|  | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
|  | Telephone call with Ed Ellis | 0.10 | 29.00 | MDH |
|  | Telephone call with client Wayne re: tomorrow's IME | 0.70 | 203.00 | MDH |
| Nov-17-05 | Preparation of Plaintiffs' 5th Request for Production - dictate | 0.20 | 58.00 | MDH |
| Nov-23-05 | Confer with SJN | 0.10 | 29.00 | MDH |
| Nov-29-05 | Review of TSN's 10/19/05 memo re: deposition of plaintiffs Kurt & Wayne | 0.30 | 87.00 | MDH |
| Dec-01-05 | Finalize entry of appearance for Price & Warren | 0.10 | 29.00 | MDH |
|  | File Entry of Appearance for Price & Warren | 0.10 | 29.00 | MDH |
| Feb-16-06 | Review of economic reports for plaintiffs Warren & Price by Dr. Sullivan | 1.30 | 377.00 | MDH |
| Mar-06-06 | Review of various pleadings | 0.40 | 116.00 | MDH |
| Apr-11-06 | Review of 4/10/06 email from TSN to Wayne Warren with original mesage from Wayne re: PMH authorization form | 0.10 | 29.00 | MDH |
| Apr-15-06 | Review of 4/15/06 email from Wayne Warren re: economic damages | 0.10 | 29.00 | MDH |
| Apr-27-06 | Telephone call with client - Wayne | 0.20 | 58.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with client - Wayne | 0.10 | 29.00 | MDH |
|  | Telephone call with client - Kurt | 0.10 | 29.00 | MDH |
| Apr-29-06 | Preparation of trial testimony of Capt. McQueen, Cplt. Peachy & Sgt. Swain | 2.30 | 667.00 | MDH |
| May-05-06 | Telephone call with TSN | 0.10 | 29.00 | MDH |
|  | Telephone call with Mary Lou Warren - client's wife | 0.10 | 29.00 | MDH |
| May-08-06 | Telephone call with client Kurt | 0.10 | 29.00 | MDH |
|  | Telephone call with SJN | 0.10 | 29.00 | MDH |
| May-09-06 | Preparation of trial testimony of Cpl. Peachey | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Sgt. Swain | 0.40 | 116.00 | MDH |
|  | Telephone call with client Wayne | 0.20 | 58.00 | MDH |
| May-10-06 | Preparation of trial testimony of Mary Lou Warren - Wayne's wife | 0.30 | 87.00 | MDH |
|  | Confer with Mary Lou Warren - witness preparation | 2.80 | 812.00 | MDH |
|  | Review of updated Dr. Borzilleri's reports for clients Price & Warren | 0.20 | 58.00 | MDH |
|  | Confer with Lynn Price (client Price's wife) - witness preparation | 2.30 | 667.00 | MDH |
| May-12-06 | Telephone call with client Wayne | 0.10 | 29.00 | MDH |
|  | Telephone call with Mary Lou Warren - witness preparation | 0.90 | 261.00 | MDH |
|  | Confer with Lynn Price - witness preparation | 1.10 | 319.00 | MDH |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| May-13-06 | Preparation of trial testimony of Lynn Price | 0.50 | 145.00 | MDH |
|  | Preparation of trial testimony of Mary Lou Warren | 0.50 | 145.00 | MDH |
|  | Preparation of email to Lynn Price with revised trial testimony | 0.10 | 29.00 | MDH |
|  | Preparation of email to Mary Lou Warren with revised trial testimony | 0.10 | 29.00 | MDH |
| May-14-06 | Review of email from Lynn Price | 0.10 | 29.00 | MDH |
|  | Preparation of email to SJN & Lynn Price re: Lynn's email | 0.10 | 29.00 | MDH |

Totals $13,195.00

**Total Fees, Disbursements** $13,195.00

Previous Balance
Previous Payments

**Balance Due Now** $13,195.00