# TAB 6TO EXHIBIT A

## FIREARMS TRAINING UNIT/FORAKER
## BILLING AFTER EXERCISE OF
## BILLING DISCRETION

## *Martin D. Haverly, Attorney at Law*
2 East 7th Street, Suite 201
Wilmington, DE 19801

Ph:(302)654-2255          Fax:(302)654-0175

FTU/Foraker                                                      Jun 17, 2006

| | | File #: | 2473 |
| Attention: | | Inv #: | SAMPLE |

RE:

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-25-05 | Review of 7/22/05 e-mail from SJN | 0.10 | 29.00 | MDH |
| Aug-09-05 | Review of SJN's 8/8/05 e-mail re: deposition of Chaffinch & Yeomans | 0.10 | 29.00 | MDH |
| Aug-23-05 | Confer with TSN & SJN re: experts | 0.30 | 87.00 | MDH |
| Aug-29-05 | Review of SJN's 8/26/05 e-mail re: touring FTU | 0.10 | 29.00 | MDH |
| | Preparation of e-mail to SJN re: tour of FTU facility | 0.10 | 29.00 | MDH |
| | Telephone call with Jose Castro | 0.30 | 87.00 | MDH |
| | Attend deposition of defendant Chaffinch | 4.00 | 1,160.00 | MDH |
| | Confer with TSN, SJN & client Wayne Warren re: deposition of defendant Chaffinch | 0.30 | 87.00 | MDH |
| Aug-31-05 | | | | |
| | Confer with SJN | 0.10 | 29.00 | MDH |
| | Telephone call with vocational expert Jose Castro | 0.40 | 116.00 | MDH |

Case 1:04-cv-00956-GMS   Document 195-8   Filed 06/19/2006   Page 3 of 21

| | | | | |
|---|---|---|---|---|
| | Confer with TSN re: experts | 0.40 | 116.00 | MDH |
| | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
| | Confer with SJN re: experts | 0.20 | 58.00 | MDH |
| | Telephone call with Jose Castro | 0.20 | 58.00 | MDH |
| Sep-06-05 | Confer with Chris Foraker | 0.20 | 58.00 | MDH |
| Sep-07-05 | | | | |
| | Telephone call with Dr. Borzilleri | 0.20 | 58.00 | MDH |
| | Review of 9/7/05 e-mail from SJN re: deposition scheduling | 0.10 | 29.00 | MDH |
| Sep-15-05 | Travel to & attend FTU site inspection | 4.00 | 1,160.00 | MDH |
| Sep-16-05 | | | | |
| | Telephone call with Dr. Tavani | 0.30 | 87.00 | MDH |
| Sep-19-05 | Review of 9/19/05 e-mail from TSN re: defendants' expert psychiatrist | 0.10 | 29.00 | MDH |
| Sep-21-05 | Confer with TSN | 0.30 | 87.00 | MDH |
| Sep-27-05 | Review of Defendants' Responses to Plaintiffs' 3rd Request for Production | 0.50 | 145.00 | MDH |
| Sep-30-05 | Review of TSN's 9/30/05 10:24 a.m. e-mail re: Dr. Kozma & clients being unfit for duty | 0.10 | 29.00 | MDH |
| | Review of TSN's 9/30/05 10:44 a.m. e-mail re: asking Bob Fitzgerald to give us confidential records, etc. | 0.10 | 29.00 | MDH |
| | Review of TSN's 9/30/05 10:48 a.m. e-mail re: Plaintiffs' confidential documents & Dr. Tavani's reports | 0.10 | 29.00 | MDH |
| | Preparation of e-mail to Robert Fitzgerald re: Foraker 1st Request for Production | 0.20 | 58.00 | MDH |
| | Telephone call with client Wayne Warren | 0.10 | 29.00 | MDH |
| | Telephone call with SJN | 0.20 | 58.00 | MDH |
| | Confer with TSN re: paper text messages & blackberries & local computer workstations | 0.10 | 29.00 | MDH |

Case 1:04-cv-00956-GMS    Document 195-8    Filed 06/19/2006    Page 4 of 21

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of correspondence to Dr. Borzilleri - dictate | 0.40 | 116.00 | MDH |
|  | Preparation of correspondence to Dr. Borzilleri - finalize | 0.60 | 174.00 | MDH |
| Oct-04-05 | Preparation of e-mail to Ed Ellis re: extension for economic & vocational experts | 0.20 | 58.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Confer with TSN re: Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
| Oct-14-05 | Confer with TSN | 0.30 | 87.00 | MDH |
| Oct-06-05 | Confer with TSN & SJN | 0.10 | 29.00 | MDH |
| Oct-18-05 | Review of SJN's 9/6/05 memo re: deposition of Capt. Davis | 0.10 | 29.00 | MDH |
|  | Review of SJN's 9/6/05 memo re: his meeting with clients after Capt. Davis' deposition | 0.10 | 29.00 | MDH |
|  | Review of draft economic & vocational reports | 0.70 | 203.00 | MDH |
| Oct-19-05 | Confer with TSN re: clients' depositions earlier this week & expert reports & defendants' failure to provide discovery | 0.70 | 203.00 | MDH |
|  | Telephone call with Robert Fitzgerald (extension on plaintiff's expert reports to 10/28/05) | 0.10 | 29.00 | MDH |
|  | Review of draft vocational & economic expert reports | 0.50 | 145.00 | MDH |
|  | Review of e-mail from Robert Fitzgerald forwarded by TSN re: producing medical & personel files of 21 troopers | 0.10 | 29.00 | MDH |
|  | Telephone call with Robert Fitzgerald re: extension on expert reports & requesting response to Plaintiffs' Requests for Production | 0.10 | 29.00 | MDH |
|  | Preparation of e-mail to Robert Fitzgerald re: extending Plaintiffs' expert reports | 0.20 | 58.00 | MDH |

|  | | | | |
|---|---|---|---|---|
|  | Preparation of e-mail to Robert Fitzgerald re: e-mail document issues | 0.20 | 58.00 | MDH |
| Oct-25-05 | Review & analyze draft vocational & economic expert reports | 2.30 | 667.00 | MDH |
|  | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
|  | Telephone call with Jose Castro - vocational expert | 0.10 | 29.00 | MDH |
|  | Telephone call with Jose Castro re: his report | 0.80 | 232.00 | MDH |
|  | Telephone call with Bud Fini | 0.10 | 29.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.80 | 232.00 | MDH |
| Oct-26-05 | Review of draft Jose Castro reports | 0.30 | 87.00 | MDH |
|  | Telephone call with Jose Castro | 0.40 | 116.00 | MDH |
|  | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
|  | Preparation of correspondence to Robert Fitzgerald re: vocational & economic experts - dictate | 0.20 | 58.00 | MDH |
|  | Telephone call with Robert Fitzgerald | 0.30 | 87.00 | MDH |
|  | Confer with TSN | 0.10 | 29.00 | MDH |
| Oct-27-05 | Preparation of e-mail to Robert Fitzgerald re: plaintiffs' requested discovery | 0.50 | 145.00 | MDH |
|  | Telephone call with Fire Industry expert Bud Fini | 0.10 | 29.00 | MDH |
| Oct-28-05 |  | | | |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
|  | Preparation of correspondence to Ed Ellis & Robert Fitzgerald with all expert reports, etc. - finalize | 0.50 | 145.00 | MDH |
|  | Organize enclosures to letter to Ed Ellis & Robert Fitzgerald | 0.50 | 145.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of 10/19/05 letter from Robert Fitzgerald to TSN re: Confidentialy Order & plaintiffs' "temp. total disability status" | 0.10 | 29.00 | MDH |
| Nov-01-05 | Confer with TSN | 0.10 | 29.00 | MDH |
| Nov-15-05 |  |  |  |  |
|  | Preparation of memo re: disability IMEs - dictate | 0.10 | 29.00 | MDH |
|  | Preparation of e-mail to Robert Fitzgerald re: e-mail requests | 0.10 | 29.00 | MDH |
| Nov-16-05 | Confer with SJN re: WBOC tape | 0.10 | 29.00 | MDH |
| Nov-18-05 | Confer with Robert Fitzgerald re: copying WBOC TV video & time frame for when he'll get me e-mails | 0.10 | 29.00 | MDH |
|  | Preparation of memo re: meeting with Robert Fitzgerald re: WBOC TV video & e-mails - dictate | 0.30 | 87.00 | MDH |
|  | Preparation of correspondence to Judge Sleet re: discovery disputes - dictate | 0.30 | 87.00 | MDH |
| Nov-21-05 | Preparation of e-mail to TSN re: e-mail discovery | 0.10 | 29.00 | MDH |
|  | Finalize memo re: 11/18/05 meeting with Robert Fitzgerald | 0.10 | 29.00 | MDH |
| Nov-23-05 | Telephone call with TSN re: economic damages expert reports | 0.30 | 87.00 | MDH |
| Nov-28-05 | Telephone call with Robert Fitzgerald re: discovery disputes | 0.10 | 29.00 | MDH |
| Nov-29-05 | Preparation of Agenda Letter re:  discovery disputes - draft | 0.20 | 58.00 | MDH |
|  | Review of defendants' Reply Brief re: Defendants' Motion to Disqualify Counsel | 0.70 | 203.00 | MDH |
|  | Confer with TSN re: defendants' Reply Brief re: Motion to Disqualify Counsel | 0.20 | 58.00 | MDH |
| Dec-01-05 | Preparation of correspondence to Robert Fitzgerald - Discovery Agenda Letter to Judge Sleet re: e-mails - dictate | 0.10 | 29.00 | MDH |
|  | Finalize fax letter to Robert Fitzgerald | 0.10 | 29.00 | MDH |

Dec-02-05

| | | | | |
|---|---|---|---|---|
| | Telephone call with Robert Fitzgerald | 0.30 | 87.00 | MDH |
| | Preparation of correspondence to Clerk re: problem with e-filing of discovery dispute agenda letter & MDH entry of appearance in FTU case | 0.20 | 58.00 | MDH |
| Dec-06-05 | Confer with TSN re: defendants' e-mails & individual defendants' harddrives | 0.20 | 58.00 | MDH |
| | Confer with TSN re: defendants' e-mails & individual defendants' harddrives | 0.20 | 58.00 | MDH |
| | Confer with TSN re: tomorrow's discovery dispute teleconference with Judge Sleet | 0.40 | 116.00 | MDH |
| Dec-07-05 | Review of 12/6/05 10:37 p.m. e-mail from SJN re: today's discovery dispute teleconference with Judge Sleet | 0.10 | 29.00 | MDH |
| | Prepare for teleconference with Judge Sleet | 1.00 | 290.00 | MDH |
| | Telephone call with Richard Donaldson, Esquire c. 9:40 a.m. | 0.10 | 29.00 | MDH |
| | Confer with SJN re: discovery disputes | 0.10 | 29.00 | MDH |
| | Telephone call with Ed Ellis | 0.20 | 58.00 | MDH |
| | Telephone call with Judge Sleet & Ed Ellis re: discovery issues | 0.40 | 116.00 | MDH |
| | Telephone call with Ed Ellis | 0.10 | 29.00 | MDH |
| | Confer with SJN re this morning's teleconference with Judge Sleet | 0.30 | 87.00 | MDH |
| Dec-08-05 | Confer with person at video copying store (1/2 rate) | 0.40 | 58.00 | MDH |
| Dec-09-05 | Review of SJN's 8/8/05 e-mail re: S J Briefing | 0.10 | 29.00 | MDH |
| Dec-12-05 | Confer with SJN re: spoilation | 0.10 | 29.00 | MDH |
| Dec-14-05 | Review of e-mails from Robert Fitzgerald re: WBOC-TV tape | 0.20 | 58.00 | MDH |
| | Preparation of e-mail to Robert Fitzgerald re: WBOC-TV tape | 0.30 | 87.00 | MDH |
| | Confer with TSN &SJN re: Chris Foraker's deposition | 0.70 | 203.00 | MDH |
| | Preparation of correspondence to Robert Fitzgerald re: WBOC-TV video - finalize | 0.10 | 29.00 | MDH |
| | Review of e-mail from TSN to Robert Fitzgerald | 0.10 | 29.00 | MDH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-20-05 | Review of 12/19/05 e-mail from Robert Fitzgerald to TSN re: 9/15/05 photo pictures of the Range | 0.10 | 29.00 | MDH |
| Dec-21-05 | Go on internet to identify circulation for the News Journal, The Delaware State News, American Police Beat & WBOC-TV | 0.40 | 116.00 | MDH |
| Dec-22-05 | Preparation of e-mail to Robert Fitzgerald & Ed Ellis re: individual defendants' computer hard drives | 0.50 | 145.00 | MDH |
| | Preparation of e-mail to Robert & Ed re: 12/20/05 e-mail production from defendants | 0.10 | 29.00 | MDH |
| Dec-23-05 | Confer with TSN & SJN | 0.10 | 29.00 | MDH |
| | Telephone call with Tom Eldred - circulation for Delaware State News | 0.10 | 29.00 | MDH |
| Dec-28-05 | Review of 12/27/05 e-mail from Robert Fitzgerald re: individual defendants hard drives | 0.10 | 29.00 | MDH |
| Dec-29-05 | Telephone call with Cynthia at Judge Sleet's to schedule discovery teleconference | 0.10 | 29.00 | MDH |
| | Telephone call with Wayne Warren | 0.10 | 29.00 | MDH |
| | Preparation of e-mail to Robert Fitzgerald with date & times for discovery teleconference with Judge Sleet | 0.10 | 29.00 | MDH |
| Dec-30-05 | Preparation of e-mail to Robert Fitzgerald re: Bill Provencher videotape | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Robert Fitzgerald re: media circulation - dictate | 0.30 | 87.00 | MDH |
| | Finalize media circulation letter to Robert Fitzgerald | 0.20 | 58.00 | MDH |
| | Preparation of e-mail to Robert Fitzgerald re: scheduling teleconference with Judge Sleet | 0.10 | 29.00 | MDH |
| | Telephone call with client Chris Foraker re: when Bill Provencher tape was created | 0.10 | 29.00 | MDH |
| | Preparation of e-mail to Robert Fitzgerald re: when Bill Provencher videotape was created | 0.10 | 29.00 | MDH |
| | Confer with TSN re: other discovery issues | 0.20 | 58.00 | MDH |
| Jan-03-06 | Telephone call with Marie McDavid at Judge Sleet's | 0.10 | 29.00 | MDH |
| Jan-04-06 | Telephone call with Robert Fitzgerald | 0.10 | 29.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Confer with SJN | 0.30 | 87.00 | MDH |
| Jan-05-06 | Review of 1/4/06 e-mail from Robert Fitzgerald re: schedule discovery teleconference with Judge Sleet | 0.10 | 29.00 | MDH |
| Jan-10-06 | Confer with TSN re: discovery disputes | 0.20 | 58.00 | MDH |
|  | Confer with Barb Conley re: use of home computers by high level staff | 0.10 | 29.00 | MDH |
| Jan-13-06 | Preparation of e-mail to Ed Ellis & Robert Fitzgerald re: failure to answer basis for questioning Dixon, failure to provide hard drives & report on Towson medical exams - sent 10:55 a.m. | 1.20 | 348.00 | MDH |
|  | Preparation of Discovery Dispute Agenda Letter to Judge Sleet | 0.20 | 58.00 | MDH |
|  | Preparation of correspondence to Ed Ellis & Robert Fitzgerald re: discovery dispute agenda letter - faxed c. 12:00 p.m. | 0.20 | 58.00 | MDH |
|  | Confer with clients re Bill Provencher videotape & defendants' computer  issues | 0.20 | 58.00 | MDH |
| Jan-16-06 | Finalize discovery dispute agenda letter | 0.10 | 29.00 | MDH |
|  | Telephone call with Efiled discovery dispute agenda letter | 0.10 | 29.00 | MDH |
|  | Preparation of correspondence to Robert Fitzgerald re: Bill Provencher videotape - dictate | 0.10 | 29.00 | MDH |
| Jan-17-06 |  |  |  |  |
|  | Telephone call with Ed Ellis | 0.10 | 29.00 | MDH |
|  | Research re: tomorrow's discovery dispute teleconference | 1.20 | 348.00 | MDH |
|  | Review of Bill Provencher video | 0.60 | 174.00 | MDH |
| Jan-18-06 |  |  |  |  |
|  | Telephone call with Judge Sleet, Ed Ellis & Donaldson | 0.50 | 145.00 | MDH |
|  | Confer with TSN | 0.10 | 29.00 | MDH |
| Jan-19-06 | Confer with TSN re: discovery dispute teleconference with J. Sleet | 0.20 | 58.00 | MDH |
| Jan-20-06 | Look for American Police Beat International circulation info. for SJN | 0.40 | 116.00 | MDH |

| | | | | |
|---|---|---|---|---|
| | Confer with Cheryl S. re: appendix | 0.10 | 29.00 | MDH |
| | Telephone call with SJN re: briefing | 0.10 | 29.00 | MDH |
| | E-mail American Police Beat subscription website to SJN | 0.10 | 29.00 | MDH |
| | Preparation of correspondence to Robert Fitzgerald - requesting answer to 12/20/05 letter re:  stipulating to figures for media circulation | 0.10 | 29.00 | MDH |
| Feb-16-06 | Review of defendants' Reponse to Motion to Consolidate trials | 0.30 | 87.00 | MDH |
| | Confer with TSN via intercom re: expert reports | 0.40 | 116.00 | MDH |
| Feb-20-06 | Confer with TSN via intercom | 0.10 | 29.00 | MDH |
| Feb-21-06 | Consider Motion in Limine to Preclude Defendants' Expert Testimony | 0.30 | 87.00 | MDH |
| | Review of Medical Records from Psychologist Caren DeBernardo of Baltimore, MD | 0.50 | 145.00 | MDH |
| | Confer with TSN via intercom re: potential Motion in Limine to exclude defendants' expert witness | 0.20 | 58.00 | MDH |
| Feb-22-06 | Review of 2/21/06 e-mail from Robert Fitzgerald providing information on defendants' experts | 0.10 | 29.00 | MDH |
| | Review of CV & testimony list for defendants' experts | 0.40 | 116.00 | MDH |
| | Research excluding expert testimony of Dr. Sullivan | 0.90 | 261.00 | MDH |
| Feb-23-06 | Confer with TSN & Cheryl | 1.00 | 290.00 | MDH |
| | Preparation of Motion in Limine to Exclude Defendants' Expert Testimony | 1.50 | 435.00 | MDH |
| | Review of & analyze draft Motion in Limine to Limit Cross Examination of Capt. Dixon | 0.40 | 116.00 | MDH |
| Feb-24-06 | Preparation of e-mail to Robert Fitzgerald | 0.10 | 29.00 | MDH |
| | Review of & revise Motion in Limine to Limit Cross Examination of Capt. Dixon | 0.20 | 58.00 | MDH |
| | Confer with TSN via intercom re: Motion in Limine to  Limit Cross Examination of Capt. Dixon | 0.10 | 29.00 | MDH |
| Feb-27-06 | Research re: Motion in Limine to exlude defendants' expert testimony | 1.50 | 435.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of Motion in Limine to exclude expert witness | 1.60 | 464.00 | MDH |
| Feb-28-06 | Finalize Motion in Limine to Exclude Defendants' Expert Testimony | 0.50 | 145.00 | MDH |
| Mar-06-06 | Review of TSN's 2/28/06 letter to Dr. Tavani | 0.20 | 58.00 | MDH |
|  | Review of TSN's 2/28/06 letter to Jose Castro | 0.20 | 58.00 | MDH |
|  | Review of TSN's 2/28/06 letter to Dr. Borzilleri | 0.20 | 58.00 | MDH |
| Mar-07-06 | Confer with Joe | 0.10 | 29.00 | MDH |
| Mar-09-06 | Telephone call with Dr. Kozma re: client's MMPI-2s | 0.20 | 58.00 | MDH |
| Mar-15-06 | Review of Defendants' Answering Brief to Plaintiffs' Motion in Limine to Preclude Defendants' Expert | 0.30 | 87.00 | MDH |
|  | Review of Defendants' Answering Brief to Plaintiffs' Motion to Limit Cross Examination of Capt. Dixon | 0.30 | 87.00 | MDH |
|  | Review of Defendants' opening brief in Support of Their Motion in Limine pursuant to Daubert to Preclude Bud Fini | 0.40 | 116.00 | MDH |
| Mar-18-06 | Telephone call with expert Jose Castro | 0.10 | 29.00 | MDH |
|  | Preparation of faxes with instructions to Jose Castro & Dr. Borzilleri re: Plaintiff's Motion in Limine to preclude expert testimony of Brian Sullivan | 0.20 | 58.00 | MDH |
|  | Telephone call with Bud Fini re: defendants' attempt to preclude his tetimony | 0.10 | 29.00 | MDH |
|  | Review of & analyze defendants' Opening Brief in Support of Their Motion Pursuant to Daubert | 0.40 | 116.00 | MDH |
|  | Telephone call with Tom Borzilleri re: Defendants' Answering Brief to Plaintiffs' Motion to Preclude Dr. Sullivan | 0.20 | 58.00 | MDH |
|  | Telephone call with Jose Castro - vocational expert | 0.20 | 58.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of Reply for Plaintiffs' Motion in Limine to Exclude Dr. Sullivan | 0.70 | 203.00 | MDH |
|  | Fax Jose Castro's & Bud Fini's report to Dr. Borzilleri | 0.20 | 58.00 | MDH |
|  | Telephone call with TSN - SJN will file Motion to Strike | 0.10 | 29.00 | MDH |
| Mar-19-06 | Preparation of Plaintiffs' Reply to Defendants' Opposition to Plaintiff's Motion in Limine to Preclude Defendants' Expert Brian Sullivan - dictate | 1.30 | 377.00 | MDH |
| Mar-20-06 | Finalize Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude Defendants' Expert Brian Sullivan | 1.50 | 435.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Telephone call with Jose Castro | 0.20 | 58.00 | MDH |
|  | Telephone call with TSN | 0.10 | 29.00 | MDH |
|  | Confer wtih SJN via intercom | 0.20 | 58.00 | MDH |
|  | Prepare e-mail to SJN re: tomorrow's filing | 0.10 | 29.00 | MDH |
| Mar-21-06 | Confer with SJN re: Reply for Plaintiffs' Motion in Limine | 0.10 | 29.00 | MDH |
|  | Review of plaintiffs' rebutal to Plaintiffs' Motion in Limine re: testimony of Capt. Dixon | 0.30 | 87.00 | MDH |
| Mar-23-06 | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
| Mar-24-06 | Review of 3/24/06 fax from Robert Fitzgerald re: potential settlement | 0.10 | 29.00 | MDH |
|  | Preparation of biography of Jose Castro | 0.30 | 87.00 | MDH |
| Mar-25-06 | Preparation of Jose Castro's biography | 0.20 | 58.00 | MDH |
| Apr-07-06 | Confer with TSN | 1.00 | 290.00 | MDH |
| Apr-13-06 | Review of Judge Sleet's Order re: sanctions of defendants because erased evidence | 0.20 | 58.00 | MDH |
|  | Review of 4/13/06 email from SJN re: potential forensic examiners for the wiped clean computer harddrives | 0.20 | 58.00 | MDH |
|  | Confer with SJN via intercom re: plaintiffs' forensic computer examiners | 0.10 | 29.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with clients Chris & Wayne | 0.20 | 58.00 | MDH |
|  | Confer with TSN | 0.10 | 29.00 | MDH |
| Apr-17-06 | Review of draft pretrial conference agenda from TSN | 0.20 | 58.00 | MDH |
| Apr-18-06 | Prepare for pretrial conference | 1.00 | 290.00 | MDH |
|  | Confer with TSN | 0.10 | 29.00 | MDH |
|  | Attend pretrial conference | 5.50 | 1,595.00 | MDH |
| Apr-20-06 |  |  |  |  |
| Apr-22-06 | Review of & analyze TSN's draft plaintiffs' proposed special verdict | 0.30 | 87.00 | MDH |
|  | Review of 4/19/06 letter from Richard Donaldson to Judge Sleet re: computer forensic examiner Stephen Bunting | 0.10 | 29.00 | MDH |
|  | Review of 4/17/06 letter with attachments from Noel Burnham to Judge Sleet with Revisions to Binders of defendants' Contested Exhibits | 0.20 | 58.00 | MDH |
| Apr-24-06 |  |  |  |  |
|  | Telephone call with TSN re: plaintiffs' proposed Special Verdict | 0.20 | 58.00 | MDH |
|  | Finalize thoughts re: draft plaintiffs' proposed Special Verdict | 0.40 | 116.00 | MDH |
| Apr-26-06 | Telephone call with Bud Fini (Firearms Expert) | 0.20 | 58.00 | MDH |
|  | Telephone call with Jose Castro (Vocational Expert) | 0.20 | 58.00 | MDH |
|  | Confer with SJN via intercom | 0.10 | 29.00 | MDH |
| Apr-27-06 |  |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with Jose Castro | 0.20 | 58.00 | MDH |
|  | Telephone call with Dr. Tavani | 0.20 | 58.00 | MDH |
| Apr-28-06 | Review of & analyze SJN's 4/27/06 email to Robert Fitzgerald & Robert Fitzgerald's 4/27/06 email to SJN re: Chaffinch harddrive - Word Search | 0.30 | 87.00 | MDH |
| May-01-06 |  |  |  |  |
|  | Identify defendants' Doctor's reports to go to Dr. Tavani | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Capt. McQueen | 0.60 | 174.00 | MDH |
|  | Telephone call with Pam at LRP Pulcations - ordered Dartnell Survey | 0.20 | 58.00 | MDH |
|  | Confer with Jose Castro re: whether to update report | 0.50 | 145.00 | MDH |
| May-02-06 | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
| May-04-06 | Telephone call with Jose Castro | 0.30 | 87.00 | MDH |
|  | Telephone call with Jose Castro | 0.30 | 87.00 | MDH |
|  | Telephone call with SJN | 0.20 | 58.00 | MDH |
| May-05-06 | Telephone call with Jose Castro re: whether to update report | 0.10 | 29.00 | MDH |
|  | Confer with TSN via intercom re: not necessary to update Jose Castro's report | 0.10 | 29.00 | MDH |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of Plaintiffs' Memo re: Collateral Source Rule | 0.30 | 87.00 | MDH |
|  | Review of TSN's updated draft opening statement | 0.50 | 145.00 | MDH |
|  | Confer with SJN re: questions for plaintiffs on damages | 0.30 | 87.00 | MDH |
| May-06-06 | Review of defendants' expert psychiatirst reports - Dr. DeBernardo & Dr. Toborowski | 1.00 | 290.00 | MDH |
|  | Telephone call with Dr. Tavani re: defendants' expert's reports | 1.10 | 319.00 | MDH |
|  | Review of all Summary Judgment briefing to help me prepare testimony of various witnesses | 2.30 | 667.00 | MDH |
| May-08-06 | Preparation of draft trial testimony of Suzanne Foraker, Mary Lou Warren & Lynn Price | 2.10 | 609.00 | MDH |
|  | Telephone call with client Wayne re: new union contract | 0.10 | 29.00 | MDH |
|  | Review of Dartnell's Report cited by defendants' economist Dr. Sullivan | 0.80 | 232.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.20 | 58.00 | MDH |
|  | Telephone call with Jose Castro re: Dartnell's Survey | 0.20 | 58.00 | MDH |
|  | Telephone call with client Wayne | 0.10 | 29.00 | MDH |
|  | Review of Union Contract emailed to me by Chris Foraker | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Cpl. Peachey & Sgt. Swain | 1.50 | 435.00 | MDH |
|  | Review of 5/6/05 email from TSN re: Baylor testimony & status of other trial testimony | 0.10 | 29.00 | MDH |
|  | Review of deposition of Capt. Ralph Davis | 1.00 | 290.00 | MDH |
| May-09-06 | Telephone call with Dr. Borzilleri re: updating reports | 0.10 | 29.00 | MDH |
|  | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
|  | Telephone call with Dr. Borzilleri re: updating reports | 0.10 | 29.00 | MDH |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| | Telephone call with Dr. Borzilleri | 0.10 | 29.00 | MDH |
| | Telephone call with SJN | 0.20 | 58.00 | MDH |
| | Telephone call with SJN | 0.10 | 29.00 | MDH |
| | Telephone call with Dr. Borzilleri re: updating his reports | 0.30 | 87.00 | MDH |
| May-10-06 | Preparation of correspondence to opposing counsel with Dr. Borzilleri's updated reports | 0.10 | 29.00 | MDH |
| | Review of various emails relating to the case from SJN & TSN | 1.50 | 435.00 | MDH |
| | Telephone call with SJN re: his thoughts on trial testimony for Lt. Aviola, Lt. Col. Seifert, Ret. Col Marcin & Ret. Maj. Swiski | 0.20 | 58.00 | MDH |
| | Review of plaintiffs' depositions re: Damages | 1.60 | 464.00 | MDH |
| | Preparation of trial testimony of Lt. Col. Seifert including review of 1st Foraker trial transcript | 1.10 | 319.00 | MDH |
| | Preparation of trial testimony of Ret. Maj. Swiski | 0.70 | 203.00 | MDH |
| May-11-06 | Confer with TSN re: trial witnesses | 0.30 | 87.00 | MDH |
| | Confer wtih Firearms Industry expert Bud Fini - witness preparation | 2.50 | 725.00 | MDH |
| May-12-06 | Review of Jury Pool list | 0.30 | 87.00 | MDH |
| | Analyze Dr. Borzilleri's reports in order to explain to TSN & SJN | 0.40 | 116.00 | MDH |
| | Review of recent emails between TSN and opposing counsel re: MacLeisch punitive damages documents | 0.20 | 58.00 | MDH |
| | Confer with TSN & SJN re: damages/Dr. Borzilleri's reports | 0.30 | 87.00 | MDH |
| | Confer with staff re: jury pool | 0.20 | 58.00 | MDH |
| | Check two jury pool attorney's practice areas on internet | 0.30 | 87.00 | MDH |
| | Telephone call with Jose Castro - vocational expert | 0.10 | 29.00 | MDH |
| | Telephone call with Jose Castro | 0.60 | 174.00 | MDH |
| | Confer with clients | 0.20 | 58.00 | MDH |
| | Review of & analyze Judge Sleet's S.J. Memorandum Opinion | 0.50 | 145.00 | MDH |
| | Preparation of trial testimony of Lynn Price | 0.30 | 87.00 | MDH |

Case 1:04-cv-00956-GMS    Document 195-8    Filed 06/19/2006    Page 17 of 21

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of trial testimony of Mary Lou Warren | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Capt. Davis | 0.30 | 87.00 | MDH |
|  | Telephone call with SJN | 0.10 | 29.00 | MDH |
|  | Preparation of trial testimony of Capt. Dixon | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Lt. Col. Seifert | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Capt. McQueen | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Ret. Lt. Col. Marcin - reviewing prior testimony | 0.70 | 203.00 | MDH |
|  | Preparation of trial testimony of Maj. Swiski - reviewing prior testimony | 0.60 | 174.00 | MDH |
|  | Preparation of trial testimony of Lt. Aviola - dictate | 0.50 | 145.00 | MDH |
|  | Preparation of trial testimony of Maj. Papilli | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Capt. Davis - dictate | 1.40 | 406.00 | MDH |
| May-13-06 | Preparation of trial testimony of Maj. Papilli | 0.10 | 29.00 | MDH |
|  | Preparation of trial testimony of Lt. Aviola | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Capt. Dixon | 0.80 | 232.00 | MDH |
|  | Review of jury pool list | 0.20 | 58.00 | MDH |
|  | Confer with TSN, SJN, Wayne, Kurt re: jury pool | 1.50 | 435.00 | MDH |
| May-14-06 | Figure out witness preparation schedule for 1st week of trial | 0.30 | 87.00 | MDH |
|  | Review of TSN's 5/14/06 email re: trial subpoenas | 0.10 | 29.00 | MDH |
|  | Review of TSN's 5/14/06 email with attachments re: record to develop thru witnesses on destruction of evidence | 0.50 | 145.00 | MDH |
|  | Telephone call with Dr. Tavani | 1.80 | 522.00 | MDH |
|  | Review of deposition of Capt. Dixon | 1.20 | 348.00 | MDH |
| May-15-06 | Dictate instructions to staff re: contacting plaintiffs' four experts | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Capt. Dixon - dictate | 0.50 | 145.00 | MDH |

Case 1:04-cv-00956-GMS    Document 195-8    Filed 06/19/2006    Page 18 of 21

|  |  |  |  |  |
|---|---|---|---|---|
|  | Attend trial | 7.50 | 2,175.00 | MDH |
|  | Confer with clients, TSN, SJN & Cheryl S. | 0.40 | 116.00 | MDH |
|  | Review of & prepare trial testimony of Capt. Davis | 1.10 | 319.00 | MDH |
| May-16-06 | Preparation of trial testimony of Capt. Ralph Davis | 0.70 | 203.00 | MDH |
|  | Review of Bud Fini's report | 0.30 | 87.00 | MDH |
|  | Preparation of trial testimony of Bud Fini | 0.50 | 145.00 | MDH |
|  | Finalize trial testimony of Maj. Papilli | 0.10 | 29.00 | MDH |
|  | Preparation of trial testimony of Lt. Col. Seifert | 0.20 | 58.00 | MDH |
|  | Preparation of trial testimony of Maj. Swiski | 0.10 | 29.00 | MDH |
|  | Preparation of trial testimony of Lt. Col. Marcin | 0.10 | 29.00 | MDH |
|  | Attend trial | 8.00 | 2,320.00 | MDH |
|  | Preparation of trial testimony of Capt. Davis | 0.40 | 116.00 | MDH |
|  | Confer with Cheryl re: Capt. Davis' trial testimony | 0.30 | 87.00 | MDH |
|  | Confer with TSN, SJN, Kurt, & Chris | 0.30 | 87.00 | MDH |
|  | Review of information from Bud Fini re: his background & response to defendants' need to voir dire him | 0.40 | 116.00 | MDH |
|  | Confer with SJN | 0.30 | 87.00 | MDH |
|  | Telephone call with Bud Fini - witness preparation | 0.70 | 203.00 | MDH |
|  | Telephone call with Jose Castro | 0.10 | 29.00 | MDH |
|  | Preparation of trial testimony of Jose Castro | 1.30 | 377.00 | MDH |
|  | Preparation of trial testimony of Dr. Tavani | 0.80 | 232.00 | MDH |
|  | Preparation of trial testimony of Bud Fini | 1.20 | 348.00 | MDH |
| May-17-06 | Attend trial | 7.50 | 2,175.00 | MDH |

| | | | | |
|---|---|---|---|---|
| | Confer with clients, TSN & SJN | 0.40 | 116.00 | MDH |
| | Telephone call with Bud Fini - witness preparation | 1.10 | 319.00 | MDH |
| | Telephone call with Dr. Tavani - witness preparation | 2.00 | 580.00 | MDH |
| | Telephone call with Jose Castro - witness preparation | 1.20 | 348.00 | MDH |
| May-18-06 | Attend trial | 7.50 | 2,175.00 | MDH |
| | Confer with Bud Fini during lunch - witness preparation | 0.20 | 58.00 | MDH |
| | Confer with Jose Castro during lunch - witness preparation | 0.20 | 58.00 | MDH |
| | Confer with clients, TSN & SJN | 0.30 | 87.00 | MDH |
| | Preparation of trial testimony of Dr. Borzilleri | 0.40 | 116.00 | MDH |
| | Telephone call with Dr. Borzilleri - witness preparation | 0.70 | 203.00 | MDH |
| | Telephone call with Dr. Tavani re: potential cross examination for Dr. DeBernardo | 0.40 | 116.00 | MDH |
| | Telephone call with Bud Fini | 0.20 | 58.00 | MDH |
| May-19-06 | Attend trial | 7.50 | 2,175.00 | MDH |
| | Review of plaintiffs' collateral source memo | 0.30 | 87.00 | MDH |
| May-20-06 | Preparation of cross examination trial testimony of Dr. Sullivan - dictate draft | 0.40 | 116.00 | MDH |
| | Preparation of cross examination trial testimony of Dr. DeBernardo - dictate draft | 0.20 | 58.00 | MDH |
| | Preparation of cross examination trial testimony of Dr. Toborwoski - dictate draft | 0.20 | 58.00 | MDH |
| | Telephone call with SJN re: collateral source & pension | 0.20 | 58.00 | MDH |
| May-22-06 | Attend trial | 7.80 | 2,262.00 | MDH |
| | Review of collateral source pension cases | 0.40 | 116.00 | MDH |
| | Identify documents to copy for Capt. Yeoman's deposition | 0.30 | 87.00 | MDH |
| | Confer with clients, TSN, SJN, Joe & Cheryl | 0.40 | 116.00 | MDH |

Invoice #: SAMPLE                          Page                19                              June 16. 2006

| | | | | |
|---|---|---|---|---|
| | Review of Capt. Yeoman's deposition in anticipation of deposing him | 1.00 | 290.00 | MDH |
| | Confer with client Kurt re: deposing John Yeomans | 0.40 | 116.00 | MDH |
| | Telephone call with Dr. Tavani re: potential cross examination questions | 0.20 | 58.00 | MDH |
| May-23-06 | Review of Maj. Swiski's two depositions re: his contact with Chaffinch | 0.40 | 116.00 | MDH |
| | Attend trial | 7.50 | 2,175.00 | MDH |
| | Legal research re: pension loss & collateral Source Rule | 2.50 | 725.00 | MDH |
| | Preparation of Bench Memo re: pension loss & collateral Source Rule | 1.40 | 406.00 | MDH |
| | Prepare for deposition of Capt. Yeomans | 0.30 | 87.00 | MDH |
| | Attend deposition of Capt. Yeomans | 0.30 | 87.00 | MDH |
| May-24-06 | Preparation of Bench memo re: pension loss & collateral Source Rule | 0.50 | 145.00 | MDH |
| | Attend trial | 7.50 | 2,175.00 | MDH |
| May-25-06 | Review of email from opposing counsel re: anticipated order of defendants' witnesses | 0.10 | 29.00 | MDH |
| | Review of Dr. Sullivan's reports | 0.90 | 261.00 | MDH |
| | Review of Dr. DeBernardo's reports | 0.90 | 261.00 | MDH |
| | Review of Dr. Toborowski's reports | 0.50 | 145.00 | MDH |
| | Attend trial | 7.50 | 2,175.00 | MDH |
| | Confer with clients, TSN & SJN | 0.30 | 87.00 | MDH |
| | Telephone call with Dr. Tavani from her home re: potential cross examination questions for Dr. DeBernardo | 1.30 | 377.00 | MDH |
| | Identify documents to copy for cross examination of Dr. Sullivan & Dr. DeBernardo | 0.30 | 87.00 | MDH |
| | Attend trial | 6.50 | 1,885.00 | MDH |
| | Confer with clients, TSN, SJN & Joe | 0.40 | 116.00 | MDH |
| May-30-06 | Attend trail | 8.50 | 2,465.00 | MDH |

Case 1:04-cv-00956-GMS    Document 195-8    Filed 06/19/2006    Page 21 of 21

May-31-06

|  |  |  |  |  |
|---|---|---|---|---|
| | Review of email from Judge Sleet re: Garcetti v. Ceballos | 0.10 | 29.00 | MDH |
| | Confer with TSN via intercom re: Judge Sleet's email | 0.10 | 29.00 | MDH |
| | Attend trial - jury verdict | 1.00 | 290.00 | MDH |
| | Confer with clients, clients' wives, TSN & SJN | 0.40 | 116.00 | MDH |
| May-18-06 | Final preparation - including identifying copies to make for expert witnesses Bud Fini, Jose Castro & Dr. Tavani | 1.20 | 348.00 | MDH |
| May-19-06 | Final review of trial testimony of Dr. Borzilleri & identify documents to copy | 0.60 | 174.00 | MDH |

Totals                                                    $66,613.00

**Total Fees, Disbursements**                            **$66,613.00**

Previous Balance
Previous Payments

**Balance Due Now**                                      **$66,613.00**