## CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on June 19, 2006, I electronically filed the **PLAINTIFFS' OPENING MEMORANDUM IN SUPPORT OF THEIR MOTION FOR ATTORNEYS FEES, INTEREST AND COSTS RELATING TO ATTORNEY'S FEES AND COSTS OF MARTIN D. HAVERLY, ATTORNEY AT LAW, PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>Eellis@mmwr.com
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>Rdonaldson@mmwr.com
>
>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY**

cc:  Thomas Stephen Neuberger, Esquire
     Stephen J. Neuberger, Esquire
     Christopher Foraker
     Kurt Price
     Wayne Warren