IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | (Consolidated with C.A. No. 04-1207-GMS) |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

**APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANTS'
MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE
ALTERNATIVE, FOR A NEW TRIAL**

Date: June 19, 2006

Noel C. Burnham (DE Bar # 3483)
Richard M. Donaldson (DE Bar I.D. #4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

Edward T. Ellis (Admitted Pro Hac Vice)
Robert J. Fitzgerald (Admitted Pro Hac Vice)
Carmon M. Harvey (Admitted Pro Hac Vice)
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

*Counsel for Defendants L. Aaron Chaffinch,
Thomas F. MacLeish, David B. Mitchell, and the
Division of State Police, Department of Safety and
Homeland Security, State of Delaware*

## **TABLE OF CONTENTS**

Verdict Form (Chris Foraker) ............................................................................................ A-1 – A-7

Verdict Form (Kurt Price) .................................................................................................. A-8 – A-11

Verdict Form (Wayne Warren) .......................................................................................... A-12 – A-15

Excerpts from 5/15/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) .................... A-16 – A-42

Excerpts from 5/16/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) .................... A-43 – A-81

Excerpts from 5/17/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) .................... A-82 – A-90

Excerpts from 5/18/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) .................. A-91 – A-110

Excerpts from 5/19/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) ................ A-111 – A-126

Excerpts from 5/22/06 Trial Transcript, *Price v. Chaffinch*,
    C.A. No. 04-956-GMS (Consolidated with C.A. No. 04-1207-GMS) ................ A-127 – A-164

First Amended Complaint, *Price v. Chaffinch*, C.A. No. 04-956-GMS .................. A-165 – A-193

Complaint, *Foraker v. Chaffinch*, C.A. No. 04-1207-GMS ...................................... A-194 – A-218

*Foraker v. Chaffinch*, No. 02-302-JJF, Stipulated Order
    (D. Del. Nov. 20, 2003) ........................................................................................ A-219 – A-220

Medical Documents and Correspondence Regarding B. Kurt Price ........................... A-221 – A231

Medical Documents and Correspondence Regarding Wayne Warren ...................... A-232 – A-237

J.L. Miller, *Troopers' Firing Range Shut Down*, News Journal, Mar. 23, 2004 ....... A-238 – A-239

Letter from R. Thomas Wagner, Jr., Auditor of Accounts, State of Delaware,
    to The Honorable Ruth Ann Minner, Governor, State of Delaware
    (Oct. 12, 2004) ...................................................................................................... A-240 – A-253

Trial Deposition Transcript of Alfred Parton, Jr. (May 11, 2006) ............................ A-254 – A-265

-3-

Trial Deposition Transcript of Richard A. Ashley (May 11, 2006) .......................... A-266 – A-279

E-mails .................................................................................................................... A-280 – A-284

Notes of Meetings .................................................................................................... A-285 – A-286

News Articles from Delaware State News ............................................................... A-287 – A-297

Letter from Bud Fini to Martin D. Haverly, Esquire (Oct. 28, 2005) ...................... A-298 – A-301

Plaintiffs' Answer and Objections to Defendants' First Set Interrogatories ............ A-302 – A-350

Delaware State Police Performance Appraisal Scoring Sheet for
    Richard A. Ashley (Nov. 13, 2003) .................................................................... A-351 – A-361

Delaware State Police Performance Appraisal Scoring Sheet for
    Wayne H. Warren (Nov. 17, 2004) ..................................................................... A-362 – A-373

Delaware State Police Performance Appraisal Scoring Sheet for
    Brian K. Price (undated) ..................................................................................... A-374 – A-385

Delaware State Police Performance Appraisal Scoring Sheet for
    Christopher D. Foraker (Nov. 10, 2004) ............................................................. A-386 – A-397

*2660 Woodley Rd. Joint Venture v. ITT Sheraton Corp.*,
    No. CIV. A. 97-450-JJF, 2002 U.S. Dist. LEXIS 439 (D. Del. Jan. 10, 2002) .. A-398 – A-406

*Garcetti v. Ceballos*,
    No. 04-473, 2006 U.S. LEXIS 4341 (May 30, 2006) ........................................ A-407 – A-423