IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 04-956 (GMS) |
| ) | C.A. No. 04-1207 (GMS) |
| COLONEL L. AARON CHAFFINCH, et al. ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

### Christopher Foraker v. Chaffinch, et al.

*Plaintiff Foraker's Retaliation Claims Against Defendants Chaffinch and MacLeish*

1. Do you find that the defendant took adverse action against Plaintiff Foraker that was sufficient to cause a reasonably hardy person to refrain from exercising his rights under the First Amendment?

    (a)  Aaron Chaffinch        Yes ✓     No ____

    (b)  Thomas MacLeish      Yes ✓     No ____

    *If you answered "Yes" to Question 1(a), proceed to Question 2(a).*

    *If you answered "Yes" to Question 1(b), proceed to Question 2(b).*

    *If you answered "No" to both Question 1(a) and 1(b), proceed to Question 4.*

2. Do you find that Plaintiff Foraker has proven that his protected activity under the First Amendment (speaking out about the conditions at the DSP indoor firing range or previously filing a lawsuit) was a substantial or motivating factor in the adverse action taken against him by the defendant?

   (a) Aaron Chaffinch    Yes ✓    No ___
   (b) Thomas MacLeish    Yes ✓    No ___

   *If you answered "Yes" to Question 2(a), proceed to Question 3(a).*

   *If you answered "Yes" to Question 2(b), proceed to Question 3(b).*

   *If you answered "No" to both Questions 2(a) and 2(b), proceed to Question 4.*

3. Do you find that the defendant has proven by a preponderance of the evidence that he would have taken the same action against Plaintiff Foraker, even in the absence of Plaintiff Foraker's exercise of his right to free speech?

   (a) Aaron Chaffinch    Yes ___    No ✓
   (b) Thomas MacLeish    Yes ___    No ✓

   *Proceed to Question 4.*

### *Plaintiff Foraker's Defamation Claim Against Defendant Chaffinch*

4.  Do you find that Plaintiff Foraker has proven by a preponderance of the evidence that Defendant Chaffinch published an untrue statement concerning Plaintiff Foraker?

    Yes ✓    No ____

    *If you answered "Yes" to Question 4, proceed to Question 5.*

    *If you answered "No" to Question 4, proceed to Question 7.*

5.  Do you find that Plaintiff Foraker has proven by clear and convincing evidence that Defendant Chaffinch knew the statement concerning Plaintiff Foraker was false or recklessly disregarded whether it was false?

    Yes ✓    No ____

    *If you answered "Yes" to Question 5, proceed to Question 6.*

    *If you answered "No" to Question 5, proceed to Question 7.*

6.  Do you find that Plaintiff Foraker has proven by a preponderance of the evidence that the untrue statements published by Defendant Chaffinch diminishes the esteem, respect, goodwill, or confidence in which Plaintiff Foraker is held or tends to cause bad feelings or opinions about Plaintiff Foraker?

    Yes ✓    No ____

    *Proceed to Question 7.*

*Plaintiff Foraker's Defamation Claim Against Defendant MacLeish*

7. Do you find that Plaintiff Foraker has proven by a preponderance of the evidence that Defendant MacLeish published an untrue statement concerning Plaintiff Foraker?

   Yes _____   No __✓__

   *If you answered "Yes" to Question 7, proceed to Question 8.*

   *If you answered "No" to Question 7, "Yes" to Questions 1 and 2, and "No" to Question 3, proceed to Question 10.*

   *If you answered "No" to Question 7, and "Yes" to Questions 4, 5, and 6, proceed to Question 10.*

   *Otherwise, sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

8. Do you find that Plaintiff Foraker has proven by clear and convincing evidence that Defendant MacLeish knew the statement concerning Plaintiff Foraker was false or recklessly disregarded whether it was false?

   Yes _____   No _____

   *If you answered "Yes" to Question 8, proceed to Question 9.*

   *If you answered "No" to Question 8, "Yes" to Questions 1 and 2, and "No" to Question 3, proceed to Question 10.*

   *If you answered "No" to Question 8, and "Yes" to Questions 4, 5, and 6, proceed to Question 10.*

   *Otherwise, sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

9. Do you find that Plaintiff Foraker has proven by a preponderance of the evidence that the untrue statements published by Defendant MacLeish diminishes the esteem, respect, goodwill, or confidence in which Plaintiff Foraker is held or tends to cause bad feelings or opinions about Plaintiff Foraker?

Yes _____    No _____

*If you answered "Yes" to Question 9, proceed to Question 10.*

*If you answered "No" to Question 9, "Yes" to Questions 1 and 2, and "No" to Question 3, proceed to Question 10.*

*If you answered "No" to Question 9, and "Yes" to Questions 4, 5, and 6, proceed to Question 10.*

*Otherwise, sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

**Damages**

10. Was the adverse action taken against Plaintiff Foraker by the defendant the proximate cause of any damage to him?

    (a)  Aaron Chaffinch    Yes ✓    No _____
    (b)  Thomas MacLeish    Yes ✓    No _____

*If you answered "Yes" to either Question 10(a) or 10(b), proceed to Question 11.*

*If you answered "No" to both Questions 10(a) and 10(b), sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

11. What damages, if any, do you find that Plaintiff Foraker suffered as a result of the adverse action taken against him?

    (a)  Front Pay $ 72476

    (b)  Emotional Distress, Injury to Reputation, and Humiliation $ 2200

*Proceed to Question 12.*

A - 5

12. Do you find that Defendant Chaffinch acted recklessly, maliciously, or intentionally with regard to Plaintiff Foraker?

   Yes ✓   No ____

   *If you answered "Yes" to Question 12, proceed to Question 13.*

   *If you answered "No" to Question 12, proceed to Question 14.*

13. If you answered "Yes" to Question 12 and you wish to exercise your discretion to award punitive damages to Plaintiff Foraker, enter below the amount of punitive damages which you believe is appropriate to punish and deter Defendant Chaffinch.

   Amount of Punitive Damages: $ 15,682

   *Proceed to Question 14.*

14. Do you find that Defendant MacLeish acted recklessly, maliciously, or intentionally with regard to Plaintiff Foraker?

   Yes ✓   No ____

   *If you answered "Yes" to Question 14, proceed to Question 15.*

   *If you answered "No" to Question 14, sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

15. If you answered "Yes" to Question 14 and you wish to exercise your discretion to award punitive damages to Plaintiff Foraker, enter below the amount of punitive damages which you believe is appropriate to punish and deter Defendant MacLeish.

   Amount of Punitive Damages: $ 6,720

   *Sign this verdict form and inform the Jury Officer that you have completed your deliberations.*

A - 6

**THE FOREGOING IS THE VERDICT OF THE JURY**

**EACH JUROR MUST SIGN BELOW**