Fitzgerald, Robert
___

| | |
|---|---|
| From: | Foraker Christopher D (DSP) |
| | Monday, January 05, 2004 3:47 PM |
| To: | MacLeish Thomas F (DSP) |
| Cc: | Eckrich Paul (DSP); Warren Gregory A (DSP); Davis Ralph H (DSP) |
| Subject: | RE: Emergency Range Issues |

Lt. Colonel MacLeish,

On Monday, December 29, 2003, Larry Toplack of the Mayfran Corporation flew out from Ohio to repair the clutch pulley and chain and to get the dredge conveyor system back up and running. It was obvious to Mr. Toplack that the conveyor adjustment points had been tampered with to the point of the system being completely out of balance as well as the limit switch being removed from its anchor point causing it to be inoperable. The limit switch was in place to shut the system down to prevent the chain and the clutch from destroying each other which eventually occurred. Mr. Toplack expressed that the clutch was under warranty, however, the system was not to be adjusted by anyone outside of Mayfran personnel. Mr. Toplack stated that the conveyor system has numerous extremely sensitive adjustments points along with fine tolerances. When one adjustment point is altered, a domino effect flows through to all the remaining adjustment points causing the system to go out of synchronization. I hope that Mayfran will be generous to the DSP and not charge us for the work that Mr. Toplack conducted due to DSP making adjustments to the system after they had expressed no adjustments were to be made without Mayfran's approval. Mr. Toplack was adamant that no one should make any adjustments or alterations to the system other than Mayfran trained and certified engineers and technicians.

Once Mr. Toplack was able to replace the clutch and chain and re-balance the system, he attempted to re-start the system. The conveyor was bound-up and unable to move. Mr. Toplack re-wired the motor to reverse the belt to free itself. Once the belt was backed up 6 to 8 feet, Mr. Toplack again re-wired the motor to go forward. The drag belt dredged out foreign material from out of the conveyor pan that was not lead bullet or frangible bullet material. Mr. Toplack stated that it looked like a large amount of material that looked very similar to the galvanized chain that we have in storage behind the bullet trap. It was suggested that someone may have attempted to sabotage the system by placing the chain into the conveyor, dropping it between the drag chain and the conveyor pan. This caused the drag chain to lock up against the conveyor pan. Due to the limit switch being disabled, the clutch was unable to shut down causing the clutch sprocket and chain to destroy each other rendering the conveyor system inoperable.

After all the foreign material was eventually dredge out, Mr. Toplack made several more adjustments and left the system up and running prior to his flight back to Ohio on Tuesday, December 30, 2003. A maintenance agreement between the DSP or Facilities Management and Mayfran is a must in order to keep this specialized mechanical system up and running. At this point, the dredge conveyor system is in operation, however, there is still the issue of the filtration, pumps and sprayer jet heads and a maintenance program to be put in place to care for that system as well. I expect to hear back from Environmental Solutions this week with a proposal to combat the frangible material and to maintain that area of the operation.

As a direct result of a possible sabotage situation, and after consulting with Lt. Davis, I contacted Jon Warren of Facilities Management and had all the exterior doors at the FTU re-keyed and had the alarm codes changed on the security system.

Thank you for your attention in this matter and look forward to any further direction you may suggest in our efforts to maintain the safe and healthy operations at the Firearms Training Facility.


Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager    302-247-5606


-----Original Message-----
| | |
|---|---|
| From: | MacLeish Thomas F (DSP) |
| Sent: | Monday, January 05, 2004 7:06 AM |
| To: | Foraker Christopher D (DSP); Warren Gregory A (DSP) |
| Cc: | Davis Ralph H (DSP); Eckrich Paul (DSP) |



1

**Subject:**       RE: Emergency Range Issues

Sgt. Foraker,
    I read your email this morning. Have you received any cost estimates? Captain Warren please prepare a written report that addresses the concerns Sgt. Foraker has presented and propose possible solutions.

-----Original Message-----
**From:**       Foraker Christopher D (DSP)
**Sent:**       Friday, December 19, 2003 7:20 PM
**To:**         MacLeish Thomas F (DSP); Eckrich Paul (DSP)
**Cc:**         Warren Gregory A (DSP); Davis Ralph H (DSP)
**Subject:**    Emergency Range Issues

Gentlemen,

On Thursday, December 18, 2003, I discovered that the clutch pulley sprocket of the conveyor (drag or dredge system) has been damaged and the drive chain has been broken. This has brought the dredging system to a complete stop. I immediately contacted Mr. Charles Nester of Savage Range Systems who originally built the system. Mr. Nester referred me to Mr. George Murnyak of Mayfran International, from Mayfield Village Ohio who removed the old conveyor system and replaced it with the new drag / dredge conveyor system. Mr. Murnyak explained that the only thing under warranty is the clutch of which he could ship one to us. I asked who would be putting the new clutch assembly on and getting the chain and conveyor system up and running again. He said he would get back to me on that. I did not hear back from Mr. Murnyak today even after leaving phone messages for him to return my calls. I will again call on Monday, December 22nd to attempt to make contact with Mr. Murnyak.

On December 1, 2003, when I resumed command of the Firearms Training Unit, Capt. Warren, Lt. Davis, Sgt. Ashley and myself conducted a transition meeting at the range in which Sgt. Ashley explained in detail the conditions of various facets of the range. When I inquired of the condition of the bullet recovery system, Lt. Davis, Sgt. Ashley and myself responded to the rear of the range to observe the current operations of the system. Sgt. Ashley explained the condition of the new drag conveyor system that replaced the original bullet conveyor system and commented that it was functioning well, as it was designed. As Sgt. Ashley explained the proper functioning of the system, he took wrench in hand and started making several adjustments to the clutch and motor sprockets to adjust and tighten the slack of the chain. The chain is now broken and the clutch sprocket is destroyed. The mechanical operation of this very expensive equipment should not be left for amateurs in the mechanical field to tweak but for professionals who have the training and experience to make proper scientific and calculated adjustments and measurements when necessary. My expertise as well as the entire FTU staff lies in firearms, officer safety and force training. We do not posses the training, skills and knowledge or the time necessary to properly maintain the system at it's optimal performance.

I have met with Mark D'Allesandro, Physical Maintenance Trades Supervisor of Facilities Management. Mr. D'Allesandro has observed the conditions and the labor intensive work that is required on a daily basis to keep the mechanical aspect of the bullet recovery system operational. I also explained to Mr. D'Allesandro that once the industry has perfected the performance of the frangible slug ammunition, the Division will complete the transition over to lead free, non-toxic slug and buck shot shotgun ammunition. This frangible shot volume will triple the amount of sludge that currently is clogging pumps, screens, filters and sprayer jet heads. He has also noted that regardless of completing the transition to frangible ammunition, lead contamination will always be present and a health danger due to the lead lined deceleration chamber. Mr. D'Allesandro stated that the smooth operation of bullet trap maintenance would require a full time professional that would also need to be equipped with the proper protective gear and trained in the handling of hazardous lead and other heavy metals.

Cpl/3 B. Kurt Price expressed to me his concerns elevating 6 points on his blood lead level after he and Sgt. Ashley completed work on the bullet trap. Cpl/3 Price's lead level rose from a 5 to 11 and only dropped one point to a 10, 8 months later. Cpl/3 Price expressed such a concern that he would consider a transfer from the FTU if his level does not descend into the single digits. Cpl/3 Wayne Warren's lead levels have elevated 3 points. Both Cpl/3 Warren and Cpl/3 Price have expressed concerns over the health risks involved in conducting maintenance on the bullet trap and bullet recovery system. Bay Health Physician, Dr. Green has expressed to Cpl/3 Price that the petroleum found in the water that helps to lubricate and preserve the bullet trap is a penetrating agent that is used as the vehicle to transport the lead through the skin and into the blood stream upon human contact. I concur with my colleagues that this is an unnecessary health risk and that the maintenance of the bullet trap and recovery system should be left to the trained professionals who can operate in this environment safely.

With the permission of Capt. Warren and Lt. Davis, I have contacted Joseph Farrell of the Environmental Solution Group, the hazardous materials recovery company that disposes of the hazardous materials produced by the bullet trap. After explaining to Mr. Farrell all of the same operational components and health risk factors as was

2

explained to Mr. D'Allesandro, along with the increased volume of frangible shotgun ammunition, Mr. Farrell concurred that professionals would be needed for the safe and efficient operation of the entire bullet trap system. Mr. Farrell and a team of corporate engineers are attempting to devise a plan that will prevent the clogging of the filters, screens and sprayer jet heads along with recycling fresh filtered water back into the system to prevent clogging and the destruction of pumps. He will forward a proposal to me in the near future.

Our firearms curriculum and yearly schedule do not afford us down time and we will be resuming firearms training on January 5, 2004. This is the make-up for the fall in-service shoot and the beginning of recruit firearms training.

I thank you in advance for your immediate attention in this matter and look forward to your direction as soon as possible.

Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager    302-247-5606

| Tracking: | Recipient | Read |
|---|---|---|
| | MacLeish Thomas F (DSP) | Read: 1/5/2004 5:10 PM |
| | Eckrich Paul (DSP) | |
| | Warren Gregory A (DSP) | Read: 1/6/2004 2:34 PM |
| | Davis Ralph H (DSP) | Read: 1/6/2004 9:54 AM |

Foraker Christopher D (DSP)
_____

    n:                  Foraker Christopher D (DSP)
                       Friday, January 09, 2004 7:58 PM
   o:                 Warren Gregory A (DSP)
Cc:               Davis Ralph H (DSP)
Subject:       Range Health issues and Departmental liability

Captain Warren,

We are experiencing significant air flow problems at the range. I have personally witnessed the problem since I have returned to the FTU on December 1, 2003. Corporals Warren and Price have expressed that this problem has been in existence for many months and has only been "band aided" over time when complaints have been made. Shooters can be standing on the 7 yard line firing and you can be standing at the back of the range, nearly 30 yards behind the shooters, and smell the gunpowder as the air flow brings the smoke back behind the shooters and instructors. Corporal Warwick expressed that at one point the smoke was so dense that he was barely able to see a shooter on the firing line. The staff here has relayed to me that a firm was brought in by Facilities Management in the Spring or Summer of 2003 to attempt to correct the problem. They were unsure of the name, however, believed that it began with the name of Chesapeake. The representative of that company stated that the current air handler system was not designed to move the volume of air in a reasonable time frame and was not designed to pull the air and heavy metal particulates upwards defying gravity. I do remember that the State hired the engineering firm of Clark Nixon to come in to evaluate the range air flow and propose a fix for the problems we were experiencing. From my understanding of what Clark Nixon proposed, the State did not heed their advice.

At this point we are firing lead free, non-toxic, frangible handgun projectiles comprised of a copper dust compound. The bullet is designed to pulverize upon impact to steel. At present, we are experiencing a few different problems which I will identify as follows:

1. A reddish haze in the air that is suspended throughout the range when the bullet strikes the bullet trap. The airborne ...ies are inhaled by the instructors and students. When anyone blows their nose, a large amount of the reddish debris ...charged. Students and instructors also complain of a copper penny taste in their mouth after shooting and described ...nificant eye mucus present when awaking the following morning after a day on the range. On Thursday, January 8, 2004, I made contact with Ernest Durham, engineer for CCI / Speer, the manufacturer of the frangible bullet, to inquire as to the properties that comprise the bullet. Durham stated that the bullet is comprised of 90% copper which is indicated by the reddish haze. Durham stated that to inhale the copper is not as dangerous as to eat it. I stated that if we taste it, we must be eating it. Durham stated that you don't want to walk into the reddish cloud and you definitely do not want to eat it. I made contact with Facility Management, Physical Plant Maintenance Trades Supervisor, Mark D'Allesandro yesterday and advised him of our ongoing problem. He and Facility Management maintenance worker Tom Faison responded to the range and witnessed the visual problem with the reddish haze during weapons fire on the range. Note, that only eleven shooters were on the firing line during the observation, usually there are significantly more in upwards of twenty shooters on line during in-service training. However, with only eleven shooters, the effect was significant. Both D'Allesandro and Faison expressed that this problem needs to be corrected immediately. D'Allesandro contacted Seiberlich Trane and met with Trane technician Ron Whitehouse today to review the computer readings as well as find out if there is a damper or filter problem or some other reason for this problem. Whitehouse stated that he found a couple of supply doors leaking air which he remedied by bracing them, however, we did not experience any change on the range. Whitehouse and his supervisor from Trane will meet up with D'Allesandro at the range on Tuesday, January 13, 2004 at 0800 hrs. to conduct testing on the range in an attempt to determine where the problem lies. I have been personally involved in the range project since I was transferred into the FTU in October of 1997 and have conversed with a number of outside personnel hired or solicited by the State to advise on measures of correcting the air quality and flow problem of this facility. ALL of the persons that have passed through over the years have expressed that significant changes as was outlined by Clark Nixon would need to be completed in order to correct this issue. The range staff is under the impression that without the rapid exhaust and removal of the copper frangible particulates from our breathing air, this problem constitutes a potentially unsafe and unhealthy working environment detrimental to our good health and inconsistent with departmental goals and objectives.

2. The air quality problem is surely compounded by the fact that the wet ramp is dry in some areas due to the frangible ...ial when wet turns to a pudding type mud that in short order causes the filter screens and the sprayer jet heads to ...nd causes the pumps to fail as well. Due to the fact that cleaning out the filters / screens and the sprayer jet heads as well changing out the failed pumps greatly increases the blood lead level, this maintenance should be executed by p...ssionals who are well versed and properly equipped in the prevention of lead exposure in a contaminated ...ment. This is being addressed by the professional disposal company of toxic materials, Environmental Solutions. I

1



A - 283

FTU2351

have heard from Joseph Ferrell, Chemical Specialist with Environmental Solutions who stated that they are developing the plans to correct the problem. I believe this will be a large scale plan that will handle the drastic increase in the sludge ˙˙˙ ǝn we eventually complete the transition to total lead free, non-toxic, frangible shotgun ammunition. I have provided the )S information on the frangible ammunition to Joe Ferrell and expect to hear back from him in the very near future ˙˙˙rding a service maintenance contract and cost.

3. The drag conveyor has failed once again, however, due to the limit switch being back in place, the chain and clutch survived the shutdown. I immediately telephoned Jay Zolcak of Mayfran Corporation of Ohio and informed him of the problem. Zolcak asked me to back off the limit switch slightly to allow the clutch to pop back in and attempt to free the chain from the problem. I did attempt this with negative results. Zolcak advised that they will confer with their design engineers and attempt to have someone flown out by Tuesday, January 13, 2004 to attempt to correct the problem. Zolcak will call the range on Monday, January 12, 2004 to advise of the plan of action.

Thank you for your immediate attention in this matter and look forward to any further direction you may suggest in our efforts to achieve a safe and healthy work environment at the Firearms Training Facility.

Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager    302-247-5606

| Tracking: | Recipient | Read |
|---|---|---|
| | Warren Gregory A (DSP) | Read: 01/12/2004 12:43 PM |
| | Davis Ralph H (DSP) | Read: 01/10/2004 12:00 PM |

2

FTU2352

A - 284

# Information Record — Range Mtng

**03.17.04**

Name: 1000 hrs
Subject: FTU (4)
Organization: museum conf. rm
Telephone - Business: LT Col, me, Warren
Home: Davis
Fax: Shipp, J.Y.
Other:

| Date | Follow-up | Notes |
|---|---|---|
| | Lt. Col: → | handout J.Y. cpl + Homink's |
| | ※ | 5th person - at Range |
| | | - Agreement in writing w/ Fac. Mgt. who will be responsible for what |
| | | Priority ① - Clean Range |
| | | ✓ w/ Fac. Mgt. to see where we are |
| | Responsibility | Range personal → wk on SOP - maintenance |
| | | Ck on Ammo. (Canada Agency) |
| | | Contact MD group to arrange trip. |
| | | Warren - will contact Fac Mgt ("light a fire under them") "we will" |
| | | "meet every 2 weeks" |
| | | Air report done in 2 weeks. |
| | Lt. Col. | Anything else you guys need to have done health wise. |
| | ※※ Hearing | K.P. losing hearing in both ears. W.W. also losing hearing |

D10781

Range - Chronology of Events

12-19-03 (Fri) - 1st e-mail from Foraker

01-05-04 (Mon)  2nd e-mail from Foraker
(2) ~~01-05-04~~  mt w/ MAC, me, Warren, Davis, Alexander

01-30-04  mtng w/ Warren, Davis, LT. Col. me.
Warren rec. not to shut down Range at this time

02-02-04  mtng w/ Warren, MAC, me

02-03-04 (approx.)  rec'd Warren Rpt.

02-10-04  Devore, Tiller, MAC, me, Warren, Foraker, Bryson

02-25-04 AM  meet w/ Neilson Assoc. Inc
FTU - Warren Sharp, me  2 from NAI

2-25-04 PM  Carey's - Active Threat Presentation
FTU mgt. - Academy, LT. Col. Sharp, me

3-1-04  me, MAC, at Skip, JY (LT. Col. gave charge to JY & Skip).

3-4-04  Furman, FTU mgt.  MAC, me, Sharp

3-16-04  MAC & me (plan)

3-17-04  Museum - FTU - MAC - Sharp, me.
Yeomans + Skip rpt. handed out.
2nd NAI rpt. handed out.

3-22-04  MAC, LT. Aviola, me.

(2) NAI Tests
① 2-11-04
② 3-4-04

Provencher + Action Target bid.

FTU have been to MD range.

A - 286

D10782

www.newszap.com                                                                        Page 1 of 5

TODAY'S
CLASSIFIEDS

COMMUNITY
CONTACTS

COMMUNITY
BLOGS & LINKS

OTHER NEWSZAP
COMMUNITIES

SPECIAL
FEATURES
- Archives
- Auto Buyers Guide
- Classifieds
- Entertainment
- Financial Planning
- Greeting Cards
- Health News
- Horoscopes
- Lottery
- Maps
- Medical Guide
- Meet Someone
- Movie Listings
- My Page
- National News
- Obituaries
- Remembrances
- Stocks
- Travel Info
- TV Listings
- Weather
- Web Directory
- Wedding Planning
- White Pages
- Yellow Pages



### Range targeted for closing: Health concerns shut Smyrna site

*By Tom Eldred, Delaware State News*



SMYRNA - The Delaware State Police firing range near Smyrna, once touted as a state-of-the-art facility, has been closed due to environmental problems.

Capt. Gregory Warren, who is in charge of all state police training operations, said the situation is so serious there's no telling when the indoor range will reopen.

"This pistol range is the absolute epitome of a project from hell since its very inception," Capt. Warren said Wednesday.

"At the end of this week, nobody will be allowed in the building. The building will be abandoned as of Friday. The entire building is contaminated with lead."

He said health issues are a factor.

"There were multiple symptoms experienced by our latest recruit class that used the facility in January," he said. "They complained of nosebleeds, sore throats, headaches and what they called a "penny taste" in their mouths."

Capt. Warren said the range, completed in August 1998 at a cost of $3.3 million, started experiencing structural and health-related problems only months after it opened that September.

A May 1999 article in the Delaware State News said the facility was closed briefly to training activities then because of air-quality problems that left two troopers with above-normal lead content in their blood.

At the time, approximately 2,000 police officers from the state police and other law enforcement agencies were using the range annually.










http://newszap.com/articles/2004/03/20/dm/central_delaware/dsn01.txt

D2626

A - 287

















Capt. Warren, who took over as head of the state police Training Academy and related training operations in March 2002, said he became aware of serious environment concerns within the building after a supervisory change at the facility in December 2003.

Sgt. Christopher H. Foraker, a former range supervisor, was ordered reassigned to the facility in December by a federal judge following a successful lawsuit against state police Superintendent Col. L. Aaron Chaffinch in U.S. District Court.

"Chris Foraker came back Dec. 1 and couldn't believe his eyes," Capt. Warren said. "He said it was a hornet's nest. He brought it to my attention in late December and I've been working on it since then, trying to figure out how we're going to rectify the problems."

Capt. Warren said those problems focus on a number of areas, including the facility's faulty ventilation system and a bullet trap that has ceased functioning.

He said exposed structural concrete in the ceiling traps contaminants and is dangerous in case there is a bounce back from an accidental discharge from a firearm.

He said the roof leaks and substandard doors that are not bullet-resistant pose a constant danger in the event of a stray or ricocheting bullet.

"The entire facility is covered with red dust," Capt. Warren said. "You could shoot a .22-caliber bullet through those doors and it wouldn't stop. The more I see and read about what has happened here, the more I get sick to my stomach."

And there is more, he said.

"There is no fence around the facility, there are no restrooms for women and there is no sprinkler system," he said.

"We store chemical weapons and thousands of rounds of ammunition in there. If that building ever catches on fire, I pray for the firemen responding."

Capt. Warren said the situation got so bad in January that an outside engineering contractor with expertise in air quality relating to indoor firing ranges was called in.

The firm, Illinois-based Carey's Heating and Air Conditioning Inc., said their inspection revealed repairs in excess of $2 million would be needed to bring the range up to standards.

Gloria Homer, secretary of the state Department of Administrative Services, said responsibility for the firing range falls under Facilities

www.newszap.com                                                                                    Page 3 of 5







Management, one of her department's divisions.

She said Facilities Management is aware of the problems and has a plan that has been approved by Lt. Col. Thomas F. MacLeish, deputy superintendent of the state police, who is in charge of day-to-day agency operations.

Lt. Col. MacLeish did not return repeated telephone messages Friday.

Ms. Homer said Facilities Management was advised of the problems in late February or early March.

"The state police originally wanted to raze the present building and put up a new structure," she said. "Facilities Management took a look at the situation and came up with a plan. We plan on taking the route that will make the building functional and healthy again."

Ms. Homer said the first priority is a cleanup by an environmental cleanup firm.

The next step, she said, would be to repair the bullet trap, which she acknowledged was damaged by the use the "frangible" bullets that replaced lead bullets for training purposes several year ago.

"Then we'll check out the HVAC system to make sure the air flow is right," she said. "We have been responsible for the air handling system at the range since it's inception and have changed the filters on a regular basis.

"We understand there's an issue. Our whole purpose is to work with the state police so they can use the facility again."

Ms. Homer said Facilities Management is also looking into installing a "ballistics ceiling" but that such a project would be quite expensive. She said she hoped repairs could be completed and the range reopened within a "few months."

She said she was unaware of major structural problems outlined by Capt. Warren, or that there may have been health issues related to contaminants in the building.

"I'm surprised by his comments," she said. "We are looking for the most efficient way to get a healthy facility back in operation for people."

William J. Provencher Jr. is president of Carey's Heating and Air Conditioning Inc.

He said his firm has a contract with the U.S. Navy and has designed and installed more than 50 air venting systems for small arms firing ranges.

http://newszap.com/articles/2004/03/20/dm/central_delaware/dsn01.txt                D2628

"The basic purpose of any system is to remove the contaminants out of the respiratory zone," he said. "The standard is to move the air at 75 feet per minute past the shooters.

"The fan they have at the state police range in Delaware can't push the air at 75 feet per minute, even if they lower the ceiling. The equipment just can't do it.

"What the range needs is a new ventilation system. That, in my opinion, is not negotiable."

Mr. Provencher said HVAC equipment, currently on the roof, should be placed at ground level. He said a new ballistic ceiling should be added and a new bullet trap should be installed.

"It's not going to be an inexpensive project," he said, adding that preliminary estimates are in excess of $2.1 million.

Ms. Homer said she has not had a chance to review the report from Carey's.

"We'll certainly take a look at it," she said. "But it's our feeling that after looking after this system for five and a half years, there's no reason to think it won't be efficient in the future, once we get the place cleaned up."

Capt. Warren said that although nobody will be allowed to use the range in its present state, there are already health concerns.

"We have at least two range personnel that have been put at a health risk because of this," he said. "I've never seen anything like this in my life. Everything we should have done was done wrong."

He said the first spring shoot for state police troopers, originally scheduled for March and April has been cancelled.

"Starting May 1, we'll be shooting outdoors at the New Castle County and Wilmington police range off Del. 9 near New Castle," he said. "It's going to be tough. It'll be crowded and we'll have to contend with the weather."

Capt. Warren said other law enforcement agencies that use the Smyrna range - from the FBI to the federal Drug Enforcement Administration to local police departments - would have to fend for themselves until the facility reopens.

"We'll have enough trouble scheduling the 620 troopers who use the range three times a year," he said.

Senior writer Tom Eldred can be reached at 741-8212 or

http://newszap.com/articles/2004/03/20/dm/central_delaware/dsn01.txt

D2629

www.newszap.com                                                          Page 5 of 5

teldred@newszap.com.

**FOR MORE INFORMATION**

Want more local stories?

Click here to go to our Archives. Type in a key word like the same of your town where it asks for "word one". Then click "Start Search" to see other stories that have included your key word.

Blogs for & about local issues, groups, teams

Click here to go to our community blogs index page. Have your say or just sit back to read opinions and observations from your neighbors about public issues, our schools, community groups and local sports teams!

Area organizations are on newszap.com

Click here to go to our Community Contacts pages. Type in your town where it asks for a "city". Then click "Search Now".

Want regional classified ads?

Click here to go to our regional Classified Ads.

All Rights Reserved - Independent Newspapers, Inc. - click here for INI info
Click here for reprint permission and for our policies about privacy, links and objectionable content

D2630

http://newszap.com/articles/2004/03/20/dm/central_delaware/dsn01.txt

www.newszap.com

Page 1 of 6

TODAY'S
CLASSIFIEDS

COMMUNITY
CONTACTS

COMMUNITY
BLOGS & LINKS

OTHER NEWSZAP
COMMUNITIES

SPECIAL
FEATURES
- Archives
- Auto Buyers Guide
- Classifieds
- Entertainment
- Financial Planning
- Greeting Cards
- Health News
- Horoscopes
- Lottery
- Maps
- Medical Guide
- Meet Someone
- Movie Listings
- My Page
- National News
- Obituaries
- Remembrances
- Stocks
- Travel Info
- TV Listings
- Weather
- Web Directory
- Wedding Planning
- White Pages
- Yellow Pages



### Debate rages on blame at range

*By Tom Eldred,
Delaware State News*



SMYRNA - A media tour Tuesday of the closed Delaware State Police indoor firing range near Smyrna revealed that the facility - shut down last month because of environmental concerns - is a mess.

A strong metallic odor pervades the interior and sections of the building are littered with live ammunition and other dangerous items.

Flammable materials are stored in the shooting area, and a state-of-the-art bullet trap is mired in a sludge-like goo of bullet fragments and other wastes.

Determining who is at fault is another matter.

Gloria W. Homer, secretary of the state Department of Administrative Services, led the tour. State police Superintendent Col. L. Aaron Chaffinch and his administrative officer, Maj. Paul Eckrich, accompanied her.

Robert Furman, director of the Facilities Management division was also present.

Mrs. Homer said Facilities Management only provides "custodial" services and is not otherwise responsible. Col. Chaffinch acknowledged problems but indicated the blame lies only with one or two troopers under his command.

"We are not responsible for the equipment or cleanup of the range," Mrs. Homer said as she began the tour.

"There are several areas that are contaminated here. We don't know how contaminated it is, so you enter at your own risk. A lot of the contaminants are airborne but we are unclear if they are at









http://newszap.com/articles/2004/04/07/dm/central_delaware/dsn03.txt

D2620

(unacceptable) levels.

"The people who have complained about the facility are also the same people who are in charge of the facility."



The firing range, completed in 1998 for $3.3 million, served as the firearms training center for 600-plus state police troopers and hundreds of other law enforcement officers before it was closed in March.

Capt. Gregory A. Warren, training director for the state police, was designated by the agency to meet with the Delaware State News in mid-March to discuss the closing.



He said the decision came from Deputy Superintendent Lt. Col. Thomas F. MacLeish after members of a January recruit class complained of nosebleeds, headaches and sore throats.

Capt. Warren said the range is contaminated with high levels of lead, copper and zinc, and has had environmental problems almost from the day it opened.



He said cost-cutting during construction deleted bullet-resistant doors. He said a sprinkler system was never installed even though ammunition is stored there, and there is no ladies restroom.

Mrs. Homer said Facilities Management ordered environmental tests last week to gauge the level of contamination. She said results should indicate the extent to which a cleanup must be completed and repairs, if any, made.



She could not say when the facility might reopen.

"We're looking for the test results later this week," she said. "I haven't seen any indication yet that those (that used the range) have had higher than standard lead levels in their blood. The proof is in the blood tests, not in how well the equipment works."



Mrs. Homer downplayed complaints from Capt. Warren that the ventilation system has never worked properly and is insufficient to keep proper amounts of fresh air circulating.

"Ventilation can only do so much," she said. "The hygiene of the facility is just as important."

As they moved through the range, which features a windowed instructors' control booth, a large open shooting area, and various classrooms, storage rooms and offices, Mrs. Homer and Mr. Furman pointed to material scattered on the floor or on shelves.

Mrs. Homer said that while she'd heard the complaint of no sprinkler








www.newszap.com

Page 3 of 6






system, she noted that large stacks of flammable cardboard targets were stored in the firing area.

She said a visit to a range in Virginia used by federal agents revealed no sprinkler system there either. She said ammunition is not stored in the federal facility.

She pointed to a propane gas tank on the floor at the back of the range.

"These individuals who have complained about non-ballistic doors have stored a propane tank back there," she said. "Look at the cardboard piled up here. As you can see, there's quite a lot of flammable material stored in this facility. That wasn't in the original plans."

She peered at a large motorized industrial sweeper used to sweep bullet debris from the floor of the shooting area. She noted that the usage meter read 22.4 hours.

"Those are cumulative hours," Mr. Furman said. "We bought it shortly after the facility opened but we're not responsible for using it."

"This equipment looks like it's never been used," Mrs. Homer added.

The bullet trap, which runs across the end of the range, is scarred with bullet fragments, flaking paint and leaking debris.

"The bullet trap wasn't cleaned properly," Mrs. Homer said. "The back, where the track is, was so poorly maintained that it became unworkable."

She took issue with Capt. Warren's report of no restroom for women, pointing to a door down a hallway marked, "Women."

"As you can see, we do have one," she said.

Col. Chaffinch said he was unaware ammunition should not be stored in the facility.

"I knew there was ammunition in this building but I didn't know it wasn't supposed to be here," he said. "When I was here in the fall, everything was going as well as the previous times I'd been here."

He said he attended a "staff shoot" in September.

"There was some discoloration in the bullet trap but that was about it," he said. "I think people who live in glass houses shouldn't throw stones. It's a lot dirtier now. Things seemed in their proper places in the fall. I've never seen it like this."

Asked what "people" he was referring to, Col. Chaffinch said he was

http://newszap.com/articles/2004/04/07/dm/central_delaware/dsn03.txt

D2622

referring to "the people that provided (the media) with this information in the first place."

"The previous sergeant in charge did a good job," he continued. "Things changed in December when another sergeant came in. That's at least a portion of where the ball was dropped."

The "previous sergeant" was Sgt. Richard Ashley, who was picked by the colonel in April 2002 to replace Sgt. Christopher D. Foraker as range supervisor.

After Sgt. Foraker successfully sued the colonel in U.S. District Court last year, the court ordered Sgt. Foraker returned to his old job. Capt. Warren has a federal job discrimination lawsuit against Col. Chaffinch pending.

"We will work collectively with Administrative Services to make corrections and establish a standard operating procedure protocol," Col. Chaffinch said.

"If the people that are assigned here now don't feel that protocol is part of their protocol, they will be assigned elsewhere."

Contacted later, Col. Chaffinch said Sgt. Ashley has retired. He would not permit the Delaware State News to interview Capt. Warren or Sgt. Foraker.

"I have the authority to say yes or no," he said. "I'm not going to allow those people to be interviewed at this point in regard to this particular situation. I'm not trying to create any more of a mess than we already have."

He praised Sgt. Ashley for his work at the range.

"Because of the frangible ammunition we were using, the bullet trap required hands-on, daily cleaning," he said. "Sgt. Ashley was willing to do that.

"I cannot say Sgt. Foraker was willing to do that. He was interested in instruction and teaching people how to shoot. He did not feel (bullet trap cleaning) was part of his purview. He felt that was putting him in harm's way."

Attorney Thomas S. Neuberger, who represented Sgt. Foraker in the lawsuit against Col. Chaffinch, responded for his client.

"This is a despicable lie and slander for which the state and Col. Chaffinch will be held fully accountable," Mr. Neuberger said.

"His cronyism is now endangering the lives of all troopers who have

D2623

used the firearms training unit. He removed Chris to protect a friend's wrongdoing. He put another inexperienced friend in there who in my opinion was in over his head.

"A federal judge ordered Chris back and while Chris was away, the firearms training unit went to pot and the health of all troopers has been endangered. If he feels Chris has been derelict in his duty, we will gladly welcome the challenge."

Mr. Neuberger said Facilities Management is trying to "cover up the dangers" evident at the firing range.

"Col. Chaffinch is the leader of the state police," he said. "He should be outraged. But instead of leading the charge, he is leading the cover-up. Instead of taking a stand for the men and women who work under him, he is participating in a cover-up. That is a disgrace."

Sgt. Vincent P. Fiscella Jr. is president of the Delaware State Troopers Association.

"While we are alarmed at the finger pointing, the DSTA will rely upon the state police, the Department of Safety and Homeland Security and the appropriate state officials to take any corrective action necessary with the firing range," he said.

"Absent appropriate action on their part, the troopers' association will revisit this matter and explore other opportunities."

Sgt. Fiscella said problems at the facility started long before December.

"The firing range has a history of documented problems," he said. "Those problems predate the troopers currently assigned there."

Senior writer Tom Eldred can be reached at 741-8212 or at teldred@newszap.com.

**FOR MORE INFORMATION**

Want more local stories?

Click here to go to our Archives. Type in a key word like the same of your town where it asks for "word one". Then click "Start Search" to see other stories that have included your key word.

Blogs for & about local issues, groups, teams

Click here to go to our community blogs index page. Have your say or just sit back to read opinions and observations from your neighbors about public issues, our schools, community groups and local sports teams!

D2624

http://newszap.com/articles/2004/04/07/dm/central_delaware/dsn03.txt

www.newszap.com                                                                                          Page 6 of 6

Area organizations are on newszap.com

Click here to go to our Community Contacts pages. Type in your town where it asks for a "city". Then click "Search Now".

Want regional classified ads?

Click here to go to our regional Classified Ads.

---

All Rights Reserved - Independent Newspapers, Inc. - click here for INI info
Click here for reprint permission and for our policies about privacy, links and objectionable content