DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 1

NAME: Richard A. Ashley
IBM 108          RANK Sergeant          TROOP/SECTION Academy/FTU
DATE OF EVALUATION: FROM March 17,     To September 30, 2003
2003
EVALUATOR'S NAME Ralph H. Davis, III
IBM 628          RANK Lieutenant       TROOP/SECTION Academy/FTU

RATING CATEGORIES:
A: Does Not Meet Expectations         B. Inconsistently Meet Expectations        C. Consistently Meets Expect
D: Consistently Exceeds Expectations  E: Consistently and Substantially Exceeds Expectations

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **I. WORK HABITS** | | | | | |
| • Time Management | | | | X | |
| • Care of Equipment | | | | | X |
| • Communications | | | | X | |
| • Relationships | | | | X | |
| • Punctuality/Attendance | | | | | X |
| • Handling Stress | | | | | X |
| • Initiative | | | | | X |
| • Dependability | | | | | X |
| • Accepts Responsibility | | | | | X |
| • Accepts Direction | | | | | X |
| • Accepts Change | | | | | X |
| • | | | | | |
| • Sick Days 9  No. of Occurrences 1 | | | | | |
| • | | | | | |
| **II. PATROL** | | | | | |
| • Report Writing | | | | | |
| • Knowledge of Criminal Enforcement | | | | | |
| • Knowledge of Traffic Enforcement | | | | | |
| • Arrest Procedures | | | | | |
| • Use of Specialized Equipment | | | | | |
| • Quantity and Quality of Work | | | | | |
| • Decision Making | | | | | |
| • Safety | | | | | |
| • | | | | | |
| • | | | | | |
| • | | | | | |

DEFENDANT'S EXHIBIT 56

RECEIVED
NOV 1 8 2003

FORM NO. 374                         REVISED 04162003 Human Resources Office
                                                      Delaware State Police

## DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 2

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| III. | **INVESTIGATOR** | | | | | |
| | • Report Writing | | | | | |
| | • Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| | • Handling Case Assignments | | | | | |
| | • Handling Informants | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Interview and Interrogation Skills | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Decision Making | | | | | |
| | • Safety | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| IV. | **TECHNICAL SUPPORT** | | | | | |
| | • Handling of Presentations | | | | | |
| | • Public Relations | | | | | |
| | • Report Writing | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Decision Making | | | | | |
| | • Handling Specific Tasks | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| V. | **ADMINISTRATION** | | | | | |
| | • Decision Making | | | | | | X |
| | • Handling Specific Tasks | | | | | X |
| | • Evaluation | | | | X | |
| | • Quantity and Quality of Work | | | | | X |
| | • Delegation | | | | | X |
| | • Contribution to Organization | | | | | X |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |

FORM NO. 374    REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE

VI.

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| MANAGEMENT/SUPERVISORY SKILLS | | | | | |
| • Leadership | | | | X | |
| • Supervisory Skills | | | | X | |
| • Fairness | | | | X | |
| • Problem Solving | | | | | X |
| • Organizational Skills | | | | X | |
| • | | | | | |
| • | | | | | |
| • | | | | | |

Explanation: See Rater's Comments Attachment

VII.

| ACTIVITY | Unit's Average | Officer's Average |
|---|---|---|
| • Incidents | | |
| • Misdemeanor Arrests | | |
| • Felony Arrests | | |
| • Traffic Arrests | | |
| • DUI Violations | | |
| • CPCs | | |
| • Number of Written Reports | | |
| • Number of Initial Cases | | |
| • Number of Follow-up Cases | | |
| • Number of NPR Reports | | |
| • | | |
| • | | |
| • | | |

Explanation:

VIII. SPECIALTY HOURS

| SORT/SCUBA/TCU/ETC Hours 0 hours | Training Hours<br>Instructor - 571.5<br>Student - 0 |
|---|---|

FORM NO. 374

REVISED 04162000

**DELAWARE STATE POLICE**
**PERFORMANCE APPRAISAL SCORING SHEET**

PAGE 4

### IX. GOALS AND OBJECTIVES FOR THE NEXT EVALUATION PERIOD

| LIST OBJECTIVES: | CORRESPONDING PLAN OF ACTION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Rater's Comments: See Goals and Objective Attachment

FORM NO. 374                                              REVISED 04162000

# DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 5

**X. PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES:**

| RATING CATEGORIES | A: Did Not Achieve Expected Results | B: Partially Achieved Expected Results | C: Achieved Expected Results |
|---|---|---|---|
| | D: Exceeded Expected Results | E: Far Exceeded Expected Results | |

| LIST OBJECTIVES | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|
| 1  Ensure divisional compliance with COPT requirements for firearms training. | | | | | X | Sergeant Ashley and the FTU completed the Spring I, Spring II, 59th Municipal Recruit class training, and began the Fall qualifications of divisional employees. During this rating period the FTU has been understaffed requiring a great deal of flexibility and adaptability. With all of the hurdles, both internal and external, the FTU under Sergeant Ashley's guidance completed all necessary training. |
| 2  Evaluate and update, when necessary, all FTU training programs. | | | | X | | The FTU staff attended several training seminars allowing the staff members to renew or maintain current firearms instructor certifications. |
| 3  Ensure the range is conducive to a safe and professional work environment. | | | | X | | Sergeant Ashley was able to work through numerous mechanical problems which could have potentially caused great delays in firearms training. Because of his mechanical skills, Sergeant Ashley is able to maintain and repair mechanical problems allowing for continual training. |

FORM NO. 374                                                                                   REVISED 04162000

## DELAWARE STATE POLICE
### PERFORMANCE APPRAISAL SCORING SHEET

| 4 | Ensure the monthly divisional Shift Briefing training information is disseminated to assigned subordinates. | | | X | | Sergeant Ashley disseminated the monthly training to members of his staff. |
|---|---|---|---|---|---|---|

**XI. PROVIDE AN OVERALL RATING WHICH BEST INDICATES THE OFFICER'S PERFORMANCE IN RELATION TO THE ABOVE OBJECTIVES:** *(Place an "X" next to the letter)*

| A --<br>Did Not Meet | B --<br>Partially Met | C --<br>Fully Met | D -- X<br>Exceeded | E --<br>Far Exceeded |
|---|---|---|---|---|

FORM NO. 374

REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 7

XII. **AREAS OR INCIDENTS WHERE PERFORMANCE WAS DISTINGUISED, EXCEEDED EXPECTATIONS, OR RESULTED IN COMMENDATION, IF ANY:**
During the rating period Sergeant Ashley continued to work with the State Auditor's Office regarding a review of the FTU budget. Sergeant Ashley conducted himself in an professional, honest, and ethical manner, occasionally at personal and professional expense.

During the rating period, Sergeant Ashley identified a potential problem with the protective abilities of the division's bullet resistent vest. Sergeant Ashley immediately brought the issue to the attention of the Academy and DSP staff. Sergeant Ashley is currently conducting research and offering potential solutions to this extremely complicated and potentially life threatening issue.

XIII. **AREAS OR INCIDENTS WHERE PERFORMANCE DID NOT MEET EXPECTATIONS, NEEDED IMPROVEMENT OR RESULTED IN DISCIPLINE, IF ANY:**
None observed.

FORM NO. 374                                                              REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 8

XIV. **PROMOTABILITY**

THE OFFICER IS:

HIGHLY RECOMMENDED          RECOMMENDED          RECOMMENDED WITH RESERVATIONS
X

NOT RECOMMENDED             NOT ELIGIBLE

EXPLANATION: (REQUIRED)   Sergeant Ashley is currently in a promotable band and I can personally think of no one more deserving of promotion to the rank of Lieutenant. Sergeant Ashley possesses abilities and skills that would make most officers technically successful at the rank of Lieutenant. However, Sergeant Ashley possesses integrity and work ethic that will ensure not only technical success, but performance at the highest levels. If promoted to the rank of Lieutenant, Sergeant Ashley will return great dividends and greatly benefit the division in that capacity.

OFFICER'S COMMENTS:

Officer's Signature  _Sgt R. Ashley 108_    Date _11-13-03_
(This report has been discussed with me. I understand that my signature does not necessarily indicate my concurrence.)

Immediate Supervisor's Signature _[signature]_
Date _11/13/03_

Reviewed by: _[signature]_  Date: _11/7/03_
Reviewed by Personnel: _Lt. Monna B. [signature]_  Date: _12/15/03_

FORM NO. 374                                    REVISED 04162000

A - 358

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL

RATER'S COMMENTS

Work Habits

Sergeant Ashley is the NCOIC of the Firearms Training Unit. Sgt Ashley is the trooper who quite likely has more responsibility than any other single trooper in the division. Sgt Ashley is daily responsible for the safety of troopers possessing varying degrees of skill who attend firearms training at the range facility. Ensuring the safety of the trainees is an awesome responsible, one that Sgt Ashley willingly accepts and handles professionally and effectively.

Due to staffing shortages, Sgt Ashley must manage a huge workload as well as serve as a Range Safety Officer during training. Daily Sgt Ashley must maintain the range facility, manage the firearms budget, maintain the inventory of weapons and associated paraphernalia, work with the Fiscal Control Unit, research and order bullet resistant vest, etc. Sgt Ashley effectively and efficiently manages all of these projects and makes good use of available time and resources. Because of the workload, Sgt Ashley is also required to perform administrative duties as well as serve as a Range Safety Officer. Sgt Ashley submits reports that are concise and clear and contain necessary information. As a Range Officer, Sgt Ashley consistently deals with members of the division of all ranks and does so effectively. Sgt Ashley also deals with members of the Citizen's Police Academy, college Career Day attendees, and family members of recruits and is effective at doing so.

Sgt Ashley begins most workdays before 7:00 a.m. and frequently works until 10:30 p.m. instructing recruits in Patrol Procedures or guiding college students in a Career Day demonstration. Sgt Ashley missed nine days during the rating period however this was due to a family member's serious illness. Sgt Ashley would likely never miss a day of work due to personal illness as he is committed to the FTU and due to staffing shortages, would feel as though he is "letting the team down".

Sgt Ashley must train troopers and others with varying abilities in regard to firearms usage. Sgt Ashley handles this high stress situation in a calm manner that completely controls the situation and allows the trainees to focus on the training and improve necessary skills. The range facility is constantly in need of repair or maintenance. Sgt Ashley possesses the mechanical skills to identify and correct most mechanical problems before they become serious or require shutdown of the range. Sgt Ashley's abilities have save the division immeasurable hours of lost training because of his skills. Thus, the range as well as Sgt Ashley's issued equipment is always in proper working order and Sgt Ashley takes great pride in the upkeep of the range.

Sgt Ashley is one of the most knowledge troopers regarding firearms training and the operation of the range facility. Because of this knowledge and his strong work ethic, Sgt Ashley constantly initiates work activity and rarely is work concerning firearms training initiated by anyone outside of the FTU. Sgt Ashley constantly involves co-workers in most tasks.

Sgt Ashley is extremely dependable and will complete all assignments in an effective, timely fashion. The assignment, where self initiated or assigned, is always completed with very little supervision. As stated earlier, Sgt Ashley arguably has more responsibility than any single trooper. Sgt Ashley accepts responsibility for everything that takes place at the range facilities and will always make corrections where needed.

Sgt Ashley always accepts change and direction and in any instance, quickly makes the necessary change and adapts as needed. Sgt Ashley understands the need for directives and changes and is supportive.

Administration

Because of the workload and due to FTU staffing shortages, Sgt Ashley must wear many hats. One of those is as the FTU NCOIC. Sgt Ashley performs the tasks associated with this function in an admirable way. Sgt Ashley possesses a high degree of common sense and is cognizant of the policies and procedures and rules governing the operation of the FTU. Sgt Ashley handles all problems, routine through complex, in the appropriate manner and rarely needs supervisory assistance. When assistance is needed, Sgt Ashley presents the supervisor with the problem and several solution options.

The tasks Sgt Ashley performs are too numerous to mention however Sgt Ashley handles and completes all tasks, generally without error. The completed tasks are submitted on time. Because of the myriad of tasks and assignments, Sgt Ashley must delegate tasks in an effort to ensure completion. Sgt Ashley delegates tasks to the individual officer capable of completing the task. Furthermore, the tasks are delegated with training and professional enhancement in mind.

The evaluations Sgt Ashley completes of those troopers assigned to the FTU are clear and provide an accurate reflection of the trooper's performance and provide a clear plan of expected future performance.

Sgt Ashley consistently produces work at the highest levels. Sgt Ashley is conscientious of his duties and is not satisfied with mediocre performance. Sgt Ashley is very aware of how his performance allows the division to meet stated goals and how his performance, both on and off duty reflect on the division. Based on his behavior, there is no doubt the Division of State Police benefits greatly by having Sgt Ashley as one of its members. Sgt Ashley always brings great credit upon the division and his contribution is immeasurable.

Management/Supervisory Skills

Sgt Ashley has the abilities and has consistently exceeded expectations in the rating areas of leadership, supervisory skills, fairness, and organizational skills. Sgt Ashley leads and motivates subordinates by his example and consistently does more than he expects from others. The FTU is tasked with many "must complete" tasks and Sgt Ashley has been able to direct the actions of those assigned to the FTU in such a manner that all assignments were completed. Sgt Ashley provides an environment that allows subordinates and trainees the ability to learn and experiment without fear of failure.

Sgt Ashley is undoubtedly one of the most skilled supervisors, capable of managing the diverse functions one assigned as the NCOIC of the FTU must perform. Sgt Ashley does so with very little guidance. Sgt Ashley is aware of the competing interest that influence decisions and the impact his decision might have. Sgt Ashley is aware of these influences, however is capable of making difficult decisions even though that decision may negatively impact either an individual or the division. Sgt Ashley does not allow consequence to get in the way of principle, a characteristic that should be immolated by all.

The rating area in which Sgt Ashley excels and consistently and substantially exceeds expectations is the rating area of problem. Whether mechanical or procedural, Sgt Ashley has the desirable ability to reason through the problem and devise a solution that will satisfy many interests. When the range experiences mechanical problems, Sgt Ashley develops remedies that not only solve the problems, the solutions frequently limit future problems and save funding. Sgt Ashley also applies these skills to problems with procedures and policy. Sgt Ashley is an asset in all regarding and is an outstanding example of leadership.