MAR-21-06 01:01 PM                                                                                        P.02

# Delaware State Police Annual Performance Appraisal



## Master Corporal Wayne H. Warren #583

### October 1, 2003 to September 30, 2004

PLAINTIFF'S EXHIBIT 20

MAR-21-06 01:02 PM                                                              P.03

# DELAWARE STATE POLICE

## PERFORMANCE APPRAISAL SCORING SHEET

Name  Warren, Wayne H.
IBM  583          Rank  Master Corporal       Troop/Section  Academy / FTU
Date of Evaluation:  From  October 1, 2003      To  September 30, 2004
Evaluator's Name  Foraker, Christopher D.
IBM  606          Rank  Sergeant              Troop/Section  Academy / FTU

Rating Categories:
A: Does Not Meet Expectations          B: Inconsistently Meets Expectations       C: Consistently Meets Expectations

D: Consistently Exceeds Expectations   E: Consistently and Substantially Exceeds Expectations

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **I. Work Habits** | | | | | |
| Time Management | | | | | X |
| Care of Equipment | | | | | X |
| Communications | | | | | X |
| Relationships | | | | X | |
| Punctuality/Attendance | | | | X | |
| Handling Stress | | | | | X |
| Initiative | | | | X | |
| Dependability | | | | X | |
| Accepts Responsibility | | | | X | |
| Accepts Direction | | | | X | |
| Accepts Change | | | | X | |
| | | | | | |
| **II. Patrol** | | | | | |
| Report Writing | | | | | |
| Knowledge of Criminal Enforcement | | | | | |
| Knowledge of Traffic Enforcement | | | | | |
| Arrest Procedures | | | | | |
| Use of Specialized Equipment | | | | | |
| Quantity and Quality of Work | | | | | |
| Decision Making | | | | | |
| Safety | | | | | |

FORM NO. 374
REVISED 09-01-97

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 2

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **III. Investigator** | | | | | |
| Report Writing | | | | | |
| Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| Handling Case Assignments | | | | | |
| Handling Informants | | | | | |
| Use of Specialized Equipment | | | | | |
| Interview and Interrogation Skills | | | | | |
| Quantity and Quality of Work | | | | | |
| Decision Making | | | | | |
| Safety | | | | | |
| | | | | | |
| **IV. Technical Support** | | | | | |
| Handling of Presentations | | | | X | |
| Public Relations | | | | X | |
| Report Writing | | | X | | |
| Quantity and Quality of Work | | | | X | |
| Use of Specialized Equipment | | | | | X |
| Decision Making | | | | X | |
| Handling Specific Tasks | | | | X | |
| | | | | | |
| **V. Administration** | | | | | |
| Decision Making | | | | | |
| Handling Specific Tasks | | | | | |
| Evaluation | | | | | |
| Quantity and Quality of Work | | | | | |
| Delegation | | | | | |
| Contribution to Organization | | | | | |

MAR-21-06 01:03 PM                                                                                          P.05

# DELAWARE STATE POLICE
# PERFORMANCE APPRAISAL SCORING SHEET
Page 3

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **VI. Management/Supervisory Skills** | | | | | |
| Leadership | | | | | X |
| Supervisory Skills | | | | X | |
| Fairness | | | | X | |
| Problem Solving | | | | X | |
| Organizational Skills | | | | | X |

**Explanation:** See Rater's Comments Section Attached

| VII. Activity | Unit's Average | Officer's Average |
|---|---|---|
| Incidents | | |
| Misdemeanor Arrests | | |
| Felony Arrests | | |
| Traffic Arrests | | |
| DUI Violations | | |
| CPCs | | |
| Number of Written Reports | | |
| Number of Initial Cases | | |
| Number of Follow-up Cases | | |
| Number of NPR Reports | | |

**Explanation:**

**VIII. Specialty Hours**
    SORT/SCUBA/TCU/ETC Hours 96         Training Hours 32

**Other Hours (speeches, special assignments)**
Cpl/3 Warren instructed 96 hours of tactical training as Assistant N.C.O.I.C. of the Special Operations Response Team (S.O.R.T.) during this evaluation period. With Cpl/3 Warren's tactical training and background, not only has he been an asset to S.O.R.T., but also the entire Division has benefited from Cpl/3 Warren's passion and desire to pass on marksmanship, tactical and survival skills to everyone during in-service and recruit training.

Cpl/3 Warren attended a 16-hour Terrorism Course held at the W.L. Gore Complex in Elkton, MD.
Cpl/3 Warren also attended 16 hours of in-service training.

## DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET
Page 4

### IX. Goals and Objectives for the Next Evaluation Period

| List Objectives: | Corresponding Plan of Action: |
|---|---|
| 1. Continue to function as the liaison between Major Hughes, Facilities Management personnel, Administrative Services personnel, contractors and vendors at the Firearms Training Facility. | Coordinate and flex your schedule when necessary to achieve optimal coverage for the completion of bid meetings, contracted work and final inspections of completed work at the Facility. |
| 2. Continue to make every effort to ensure that a clear line of communication exists between you and Major Hughes and that he is kept informed of the latest developments at the Facility. | Make contact with Major Hughes, the Academy Staff and or myself whenever the need arises to clarify, coordinate or inform those of necessary details or developments concerning the facility. |
| 3. Continue to maintain a safeguard over the weapons inventory, ammunition and related equipment and property of the DSP. | Ensure that while vendors and inspectors have access to the buildings, that the DSP weapons and ammunition inventory are kept secure and that a random inspection of the inventory is conducted periodically. |
| 4. Continue to maintain watch over your light duty function to ensure that you do not suffer further injury. | Strictly adhere to the "Light Duty" restrictions posed to you by Lt. Col MacLeish outlined in the document that he provided to you describing your expected conduct while on restricted duty status. |

**Rater's Comments:**
Due to a severe and substantial hearing loss injury, sustained while performing his instructor duties at the Firearms Training Facility, on Friday, June 18, 2004, Cpl/3 Warren was contacted by Major Hughes and placed on light duty status and assigned administrative duties at the Facility. Though the facility is closed for firearms training, Cpl/3 Warren has been assigned the task of liaison between the Delaware State Police, Division of Facilities Management, Division of Administrative Services and the vendors and contractors that enter the facility. Cpl/3 Warren opens the Facility and secures it each day for the purpose of the bidding process through to the execution and completion of contracted work. Cpl/3 Warren imparts specific knowledge of the facility to necessary personnel, provides detailed accounts of the performance of the equipment relative to the building and provides instructional tours of the facility to dignitaries, government officials and professionals in related fields of engineering and design of indoor ranges.

Note: Evaluator may make additional copies of this page as necessary.

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 5

X. **Progress Report on Attainment of Previous Evaluation Period's Goals and Objectives:**

| Rating Categories: | A: Did Not Achieve Expected Results | B: Partially Achieved Expected Results | C: Achieved Expected Results |
|---|---|---|---|
| | D: Exceeded Expected Results | E: Far Exceeded Expected Results | |

| List Objectives: | A | B | C | D | E | Explanation |
|---|---|---|---|---|---|---|
| 1. Conduct a safe firearms training program. | | | | | X | Cpl/3 Warren conveys a genuine concern over the safety and well being of all his students and fellow instructors whether it is during Patrol Procedures, In-Service firearms training, recruit training or SORT training. Cpl/3 Warren places safety at the pinnacle of all training as is evident in his performance. |
| 2. Provide a learning environment. | | | | X | | Cpl/3 Warren exhibits great concern over the survival of his students and he conveys that concern during his instruction. When this message is communicated, his students are captivated and search him out during breaks to gather additional officer safety knowledge. |
| 3. Continue to monitor and maintain the Patrol Procedures Training Program. | | | | X | | After investing many long hours implementing the program curriculum to ensure the highest level of instruction is achieved, Cpl/3 Warren has had to relinquish the position due to his light duty status. Cpl/3 Warren has orchestrated a smooth transition of the program to a new instructor. |
| 4. Maintain a professional image to the public. | | | | | X | Cpl/3 Warren maintains an excellent rapport with the public while interacting daily with competing vendors and contractors leaving them with high regard for the Delaware State Police and the conduct of Troopers. |

XI. <u>Provide an overall rating which best indicates the officer's performance in relation to the above objectives: (Place an "X" next to the letter).</u>

| A-- | B-- | C-- | D-- | E--X |
|---|---|---|---|---|
| Did Not Meet | Partially Met | Fully Met | Exceeded | Far Exceeded |

Note: Evaluator may make additional copies of this page as necessary.

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 7

**XII.** <u>Areas or incidents where performance was distinguished, exceeded expectations, or resulted in commendation, if any:</u>

Cpl/3 Warren has been the Assistant N.C.O.I.C. of the Firearms Training Unit during this rating period, a position that he has occupied and executed with great pride and with the best interest of the Division of State Police and its members at the forefront of his duties. Cpl/3 Warren aided his supervisors in identifying safety issues at the facility that placed the health and safety of his coworkers, our families, our students and their families at risk. Cpl/3 Warren has conducted much research in the areas contributing to the cause surrounding the dangers of heavy metal exposure and contamination along with contacting and establishing a rapport with experts in that field of understanding in an effort to help protect and inform all instructors assigned to the facility, all of those who train at the facility, the civilian cleaning personnel and all of our family members as well as the Division of State Police.

Cpl/3 Warren has committed over 18 years of exemplary and dedicated service to the Special Operations Response Team (S.O.R.T.). Cpl/3 Warren's performance has been exceptional in all areas and aspects of his duties causing the Executive staff to elevate him to the Assistant N.C.O.I.C. of this elite tactical team. Cpl/3 Warren is one of the most respected and tactically proficient members of S.O.R.T. When responding to incidents, Cpl/3 Warren may be responsible for the preparation and deployment of S.O.R.T. and takes charge in the absence of the S.O.R.T., N.C.O.I.C. He has conducted many tactical operations to include but not limited to numerous search and arrest warrants, dignitary protection details, hostage situations and barricaded suspect operations. Cpl/3 Warren has also been responsible for the organization, direction and the implementation of monthly training in the absence of the N.C.O.I.C.

Cpl/3 Warren has been assigned the responsibility for coordinating, organizing and implementing the Patrol Procedures Program for the last several recruit classes. Cpl/3 Warren has devoted numerous hours overtime to ensure the safe execution of this program.

As a result of his injury, June 18, 2004, the Executive Staff placed Cpl/3 Warren on light duty status causing him to relinquished his duties as the Assistant N.C.O.I.C. of S.O.R.T., firearms instructor duties, lead instructor of the Patrol Procedures Program as well as all other activities associated with normal duty status. Cpl/3 Warren's initiative and work ethic will be greatly missed and obviously absent in all areas where his positive impact and influence was evident and witnessed by all.

**XIII.** <u>Areas or incidents where performance did not meet expectations, needed improvement or resulted in discipline, if any:</u>

# DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET
Page 8

**XIV. Promotability**

The officer is:

- Highly Recommended
- Recommended
- Recommended with Reservations
- Not Recommended
- Not Eligible    **X**

**Explanation: (Required)**
Master Corporal Warren chose not to participate in the promotional process and thus is not eligible for promotion to sergeant. However, had he participated in that processes, this rater would, without reservation, highly recommended Master Corporal Warren for promotion to the rank of sergeant.

**Officer's Comments:** _____

_____

_____

Officer's Signature _[signature]_   Date _11-17-04_
(This report has been discussed with me. I understand that my signature does not necessarily indicate my concurrence.)

Immediate Supervisor's Signature _[signature]_
Date _11-12-04_

Reviewed by: _____   Date: _____
Reviewed by Personnel: _____   Date: _____

# DELAWARE STATE POLICE
# PERFORMANCE APPRAISAL

October 1, 2003 to September 30, 2004

Rater's Comments

**Work Habits**

On December 1, 2003, I was reassigned back to the Firearms Training Unit (FTU) and reassumed the position of N.C.O.I.C. of the FTU. Since my return to the FTU, Cpl/3 Warren has been the established Assistant N.C.O.I.C. of the FTU. From October 1, 2003 through until my return, Cpl/3 Warren was under the supervision of a now retired member of the Division, who expressed on the day of my return, that Cpl/3 Warren's performance was outstanding in all areas of evaluation. Previously, the FTU enjoyed a fifth fulltime instructor, however, the fifth member of the FTU was on light duty due to a work related injury of which he retired. This left the FTU below the optimal safety level of instructors established previously by range and executive staff members. This condition forced Cpl/3 Warren and his coworkers to take on additional duties and work numerous hours overtime to complete Divisional goals and objectives as well as the goals and objectives of the FTU.

During this rating period, Cpl/3 Warren was tasked with the facilitation of the Academy Patrol Procedures Program as well as assisting in the execution of the Divisional in-service firearms recertification program and firearms training of the current DSP Academy recruit class. Cpl/3 Warren was also the co-instructor in the initial phase of the raptor holster transition training for the 74th DSP Recruit Class, the Governor's Task Force of Kent and Sussex Counties as well as the MCSAP / Truck Enforcement Unit. Cpl/3 Warren was also the Assistant N.C.O.I.C. of the Special Operations Response Team (S.O.R.T.) during this rating period and was responsible for monthly training and certifications for S.O.R.T. in the absence of the N.C.O.I.C. as well as for research on new products such as holsters, weapons, weapon mounted lights and related equipment.

Cpl/3 Warren was able to manage many tasks and assignments when it was often necessary for him to implement training with less experienced personnel assisting him due to manpower constraints on the FTU. Regardless of circumstances, Cpl/3 Warren was able to perform both operational and research functions proficiently and effectively utilizing excellent time management skills and resources to complete those assignments. Cpl/3 Warren exercises excellent communication between he and his supervisors and keeps them informed of all necessary issues relative to the facility, equipment, training and related issues. Cpl/3 Warren has always been prompt with assignments and appointments and has had to utilize sick time during this evaluation period when needed.

Whenever formal or informal inspections of Divisional weapons, equipment and the vehicle assigned to Cpl/3 Warren has occurred, all were found to be in good working order and maintained in the appropriate fashion and condition, above Divisional standards.

As the Assistant N.C.O.I.C. of the FTU, Cpl/3 Warren initiates work often without the prompting of his supervisors. Cpl/3 Warren is always the first to volunteer to aid his supervisors or his coworkers with assignments and provides a great example to participants in the task or observers in completing a task with excellence.

Firearms training is considered by many in the field of law enforcement to be one of the most stressful assignments within an agency. Safety is of paramount concern in a structurally strict yet agreeable learning environment. Cpl/3 Warren is able to communicate exceptionally well with students ranging from recruit Trooper, with little or no weapons experience, to the seasoned law enforcement professionals.

Cpl/3 Warren possesses vast knowledge in the field of firearms and firearms training. Coupled with his extensive practical experience in tactical situations, Cpl/3 Warren provides invaluable input when called upon in the design and application of not only the DSP training curriculum but also to programs of agencies outside of the DSP program when solicited. Cpl/3 Warren is a good communicator and imparts his vast knowledge to those whom he addresses on the issues of firearms and tactical survival training. Furthermore, because of his training and experience, Cpl/3 Warren can be depended on to complete assignments in a timely fashion with very little supervisory assistance.

### Technical Support

Cpl/3 Warren can be depended upon to expound in great and very articulate detail the entire force continuum as it may apply to any and all situations and scenarios. His presentations are appropriate in content and ethical in nature. A full and complete explanation of the subject will be understood and properly conveyed to his audience.

As was mentioned in an aforementioned caption, Cpl/3 Warren has had to interact with and provided many informative tours of the FTU facility to many dignitaries, governmental officials, contractors, engineers, citizens attending the Citizens Police Academy, high school and college criminal justice students and many others. All of which have expressed accolades of Cpl/3 Warren's presentations.

As a firearms instructor, Cpl/3 Warren has had interaction with students ranging in experience and tailors his message as to fit his audience. Cpl/3 Warren has had to, on several occasions, record the poor performance of recruit Troopers during remedial training sessions. These documents withstood scrutiny from supervisors and staff members holding the line on acceptable minimal standards for recruit firearms and scenario based training. His reports were always clear and concise and contained the necessary information.