# Delaware State Police Annual Performance Appraisal



## Master Corporal Brian K. Price #626

### October 1, 2003 to September 30, 2004

FTU3984

DELAWARE STATE POLICE

PERFORMANCE APPRAISAL SCORING SHEET

Name Price, Brian K.
IBM 626                    Rank Master Corporal          Troop/Section Academy / FTU
Date of Evaluation: From October. 1, 2003    To September 30, 2004
Evaluator's Name Foraker, Christopher D.
IBM 606                    Rank Sergeant                 Troop/Section Academy / FTU

Rating Categories:
A: Does Not Meet Expectations         B: Inconsistently Meets Expectations      C: Consistently Meets Expectations

D: Consistently Exceeds Expectations  E: Consistently and Substantially Exceeds Expectations

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **I. Work Habits** | | | | | |
| Time Management | | | | X | |
| Care of Equipment | | | | | X |
| Communications | | | | X | |
| Relationships | | | | X | |
| Punctuality/Attendance | | | | X | |
| Handling Stress | | | | X | |
| Initiative | | | | | X |
| Dependability | | | | X | |
| Accepts Responsibility | | | | X | |
| Accepts Direction | | | | X | |
| Accepts Change | | | | X | |
| | | | | | |
| **II. Patrol** | | | | | |
| Report Writing | | | | | |
| Knowledge of Criminal Enforcement | | | | | |
| Knowledge of Traffic Enforcement | | | | | |
| Arrest Procedures | | | | | |
| Use of Specialized Equipment | | | | | |
| Quantity and Quality of Work | | | | | |
| Decision Making | | | | | |
| Safety | | | | | |

FORM NO. 374
REVISED 09-01-97

FTU3985

A - 375

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 2

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **III. Investigator** | | | | | |
| Report Writing | | | | | |
| Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| Handling Case Assignments | | | | | |
| Handling Informants | | | | | |
| Use of Specialized Equipment | | | | | |
| Interview and Interrogation Skills | | | | | |
| Quantity and Quality of Work | | | | | |
| Decision Making | | | | | |
| Safety | | | | | |
| | | | | | |
| | | | | | |
| **IV. Technical Support** | | | | | |
| Handling of Presentations | | | | | X |
| Public Relations | | | | X | |
| Report Writing | | | X | | |
| Quantity and Quality of Work | | | | X | |
| Use of Specialized Equipment | | | X | | |
| Decision Making | | | | X | |
| Handling Specific Tasks | | | | X | |
| | | | | | |
| | | | | | |
| **V. Administration** | | | | | |
| Decision Making | | | | | |
| Handling Specific Tasks | | | | | |
| Evaluation | | | | | |
| Quantity and Quality of Work | | | | | |
| Delegation | | | | | |
| Contribution to Organization | | | | | |
| | | | | | |
| | | | | | |

FTU3986

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 3

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| VI. | **Management/Supervisory Skills** | | | | | |
| | Leadership | | | | X | |
| | Supervisory Skills | | | | X | |
| | Fairness | | | | X | |
| | Problem Solving | | | | X | |
| | Organizational Skills | | | | X | |

Explanation: See Rater's Comments Section Attached

| | Activity | Unit's Average | Officer's Average |
|---|---|---|---|
| VII. | Incidents | | |
| | Misdemeanor Arrests | | |
| | Felony Arrests | | |
| | Traffic Arrests | | |
| | DUI Violations | | |
| | CPCs | | |
| | Number of Written Reports | | |
| | Number of Initial Cases | | |
| | Number of Follow-up Cases | | |
| | Number of NPR Reports | | |

Explanation:

VIII. **Specialty Hours**
SORT/SCUBA/TCU/ETC Hours            Training Hours 56
Other Hours (speeches, special assignments)

Cpl/3 Price attended a 40-hour Diminished Light Instructor Course hosted by Strategos International held in Los Vegas, Nevada.

Cpl/3 Price also attended 16 hours of in-service training.

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 4

IX. **Goals and Objectives for the Next Evaluation Period**

| List Objectives: | Corresponding Plan of Action: |
|---|---|
| 1. Continue to assist Cpl/3 Warren as needed at the Firearms Training Facility during the future phases of construction and structural changes of the building. | Coordinate and flex your schedule with Cpl/3 Warren when necessary to achieve optimal coverage for the completion of scheduled work at the facility |
| 2. Continue to make every effort to ensure that a clear line of communication exists between you, Cpl/3 Warren and your supervisors as to any and all developments at the FTU facility. | In the absence of Cpl/3 Warren, make contact with Major Hughes, the Academy Staff and or myself whenever the need arises to clarify, coordinate or inform those of necessary details or developments concerning the facility. |
| 3. Continue to maintain a safeguard over the weapons inventory, ammunition and related equipment and property of the DSP. | Ensure that while vendors and inspectors have access to the buildings, that the DSP weapons and ammunition inventory are kept secure and that a random inspection of the inventory is conducted periodically. |
| 4. Continue to maintain watch over your light duty function to ensure that you do not suffer further injury. | Strictly adhere to the "Light Duty" restrictions posed to you by Lt. Col MacLeish outlined in the document that he provided to you describing your expected conduct while on restricted duty status. |
| 5. Coordinate the body armor replacement measurement. | Make contact with Lawmen Supply and identify four dates, spaced out, that may be selected as dates for patrol personnel to be measured for new ABA Xtreme armor. Utilize established forms as a guide to prepare a word document for approval to be attached to e-mail for notification of mandatory appearance for body armor measurement. |

**Rater's Comments:**
Due to a severe and substantial hearing loss injury, sustained while performing his instructor duties at the Firearms Training Facility, on Friday, June 18, 2004, Cpl/3 Price was contacted by the Division and placed on light duty status and assigned administrative duties at the Facility. Though the facility is closed for firearms training, Cpl/3 Price has been assigned to assist Cpl/3 Warren as a liaison between the Delaware State Police, Division of Facilities Management, Division of Administrative Services and the vendors and contractors that enter the facility. In the absence of Cpl/3 Warren, Cpl/3 Price may be utilized to open the Facility and secure it each day for the purpose of the bidding process through to the execution and completion of contracted work. Along with Cpl/3 Warren, Cpl/3 Price imparts specific knowledge of the facility to necessary personnel, provides detailed accounts of the performance of the equipment relative to the building and provides instructional tours of the facility to dignitaries, government officials and professionals in related fields of engineering and design of indoor ranges.

Note: Evaluator may make additional copies of this page as necessary.

FTU3988

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 5

X. **Progress Report on Attainment of Previous Evaluation Period's Goals and Objectives:**

Rating Categories:
A: Did Not Achieve Expected Results
B: Partially Achieved Expected Results
C: Achieved Expected Results
D: Exceeded Expected Results
E: Far Exceeded Expected Results

| List Objectives: | A | B | C | D | E | Explanation |
|---|---|---|---|---|---|---|
| 1. Conduct a safe firearms training program. | | | | | X | Cpl/3 Price conveys a genuine concern over the safety and well being of all his students and fellow instructors whether it is during Patrol Procedures, In-Service firearms training or recruit firearms training. Cpl/3 Price was the driving force responsible for the revamping of the FTU range safety rules. |
| 2. Provide a learning environment. | | | | X | | Cpl/3 Price exhibits great concern over the survival of his students and he conveys that concern during his instruction. When this message is communicated, the students are intrigued and search him out during breaks to gather additional officer safety knowledge. |
| 3. Continue to maintain and track issued body armor and replacement needs. | | | | X | | Cpl/3 Price has and continues to maintain the issued body armor database. He has coordinated the measurement of the most recent recruit class and has since identified the patrol personnel in need of replacement body armor. In this rapidly changing industry, Cpl/3 Price continues to provide details of most recent and up-to-date changes in technology. |
| 4. Maintain a professional image to the public. | | | | X | | Cpl/3 Price maintains a good rapport with the public while interacting daily with competing vendors and contractors leaving them with high regard for the Delaware State Police and the conduct of Troopers. |

FTU3989

A - 379

XI. <u>Provide an overall rating which best indicates the officer's performance in relation to the above objectives:</u> (Place an "X" next to the letter).

| A-- | B-- | C-- | D-- X | E-- |
|---|---|---|---|---|
| Did Not Meet | Partially Met | Fully Met | Exceeded | Far Exceeded |

Note: Evaluator may make additional copies of this page as necessary.

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 7

**XII.** **Areas or incidents where performance was distinguished, exceeded expectations, or resulted in commendation, if any:**

Cpl/3 Price was initially assigned to the Firearms Training Unit (FTU) in 1996 and currently is the FTU staff member with tenure. At the onset of this rating period, Cpl/3 Price was assigned the position of lead instructor in recruit training, a position that he has occupied and executed with great pride while placing the best interest of the Division and his students in the highest regard. Cpl/3 Price aided his supervisors in identifying safety issues at the facility that placed the health and safety of his coworkers, our families, our students and their families at risk. Cpl/3 Price has reached out to experts in the field of ventilation, firing range design along with heavy metal exposure and contamination and established a rapport with these professionals to search out the root cause and contributing factors surrounding the dangers we face in exposure to heavy metal contamination. Cpl/3 Price contacted and established communication with the experts in those fields to obtain a greater understanding in an effort to help protect and inform all assigned instructors, all of those who train at the facility, the cleaning personnel and all of our family members as well as the Division of State Police.

Cpl/3 Price has been assigned as the lead instructor to coordinate and implement the recruit lesson plan for both DSP and Municipal recruits. Cpl/3 Price has also coordinated the body armor replacement program and organized the measurement process between vendors and Troopers. Cpl/3 Price also devoted many hours in assisting Cpl/3 Warren in the safe execution of the Patrol Procedures Program.

As a result of his injury, June 18, 2004, the Executive Staff placed Cpl/3 Price on light duty status causing him to relinquished his duties as a firearms instructor, lead instructor of the Recruit Training Program as well as all other activities associated with normal duty status. Cpl/3 Price's initiative and work ethic will be greatly missed and obviously absent in all areas where his positive impact and influence was evident and witnessed by many.

**XIII.** **Areas or incidents where performance did not meet expectations, needed improvement or resulted in discipline, if any:**

FTU3991

A - 381

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET
Page 8

XIV. **Promotability**
The officer is:

    Highly Recommended      Recommended      Recommended with Reservations

    Not Recommended      Not Eligible
                                         X

Explanation: (Required)
Master Corporal Price chose not to participate in the promotional process and thus is not eligible for promotion to sergeant. However, had he participated in that processes, this rater would, without reservation, highly recommended Master Corporal Price for promotion to the rank of sergeant.

**Officer's Comments:** _____

_____
_____
_____
_____
_____

**Officer's Signature** _____ **Date** _____
(This report has been discussed with me. I understand that my signature does not necessarily indicate my concurrence.)

**Immediate Supervisor's Signature** _____
            **Date** _____

**Reviewed by:** _____ **Date:** _____
**Reviewed by Personnel:** _____ **Date:** _____

FTU3992

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL

October 1, 2003 to September 30, 2004

Rater's Comments

Work Habits

On December 1, 2003, I was reassigned back to the Firearms Training Unit (FTU) and reassumed the position of N.C.O.I.C. of the FTU. Since my return to the FTU, Cpl/3 Price is the established lead instructor of the DSP and Municipal Recruit Training Program. From October 1, 2003 till my return, Cpl/3 Price was under the supervision of a now retired member of the Division, who expressed on the day of my return, that Cpl/3 Price's performance was outstanding in all areas of evaluation. Previously, the FTU enjoyed a fifth fulltime instructor, however, the fifth member of the FTU was on light duty due to a work related injury of which he eventually retired. This left the FTU below the optimal safety level of instructors established previously by range and executive staff members. This condition forced Cpl/3 Price and his coworkers to take on additional duties and work numerous hours overtime to complete Divisional goals and objectives as well as the goals and objectives of the FTU.

During this rating period, Cpl/3 Price was tasked with facilitating the DSP and Municipal Recruit Firearms Training Program as well as assisting in the execution of the Divisional in-service firearms recertification shoot. He also assisted in the safe execution of the Academy Patrol Procedures Program. Cpl/3 Price was also the co-instructor in the initial phase of the raptor holster transition training for the 74th DSP Recruit Class, the Governor's Task Force of Kent and Sussex Counties as well as the MCSAP / Truck Enforcement Unit. Cpl/3 Price was also instrumental and the driving force in the transformation of a new and more applicable set of Firing Range Safety Rules.

Cpl/3 Price was able to manage many tasks and assignments when it was often necessary for him to implement training with less experienced personnel assisting him due to manpower constraints on the FTU. Regardless of circumstances, Cpl/3 Price was able to perform both operational and research functions proficiently and effectively utilizing good time management skills and resources to complete those assignments. Cpl/3 Price exercises good communication between he and his supervisors and keeps them informed of all necessary issues relative to the facility, equipment, training and related issues. Cpl/3 Price has always been prompt with assignments and appointments and has had to utilize sick time during this evaluation period when needed.

Whenever formal or informal inspections of Divisional weapons, equipment and vehicle assigned to Cpl/3 Price has occurred, all were found to be in good working order and maintained in the appropriate fashion and condition, above Divisional standards.

FTU3993

As the lead instructor of the DSP and Municipal Recruit Firearms Training Program, Cpl/3 Price showed special interest and initiative to forge ahead on creating a new set of range safety rules to govern the safe conduct of student personnel thereby providing a safe and conducive work environment to conduct firearms training.

Firearms training is considered by many in the field of law enforcement to be one of the most stressful assignments within an agency. Safety is of paramount concern in a structurally strict yet agreeable learning environment. Cpl/3 Price is able to communicate exceptionally well with students ranging from recruit Trooper who has never handled a firearm to the seasoned law enforcement professionals.

Cpl/3 Price possesses vast knowledge in the field of firearms and firearms training. Coupled with his practical experience in tactical situations, Cpl/3 Price provides invaluable input when called upon in the design and application of not only the DSP training curriculum but also to programs of agencies outside of the DSP program when solicited. Cpl/3 Price is a good communicator and imparts his vast knowledge to those whom he addresses on the issues of firearms and tactical survival training. Furthermore, because of his training and experience, Cpl/3 Price can be depended on to complete assignments in a timely fashion with little supervisory assistance.

### Technical Support

Cpl/3 Price can be depended upon to expound in great and very articulate detail the entire force continuum as it may apply to any and all situations and scenarios. His presentations are appropriate in content and ethical in nature. A full and complete explanation of the subject will be understood and properly conveyed to his audience.

As was mentioned in an aforementioned caption, Cpl/3 Price has had to interact with and provided many informative tours of the FTU facility to many dignitaries, governmental officials, contractors, engineers, citizens attending the Citizens Police Academy, high school and college criminal justice students and many others. All of which have expressed accolades of Cpl/3 Price's presentations.

As a firearms instructor, Cpl/3 Price has had interaction with students ranging in experience and tailors his message as to fit his audience. Cpl/3 Price has had to, on several occasions, record the poor performance of recruit Troopers during remedial training sessions. These documents withstood scrutiny from supervisors and staff members holding the line on acceptable minimal standards for recruit firearms and scenario based training. His reports were always clear and concise and contained the necessary information.

FTU3994

Cpl/3 Price has a committed work ethic dedicated to the survival of his students. He embraces the thought that the finished product, the students' survival of a deadly encounter, is a direct reflection of his performance as a teacher and instructor. Cpl/3 Price prides himself in providing his students with tactical training as a blue print to survive the dangers that they may encounter in real world situations. Cpl/3 Price excels when imparting his firearms knowledge and related experience to recruit Troopers.

Cpl/3 Price has been responsible for the proper care and maintenance of his assigned equipment. He has also provided the specialized care and attention only a certified armorer would apply to his assigned weapons. Cpl/3 Price provides the proper standard for his students and peers to emulate in the care of equipment.

Cpl/3 Price has been assigned to oversee the organization and implementation of the body armor replacement program. He is responsible for interacting with body armor manufacturers, engineers and technicians as well as with the local vendors who measure and service the products

### Management / Supervisory Skills

As is evident in previous comments in this performance appraisal, Cpl/3 Price has devoted his career to the protection, advancement and the survival of others. He is able to maintain a very safe range by controlling the movement of students with proper dialog and voice inflection conducive for learning. His calm demeanor under high stress has been a standard and guide for future instructors. Many Troopers look to Cpl/3 Price and respect him for his many years of dedicated service and his commitment to train others so that they may survive any and all dangers encountered from life as a Trooper.

FTU3995