**DELAWARE STATE POLICE**
**PERFORMANCE APPRAISAL SCORING SHEET**

PAGE 1

NAME: Christopher D. Foraker
IBM 606          RANK Sergeant          TROOP/SECTION Academy/FTU
DATE OF EVALUATION: FROM December 1, To September 3, 2004
2003
EVALUATOR'S NAME Ralph H. Davis, III
IBM 628          RANK Lieutenant          TROOP/SECTION Academy

RATING CATEGORIES:
A: Does Not Meet Expectations          B. Inconsistently Meet Expectations          C. Consistently Meets Expect
D: Consistently Exceeds Expectations     E: Consistently and Substantially Exceeds Expectations

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **I. WORK HABITS** | | | | | |
| • Time Management | | | | X | |
| • Care of Equipment | | | | | X |
| • Communications | | | | | X |
| • Relationships | | | | X | |
| • Punctuality/Attendance | | | | | X |
| • Handling Stress | | | | | X |
| • Initiative | | | | | X |
| • Dependability | | | | | X |
| • Accepts Responsibility | | | | | X |
| • Accepts Direction | | | | X | |
| • Accepts Change | | | | X | |
| • | | | | | |
| • Sick Days 0  No. of Occurrences 0 | | | | | |
| • | | | | | |
| **II. PATROL** | | | | | |
| • Report Writing | | | | | |
| • Knowledge of Criminal Enforcement | | | | | |
| • Knowledge of Traffic Enforcement | | | | | |
| • Arrest Procedures | | | | | |
| • Use of Specialized Equipment | | | | | |
| • Quantity and Quality of Work | | | | | |
| • Decision Making | | | | | |
| • Safety | | | | | |
| • | | | | | |
| • | | | | | |
| • | | | | | |

FORM NO. 374                                                          REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 2

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| III. | **INVESTIGATOR** | | | | | |
| | • Report Writing | | | | | |
| | • Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| | • Handling Case Assignments | | | | | |
| | • Handling Informants | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Interview and Interrogation Skills | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Decision Making | | | | | |
| | • Safety | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| IV. | **TECHNICAL SUPPORT** | | | | | |
| | • Handling of Presentations | | | | | |
| | • Public Relations | | | | | |
| | • Report Writing | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Decision Making | | | | | |
| | • Handling Specific Tasks | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| V. | **ADMINISTRATION** | | | | | |
| | • Decision Making | | | | | X |
| | • Handling Specific Tasks | | | | X | |
| | • Evaluation | | N | / | O | |
| | • Quantity and Quality of Work | | | | | X |
| | • Delegation | | | | | X |
| | • Contribution to Organization | | | | | X |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |

FORM NO. 374                                        REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 3

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| VI. | **MANAGEMENT/SUPERVISORY SKILLS** | | | | | |
| | • Leadership | | | | | X |
| | • Supervisory Skills | | | | | X |
| | • Fairness | | | | X | |
| | • Problem Solving | | | | X | |
| | • Organizational Skills | | | | | X |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |

Explanation: See Rater's Comments Section Attachment

VII.

| ACTIVITY | Unit's Average | Officer's Average |
|---|---|---|
| • Incidents | | |
| • Misdemeanor Arrests | | |
| • Felony Arrests | | |
| • Traffic Arrests | | |
| • DUI Violations | | |
| • CPCs | | |
| • Number of Written Reports | | |
| • Number of Initial Cases | | |
| • Number of Follow-up Cases | | |
| • Number of NPR Reports | | |
| • | | |
| • | | |
| • | | |

Explanation:

VIII. **SPECIALTY HOURS**

| SORT/SCUBA/TCU/ETC Hours N/A | Training Hours<br>Instructor hours - 512<br>Student hours - 60 |
|---|---|

FORM NO. 374    REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 4

## IX. GOALS AND OBJECTIVES FOR THE NEXT EVALUATION PERIOD

| LIST OBJECTIVES: | CORRESPONDING PLAN OF ACTION: |
|---|---|
| See Rater's Comments below | |
| | |
| | |
| | |

Rater's Comments: The goals, objectives, and corresponding plans of action will be provided by the incoming Academy administration.

FORM NO. 374                                                                                       REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 5

### X. PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES:

**RATING CATEGORIES**
A: Did Not Achieve Expected Results
B: Partially Achieved Expected Results
C: Achieved Expected Results
D: Exceeded Expected Results
E: Far Exceeded Expected Results

| LIST OBJECTIVES | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|
| 1  Conduct basic recruit firearms training. | | | | X | | During the rating period, the 61st Municipal Recruit Class received recruit basic firearms training under the guidance of Sgt Foraker. Sgt. Foraker not only oversaw the training, he was required to coordinate the use of certified firearms instructors from several municipal police departments to accomplish the training. Additionally, the DSP FTU provided Patrol Procedures training for the class. |
| 2  Conduct mandatory inservice firearms training. | | | | | X | Due to the closing of the DSP indoor range, Sgt Foraker was required to identify a facility suitable to accomplish mandatory inservice firearms training. Sgt Foraker identified the Delaware National Guard range as suitable and was able to make arrangements for the use of the range. The training was accomplished in an outstanding fashion under less than desirable conditions. |

FORM NO. 374

REVISED 04162000



DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 6

X. PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES: (CONT)

| RATING CATEGORIES | A: Did Not Achieve Expected Results<br>D: Exceeded Expected Results | B: Partially Achieved Expected Results<br>E: Far Exceeded Expected Results | C: Achieved Expected Results |
|---|---|---|---|

| LIST OBJECTIVES | | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|---|
| 3 | Supervise permanently and temporarily assigned firearms instructors. | | | | X | | Sgt Foraker supervised a staff of three subordinate firearms instructors and as many as ten temporarily assigned instructors from numerous municipal law enforcement agencies. Sgt Foraker did so in a manner that allowed for the accomplishment of the Unit's mission. There were no serious personnel issues and all training was completed without injury. |
| 4 | Maintain a safe training environment. | | | | | X | Upon returning to the DSP FTU, Sgt Foraker immediately identified safety issues that placed the health of FTU staff in serious jeopardy. Sgt Foraker immediately brought this to the attention of the DSP Academy staff and continued to provide the Academy staff, as well as the DSP Executive Staff, with information concerning the conditions at the range. Once training was move to the DNG range, Sgt Foraker continued to provide a safe training environment as well as an environment conducive to learning. |

FORM NO. 374

REVISED 04162000

## DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 7

**X. PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES: (CONT.)**

**RATING CATEGORIES**

A: Did Not Achieve Expected Results
B: Partially Achieved Expected Results
C: Achieved Expected Results
D: Exceeded Expected Results
E: Far Exceeded Expected Results

| LIST OBJECTIVES | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|
| 5. Identify methods of and opportunities for personal and professional career development and enhancement. | | | X | | | Sgt Foraker identified training needs of the FTU staff and made the necessary arrangements to ensure members of the staff received the training to maintain current certifications and enhance their abilities in the area of firearms training. |
| | | | | | | |

**XI. PROVIDE AN OVERALL RATING WHICH BEST INDICATES THE OFFICER'S PERFORMANCE IN RELATION TO THE ABOVE OBJECTIVES:** (*Place an "X" next to the letter*)

| A -- Did Not Meet | B -- Partially Met | C -- Fully Met | D -- X Exceeded | E -- Far Exceeded |
|---|---|---|---|---|
| | | | | |

FORM NO. 374                                        REVISED 04162000

A - 392

**DELAWARE STATE POLICE**
**PERFORMANCE APPRAISAL SCORING SHEET**

PAGE 8

XII. <u>AREAS OR INCIDENTS WHERE PERFORMANCE WAS DISTINGUISED, EXCEEDED EXPECTATIONS, OR RESULTED IN COMMENDATION, IF ANY:</u>

On December 1, 2003, Sergeant Foraker was reassigned to the DSP FTU. Sergeant Foraker immediately identified safety issues that placed the health and safety of the FTU staff and officers training at the DSP range in jeopardy. Sergeant Foraker brought the conditions to the attention of the DSP Academy staff. After notifying the staff, Sergeant Foraker continued to provide updates of the range conditions, conducted research to identify the cause of the problems, and attempted to identify potential solutions. Sergeant Foraker made this information available to the DSP Academy and Executive staffs, the Department of Administrative Services, and the Delaware Auditors Office.

After the forced closing of the DSP indoor range, Sergeant Foarker and the FTU was forced to quickly identify a facility suitable to conduct mandatory firearms training. Without assistance, Sergeant Foraker identified the Delaware National Guard Range and developed and implemented a plan that would accomplish the training. Sergeant Foraker was required to not only identify the facility, but reach an agreement with the DNG regarding the terms of the use of the facility. To date, the DSP has conducted Spring Firearms Qualification and is beginning Fall Firearms Qualification. The transition was made without flaw and seemingly with ease. This is due to the diligence and abilities of Sgt. Foraker.

XIII. <u>AREAS OR INCIDENTS WHERE PERFORMANCE DID NOT MEET EXPECTATIONS, NEEDED IMPROVEMENT OR RESULTED IN DISCIPLINE, IF ANY:</u>

FORM NO. 374                                                                                     REVISED 04162000

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 9

XIV. **PROMOTABILITY**

THE OFFICER IS:

HIGHLY RECOMMENDED        RECOMMENDED        RECOMMENDED WITH RESERVATIONS

NOT RECOMMENDED           NOT ELIGIBLE
                              X

EXPLANATION: (REQUIRED)   Sergeant Foraker chose not to participate in the promotional process and thus is not eligible for promotion. Had he participated, this rater would, without reservation, highly recommend Sergeant Foraker for promotion to the rank of lieutenant.

OFFICER'S COMMENTS:

Officer's Signature _____ 2606    Date  11-10-04
(This report has been discussed with me, I understand that my signature does not necessarily indicate my concurrence.)

Immediate Supervisor's Signature _____
Date  11/10/04

Reviewed by: (RM)                    Date: 12/01/04
Reviewed by Personnel: Sgt D. _____ 673   Date: 12-13-04

FORM NO. 374                                          REVISED 04162000

A - 394

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL

December 1, 2003 to September 3, 2004

Rater's Comments

**Work Habits**

On December 1, 2003, Sergeant (Sgt) Foraker was transferred from Troop #6 Patrol to the Delaware State Police Firearms Training Unit (FTU). At that time, Sgt. Foraker assumed the position of Non-Commissioned Officer in Charge (NCOIC) of the DSP FTU. In addition to Sgt. Foraker, the DSP FTU had three subordinate full-time firearms instructors assigned to the unit. Additionally, firearms instructors from the DSP and other law enforcement agencies were temporarily added to the compliment of instructors as the need dictated.

Under the guidance of Sgt. Foraker, the DSP FTU was tasked with providing firearms training to recruits attending the DSP Academy, in-service firearms training to incumbent troopers, and the facilitation of training for other local, state, and federal law enforcement agencies. Furthermore, the Unit was tasked with peripheral duties such as the procurement of ballistic bullet resistant vests, the recruit Patrol Procedures training course, the cleaning of the DSP indoor range, and the transition to the Raptor holster.

During the rating period, Sgt. Foraker was required to manage many tasks and assignments with staffing that was frequently below the optimal level. However, Sgt. Foraker was able to efficiently use time and resources to complete those assignments and tasks. Sgt. Foraker performed both operational and administrative functions and was able to complete both in a proficient manner while keeping the Academy administration informed of the progress of assignments and training. Sgt. Foraker was prompt for all assignments and appointments and did not use sick leave during the rating period.

As NCOIC of the DSP FTU, Sgt. Foraker always initiated work without prompting from supervisory personnel. Additionally, as previously stated, Sgt. Foraker may supervise three or as many as ten subordinate instructors at any given time. As such, Sgt. Foraker always involves those subordinates and co-workers, an absolute necessity to ensure completion of the many assignment given to the FTU. Not only does Sgt. Foraker involve subordinates in his tasks, Sgt. Foraker frequently takes part in the tasks of subordinates, not as a supervisor, but as a co-worker, thus providing a great example for the subordinate.

As NCOIC, Sgt. Foraker has arguably one of the most stressful jobs in the Division. Sgt. Foraker must daily deal with students ranging from recruits with no firearms handling experience to seasoned officer. However, all shooters must be treated with equal caution and the safety off all shooters must be paramount. Sgt. Foraker is very cognizant of this need and above all else, views the safety of shooters and instructors as his primary function and concern.

Because of Sgt. Foraker's experience and education in the area of firearms training, Sgt. Foraker is frequently called upon by other law enforcement agencies for training and firearms support. Furthermore, because of his training and experience, Sgt. Foraker can be depended on to complete assignments in a timely fashion with very little supervisory assistance. All completed assignments are of the highest calibre and rarely require corrections or changes. Sgt. Foraker willingly takes responsibility for the completion of all assignments, whether assigned to him personally or to a member of the FTU. When deficiencies are noted, Sgt. Foraker quickly takes the necessary steps to correct the deficiency.

When direction is given or when a change of policy or procedure is necessitated, Sgt. Foraker adapts his or the Unit's practices and behaviors to comply with the directive or change. Furthermore, Sgt. Foraker occasionally offers changes to policy or practice that will improve the efficiency and effectiveness of the FTU and Division.

During formal and informal inspections of Sgt. Foraker's Divisional equipment and vehicle, all were found to be in good working order and maintained in the appropriate fashion and above Divisional standards. Additionally, Sgt. Foraker ensured that the troopers assigned to the DSP FTU maintained their assigned equipment and vehicle per Divisional standards.

Sgt. Foraker is a skilled communicator capable of imparting knowledge and information to those he addresses on the issues of firearms and firearms training. In his capacity as a firearms instructor, Sgt. Foraker daily addressed members of the Division of all ranks and adeptly tailored the message to the audience at hand. Likewise, Sgt. Foraker was required to submit written documents to a variety of entities as part of his role as NCOIC of the DSP FTU. These reports were always clear and concise and contained the necessary information.

### Administration

As previously stated, Sgt. Foraker serves as the NCOIC of the DSP FTU, a position previously staffed by a lieutenant as the Officer-in-Charge. While the position has been down graded, the responsibilities have not and Sgt. Foraker is required to perform the duties of both OIC and NCOIC of the FTU. Sgt. Foraker has performed both duties admirably, always keeping the safety of the FTU staff and those training under his command paramount.

As the NCOIC of the FTU, Sgt. Foraker is required to make decisions on a daily basis that range from simple to very complex. Sgt. Foraker routinely makes those decisions without supervisory assistance and always reaches sound conclusions. Because of his experience and knowledge of firearms training, Sgt. Foraker routinely identifies situations and issues and develops solutions before the issue can negatively impact the Division. Sgt. Foraker continually kept the Academy staff apprised of his decisions and sought supervisory input where appropriate.

Whether self generated or assigned, Sgt. Foraker completed tasks and assignments in a timely fashion and Sgt. Foraker assisted subordinate members of the FTU with tasks as a method of developing and preparing the subordinate for career advancement. Furthermore, Sgt. Foraker wisely delegated tasks and assignments in a manner that aided the subordinate with career development and advancement, however, did not require the subordinate to reach beyond his abilities so far as to ensure failure. Additionally, Sgt. Foraker delegated assignments equitably and in a manner that ensured the operation of the FTU was conducted in an exemplary fashion.

Sgt. Foraker is clearly a valuable asset to the Division of State Police. Sgt. Foraker is extremely aware that his activities, both on and off-duty greatly impact the operation of the Division and have an effect on the accomplishment of the Division's mission. Sgt. Foraker is cognizant of the role the FTU plays in meeting divisional goals and objectives and always strives to perform tasks that assist in meeting those goals and objectives. Sgt. Foraker consistently strives to produce at the highest level and works to ensure the FTU also performs at this level. Daily, Sgt. Foraker makes a positive impact on the Delaware State Police, numerous federal and local law enforcement agencies, and the citizens of Delaware.

### Management/Supervisory Skills

Sgt. Foraker possesses and demonstrated outstanding leadership and supervisory skills during the rating period. Sgt. Foraker not only supervises the full-time and part-time members of the FTU, on a consistent basis Sgt. Foraker must oversee the training of twenty students with a varying degree of firearms skills. Sgt. Foraker very capably supervises this large group of troopers and officers and provides the leadership necessary to complete this vital objective.

Sgt. Foraker accomplishes the mission of the FTU with little or no supervisory assistance and handles all situations regardless of the degree of complexity or stress through the application of common sense, sound judgment, ethics, and knowledge of Divisional policies and procedures. Sgt. Foraker seeks supervisory assistance when appropriate and at times kept the Academy administration aware of decisions he reached without assistance. When reaching solutions to problems, Sgt. Foraker is aware of the impact his decisions have, not only on the Division, but on the Unit and the individual trooper and officer as well. Sgt. Foraker attempts to reach solutions that limit the negative impact on any entity while keeping in mind the need to accomplish the mission of the unit.

Sgt. Foraker possesses excellent organizational skills and employs these skills to accomplish Divisional and Academy goals. There is no doubt that Sgt. Foraker is an exceptional leader and supervisor and demonstrated these abilities on a daily basis during the rating period. When compared to his peers, Sgt. Foraker clearly performs at a level above his contemporaries.