IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF FORAKER'S MOTION TO FIND DEFENDANTS IN CIVIL CONTEMPT FOR VIOLATING THIS COURT'S STIPULATED ORDER OF NOVEMBER 20, 2003**

1. As noticed previously in the Pretrial Order and previous Summary Judgment Briefing, plaintiff Foraker now Moves that this Court find defendants in civil contempt of this Court's Stipulated Order dated November 20, 2003 and fashion an appropriate Order to compensate Foraker for any injury that he has suffered as a result of the civil contempt and coerce defendants into obeying the Order in the future.

2. Such Order should have the following components:

    A. Enter an order requiring defendants to pay Sgt. Foraker for the emotional distress and economic loss he suffered as a result of their contempt.

    B. Enter an order for attorney's fees and costs.

    C. Refer this matter to the U.S. Attorney General's office to determine if a criminal contempt has taken place.

    D. Issue a mandatory injunction directing defendant Mitchell and his successors as Secretary of the Department of Safety and Homeland Security to act as a monitor of defendant Chaffinch and MacLeisch, or any future Colonels, to prohibit any retaliation or

harassment of Foraker by overseeing and approving any action or statements made by defendants Chaffinch and MacLeisch concerning Foraker upon penalty of finding Mitchell and/or his successors in contempt of this Court. Such injunction is to run for so long as Foraker remains with the Delaware State Police.

        E.    Enter an order enjoining the defendants from retaliating against Foraker now or in the future.

        F.    Enter an order indicating that defendants will be fined for any future noncompliance, identifying an amount for each violation.

    3.    Briefing in support of this motion will proceed in accord with the briefing schedule set by the Court in its Order dated June 5, 2006. (D.I. 185).

Respectfully Submitted,
**MARTIN D. HAVERLY, ATTORNEY AT LAW**
  /s/ Martin D. Haverly
**MARTIN D. HAVERLY, ESQ. (#3295)**
Two East Seventh Street, Suite 201
Wilmington, DE 19801
(302) 654-2255
Martin@HaverlyLaw.com

Attorney for Plaintiff

Date: June 19, 2006