## CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on June 19, 2006, I electronically filed **PLAINTIFF FORAKER'S MOTION TO FIND DEFENDANTS IN CIVIL CONTEMPT FOR VIOLATING THIS COURT'S STIPULATED ORDER OF NOVEMBER 20, 2003** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>(Via CM/ECF)

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>(Via CM/ECF)

>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY, ESQ.**

cc: Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Christopher Foraker
Wayne Warren
Kurt Price