## CERTIFICATE OF SERVICE

The undersigned, counsel for Plaintiff, does hereby certify that on June 19th, 2006, two (2) copies of **PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ed Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>
>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY, ESQ.**

cc: Thomas S. Neuberger
    Stephen J. Neuberger
    Sgt. Christopher Foraker