# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| | : |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| | : Re: DIs 193, 194 & 196 |
| Defendants. | : |

_____

### NOTICE OF SERVICE OF DOCKET ENTRIES DI 193, 194 & 196

I, Noel C. Burnham, certify that on the 19th day of June, 2006:

**Defendants' Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial [DI 193]**

**Opening Brief In Support Of Defendants' Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial [DI 194]**

**Appendix To Opening Brief In Support Of Defendants' Motion For Judgment As A Matter Of Law Or, In The Alternative, For A New Trial [DI 196]**

were filed with the Clerk of the Court using CM/ECF which sent notification of such filing and

in addition, one copy of each were hand delivered on June 20, 2006 to the following:

> Thomas Stephen Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> Martin D. Haverly, Esquire
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801-3707
>
> *Attorneys for Plaintiffs*

2088009v1

Dated:  June 22, 2006 /s/ Noel C. Burnham

Noel C. Burnham, Esq. [DE Bar #3483]
**Montgomery, McCracken,**
 **Walker & Rhoads, LLP**
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7800 (Telephone)
(302) 504-7820 (Facsimile)

-2-

2088009v1

**CERTIFICATE OF SERVICE**

I, Noel C. Burnham, hereby certify that on the 22nd day of June 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

>Thomas Stephen Neuberger, Esquire
>Stephen J. Neuberger, Esquire
>The Neuberger Firm, P.A.
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly, Esquire
>Two East Seventh Street
>Suite 302
>Wilmington, DE  19801-3707
>
>*Attorneys for Plaintiffs*

>     /s/ Noel C. Burnham
> Noel C. Burnham (DE Bar No. 3483)