**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | (Consolidated with C.A. No. 04-1207-GMS) |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Renewed Motion for Summary Judgment or in the Alternative for Judgment as a Matter of Law on Plaintiffs' Petition Clause Counts and Defendants' response thereto, it is ORDERED that Plaintiffs' Motion is DENIED.

**BY THE COURT**

_____
GREGORY M. SLEET, U.S.D.J.

2090307v2