# EXHIBIT 2

# Delaware State Police
# Firearms Training Unit
# January 2001 – December 2001

## Unit Members

NCOIC: Sergeant Christopher D. Foraker

Corporal/3 Eddie H. Cathell

Corporal/3 B. Kurt Price

Corporal/3 Wayne H. Warren

Submitted by: Sergeant Christopher D. Foraker
NCOIC, Firearms Training Unit



DEFENDANT'S EXHIBIT 1

## Delaware State Police Firearms Training Unit
## Annual Report 2001

The Delaware State Police Firearms Training Unit completed the third full year of training at the new indoor facility in 2001. During 2001, the unit conducted three in-service re-certification events, provided initial firearms training for two Municipal recruit classes, one State Trooper recruit class, continued training for special units, hosted several training events for Federal and Municipal agencies as well as supported other divisional requirements as needed. In an attempt to enhance the program, the unit continued to provide new, innovative training for the Division and plans to increase the training opportunities for the Division's personnel during the year 2002. Additionally, unit members attended advanced firearm and instructional training to provide the Division with the most up to date firearms training available.

The primary responsibility of the Firearms Training Unit is to train and certify sworn personnel in the use of divisional firearms. As a minimum, all sworn personnel must train and re-certify with their assigned firearms biannually under daylight and low-light conditions. During 2001, the unit continued to use interactive simunition scenario training, built on the standard established in 1999. Recognizing the need for realistic training, the Executive Staff continues to support a third in-service training event for the sole purpose of scenario training. Each officer participated in a realistic scenario that could occur on any given day while on the job. The training was critiqued each day and without exception the unit received overwhelming support and positive feedback. The scenario training was partnered with a live fire tactical pistol course. To accomplish this, the unit received assistance from other certified firearm instructors throughout the division. Without the additional assistance, the scenario training could not have been accomplished. During the remaining two re-certification events, new training techniques were introduced that were readily excepted by divisional personnel. Additionally, the annual armorer inspection and weapon breakdown was accomplished during the initial Spring re-certification. A total of six months of calendar year 2001 was spent conducting in-service training and re-qualification.

The unit also conducted initial firearms training and certification for one State Trooper recruit class and two Municipal recruit classes in 2001. The 72nd Delaware State Police along with the 55th and 56th Municipal recruit classes received training at the new facility. The class consisted of 80 hours of firearms related training. The recruits received 40 hours handgun training, 16 hours shotgun training, 16 hours interactive simunition training and eight hours introduction to firearms. A total of 65 recruits received initial training and certification in the use of the handgun and shotgun during 2001. Included in that number were seven officers with prior law enforcement experience, six of which received a separate week of training prior to being released for the Field Training Officer program.

In addition to normal training, the unit also provided individualized training to recruits needing additional instruction. This training was accomplished during the evening hours in an effort to eliminate recruits missing other required training.

Additionally, the Academy Patrol Procedures Program was re-assigned to the Firearms Training Unit. The entire Patrol Procedures Program curriculum has been revised with the latest, most up-to-date information and material available. The program is a 60-hour course segmented into 20, 3-hour blocks of instruction scheduled for Tuesday evenings throughout the Academy training. The purpose of this training is to provide recruits with a basic understanding of patrol operations and sound police tactics, while preparing them to handle various situations encountered while on patrol. This training will enable the students to independently perform all basic patrol functions in a tactically sound manner. Troopers from around the state helped augment this training by volunteering their time, knowledge and experience to prepare these recruits for life on the road.

During 2001, the unit was again approached for additional training hours by the following special units: Governor's Task Force, Street Crimes, and Special Investigations. The unit prepared and conducted training specific to the needs of those units. The unit also conducted specialized training for the state drug investigations units. The unit was provided with tactical training to enhance their ability when conducting low risk search warrants. The Special Investigations Unit and Executive Protection Unit also received training specific to the Glock 33, .357 caliber handgun. The Glock 33 is the primary handgun for undercover drug operations and a handgun for limited use with Executive Protection. Each member received eight hours transition training and qualified to utilize the handgun on duty.

The Delaware State Police also offered the use of the training facility to other law enforcement agencies throughout the state. During 2001, the training facility was utilized by the following agencies: Dover Police Department, Newark Police Department, Department of Natural Resources, State Fire Marshall Office, and Delaware River and Bay Authority. Additionally, the facility was utilized by the Internal Revenue Service and Alcohol Tobacco and Firearms agencies of the federal law enforcement community. The unit continues to train and re-certify the State Attorney General's investigators. The unit will continue to provide this service on an annual basis in 2002 as well as to support the needs of other agencies and will do so as an additional duty in the future.

In an attempt to stay current with new training ideas and techniques, unit members attended a Remington shotgun and rifle armorers course at the Remington Arms Factory, in Ilion, NY. This course will prove instrumental in the further development of instructors to support the Division in the continued care and maintenance of departmental weapons.

The goal of the Firearms Training Unit is the continued support of the Division and the training needs of personnel pertaining to firearms and patrol tactics. During the year 2001, the unit has begun to implement more progressive training ideas and opportunities for training. Recruit training has been enhanced with a total of 80 hours of training to include realistic interactive simunitions scenario training. The unit will continue to conduct training with special units and expand on the standards established in 1999. In-service training will continue to be innovative, exciting and designed to encourage personnel to use the facility during their time off. Requests have been made by individual Troops and shifts to receive instruction for personnel and it is the intent of the unit to accommodate all requests. The unit is currently developing lesson plans for eight-hour firearm courses to be offered in addition to in-service training. The courses will be designed from the basic to advanced level and available for request through the annual Academy Course Booklet. These courses will not only allow for more individualized instruction, but provide the officer with one CEU for career development if desired. Interactive training will again be tailored to real world events and will provide personnel with the most realistic training possible. Finally, the unit will host the following courses of instruction: Firearms Instructor Update for Delaware instructors and a Firearms Instructor Course.

In conclusion, the Firearms Training Unit encourages all sworn members of the Division to take advantage of all training opportunities offered on and off duty. The unit is constantly seeking feedback and training ideas that will improve the quality of training for all personnel. The unit will continue to provide the best training possible and set the standard for firearms training in the State of Delaware.

**Firearms Training Unit**
**Summary of Events 2001**

**January 2001:**

- Unit hosted the FBI Firearm Instructor Course from January 17, 2001 through January 26, 2001. A total of 20 instructors graduated from the course.
- Personnel from GTF-N, Kent County Attorney General's Office and the Fire Marshall's Office utilized and trained at the facility.
- The State Fire Marshall's Office utilized the Facility for three days to conduct re-certification training.
- SORT training was conducted at the facility for three days.

**February 2001:**

- The Internal Revenue Service utilized the training facility for four days to conduct annual re-certification.
- The unit conducted four days of re-certification training with TCU and GTF units from New Castle and Kent Counties to include the annual armorer inspection.
- The Department of Natural Resources, Divisions of Fish and Wild Life, State Parks and the Environmental Control personnel utilized the facility for three days to conduct re-certification training.
- Evidence Guns were collected from all troop locations. A total of 183 firearms were destroyed at City Steel.
- SORT training was conducted at the facility for three days.

**March 2001:**

- Spring re-certification and armorer inspection was conducted from March 5, 2001 through April 27, 2001.
- Basic tactical training was conducted with GTF-North and Street Crimes.
- An eight-hour Introductory to Firearms Course was hosted for the 55th Municipal Recruit Class.
- SORT training was conducted at the facility for three days.

**April 2001:**

- The Spring re-certification and armorer inspection was continued April 2, 2001 and concluded April 27, 2001.
- TCU utilized the facility for tactical control training as well as re-certification and armorer inspection.
- Initial training began for the 55th Municipal recruit class.

- SORT training was conducted at the facility for three days.

**May 2001:**

- The unit conducted interactive simunition scenario training along with a tactical live-fire course for the division from May 14, 2001 through July 6, 2001.
- Proficiency training specific to the needs of SIU was conducted.
- The unit completed firearms training for the 55th Municipal Recruit class.

**June 2001:**

- Interactive simunitions scenario training and tactical live-fire course continued for division personnel.
- The unit conducted interactive simunitions scenario training for the Tactical Control Unit as well as a tactical live-fire course.
- Capitol Police Department utilized the facility for two days to conduct re-certification training.
- Basic tactical training was conducted with GTF-North and Street Crimes.
- SORT training was conducted at the facility for three days.

**July 2001:**

- Interactive simunitions scenario training and tactical live-fire course concluded.
- One week of training was conducted for fast track recruits of the 72nd Delaware State Police Recruit Class.
- Introduction to firearms was conducted with the 72nd Delaware State Police and 56th Municipal Recruit Class.
- Tactical training was conducted with the Governor's Task Force as well as the Tactical Control Unit.
- A tour of the facility was afforded to Department of Public Safety Secretary James L. Ford and his staff.
- Personnel from the Department of Natural Recourses, the State Fire Marshall Office and the Alcohol Beverage Commission utilized the facility for training and re-certification.
- The unit began instructing the Patrol Procedures Program to the attending recruit class each Tuesday evening during the Academy.
- SORT training was conducted at the facility for three days.

**August 2001:**

- The unit attended a seminar and tour of the CCI/Speer Ammunition Factory in Lewistown, ID.
- Three members of the unit attended the Remington shotgun and rifle armorers course in Ilion, NY.
- One member of the unit attended a Smith & Wesson armorers course while another attended a Pagan Motorcycle seminar in Snow Hill, MD.
- A tour and presentation of the facility was provided to the Command Staff of the Dover Air Force Base as well as student interns of the Wilmington College, Criminal Justice Program.
- Camden Police personnel utilized the facility for training and re-certification.
- Re-certification training was conducted with the Attorney General's Office investigators.
- Handgun service ammunition recall implemented.
- The unit continued instructing the Patrol Procedures Program each Tuesday evening.
- Assisted in the investigation of an "on-duty" intentional discharge of a Departmental weapon in an assault 1st degree case.
- Savage Range Inc. conducted annual refurbish of bullet trap.
- SORT training was conducted at the facility for three days.

**September 2001:**

- Fall in-service training commenced for all sworn personnel.
- Initial firearms training began for the 72nd Delaware State Police and 56th Municipal recruit class.
- The Tactical Control Unit utilized the training facility classrooms for one day.
- Evidence Guns were collected from all troop locations. A total of 112 firearms were destroyed at City Steel.
- The unit continued instructing the Patrol Procedures Program each Tuesday evening.
- SORT training was conducted at the facility for three days.

**October 2001:**

- Initial recruit training for the 72nd DSP and 56th Municipal class continued.
- Patrol Procedures Program continued for recruit training Tuesday evenings.
- Tactical proficiency training was conducted with GTF-North.
- The Tactical Control Unit utilized the facility classrooms for training.
- A tour and presentation of the facility was afforded to the Sussex County Citizens Police Academy.

- The unit coordinated the largest measurement and purchase of body armor in State Police history.
- Combined In-service training was conducted for GTF-South, GTF-Kent and SIU-South.
- SORT training was conducted at the facility for three days.

**November 2001:**

- The Fall re-certification training resumed.
- Interactive simunition scenario training and shotgun training was conducted with the 72nd DSP and 56th Municipal recruit class.
- Patrol Procedures Program continued for recruit training Tuesday evenings.
- A presentation was given to the Citizen Police Academy.
- The Tactical Control Unit utilized the training facility for quarterly training.
- The unit provided a weapon safety seminar for the families of the current recruit class.
- Personnel from the State Fire Marshall's Office, Alcohol Beverage Commission and the Attorney Generals Office utilized the facility to conduct re-certification training.
- SORT training was conducted at the facility for three days.

**December 2001:**

- The Fall re-certification training continued.
- Personnel from the Capitol Police Department as well as the Camden Police Department utilized the training facility for two days to conduct re-certification.
- In-service training conducted for the Tactical Control Unit.
- Additional simunitions and tactical training implemented for recruits.
- The recruit Patrol Procedures training concluded.
- SORT training was conducted at the facility for three days.