**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | (Consolidated with C.A. No. 04-1207-GMS) |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff Foraker's Motion to Find Defendants in Civil Contempt for Violating this Court's Stipulated Order of November 20, 2003 and Defendants' response thereto, it is ORDERED that Plaintiff's Motion is DENIED.

**BY THE COURT**

_____
GREGORY M. SLEET, U.S.D.J.

2089009v7