**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | (Consolidated with C.A. No. 04-1207-GMS) |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motions for Attorneys Fees, Interest and Costs of the Neuberger Firm and Martin D. Haverly, Attorney at Law, Pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54 and Defendants' response thereto, it is ORDERED that Plaintiffs' Motions are DENIED.

**BY THE COURT**

_____
GREGORY M. SLEET, U.S.D.J.

2090230v5