**CERTIFICATE OF SERVICE**

I hereby certify that two (2) copies of the Appendix to Answering Brief In Opposition To Plaintiff's Motions for Attorney Fees, Interest and Costs of the Neuberger Firm and Martin D. Haverly, Attorney at Law, Pursuant to 42 U.S.C. § 1988 were served by hand delivery, this 7th day of July 2006, on:

Thomas Stephen Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
2 East Seventh Street, Suite 302
Wilmington, DE  19801

Martin D. Haverly, Esquire
Attorney at Law
Two East Seventh Street
Suite 201
Wilmington, DE 19801

*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　 /s/ Noel C. Burnham
　　　　　　　　　　　　　　　Noel C. Burnham [DE Bar No. 3484]