# EXHIBIT A

## STIPULATED ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2003 NOV 20 AM 10: 38

| | |
|---|---|
| CHRISTOPHER D. FORAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 02-302-JJF |
| ) | |
| COLONEL L. AARON CHAFFINCH, ) | |
| individually and in his official capacity as ) | |
| Superintendent of the Delaware State Police, ) | |
| DIVISION OF STATE POLICE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| STATE OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

The parties to this case, acting through their authorized counsel, hereby stipulate and agree as follows, subject to approval of the Court:

1. Sergeant Christopher D. Foraker is ordered reinstated to his prior position as the Non-Commissioned Officer-in-Charge of the Firearms Training Unit of the Delaware State Police with all of the rights, privileges, duties, responsibilities and supervisory authority previously held by him when he earlier occupied that position on February 20, 2002.

2. Plaintiff withdraws his post-trial motion for reinstatement.

3. The Court shall retain jurisdiction over this matter to enforce its order of reinstatement should that become necessary.

4. The judgment entered by the Court in this case on July 2, 2003 is vacated.

5. Plaintiff withdraws his two Rule 50 motions filed before the submission of the case to the jury.

Dated: November 17, 2003

_____
Thomas S. Neuberger, Esquire
Bar # 243
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
Counsel for Plaintiff

Dated: November 19, 2003

_____
W. Michael Tupman, Esquire
Bar # 3040
Deputy Attorney General
Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904
(302) 739-7641
Counsel for Defendants

Dated: November 19, 2003

_____
Martin D. Haverly, Esquire
Bar # 3295
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 654-2255
Counsel for Plaintiff

IT IS SO ORDERED, this 20 day of November, 2003

_____
Joseph J. Farnan, Jr.
United States District Judge

I:\TUPMAN\Files\foraker.stip.ord.wpd

-2-