IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE;** : <br> **CORPORAL WAYNE WARREN; and** : <br> **SERGEANT CHRISTOPHER D. FORAKER,** : <br>  : <br> **Plaintiffs,** : <br>  : <br> v.  : <br>  : <br> **COLONEL L. AARON CHAFFINCH,** : <br> individually and in his official capacity as : <br> Superintendent of the Delaware State Police; : <br> **LIEUTENANT COLONEL THOMAS F.** : <br> **MACLEISH,** individually and in his official : <br> capacity as Deputy Superintendent of the : <br> Delaware State Police; **DAVID B. MITCHELL,** : <br> in his official capacity as the Secretary of the : <br> Department of Safety and Homeland Security of : <br> the State of Delaware; and **DIVISION OF** : <br> **STATE POLICE, DEPARTMENT OF SAFETY** : <br> **AND HOMELAND SECURITY, STATE OF** : <br> **DELAWARE,** : <br>  : <br> **Defendants.** : | **C.A.No.04-956-GMS** |

### NOTICE OF FILING OF PAPER DOCUMENTS

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on July 7, 2006, I caused to be filed **PLAINTIFFS' APPENDIX TO THEIR ANSWERING BRIEF IN OPPOSITION TO THE DEFENSE MOTION FOR JUDGEMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, TO AMEND THE JUDGMENT OR FOR A NEW TRIAL** with the Clerk of the Court by hand.

A hard copy of this document will be served by hand delivery upon:

    Richard M. Donaldson, Esquire
    Montgomery, McCracken, Walker, & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    rdonaldson@mmwr.com

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com