**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | (Consolidated with C.A. No. 04-1207-GMS) |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE-DOCKET ENTRIES 212, 213, 214 & 215**

I, Noel C. Burnham, hereby certify that two (2) copies of the Docket Entries 212, 213, 214 and 215 were served by hand delivery, this 7th day of July 2006, on:

Thomas Stephen Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm
2 East Seventh Street, Suite 302
Wilmington, DE 19801

Martin D. Haverly, Esquire
Attorney at Law
Two East Seventh Street
Suite 201
Wilmington, DE 19801

*Counsel for Plaintiffs*

   */s/ Noel C. Burnham*
   Noel C. Burnham[ DE Bar No. 3483]