# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE                    PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE                   FAX: (302) 655-9329

July 12, 2006                                   **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Price, et al. v. Chaffinch, et al.,** C.A. No. 04-956-GMS

Dear Judge Sleet:

Last Friday, July 7th, plaintiffs filed the '*Appendix to their Answering Brief in Opposition to the Defense Motion for Judgment as a Matter of Law or, in the Alternative, to Amend the Judgment or for a New Trial*.' Because of its size, the Appendix was filed in hard copy only. It is the Appendix referenced by the Notice of Filing of Paper Documents, found at D.I. 218.

At pages B251-261 of the Appendix, I inadvertently included several documents that although not stamped 'Confidential' do contain confidential information.

Accordingly, I respectfully request that the Court remove those pages from the Appendix and destroy them.

I will then refile those same pages as a separate sealed appendix, using the same bates-stamp numbering.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiffs

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      Martin D. Haverly, Esq. (via CM/ECF)
      Richard M. Donaldson (via CM/ECF)

FTU \ Letters \ Sleet.12