## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on the 14th day of July 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and that a hard copy was served by hand delivery on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P. A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>Martin D. Haverly, Esquire
>Martin Duane Haverly, Attorney At Law
>Two East Seventh Street, Suite 201
>Wilmington, DE 19801
>
>*Counsel for Plaintiffs*

       /s/ Noel C. Burnham
Noel C. Burnham [DE Bar No. 3483]