

Delaware State Police
Special Operations Response Team



**MEMORANDUM**
**Date:**

**To:**   Lt. Ralph Davis
          Deputy Director of Training
          Delaware State Police

**From:**  Sgt. Alfred W. Parton Jr.
           NCOIC, Special Operations Response Team
           Delaware State Police
           Phone: 302-834-2630 x322 / FAX: 302-834-2648

**Subj:**  DSP Range

---

Please find the attached copy of an e-mail dated 06/29/2000 regarding lead contamination at the DSP range. I am forwarding this in response to information I received during a conversation with Cpl/3 Warren concerning a meeting during February 2004. I was informed that a statement was made by someone affiliated with Facilities Management that there were no reported problems at the range from some point in 1999 through 2001 or 2002. Since I was not present I am not quoting exact dates, but I take exception to the implication that the range staff during that period reported nothing. As the NCOIC of the range, I reported continuously regarding lead contamination, personnel lead levels and the recurring problems with the ventilation. The attached e-mail refers to meetings with members of Facilities Management and DSP staff on two occasions during December 1999 and June 15, 2000 specific to contamination and possible cause and solution. I caution these members to use care making these statements in the future. I would appreciate a reminder to them with this e-mail that I am not as naïve or incompetent as they may believe. I have a very vivid memory of my tenure at the range and the problems that were encountered on a regular basis. Thank you for attention to this matter.



FTU2774

PLAINTIFF'S
EXHIBIT
113

C-38

A480

```
To:        William H. Waggaman@Superintendent@DSP
From:      Alfred W. Parton@FTU@dsp
Cc:        Galen M. Purcell@Training@DSP,Joseph A.
           Swiski@Administration@DSP,WILLIAM DAVIS@TECHSVCS@FACMGT
Subject:   Lead contamination / personnel lead levels
Attachment: BEYOND.RTF
Date:      6/29/00 11:12 AM
```

LTC Waggaman,

As you know, we are constantly monitoring the lead problems here at the range to include personnel lead levels. As per our normal procedure, we are being tested at the conclusion of the Spring II in-service. Although the amount of live fire shooting was minimal, I felt it important for us to continue with this process on a consistent basis.

Cpl/3 Eddie Cathell is the first to have his completed, other members will be complete this week. On today's date, I received notification that Eddie's level has elevated from a 20 mcg/dl to 30 mcg/dl, a rise of 10 points since the last test on 051000. This level has raised concern by the medical staff at Health Works in respect to safe levels of personal contamination. Dr. Green has advised, he will be sending a letter to outlining his concerns for Eddie's health. During this in-service, Eddie was the primary instructor for the live fire portion of training. He was exposed to approximately 450 students firing a total of 30 rounds of leaded ammunition per person. This is really an insignificant amount considering we are usually exposed to 600 shooters at 230 rounds per person. During these periods the highest increase has been 6 or 7 points.

I talked with Eddie this morning regarding any additional shooting, or weapon handling outside of work. He assures me that he does not conduct an extraordinary amount of shooting. He does practice on occasion at the range and does shoot some competition as well.

On 061500, a meeting was conducted with Facilities Management regarding the ventilation and contamination problems, as well as, the proposed ceiling installation to improve air flow. We are still experiencing lead dust contamination behind the bullet trap with the source being the ceiling where the center I-beams were installed. This a large contamination that has been cleaned up twice since I have been here. Initially, Facilities considered the trap as the contamination source , however, with the newest contamination, it is very apparent where the contamination came from. It was decided last December that the ceiling would be dropped to stop the air turbulence and increase efficiency of the system. It should also be noted that this modification would also stop the contamination in the rear sealing the escape route. I was advised in December that the cost would be approximately $100, 000.00 and money was not available. During the June 15th meeting we again discussed this modification and again money was the issue. We have now reached a point where an instructor has reached a critical level of contamination and the problem needs to be resolved.

I have removed Eddie from any activities that will expose him to contamination here at work. I have done this in the past when his level reached 24 and was able to decrease the amount to 17. The remainder of the staff has remained relatively stable and I will forward the results upon receiving them. The range will be inactive as far as in-service and shooting events until September when the Fall shoot and recruit training begins. We will have intermittent training events until then, however, I will insure Eddie does not become involved to a point he will be exposed. He will remain in the control room as the safety officer during any live fire events. Eddie is a valuable member of the unit and would be difficult to replace. I believe the modifications must be completed as soon as possible, prior to the September training. The sheer cost of the lead clean up at the rear of the range more than justifies the cost of the modification. Especially since we now know where the contamination source stems from.

Thank you in advance for your attention to the matter,

Sgt. Alfred W. Parton Jr.
NCOIC, Firearms Training Unit
Delaware State Police
302-659-6021
302-659-6019 (FAX)

PLAINTIFF'S
EXHIBIT
114

FTU2775

C-39

# Firearms Training Facility

Justification for necessary repairs to the Bullet Recovery System

Major,

In its current state, the Bullet Recovery System is inoperable. We have made several attempts to repair the system, such as replace the clutch ( twice ), replace the drive motor, replace drive chain and adjust the current belt. All previous attempts to make the system operate have failed.

The system that we have was designed for solid projectile recovery. Because of environmental and employee concerns, due to the lead contamination, the State has opted to utilize Frangible Non-Toxic lead free ammunition. This ammunition has caused the Bullet Recovery System to fail, as it was not designed to collect the debris that results from the new ammunition.

The alterations to the Bullet Recovery System will enable the Firearms Facility to resume training and firing of weapons. The estimates that accompany the RWO's are from two companies. Savage Range Systems and Mayfran International. Mayfran International manufactures the Bullet Recovery System and will provide a person to help Savage Range personnel complete the alterations and install the belt. Mayfran is the only company that manufactures this system, and Savage Range is the only company that installs and maintains the system.

Sgt. Richard A. Ashley
NCOIC Firearms Training Facility

PLAINTIFF'S EXHIBIT

115

FTU1791

C-40

### DELAWARE STATE POLICE
### PERFORMANCE APPRAISAL SCORING SHEET

PAGE 1

**NAME:** Richard A. Ashley
**IBM** 108          **RANK** Sergeant          **TROOP/SECTION** Academy/FTU
**DATE OF EVALUATION: FROM** March 17,      **To** September 30, 2003
2003
**EVALUATOR'S NAME** Ralph H. Davis, III
**IBM** 628          **RANK** Lieutenant          **TROOP/SECTION** Academy/FTU

**RATING CATEGORIES:**
A: Does Not Meet Expectations          **B.** Inconsistently Meet Expectations          **C.** Consistently Meets Expect
D: Consistently Exceeds Expectations          **E:** Consistently and Substantially Exceeds Expectations

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| **I.** | **WORK HABITS** | | | | | |
| | • Time Management | | | | X | |
| | • Care of Equipment | | | | | X |
| | • Communications | | | | X | |
| | • Relationships | | | | X | |
| | • Punctuality/Attendance | | | | | X |
| | • Handling Stress | | | | | X |
| | • Initiative | | | | | X |
| | • Dependability | | | | | X |
| | • Accepts Responsibility | | | | | X |
| | • Accepts Direction | | | | | X |
| | • Accepts Change | | | | | X |
| | • | | | | | |
| | • Sick Days 9  No. of Occurrences 1 | | | | | |
| | • | | | | | |
| **II.** | **PATROL** | | | | | |
| | • Report Writing | | | | | |
| | • Knowledge of Criminal Enforcement | | | | | |
| | • Knowledge of Traffic Enforcement | | | | | |
| | • Arrest Procedures | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Decision Making | | | | | |
| | • Safety | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |



DEFENDANT'S
EXHIBIT
56

RECEIVED

NOV 1 8 2003

FORM NO. 374

REVISED 04162003 Human Resources Office
Delaware State Police

C-41

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 2

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| III. | **INVESTIGATOR** | | | | | |
| | • Report Writing | | | | | |
| | • Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| | • Handling Case Assignments | | | | | |
| | • Handling Informants | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Interview and Interrogation Skills | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Decision Making | | | | | |
| | • Safety | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| IV. | **TECHNICAL SUPPORT** | | | | | |
| | • Handling of Presentations | | | | | |
| | • Public Relations | | | | | |
| | • Report Writing | | | | | |
| | • Quantity and Quality of Work | | | | | |
| | • Use of Specialized Equipment | | | | | |
| | • Decision Making | | | | | |
| | • Handling Specific Tasks | | | | | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |
| V. | **ADMINISTRATION** | | | | | |
| | • Decision Making | | | | | X |
| | • Handling Specific Tasks | | | | | X |
| | • Evaluation | | | | X | |
| | • Quantity and Quality of Work | | | | | X |
| | • Delegation | | | | | X |
| | • Contribution to Organization | | | | | X |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE

| | RATING | A | B | C | D | E |
|---|---|---|---|---|---|---|
| VI. | **MANAGEMENT/SUPERVISORY SKILLS** | | | | | |
| | • Leadership | | | | X | |
| | • Supervisory Skills | | | | X | |
| | • Fairness | | | | X | |
| | • Problem Solving | | | | | X |
| | • Organizational Skills | | | | X | |
| | • | | | | | |
| | • | | | | | |
| | • | | | | | |

Explanation:  See Rater's Comments Attachment

| VII. | ACTIVITY | Unit's Average | Officer's Average |
|---|---|---|---|
| | • Incidents | | |
| | • Misdemeanor Arrests | | |
| | • Felony Arrests | | |
| | • Traffic Arrests | | |
| | • DUI Violations | | |
| | • CPCs | | |
| | • Number of Written Reports | | |
| | • Number of Initial Cases | | |
| | • Number of Follow-up Cases | | |
| | • Number of NPR Reports | | |
| | • | | |
| | • | | |
| | • | | |

Explanation:

VIII.   SPECIALTY HOURS

| SORT/SCUBA/TCU/ETC Hours **0 hours** | Training Hours<br>**Instructor - 571.5**<br>**Student - 0** |
|---|---|

FORM NO. 374                    REVISED 04162000

**C-43**

## DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 4

### IX.  GOALS AND OBJECTIVES FOR THE NEXT EVALUATION PERIOD

| LIST OBJECTIVES: | CORRESPONDING PLAN OF ACTION: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Rater's Comments: See Goals and Objective Attachment

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 5

**X.** **PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES:**

| RATING CATEGORIES | A: Did Not Achieve Expected Results D: Exceeded Expected Results | B: Partially Achieved Expected Results E: Far Exceeded Expected Results | C: Achieved Expected Results |
|---|---|---|---|

| LIST OBJECTIVES | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|
| 1  Ensure divisional compliance with COPT requirements for firearms training. | | | | | X | Sergeant Ashley and the FTU completed the Spring I, Spring II, 59th Municipal Recruit class training, and began the Fall qualifications of divisional employees. During this rating period the FTU has been understaffed requiring a great deal of flexibility and adaptability. With all of the hurdles, both internal and external, the FTU under Sergeant Ashley's guidance completed all necessary training. |
| 2  Evaluate and update, when necessary, all FTU training programs. | | | | X | | The FTU staff attended several training seminars allowing the staff members to renew or maintain current firearms instructor certifications. |
| 3  Ensure the range is conducive to a safe and professional work environment. | | | | X | | Sergeant Ashley was able to work through numerous mechanical problems which could have potentially caused great delays in firearms training. Because of his mechanical skills, Sergeant Ashley is able to maintain and repair mechanical problems allowing for continual training. |

**DELAWARE STATE POLICE**
**PERFORMANCE APPRAISAL SCORING SHEET**

| 4 | Ensure the monthly divisional Shift Briefing training information is disseminated to assigned subordinates. | | | X | | | Sergeant Ashley disseminated the monthly training to members of his staff. |
|---|---|---|---|---|---|---|---|

**XI. PROVIDE AN OVERALL RATING WHICH BEST INDICATES THE OFFICER'S PERFORMANCE IN RELATION TO THE ABOVE OBJECTIVES:** *(Place an "X" next to the letter)*

| A --<br>Did Not Meet | B --<br>Partially Met | C --<br>Fully Met | D -- X<br>Exceeded | E --<br>Far Exceeded |
|---|---|---|---|---|

# DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 7

XII.  **AREAS OR INCIDENTS WHERE PERFORMANCE WAS DISTINGUISED, EXCEEDED EXPECTATIONS, OR RESULTED IN COMMENDATION, IF ANY:**
During the rating period Sergeant Ashley continued to work with the State Auditor's Office regarding a review of the FTU budget.  Sergeant Ashley conducted himself in an professional, honest, and ethical manner, occasionally at personal and professional expense.

During the rating period, Sergeant Ashley identified a potential problem with the protective abilities of the division's bullet resistent vest.  Sergeant Ashley immediately brought the issue to the attention of the Academy and DSP staff.  Sergeant Ashley is currently conducting research and offering potential solutions to this extremely complicated and potentially life threatening issue.

XIII.  **AREAS OR INCIDENTS WHERE PERFORMANCE DID NOT MEET EXPECTATIONS, NEEDED IMPROVEMENT OR RESULTED IN DISCIPLINE, IF ANY:**
None observed.

### DELAWARE STATE POLICE
### PERFORMANCE APPRAISAL SCORING SHEET

PAGE 8

**XIV.  PROMOTABILITY**

THE OFFICER IS:

HIGHLY RECOMMENDED          RECOMMENDED          RECOMMENDED WITH RESERVATIONS
        X

NOT RECOMMENDED          NOT ELIGIBLE


**EXPLANATION: (REQUIRED)**    Sergeant Ashley is currently in a promotable band and I can personally think of
no one more deserving of promotion to the rank of Lieutenant.  Sergeant
Ashley possesses abilities and skills that would make most officers technically
successful at the rank of Lieutenant.  However, Sergeant Ashley possesses
integrity and work ethic that will ensure not only technical success, but
performance at the highest levels.  If promoted to the rank of Lieutenant,
Sergeant Ashley will return great dividends and greatly benefit the division in
that capacity.

**OFFICER'S COMMENTS:** _____

_____

_____

_____

_____

_____

_____


**Officer's Signature** _Sgt R. Ashley 108_          **Date** _11-13-03_
(This report has been discussed with me. I understand that my signature
does not necessarily indicate my concurrence.)

**Immediate Supervisor's Signature** _____
                **Date** _11302_

**Reviewed by:** _____    Date: _11/7/03_
**Reviewed by Personnel:** _Lt. Moma B. Kishw_    Date: _121803_


FORM NO. 374                                REVISED 04162000

**C-48**

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL

RATER'S COMMENTS

Work Habits

Sergeant Ashley is the NCOIC of the Firearms Training Unit. Sgt Ashley is the trooper who quite likely has more responsibility than any other single trooper in the division. Sgt Ashley is daily responsible for the safety of troopers possessing varying degrees of skill who attend firearms training at the range facility. Ensuring the safety of the trainees is an awesome responsible, one that Sgt Ashley willingly accepts and handles professionally and effectively.

Due to staffing shortages, Sgt Ashley must manage a huge workload as well as serve as a Range Safety Officer during training. Daily Sgt Ashley must maintain the range facility, manage the firearms budget, maintain the inventory of weapons and associated paraphernalia, work with the Fiscal Control Unit, research and order bullet resistant vest, etc. Sgt Ashley effectively and efficiently manages all of these projects and makes good use of available time and resources. Because of the workload, Sgt Ashley is also required to perform administrative duties as well as serve as a Range Safety Officer. Sgt Ashley submits reports that are concise and clear and contain necessary information. As a Range Officer, Sgt Ashley consistently deals with members of the division of all ranks and does so effectively. Sgt Ashley also deals with members of the Citizen's Police Academy, college Career Day attendees, and family members of recruits and is effective at doing so.

Sgt Ashley begins most workdays before 7:00 a.m. and frequently works until 10:30 p.m. instructing recruits in Patrol Procedures or guiding college students in a Career Day demonstration. Sgt Ashley missed nine days during the rating period however this was due to a family member's serious illness. Sgt Ashley would likely never miss a day of work due to personal illness as he is committed to the FTU and due to staffing shortages, would feel as though he is "letting the team down".

Sgt Ashley must train troopers and others with varying abilities in regard to firearms usage. Sgt Ashley handles this high stress situation in a calm manner that completely controls the situation and allows the trainees to focus on the training and improve necessary skills. The range facility is constantly in need of repair or maintenance. Sgt Ashley possesses the mechanical skills to identify and correct most mechanical problems before they become serious or require shutdown of the range. Sgt Ashley's abilities have save the division immeasurable hours of lost training because of his skills. Thus, the range as well as Sgt Ashley's issued equipment is always in proper working order and Sgt Ashley takes great pride in the upkeep of the range.

Sgt Ashley is one of the most knowledge troopers regarding firearms training and the operation of the range facility. Because of this knowledge and his strong work ethic, Sgt Ashley constantly initiates work activity and rarely is work concerning firearms training initiated by anyone outside of the FTU. Sgt Ashley constantly involves co-workers in most tasks.

Sgt Ashley is extremely dependable and will complete all assignments in an effective, timely fashion. The assignment, where self initiated or assigned, is always completed with very little supervision. As stated earlier, Sgt Ashley arguably has more responsibility than any single trooper. Sgt Ashley accepts responsibility for everything that takes place at the range facilities and will always make corrections where needed.

Sgt Ashley always accepts change and direction and in any instance, quickly makes the necessary change and adapts as needed. Sgt Ashley understands the need for directives and changes and is supportive.

## Administration

Because of the workload and due to FTU staffing shortages, Sgt Ashley must wear many hats. One of those is as the FTU NCOIC. Sgt Ashley performs the tasks associated with this function in an admirable way. Sgt Ashley possesses a high degree of common sense and is cognizant of the policies and procedures and rules governing the operation of the FTU. Sgt Ashley handles all problems, routine through complex, in the appropriate manner and rarely needs supervisory assistance. When assistance is needed, Sgt Ashley presents the supervisor with the problem and several solution options.

The tasks Sgt Ashley performs are too numerous to mention however Sgt Ashley handles and completes all tasks, generally without error. The completed tasks are submitted on time. Because of the myriad of tasks and assignments, Sgt Ashley must delegate tasks in an effort to ensure completion. Sgt Ashley delegates tasks to the individual officer capable of completing the task. Furthermore, the tasks are delegated with training and professional enhancement in mind.

The evaluations Sgt Ashley completes of those troopers assigned to the FTU are clear and provide an accurate reflection of the trooper's performance and provide a clear plan of expected future performance.

Sgt Ashley consistently produces work at the highest levels. Sgt Ashley is conscientious of his duties and is not satisfied with mediocre performance. Sgt Ashley is very aware of how his performance allows the division to meet stated goals and how his performance, both on and off duty reflect on the division. Based on his behavior, there is no doubt the Division of State Police benefits greatly by having Sgt Ashley as one of its members. Sgt Ashley always brings great credit upon the division and his contribution is immeasurable.

Management/Supervisory Skills

Sgt Ashley has the abilities and has consistently exceeded expectations in the rating areas of leadership, supervisory skills, fairness, and organizational skills. Sgt Ashley leads and motivates subordinates by his example and consistently does more than he expects from others. The FTU is tasked with many "must complete" tasks and Sgt Ashley has been able to direct the actions of those assigned to the FTU in such a manner that all assignments were completed. Sgt Ashley provides an environment that allows subordinates and trainees the ability to learn and experiment without fear of failure.

Sgt Ashley is undoubtedly one of the most skilled supervisors, capable of managing the diverse functions one assigned as the NCOIC of the FTU must perform. Sgt Ashley does so with very little guidance. Sgt Ashley is aware of the competing interest that influence decisions and the impact his decision might have. Sgt Ashley is aware of these influences, however is capable of making difficult decisions even though that decision may negatively impact either an individual or the division. Sgt Ashley does not allow consequence to get in the way of principle, a characteristic that should be immolated by all.

The rating area in which Sgt Ashley excels and consistently and substantially exceeds expectations is the rating area of problem. Whether mechanical or procedural, Sgt Ashley has the desirable ability to reason through the problem and devise a solution that will satisfy many interests. When the range experiences mechanical problems, Sgt Ashley develops remedies that not only solve the problems, the solutions frequently limit future problems and save funding. Sgt Ashley also applies these skills to problems with procedures and policy. Sgt Ashley is an asset in all regarding and is an outstanding example of leadership.

**DELAWARE STATE POLICE**
**PERFORMANCE APPRAISAL**

Objectives and Plans of Action for Rating Period October 1, 2003 to September 30, 2004

| | Objective | Plan of Action |
|---|---|---|
| 1. | Schedule and conduct firearms training per COPT mandates and DSP directives. | <ul><li>Work with Academy staff to generate a training schedule for Calendar Year 2004 for divisional training.</li><li>Schedule outside agencies for training as facility scheduling will allow.</li><li>Following the mandates of the COPT and DSP, conduct basic recruit training as necessary.</li><li>Following the mandates of the COPT and DSP, conduct firearms training.</li><li>Document and maintain records of training.</li><li>Oversee and monitor the activities of those troopers and officers assigned to training. Notify the Academy staff of activity/behavior deemed to be inappropriate.</li><li>Develop and maintain lesson plans for each basic training curriculum.</li><li>On a continual basis, inform the Academy staff or the agency staff of those attending training of the progress of those officers and troopers attending training.</li></ul> |
| 2. | Evaluate current training methods and identify methods of improving delivery of training. | <ul><li>Evaluate current training methods.</li><li>Develop and maintain lesson plans for all areas of instruction (recruit training, in-service training, low light training, Simunitions training, etc.)</li><li>Identify training opportunities to maintain, update, or expand training certifications.</li><li>Maintain and update teaching/training credentials.</li><li>Identify training needs, i.e., videos, equipment, publications, etc. that will improve the delivery of instruction.</li><li>Disseminate monthly Shift Briefing training, document the training, and notify the Academy staff.</li></ul> |

| | |
|---|---|
| 3. Maintain a safe training environment in addition to an environment conducive to training/learning. | <ul><li>At **every** training event, discuss safety measurers that **MUST** be followed during the event.</li><li>On a daily basis clean and maintain the firearms training facility.</li><li>Continually inspect the facility and identify deficiencies.</li><li>Correct any identified deficiency or notify the proper entity, i.e., Facilities Management and ensure the deficiency is correct properly and promptly.</li><li>Obtain necessary supplies from the Supply Section to accomplish this objective.</li></ul> |
| 4. Serve at the DSP liaison to agencies without the division. | <ul><li>Maintain contact with municipal police agency. Apprise those agencies of future training events and identify training opportunities for FTU staff members.</li><li>Assist regulatory agencies outside of the department as requested.</li><li>Schedule training to be conducted by outside entities and ensure compliance with DSP regulations.</li></ul> |
| 5. Identify methods of and opportunities for personal career development and enhancement. | <ul><li>Maintain current certifications.</li><li>Identify training opportunities that will enhance personal/professional growth, i.e., leadership courses, instructor certifications, etc.</li><li>Meet all applicable COPT and divisional training requirements, i.e., Roll Call Training, 16 hour mandatory annual training, etc.</li></ul> |

| | |
|---|---|
| 6. Supervise subordinate troopers assigned to the Firearms Training Unit. | ▪ Assume command responsibility as NCOIC of the Firearms Training Unit.<br>▪ Schedule work assignments for all subordinate troopers and officers to include those assigned to the unit as trainers regardless of department.<br>▪ Ensure subordinate officers comply with all divisional directives.<br>▪ Report deviations from required standards to include above standard performance.<br>▪ Monitor and evaluate the performance of all subordinate troopers assigned to the Firearms Training Unit and document any deviation from acceptable performance to include above standard performance. |

```
      To:  Joseph A. Swiski@Administration@DSP
    From:  Richard A. Ashley@FTU@dsp
      Cc:  Galen M. Purcell@Training@DSP,Gregory A. Warren@Training@DSP
 Subject:  Range Air Handlers
ttachment:
    Date:  01/22/2003 7:30 AM
```

Major,

　　On Tuesday 012103, at 1000 hrs., a meeting was held at the Firearms Training Facility.  Engineers from Trane Services, and Abel Construction, Doyle Tiller, 5 representatives from Facilities Management, and Kurt and I attended............I explained our concerns and observations concerning the air movement or lack thereof...........Botto Line,  after a " smoke test " and firing of " two " shotguns, it was determined by everyone present that the air system does not work the way it is set up right now..........All are supposed to return today ( at least workers from each ), to begin to rectify the situation.............Facilities understands that this is on them, and have given me their word that t will be fixed.

　　I did not know about the meeting until people began showing.......I attempted several times to call your number 5960 ) but no answer, just the machine..........let me know if you want anything different...................Rich

DEFENDANT'S
EXHIBIT
57

C-55

Staff Meeting 12/03/2003
W/Captain Warren

- Current Headsets are inadequate and unsafe – outside interference (walkie-talkie)- private, corporate – one-way communication, one at a time!

- FTU Staff is over worked and exhausted – 4 personnel to handle in-service, recruits training, patrol procedures, citizen police academy, college job fair shoots, other state, municipal & federal agency shoots, family night, range maintenance, admin duties, vacation time.

- None police shoots unsafe to instructors & public – unknown intentions, unknown criminal backgrounds, unknown health issues i.e. pregnant, huge liability!

- Vehicle for Warwick & myself.

- Training for Warwick and recertification's for me.

- Serious Maintenance issue with the bullet trap only to be doubled when shotgun goes to frangible ammo.

*[handwritten:] ) [EAf aprox 9k for training*

DEFENDANT'S
EXHIBIT
14

FTU2316

C-56

**Fitzgerald, Robert**

| | |
|---|---|
| ¬rom: | Foraker Christopher D (DSP) |
| ent: | Monday, January 05, 2004 3:47 PM |
| To: | MacLeish Thomas F (DSP) |
| Cc: | Eckrich Paul (DSP); Warren Gregory A (DSP); Davis Ralph H (DSP) |
| Subject: | RE: Emergency Range Issues |

Lt. Colonel MacLeish,

On Monday, December 29, 2003, Larry Toplack of the Mayfran Corporation flew out from Ohio to repair the clutch pulley and chain and to get the dredge conveyor system back up and running. It was obvious to Mr. Toplack that the conveyor adjustment points had been tampered with to the point of the system being completely out of balance as well as the limit switch being removed from its anchor point causing it to be inoperable. The limit switch was in place to shut the system down to prevent the chain and the clutch from destroying each other which eventually occurred. Mr. Toplack expressed that the clutch was under warranty, however, the system was not to be adjusted by anyone outside of Mayfran personnel. Mr. Toplack stated that the conveyor system has numerous extremely sensitive adjustments points along with fine tolerances. When one adjustment point is altered, a domino effect flows through to all the remaining adjustment points causing the system to go out of synchronization. I hope that Mayfran will be generous to the DSP and not charge us for the work that Mr. Toplack conducted due to DSP making adjustments to the system after they had expressed no adjustments were to be made without Mayfran's approval. Mr. Toplack was adamant that no one should make any adjustments or alterations to the system other than Mayfran trained and certified engineers and technicians.

Once Mr. Toplack was able to replace the clutch and chain and re-balance the system, he attempted to re-start the system. The conveyor was bound-up and unable to move. Mr. Toplack re-wired the motor to reverse the belt to free itself. Once the belt was backed up 6 to 8 feet, Mr. Toplack again re-wired the motor to go forward. The drag belt dredged out foreign material from out of the conveyor pan that was not lead bullet or frangible bullet material. Mr. Toplack stated that it looked like a large amount of material that looked very similar to the galvanized chain that we have in storage behind the bullet trap. It was suggested that someone may have attempted to sabotage the system by placing the chain into the ɔnveyor, dropping it between the drag chain and the conveyor pan. This caused the drag chain to lock up against the ɔonveyor pan. Due to the limit switch being disabled, the clutch was unable to shut down causing the clutch sprocket and chain to destroy each other rendering the conveyor system inoperable.

After all the foreign material was eventually dredge out, Mr. Toplack made several more adjustments and left the system up and running prior to his flight back to Ohio on Tuesday, December 30, 2003. A maintenance agreement between the DSP or Facilities Management and Mayfran is a must in order to keep this specialized mechanical system up and running. At this point, the dredge conveyor system is in operation, however, there is still the issue of the filtration, pumps and sprayer jet heads and a maintenance program to be put in place to care for that system as well. I expect to hear back from Environmental Solutions this week with a proposal to combat the frangible material and to maintain that area of the operation.

As a direct result of a possible sabotage situation, and after consulting with Lt. Davis, I contacted Jon Warren of Facilities Management and had all the exterior doors at the FTU re-keyed and had the alarm codes changed on the security system.

Thank you for your attention in this matter and look forward to any further direction you may suggest in our efforts to maintain the safe and healthy operations at the Firearms Training Facility.


Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager   302-247-5606

-----Original Message-----
| | |
|---|---|
| From: | MacLeish Thomas F (DSP) |
| Sent: | Monday, January 05, 2004 7:06 AM |
| To: | Foraker Christopher D (DSP); Warren Gregory A (DSP) |
| Cc: | Davis Ralph H (DSP); Eckrich Paul (DSP) |



C-57

**Subject:**    RE: Emergency Range Issues

Sgt. Foraker,
    I read your email this morning. Have you received any cost estimates? Captain Warren please prepare a written report that addresses the concerns Sgt. Foraker has presented and propose possible solutions.

-----Original Message-----
| | |
|---|---|
| **From:** | Foraker Christopher D (DSP) |
| **Sent:** | Friday, December 19, 2003 7:20 PM |
| **To:** | MacLeish Thomas F (DSP); Eckrich Paul (DSP) |
| **Cc:** | Warren Gregory A (DSP); Davis Ralph H (DSP) |
| **Subject:** | Emergency Range Issues |

Gentlemen,

On Thursday, December 18, 2003, I discovered that the clutch pulley sprocket of the conveyor (drag or dredge system) has been damaged and the drive chain has been broken. This has brought the dredging system to a complete stop. I immediately contacted Mr. Charles Nester of Savage Range Systems who originally built the system. Mr. Nester referred me to Mr. George Murnyak of Mayfran International, from Mayfield Village Ohio who removed the old conveyor system and replaced it with the new drag / dredge conveyor system. Mr. Murnyak explained that the only thing under warranty is the clutch of which he could ship one to us. I asked who would be putting the new clutch assembly on and getting the chain and conveyor system up and running again. He said he would get back to me on that. I did not hear back from Mr. Murnyak today even after leaving phone messages for him to return my calls. I will again call on Monday, December 22nd to attempt to make contact with Mr. Murnyak.

On December 1, 2003, when I resumed command of the Firearms Training Unit, Capt. Warren, Lt. Davis, Sgt. Ashley and myself conducted a transition meeting at the range in which Sgt. Ashley explained in detail the conditions of various facets of the range. When I inquired of the condition of the bullet recovery system, Lt. Davis, Sgt. Ashley and myself responded to the rear of the range to observe the current operations of the system. Sgt. Ashley explained the condition of the new drag conveyor system that replaced the original bullet conveyor system and commented that it was functioning well, as it was designed. As Sgt. Ashley explained the proper functioning of the system, he took wrench in hand and started making several adjustments to the clutch and motor sprockets to adjust and tighten the slack of the chain. The chain is now broken and the clutch sprocket is destroyed. The mechanical operation of this very expensive equipment should not be left for amateurs in the mechanical field to tweak but for professionals who have the training and experience to make proper scientific and calculated adjustments and measurements when necessary. My expertise as well as the entire FTU staff lies in firearms, officer safety and force training. We do not posses the training, skills and knowledge or the time necessary to properly maintain the system at it's optimal performance.

I have met with Mark D'Allesandro, Physical Maintenance Trades Supervisor of Facilities Management. Mr. D'Allesandro has observed the conditions and the labor intensive work that is required on a daily basis to keep the mechanical aspect of the bullet recovery system operational. I also explained to Mr. D'Allesandro that once the industry has perfected the performance of the frangible slug ammunition, the Division will complete the transition over to lead free, non-toxic slug and buck shot shotgun ammunition. This frangible shot volume will triple the amount of sludge that currently is clogging pumps, screens, filters and sprayer jet heads. He has also noted that regardless of completing the transition to frangible ammunition, lead contamination will always be present and a health danger due to the lead lined deceleration chamber. Mr. D'Allesandro stated that the smooth operation of bullet trap maintenance would require a full time professional that would also need to be equipped with the proper protective gear and trained in the handling of hazardous lead and other heavy metals.

Cpl/3 B. Kurt Price expressed to me his concerns elevating 6 points on his blood lead level after he and Sgt. Ashley completed work on the bullet trap. Cpl/3 Price's lead level rose from a 5 to 11 and only dropped one point to a 10, 8 months later. Cpl/3 Price expressed such a concern that he would consider a transfer from the FTU if his level does not descend into the single digits. Cpl/3 Wayne Warren's lead levels have elevated 3 points. Both Cpl/3 Warren and Cpl/3 Price have expressed concerns over the health risks involved in conducting maintenance on the bullet trap and bullet recovery system. Bay Health Physician, Dr. Green has expressed to Cpl/3 Price that the petroleum found in the water that helps to lubricate and preserve the bullet trap is a penetrating agent that is used as the vehicle to transport the lead through the skin and into the blood stream upon human contact. I concur with my colleagues that this is an unnecessary health risk and that the maintenance of the bullet trap and recovery system should be left to the trained professionals who can operate in this environment safely.

With the permission of Capt. Warren and Lt. Davis, I have contacted Joseph Farrell of the Environmental Solution Group, the hazardous materials recovery company that disposes of the hazardous materials produced by the bullet trap. After explaining to Mr. Farrell all of the same operational components and health risk factors as was

2

explained to Mr. D'Allesandro, along with the increased volume of frangible shotgun ammunition, Mr. Farrell concurred that professionals would be needed for the safe and efficient operation of the entire bullet trap system. Mr. Farrell and a team of corporate engineers are attempting to devise a plan that will prevent the clogging of the filters, screens and sprayer jet heads along with recycling fresh filtered water back into the system to prevent clogging and the destruction of pumps.  He will forward a proposal to me in the near future.

Our firearms curriculum and yearly schedule do not afford us down time and we will be resuming firearms training on January 5, 2004.  This is the make-up for the fall in-service shoot and the beginning of recruit firearms training.

I thank you in advance for your immediate attention in this matter and look forward to your direction as soon as possible.

Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office    302-659-6020
Fax      302-659-6019
Pager   302-247-5606

| Tracking: | Recipient | Read |
|---|---|---|
| | MacLeish Thomas F (DSP) | Read: 1/5/2004 5:10 PM |
| | Eckrich Paul (DSP) | |
| | Warren Gregory A (DSP) | Read: 1/6/2004 2:34 PM |
| | Davis Ralph H (DSP) | Read: 1/6/2004 9:54 AM |

C-59