Davis / Foraker meeting of FTU issues 12/12/2003

Serious Safety Concern:

Current Instructor Headsets are Inadequate and Unsafe –

1. One-way communications – Only one person at a time can speak, if emergency occurs while others are talking an emergency will not be relayed.
2. Push to Talk switch is located with the volume, channel & scan mode buttons making difficult without stress to communicate without contacting the wrong switch and impossible under high stress.
3. Hearing protection is poor due to all electronics housed in ear housing – sound is deafening requiring secondary protection.
4. 2 way radio system (wireless UHF FM) - Constant interference from local companies and Rt.1 travelers with standard walky-talky & CB transmissions.
5. Both Wayne Warren & Kurt Price has expressed these safety issues to Ashley and now, to me.
6. $5,810.00 quote from Mancom to replace original system.

Current Condition of Snail Bullet Trap System –

1. Weekly professional maintenance program contracted out to a mechanic company is imperative to implement immediately – Filters, sprayer jet heads and sump pumps are clogging daily with the silt-mud created from Frangible ammunition.
2. Once Frangible ammunition transition is completed with shotgun ammunition, this problem will increase 2 – 3 fold.
3. Savage cleans system once per year.

DEFENDANT'S EXHIBIT 16

FTU2320

C-60

**Warren Gregory A (DSP)**

**To:** MacLeish Thomas F (DSP)
**Subject:** RE: Emergency Range Issues

I spoke to Chris at length over the weekend regarding several issues at the range that need to be addressed. He is currently waiting on written estimates and as soon as I receive those I will compile a report on the range in general including the bullet trap issue and get it to you ASAP. Thank you, Greg

-----Original Message-----
**From:** MacLeish Thomas F (DSP)
**Sent:** Monday, January 05, 2004 7:06 AM
**To:** Foraker Christopher D (DSP); Warren Gregory A (DSP)
**Cc:** Davis Ralph H (DSP); Eckrich Paul (DSP)
**Subject:** RE: Emergency Range Issues

Sgt. Foraker,
    I read your email this morning. Have you received any cost estimates? Captain Warren please prepare a written report that addresses the concerns Sgt. Foraker has presented and propose possible solutions.

-----Original Message-----
**From:** Foraker Christopher D (DSP)
**Sent:** Friday, December 19, 2003 7:20 PM
**To:** MacLeish Thomas F (DSP); Eckrich Paul (DSP)
**Cc:** Warren Gregory A (DSP); Davis Ralph H (DSP)
**Subject:** Emergency Range Issues

Gentlemen,

On Thursday, December 18, 2003, I discovered that the clutch pulley sprocket of the conveyor (drag or dredge system) has been damaged and the drive chain has been broken. This has brought the dredging system to a complete stop. I immediately contacted Mr. Charles Nester of Savage Range Systems who originally built the system. Mr. Nester referred me to Mr. George Murnyak of Mayfran International, from Mayfield Village Ohio who removed the old conveyor system and replaced it with the new drag / dredge conveyor system. Mr. Murnyak explained that the only thing under warranty is the clutch of which he could ship one to us. I asked who would be putting the new clutch assembly on and getting the chain and conveyor system up and running again. He said he would get back to me on that. I did not hear back from Mr. Murnyak today even after leaving phone messages for him to return my calls. I will again call on Monday, December 22nd to attempt to make contact with Mr. Murnyak.

On December 1, 2003, when I resumed command of the Firearms Training Unit, Capt. Warren, Lt. Davis, Sgt. Ashley and myself conducted a transition meeting at the range in which Sgt. Ashley explained in detail the conditions of various facets of the range. When I inquired of the condition of the bullet recovery system, Lt. Davis, Sgt. Ashley and myself responded to the rear of the range to observe the current operations of the system. Sgt. Ashley explained the condition of the new drag conveyor system that replaced the original bullet conveyor system and commented that it was functioning well, as it was designed. As Sgt. Ashley explained the proper functioning of the system, he took wrench in hand and started making several adjustments to the clutch and motor sprockets to adjust and tighten the slack of the chain. The chain is now broken and the clutch sprocket is destroyed. The mechanical operation of this very expensive equipment should not be left for amateurs in the mechanical field to tweak but for professionals who have the training and experience to make proper scientific and calculated adjustments and measurements when necessary. My expertise as well as the entire FTU staff lies in firearms, officer safety and force training. We do not posses the training, skills and knowledge or the time necessary to properly maintain the system at it's optimal performance.

I have met with Mark D'Allesandro, Physical Maintenance Trades Supervisor of Facilities Management. Mr. D'Allesandro has observed the conditions and the labor intensive work that is required on a daily basis to keep the mechanical aspect of the bullet recovery system operational. I also explained to Mr. D'Allesandro that once the industry has perfected the performance of the frangible slug ammunition, the Division will complete the transition over to lead free, non-toxic slug and buck shot shotgun ammunition. This frangible shot volume will triple the amount of sludge that currently is clogging pumps, screens, filters and sprayer jet heads. He has also noted that regardless of completing the transition to frangible ammunition, lead contamination will always be present and a health danger due to the lead lined deceleration chamber. Mr. D'Allesandro stated that the smooth operation of

DEFENDANT'S
EXHIBIT
17

FTU3881

C-61

C-62

bullet trap maintenance would require a full time professional that would also need to be equipped with the proper protective gear and trained in the handling of hazardous lead and other heavy metals.

Cpl/3 B. Kurt Price expressed to me his concerns elevating 6 points on his blood lead level after he and Sgt. Ashley completed work on the bullet trap. Cpl/3 Price's lead level rose from a 5 to 11 and only dropped one point to a 10, 8 months later. Cpl/3 Price expressed such a concern that he would consider a transfer from the FTU if his level does not descend into the single digits. Cpl/3 Wayne Warren's lead levels have elevated 3 points. Both Cpl/3 Warren and Cpl/3 Price have expressed concerns over the health risks involved in conducting maintenance on the bullet trap and bullet recovery system. Bay Health Physician, Dr. Green has expressed to Cpl/3 Price that the petroleum found in the water that helps to lubricate and preserve the bullet trap is a penetrating agent that is used as the vehicle to transport the lead through the skin and into the blood stream upon human contact. I concur with my colleagues that this is an unnecessary health risk and that the maintenance of the bullet trap and recovery system should be left to the trained professionals who can operate in this environment safely.

With the permission of Capt. Warren and Lt. Davis, I have contacted Joseph Farrell of the Environmental Solution Group, the hazardous materials recovery company that disposes of the hazardous materials produced by the bullet trap. After explaining to Mr. Farrell all of the same operational components and health risk factors as was explained to Mr. D'Allesandro, along with the increased volume of frangible shotgun ammunition, Mr. Farrell concurred that professionals would be needed for the safe and efficient operation of the entire bullet trap system. Mr. Farrell and a team of corporate engineers are attempting to devise a plan that will prevent the clogging of the filters, screens and sprayer jet heads along with recycling fresh filtered water back into the system to prevent clogging and the destruction of pumps. He will forward a proposal to me in the near future.

Our firearms curriculum and yearly schedule do not afford us down time and we will be resuming firearms training on January 5, 2004. This is the make-up for the fall in-service shoot and the beginning of recruit firearms training.

I thank you in advance for your immediate attention in this matter and look forward to your direction as soon as possible.

Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager    302-247-5606

FTU3882

**Fitzgerald, Robert**

| | |
|---|---|
| From: | Foraker Christopher D (DSP) |
| Sent: | Friday, January 09, 2004 7:58 PM |
| To: | Warren Gregory A (DSP) |
| Cc: | Davis Ralph H (DSP) |
| Subject: | Range Health issues and Departmental liability |

DEFENDANT'S EXHIBIT 19

Captain Warren,

We are experiencing significant air flow problems at the range. I have personally witnessed the problem since I have returned to the FTU on December 1, 2003. Corporals Warren and Price have expressed that this problem has been in existence for many months and has only been "band aided" over time when complaints have been made. Shooters can be standing on the 7 yard line firing and you can be standing at the back of the range, nearly 30 yards behind the shooters, and smell the gunpowder as the air flow brings the smoke back behind the shooters and instructors. Corporal Warwick expressed that at one point the smoke was so dense that he was barely able to see a shooter on the firing line. The staff here has relayed to me that a firm was brought in by Facilities Management in the Spring or Summer of 2003 to attempt to correct the problem. They were unsure of the name, however, believed that it began with the name of Chesapeake. The representative of that company stated that the current air handler system was not designed to move the volume of air in a reasonable time frame and was not designed to pull the air and heavy metal particulates upwards defying gravity. I do remember that the State hired the engineering firm of Clark Nixon to come in to evaluate the range air flow and propose a fix for the problems we were experiencing. From my understanding of what Clark Nixon proposed, the State did not heed their advice.

At this point we are firing lead free, non-toxic, frangible handgun projectiles comprised of a copper dust compound. The bullet is designed to pulverize upon impact to steel. At present, we are experiencing a few different problems which I will identify as follows:

1. A reddish haze in the air that is suspended throughout the range when the bullet strikes the bullet trap. The airborne particles are inhaled by the instructors and students. When anyone blows their nose, a large amount of the reddish debris is discharged. Students and instructors also complain of a copper penny taste in their mouth after shooting and described a significant eye mucus present when awaking the following morning after a day on the range. On Thursday, January 8, 2004, I made contact with Ernest Durham, engineer for CCI / Speer, the manufacturer of the frangible bullet, to inquire as to the properties that comprise the bullet. Durham stated that the bullet is comprised of 90% copper which is indicated by the reddish haze. Durham stated that to inhale the copper is not as dangerous as to eat it. I stated that if we taste it, we must be eating it. Durham stated that you don't want to walk into the reddish cloud and you definitely do not want to eat it. I made contact with Facility Management, Physical Plant Maintenance Trades Supervisor, Mark D'Allesandro yesterday and advised him of our ongoing problem. He and Facility Management maintenance worker Tom Faison responded to the range and witnessed the visual problem with the reddish haze during weapons fire on the range. Note, that only eleven shooters were on the firing line during the observation, usually there are significantly more in upwards of twenty shooters on line during in-service training. However, with only eleven shooters, the effect was significant. Both D'Allesandro and Faison expressed that this problem needs to be corrected immediately. D'Allesandro contacted Seiberlich Trane and met with Trane technician Ron Whitehouse today to review the computer readings as well as find out if there is a damper or filter problem or some other reason for this problem. Whitehouse stated that he found a couple of supply doors leaking air which he remedied by bracing them, however, we did not experience any change on the range. Whitehouse and his supervisor from Trane will meet up with D'Allesandro at the range on Tuesday, January 13, 2004 at 0800 hrs. to conduct testing on the range in an attempt to determine where the problem lies. I have been personally involved in the range project since I was transferred into the FTU in October of 1997 and have conversed with a number of outside personnel hired or solicited by the State to advise on measures of correcting the air quality and flow problem of this facility. ALL of the persons that have passed through over the years have expressed that significant changes as was outlined by Clark Nixon would need to be completed in order to correct this issue. The range staff is under the impression that without the rapid exhaust and removal of the copper frangible particulates from our breathing air, this problem constitutes a potentially unsafe and unhealthy working environment detrimental to our good health and inconsistent with departmental goals and objectives.

2. The air quality problem is surely compounded by the fact that the wet ramp is dry in some areas due to the frangible material when wet turns to a pudding type mud that in short order causes the filter screens and the sprayer jet heads to clog and causes the pumps to fail as well. Due to the fact that cleaning out the filters / screens and the sprayer jet heads as well changing out the failed pumps greatly increases the blood lead level, this maintenance should be executed by professionals who are well versed and properly equipped in the prevention of lead exposure in a contaminated environment. This is being addressed by the professional disposal company of toxic materials, Environmental Solutions. I

1

have heard from Joseph Ferrell, Chemical Specialist with Environmental Solutions who stated that they are developing the plans to correct the problem. I believe this will be a large scale plan that will handle the drastic increase in the sludge when we eventually complete the transition to total lead free, non-toxic, frangible shotgun ammunition. I have provided the MSDS information on the frangible ammunition to Joe Ferrell and expect to hear back from him in the very near future regarding a service maintenance contract and cost.

3. The drag conveyor has failed once again, however, due to the limit switch being back in place, the chain and clutch survived the shutdown. I immediately telephoned Jay Zolcak of Mayfran Corporation of Ohio and informed him of the problem. Zolcak asked me to back off the limit switch slightly to allow the clutch to pop back in and attempt to free the chain from the problem. I did attempt this with negative results. Zolcak advised that they will confer with their design engineers and attempt to have someone flown out by Tuesday, January 13, 2004 to attempt to correct the problem. Zolcak will call the range on Monday, January 12, 2004 to advise of the plan of action.

Thank you for your immediate attention in this matter and look forward to any further direction you may suggest in our efforts to achieve a safe and healthy work environment at the Firearms Training Facility.

Sgt. Christopher D. Foraker #606
NCOIC, Firearms Training Unit
391 Clark Farm Rd.
Smyrna, DE 19977
Office   302-659-6020
Fax      302-659-6019
Pager    302-247-5606

*SPH*

# FTU Transition meeting 12/01/2003
### Page 1 of 3

*Max 480 hrs.*

## FTU Personnel

Recertification dates/ FTU assignments/ Vacation - A/T Time/ Patrol Procedures Status / Copy of Performance Evaluations

Wayne Warren – _Everyone works as a team._

Bruce Peachey – Status- ~~Calls off inj M&T works W, calls off injured T&F.~~ *Feb 9th* _need Dr. excuse French day out._

*Family Night Wed.*

Kurt Price – _e-mail V/O unable to take need to carryover_

Jim Warwick – _No $ to certify_

Discipline / Problem Areas / Any Other Outstanding Issues –

_Citizens Police Academy / College Job Fair actually shoot._

**FTU Budget** _Spend $ on O.T. for extra body not to sacrifice safety_

Remaining Balances 50 / 60 money –

Encumbered Funds / RWO's –

Outstanding Purchases / RWO's –

Products on order –

Petty Cash Balance – _Wayne $00.°° USC_

Any Other Outstanding Issues –

## FTU Weapon Inventory

Handguns – _____ Refurbish program – in-service trade out by serial # / SORT 2 pistols ea. / July 2004 recruit class purchase?

Shotguns – _30 on order_ 14" rifle night sight barrel retrofit complete? _Special order 25 t_
July 2004 recruit class purchase?

Weapon Destruction Status – _No weapons, destruction 2 wks ago. Call IA._

Shotgun sling brackets dubbed as hand guard – ___ Barrel not manufactured to specs & tolerances to accept aftermarket sling bracket product.

Any Other Outstanding Issues –

_Jan 5th Rec Trng. begins_

DEFENDANT'S EXHIBIT 11

# FTU Transition meeting 12/01/2003
Page 2 of 3

## FTU Ammunition Inventory

*cannan*

Copy of Ammunition Contract from Arnold Cookson @ State Purchasing

Handgun – Service- _a 31K   order more by Christmas._

Training- _1 year to two years   give to Sort_

*ringline*
*rey Isabella*

Shotgun – Reduce recoil

OO-Buck- _Rem Frang_ Slug- _____ Target load- _____

Any Other Outstanding Issues – _____

## FTU Target Inventory

Targets – FBI-Q- _____ 6 circle #- _____

Any Other Outstanding Issues – _____

## Body Armor

Copy of Second Chance Contract from Lori Gooch

New Product Contract – _2½ degradation 35%_

Wear Test Evaluations – _ABA   Monarchs for everyone in field / for recruits & everyone after expiration_

Any Other Outstanding Issues – _Contract Exp 12-1-03_

## Interactive Training

Condition of Simunitions Helmets, Throat Protectors & All Related Equipment – _All New Stuff_

Training Vendor – _FX Simunitions_

## Facility

Overall Building Conditions – _moving Exaust hood to Armor Rm._

Roof leaks – _Normal_

HVAC – Heater & A/C Chiller System – _New Chiller_

Fuel Oil Delivery on Same Schedule – _Facilities Mgt_

## FTU Transition meeting 12/01/2003
Page 3 of 3

### Facility cont.

Trane – Air Handler System – _balanced_

Lighting System – _good. needs lock on system._

Target System – _turning system works 2 spare carriers_

Sound System – _good JBL portable system_

Bullet Trap – _Salvage in Sept._

Water/Oil Pump System – _Must stay on 24 hrs. can reduce # of pumps_

Conveyor Belt System – _May fix am_

Cleaning Supplies – <u>Solvent, Lubricant, Bore Rods, Brushes & Patches, etc.</u>

Floor Scrubber – _Works nk._

Any Outstanding Issues – _None_

**Names & Numbers of All Corporate Contractors & Suppliers along with Points of Contacts for each Vendor –**

_Newer Fork lift Clark_

_Wayne – brass acct.  $ back into 61#_
_Buying guns              "_
_10% goes back to Fed Gov_
_Dave Lawson does FFL for $12.00_

_Environmental Solutions_
_disposal of Contaminants._

FTU3588

C-67

*Wayne 7 Jon*
*Kurt*

*Jimmy - needs baseline*

*Henry - to Range w/recruits*   *Schedule - Christmas*
*22nd*
*24th*
*Jan 5th*

# FTU Transition meeting 12/01/2003
Page 1 of 3

## FTU Personnel

Wayne Warren – ___Patrol Procedures_____

Bruce Peachey – ___Physicians note    Feb 9th_____

Kurt Price – _____

Jim Warwick – ___Cpt will ident. firearms school/course___

Discipline / Problem Areas / Any Other Outstanding Issues – _____

___none___
*Chris - needs baseline hearing/lead*

## FTU Budget

Remaining Balances 50 / 60 money – _____

Encumbered Funds / RWO's – _____

Outstanding Purchases / RWO's – _____

Products on order – _____

Petty Cash Balance – ___Wayne  $400_____

Any Other Outstanding Issues – _____

## FTU Weapon Inventory

Handguns – ___plenty___

Shotguns – ___Mixed ~~Beretta~~ models___

Weapon Destruction Status – ___IA advised, do have have to attend___

Shotgun sling brackets dubbed as hand guard – _____

Any Other Outstanding Issues – _____

*Skid Pad -*

**DEFENDANT'S EXHIBIT 12**

C-68

*hood to cleaning room —*

# FTU Transition meeting 12/01/2003
Page 2 of 3

## FTU Ammunition Inventory

Handgun – Service- __frangible  Old Service ammo to SORT for outside shooting__

Training- _____

Shotgun – Reduce recoil
OO-Buck- __frangible__   Slug- __waiting for frangible__   Target load- _____

Any Other Outstanding Issues – _____

## FTU Target Inventory

Targets – FBI-Q- _____ 6 circle #- _____    *1600 +/- on hand won't need for year*

Any Other Outstanding Issues – _____

## Body Armor

New Product Contract – __Recruits Fast Tracker ■ ABA__

Wear Test Evaluations – __Expiring, Expired – ABAs__

Any Other Outstanding Issues – __Current vests – Mmonths__

## Interactive Training

Condition of Simunitions Helmets, Throat Protectors & All Related Equipment – _____

__updated training – certified by Simunitions 2003__

Training Vendor – __3 yr recert.__

*Rich Ronnie Kurt Wayne Amber*

## Facility

Overall Building Conditions – _____

Roof leaks – __normal leaks__

HVAC – Heater & A/C Chiller System – _____

Fuel Oil Delivery on Same Schedule – _____

C-69

# FTU Transition meeting 12/01/2003
## Page 3 of 3

### Facility cont.

Trane – Air Handler System – _balanced_

Lighting System – _reconfigured works well_

Target System – _Running man working_

Sound System – _Works perfect, + JBL remote system_

Bullet Trap – _July/Aug reworked_

Water/Oil Pump System – _Goulds pumps_

Conveyor Belt System – _Runs 24/7/365 to prevent freeze-up._

Cleaning Supplies – _Won't need patches_

Floor Scrubber – _____

Any Outstanding Issues – _____

**Names & Numbers of All Corporate Contractors & Suppliers along with Points of Contacts for each Vendor** – _____

_Glocks_
_Two handguns missing_ / _Remedial training issue date? D.CAT_ / _Exhaust fan_ / _15th person maint / cleric_

C-70

# *Delaware State Police Annual Performance Appraisal*



# Sergeant Christopher D. Foraker

December 1, 2003 to September 3, 2004



PLAINTIFF'S EXHIBIT 7

CF1

A834

C-71

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 1

NAME: Christopher D. Foraker
JBM 606        RANK Sergeant        TROOP/SECTION Academy/FTU
DATE OF EVALUATION: FROM December 1, 2003   To September 3, 2004
EVALUATOR'S NAME Ralph II. Davis, III
JBM 628        RANK Lieutenant       TROOP/SECTION Academy

RATING CATEGORIES:
A: Does Not Meet Expectations     B. Inconsistently Meet Expectations     C. Consistently Meets Expect
D: Consistently Exceeds Expectations    E: Consistently and Substantially Exceeds Expectations

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **I. WORK HABITS** | | | | | |
| • Time Management | | | | X | |
| • Care of Equipment | | | | | X |
| • Communications | | | | | X |
| • Relationships | | | | X | |
| • Punctuality/Attendance | | | | | X |
| • Handling Stress | | | | | X |
| • Initiative | | | | | X |
| • Dependability | | | | | X |
| • Accepts Responsibility | | | | | X |
| • Accepts Direction | | | | X | |
| • Accepts Change | | | | X | |
| • | | | | | |
| • Sick Days 0  No. of Occurrences 0 | | | | | |
| • | | | | | |
| **II. PATROL** | | | | | |
| • Report Writing | | | | | |
| • Knowledge of Criminal Enforcement | | | | | |
| • Knowledge of Traffic Enforcement | | | | | |
| • Arrest Procedures | | | | | |
| • Use of Specialized Equipment | | | | | |
| • Quantity and Quality of Work | | | | | |
| • Decision Making | | | | | |
| • Safety | | | | | |
| • | | | | | |
| • | | | | | |
| • | | | | | |

FORM No. 374                                             REVISED 04162000

# DELAWARE STATE POLICE
## PERFORMANCE APPRAISAL SCORING SHEET

PAGE 2

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **III. INVESTIGATOR** | | | | | |
| • Report Writing | | | | | |
| • Knowledge of Rules of Evidence, Search and Seizure | | | | | |
| • Handling Case Assignments | | | | | |
| • Handling Informants | | | | | |
| • Use of Specialized Equipment | | | | | |
| • Interview and Interrogation Skills | | | | | |
| • Quantity and Quality of Work | | | | | |
| • Decision Making | | | | | |
| • Safety | | | | | |
| • | | | | | |
| • | | | | | |
| • | | | | | |
| **IV. TECHNICAL SUPPORT** | | | | | |
| • Handling of Presentations | | | | | |
| • Public Relations | | | | | |
| • Report Writing | | | | | |
| • Quantity and Quality of Work | | | | | |
| • Use of Specialized Equipment | | | | | |
| • Decision Making | | | | | |
| • Handling Specific Tasks | | | | | |
| • | | | | | |
| • | | | | | |
| • | | | | | |
| **V. ADMINISTRATION** | | | | | |
| • Decision Making | | | | | | X |
| • Handling Specific Tasks | | | | | X | |
| • Evaluation | | N | I | O | |
| • Quantity and Quality of Work | | | | | X |
| • Delegation | | | | | X |
| • Contribution to Organization | | | | | X |
| • | | | | | |
| • | | | | | |
| • | | | | | |
Corrected Administration section:

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| **V. ADMINISTRATION** | | | | | |
| • Decision Making | | | | | X |
| • Handling Specific Tasks | | | | X | |
| • Evaluation | | N | I | O | |
| • Quantity and Quality of Work | | | | | X |
| • Delegation | | | | | X |
| • Contribution to Organization | | | | | X |

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 3

| RATING | A | B | C | D | E |
|---|---|---|---|---|---|
| VI. MANAGEMENT/SUPERVISORY SKILLS | | | | | |
| • Leadership | | | | | X |
| • Supervisory Skills | | | | | X |
| • Fairness | | | | X | |
| • Problem Solving | | | | X | |
| • Organizational Skills | | | | | X |
| • | | | | | |
| • | | | | | |
| • | | | | | |

Explanation: See Rater's Comments Section Attachment

VII.
| ACTIVITY | Unit's Average | Officer's Average |
|---|---|---|
| • Incidents | | |
| • Misdemeanor Arrests | | |
| • Felony Arrests | | |
| • Traffic Arrests | | |
| • DUI Violations | | |
| • CPCs | | |
| • Number of Written Reports | | |
| • Number of Initial Cases | | |
| • Number of Follow-up Cases | | |
| • Number of NPR Reports | | |
| • | | |
| • | | |
| • | | |

Explanation:

VIII. SPECIALTY HOURS

| SORT/SCUBA/TCU/ETC Hours N/A | Training Hours<br>Instructor hours - 512<br>Student hours - 60 |
|---|---|

FORM NO. J74

REVISED 04162000

A237

CF4

C-74

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 6

**PROGRESS REPORT ON ATTAINMENT OF PREVIOUS EVALUATION PERIOD'S GOALS AND OBJECTIVES: (CONT)**

| RATING CATEGORIES | A: Did Not Achieve Expected Results  D: Exceeded Expected Results | B: Partially Achieved Expected Results  E: Far Exceeded Expected Results | C: Achieved Expected Results |
|---|---|---|---|

| | LIST OBJECTIVES | A | B | C | D | E | EXPLANATION |
|---|---|---|---|---|---|---|---|
| 3 | Supervise permanently and temporarily assigned firearms instructors. | | | | X | | Sgt Foraker supervised a staff of three subordinate firearms instructors and as many as ten temporarily assigned instructors from numerous municipal law enforcement agencies. Sgt Foraker did so in a manner that allowed for the accomplishment of the Unit's mission. There were no serious personnel issues and all training was completed without injury. |
| 4 | Maintain a safe training environment. | | | | | X | Upon returning to the DSP FTU, Sgt Foraker immediately identified safety issues that placed the health of FTU staff in serious jeopardy. Sgt Foraker immediately brought this to the attention of the DSP Academy staff and continued to provide the Academy staff, as well as the DSP Executive Staff, with information concerning the conditions at the range. Once training was move to the DNG range, Sgt Foraker continued to provide a safe training environment as well as an environment conducive to learning. |

FORM No. 374                                         REVISED 04162000

CF7

A838                                                  C-75

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL SCORING SHEET

PAGE 8

XII. **AREAS OR INCIDENTS WHERE PERFORMANCE WAS DISTINGUISHED, EXCEEDED EXPECTATIONS, OR RESULTED IN COMMENDATION, IF ANY:**

On December 1, 2003, Sergeant Foraker was reassigned to the DSP FTU. Sergeant Foraker immediately identified safety issues that placed the health and safety of the FTU staff and officers training at the DSP range in jeopardy. Sergeant Foraker brought the conditions to the attention of the DSP Academy staff. After notifying the staff, Sergeant Foraker continued to provide updates of the range conditions, conducted research to identify the cause of the problems, and attempted to identify potential solutions. Sergeant Foraker made this information available to the DSP Academy and Executive staffs, the Department of Administrative Services, and the Delaware Auditors Office.

After the forced closing of the DSP indoor range, Sergeant Foraker and the FTU was forced to quickly identify a facility suitable to conduct mandatory firearms training. Without assistance, Sergeant Foraker identified the Delaware National Guard Range and developed and implemented a plan that would accomplish the training. Sergeant Foraker was required to not only identify the facility, but reach an agreement with the DNG regarding the terms of the use of the facility. To date, the DSP has conducted Spring Firearms Qualification and is beginning Fall Firearms Qualification. The transition was made without flaw and seemingly with ease. This is due to the diligence and abilities of Sgt. Foraker.

XIII. **AREAS OR INCIDENTS WHERE PERFORMANCE DID NOT MEET EXPECTATIONS, NEEDED IMPROVEMENT OR RESULTED IN DISCIPLINE, IF ANY:**

FORM NO. 371                                                                                         Revised 04162000

A839

CF9

C-76

DELAWARE STATE POLICE
PERFORMANCE APPRAISAL

December 1, 2003 to September 3, 2004

<u>Rater's Comments</u>

**Work Habits**

On December 1, 2003, Sergeant (Sgt) Foraker was transferred from Troop #6 Patrol to the Delaware State Police Firearms Training Unit (FTU). At that time, Sgt. Foraker assumed the position of Non-Commissioned Officer in Charge (NCOIC) of the DSP FTU. In addition to Sgt. Foraker, the DSP FTU had three subordinate full-time firearms instructors assigned to the unit. Additionally, firearms instructors from the DSP and other law enforcement agencies were temporarily added to the compliment of instructors as the need dictated.

Under the guidance of Sgt. Foraker, the DSP FTU was tasked with providing firearms training to recruits attending the DSP Academy, in-service firearms training to incumbent troopers, and the facilitation of training for other local, state, and federal law enforcement agencies. Furthermore, the Unit was tasked with peripheral duties such as the procurement of ballistic bullet resistant vests, the recruit Patrol Procedures training course, the cleaning of the DSP indoor range, and the transition to the Raptor holster.

During the rating period, Sgt. Foraker was required to manage many tasks and assignments with staffing that was frequently below the optimal level. However, Sgt. Foraker was able to efficiently use time and resources to complete those assignments and tasks. Sgt. Foraker performed both operational and administrative functions and was able to complete both in a proficient manner while keeping the Academy administration informed of the progress of assignments and training. Sgt. Foraker was prompt for all assignments and appointments and did not use sick leave during the rating period.

As NCOIC of the DSP FTU, Sgt. Foraker always initiated work without prompting from supervisory personnel. Additionally, as previously stated, Sgt. Foraker may supervise three or as many as ten subordinate instructors at any given time. As such, Sgt. Foraker always involves those subordinates and co-workers, an absolute necessity to ensure completion of the many assignment given to the FTU. Not only does Sgt. Foraker involve subordinates in his tasks, Sgt. Foraker frequently takes part in the tasks of subordinates, not as a supervisor, but as a co-worker, thus providing a great example for the subordinate.

As NCOIC, Sgt. Foraker has arguably one of the most stressful jobs in the Division. Sgt. Foraker must daily deal with students ranging from recruits with no firearms handling experience to seasoned officer. However, all shooters must be treated with equal caution and the safety off all shooters must be paramount. Sgt. Foraker is very cognizant of this need and above all else, views the safety of shooters and instructors as his primary function and concern.

Because of Sgt. Foraker's experience and education in the area of firearms training, Sgt. Foraker is frequently called upon by other law enforcement agencies for training and firearms support. Furthermore, because of his training and experience, Sgt. Foraker can be depended on to complete assignments in a timely fashion with very little supervisory assistance. All completed assignments are of the highest calibre and rarely require corrections or changes. Sgt. Foraker willingly takes responsibility for the completion of all assignments, whether assigned to him personally or to a member of the FTU. When deficiencies are noted, Sgt. Foraker quickly takes the necessary steps to correct the deficiency.

When direction is given or when a change of policy or procedure is necessitated, Sgt. Foraker adapts his or the Unit's practices and behaviors to comply with the directive or change. Furthermore, Sgt. Foraker occasionally offers changes to policy or practice that will improve the efficiency and effectiveness of the FTU and Division.

During formal and informal inspections of Sgt. Foraker's Divisional equipment and vehicle, all were found to be in good working order and maintained in the appropriate fashion and above Divisional standards. Additionally, Sgt. Foraker ensured that the troopers assigned to the DSP FTU maintained their assigned equipment and vehicle per Divisional standards.

Sgt. Foraker is a skilled communicator capable of imparting knowledge and information to those he addresses on the issues of firearms and firearms training. In his capacity as a firearms instructor, Sgt. Foraker daily addressed members of the Division of all ranks and adeptly tailored the message to the audience at hand. Likewise, Sgt. Foraker was required to submit written documents to a variety of entities as part of his role as NCOIC of the DSP FTU. These reports were always clear and concise and contained the necessary information.

### Administration

As previously stated, Sgt. Foraker serves as the NCOIC of the DSP FTU, a position previously staffed by a lieutenant as the Officer-in-Charge. While the position has been down graded, the responsibilities have not and Sgt. Foraker is required to perform the duties of both OIC and NCOIC of the FTU. Sgt. Foraker has performed both duties admirably, always keeping the safety of the FTU staff and those training under his command paramount.

As the NCOIC of the FTU, Sgt. Foraker is required to make decisions on a daily basis that range from simple to very complex. Sgt. Foraker routinely makes those decisions without supervisory assistance and always reaches sound conclusions. Because of his experience and knowledge of firearms training, Sgt. Foraker routinely identifies situations and issues and develops solutions before the issue can negatively impact the Division. Sgt. Foraker continually kept the Academy staff apprised of his decisions and sought supervisory input where appropriate.

Whether self generated or assigned, Sgt. Foraker completed tasks and assignments in a timely fashion and Sgt. Foraker assisted subordinate members of the FTU with tasks as a method of developing and preparing the subordinate for career advancement. Furthermore, Sgt. Foraker wisely delegated tasks and assignments in a manner that aided the subordinate with career development and advancement, however, did not require the subordinate to reach beyond his abilities so far as to ensure failure. Additionally, Sgt. Foraker delegated assignments equitably and in a manner that ensured the operation of the FTU was conducted in an exemplary fashion.

Sgt. Foraker is clearly a valuable asset to the Division of State Police. Sgt. Foraker is extremely aware that his activities, both on and off-duty greatly impact the operation of the Division and have an effect on the accomplishment of the Division's mission. Sgt. Foraker is cognizant of the role the FTU plays in meeting divisional goals and objectives and always strives to perform tasks that assist in meeting those goals and objectives. Sgt. Foraker consistently strives to produce at the highest level and works to ensure the FTU also performs at this level. Daily, Sgt. Foraker makes a positive impact on the Delaware State Police, numerous federal and local law enforcement agencies, and the citizens of Delaware.

### Management/Supervisory Skills

Sgt. Foraker possesses and demonstrated outstanding leadership and supervisory skills during the rating period. Sgt. Foraker not only supervises the full-time and part-time members of the FTU, on a consistent basis Sgt. Foraker must oversee the training of twenty students with a varying degree of firearms skills. Sgt. Foraker very capably supervises this large group of troopers and officers and provides the leadership necessary to complete this vital objective.

Sgt. Foraker accomplishes the mission of the FTU with little or no supervisory assistance and handles all situations regardless of the degree of complexity or stress through the application of common sense, sound judgment, ethics, and knowledge of Divisional policies and procedures. Sgt. Foraker seeks supervisory assistance when appropriate and at times kept the Academy administration aware of decisions he reached without assistance. When reaching solutions to problems, Sgt. Foraker is aware of the impact his decisions have, not only on the Division, but on the Unit and the individual trooper and officer as well. Sgt. Foraker attempts to reach solutions that limit the negative impact on any entity while keeping in mind the need to accomplish the mission of the unit.

Sgt. Foraker possesses excellent organizational skills and employs these skills to accomplish Divisional and Academy goals. There is no doubt that Sgt. Foraker is an exceptional leader and supervisor and demonstrated these abilities on a daily basis during the rating period. When compared to his peers, Sgt. Foraker clearly performs at a level above his contemporaries.