# Exhibit A

**JULY 5, 2006 EMAIL FROM MARTIN D. HAVERLY TO DEFENDANTS' COUNSEL**

**martin <martin@haverlylaw.com>**

**From:** martin <martin@haverlylaw.com>
**To:** Ellis, Edward <EEllis@mmwr.com>, Robert Fitzgerald <rfitzgerald@mmwr.com>
**Cc:** Thomas Stephen Neuberger, Esquire <TSN@NeubergerLaw.com>
**Date:** Jul 05 '06 07:57
**Subject:** Re: Price/Foraker - MDH attorney fees

Dear Ed & Robert:

In my opening Memorandum concerning my attorney's fees I accidentally included 1.4 hours of fees relating to the press conference which was held when one of the Complaints was filed. I am withdrawing my request with regards to this 1.4 hours, or $406.00.

Martin D. Haverly