## CERTIFICATE OF SERVICE

I, Martin D. Haverly, Esquire, being a member of the bar of this Court do hereby certify that on July 14, 2006, I electronically filed **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ATTORNEYS FEES, INTEREST AND COSTS RELATING TO ATTORNEY'S FEES AND COSTS OF MARTIN D. HAVERLY, ATTORNEY AT LAW, PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Edward Ellis, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>
>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801

>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY, ESQUIRE**