# EXHIBIT B

## PX 45

**Foraker Christopher D (DSP)**

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| ent: | Monday, March 29, 2004 9:08 AM |
| To: | DSP_Troop Commanders; DSP_Section Chiefs Sworn |
| Cc: | Rigby Renee (DSP); Moore Connie L (DSP); Peterson Alexander (DSP); Cohee Richard H (DSP); Burge Sharon L (DSP); DSP_Executive Staff |
| Subject: | April Commanders Meeting |

Troop Commanders and Section Chiefs,

The April Commanders Meeting is scheduled for Wednesday, April 28 at 0900 hours at the DSP Academy.

All criminal reports are due at SBI no later than Friday, April 9 at 1600. Please ensure all reports are submitted in a timely manner. NIBRS stats will be sent to the troops on Friday, April 16. Troop and Section summaries are due at the Planning Section no later than Friday, April 23 at 0800.

Note to Connie and Renee - I would like to pick up the NIBRS run on Thursday, March 15 in the morning. Thanks.



Homiak.Albert J
(DSP).vcf (3 K...





1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| ent: | Thursday, May 27, 2004 10:36 AM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Moore Connie L (DSP); Rigby Renee (DSP); Burge Sharon L (DSP); Cohee Richard H (DSP); Peterson Alexander (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP) |
| Subject: | June Commanders Meeting |

Good morning,
The June Commanders Meeting is scheduled for June 23 at 0900 at the DSP Academy. All criminal reports are due at SBI no later than Monday, June 7. Reminder that SBI requests that criminal reports be sent to them as they are received and not held until the end of the month.
NIBRS stats will be sent to the troops on Monday, June 14. Troop summaries are due at the Planning Section no later than Friday, June 18 at 0900. Thanks.

Connie/Renee, Please have the NIBRS run ready for pick up on Monday, June 14 in the morning...Thanks.



Homiak Albert J
(DSP).vcf (3 K...

1

Foraker Christopher D (DSP)

**From:**      Homiak Albert J (DSP)
**Sent:**      Friday, June 18, 2004 10:50 AM
**To:**        DSP_Section Chiefs Civilian; DSP_Section Chiefs Sworn; DSP_Troop Commanders
**Cc:**        Peterson Alexander (DSP); Cohee Richard H (DSP)
**Subject:**   RE: FY 2005 G & O

Please disregard the first e-mail attachment. It contained the wrong year.



Statewide G&O
FY05.doc (34 KB)...



Homiak Albert J
(DSP).vcf (3 K...

-----Original Message-----
**From:**      Homiak Albert J (DSP)
**Sent:**      Friday, June 18, 2004 10:45 AM
**To:**        DSP_Section Chiefs Civilian; DSP_Section Chiefs Sworn; DSP_Troop Commanders
**Cc:**        Peterson Alexander (DSP); Cohee Richard H (DSP)
**Subject:**   FY 2005 G & O

The attachment contain the Division's 2005 Statewide Goals and Objectives. Please respond to the Planning Section by July 15 with your individual troop or section's goals and strategies. Please send your submission as an e-mail attachment.

<< File: Statewide G&O FY05.doc >>

<< File: Homiak Albert J (DSP).vcf >>

1

### Delaware State Police
### Goals and Objectives
### FY 2005

#### Goal

1.  Ensuring organizational effectiveness through quality service including, but not limited to providing complete and comprehensive law enforcement and public safety services to the citizens of Delaware.

#### Objectives

- Engaging in both strategic and short term planning involving the entire organization.
- Fiscal planning and management
- Proper allocation of available resources
- Basic and mandatory in-service training
- Identification, design, development, and management of new initiatives, programs and projects
- *Development and implementation of measures designed to deter acts of terrorism or WMD in consideration of Homeland Security as it affects your troop or section*
- Controlling work performance standards and personnel productivity
- Engaging in ethical decision-making and behavior
- Maintaining national accreditation
- Quality assurance inspections and internal reviews
- Utilizing technological advancements whenever and wherever feasible
- Aggressively identifying and pursuing legislation which promotes public safety or addresses specific law enforcement concerns

2.  Pursuing professional excellence through providing Division personnel with a variety of personal and professional development programs and methods:

- Maintain a high quality of work life for Division personnel, both sworn and non-sworn
- Engage in a process of identifying, teaching and utilizing accepted motivational techniques
- Provide personnel with a safe and comfortable work environment
- Exuberating professionalism at all levels at all times with the Division and organization
- Providing mandatory and elective leadership training
- Pursuing personal and professional development through a formalized Career Development program.

3.    Providing administrative, operational and support services to all individuals, groups, agencies, municipalities and organizations within the state of Delaware, including inter-departmental request for services.

- Emergency medical response with state certified and nationally accredited Division paramedics
- Comprehensive and fixed-wing and helicopter services statewide
- Complete law enforcement and police training courses available to a wide variety of potential students
- Cyber crime and computer forensic expertise
- Full-service Human Resources Administration
- Evidence processing, collection, testing, and analysis
- Data and record input and recovery for both criminal and traffic related incidents
- Statistical analysis and compilation
- Background checks and investigations as legislatively mandated


4.    Preventing, investigating, and prosecuting of criminal activity:

- Through active Division participation in all accepted and experimental law enforcement and crime prevention and investigatory methods
- Crime prevention and personal safety education
- Deterring criminal activity and addressing citizens fear of crime
- Detecting career criminals and fugitives, and all criminal activity, both violent and non-violent
- Investigation and follow-up in all possible criminal cases, particularly pending active cases
- *Develop and implement basic plans and a response to acts of terrorism or WMD*
- Arrest of suspects based upon thorough and comprehensive investigations and probable cause
- Successful case preparation and prosecution through professional courtroom testimony and presentation

5.    Enhancing Highway and Traffic Safety:

- Through engaging in a wide variety of prevention and education efforts and through the detection, deterrence, investigation, arrest, and prosecution of individuals engaging in hazardous or dangerous driving practices or behavior
- Increased traffic enforcement in identified aggressive driving areas
- Increased DUI enforcement through the detection, apprehension and prosecution of DUI offenders
- Advancing towards more thorough and complete accident and traffic complaint investigations.
- Identifying, documenting, and addressing known or suspected dangerous highway safety situations and locations
- Providing for preventive patrols with increased visibility geared towards furthering the police omnipresence
- Engaging in a wide variety of highway and traffic safety prevention and education programs.

Foraker Christopher D (DSP)

| | |
|---|---|
| ⁻⁻om: | Homiak Albert J (DSP) |
| ⁻nt: | Thursday, June 24, 2004 8:54 AM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Peterson Alexander (DSP); Cohee Richard H (DSP); Paplli Joseph A (DSP); Hughes Randall L (DSP); Baylor David L (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP) |
| Subject: | weekly reports |

Good morning,
Recently we have received weekly reports as late as Wednesday, with some sections or troops even failing to send a report. I'm requesting that each troop and section ensure that your weekly report is at the Planning Section each week by Tuesday at noon. If there are extenuating circumstances, please call. If you do not have any significant events, please send an e-mail indicating that. Thanks for your cooperation

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Tuesday, June 29, 2004 12:22 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Rigby Renee (DSP); Peterson Alexander (DSP); Cohee Richard H (DSP); Baylor David L (DSP); Papili Joseph A (DSP); Hughes Randall L (DSP); Seifert Mark W (DSP); Chaffinch Aaron L (DSP); MacLeish Thomas F (DSP); Eckrich Paul (DSP); Burge Sharon L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |
| Subject: | Commanders Meeting and NIBRS Numbers |

Troop Commanders and Section Chiefs,
A reminder that the July Commanders Meeting is on **Tuesday, July 20** at the DSP Academy at 0900. It was originally scheduled for July 21.
All criminal reports are due at SBI no later than Tuesday, July 6. It's imperative that all crime reports from June are submitted by that date. NIBRS stats will be sent to the troops on Monday, July 12. Troop and Section summaries are due at the Planning Section no later than Thursday, July 15 at 1600 hours.

Note to Renee - Please have the NIBRS run ready for pick up on Monday morning, July 12. Thanks.



Homiak Albert J
(DSP).vcf (3 K...

1

A1502

**Foraker Christopher D (DSP)**

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| ,nt: | Monday, July 12, 2004 3:38 PM |
| o: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Papili Joseph A (DSP); Baylor David L (DSP); Hughes Randall L (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |
| Subject: | NIBRS stats |

Please have your troop/section summaries to Planning by July 15.



| NIBRS 2004 Crime Data.xls (1 M... | Arrests New Format 02-04.xls (... | NIBRS Clearances 2004.xls (441... |
|---|---|---|



Homiak Albert J (DSP).vcf (3 K...

1

## Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Robbins Laurie A (DSP) |
| Sent: | Thursday, July 15, 2004 3:19 PM |
| To: | DSP_Troop Commanders; DSP_Section Chiefs Sworn; Eisenhardt Michael J (DSP); Kresge Gary A (DSP); Ford Tom (DSP); Slank John J (DSP); Taylor Paul H (DSP); Donaway Gregory W (DSP); Huttie Joseph E (DSP); Warrington Michael L (DSP); Cooper Mitch C (DSP); Brown Curtis (DSP); Rust Mark W (DSP); Brackin Thomas J (DSP); Quig Michael G (DSP); Chamberlin George R (DSP); Hagan Ronald W (DSP); Bailey Alice J (DSP); Purcell Galen M (DSP); Ogden Patrick A (DSP); VonGoerres Bruce E (DSP); DSP_Superintendent |
| Subject: | Commanders Meeting 07/20 (important) |

The following email has been authorized by Colonel L. Aaron Chaffinch.

TO: ALL TROOP COMMANDERS, SECTION CHIEFS, CRIMINAL AND TRAFFIC LIEUTENANTS

The Information Technology Section is in the process of updating the entire website. Please report to the July 20th Commanders Meeting with your Winter Service A uniform so that photographs may be taken. You don't necessarily have to wear this uniform to the meeting, but have it available for your photograph.

Authority --

    Colonel L. Aaron Chaffinch
    Superintendent

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Monday, August 02, 2004 2:56 PM |
| To: | DSP_Troop Commanders; DSP_Section Chiefs Sworn |
| Cc: | Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |

Please send me your Troop or Section's Table of Organization as an e-mail attachment. If you have a small section, an e-mail listing the number of sworn officers will suffice, but break it down into categories (such as Aviation that has both pilots and medics). Please respond no later than tomorrow (Tuesday). Thanks.



**Homiak Albert J (DSP).vcf (3 K...**

1

Foraker Christopher D (DSP)

From:          Homiak Albert J (DSP)
Sent:          Tuesday, August 03, 2004 8:46 AM
To:            DSP_Section Chiefs Sworn; DSP_Troop Commanders
Cc:            Cohee Richard H (DSP); Peterson Alexander (DSP); Chaffinch Aaron L (DSP); MacLeish
               Thomas F (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP);
               Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph
               H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan
               Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP);
               Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP);
               Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP)
Subject:       Significant daily events

Good morning,
I would like to clarify and streamline what should be sent regarding daily significant events. I understand this may be
perceived negatively as another task to perform, but for now we're required to do this. During the past week, Planning has
received a variety of e-mails reporting significant events in a variety of ways. Some things are significant, but many
submissions are not what we're looking for. We are also getting individual shifts at various troops sending messages. For
uniformity, please abide to the following guidelines:

*   Utilize the Daily Significant Event Report that was sent to each troop and section when submitting noteworthy events.
*   Have one report submitted per day per troop or section (suggestion - midnight desk person). You are only
    documenting what your Operations Major should already be aware of. The final daily report is filtered to Secretary
    Mitchell.
*   Submissions should only include significant events or unusual occurrences that would require staff notification.
    The daily report should not be a crime recap. Examples would include interstate road closures for a lengthy period,
    P.I. accidents involving a trooper, hostage situations, incidents involving the media, events involving divisional liability,
    etc.
*   There may be days when no significant event occurs, therefore no report needs to be submitted. Hopefully that will be
    the norm.



Homiak Albert J
(DSP).vcf (3 K...

A1506

**Foraker Christopher D (DSP)**

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| nt: | Tuesday, August 03, 2004 12:55 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |

I'm resending the blank daily significant event form for anyone who didn't receive it.



**Blank Daily
Report.doc (631 KB...**



**Homiak Albert J
(DSP).vcf (3 K...**

1

# DELAWARE STATE POLICE



## DAILY SIGNIFICANT EVENT REPORT

**To:**    PLANNING & RESEARCH SECTION
Captain Skip Homiak
Lieutenant Rick Cohee
Sergeant Alex Peterson

**From:**

**Date:**

**Ref:**    Significant events for the preceding twenty-four hour period:

**Staff Notifications:**

**Serious Crimes:**

**Personnel Issues:**

**Fatalities / Death Investigation:**

**Detainment Issues:**

**High Profile / Media Issues:**

**Road Closures:**

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Tuesday, August 17, 2004 12:39 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | DSP_Executive Staff; Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Elsenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |
| Subject: | Commanders meeting |

Reminder that all troop/section summaries are due at the Planning Section by Thursday, August 19. The Commanders Meeting is scheduled for Wednesday, August 25 at 0900 hours at the Training Academy.

Homiak Albert J
(DSP).vcf (3 K...

Foraker Christopher D (DSP)

From:           Cohee Richard H (DSP)
Sent:           Monday, August 23, 2004 9:37 AM
To:             DSP_Section Chiefs Sworn; DSP_Troop Commanders; DSP_Executive Staff
Subject:        Commanders Meeting - Postponed

Importance:     High


## THIS MESSAGE SENT AUTHORITY OF COLONEL L. AARON CHAFFINCH


Due to a number of scheduling conflicts, the Commanders Meeting scheduled for Wednesday,
August 25th has been postponed. Further information regarding its rescheduling will be
forthcoming.

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Cohee Richard H (DSP) |
| Sent: | Tuesday, August 24, 2004 1:24 PM |
| To: | DSP_Executive Staff; DSP_Troop Commanders; DSP_Section Chiefs Civilian; DSP_Section Chiefs Sworn |
| Subject: | Rescheduled Commanders Meeting |
| Importance: | High |

### This Message Sent Authority of Colonel L. Aaron Chaffinch

The previously postponed Commanders Meeting has been rescheduled for Monday, August 30th, at 0900 hours.

1

**Foraker Christopher D (DSP)**

| | |
|---|---|
| From: | Alexander William J (DSP) |
| ~nt: | Monday, August 30, 2004 3:09 PM |
| To: | Davis Ralph H (DSP); Bond Carl D (DSP); Garvey Tracy L (DSP); Speed Henry C (DSP); Foraker Christopher D (DSP); Warren Gregory A (DSP); Price Kurt K (DSP); Warwick James P (DSP); Anderson Brian C (DSP); Gardner Joseph M (DSP) |
| Cc: | Homiak Albert J (DSP); Hagan Ronald W (DSP) |
| Subject: | Commanders' Meeting Recap |

Attached are the key points from today's Commander's Meeting.



Dicat-083004.doc
(79 KB)

BA

*Lt. William J. Alexander*
*DSP Training Academy*
*P.O. Box 430*
*Dover, DE 19903*
*(302) 739-5898*

1

A1512



**DELAWARE STATE POLICE**
**TRAINING ACADEMY**
**1453 NORTH DUPONT HIGHWAY**
**DOVER, DELAWARE 19901**



August 30, 2004

# M E M O R A N D U M

**TO:**     Academy Staff

**FROM:**   Lt. Bill Alexander

**RE:**     Commanders' Meeting Recap (083003)

Following is a brief summary of today's Commanders' Meeting. This is not all-inclusive, but merely encapsulates the major points addressed.

Meeting commenced at 0902 hrs.

From Col. Chaffinch
- The NCC Field Operations Officer position is expected to be filled by late this year, or the early part of 2005. On that note, Maj. Baylor made parting comments to those in attendance. His last day of active service with the Division will be August 31, 2004. Maj. Seifert will serve as acting NCC Field Operations Officer, effective immediately.
- When recommending troopers of any rank for promotion, make sure the written recommendation is properly written without grammatical or spelling errors. Some have been received that recommend a male for promotion, but have "she" and "her" written in the body of the text, and vice versa for females. Double check these and make sure they are a positive reflection on the person being recommended for promotion.
- The accreditation evaluation team recommended the DSP be re-accredited. Formal announcement will take place the first week in December.
- Remain vigilant for terrorism threats, as intelligence sources believe there will be a significant threat of some sort on or before Election Day (110204).
- Sworn members will remain in short sleeve shirts (Summer Class B) until 0001 hrs. on 092804, at which time we will change to Summer Class A.

From Lt. Col MacLeish
- Personnel Day for 32 DSP recruits will be on 091004, and their first Academy day will be on 091304.
- "911 Day" also referred to as "Public Safety Recognition Day" will take place on 091004.
- A job fair will be held at the DSP Museum on 091104. Sworn personnel are encouraged to attend.
- We had 1,114 applicants for the DSP class that has just been picked. There will be 32 recruits in the class. *(That represents 3% of those who applied- BA)
- Troop inspections will begin this November.
- The Daily Planning Report that goes to Sec. Mitchell is due by 0900 hrs. daily. Include significant events that the Secretary would be interested in hearing, not the day-to-day stuff.

From Maj. Papili
- If there is a suspected incident of an unexploded incendiary device (even as old as a WW1 item), call HQ Communications, who will contact the on-duty bomb technician. Do NOT call bomb techs directly, as HQ Communications will have their schedule for on-calls. More to follow on this issue in the September Shift Briefing.
- Aviation will be going to 24-hour shifts at some point. A formal briefing regarding this will take place at the end of September.
- Capt. Harris conducted a Homeland Security briefing for the group, using a Power Point presentation.

From Maj. Eckrich
- $400K in budgetary funds was received this summer, and is put toward the purchase of 20 new Ford Crown Victorias.
- It is also expected that purchases of admin, CIU and four-wheel drive vehicles will be made.

From Maj. Hughes
- Keep a check on AT time, and make sure hours are where they need to be.
- Return calls to the public and don't ignore citizens. Keep in mind that DSP should follow a good "customer service" concept.
- Effective 090104, the Traffic Section will fall under Maj. Hughes.
- TPR Vonetta Coleman's father and uncle died in a drowning accident in Virginia this date (see Division-wide e-mail reference same).

From Maj. Seifert
- DSP will provide some sort of assistance with the U of D Homecoming on 100204. Last year a police officer was assaulted during the event.
- High robbery rate in New Castle County, even on Sunday mornings. Troop 2 is investigating and has made some arrests.

Meeting adjourned at 1147 hrs.

-END-

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Tuesday, August 31, 2004 9:25 AM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Davis Ralph H (DSP); DSP_Executive Staff; Burge Sharon L (DSP); Peterson Alexander (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Bracklin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttle Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |
| Subject: | September Commanders Meeting |

The September Commanders Meeting is scheduled for September 29 at 0900 at the DSP Academy. All criminal reports from August are due at SBI by Thursday, September 9 at 1600. NIBRS stats will be sent to the troops and sections on September 16. Troop and Section summaries are due at the Planning Section no later than Wednesday, September 22 at 0900.

Renee - Please have the NIBRS run ready for pick up on Wednesday, September 15 in the morning. Thanks.



Homiak Albert J
(DSP).vcf (3 K...

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Wednesday, September 01, 2004 10:23 AM |
| To: | DSP_Section Chiefs Sworn; DSP_Section Chiefs Civilian; DSP_Troop Commanders |
| Cc: | Cohee Richard H (DSP); Peterson Alexander (DSP); Davis Ralph H (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Siank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP) |
| Subject: | Planning Section submissions |

Please include Captain Ralph Davis in your e-mails and other submissions to the Planning Section and discontinue sending me information related to Planning issues. Please continue to include Lt. Rick Cohee and Sgt. Alex Peterson. Thanks.



Homiak Albert J
(DSP).vcf (3 K...

1

A1516

# Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Friday, September 10, 2004 12:39 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Papili Joseph A (DSP); Hughes Randall L (DSP); Seifert Mark W (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |
| Subject: | Please read |

Troop Commanders and Section Chiefs,

A Division-wide e-mail was recently sent that changed the location of the 1st Responders' Recertification. The original e-mail, sent out on 04/06/04, identified the need for DSP class numbers 68 through 73 to attend the 1st Responders Recertification during any one of six available dates in May, July, August or September. Immediately following the most recent e-mail, Lt. Alexander was notified by some sergeants at various troops that there are some troopers who will not be able to attend the final two dates (09/13 and 09/17) due to their shifts being shorthanded.

We are sensitive to the staffing needs at each troop. But unfortunately it appears that some troopers have put the training off until the last minute and created a situation that could have been avoided. The training is mandatory for classes 68 - 73, and those who do not attend the recertification by October 1, 2004 will be required to attend the entire course (40 hours) again. Due to the liability issues associated with this type of certification, there cannot be exceptions. Therefore, the Aviation Section is willing to accommodate one more date for those who cannot make either of the two forenamed dates. It's imperative the affected personnel attend on 9/13, 9/17, or the final date below:

| | |
|---|---|
| DATE: | Friday, September 30, 2004 |
| TIME: | 0800-2000 Hrs. |
| LOCATION: | DE State Fire School, Classroom #2 |

If these date's cannot be attended, the DSP Academy will be running the 1st Responders Certification Course during the following weeks: November 8-12, 2004 and November 29-December 3, 2004.

Captain Albert Homiak
Director of Training
Delaware State Police
1453 North DuPont Highway
Dover, De. 19901
302-739-5903 (office)
302-739-5945 (fax)

1

Foraker Christopher D (DSP)

| From: | Davis Ralph H (DSP) |
|---|---|
| nt: | Wednesday, September 29, 2004 8:35 AM |
| ɪo: | DSP_Users |
| Cc: | DSP_Executive Staff |
| Subject: | September 29, 2004 Commanders' Meeting |

Authority of Lt Colonel MacLeish, the Commanders' Meeting scheduled for today, September 29, 2004, has been postponed. Commanders will be notified of the date and time of the rescheduled meeting.

Captain Ralph H. Davis, III
Director of Planning
Delaware State Police
P.O. Box 430
Dover, DE 19903
(302) 739-6966
ralph.davis@state.de.us

1

A1518

Foraker Christopher D (DSP)

| | |
|---|---|
| ~om: | Peterson Alexander (DSP) |
| .nt: | Thursday, September 30, 2004 11:26 AM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Davis Ralph H (DSP); DSP_Executive Staff; Burge Sharon L (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Balcerak Mary C (DSP) |
| Subject: | October Commanders Meeting |
| Importance: | High |

This message sent authority of Captain Ralph H. Davis

The October Commanders Meeting is scheduled for October 26 at 0900 at the DSP Academy. All criminal reports from September are due at SBI by Thursday, October 7 at 1600. NIBRS stats will be sent to the troops and sections on October 14. Troop and Section summaries are due at the Planning Section no later than Wednesday, October 20 at 0900.

Renee - Please have the NIBRS run ready for pick up on Wednesday, October 13 in the morning. Thanks.


*Sergeant Alexander Peterson III*
*Delaware State Police*
*Planning & Research Section*
*P.O. Box 430*
*Dover, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*

*E-Mail:* Alexander.Peterson@state.de.us

1

## Foraker Christopher D (DSP)

| | |
|---|---|
| **From:** | Peterson Alexander (DSP) |
| **Sent:** | Thursday, September 30, 2004 11:43 AM |
| **To:** | Peterson Alexander (DSP); DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| **Cc:** | Davis Ralph H (DSP); DSP_Executive Staff; Burge Sharon L (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttle Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Balcerak Mary C (DSP) |
| **Subject:** | RE: October Commanders Meeting |
| **Importance:** | High |

*Please note the Commanders meeting is on Tuesday October 26, 2004, taking the place of the normal Wednesday meeting.*

*or October 26, 2004 Sergeant Alexander Peterson III*
*Delaware State Police*
*Planning & Research Section*
*P.O. Box 430*
*ver, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*                                                    *E-Mail:*
*Alexander.Peterson@state.de.us*

-----Original Message-----
| | |
|---|---|
| **From:** | Peterson Alexander (DSP) |
| **Sent:** | Thursday, September 30, 2004 11:26 AM |
| **To:** | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| **Cc:** | Davis Ralph H (DSP); DSP_Executive Staff; Burge Sharon L (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttle Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Balcerak Mary C (DSP) |
| **Subject:** | October Commanders Meeting |
| **Importance:** | High |

This message sent authority of Captain Ralph H. Davis

The October Commanders Meeting is scheduled for October 26 at 0900 at the DSP Academy. All criminal reports from September are due at SBI by Thursday, October 7 at 1600. NIBRS stats will be sent to the troops and sections on October 14. Troop and Section summaries are due at the Planning Section no later than Wednesday, October 20 at 0900.

1

Renee - Please have the NIBRS run ready for pick up on Wednesday, October 13 in the morning.  Thanks.

*Sergeant Alexander Peterson III*
*Delaware State Police*
*Planning & Research Section*
*P.O. Box 430*
*Dover, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*

*E-Mail: Alexander.Peterson@state.de.us*

2

A1521

Foraker Christopher D (DSP)

| | |
|---|---|
| ~~om: | Davis Ralph H (DSP) |
| :nt: | Thursday, September 30, 2004 11:54 AM |
| To: | Peterson Alexander (DSP); DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | DSP_Executive Staff; Burge Sharon L (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Balcerak Mary C (DSP) |
| Subject: | Rescheduled September Commanders Meeting |

## Rescheduled September Commanders' Meeting

The September Commanders' Meeting, originally scheduled for Wednesday, September 29, 2004 at 0900 hours has been rescheduled for Thursday, October 7, 2004 at 0900 hours at the Academy.

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Young Harry D (DSP) |
| Sent: | Friday, October 15, 2004 1:50 PM |
| To: | Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail); Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff; DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood; Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert; Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail) |
| Cc: | DSP_911_Centers |
| Subject: | Troop Commanders Version 10-15 Intelligence Bulletin |

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of the intelligence section will be the only source of distribution of this bulletin. If an outside agency wishes to receive this bulletin, please have them contact the Delaware State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and is to be considered confidential. The definition of "LAW ENFORCEMENT SENSITIVE" is...

Unclassified information from a law enforcement agency that might be used in a criminal prosecution and requires protection against unauthorized disclosure to protect the sources, methods, investigative activity, evidence, and the integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer need them to refer to. Please direct all comments and questions to Sergeant Dave Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



10-15 Intel.
Bulletin.pdf (789...

**CONFIDENTIALITY NOTICE**

*The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have received this email in error, please phone the sender immediately to arrange for the return of this information.*

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Peterson Alexander (DSP) |
| nt: | Wednesday, October 20, 2004 2:55 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders; Davis Ralph H (DSP) |
| Cc: | Rigby Renee (DSP); Cohee Richard H (DSP); Baylor David L (DSP); Papili Joseph A (DSP); Hughes Randall L (DSP); Seifert Mark W (DSP); Chaffinch Aaron L (DSP); MacLeish Thomas F (DSP); Eckrich Paul (DSP); Burge Sharon L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Bracken Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Homiak Albert J (DSP) |
| Subject: | New Time for Commanders Meeting |
| Importance: | High |

**This message sent authority of Captain Ralph H. Davis**

Troop Commander/Section Chief,

The October Commanders' Meeting is scheduled for **Tuesday, October 26, 2004.** The Meeting will begin at **11:00 a.m.** instead of the customary 9:00 a.m. A light lunch will be served.

*Sergeant Alexander Peterson III*
*Delaware State Police*
*Planning & Research Section*
*P.O. Box 430*
*Dover, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*
*Alexander.Peterson@state.de.us*

*E-Mail:*

-----Original Message-----

| | |
|---|---|
| From: | Homiak Albert J (DSP) |
| Sent: | Tuesday, June 29, 2004 12:22 PM |
| To: | DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Rigby Renee (DSP); Peterson Alexander (DSP); Cohee Richard H (DSP); Baylor David L (DSP); Papili Joseph A (DSP); Hughes Randall L (DSP); Seifert Mark W (DSP); Chaffinch Aaron L (DSP); MacLeish Thomas F (DSP); Eckrich Paul (DSP); Burge Sharon L (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Bracken Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Davis Ralph H (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP) |

1

Subject:    Commanders Meeting and NIBRS Numbers

Troop Commanders and Section Chiefs,
A reminder that the July Commanders Meeting is on **Tuesday, July 20** at the DSP Academy at 0900. It was originally scheduled for July 21.
**All criminal reports are due at SBI no later than Tuesday, July 6. It's imperative that all crime reports from June are submitted by that date.** NIBRS stats will be sent to the troops on Monday, July 12. Troop and Section summaries are due at the Planning Section no later than Thursday, July 15 at 1600 hours.

Note to Renee - Please have the NIBRS run ready for pick up on Monday morning, July 12. Thanks.

<< File: Homiak Albert J (DSP).vcf >>

2

Foraker Christopher D (DSP)

From:          Peterson Alexander (DSP)
nt:            Friday, October 22, 2004 4:01 PM
To:            DSP_Section Chiefs Sworn; DSP_Troop Commanders; Davis Ralph H (DSP)
Cc:            Davis Ralph H (DSP); DSP_Executive Staff; Burge Sharon L (DSP); Cohee Richard H (DSP);
               Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass
               Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa
               L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP);
               Brackin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin
               George R (DSP); Cooper Mitch C (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J
               (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttie Joseph E
               (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael
               G (DSP); Rust Mark W (DSP); Stank John J (DSP); Taylor Paul H (DSP); Warrington Michael
               L (DSP); Rigby Renee (DSP)
Subject:       November Commanders Meeting

The November Commanders Meeting is scheduled for Wednesday November 17 at 0900 at the DSP Academy. All
criminal reports from October are due at SBI by Thursday, November 4 at 1600. NIBRS stats will be sent to the troops
and sections on November 10. Troop and Section summaries are due at the Planning Section no later than Friday,
November 12 at 1200hrs.

Renee - Please have the NIBRS run ready for pick up on Wednesday, November 10 in the morning.  Thanks.


*Sergeant Alexander Peterson III*
*Delaware State Police*
*'anning & Research Section*
*P.O. Box 430*
*Dover, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*
*Alexander.Peterson@state.de.us*                                                    *E-Mail:*

1

Foraker Christopher D (DSP)

From:           Young Harry D (DSP)
Sent:           Friday, November 05, 2004 4:08 PM
To:             Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail);
                Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen
                Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff;
                DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3
                Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill
                William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood;
                Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick
                (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris
                Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert;
                Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner
                Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail)
Cc:             DSP_911_Centers; 'cschaub@leo.gov'; McDerby Kevin; Harris Larry
Subject:        11-5 Troop Commanders copy of DSP Intelligence Bulletin

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT
FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of
the Intelligence section will be the only source of distribution of this bulletin. If an
outside agency wishes to receive this bulletin, please have them contact the Delaware
State Police Criminal Intelligence Section @ 302-739-5996.

The Information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and
is to be considered confidential. The definition of "LAW ENFORCEMENT
SENSITIVE" is...

Unclassified information from a law enforcement agency that
might be used in a criminal prosecution and requires protection against unauthorized
disclosure to protect the sources, methods, investigative activity, evidence, and the
integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer
need them to refer to. Please direct all comments and questions to Sergeant Dave
Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



11-5, TC Version.pdf
(737 KB)

_CONFIDENTIALITY NOTICE_

_The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and
CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended
recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have
received this email in error, please phone the sender immediately to arrange for the return of this information._

1

Foraker Christopher D (DSP)

**From:**     Young Harry D (DSP)
**int:**      Friday, November 12, 2004 3:50 PM
**To:**       Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail);
              Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen
              Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff;
              DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3
              Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill
              William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood;
              Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick
              (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell,David B (DSHS); Morris
              Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert;
              Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner
              Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail)
**Cc:**       DSP_911_Centers; 'cschaub@leo.gov'; McDerby Kevin
**Subject:**  11-12 Bulletin Troop Commander's Version

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT
FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of
the intelligence section will be the only source of distribution of this bulletin. If an
outside agency wishes to receive this bulletin, please have them contact the Delaware
State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and
is to be considered confidential. The definition of "LAW ENFORCEMENT
SENSITIVE" is...

Unclassified information from a law enforcement agency that
might be used in a criminal prosecution and requires protection against unauthorized
disclosure to protect the sources, methods, investigative activity, evidence, and the
integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer
need them to refer to. Please direct all comments and questions to Sergeant Dave
Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



11-12 TC Ver. Intel.
Bulletin....

CONFIDENTIALITY NOTICE

*The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and
CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended
recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have
received this email in error, please phone the sender immediately to arrange for the return of this information.*

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Young Harry D (DSP) |
| nt: | Friday, November 19, 2004 4:39 PM |
| To: | Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail); Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff; DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood; Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert; Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail) |
| Cc: | DSP_911_Centers |
| Subject: | Troop Commanders Version 11/19 Intel Bulletin |

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of the intelligence section will be the only source of distribution of this bulletin. If an outside agency wishes to receive this bulletin, please have them contact the Delaware State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and is to be considered confidential. The definition of "LAW ENFORCEMENT SENSITIVE" is...

Unclassified information from a law enforcement agency that might be used in a criminal prosecution and requires protection against unauthorized disclosure to protect the sources, methods, investigative activity, evidence, and the integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer need them to refer to. Please direct all comments and questions to Sergeant Dave Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



Nov 19 TC Version;
pdf.pdf (70...

*CONFIDENTIALITY NOTICE*

*The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have received this email in error, please phone the sender immediately to arrange for the return of this information.*

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Peterson Alexander (DSP) |
| Sent: | Tuesday, November 23, 2004 11:17 AM |
| To: | DSP_Executive Staff; DSP_Section Chiefs Sworn; DSP_Troop Commanders; Davis Ralph H (DSP) |
| Cc: | Burge Sharon L (DSP); Cohee Richard H (DSP); Angeline-Coupe Pamela (DSP); Dick Constance L (DSP); Drake Barbara A (DSP); Haass Dawn M (DSP); Haines Donna N (DSP); Prouse Catherine A (DSP); Schneiderwent Theresa L (DSP); Warnock Carole A (DSP); Willey-Stevens Laura A (DSP); Bailey Alice J (DSP); Bracklin Thomas J (DSP); Brown Curtis (DSP); Campanella John A (DSP); Chamberlin George R (DSP); Cooper Mitch C (DSP); Donaway Gregory W (DSP); Eisenhardt Michael J (DSP); Ford Tom (DSP); Hagan Ronald W (DSP); Hudson Monroe B (DSP); Huttle Joseph E (DSP); Kresge Gary A (DSP); Ogden Patrick A (DSP); Purcell Galen M (DSP); Quig Michael G (DSP); Rust Mark W (DSP); Slank John J (DSP); Taylor Paul H (DSP); Warrington Michael L (DSP); Rigby Renee (DSP); Balcerak Mary C (DSP) |
| Subject: | December Commanders Meeting |
| Importance: | High |

The December Commanders Meeting is scheduled for Wednesday December 15 at 0900 at the DSP Academy. All criminal reports from November are due at SBI by Friday, December 3 at 1600. NIBRS stats will be sent to the troops and sections on December 7. Troop and Section summaries are due at the Planning Section no later than Friday, December 10 at 1200hrs.

Renee - Please have the NIBRS run ready for pick up on Tuesday, December 7 in the morning. Thanks.

*Sergeant Alexander Peterson III*
*Delaware State Police*
*Planning & Research Section*
*P.O. Box 430*
*Dover, De. 19903*
*Work No# 302-739-6966*
*Pager 302-247-0773*
*Fax 302-739-5982*
*Alexander.Peterson@state.de.us*

*E-Mail:*

1

Foraker Christopher D (DSP)

| | |
|---|---|
| ⁻rom: | Young Harry D (DSP) |
| ⁾nt: | Friday, December 03, 2004 3:46 PM |
| ⁾o: | Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail); Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff; DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood; Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert; Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail) |
| Cc: | DSP_911_Centers |
| Subject: | Dec 3rd TC Version of Intel Bulletin |

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of the Intelligence section will be the only source of distribution of this bulletin. If an outside agency wishes to receive this bulletin, please have them contact the Delaware State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and is to be considered confidential. The definition of "LAW ENFORCEMENT ⁻ENSITIVE" is...

Unclassified information from a law enforcement agency that might be used in a criminal prosecution and requires protection against unauthorized disclosure to protect the sources, methods, investigative activity, evidence, and the integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer need them to refer to. Please direct all comments and questions to Sergeant Dave Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



Dec 3 Intel Bull.pdf
(814 KB)

CONFIDENTIALITY NOTICE

The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have received this email in error, please phone the sender immediately to arrange for the return of this information.

1

Foraker Christopher D (DSP)

From:            Young Harry D (DSP)
Sent:            Friday, December 10, 2004 4:03 PM
To:              Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Bert Nicholls (E-mail); Bryson
                 William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore
                 (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff;
                 DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3
                 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill
                 William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood;
                 Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick
                 (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris
                 Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert;
                 Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner
                 Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail)
Cc:              DSP_911_Centers
Subject:         Troop Commanders Version of 12/10 Intel Bulletin

   Attached is the Delaware State Police "Weekly Intelligence Bulletin".   DO NOT
FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL.  The analytical unit of
the intelligence section will be the only source of distribution of this bulletin.  If an
outside agency wishes to receive this bulletin, please have them contact the Delaware
State Police Criminal Intelligence Section @ 302-739-5996.

   The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and
is to be considered confidential.  The definition of "LAW ENFORCEMENT
SENSITIVE" is...

   Unclassified information from a law enforcement agency that
might be used in a criminal prosecution and requires protection against unauthorized
disclosure to protect the sources, methods, investigative activity, evidence, and the
integrity of the investigation reports.

   Please destroy (shred or burn) any hard copies of this bulletin when you no longer
need them to refer to.   Please direct all comments and questions to Sergeant Dave
Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



Dec 10 TC.pdf (780
KB)

### CONFIDENTIALITY NOTICE

The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and
CONFIDENTIAL.   It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet.  If you are not the intended
recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited.   If you have
received this email in error, please phone the sender immediately to arrange for the return of this information.

1

Foraker Christopher D (DSP)

| | |
|---|---|
| **From:** | Young Harry D (DSP) |
| **Sent:** | Friday, December 17, 2004 2:36 PM |
| **To:** | Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Bert Nicholls (E-mail); Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff; DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood; Larry Weigand (E-mail); Manuszak, Chuck; MCAC; McDaniel William (DNREC); Mike Cusick (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert; Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail) |
| **Cc:** | DSP_911_Centers |
| **Subject:** | 12-17 Intel Bulletin TC Version |

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of the intelligence section will be the only source of distribution of this bulletin. If an outside agency wishes to receive this bulletin, please have them contact the Delaware State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and is to be considered confidential. The definition of "LAW ENFORCEMENT SENSITIVE" is...

Unclassified information from a law enforcement agency that might be used in a criminal prosecution and requires protection against unauthorized disclosure to protect the sources, methods, investigative activity, evidence, and the integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer need them to refer to. Please direct all comments and questions to Sergeant Dave Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



12-17 TC
Version.pdf (804 KB)

*CONFIDENTIALITY NOTICE*

*The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have received this email in error, please phone the sender immediately to arrange for the return of this information.*

1

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Young Harry D (DSP) |
| Sent: | Friday, December 24, 2004 12:00 PM |
| To: | Amy McCracken (E-mail); Baldwin Richard; Banks Keith; Barry Ross; Bert Nicholls (E-mail); Bryson William; Collins Ward; Conway Gerald; Dan Onisick; Diana Kremer (E-mail); Doreen Moore (E-mail); Drake Ronnie (DOC); DSP_Exec Protection; DSP_Executive Staff; DSP_Intelligence; DSP_Section Chiefs Sworn; DSP_Troop 2 Criminal; DSP_Troop 3 Criminal; DSP_Troop 4 Criminal; DSP_Troop Commanders; Feeney Kevin; Harris Larry; Hill William (DNREC); Hudson Keith; Jarrett Thomas M (DTI); Jopp William (DSHS); Kevin Wood; Larry Weigand (E-mail); Manuszak Chuck; MCAC; McDaniel William (DNREC); Mike Cusick (E-mail); Mike DiStefano (E-mail); Mike Robinson (E-mail); Mitchell David B (DSHS); Morris Gary; Reuther Kurt (DNREC); Rob Deickman (E-mail); Rogers Steve (DOC); Sam Mackert; Schmid William; Shawn Corcoran (E-mail); Starkey Elayne (DTI); Troy Antal (E-mail); Turner Jamie (DEMA); Wade Kirschner (E-mail); William Wood (E-mail) |
| Cc: | DSP_911_Centers |
| Subject: | Dec. 24 Intelligence Bulletin; Troop Commander's Version |

Attached is the Delaware State Police "Weekly Intelligence Bulletin". DO NOT FORWARD THIS BULLETIN OUTSIDE OF DSP PERSONNEL. The analytical unit of the intelligence section will be the only source of distribution of this bulletin. If an outside agency wishes to receive this bulletin, please have them contact the Delaware State Police Criminal Intelligence Section @ 302-739-5996.

The information contained in this bulletin is "LAW ENFORCEMENT SENSITIVE" and is to be considered confidential. The definition of "LAW ENFORCEMENT SENSITIVE" is...

Unclassified information from a law enforcement agency that might be used in a criminal prosecution and requires protection against unauthorized disclosure to protect the sources, methods, investigative activity, evidence, and the integrity of the investigation reports.

Please destroy (shred or burn) any hard copies of this bulletin when you no longer need them to refer to. Please direct all comments and questions to Sergeant Dave Young or Corporal Suzanne Baker @ 302-739-8474 or 302-739-1496.



12-24 TC
Bulletin.pdf (778 KB)..

**CONFIDENTIALITY NOTICE**

*The information contained in this email transmission from the Delaware State Police, Criminal Intelligence Unit is privileged and CONFIDENTIAL. It is intended for the sole use of the person(s) or entity named on this transmittal cover sheet. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information is strictly prohibited. If you have received this email in error, please phone the sender immediately to arrange for the return of this information.*

1

## Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Carrow William D (DSP) |
| nt: | Friday, January 21, 2005 12:54 PM |
| To: | DSP_Section Chiefs Civilian; DSP_Section Chiefs Sworn; DSP_Troop Commanders |
| Cc: | Seifert Mark W (DSP) |
| Subject: | Conference Call Today at 1530 Hours |
| Importance: | High |

All Troop Commanders and Section Chiefs are to participate in a conference call today at 1530 hours.

Call in on (800) 377-8846 and use participant code 16071912#

NOTE – If you attempt to push the # key and it does not work (at troops with older phone systems) hang up and redial and when asked for code,
enter 16071912*## (star, pound pound)

Thanks.

William D. Carrow
Communications Section Chief
Delaware State Police
APCO Mid-Eastern Chapter President
Office: (302) 659-2340
Fax:   (302) 659-6856
E-Mail bill.carrow@state.de.us
Cell Phone (302) 222-6612 /Text Message www.vtext.com
www.mideasternapco.com

1

Message                                                                                           Page 1 of 1

## Foraker Christopher D (DSP)

**From:**    Alexander William J (DSP)
**Sent:**    Tuesday, April 05, 2005 11:28 AM
**To:**      DSP_Administration; DSP_Troop Commanders; DSP_Section Chiefs Sworn; DSP_Executive Staff
**Subject:** Mandatory Commanders' Training

TO -          ALL TROOPS AND SECTIONS
SUBJECT -     MANDATORY TRAINING:  PROFESSIONAL TRAFFIC STOPS


ALL COMMANDERS, SECTION CHIEFS AND OTHER PERSONNEL WHO
ATTEND MONTHLY COMMANDERS' MEETINGS ARE REMINDED OF THE FOLLOWING
TRAINING--

TITLE:          PROFESSIONAL TRAFFIC STOPS
DATE:           FRIDAY, APRIL 8TH
TIME:           0900-1300
LOCATION:       DELAWARE STATE FIRE SCHOOL, ROOM 5B
INSTRUCTOR:     DR. LORI FRIDELL, POLICE EXECUTIVE RESEARCH FORUM (PERF)

QUESTIONS REGARDING THIS TRAINING SHOULD BE DIRECTED TO MAJ. MARK
SEIFERT, AT 739-1168.

/S/ MAJOR MARK W. SEIFERT,
NCC OPERATIONS OFFICER

06/20/2005

A1536

Foraker Christopher D (DSP)

| | |
|---|---|
| From: | Seay Elizabeth B (DSP) |
| Sent: | Friday, June 10, 2005 2:31 PM |
| To: | DSP_Troop Commanders; DSP_Section Chiefs Sworn |
| Subject: | June Commanders' Meeting |

Troop Commanders and Section Chiefs:

The Commanders meeting scheduled for Wednesday, June 15th has been postponed until the following week, the date and location to be determined. The Planning Section will make the notification.

This message is being sent authority Colonel Thomas F. MacLeish.

Elizabeth B. Seay
Delaware State Police
PO Box 430
Dover, DE 19903
Office Telephone #: 302-739-5911
E-Mail address: elizabeth.seay@state.de.us

1

A1537