# EXHIBIT 1



**WILCOX & FETZER LTD.**

In the Matter Of:

# Price, et al.
# v.
# Chaffinch, et al.

C.A. # 04-956-GMS

Transcript of:

# Wayne H. Warren
Volume # 1
October 17, 2005

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Case 1:04-cv-00956-GMS   Document 230-2   Filed 08/04/2006   Page 3 of 5

| Price, et al. | v. | Chaffinch, et al. |
|---|---|---|
| Wayne H. Warren, Volume 1 | C.A. # 04-956-GMS | October 17, 2005 |

Page 1

```
1                         VOLUME 1

         IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF DELAWARE

CORPORAL B. KURT PRICE, et al.,     )
                                    )
              Plaintiffs,           )
                                    )
                                    ) Civil Action
    v.                              ) No. 04-956-GMS
                                    )
COLONEL L. AARON CHAFFINCH, et al., )
                                    )
              Defendants.           )
------------------------------------)
SERGEANT CHRISTOPHER D. FORAKER,    )
                                    )
              Plaintiff,            )
                                    )
                                    ) Civil Action
    v.                              ) No. 04-1207-GMS
                                    )
COLONEL L. AARON CHAFFINCH, et al., )
                                    )
              Defendants.           )
```

           Deposition of WAYNE H. WARREN taken
pursuant to notice at the law offices of Montgomery,
McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue,
Suite 750, Wilmington, Delaware, beginning at 10:10
a.m., on Monday, October 17, 2005, before Kurt A.
Fetzer, Registered Diplomate Reporter and Notary
Public.

APPEARANCES:
        THOMAS S. NEUBERGER, ESQ.
        THE NEUBERGER FIRM, P.A.
          2 East Seventh Street - Suite 302
          Wilmington, Delaware  19801
          For the Plaintiffs
                WILCOX & FETZER
      1330 King Street -  Wilmington, Delaware 19801
                  (302) 655-0477

Price, et al.                    v.                    Chaffinch, et al.
Wayne H. Warren, Volume 1        C.A. # 04-956-GMS     October 17, 2005

Page 2

1  APPEARANCES: (Cont'd)
2     EDWARD T. ELLIS, ESQ.
3     MONTGOMERY McCRACKEN WALKER & RHOADS, LLP
      123 South Broad Street
4     Philadelphia, Pennsylvania 19109
      For the Defendants
5
   ALSO PRESENT:
6     B. KURT PRICE
      CHRISTOPHER D. FORAKER
7
8              - - - - -
9          WAYNE H. WARREN,
10    the deponent herein, having first been
11    duly sworn on oath, was examined and
12    testified as follows:
13              EXAMINATION
14  BY MR. ELLIS:
15  Q.  Could you state your name for the record,
16  please?
17  A.  Wayne Howard Warren.
18  Q.  And you are currently a member of the Delaware
19  State Police?
20  A.  Yes, I am.
21  Q.  And what's your rank?
22  A.  Master corporal.
23  Q.  What's your date of birth?
24  A.  5-22-58.

Page 3

1   Q.  Are you married?
2   A.  Yes.
3   Q.  What's your wife's name?
4   A.  Mary Lou.
5   Q.  Does your wife work?
6   A.  Yes, she does.
7   Q.  What does she do?
8   A.  She's a Registered Nurse with a pain doctor in
9   the Lewes area.
10  Q.  A pain doctor?
11  A.  Yes. Gabriel Samori.
12  Q.  Gabriel?
13  A.  Samori.
14  Q.  Can you spell it, please?
15  A.  S-a-m-o-r-i.
16  Q.  Do you have children?
17  A.  Yes, I do.
18  Q.  How many?
19  A.  Two.
20  Q.  What are their ages?
21  A.  Jackie is 18 and Jennifer is 16.
22  Q.  And is Jackie a female?
23  A.  Yes.
24  Q.  Where is Jackie in school?

Page 4

1   A.  Kennesaw State University in Kennesaw, Georgia.
2   Q.  How about Jennifer?
3   A.  She's in Cape Henlopen High School.
4   Q.  Do you live in Lewes, Delaware?
5   A.  Yes, I do.
6   Q.  Can you give me your address, please?
7   A.  16820 Ketch, K-e-t-c-h, Court in Lewes.
8   Q.  Are you presently actively working as a state
9   trooper?
10  A.  No, I'm not.
11  Q.  When is the last day that you were active as a
12  state trooper?
13  A.  That would have been June 17th, 2004, I
14  believe, before I was placed on light duty.
15  Q.  Okay. I guess I probably used a bad phrase
16  then.
17      When I said actively working, I meant
18  going to, going on the job and performing some work
19  for the State Police. You were actually going to work
20  after June 17th, 2004, were you not?
21  A.  That's correct.
22  Q.  And am I correct that you are presently not
23  working?
24  A.  That's correct.

Page 5

1   Q.  And when is the last day that you reported for
2   duty?
3   A.  I believe it was May 12th of this year, 2005.
4   Q.  Why did you stop reporting to work?
5   A.  I was given a letter by Captain Downs stating
6   that I was going to have to separate from the division
7   by June 10th of this year.
8   Q.  Okay. Now, who was Captain Downs?
9   A.  He was the captain in charge of the training
10  academy.
11  Q.  So he was the director of training as of May
12  12th, 2005?
13  A.  That's correct.
14  Q.  Why did his giving you the letter telling you
15  that you would have to separate on June 10th cause you
16  to stop coming to work?
17  A.  Well, it was a traumatic experience. I was
18  just given a letter stating that I had to separate
19  from the division by June 10th.
20  Q.  Was this unexpected?
21  A.  Absolutely it was unexpected.
22  Q.  What is your employment status since May 12th?
23  Has it been sick leave? Has it been --
24  A.  Sick leave.

2 (Pages 2 to 5)

Case 1:04-cv-00956-GMS    Document 230-2    Filed 08/04/2006    Page 5 of 5

| Price, et al. | v. | Chaffinch, et al. |
|---|---|---|
| Wayne H. Warren, Volume 1 | C.A. # 04-956-GMS | October 17, 2005 |

Page 218

1  Q. Did you drive up with somebody else?
2  A. I'm pretty sure I drove up by myself to at
3  least Smyrna usually.
4  Q. You're coming all the way from Lewes, right?
5  A. Right.
6  Q. Did you meet other members of the firearms
7  training unit someplace and drive into Wilmington with
8  them?
9  A. Yes.
10 Q. Do you remember where you met them?
11 A. No.
12 Q. Were you present during the meetings that they
13 had with the auditor?
14 A. No.
15 Q. Did you provide any documents other than D-7
16 and D-8 to the auditors on the day that you met with
17 them?
18 A. No. I think the binders were provided by
19 Captain Warren, I believe.
20 Q. Okay. My understanding was the binders were
21 provided by your lawyer.
22     Do you have any recollection of that?
23 A. No. That could have happened.
24 Q. Were you present when the binders were handed

Page 219

1  over to the auditors?
2  A. I don't believe so.
3  Q. Do you know whether that had occurred before
4  you got there or whether it happened after you left?
5  A. No.
6  Q. Am I correct that your lawyer had a news
7  conference the day that you met with the auditors?
8  A. I believe so.
9  Q. Were you present for the news conference?
10 A. No.
11 Q. Where were you when the news conference
12 occurred?
13 A. I have no idea.
14 Q. Did you know that it was going to happen after
15 you were done talking to the auditors?
16 A. I'm not sure.
17 Q. I'm sorry. I asked that question badly.
18     Did you know that there was going to be a
19 news conference before it actually happened?
20 A. I'm not sure.
21     MR. NEUBERGER: Just for a sake of the
22 record, if you're saying I had a press conference, I
23 don't remember having a press conference. I could be
24 wrong.

Page 220

1      MR. ELLIS: That's okay.
2      MR. NEUBERGER: I have lots of press
3  conferences.
4      MR. ELLIS: Other people remember and I
5  know you have so many that it's hard to keep track of
6  them all.
7      MR. NEUBERGER: I might have answered
8  questions from the press in some fashion, but I don't
9  know if I had a press conference. Maybe I did.
10 BY MR. ELLIS:
11 Q. Did you have a second meeting with the
12 auditors?
13 A. No, I did not.
14 Q. Did you have an appointment to meet with the
15 auditors a second time?
16 A. No, I did not.
17 Q. Were you ever contacted by the auditors to meet
18 a second time?
19 A. No, I was not.
20     MR. NEUBERGER: Are you sure of that?
21     THE WITNESS: I'm positive.
22     MR. NEUBERGER: Okay.
23     He goes away to sports events at times.
24     MR. ELLIS: Who does?

Page 221

1      MR. NEUBERGER: He wasn't there the second
2  time. He took his daughter, went to a baseball game
3  with his daughter or something. That's what it is.
4  Okay.
5  BY MR. ELLIS:
6  Q. Why do you believe that either Colonel
7  Chaffinch or Colonel MacLeish or both are retaliating
8  against you for complaining about conditions at the
9  firing range in Smyrna?
10 A. Why do I think they did that? I don't
11 understand what you're asking me.
12 Q. I'm asking you why do you think that things
13 that have happened to you were done by them out of a
14 retaliatory motive?
15     In other words, what makes you think that
16 they are doing things to you because you made
17 complaints about the firearms training unit facility?
18 A. Well, I spoke out about a facility that was
19 doomed from the very inception. The government
20 problems with the bidding process it's already been
21 uncovered that there was a problem with the bidding.
22 Q. Let me just stop you right here. I understand
23 that there is a lot of information that suggests that
24 the bidding was screwed up, that the HVAC system

56 (Pages 218 to 221)