IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE;** | : | |
| **CORPORAL WAYNE WARREN; and** | : | |
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | |
| individually and in his official capacity as | : | |
| Superintendent of the Delaware State Police; | : | |
| **LIEUTENANT COLONEL THOMAS F.** | : | |
| **MACLEISH,** individually and in his official | : | |
| capacity as Deputy Superintendent of the | : | |
| Delaware State Police; **DAVID B. MITCHELL,** | : | |
| in his official capacity as the Secretary of the | : | |
| Department of Safety and Homeland Security of | : | |
| the State of Delaware; and **DIVISION OF** | : | |
| **STATE POLICE, DEPARTMENT OF SAFETY** | : | |
| **AND HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

**SUPPLEMENTAL UNSWORN DECLARATION OF THOMAS S. NEUBERGER, ESQUIRE, UNDER 28 U.S.C. § 1746, IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS FEES, INTEREST AND COSTS OF THE NEUBERGER FIRM PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54**

I, Thomas S. Neuberger, Esquire, hereby depose and state as follows:

1. I make this declaration on my own personal knowledge and I will testify hereto if called as a witness.

2. On June 19, 2006 I executed my original declaration in this matter. At that time I indicated in paragraph 35 that the time devoted to the fee application and other post trial Motions

would be set forth separately in another Declaration which I would file after briefing or oral argument on such Motions was completed. All post trial activity was completed on August 11, 2006 and so this is that supplemental fee Declaration that I indicated I would file.

3. The following attached exhibits are taken from my billing records which were kept in the normal course of my law practice for the time from June 6 to August 13, 2006. Tab A, which is labeled "Sales by Customer Detail," is a printout from my original billing records. It is a three page chronology of all tasks performed and includes the date, the timekeeper and the time devoted to the task. The value of all this time is $86,842.50. Also attached as tab B, which is labeled "Time by Name," is a printout indicating the total time per timekeeper. My associate Cheryl Sasadeusz has recently married and so her married name, Cheryl A. Hertzog, also appears. Last is tab C, labeled "Time by Job Summary," which divides the time by tasks as previously identified in the time codes submitted as tab A with my earlier declaration.

4. A total of 366.5 hours of total time was devoted to the tasks described during this period. This included the earlier fee application with its supporting declarations and legal memorandum; post trial briefing in response to the defense post trial motions which addressed numerous grounds for post trial relief from the jury verdict; post trial briefing on the legal issues initiated by the court; post trial briefing on the issues arising from the petition clause which the court deferred to post-trial; oral argument held by the court, and briefing on the issue of amending the Complaint to reflect speech to the media as a citizen by the plaintiffs.

5. In summary, of the 366.5 total hours expended during this time period: (a) 300.8 was devoted to the analysis of the twelve day trial record and preparation of the supporting

appendices and post trial briefs[1], 29.10 was devoted to preparation for and presentation of the oral argument to the court[2], 14.5 to legal research[3], the remaining 22.1 hours was devoted to client communications, meetings and correspondence.

6.    Finally 3.0 hours of my time was devoted to the preparation of the present declaration with its accompanying documents and analysis. The value of this time is $1,230.

7.    The total value of the supplemental fee award which is being sought in this supplemental Declaration is $88,072.50.

8.    There also were expenses for document production and copying for the briefing and appendices. Three checks were paid to the outside vendor Parcels, Inc. for this purpose totaling $320.32.[4]

9.    The totals found in paragraphs 7 and 8 above should be added to those found in paragraph 53 of the pending opening memorandum in support of this fee award. The total amount of fees and services sought for The Neuberger Firm thus becomes $731,548.50.[5] The award for expenses and costs also becomes $39,049.33.[6]

---

[1] From tab C this is time codes 90, 855, 250 and 500.

[2] From tab C this is time codes 50 and 60.

[3] From tab C this is time code 410.

[4] Check 12195 on 7/17/06 for $67.10. Check 12202 on 7/18/06 for $35.26. Check 12203 on 7/18/06 for $217.96.

[5] $643,476 + $88,072.50 = $731,548.50.

[6] $38,729.01 + $320.32 = $39,049.33.

-4-

                                  /s/ Thomas S. Neuberger
                              **THOMAS S. NEUBERGER**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 14, 2006.

FTU\Atty Fees Briefing Post Trial\Supplemental Thomas S. Neuberger Fee Declaration

# Tab A

**11:21 AM**  
**08/14/06**  
**Accrual Basis**

# The Neuberger Firm
## Sales by Customer Detail
### June 6 through August 13, 2006

| Date | Memo | Item | Qty |
|---|---|---|---:|
| **Firearms Training Unit 5200-04** | | | |
| 6/6/2006 | Post-trial issues - meeting with MDH re: briefing; preparing thoughts on briefing | 855 Stephen Neuberger | 0.8 |
| 6/6/2006 | E-mails from and to Ed | 430 Stephen Neuberger | 0.1 |
| 6/8/2006 | Meeting with Chris | 110 Stephen Neuberger | 0.7 |
| 6/9/2006 | Post-trial - working on post-trial briefing | 855 Stephen Neuberger | 0.5 |
| 6/9/2006 | Post-trial briefing - working on motions and starting on briefing | 855 Stephen Neuberger | 4.6 |
| 6/9/2006 | Prepare first draft of fee legal memo and supporting declaration without the actual numbers ... | 855 | 5 |
| 6/10/2006 | Finish first draft of fees and costs motion, declaration, and legal memo., | 855 | 4.7 |
| 6/11/2006 | Post-trial issues - working on fee application - draft.03 | 855 Stephen Neuberger | 2 |
| 6/12/2006 | Post-trial - working on fees briefing | 855 Stephen Neuberger | 6.6 |
| 6/15/2006 | Meeting with CAS about post-trial issues | 855 Stephen Neuberger | 0.4 |
| 6/15/2006 | Meeting with SJN about post-trial issues | 855 CAS | 0.4 |
| 6/16/2006 | Post-trial motions - working on fees and petitioning motions and briefs | 855 Stephen Neuberger | 1.9 |
| 6/17/2006 | Post-trial - Working on fees briefing | 855 Stephen Neuberger | 1.7 |
| 6/17/2006 | Post-trial - working on petition clause briefing | 855 Stephen Neuberger | 6.3 |
| 6/18/2006 | Post-trial - teleconferences with TSN re: briefing | 855 Stephen Neuberger | 0.5 |
| 6/18/2006 | Post-trial - teleconferences with SJN re: briefing | 855 | 0.5 |
| 6/18/2006 | Post-trial briefing - petition clause OB | 855 Stephen Neuberger | 8.1 |
| 6/18/2006 | Post-trial briefing - fees and costs OB | 855 Stephen Neuberger | 1.1 |
| 6/19/2006 | Post-trial briefing - fees motion and OB | 855 Stephen Neuberger | 2 |
| 6/19/2006 | Post-trial briefing - petition clause motion, OB and appendix | 855 Stephen Neuberger | 4.6 |
| 6/19/2006 | Bluebook post-trial Petition clause brief. | 855 CAS | 1.4 |
| 6/19/2006 | Review Petition Clause brief for SJN. | 855 CAS | 0.9 |
| 6/19/2006 | Prepare TOC and TOA for Petiton Clause brief. | 855 CAS | 0.3 |
| 6/19/2006 | Insert Appendix cites into Petition Clause brief. | 855 CAS | 1.7 |
| 6/19/2006 | Review depositions and interrogatories for post-trial motions AB. | 855 CAS | 3.7 |
| 6/20/2006 | Post-trial briefing - meeting with CAS re: merits briefing | 855 Stephen Neuberger | 1 |
| 6/20/2006 | Post-trial briefing - meeting with SJN re: merits briefing | 855 CAS | 1 |
| 6/20/2006 | Post-trial - meeting with CAS re: Garcetti | 855 Stephen Neuberger | 0.3 |
| 6/20/2006 | Post-trial - working on briefing | 855 Stephen Neuberger | 0.8 |
| 6/20/2006 | Review depositions and interrogatories for post-trail motions AB. | 855 CAS | 4 |
| 6/20/2006 | Review Ceballos v. Garcetti for post-trail motion AB. | 855 CAS | 0.6 |
| 6/20/2006 | Review Defendants' Opening Brief on post-trial motions. | 855 CAS | 1.1 |
| 6/20/2006 | Discuss with SJN approach to post-trial motions AB. | 110 CAS | 0.2 |
| 6/20/2006 | file memo on use of exhibits for post-trial motion AB. | 855 CAS | 0.6 |
| 6/21/2006 | Post-trial - meeting with TSN re: post-trial merits briefing and Garcetti | 855 Stephen Neuberger | 0.5 |
| 6/21/2006 | Post-trial - meeting with SJN re: post-trial merits briefing and Garcetti | 855 | 0.5 |
| 6/21/2006 | Post-trial briefing - working on merits/Garcetti AB | 855 Stephen Neuberger | 1.6 |
| 6/21/2006 | Review order and calandar oral arugment. | 630 | 0.1 |
| 6/21/2006 | Review trial exhibits and defendant's OB and appendix for post-trial AB. | 855 CAS | 1.3 |
| 6/21/2006 | Research legal standard of review for 59(e) motions to amend the judgment. | 410 CAS | 2 |
| 6/21/2006 | Pick up Day 5 through 10 of trial transcirpts. | 855 CAS | 0.4 |
| 6/21/2006 | Draft standard of reveiw for Rule 59(e) portion of AB. | 855 CAS | 1.3 |
| 6/21/2006 | Pick up and disrtibute trial transcript for merits AB use. | 855 CAS | 1 |
| 6/21/2006 | Review trial testimony for merits AB. | 855 CAS | 1 |
| 6/22/2006 | Meet with CAS about posttrial issues. | 110 | 0.2 |
| 6/22/2006 | Review and analyze our petition clause brief and the logic of our argument for this ground to... | 90 | 1.2 |
| 6/22/2006 | Review our contempt brief and motion and email MH on a reply. | 90 | 0.7 |
| 6/22/2006 | Review Trial transcript for post-trial brief. | 855 CAS | 5.8 |
| 6/22/2006 | Pick up transcript from court reporter for Day 11 and the verdict. | 855 CAS | 0.4 |
| 6/22/2006 | Meeting with TSN regarding documents he needs for post-trial briefing. | 110 CAS | 0.1 |
| 6/23/2006 | Review defense post trial merits brief and outline research topics for cocounsel. | 90 | 2.1 |
| 6/23/2006 | Compose table of contents and review Trial transcript for post-trial brief. | 855 CAS | 4 |
| 6/23/2006 | Review plaintiffs' tesitmony for post-trial merits AB. | 855 CAS | 3 |
| 6/26/2006 | Review trial testimony for post-trail merits AB. | 855 CAS | 4 |
| 6/27/2006 | Legal Research on Rule 59(e) with regard to intervening change in controlling law. | 410 CAS | 3.5 |
| 6/28/2006 | Telephone with WW. | 790 | 0.2 |
| 6/29/2006 | Post-trial briefing - Meeting with TSN | 855 Stephen Neuberger | 0.3 |
| 6/29/2006 | Post-trial briefing - Meeting with SJN | 855 | 0.3 |
| 6/29/2006 | Post-trial motions - working on merits AB | 855 Stephen Neuberger | 4.9 |
| 6/29/2006 | Meeting with SJN re post-trial merits AB assignments. | 110 CAS | 0.4 |
| 6/29/2006 | Email to clients regarding issue for post trial briefing. | 430 CAS | 0.1 |
| 6/29/2006 | Gather trial testimony for MDH for post-trial answering brief. | 855 CAS | 0.3 |
| 6/30/2006 | Post-trial briefing - merits AB | 855 Stephen Neuberger | 5.4 |
| 6/30/2006 | Meeting with SJN regarding appendix for post-trial AB. | 110 CAS | 1 |
| 6/30/2006 | Meeting with MDH regarding post-trial AB legal issue. | 110 CAS | 0.3 |
| 6/30/2006 | Legal research and drafting response to SJN on Rule 59(e) motions. | 855 CAS | 2 |
| 6/30/2006 | Review trial testimony for post-trail answering brief. | 855 CAS | 1.5 |
| 6/30/2006 | review cases and compose memo regarding Garcetti v. Cebalos and susequent case law. | 855 CAS | 1 |
| 6/30/2006 | Contact copying service regarding appendix. | 855 CAS | 0.3 |
| 7/2/2006 | Post-trial briefing - merits AB | 855 Stephen Neuberger | 6.8 |
| 7/3/2006 | Revise our Garcetti argument in our Answering Brief, post trial. | 90 | 2.1 |
| 7/3/2006 | Post-trial - meeting with TSN re Merits AB | 855 Stephen Neuberger | 0.4 |
| 7/3/2006 | Post-trial - meeting with SJN re Merits AB | 855 | 0.4 |
| 7/3/2006 | Post-trial briefing - working on merits AB | 855 Stephen Neuberger | 8.1 |
| 7/3/2006 | Research and writing section for post-trial breif on punitive damages. | 855 CAS | 3.2 |
| 7/3/2006 | Meet with SJN regarding punitives research and damages testimony re Foraker. | 110 CAS | 0.2 |
| 7/3/2006 | Compile Appendix for post-trail AB. | 855 CAS | 3.3 |
| 7/3/2006 | Review trial testimony regarding Foraker's damages. | 855 CAS | 1 |
| 7/4/2006 | Rework Garcetti seciton of the brief, study the decison. | 90 | 2 |
| 7/4/2006 | Revise and edit post trial answering brief on merits. | 90 | 1.5 |
| 7/4/2006 | Post-trial briefing - working on merits AB | 855 Stephen Neuberger | 9.7 |
| 7/4/2006 | Research and compile legal research on punitive damages. | 855 CAS | 2.5 |
| 7/5/2006 | Legal research on punitive damages issues for the answering post trial brief. | 410 | 0.6 |
| 7/5/2006 | Meet with SJN to discuss post trial briefing on the punitive damages issue. | 110 | 0.3 |
| 7/5/2006 | Redraft of our AB to dedfense merits motions. | 90 | 1.5 |
| 7/5/2006 | Post-trial - meeting with TSN re: merits briefing | 855 Stephen Neuberger | 0.3 |
| 7/5/2006 | Post-trial - meeting with SJN re: merits briefing | 855 | 0.3 |
| 7/5/2006 | Post-trial briefing - working on merits AB | 855 Stephen Neuberger | 11.4 |
| 7/5/2006 | Compile documents and table of contents for post-trial AB appendix. | 855 CAS | 2 |
| 7/5/2006 | Review post-trail AB draft and compile TOA and TOC. | 855 CAS | 2 |
| 7/5/2006 | Research subsequent case law on Garcetti v. Ceballos. | 410 CAS | 0.4 |
| 7/5/2006 | Review appendix for post trial AB. | 855 CAS | 0.4 |

11:21 AM  
08/14/06  
Accrual Basis

# The Neuberger Firm
## Sales by Customer Detail
### June 6 through August 13, 2006

| Date | Memo | Item | Qty |
|---|---|---|---|
| 7/5/2006 | Insert citations into brief. | 855 CAS | 0.3 |
| 7/5/2006 | Review testimony for Foraker's defamation case. | 855 CAS | 3.2 |
| 7/6/2006 | Revise latest draft of our A.B. on merits. | 90 | 1.4 |
| 7/6/2006 | Discuss brief with MH, SJN. | 90 | 0.2 |
| 7/6/2006 | Revise Fini and punitive damages sections of brief. | 90 | 0.7 |
| 7/6/2006 | Revise our Answering Brief on the merits. | 90 | 1.5 |
| 7/6/2006 | Post-trial - meeting with TSN re merits briefing | 855 Stephen Neuberger | 0.4 |
| 7/6/2006 | Post-trial - meeting with TSN re merits briefing | 855 Stephen Neuberger | 0.4 |
| 7/6/2006 | Post-trial - meeting with SJN re merits briefing | 855 | 0.4 |
| 7/6/2006 | Post-trial - working on merits AB | 855 Stephen Neuberger | 6.5 |
| 7/6/2006 | Post-trial AB - Appendix and brief. | 855 CAS | 6 |
| 7/7/2006 | Post-trial - working on merits and then fees and other briefing | 855 Stephen Neuberger | 5.4 |
| 7/7/2006 | Post-trial AB appendix and brief. | 855 CAS | 2.5 |
| 7/8/2006 | Post-trial - telephone with MDH re: RB's | 855 Stephen Neuberger | 0.4 |
| 7/9/2006 | Post-trial briefing - working on attorneys fees RB | 855 Stephen Neuberger | 7.6 |
| 7/10/2006 | Post-trial briefing - working on fees RB | 855 Stephen Neuberger | 4.1 |
| 7/11/2006 | Post-trial briefing - working on petition clause RB | 855 Stephen Neuberger | 6.4 |
| 7/12/2006 | Post-trial - working on petition clause RB | 855 Stephen Neuberger | 9 |
| 7/13/2006 | Work on, edit, discuss our reply brief on the petition clause. | 90 | 2.1 |
| 7/13/2006 | Post-trial briefing - working on Petition clause RB and finalizing Fees RB | 855 Stephen Neuberger | 11.8 |
| 7/14/2006 | Post-trial - working on fees; petition clause briefing | 855 Stephen Neuberger | 8.1 |
| 7/17/2006 | Review and approve our final contempt reply brief. | 90 | 0.9 |
| 7/17/2006 | Review and approve our final atty fee reply briefs. | 90 | 1 |
| 7/17/2006 | Meeting with TSN re: state of post-trial briefing and merits RB | 855 Stephen Neuberger | 0.2 |
| 7/17/2006 | Meeting with SJN re: state of post-trial briefing and merits RB | 855 | 0.2 |
| 7/17/2006 | Post-trial briefing - File organization and review | 855 Stephen Neuberger | 1 |
| 7/18/2006 | Review and approve our reply brief on the motion relating to the petition clause. | 90 | 1.2 |
| 7/18/2006 | E-mail to Wayne | 430 Stephen Neuberger | 0.1 |
| 7/19/2006 | Prepare issues for oral argument, memo to SJN, review defense arguments. | 60 | 1.5 |
| 7/19/2006 | Oral argument prep - Meeting with TSN re interplay between history of petition clause vs. fr... | 60 Stephen Neuberger | 0.9 |
| 7/19/2006 | Oral argument prep - Meeting with SJN re interplay between history of petition clause vs. fre... | 60 | 0.9 |
| 7/21/2006 | Meet with MH on oral argument preparation on contempt. | 60 | 0.4 |
| 7/23/2006 | Set up and break-down of Plaintiffs' Trial Table and Trial Attendance | 560 Joseph Robert | 7.5 |
| 7/23/2006 | Meeting with TSN re appeal briefing | 110 Stephen Neuberger | 0.1 |
| 7/23/2006 | Meeting with SJN re appeal briefing | 110 | 0.1 |
| 7/24/2006 | Status telephone call from Wayne | 810 Stephen Neuberger | 0.2 |
| 7/26/2006 | Legal research on amendment of the pleadings. | 410 | 0.2 |
| 7/26/2006 | Meeting with CAH re: amending complaint to conform to the evidence | 110 Stephen Neuberger | 0.1 |
| 7/26/2006 | Meeting with TSN re: Rule 15(b) amendment to complaint to conform to the evidence and a... | 110 Stephen Neuberger | 1 |
| 7/26/2006 | Meeting with SJN re: Rule 15(b) amendment to complaint to conform to the evidence and a... | 110 | 1 |
| 7/26/2006 | Calls to clients re amendments | 830  Stephen Neuberger | 0.1 |
| 7/26/2006 | Call from Kurt re: status and further proceedings | 810 Stephen Neuberger | 0.3 |
| 7/26/2006 | Meeting with SJN regarding research on Rule 15(b) | 110 CAS | 0.1 |
| 7/26/2006 | legal research for amending compliant. | 410 CAS | 2 |
| 7/28/2006 | Prepare outlines for use at oral argument next week, focusing on Garcetti issues.. | 60 | 2.2 |
| 7/28/2006 | Legal research - recent First Amendment Garcetti cases | 410 Stephen Neuberger | 0.5 |
| 7/28/2006 | Oral argument prep - meeting with TSN re: Garcetti issues | 60 Stephen Neuberger | 0.5 |
| 7/28/2006 | Oral argument prep - meeting with SJN re: Garcetti issues | 60 | 0.5 |
| 7/28/2006 | Argument prep - for Tuesday | 60 Stephen Neuberger | 0.5 |
| 7/28/2006 | Research and prepare to draft speaking motion to amend complaint. | 500 CAS | 3 |
| 7/29/2006 | Oral argument prep | 60 Stephen Neuberger | 6.4 |
| 7/30/2006 | Legal research - latest Garcetti opinions | 410 Stephen Neuberger | 0.5 |
| 7/30/2006 | Oral argument prep | 60 Stephen Neuberger | 7.4 |
| 7/30/2006 | Complaint prep - drafting 2nd amended complaint | 160 Stephen Neuberger | 0.6 |
| 7/30/2006 | Draft Motion to Amend the Pleadings. | 500 CAS | 3.5 |
| 7/31/2006 | Revise second amended complaint pleading and motion. | 160 | 0.2 |
| 7/31/2006 | Revise and work on draft 2 of Rule 15(b) motion to amend | 90 Stephen Neuberger | 1 |
| 7/31/2006 | Oral argument prep | 60 Stephen Neuberger | 4 |
| 7/31/2006 | WOrking on motion to amend | 90 Stephen Neuberger | 3.2 |
| 7/31/2006 | Review testimony and revise Motion to Amend the Complaint. | 500 CAS | 5 |
| 8/1/2006 | project based tasks | project based tasks | 1 |
| 8/1/2006 | Attend SJN oral argument to the court on post trial motions. | 50 | 1.5 |
| 8/1/2006 | Present oral argument to the court on post trial motions. | 50 Stephen Neuberger | 1.5 |
| 8/1/2006 | Meet with clients, meet with counsel about the oral argument today. | 120 | 1 |
| 8/1/2006 | Meet with clients, meet with cocounsel about the oral argument today. | 120 Stephen Neuberger | 1 |
| 8/1/2006 | Prepare for oral argument today, review documents and briefs to have ready. | 350 | 0.7 |
| 8/1/2006 | Oral argument prep - morning of argument | 60 Stephen Neuberger | 1.1 |
| 8/1/2006 | Appeal - meeting with TSN about appeal briefing | 110 Stephen Neuberger | 0.4 |
| 8/1/2006 | Appeal - meeting with SJN about appeal briefing | 110 | 0.4 |
| 8/1/2006 | Attend oral argument on post trial issues. | 70 CAS | 1.7 |
| 8/1/2006 | Meeting with TSN regarding legal research on Rule 15(b) | 110 CAS | 0.1 |
| 8/2/2006 | Legal research on Rule 15(b). | 410 CAS | 3 |
| 8/3/2006 | Writing memo on Rule 15(b). | 250 CAS | 1.2 |
| 8/4/2006 | Receive and download D.I. 230, answering brief on the motion to amend issue, distribute to … | 90 | 0.5 |
| 8/7/2006 | composing memo on Rule 15(b) | 250 CAS | 1.2 |
| 8/8/2006 | Compose memo on Rule 15(b). | 250 CAS | 2.2 |
| 8/9/2006 | Motion to Amend - review D's AB and working on our RB | 90 Stephen Neuberger | 5.8 |
| 8/9/2006 | Compose memo on Rule 15(b) | 250 CAS | 4 |
| 8/9/2006 | Legal research on Rule 15(b) | 410 CAS | 1.8 |
| 8/9/2006 | Meeting with SJN re motion to amend reply | 110 CAS | 0.2 |
| 8/9/2006 | Meeting with SJN re motion to amend reply. | 110 CAS | 0.1 |
| 8/9/2006 | Review pretrial transcript and depositions for reply brief for motion to amend. | 90 CAS | 2.1 |
| 8/10/2006 | Edit reply brief on amendment issue. | 90 | 0.6 |
| 8/10/2006 | Meeting with TSN re: motion to amend RB | 110 Stephen Neuberger | 0.3 |
| 8/10/2006 | Meeting with SJN re: motion to amend RB | 110 | 0.3 |
| 8/10/2006 | Working on motion to amend RB | 90 Stephen Neuberger | 7.4 |
| 8/10/2006 | Review trial testimony and depositions for reply brief for motion to amend. | 90 CAS | 2 |
| 8/10/2006 | Review reply brief on motion to amend. | 90 CAS | 0.4 |
| 8/11/2006 | Work on Rule 15 reply brief. | 90 | 0.5 |
| 8/11/2006 | Begin work on supplemental fee affidavit. | 855 | 0.3 |
| 8/11/2006 | Meeting with TSN re: motion to amend RB | 110 Stephen Neuberger | 0.2 |

**11:21 AM**     **The Neuberger Firm**
**08/14/06**     **Sales by Customer Detail**
Accrual Basis     June 6 through August 13, 2006

| Date | Memo | Item | Qty |
|---|---|---|---|
| 8/11/2006 | Meeting with SJN re: motion to amend RB | 110 | 0.2 |
| 8/11/2006 | Cite check and prepare TOA for motion to amend RB. | 90 CAS | 1.2 |

**Total Firearms Training Unit 5200-04**

**TOTAL**

# Tab B

**11:09 AM**
**08/14/06**

# The Neuberger Firm
## Time by Name
### June 6 through August 13, 2006

|  | Jun 6 - Aug 13, 06 |
|---|---:|
| **Hertzog., Cheryl A.** | |
|     **Firearms Training Unit 5200-04** | 91:36 |
| **Total Hertzog., Cheryl A.** | 91:36 |
| **Joseph R. Neuberger.** | |
|     **Firearms Training Unit 5200-04** | 7:30 |
| **Total Joseph R. Neuberger.** | 7:30 |
| **Neuberger, Stephen J.** | |
|     **Firearms Training Unit 5200-04** | 204:42 |
| **Total Neuberger, Stephen J.** | 204:42 |
| **Neuberger, Thomas S.** | |
|     **Firearms Training Unit 5200-04** | 43:18 |
| **Total Neuberger, Thomas S.** | 43:18 |
| **Sasadeusz, Cheryl A.** | |
|     **Firearms Training Unit 5200-04** | 19:24 |
| **Total Sasadeusz, Cheryl A.** | 19:24 |
| **TOTAL** | **366:30** |

# Tab C

| | | |
|---|---|---|
| 11:09 AM | **The Neuberger Firm** | |
| 08/14/06 | **Time by Job Summary** | |
| | June 6 through August 13, 2006 | |

| | **Jun 6 - Aug 13, 06** |
|---|---:|
| **Firearms Training Unit 5200-04** | |
| 110 | 2:30 |
| 110 CAS | 2:42 |
| 110 Stephen Neuberger | 2:48 |
| 120 | 1:00 |
| 120 Stephen Neuberger | 1:00 |
| 160 | 0:12 |
| 160 Stephen Neuberger | 0:36 |
| 250 CAS | 8:36 |
| 350 | 0:42 |
| 410 | 0:48 |
| 410 CAS | 12:42 |
| 410 Stephen Neuberger | 1:00 |
| 430 CAS | 0:06 |
| 430 Stephen Neuberger | 0:12 |
| 50 | 1:30 |
| 50 Stephen Neuberger | 1:30 |
| 500 CAS | 11:30 |
| 560 Joseph Robert | 7:30 |
| 60 | 5:30 |
| 60 Stephen Neuberger | 20:48 |
| 630 | 0:06 |
| 70 CAS | 1:42 |
| 790 | 0:12 |
| 810 Stephen Neuberger | 0:30 |
| 830  Stephen Neuberger | 0:06 |
| 855 | 12:36 |
| 855 CAS | 69:24 |
| 855 Stephen Neuberger | 153:54 |
| 90 | 21:42 |
| 90 CAS | 5:42 |
| 90 Stephen Neuberger | 17:24 |
| **Total Firearms Training Unit 5200-04** | 366:30 |
| **TOTAL** | **366:30** |

### CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 14, 2006, I electronically filed this **Pleadings** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert Fitzgerald, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
>
> Richard M. Donaldson, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801

>         /s/ Stephen J. Neuberger
>         **STEPHEN J. NEUBERGER, ESQ.**