OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | UNITED STATES COURT OF APPEALS | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | 267-299-4928 |

Website: http://www.ca3.uscourts.gov

September 27, 2006

## NOTICE OF DOCKETING OF APPEAL

Joseph Forman
v.
**Ronald Cathel, et al**
**No.: (04-cv-05309)**

**(Honorable Jose L. Linares)**

An appeal by **(Joseph Forman)** was filed in the above-caption case on (09/18/06), and docketed in this Court on (09/27/06), at No. **(06-4179)**.

Kindly use the Appeals Docket No. **(06-4179)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_NJD Appeals**. Please notify Case Manager **Carmella Wells** at Carmella_Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**