IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby STIPULATED and AGREED by and between Plaintiff Christopher D. Foraker and Defendants L. Aaron Chaffinch, Thomas F. MacLeish, Secretary David B. Mitchell of the Department of Safety and Homeland Security for the State of Delaware, the Department of Safety and Homeland Security for the State of Delaware, and the Division of State Police for the State of Delaware, pursuant to Rule 41 of the Federal Rules of Civil Procedure, subject to the approval of the Court, that all claims by Plaintiff Christopher D. Foraker against Defendants are hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement entered into by the parties in this matter on October 9, 2006, which document is incorporated herein by reference. The Court will retain jurisdiction through March 27, 2007.

2119334v2

-2-

Dated: October 10, 2006                                                        Dated: October 10, 2006


*/s/ Stephen J. Neuberger*                                              */s/ Richard M. Donaldson*
Thomas S. Neuberger (DE ID #243)                           Richard M. Donaldson (DE ID #4367)
Stephen J. Neuberger (DE ID #4440)                         MONTGOMERY, MCCRACKEN,
THE NEUBERGER FIRM, P.A.                                         WALKER & RHOADS, LLP
Two East Seventh Street, Suite 302                           300 Delaware Avenue, Suite 750
Wilmington, DE 19801                                                   Wilmington, DE 19801
(302) 655-0582                                                                 (302) 504-7800
*Counsel for Plaintiff*

*/s/ Martin D. Haverly*                                                    Of Counsel:
Martin D. Haverly (DE ID # 3295)                               Edward T. Ellis
MARTIN D. HAVERLY,                                                 Carmon M. Harvey
ATTORNEY AT LAW                                                      MONTGOMERY, MCCRACKEN,
Two East Seventh Street, Suite 201                                  WALKER & RHOADS, LLP
Wilmington, DE 19801                                                   123 South Broad Street
(302) 654-2255                                                                 Philadelphia, PA 19109
*Counsel for Plaintiff*                                                       (215) 772-1500
                                                                                        *Counsel for Defendants*


         It is so Ordered this _____ day of _____, 2006.



                                    _____
                                                              U.S.D.J.

2119334v2

-3-

## CERTIFICATE OF E-SERVICE

I, Richard M. Donaldson, hereby certify that on the 10th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>
>Martin D. Haverly
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>
>*Counsel for Plaintiff*

>*/s/ Richard M. Donaldson*_____
>Richard M. Donaldson (DE Bar No. 4367)