IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., | : |
| Plaintiff, | : |
| | : C.A. No. 04-956-GMS |
| v. | : |
| L. AARON CHAFFINCH, et al., | : |
| Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby STIPULATED and AGREED by and between Plaintiff Christopher D. Foraker and Defendants L. Aaron Chaffinch, Thomas F. MacLeish, Secretary David B. Mitchell of the Department of Safety and Homeland Security for the State of Delaware, the Department of Safety and Homeland Security for the State of Delaware, and the Division of State Police for the State of Delaware, pursuant to Rule 41 of the Federal Rules of Civil Procedure, subject to the approval of the Court, that all claims by Plaintiff Christopher D. Foraker against Defendants are hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement entered into by the parties in this matter on October 9, 2006, which document is incorporated herein by reference. The Court will retain jurisdiction through March 27, 2007.

2119334v2

Dated: October 10, 2006                                           Dated: October 10, 2006

/s/ Stephen J. Neuberger                                          /s/ Richard M. Donaldson
Thomas S. Neuberger (DE ID #243)                                  Richard M. Donaldson (DE ID #4367)
Stephen J. Neuberger (DE ID #4440)                                MONTGOMERY, MCCRACKEN,
THE NEUBERGER FIRM, P.A.                                            WALKER & RHOADS, LLP
Two East Seventh Street, Suite 302                                300 Delaware Avenue, Suite 750
Wilmington, DE 19801                                              Wilmington, DE 19801
(302) 655-0582                                                    (302) 504-7800
*Counsel for Plaintiff*

/s/ Martin D. Haverly                                             Of Counsel:
Martin D. Haverly (DE ID # 3295)                                  Edward T. Ellis
MARTIN D. HAVERLY,                                                Carmon M. Harvey
ATTORNEY AT LAW                                                   MONTGOMERY, MCCRACKEN,
Two East Seventh Street, Suite 201                                  WALKER & RHOADS, LLP
Wilmington, DE 19801                                              123 South Broad Street
(302) 654-2255                                                    Philadelphia, PA 19109
*Counsel for Plaintiff*                                           (215) 772-1500
                                                                  *Counsel for Defendants*


It is so Ordered this ____11th____ day of ____Oct.____, 2006.

                                    _____
                                                 U.S.D.J.



FILED
OCT 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2119334v2