THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 06-4086

*SERGEANT CHRISTOPHER D. FORAKER, individually and in his official capacity as Superintendent of the Delaware State Police

v.

COLONEL L. AARON CHAFFINCH; LIEUTENANT COLONEL
THOMAS F. MACLEISH, individually and in his official
capacity as Deputy Superintendent of the Delaware
State Police; DAVID B. MITCHELL, in his official capacity as
Secretary of the Department of Safety and Homeland Security
of the State of Delaware; DIVISION OF STATE POLICE DEPARTMENT
OF SAFETY AND HOMELAND SECURITY STATE OF DELAWARE

(D.C. Civil No. 04-cv-01207)

CORPORAL B. KURT PRICE; CORPORAL WAYNE WARREN
*SERGEANT CHRISTOPHER D. FORAKER

v.

COLONEL L. AARON CHAFFINCH, individually and in his
official capacity as Superintendent of the Delaware
State Police; LIEUTENANT COLONEL THOMAS F. MACLEISH,
individually and in his official capacity as Deputy
Superintendent of the Delaware State Police; DAVID B.
MITCHELL, in his official capacity as the Secretary
of the Department of Safety and Homeland Security of
the State of Delaware; DIVISION OF STATE POLICE, DEPARTMENT
OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE

(D.C. Civil No. 04-cv-00956)

B. Kurt Price, Wayne Warren,
*Christopher D. Foraker,
Appellants

*Dismissed Per the Court's Order of 11/7/06

---

On Appeal from the United States District Court
for the District of Delaware
District Court Nos.: 04-cv-1207, 04-cv-0956
District Judge: The Honorable Gregory M. Sleet

---

Argued June 8, 2007

Before: SMITH and GREENBERG, *Circuit Judges,*
and POLLAK, *District Judge*[*]

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on June 8, 2007. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on August 19, 2006, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed to appellants.

---

[*]The Honorable Louis H. Pollak, Senior District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.


ATTEST:

Marcia M. Waldron
Clerk

Dated: August 30, 2007

Certified as a true copy and issued in lieu
of a formal mandate on 10/19/07

Teste:
A True Copy:
Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk