CLOSED, LEAD, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00956-GMS
### Internal Use Only

Price, et al v. Chaffinch, et al
Assigned to: Judge Gregory M. Sleet
Demand: $0
Member case:
   1:04-cv-01207-GMS
Related Case: 1:05-cv-00708-GMS
Case in other court: Third Circuit, 06-04086
Cause: 42:1983 Civil Rights Act

Date Filed: 08/19/2004
Date Terminated: 11/14/2007
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Corporal B. Kurt Price**  represented by  **Martin Duane Haverly**
Martin D. Haverly, Esq.
Two East 7th Street
Suite 201
Wilmington, DE 19801
(302) 654-2255
Fax: (302) 654-0175
Email: martin@haverlylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: tsn@neubergerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Email: SJN@NeubergerLaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corporal Wayne Warren**  represented by  **Martin Duane Haverly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Neuberger**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergeant Christopher D. Foraker**  represented by  **Martin Duane Haverly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Neuberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Colonel L. Aaron Chaffinch**  represented by  **Edward Ellis**
*individually and in his offical capacity as*  Pro hac Vice
*Superintendent of the Delaware State Police*  Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Montgomery Donaldson**
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
(302) 504-7800
Email: rdonaldson@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noel C. Burnham**
Montgomery, McCracken, Walker & Rhoads
1105 North Market Street
15th Floor
Wilmington, DE 19801
(302) 504-7890
Fax: (302) 504-7820
Email: nburnham@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutent Colonel Thomas F. MacLeish**  represented by  **Edward Ellis**
*invidually and in his official capacity as Deputy*  (See above for address)
*Superintendent of the Delaware State Police*  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Montgomery Donaldson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noel C. Burnham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David B. Mitchell**
*in his official capacity as the Secretary of the Department of Safety and Homeland Security of the State of Delaware*

represented by **Edward Ellis**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Richard Montgomery Donaldson**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Noel C. Burnham**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Division of State Police, Department of Safety and Homeland Security, State of Delaware**

represented by **Richard Montgomery Donaldson**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Noel C. Burnham**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136711 (mwm) (Entered: 08/19/2004) |
| 08/19/2004 |  | DEMAND for jury trial by B. Kurt Price, Wayne Warren, Christopher D. Foraker (mwm) (Entered: 08/19/2004) |
| 08/19/2004 |  | SUMMONS(ES) issued for L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Police Dept Safety (mwm) (Entered: 08/19/2004) |
| 08/25/2004 | 2 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 08/25/2004) |
| 08/26/2004 | 3 | RETURN OF SERVICE executed as to L. Aaron Chaffinch 8/23/04 Answer due on 9/13/04 for L. Aaron Chaffinch (asw) (Entered: 08/27/2004) |
| 08/26/2004 | 4 | RETURN OF SERVICE executed as to Thomas F. Macleish 8/23/04 Answer due on 9/13/04 for Thomas F. Macleish (asw) (Entered: 08/27/2004) |
| 08/26/2004 | 5 | RETURN OF SERVICE executed as to David B. Mitchell 8/23/04 Answer due on 9/13/04 for David B. Mitchell (asw) (Entered: 08/27/2004) |
| 08/26/2004 | 6 | RETURN OF SERVICE executed as to Police Dept Safety 8/23/04 Answer due on 9/13/04 for Police Dept Safety (asw) (Entered: 08/27/2004) |
| 11/15/2004 | 7 | ANSWER to Complaint by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Police Dept Safety (Attorney Richard Montgomery Donaldson),; jury demand. (mmm) (Entered: 11/15/2004) |
| 11/29/2004 | 8 | MOTION by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Police Dept Safety with Proposed Order for Edward T. Ellis, Robert J. Fitzgerald and Beth A. Friel to Appear Pro Hac Vice (asw) (Entered: 12/01/2004) |
| 12/01/2004 |  | So Ordered granting [8-1] motion for Edward T. Ellis, Robert J. Fitzgerald and Beth A. Friel to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 12/01/2004) |
| 12/17/2004 | 9 | NOTICE of Scheduling that the court will hold an initial telephone conference on 12/27/04 at 10:00 a.m.; Copies to counsel (asw) (Entered: 12/17/2004) |
| 12/27/2004 |  | Telephone conference re: 16.2a held; Judge Sleet presiding; Crt Rptr, K. Maurer, Counsel informed the court about disputed issues regarding discovery; Defendant counsel requested to consolidate cases (04-1207 and 04-956); 16.2b Scheduling Conference is set for 2/1/05 at 11:00 a.m.; Notice to counsel |

| | | |
|---|---|---|
| 11/14/2005 | 54 | SEALED APPENDIX re 53 Answering Brief in Opposition,, 38 Answering Brief in Opposition, *Sealed Volume of Appendix - Page B1350* by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 11/14/2005) |
| 11/14/2005 | 55 | NOTICE of filing the following document(s) in paper format: Appendix to Plaintiffs' Answering Brief in Opposition to Defendants' Motion to Bar Certain Communications of Counsel or, in the Alternative, to Disqualify Counsel. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of all plaintiffs (Neuberger, Stephen) (Entered: 11/14/2005) |
| 11/22/2005 | 56 | NOTICE OF SERVICE of Proofs of Service of document subpoena and deposition subpoena by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware.(Burnham, Noel) (Entered: 11/22/2005) |
| 11/23/2005 | 57 | NOTICE OF SERVICE of Plaintiffs' First Set of Interrogatories Directed to Defendants by B. Kurt Price, Wayne Warren, Christopher D. Foraker.(Neuberger, Stephen) (Entered: 11/23/2005) |
| 11/23/2005 | 58 | NOTICE OF SERVICE of Plaintiffs' Fifth Request for Production of Documents by B. Kurt Price, Wayne Warren, Christopher D. Foraker.(Neuberger, Stephen) (Entered: 11/23/2005) |
| 11/28/2005 | 59 | REPLY BRIEF re 32 MOTION to Preclude -*MOTION OF THE DEFENDANTS TO BAR CERTAIN COMMUNICATIONS OF COUNSEL OR, IN THE ALTERNATIVE, TO DISQUALIFY COUNSEL*, 46 MOTION to Preclude filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware. (Attachments: # 1 Exhibit A-Unreported Case)(Burnham, Noel) (Entered: 11/28/2005) |
| 11/29/2005 | 60 | NOTICE of Deposition of (Ret.) Major Joseph Forrester by B. Kurt Price (Neuberger, Thomas) (Entered: 11/29/2005) |
| 12/02/2005 | 61 | Letter to Judge Sleet from Martin D. Haverly, Esq. regarding the agenda for the Discovery Teleconference scheduled for 12/7/05 at 10:00 AM (also includes manual filing with explanation letter - the court shall file electronically). (asw ) (Entered: 12/02/2005) |
| 12/02/2005 | 62 | Letter to Clerk of the Court from Martin D. Haverly, Esq. regarding e-filing difficulties. (mmm) (Entered: 12/05/2005) |
| 12/02/2005 | 63 | NOTICE of Appearance by Martin Duane Haverly on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker. (mmm) (Entered: 12/05/2005) |
| 12/02/2005 | 64 | Letter to the Honorable Gregory M. Sleet from Martin D. Haverly, Esq. regarding discovery telephone conference scheduled for December 7, 2005, at 10:00 a.m. (mmm) (Entered: 12/05/2005) |
| 12/14/2005 | 65 | STIPULATION TO EXTEND TIME To File Case Dispositive Motions to January 23, 2005 - filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 12/14/2005) |
| 12/14/2005 | | SO ORDERED, re 65 STIPULATION TO EXTEND TIME To File Case Dispositive Motions to January 23, 2005 filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker. Resetting Deadlines: Dispositive Motions due by 1/23/2006. Signed by Judge Gregory M. Sleet on 12/14/05. (asw ) (Entered: 12/15/2005) |
| 12/14/2005 | | CORRECTING ENTRY: Please note that the proposed deadline in D.I. 65, Stipulation to Extend time to file case dispositive motions should read 1/23/06 instead of 1/23/05. (asw ) (Entered: 12/15/2005) |
| 12/22/2005 | 66 | MOTION for Extension of Time to Complete Discovery -*STIPULATION AND ORDER PERMITTING DEPOSITIONS OF GREGORY WARREN AND JOHN DILLMAN AFTER THE DECEMBER 30, 2005 DISCOVERY DEADLINE* - filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware. (Burnham, Noel) (Entered: 12/22/2005) |
| 12/22/2005 | | SO ORDERED re 66 MOTION for Extension of Time to Complete Discovery filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, 48 MOTION for Extension of Time to Complete Discovery - *STIPULATION AND ORDER PERMITTING DEPOSITIONS OF GREGORY WARREN AND JOHN DILLMAN AFTER THE DECEMBER 30, 2005 DISCOVERY DEADLINE* filed by L. Aaron Chaffinch, Division of State Police Department of Safety and Homeland Security State of Delaware, Thomas F. Macleish, David B. Mitchell. Signed by Judge Gregory M. Sleet on 12/22/05. (mmm) |

| | | |
|---|---|---|
| 01/25/2006 | 83 | ==SEALED APPENDIX re 81 Opening Brief in Support, by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Attachments: # 1 Appendix Vol 2)(Burnham, Noel) (Entered: 01/25/2006)== |
| 01/25/2006 | 84 | OPENING BRIEF in Support re 82 MOTION for Summary Judgment *on Counts I and II* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker.Answering Brief/Response due date per Local Rules is 2/8/2006. (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 85 | NOTICE of filing the following document(s) in paper format: Plaintiffs' Appendix to Their Opening Briefs In Support of Their Motions for Summary Judgment on Counts I and II. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 86 | NOTICE of filing the following document(s) in paper format: Sealed Volume of Plaintiffs' Appendix to Their Opening Briefs In Support of Their Motions for Summary Judgment on Counts I and II. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 87 | MOTION for Sanctions *and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence* - filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 88 | OPENING BRIEF in Support re 87 MOTION for Sanctions, 67 MOTION for Sanctions *and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker.Answering Brief/Response due date per Local Rules is 2/8/2006. (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 89 | NOTICE of filing the following document(s) in paper format: Plaintiffs' Appendix to Their Motion for Sanctions and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/25/2006 | 90 | MOTION to Consolidate Cases *Motion to Consolidate the Trial of These Two Cases Pursuant to Fed.R.Civ.P. 42(a)* - filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 01/25/2006) |
| 01/27/2006 | 91 | STATEMENT -*NOTICE OF SERVICE OF COMBINED APPENDIX TO OPENING BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT VOLUMES I & II -- CONFIDENTIAL DOCUMENTS PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY (DATED OCT. 4, 2005) - CONFIDENTIAL FILED UNDER SEAL* by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Burnham, Noel) (Entered: 01/27/2006) |
| 02/02/2006 | 92 | REDACTED VERSION -*PUBLIC VERSION - Combined Appendix To Opening Briefs In Support Of Defendants' Motions For Summary Judgment [Re: DIs Price 83 & Foraker 63]* by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware. (Attachments: # 1 Appendix 2# 2 Appendix 3# 3 Affidavit 4# 4 Appendix 5a# 5 Appendix 5b# 6 Appendix 6# 7 Appendix 7a# 8 Appendix 7b# 9 Appendix 8a# 10 Appendix 8b# 11 Appendix 9a# 12 Appendix 9b# 13 Appendix 10# 14 Appendix 11a# 15 Appendix 11b# 16 Appendix 12# 17 Appendix 13a# 18 Appendix 13b# 19 Appendix 14# 20 Appendix 15# 21 Appendix 16# 22 Appendix 17a# 23 Appendix 17b# 24 Appendix 18a# 25 Appendix 18b# 26 Appendix 19a# 27 Appendix 20# 28 Appendix 21# 29 Affidavit Certificate of Service)(Burnham, Noel) (Entered: 02/02/2006) |
| 02/08/2006 | 93 | ANSWERING BRIEF in Opposition re 87 MOTION for Sanctions, 67 MOTION for Sanctions *and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence* filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware.Reply Brief due date per Local Rules is 2/15/2006. (Attachments: # 1 Appendix Part I# 2 Appendix Part II# 3 Appendix Part III# 4 Text of Proposed Order)(Burnham, Noel) (Entered: 02/08/2006) |
| 02/08/2006 | 94 | ANSWERING BRIEF in Opposition re 71 MOTION to Consolidate Cases, 90 MOTION to Consolidate Cases *Motion to Consolidate the Trial of These Two Cases Pursuant to Fed.R.Civ.P. 42(a) -DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE THE TRIAL OF* |

|  |  |  |
|---|---|---|
|  |  | *THESE TWO CASES PURSUANT TO RULE 42(a), FED. R.CIV. P.* filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware.Reply Brief due date per Local Rules is 2/15/2006. (Burnham, Noel) (Entered: 02/08/2006) |
| 02/08/2006 | 95 | ANSWERING BRIEF in Opposition re 82 MOTION for Summary Judgment *on Counts I and II* filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware.Reply Brief due date per Local Rules is 2/15/2006. (Attachments: # 1 Appendix Vol 1-1# 2 Appendix Vol 1-2)(Burnham, Noel) (Entered: 02/08/2006) |
| 02/08/2006 | 96 | SEALED APPENDIX re 95 Answering Brief in Opposition, *Vol 2 of Appendix Filed Under Seal* by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Burnham, Noel) (Entered: 02/08/2006) |
| 02/08/2006 | 97 | CERTIFICATE OF SERVICE of APPENDIX TO ANSWERING BRIEFS IN OPPOSITION TO OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II VOLUME II -- CONFIDENTIAL DOCUMENTS PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY (DATED OCT. 4, 2005) by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware re 96 Appendix, (Burnham, Noel) (Entered: 02/08/2006) |
| 02/08/2006 | 98 | ANSWERING BRIEF in Opposition re 80 MOTION for Summary Judgment *-Defendants' Motion For Summary Judgment* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker.Reply Brief due date per Local Rules is 2/15/2006. (Neuberger, Stephen) (Entered: 02/08/2006) |
| 02/08/2006 | 99 | APPENDIX re 98 Answering Brief in Opposition,, 79 Answering Brief in Opposition, by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 02/08/2006) |
| 02/13/2006 | 100 | STIPULATION TO EXTEND TIME Motion For Summary Judgment Reply Brief Deadline to 2/17/2006 - filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware, L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware. (Attachments: # 1 Affidavit Certificate of Service)(Burnham, Noel) (Entered: 02/13/2006) |
| 02/15/2006 | 101 | REPLY to Response to Motion re 71 MOTION to Consolidate Cases filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 02/15/2006) |
| 02/15/2006 | 102 | REPLY BRIEF re 87 MOTION for Sanctions, 67 MOTION for Sanctions *and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 02/15/2006) |
| 02/17/2006 | 103 | REPLY BRIEF re 82 MOTION for Summary Judgment *on Counts I and II* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 02/17/2006) |
| 02/17/2006 | 104 | REPLY BRIEF re 80 MOTION for Summary Judgment *-Defendants' Motion For Summary Judgment* filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Attachments: # 1 Appendix) (Burnham, Noel) (Entered: 02/17/2006) |
| 02/24/2006 | 105 | MOTION to Strike *Select Portions of Defendants' (1) Reply Brief in Support of Their Motion for Summary Judgment and (2) Accompanying Appendix for Failure to Comply with Local Rule 7.1.3 and the Federal Rules of Civil Procedure* - filed by B. Kurt Price. (Neuberger, Thomas) (Entered: 02/24/2006) |
| 02/28/2006 | 106 | MOTION in Limine *to Limit the Cross Examination of Captain Glenn Dixon* - filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 02/28/2006) |
| 02/28/2006 | 107 | MOTION in Limine *to Preclude Expert Testimony of Brian P. Sullivan* - filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Attachments: # 1 Exhibit Exhibits A and B# 2 Exhibit Exhibits C, D and E# 3 Exhibit Exhibits F, G and H# 4 Exhibit Exhibits I, J, K, L and M# 5 Exhibit Certificate of Service)(Neuberger, Stephen) (Entered: 02/28/2006) |
| 03/03/2006 | 108 | Letter to The Honorable Gregory M. Sleet from Stephen J. Neuberger regarding Citation of |

| | | |
|---|---|---|
| | | Macleish, David B. Mitchell, Division of State Police Department of Safety and Homeland Security State of Delaware (Burnham, Noel) (Entered: 04/03/2006) |
| 04/04/2006 | 132 | ANSWERING BRIEF in Opposition re 124 MOTION to Strike 117 MOTION in Limine *To Limit Testimony Of David L. Baylor*, 113 MOTION in Limine *-Defendants' Motion Pursuant To Daubert v. Merrell Sow Pharmaceuticals, Inc.*, 95 MOTION in Limine filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware.Reply Brief due date per Local Rules is 4/11/2006. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate Of Service)(Burnham, Noel) (Entered: 04/04/2006) |
| 04/11/2006 | 133 | REPLY to Response to Motion re 103 MOTION to Strike filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 04/11/2006) |
| 04/12/2006 | 134 | ORDER re 87 MOTION for Sanctions filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker, 67 MOTION for Sanctions *and Other Relief Due to Defendants' Intentional Destruction of Relevant Evidence* filed by Christopher D. Foraker. The defendants shall engage an independent expert consultant to determine whether Chaffinch's hard drive can be recovered as therein set forth.Signed by Judge Gregory M. Sleet on 4/12/06. (mmm) (Entered: 04/12/2006) |
| 04/13/2006 | 135 | ORDER denying 82 Motion for Summary Judgment . Signed by Judge Gregory M. Sleet on 4/13/06. (asw ) (Entered: 04/13/2006) |
| 04/13/2006 | 136 | Letter to The Honorable Gregory M. Sleet from Stephen J. Neuberger regarding Independent Expert Computer Forensic Consultants - re 114 Order,, 134 Order,. (Neuberger, Stephen) (Entered: 04/13/2006) |
| 04/17/2006 | 137 | Letter to The Honorable Gregory M. Sleet from Noel C. Burnham regarding Revisions to Binders of Defendants' Contested Exhibits. (Burnham, Noel) (Entered: 04/17/2006) |
| 04/18/2006 | 138 | ORDER granting 90 Motion to Consolidate Cases (Case no. 04-956). Signed by Judge Gregory M. Sleet on 4/18/06. (asw ) (Entered: 04/18/2006) |
| 04/18/2006 | | Remark: This case has been consolidated. All future filings shall be entered in the LEAD CASE 04-956 ONLY. (asw ) (Entered: 04/18/2006) |
| 04/18/2006 | | Minute Entry for proceedings held before Judge Gregory M. Sleet : Pretrial Conference held on 4/18/2006. The Court ruled on Motions in Limine and the pending Motion to Strike; Motion to Strike denied. Discussion on the Pretrial Order, objections to exhibits (listed in binder submissions), expert witnesses, voir dire, preliminary jury instructions, pending motions for summary judgment and courtroom procedures for trial. The parties shall agree upon a revised version of the preliminary jury instructions and re-file with the Court by 5/1/06. (Court Reporter Kevin Maurer.) (asw, ) (Entered: 04/20/2006) |
| 04/19/2006 | 139 | Letter to Judge Gregory M. Sleet from Richard M. Donaldson regarding Computer Forensic Expert. (Donaldson, Richard) (Entered: 04/19/2006) |
| 04/20/2006 | 140 | Letter to The Honorable Gregory M. Sleet from Thomas S. Neuberger regarding Deposition of Retired Major Joseph Forester. (Neuberger, Stephen) (Entered: 04/20/2006) |
| 04/20/2006 | 141 | ==SEALED EXHIBIT AND NOTICE of filing the following document(s) in paper format: Sealed Medical Records of Retired Major Joseph Forester. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker (Neuberger, Stephen) Additional attachment(s) added on 4/20/2006 (asw ). (Entered: 04/20/2006)== |
| 04/20/2006 | 142 | ORDER appointing computer consultant re 139 Letter. Signed by Judge Gregory M. Sleet on 4/20/06. (asw ) (Entered: 04/20/2006) |
| 04/20/2006 | | CORRECTING ENTRY: D.I. 141 HAS BEEN CORRECTED [FOR COURT ADMINISTRATIVE PURPOSES] TO INCLUDE THE ATTACHMENT FOR A SEALED EXHIBIT DOCUMENT. (asw ) (Entered: 04/20/2006) |
| 04/21/2006 | 143 | NOTICE to Take Deposition of Ms. Deirdre O'Connell on April 28, 2006 at 10:30am by B. Kurt Price, Wayne Warren, Christopher D. Foraker.(Neuberger, Stephen) (Entered: 04/21/2006) |
| 04/25/2006 | 144 | Letter to Judge Sleet from Richard Donaldson regarding Letter advising of unsuitability of S. M. Bunting as expert, and advising of alternative expert - re 142 Order. (Attachments: # 1 Text of Proposed Order Proposed Order appointing Warren G. Kruse as expert to examine Col. Chaffinch's computer hard drive)(Donaldson, Richard) (Entered: 04/25/2006) |

| | | |
|---|---|---|
| | | *Record* filed by Christopher D. Foraker.Answering Brief/Response due date per Local Rules is 7/21/2006. (Attachments: # 1 Exhibit A - Stipulated Order# 2 Unreported Cases# 3 Certificate of Service)(Haverly, Martin) (Entered: 07/07/2006) |
| 07/07/2006 | 218 | NOTICE of filing the following document(s) in paper format: Plaintiffs' Appendix to their Answering Brief in Opposition to the Defense Motion for Judgment as a Matter of Law or, in the Alternative, to Amend the Judgment or for a New Trial. Original document(s) on file in Clerk's Office. Notice filed by Stephen J. Neuberger on behalf of B. Kurt Price, Wayne Warren, Christopher D. Foraker (Neuberger, Stephen) (Entered: 07/07/2006) |
| 07/07/2006 | 219 | CERTIFICATE OF SERVICE of Docket Entries 212, 213, 214 & 215 by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware re 215 Appendix,,, 214 Answering Brief in Opposition,,,, 212 Answering Brief in Opposition,,,, 213 Answering Brief in Opposition,, (Burnham, Noel) (Entered: 07/07/2006) |
| 07/12/2006 | 220 | Letter to The Honorable Gregory M. Sleet from Stephen J. Neuberger regarding Request to Remove Several Appendix Pages - re 218 Notice of Filing Paper Documents,. (Neuberger, Stephen) (Entered: 07/12/2006) |
| 07/14/2006 | 221 | REPLY to Response to Motion re 187 MOTION for Attorney Fees *Plaintiffs' Motion for Attorneys' Fees, Interest and Costs of The Neuberger Firm Pursuant to 42 U.S.C. sec 1988 and Fed.R.Civ.P. 54* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 07/14/2006) |
| 07/14/2006 | 222 | REPLY BRIEF re 193 MOTION for Judgment NOV MOTION for Judgment as a Matter of Law MOTION for Judgment as a Matter of Law MOTION to Alter Judgment MOTION to Alter Judgment MOTION to Amend/Correct MOTION to Amend/Correct MOTION for New Trial -*Defendants' Motion For Judgment As A Matter Of Law Or In The Alternative, To Amend The Judgment Or For A New Trial* MOTION for New Trial -*Defendants' Motion For Judgment As A Matter Of Law Or In The Alternative, To Amend The Judgment Or For A New Trial* -REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, TO AMEND THE JUDGMENT OR FOR A NEW TRIAL filed by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Attachments: # 1 Affidavit Certificate of Service)(Burnham, Noel) (Entered: 07/14/2006) |
| 07/14/2006 | 223 | APPENDIX re 222 Reply Brief,,, *APPENDIX TO REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, TO AMEND THE JUDGMENT OR FOR A NEW TRIAL* by L. Aaron Chaffinch, Thomas F. Macleish, David B. Mitchell, Division of State Police, Department of Safety and Homeland Security, State of Delaware. (Attachments: # 1 Appendix Vol 2# 2 Appendix Vol 3# 3 Appendix Vol 4# 4 Appendix Vol 5# 5 Appendix Vol 6# 6 Affidavit Certificate of Service)(Burnham, Noel) (Entered: 07/14/2006) |
| 07/14/2006 | 224 | REPLY BRIEF re 189 MOTION for Summary Judgment *Plaintiffs' Renewed Motion for Summary Judgment or in the Alternative For Judgment as a Matter of Law on Plaintiffs' Petition Clause Counts* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 07/14/2006) |
| 07/14/2006 | 225 | REPLY BRIEF re 192 MOTION for Attorney Fees , *Interest and Costs Relating to Attorney's Fees and Costs of Martin D. Haverly, Attorney at Law, Pursuant to 42 U.S.C. #1988 and Fed. R. Civ. P. 54* filed by B. Kurt Price, Wayne Warren, Christopher D. Foraker. (Attachments: # 1 Exhibit A# 2 Unreported Cases# 3 Certificate of Service)(Haverly, Martin) (Entered: 07/14/2006) |
| 07/14/2006 | 226 | REPLY BRIEF re 197 MOTION for Sanctions -- *Plaintiff Foraker's Motion to Find Defendants in Civil Contempt for Violating this Court's Stipulated Order of November 20, 2003* filed by Christopher D. Foraker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Unreported Cases# 4 Certificate of Service) (Haverly, Martin) (Entered: 07/14/2006) |
| 07/17/2006 | 227 | SEALED APPENDIX re 216 Answering Brief in Opposition,,, 218 Notice of Filing Paper Documents, *Plaintiffs Sealed Appendix (B250-B261) to Their Answering Brief in Opposition to the Defense Motion for Judgement as a Matter of Law Or, in the Alternative, to Amend the Judgment or for a New Trial* by B. Kurt Price, Wayne Warren, Christopher D. Foraker. (Neuberger, Stephen) (Entered: 07/17/2006) |
| 07/28/2006 | 228 | STENO NOTES of Teleconference held on 6/1/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 07/28/2006) |
| 07/31/2006 | 229 | MOTION to Amend/Correct *Plaintiffs' Fed.R.Civ.P. 15(b) Motion to Amend the First Amended Complaint to Conform to the Evidence Presented at Trial* - filed by B. Kurt Price, Wayne Warren, |